IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
At Albuquerque NM
AUG 3 1 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 18-MJ-2835 |
| | ) | |
| vs. | ) | |
| | ) | |
| JANY LEVEILLE, | ) | |
| SIRAJ IBN WAHHAJ, | ) | |
| HUJRAH WAHHAJ, | ) | |
| SUBHANAH WAHHAJ, and | ) | |
| LUCAS MORTON, | ) | |
| | | |
| Defendants. | | |

## MOTION TO UNSEAL CASE

The United States of America moves this Court for an order unsealing the case in the instant cause for the following reasons:

1. On August 31, 2018, this Court issued a Complaint against the Defendants for violations of 18 U.S.C. § 371, Conspiracy, and 18 U.S.C. § 922(g)(5), Illegal Alien in Possession of a Firearm and Ammunition, and § 2, Aiding and Abetting. Arrest warrants were issued at the same time.

2. Due to the nature of this case and ongoing coordination with other law enforcement agencies, it is respectfully requested that the federal case be unsealed.

3. This case will not be harmed if the federal case is unsealed.

4. Defendants are not yet represented by counsel in this matter, so the concurrence of counsel was not sought.

WHEREFORE, the United States respectfully requests that the Court unseal the instant cause.

> Respectfully submitted,
> JOHN C. ANDERSON
> United States Attorney
>
> */s/ George C. Kraehe*
> GEORGE C. KRAEHE
> Assistant United States Attorney
> Post Office Box 607
> Albuquerque, New Mexico  87103
> (505) 346-7274