IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
At Albuquerque NM
AUG 3 1 2018

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | CRIMINAL NO. 18-MJ-2835 |
| ) | |
| vs.  ) | |
| ) | |
| JANY LEVEILLE, ) | |
| SIRAJ IBN WAHHAJ, ) | |
| HUJRAH WAHHAJ, ) | |
| SUBHANAH WAHHAJ, and ) | |
| LUCAS MORTON, ) | |
| | |
| Defendants. | |

## SEALED ORDER TO UNSEAL CASE

THIS MATTER, having come before the court on the written motion of the United States to unseal the instant cause, finds:

1. On August 31, 2018, this Court issued a Complaint against the Defendants for violations of 18 U.S.C. § 371, Conspiracy, and 18 U.S.C. § 922(g)(5), Illegal Alien in Possession of a Firearm and Ammunition, and § 2, Aiding and Abetting. Arrest warrants were issued at the same time.

2. Due to the nature of this case and ongoing coordination with other law enforcement agencies, it is respectfully requested that the federal case be unsealed.

3. This case will not be harmed if the federal case is unsealed.

4. Defendants are not yet represented by counsel in this matter, so the concurrence of counsel was not sought.

IT IS THEREFORE ORDERED that the instant case, the motion, and the proposed order be unsealed.

UNITED STATES MAGISTRATE JUDGE