# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Preliminary/Detention

| | | | |
|---|---|---|---|
| Case Number: | 18mj2835 JHR | UNITED STATES vs. Leveille, et al. | |
| Hearing Date: | 9/5/2018 | Time In and Out: | 9:35-9:46 |
| Clerk: | E. Hernandez | Courtroom: | Rio Grande |
| Defendant: | Jany Leveille, Siraj Ibn Wahhaj, Hujrah Wahhaj, Subhanah Wahhaj and Lucas Morton | Defendant's Counsel: | Kari Converse, Zachary Ives, Carey Bhalla, Billy Blackburn and Amy Sirignano |
| AUSA | George Kraehe | Pretrial/Probation: | A. Galaz |
| Interpreter: | N/A | | |

## Initial Appearance

- ☐ Defendant sworn
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant currently has Court appointed counsel
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause    ☐ Court does not find probable cause

## Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant will remain in custody
- ☐ Conditions

## Other

- ☒ Defense requests continuance of hearings; government does not object; Preliminary/Detention hearing reset to 9/12/18 @ 1:00 PM before Judge Khalsa in the Rio Grande courtroom