# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Arraignment/Detention

| | | | |
|---|---|---|---|
| Case Number: | 18cr2945 WJ | UNITED STATES vs. Leveille, et al. | |
| Hearing Date: | 9/12/2018 | Time In and Out: | 1:03-6:23 |
| Clerk: | E. Hernandez | Courtroom: | Rio Grande |
| Defendant: | Jany Leveille, Siraj Ibn Wahhaj, Hujrah Wahhaj, Subhanah Wahhaj and Lucas Morton | Defendant's Counsel: | Kari Converse, Zachary Ives, Carey Bhalla, Billy Blackburn and Amy Sirignano |
| AUSA | George Kraehe, Kimberly Brawley and Troy Edwards, Jr. | Pretrial/Probation: | A. Galaz |
| Interpreter: | N/A | | |

## PROCEEDINGS

- ☐ Defendant sworn
- ☐ First Appearance by Defendant
- ☒ Defendants received a copy of charging document
- ☒ Defendants questioned re: time to consult with attorney regarding penalties
- ☒ Defendants waive reading of Indictment
- ☒ Defendants enter a Not Guilty plea
- ☒ Motions due by: October 2, 2018
- ☒ Discovery Order electronically entered    ☐ Discovery Order previously entered
- ☒ Case assigned to: Chief Judge Johnson
- ☒ Trial will be scheduled by presiding judge    ☐ Trial currently set

## Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendants remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

| | |
|---|---|
| ☒ | Defendant Subhanah Wahhaj present for detention hearing |
| ☒ | Court calls case; counsel enter their appearances; court addresses counsel; counsel Sirignano responds; counsel Bhalla responds; defendants Jany Leveille, Siraj Ibn Wahhaj, Hujrah Wahhaj and Lucas Morton arraigned; government counsel Kraehe proffers facts; short recess taken; government counsel Kraehe calls special agent T. Taylor, sworn, direct; short recess taken; defense counsel Bhalla cross examination; court questions witness; witness responds; defense counsel Converse cross examination; defense counsel Sirignano cross examination; defense counsel Ives cross examination; defense counsel Blackburn cross examination; government counsel Kraehe redirect; court questions witness; witness responds; defense counsel Sirignano asks follow up questions; government counsel Kraehe asks follow up questions; court questions witness; witness responds; defense counsel Bhalla asks follow up questions; defense counsel Converse asks follow up questions; defense counsel Blackburn asks follow up questions; defense counsel Bhalla requests brief break and would like to call a witness; short recess taken; defense counsel Bhalla states she will not be calling a witness; court addresses counsel; court calls Siraj Ibn Wahhaj to the podium, defense counsel Ives submits documents, requests release to la pasada; government counsel Kraehe requests detention; court findings; court calls Jany Leveille to the podium, defense counsel Converse closing, requests release to la pasada; pretrial services addresses court, have just been informed that ICE has placed a detainer on Jany Leveille; government counsel Kraehe requests detention; government counsel Kraehe requests defendant have no contact with her children; defense counsel Converse objects; court questions government; government responds; special agent T. Taylor questioned; court findings; court calls Lucas Morton to the podium, defense requests release to la pasada; government counsel Kraehe requests detention; defense counsel responds; court findings; court calls Subhanah Wahhaj to the podium, defense requests release; pretrial services addresses court regarding la pasada halfway house unwillingness to act as third party custodian to any of these defendants; government counsel Kraehe requests detention; court findings; court calls Hujrah Wahhaj to the podium, defense requests release; government counsel Kraehe requests detention; court findings; government requests defendants be kept separate; defense counsel Converse responds, states that they are all housed separately; court orders USMS to keep defendants separate; USMS responds; court in recess |