IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) **NO. 1:18-CR-02945-WJ** ) ) |
| **JANY LEVEILLE, SIRAJ IBN WAHHAJ, HUJRAH WAHHAJ, SUBHANAH WAHHAJ, and LUCAS MORTON,** | ) ) ) ) ) |
| Defendants | ) ) |

**ORDER DESIGNATING COMPLEX CASE FOR SPEEDY TRIAL PURPOSES, SETTING ASIDE DISCOVERY ORDER, AND VACATING TRIAL**

The United States has moved that this case be designated complex for purposes of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, that the discovery order be set aside, and that the trial be vacated pending further notice. The Court finds the United States' unopposed motion well taken, finds this case complex for purposes of the Speedy Trial Act, 18 U.S.C. § 3161, et seq., and finds that the ends of justice are served by setting this case for trial on a date beyond the current trial setting of November 5, 2018. *See* 18 U.S.C. § 3161(h)(7)(A). The Court therefore VACATES the discovery order (Doc. 34), VACATES the trial setting, and ORDERS the United States and defense counsel to confer for the purpose of setting a schedule for discovery and the filing of pretrial motions, hearings upon such motions, and for trial, and to present a proposed scheduling order to the Court no later than 30 days from the entry of this Order.

DATED: October 3, 2018.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE