

Print   Close

# New Mexico compound suspects indicted on firearms, conspiracy charges, officials say

By Elizabeth Zwirz

Published September 11, 2018

All five New Mexico compound suspects were indicted by a federal grand jury on Tuesday on firearms and conspiracy charges, less than two weeks after they were arrested by the FBI, officials announced.

The indictment charged the suspects –- Jany Leveille, 35, Siraj Ibn Wahhaj, 40, Hujrah Wahhaj, 37, Subhanah Wahhaj, 35, and Lucas Morton, 40 – "with conspiring knowingly to provide an alien illegally and unlawfully in the United States, possession of firearms and ammunition," a news release from the District of New Mexico's U.S. Attorney's Office said.

Leveille, a Haitian national who was in the U.S. illegally, was also accused of possession of firearms and ammunition, the news release said.

The defendants are accused of conspiring to get Leveille firearms and ammunition from at least November 2017 through August, the news release said, in addition to moving firearms and ammunition in December 2017 from across Georgia to New Mexico.

"The indictment further alleges that, between December 2017 and August 2018, the defendants established a training camp and firing range in Taos County, where they stored firearms and ammunition and engaged in firearms and tactical training as part of their common plan to prepare for violent attacks on government, military, educational, and financial institutions," the news release said.



**FBI ARRESTS FIVE NEW MEXICO COMPOUND SUSPECTS DAYS AFTER MULTIPLE CHARGES WERE DROPPED**

All five suspects were arrested on Aug. 31 by FBI agents and subsequently charged with violating federal firearms and conspiracy laws. Their arrest followed local prosecutors' decision to drop charges related to the death of a 3-year-old boy whose remains were found at the compound site, and it came days after three of the suspects were released from custody when child abuse charges were dropped.

EXHIBIT D


Video
**3 'extremist Muslim' New Mexico compound suspects released**

The five suspects were initially arrested by authorities after an Aug. 3 raid following a monthslong inquiry into the disappearance of Abdul-ghani Wahhaj, the 3-year-old. He had severe medical issues, and disappeared from Georgia in December. The occupants of the compound were "most likely heavily armed and considered extremist of the Muslim belief," an official said at the time.

Siraj Ibn Wahhaj was allegedly training children to commit school shootings, according to prosecutors, who later alleged that the juveniles were taught how to use firearms, as well as tactical techniques, in order to kill teachers, law enforcement and other institutions they found corrupt.

All five suspects are due back in court in New Mexico on Wednesday afternoon, the news release said.

*Fox News' Matt Richardson, Nicole Darrah and Katherine Lam contributed to this report.*

Print   Close

**URL**
http://www.foxnews.com/us/2018/09/11/residents-new-mexico-compound-indicted-on-federal-charges.html

Home | Video | Politics | U.S. | Opinion | Entertainment | Tech | Science | Health | Travel | Lifestyle | World | Sports | Weather

Privacy | Terms

This material may not be published, broadcast, rewritten, or redistributed. © FOX News Network, LLC. All rights reserved. All market data delayed 20 minutes. New Privacy - New Terms of Use (What's New) - FAQ