IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.                                                                                            CR18-2945 WJ

JANY LEVEILLE,
SIRAJ IBN WAHHAJ,
HUJRAH WAHHAJ,
SUBHANAH WAHHAJ, and
LUCAS MORTON,

    Defendants.

## ORDER FOR COUNSEL TO CONFER REGARDING CJA BUDGET

THIS MATTER comes before the Court sua sponte. This multi-defendant case has been declared complex for purposes of the Speedy Trial Act, 18 U.S.C. §3161, et seq. *See* Doc. 49. The Court hereby orders all counsel appointed pursuant to the Criminal Justice Act, 18 U.S.C. §3006A ("CJA") to confer with Ms. Cari Waters, the Case Budgeting Attorney for the federal district courts in the Tenth Circuit for the purposes of planning for the CJA budget requirements in this case.

Counsel are advised that the Court will not approve any interim payment requests under the CJA until a CJA budget is in place. Therefore, CJA Counsel are encouraged to contact Ms. Waters in the very near future in order to arrive at a CJA budget for this case.

**IT IS SO ORDERED.**

_____
CHIEF UNITED STATES DISTRICT JUDGE

xc:  Marc Robert, District of New Mexico CJA Resource Counsel;
     Cari Waters, 10th Circuit Case-Budgeting Attorney