# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | 18-2945 WJ | UNITED STATES vs. WAHHAJ | |
| Hearing Date: | March 21, 2019 | Time In and Out: | 9:39 am – 9:54 am |
| Clerk: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Hujrah Wahhaj | Defendant's Counsel: | Carey Bhalla |
| AUSA | George Kraehe & Kimberly Brawley | Pretrial/Probation: | A. Urias |
| Interpreter: | | | |

## PROCEEDINGS

- ☐ Defendant sworn
- ☐ First Appearance by Defendant
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Superseding Indictment
- ☒ Defendant enters a Not Guilty plea
- ☐ Motions due by:
- ☐ Discovery Order electronically entered      ☐ Discovery Order previously entered
- ☒ Case assigned to: Chief Judge Johnson
- ☒ Trial will be scheduled by presiding judge      ☐ Trial currently set

## Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant previously detained
- ☐ Conditions

## Other

- ☐