## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 18-CR-02945-WJ |
| vs. | ) | |
| | ) | |
| **JANY LEVEILLE,** | ) | |
| **SIRAJ IBN WAHHAJ,** | ) | |
| **HUJRAH WAHHAJ,** | ) | |
| **SUBHANAH WAHHAJ, and** | ) | |
| **LUCAS MORTON,** | ) | |
| | ) | |

Defendants.

### UNITED STATES' NOTICE OF INTENT NOT TO SEEK DEATH PENALTY

The United States hereby notifies the Court and all the defendants that the United States will not seek a sentence of death for all defendants charged with capital-eligible offenses in this matter: **JANY LEVEILLE**, **HUJRAH WAHHAJ**, **SUBHANAH WAHHAJ**, and **LUCAS MORTON**. There are no defendants currently charged in this matter against whom the United States will seek a sentence of death in this case.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*Electronically filed*

GEORGE C. KRAEHE
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87102
(505) 346-7472

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

_____ **/s/**
GEORGE C. KRAEHE