IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                 CR 18-02945 WJ

HUJRAH WAHHAJ,

        Defendant.

## NOTICE OF UNAVAILABILITY
## OF COUNSEL FOR DEFENDANT HUJRAH WAHHAJ

      Ms. Theresa M. Duncan, counsel for defendant Hujrah Wahhaj, hereby gives notice that she will be unavailable from Monday, August 12, 2019 through and including Thursday, August 15, 2019.

                                                                Respectfully submitted,

                                                                /s/ Theresa M. Duncan
                                                               Theresa M. Duncan
                                                               Duncan Earnest, LLC
                                                               515 Granite Ave. NW
                                                               Albuquerque, NM 87102
                                                               505-842-5196
                                                               teri@duncanearnest.com

                                                               *Counsel for Hujrah Wahhaj*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

/s/ Theresa M. Duncan
Theresa M. Duncan