IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO.   18-2945 WJ |
| ) | |
| JANY LEVEILLE, ) | |
| SIRAJ IBN WAHHAJ, ) | |
| HUJRAH WAHHAJ, ) | |
| SUBHANAH WAHHAJ, and ) | |
| LUCAS MORTON, ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION TO EXTEND TIME IN WHICH TO FILE NOTICE OF CO-CONSPIRATOR STATEMENTS (*JAMES*)

The United States hereby moves the Court to extend the time in which to file its Notice of Co-Conspirator Statements in the above-styled cause, and as grounds therefore does state as follows:

1. The response is currently due October 11, 2019 per the First Amended Stipulated Scheduling Order filed on April 5, 2019. *See* Doc. 95.

2. The government intended to file its notice on Friday, October 11, 2019 but encountered technical difficulties.

3. The government has not previously sought an extension of time on this matter.

4. Defendants, through Counsel, do not oppose this motion.

WHEREFORE, the United States moves the Court to extend the time within which the United States may file its notice to October 15, 2019.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*Electronically filed 10/15/19*
George C. Kraehe
Assistant United States Attorney
201 3d St., NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274

I HEREBY CERTIFY that on the 15th day
of October, 2019, I filed the foregoing
pleading electronically through the
CM/ECF system, which caused counsel
of record for defendant to be served
by electronic means.

    */s/*
GEORGE C. KRAEHE
Assistant U.S. Attorney