IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO.   18-2945 WJ |
| ) | |
| JANY LEVEILLE, ) | |
| SIRAJ IBN WAHHAJ, ) | |
| HUJRAH WAHHAJ, ) | |
| SUBHANAH WAHHAJ, and ) | |
| LUCAS MORTON, ) | |
| ) | |
| Defendants. ) | |

**ORDER EXTENDING TIME IN WHICH TO FILE NOTICE OF CO-CONSPIRATOR STATEMENTS (*JAMES*)**

THIS MATTER having come before the Court on the government's Unopposed Motion to Extend Time in Which to File Notice of Co-Conspirator Statements (*James*), and the Court having reviewed the Motion, finds that the motion is well taken.

IT IS THEREFORE ORDERED that the motion is hereby granted, and the new date to file is Tuesday, October 15, 2019.

                                          HONORABLE WILLIAM P. JOHNSON
                                        CHIEF UNITED STATES DISTRICT JUDGE