# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CR 18-02945 WJ**

**HUJRAH WAHHAJ,**

      **Defendant.**

## NOTICE OF UNAVAILABILITY OF COUNSEL FOR
## DEFENDANT HUJRAH WAHHAJ

      Theresa M. Duncan, counsel for defendant Hujrah Wahhaj, respectfully gives notice to the Court that she will be out of the country and unavailable from Monday, December 16, 2019 through Wednesday, January 1, 2020, and she respectfully requests that no hearings be scheduled during that time.

      Respectfully submitted,

      /s/ Theresa M. Duncan
      Theresa M. Duncan
      Duncan Earnest, LLC
      515 Granite Ave. NW
      Albuquerque, NM 87102
      505-842-5196
      teri@duncanearnest.com

      *Counsel for Hujrah Wahhaj*

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

/s/ Theresa M. Duncan
Theresa M. Duncan