IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

           Plaintiff,

vs.                                                                NO: 18-CR-2945-WJ

JANY LEVEILLE, *et al.*,

           Defendants.

**DEFENDANTS' JOINT UNOPPOSED MOTION TO EXTEND THE DISCOVERY
COMPLETION DATE AND EXPERT DISCLOSURES (DOC. 172)**

COMES NOW defendants Jany Leveille, Siraj Ibn Wahhaj, Hujrah Wahhaj, Subhanah Wahhaj, and Lucas Morton, through respective undersigned counsel, and jointly file this motion to extend the January 31, 2020 deadline for the defense to complete discovery, including defense expert disclosures, for approximately sixty (60) days, or unto approximately, Tuesday, March 31, 2020. (Doc. 172). As grounds for this motion, defendants state:

        1.        The parties have finally concluded informal discovery negotiations through defense written requests and written government responses to those requests. The government advised it has produced all the discovery it has in its current possession. Much of the discovery that was requested by the defense, but not yet disclosed, is needed to hire and discuss with possible defense expert witnesses. The

defense will be filing a Motion to Compel discovery that have not been turned over by the government.

2.      Selection of defense expert witnesses are still being assessed by the defense teams, and being approved by the Court.  The defense experts will need time to review materials to be disclosed prior to formulating any opinions or drafting any reports.

3.      As a result, the defendants jointly seek an extension of the time for completion of defense discovery and the defense expert disclosures (including reports) for an additional sixty (60) days, or to Tuesday, March 31, 2020.

4.      On January 23, 2020, AUSAs Kimberly Brawley and George Kraehe, stated they have have no objection to this motion.

WHEREFORE, joint defense counsel respectfully requests this Court to extend the January 31, 2020 defense discovery completion date, including defense expert disclosures for approximately sixty (60) days, or to Tuesday, March 31, 2020.

Respectfully submitted,

/s/ *electronically filed*
Amy Sirignano
Law Office of Amy Sirignano PC
5901J Wyoming Blvd. NE #250
Albuquerque, NM 87109
(505) 242-2770
(505) 242-2774 fax
amy@abqnmlaw.com

/s/ *electronically filed*
Marc Lowry
Rothstein Donatelli
500 4th Street NW, Suite 400
Albuquerque, NM 87102
(505) 243-1443
(505) 242-7845 fax
mlowry@rothsteinlaw.com

*Counsel for Lucas Morton*


/s/ *electronically filed*
Kari Converse
Angelica M. Hall
Office of the Federal Public Defender
111 Lomas Blvd. NW
Suite 501
Albuquerque, NM 87102
(505) 346-2489
(505) 346-2494 fax
Kari_Converse@fd.org
Angelica_Hall@fd.org

*Counsel for Jany Leveille*


s/ *electronically filed*
Shammara H. Henderson
Freedman Boyd Hollander Goldberg
 Urias & Ward
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960
(505) 842-0761 fax
shh@fbdlaw.com

/s/ *electronically filed*
Thomas C. Clark
Clark, Jones & Pennington, LLC
432 Galisteo St.
Santa Fe, New Mexico 87501
(505) 820-1825
(505) 986-0475 fax
tmclark@cjplawsf.com

*Counsel for Siraj Wahhaj*

/s/ *electronically filed*
Theresa M. Duncan
Duncan Earnest LLC
515 Granite Ave NW
Albuquerque, NM 87102
(505) 842-5196
(505) 750-9780 fax
teri@duncanearnest.com

/s/ *electronically filed*
Carey Bhalla
Law Office of Carey C. Bhalla LLC
925 Luna Circle NW
Albuquerque, NM 87102
(505) 508-5589
(505) 393-1139 fax
careybhallalaw.com

*Counsel for Hujrah Wahhaj*

/s/ *electronically filed*
Billy R. Blackburn
1011 Lomas Blvd. NW
Albuquerque, New Mexico 87102
(505) 242-1600
(505) 243-6279
billy@bblackburnlaw.com

4

*/s/ electronically filed*
Ryan J. Villa
The Law Office of Ryan J. Villa
2501 Rio Grande Blvd NW Ste. A
Albuquerque, NM 87104
(505) 639-5709
(505) 433-5812 fax
ryan@rjvlawfirm.com

*Counsel for Subhanah Wahhaj*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically through the Court's CM/ECF system on this 26th day of January, 2020.

*/s/ Electronically Filed*
Amy Sirignano