IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                    No. CR 18-2945-WJ

JANY LEVEILLE,
SIRAJ IBN WAHHAJ,
HUJRAH WAHHAJ,
SUBHANAH WAHHAJ, and
LUCAS MORTON,

    Defendants.

## NOTICE OF CHANGE OF ADDRESS

Attorney Theresa M. Duncan has changed addresses. Her new mailing address is:

    Duncan Earnest LLC
    P.O. Box 2769
    Santa Fe, NM 87504

Her new physical address is:

    Duncan Earnest LLC
    222 East Marcy Street
    Suite 1
    Santa Fe, NM 87501

                                      Respectfully submitted,

                                      /s/ Theresa M. Duncan
                                      Theresa M. Duncan
                                      Duncan Earnest LLC
                                      P.O. Box 2769
                                      Santa Fe, NM 87504
                                      505-842-5196
                                      teri@duncanearnest.com

                                      Attorney for Defendant Hujrah Wahhaj

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served on all parties by operation of the Court's CM/ECF electronic filing system and pursuant to the CM/ECF Administrative Procedures Manual §§1(a), 7(b)(2), on August 2, 2020.

<u>/s/ Theresa M. Duncan</u>
Theresa M. Duncan