IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 18-CR-2945 WJ |
| ) | |
| JANY LEVEILLE, ET AL., ) | |
| ) | |
| Defendant. ) | |

**<u>NOTICE OF ENTRY OF APPEARANCE AS CO-COUNSEL</u>**

Felice John Viti, Trial Attorney in the Counterterrorism Section, National Security Division of the United States Department of Justice, hereby enters his appearance as co-counsel on behalf of the United States in the instant matter. Assistant United States Attorney Kimberly A. Brawley and United States Department of Justice Trial Attorney George C. Kraehe will remain as lead counsel in this matter.

The United States requests that all notices, pleadings and correspondence be delivered to the attention of Felice John Viti at felice.viti2@usdoj.gov. and at felice.viti@usdoj.gov, as well as Assistant United States Attorney Kimberly A. Brawley and Department of Justice Trial Attorney George C. Kraehe.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

  */s/ Electronically filed*
FELICE JOHN VITI
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC   20530
(202) 305-4596

I HEREBY CERTIFY that on December 4, 2020,
I filed the foregoing pleading electronically through the
CM/ECF system, which caused counsel of record for
defendants to be served by electronic means.

  */s/ Filed Electronically*
KIMBERLY A. BRAWLEY
Assistant U.S. Attorney

2