IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 18-2945 WJ |
| ) | |
| **JANY LEVEILLE, ET AL.,** ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

The United States hereby provide notice that United States Department of Justice Trial Attorney Troy A. Edwards, Jr. hereby withdraws as counsel of record for the United States of America because he is no longer employed in this capacity. George C. Kraehe and Felice John Viti, Trial Attorneys in the Counterterrorism Section, National Security Division of the United States Department of Justice, and Assistant United States Attorney Kimberly A. Brawley will remain as counsel of record for the United States of America in the above-captioned case.

The United States requests that all notices, pleadings, and correspondence continue to be delivered to the attention of Trial Attorneys George C. Kraehe and Felice John Viti and to Assistant United States Attorney Kimberly A. Brawley, but not to Mr. Troy A. Edwards, Jr.

        Respectfully submitted,

        FRED J. FEDERICI
        Acting United States Attorney

        */s/ Electronically filed*
        KIMBERLY A. BRAWLEY
        Assistant U.S. Attorney
        P.O. Box 607
        Albuquerque, New Mexico 87103
        (505) 346-7274

                                      GEORGE C. KRAEHE and
                                      FELICE JOHN VITI
                                      Trial Attorneys
                                      Counterterrorism Section
                                      National Security Division
                                      U.S. Department of Justice
                                      950 Pennsylvania Avenue, NW
                                      Washington, DC   20530

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record for Defendants to be served by electronic means.

 */s/ Filed Electronically*
KIMBERLY A. BRAWLEY
Assistant U.S. Attorney