# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes

**Before the Honorable Chief Judge William P. Johnson**

**Case No.:** 18 CR 2945     **Date:** March 26, 2021

**Courtroom Clerk:** A. Kittrell     **Court Reporter:** M. Loughran

**Interpreter:** N/A

**Type of Proceeding:** Status Conference , Regarding Rule 17 subpoena for Hujrah Wahhaj

**Place of Court:** Albuquerque

**Total time in Court:** 15 minutes, 2:00pm-2:15pm

**Evidentiary Hearing:** NO

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Kimberly Brawley | Corey Bhalla |
| | Theresa Duncan |

**Proceedings:**

- Court in session.

- Court addresses 17 ( c ) subpoena and how this motion has previously been granted. Court would like counsel on this case to resolve this situation.

- Attorney's Bhalla and Duncan understand they need to contact AUSA for the documents.

- Attorney Brawley agrees, and explains there is a filter team who reviews documents and she will contact BOP or vice versa to agree of documents to be sent.

- The Court states the Court will have no further action on this particular situation. All counsel agrees.