IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 18-2945 WJ |
| | ) | |
| vs. | ) | |
| | ) | |
| JANY LEVEILLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF ENTRY OF APPEARANCE

The United States hereby notifies the Court that Assistant United States Attorney Jackson

Tavo Hall enters his appearance as co-counsel of record in this case.   The United States requests

that Jackson Tavo Hall receive copies of all notices, pleadings and correspondence in this case.

Respectfully submitted,

FRED J. FEDERICI
UNITED STATES ATTORNEY

*Electronically filed*

JACKSON TAVO HALL
Assistant United States Attorney
P.O. Box 607
Albuquerque, N. M.   87103
(505) 346-7274

I HEREBY CERTIFY that I electronically filed
the foregoing with the Clerk of the Court
using the CM/ECF system which will send
notification to Counsel of Record

  *Filed Electronically*
JACKSON TAVO HALL
Assistant United States Attorney