## IN THE DISTRICT COURT OF THE UNITED STATES

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                            CR 18-2945 WJ

LUCAS MORTON,

        Defendant.

### NOTICE OF UNAVAILABILITY

COMES NOW Joseph E. Shattuck, attorney for Defendant Lucas Morton, and hereby gives notice to the Court and all counsel of record that he will be unavailable from April 11, 2022 through April 15, 2022 for any court appearances, hearings, or to respond to any discovery or motions or to attend to any other matters during this period of time in the above entitled and numbered case.

                              Respectfully submitted:

By:    */s/ Joseph E. Shattuck*
        JOSEPH E. SHATTUCK
        8748 East Belleview St
        Scottsdale, Arizona
        85257-4185
        (575)650-4191
        jshattuck@marcoshattucklaw.com
        *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of April 2022, I filed this pleading electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Joseph E. Shattuck*