IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

    v.                                                                                                No.: CR 18-2945-WJ-3

HUJRAH WAHHAJ,

      Defendant.

### DEFENDANT HUJRAH WAHHAJ'S NOTICE OF ASSERTION OF CONSTITUTIONAL RIGHT TO SPEEDY TRIAL

Defendant Hujrah Wahhaj, by and through her counsel of record, hereby notifies the Court and the Government that she asserts her right to a Speedy Trial pursuant to the Sixth Amendment to the United States Constitution and *Barker v. Wingo*, 407 U.S. 514, 519 (1972).

Ms. Wahhaj notes that she has been in continuous custody since August 5, 2018, without the benefit of a trial. This case has been stayed due to competency issues raised by her counsel on her behalf, and by her co-defendants, other than Mr. Siraj Wahhaj. This Court found Ms. Wahhaj competent to stand trial on May 28, 2021. [ECF No. 311]. It found co-defendant Subhanah Wahhaj competent to stand trial on May 26, 2021 [ECF No. 309], and it made the same finding as to co-defendant Jany Leveille on January 19, 2022. [ECF No. 387]. The competency of co-defendant Lucas Morton remains pending. Nevertheless, Ms. Wahhaj still enjoys the protections of the Sixth Amendment and hereby asserts her right to a speedy trial and demands same.

Respectfully submitted,

*/s/ Theresa Duncan*
Duncan Earnest, LLC
222 East Marcy Street
Suite 1
Santa Fe, NM 87501
505-710-6586
teri@duncanearnest.com

*/s/ Donald F. Kochersberger III*
Donald F. Kochersberger III, Esq.
Business Law Southwest LLC
320 Gold Ave. SW, Suite 610
Albuquerque, New Mexico 87102-3299
505-848-8581
Donald@BusinessLawSW.com

Attorneys for Hujrah Wahhaj

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing, and any attachments, with the Clerk of court for the U.S. District Court for the District of New Mexico by using the district's CM/DKT system on April 8, 2022. All participants are registered CM/DKT users and will be served by the district's CM/DKT system.

*/s/ Theresa M. Duncan*
Theresa M. Duncan