## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                    Case No. 18-CR-2945-WJ

HUJRAH WAHHAJ,

        Defendant.


## UNOPPOSED MOTION TO CONTINUE HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT HUJRAH WAHHAJ [ECF NO. 414]

Defendant Hujrah Wahhaj, by and through undersigned counsel, respectfully moves the Court to continue the June 24, 2022, hearing on the Motion to Withdraw as Counsel for Defendant Hujrah Wahhaj [ECF No. 414] until the following week (the week of June 27, 2022).  As grounds, Ms. Wahhaj states as follows:

1.      On May 17, 2022, Ms. Duncan filed a sealed motion to withdraw as counsel for Ms. Wahhaj [ECF No. 414].

2.      The government filed its response on June 17, 2022 [ECF No. 423]. The Court has set the motion for hearing on June 24, 2022, at 10 a.m. [ECF No. 421.]

3.      Ms. Duncan is scheduled to travel out-of-state later this week to conduct interviews in a potential capital case.  She is scheduled to be out-of-state

June 22-25, 2022. This trip was scheduled long before the Court set the hearing on the motion to withdraw, and Ms. Duncan has already secured travel arrangements. Additionally, she is traveling with an investigator who has also made necessary arrangements. Thus, Ms. Duncan is currently scheduled to be out-of-state on the date this Court set for the hearing on the motion to withdraw.

4.     To allow Ms. Duncan to complete the previously scheduled investigation trip and to participate in the hearing on the motion to withdraw, she respectfully asks the Court to continue the hearing to the week of June 27, 2022. She is scheduled to be out-of-town for a client meeting on June 30, 2022, but she is otherwise available anytime that week. Counsel for the government, Kimberly Brawley, is also available.

5.     Undersigned counsel has conferred with Ms. Brawley about this motion, and Ms. Brawley indicated the government has no objection to continuing the hearing. Ms. Brawley noted that she is unavailable the week of July 4, 2022, and thus we respectfully ask that the Court not reset the hearing for that week.

## CONCLUSION

For the foregoing reasons, Defendant Hujrah Wahhaj, by and through undersigned counsel, respectfully moves the Court to continue the June 24, 2022, hearing on the Motion to Withdraw as Counsel for Defendant Hujrah Wahhaj [ECF No. 414] until the following week.

Respectfully submitted,

*/s/ Theresa Duncan*
Duncan Earnest, LLC
222 East Marcy Street
Suite 1
Santa Fe, NM 87501
505-710-6586
teri@duncanearnest.com

Attorney for Hujrah Wahhaj

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing, and any attachments, with the Clerk of court for the U.S. District Court for the District of New Mexico by using the district's CM/DKT system on June 20, 2022. All participants are registered CM/DKT users and will be served by the district's CM/DKT system.

*/s/ Theresa M. Duncan*
Theresa M. Duncan