# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

       v.                             No.: CR 18-2945-WJ

**JANY LEVEILLE,**
**SIRAJ IBN WAHHAJ,**
**HUJRAH WAHHAJ,**
**SUBHANAH WAHHAJ, and**
**LUCAS MORTON,**

       **Defendants.**

## UNOPPOSED MOTION TO CONTINUE HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT HUJRAH WAHHAJ [DOC. 414]

Defendant Hujrah Wahhaj, by and through undersigned counsel, respectfully moves the Court to continue the June 27, 2022, hearing on the Motion to Withdraw as Counsel for Defendant Hujrah Wahhaj [Doc. 414] until sometime after July 10, 2022. As grounds, Ms. Wahhaj states as follows:

1. On May 17, 2022, Ms. Duncan filed a sealed motion to withdraw as counsel for Ms. Wahhaj [Doc. 414].

2. The government filed its response on June 17, 2022 [Doc. 423].

3. The Court has set the motion for hearing on June 27, 2022, at 10 a.m. [Doc. 426].

4. Mr. Kochersberger is scheduled to travel out-of-state next week and will return to Albuquerque on July 4, 2022.

5. To allow Mr. Kochersberger to complete the previously scheduled trip and to participate in the hearing on the motion to withdraw, he respectfully asks the Court to continue the hearing to

sometime after July 4, 2022.

6. Ms. Duncan had previously conferred with Ms. Brawley about this motion, and Ms. Brawley indicated the government has no objection to continuing the hearing.

7. Ms. Brawley noted, however, that she is unavailable the week of July 4, 2022, and thus the parties respectfully ask that the Court reset the hearing after July 10, 2022.

## CONCLUSION

For the foregoing reasons, Defendant Hujrah Wahhaj, by and through undersigned counsel, respectfully moves the Court to continue the June 27, 2022, hearing on the Motion to Withdraw as Counsel for Defendant Hujrah Wahhaj [Doc. 414] after July 10, 2022.

Respectfully submitted,

*/s/ Donald F. Kochersberger III*
Donald F. Kochersberger III, Esq.
BUSINESS LAW SOUTHWEST LLC
320 Gold Ave. SW, Suite 610
Albuquerque, New Mexico 87102-3299
505-848-8581
Donald@BusinessLawSW.com

*/s/ Theresa Duncan*
Duncan Earnest, LLC
222 East Marcy Street
Suite 1
Santa Fe, NM 87501
505-710-6586
teri@duncanearnest.com

*Attorneys for Hujrah Wahhaj*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing, and any attachments, with the Clerk of court for the U.S. District Court for the District of New Mexico by using the district's CM/DKT system on June 24, 2022. All participants are registered CM/DKT users and will be served by the district's CM/DKT system.

*/s/ Donald F. Kochersberger III*
Donald F. Kochersberger III, Esq.