IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIM. NO. 18-2945 WJ |
| ) | |
| v. ) | |
| ) | |
| JANY LEVEILLE, et al, ) | |
| ) | |
| Defendants. ) | |

**<u>UNITED STATES' RESPONSE TO OPPOSED MOTION FOR STATUS CONFERENCE</u>**

The United States submits this response to clarify its position regarding the Opposed Motion for Status Conference (doc. 448) filed on August 2, 2022, by Defendant Subhanah Wahhaj, by and through her counsel, and joined by Defendants Siraj Ibn Wahhaj, Hujrah Wahhaj, and Jany Leveille, by and through their counsel.

The United States is not opposed to the request for a status conference but suggests that an in-person hearing is unnecessary. If the Court elects to hold a hearing on this matter, the United States recommends that the hearing be conducted telephonically.

    Respectfully submitted,

    ALEXANDER M.M. UBALLEZ
    United States Attorney

    *Electronically Filed on August 4, 2022*

    KIMBERLY A. BRAWLEY and
    JACKSON TAVO HALL
    Assistant United States Attorneys
    201 Third St. NW, Suite 900
    Albuquerque, NM 87102
    (505) 346-7274

I HEREBY CERTIFY that I electronically filed
the foregoing with the Clerk of the Court
using the CM/ECF system which will send
notification to opposing counsel of record.

　*Filed Electronically*
KIMBERLY A. BRAWLEY
Assistant United States Attorney