IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

                                                                                                                    CR 18-2945 WJ

JANY LEVEILLE, *et al.*

        Defendants.

## REPLY IN SUPPORT OF MOTION FOR STATUS CONFERENCE [DOC. 448]

Defendant Subhanah Wahhaj, by and through undersigned counsel Ryan J. Villa and Justine Fox-Young, joined by Defendant Siraj Ibn Wahhaj, by and through counsel Erlinda O. Johnson and Thomas M. Clark, and Hujrah Wahhaj, by and through counsel Donald Kochersberger and Marshall J. Ray, replies in support of her Opposed Motion for Status Conference [Doc. 448].

1. On August 2, 2022, Defendants Subhanah Wahhaj, Siraj Ibn Wahhaj and Hujrah Wahhaj filed an Opposed Motion for Status Conference. Doc. 448.

2. On August 4, 2022, the Government filed a response to the motion, clarifying its opposition not to the status conference but to holding such a hearing "in person." Doc. 449.

3. Defendants note that they request an in-person status conference for the reasons articulated in the motion as well as to allow the Defendants to participate in the hearing and confer with and advise counsel.

WHEREFORE, for the foregoing reasons, Subhanah Wahhaj, joined by Siraj Ibn Wahhaj and Hujray Wahhaj, respectfully requests that the Court schedule an in-person status conference in this matter.

Respectfully submitted,

/s/ *Ryan J. Villa*
Ryan J. Villa
The Law Office of Ryan J. Villa
5501 Eagle Rock Ave NW Ste. C2
Albuquerque, NM 87113
(505) 639-5709
ryan@rjvlawfirm.com

&

/s/ *Justine Fox-Young*
Justine Fox-Young
5501 Eagle Rock Ave NE Ste C2
Albuquerque, NM 87113
(505) 796-8268
justine@foxyounglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on, August 8, 2022, a copy of the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ *Justine Fox-Young*
JUSTINE FOX-YOUNG