IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                   No. CR 18-2945 WJ

JANY LEVEILLE, *et al.,*
      Defendants.

## NOTICE OF HEARING—SCHEDULING CONFERENCE

      NOTICE OF VIDEO CONFERENCING HEARING as to Defendants Jany Leveille, Siraj Ibn Wahhaj, Hujrah Wahhaj, Subhanah Wahhaj, and Lucas Morton.  A Scheduling Conference is set for October 12, 2022, at 1:30 p.m. in Albuquerque - 560 Cimarron Courtroom - Remote before Chief District Judge William P. Johnson.  The Court waives the Defendants' appearances for this hearing.

1.  This proceeding will be held via Zoom Video/Web Conferencing with all counsel appearing remotely; the Zoom ID and Passcode will be provided separately to the counsel of record.

2.  Counsel must connect to the proceeding 15 minutes prior its scheduled start time to allow time to trouble-shoot any connectivity issues.

3.  To ensure the record is of the best quality counsel are encouraged to utilize a headset (with integrated microphone if possible) to reduce static and background noise; if not using a headset participants must ensure the audio feed at their location is muted when not speaking.

4.  In accordance with Administrative Order 22-MC-00004-42, the public and media will have access to the court hearing via live-streaming. Please visit the court's website at

www.nmd.uscourts.gov for instructions on how to access the District Court Audio Streaming Service (DCASS).

5.  The purpose of this scheduling conference is to establish case management deadlines in conjunction with the lifting of the stay on the filing of pretrial motions.

\*\*\* REMINDER: Recording or broadcasting of this hearing is prohibited. \*\*\*

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE