IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No. 1:18-cr-02945-WJ

JANY LEVEILLE et al.,

    Defendants.

## ORDER LIFTING STAY

    THIS MATTER is before the Court *sua sponte*. On February 18, 2020, the Court entered a sealed Order staying proceedings pending completion of competency evaluations. (Doc. 192). The Court held a status conference on October 12, 2022, advising the parties that all competency evaluations have been completed. The Court requested concurrence or opposition to lifting the stay and no party opposed lifting the stay.

    IT IS ORDERED that the **STAY** entered by the Court on February 18, 2020 is **LIFTED.** Pending motions seeking a status conference and lifting of the stay (Doc. 416, Doc. 448) are deemed mooted by this Order and are terminated.

CHIEF UNITED STATES DISTRICT JUDGE