**Page 1**

UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 1:18-CR-02945-WJ

JANY LEVEILLE,
SIRAJ IBN WAHHAJ,
HUJRAH WAHHAJ,
SUBHANAH WAHHAJ and
LUCAS MORTON,

    Defendants.

TRANSCRIPT OF PROCEEDINGS

September 12, 2018

(1:03 p.m., Rio Grande Courtroom)

Detention Hearing

BEFORE THE HONORABLE KIRTAN KHALSA

United States Magistrate Judge

Page 22

1  Q. And where are you currently assigned?
2  A. The Santa Fe office.
3  Q. Did you at some point become involved in an
4  investigation involving the defendants who are seated here
5  at the table?
6  A. Yes, sir.
7  Q. Okay. Can you identify these defendants?
8  A. Yes, sir.
9  Q. And do you see here today Jany Leveille?
10 A. Yes, sir.
11 Q. Siraj Ibn Wahhaj?
12 A. Yes, sir.
13 Q. Hujrah Wahhaj?
14 A. Yes, sir.
15 Q. Subhanah Wahhaj?
16 A. Yes, sir.
17 Q. And Lucas Morton?
18 A. Yes, sir.
19 Q. And can you tell me how you became involved in the
20 investigation that resulted in the Indictment against
21 them?
22 A. We were asked by Taos County Sheriffs for assistance
23 in a case approximately June 17 (indiscernible, audio
24 skips) asked for assistance because they believed that
25 Siraj Wahhaj and (minor's name - A.G.) were located on the

Page 23

1  property.
2  Q. Okay. And I'd like to caution you that we may be
3  discussing minors, including deceased minors and minors
4  who are currently victims. If you could please refrain
5  from using their names.
6  A. Yes, sir.
7  Q. Okay. I think we can use their initials. And what
8  was it about A.L. that Taos County needed your assistance
9  with?
10 A. They needed to locate that -- that he was on the
11 property in order to execute a warrant.
12 Q. And why -- why did they need to execute a warrant?
13 A. Because there was a pick-up Order issued from Clayton
14 County P.D. in Georgia.
15 Q. And what was the substance of this pick-up Order?
16 A. That A.G. was taken from his biological mother and --
17 without notice as to where he was being taken and she had
18 not received responses to where A.G. was being taken.
19 Q. Do you know when or about this pick-up Order was
20 issued?
21 A. A missing persons report was filed on December 10th,
22 and a pick-up Order was filed on December 20th.
23 Q. Okay. And December 10th and December 20th of what
24 year?
25 A. 2017.

Page 24

1  Q. And were there subsequent pick-up Orders or Orders of
2  the same kind that were issued by that Court?
3  A. To my knowledge, that one that I've seen is from
4  December 20th.
5  Q. Do you know who filed the missing persons report?
6  A. Hakima Ramzi.
7  Q. And that information is based on what?
8  A. The fact that A.G. was taken from her home on
9  approximately November 27th, and was not given back to her
10 and she could not find out where A.G. was being taken.
11 Q. And how did you learn that Hakima Ramzi had filed a
12 missing person report?
13 A. Through the missing persons report and through
14 interviews with Hakima Ramzi and Jamella Gihad.
15 Q. And who is Jamella Gihad?
16 A. The step-mother to Siraj Wahhaj, Subhanah Wahhaj,
17 Hujrah Wahhaj and that would be it.
18 Q. And to your knowledge, who was the biological mother
19 of A.L.?
20 A. Hakima Ramzi.
21 Q. And how old was A.L. when he was reported missing?
22 A. Three.
23 Q. Did A.L., at the time he was reported missing, have
24 any medical conditions or any characteristics that were of
25 concern to Ms. Ramzi?

Page 25

1  A. Yes, sir.
2  Q. What were they?
3  A. H.I.E., hypoxic ischemic encephalopathy, I think. Is
4  that how you pronounce it?
5  Q. It's difficult to pronounce.
6  A. Yes.
7  Q. Can you describe what that is?
8  A. The -- A.G. would suffer from prolonged seizures due
9  to the condition he received at birth, H.I.E.
10 Q. And according to his mother, as reported to Clayton
11 County Police Department, did he require any kind of
12 medical attention or medication for this condition?
13 A. Yes, sir.
14 Q. And was this attention something that he required on
15 a continual basis?
16 A. Yes, sir.
17 Q. And that's according to the missing persons report,
18 and to the pick-up Order. Is that right?
19 A. Yes, sir.
20 Q. Did you learn -- well, let me ask you this. Who is
21 A.L.'s biological father?
22 A. Siraj Wahhaj.
23 Q. Was Siraj Wahhaj married to Hakima Ramzi?
24 A. Yes.
25 Q. And that was a lawful, legal marriage?

7 (Pages 22 to 25)