John confronted Lucas about the missing child. According to the source Lucas became quiet and denied any involvement. The source then stated Lucas was on high alert and has a large set of binoculars; so big he has them set on a tri-pod. Lucas is supposedly watching out 24/7, and has cut off all communications with anyone. J Badger had told me in a conversation I had with him that he suspected word had gotten out and Lucas may know we were onto him. I also advised the County Assessor does not conduct lad surveys and we would have to find an independent private surveyor to assist if we went forward with the undercover survey rouse. Other information gained was the box-truck had not moved and the missing child may still be at the property. This is all the information I can remember for the month of May 2018.

On or about June 6, 2018, I was asked by Undersheriff Miera if I could assist FBI and NMSP Sgt. Cox with a security detail. I was advised FBI would be flying a drone over the property and requested assistance. I did assist the FBI and NMSP Sgt. Cox. We arrived at a location from which was out of sight of the property. FBI launched a drone and flew overhead the compound. During this operation I was able to view images being transmitted by the drone to a laptop computer. At one point during the operation I observe done male wearing a lime green shirt and two small children on the property, it appeared they were burning trash in a pit. The male appeared to be carefully placing one item of trash into the burn pit at a time so as to not make a large amount of smoke. At approximately 19:00 hrs I observed a female adult wearing red exit the box truck, and then I observed a male child with her. The male child appeared to be walking with a distinct limp. The male I observed appeared to be the right age and height as the missing child Abdul-Ghani Wahhaj. After further surveillance I did not observe anyone else on the property. I did take a picture of the laptop screen to document my observation. Measurements of the compound were taken to aid in a possible tactical plan. The child observed may have had a limp in part due to the fact his footwear may not have been the right size. I also learned the FBI had already been flying the drone for some time before I was made aware of the operation, and it was my understanding they were going to conduct one more day of flight. I was advised if we felt like we needed them further they would stay and assist in any way possible. I then concluded my assistance with the drone operation. I did relay the information I learned to Undersheriff Miera. After some thought and careful consideration it was decided to have FBI show the mother Hakima Ramzi the images of the small boy to confirm it was her son (Abdul-Ghani Wahhaj). On June 11, 2018, I received correspondence from NMSP Sgt. Cox. The email read in part the mother (Hakima) had reviewed the images and stated the boy in the video was NOT her son. FBI was going to check if they could find better video taken and go from there. I will note the information from Captain Stubs, Clayton County Police Department report number 17064975 stated in the narrative the missing child could not walk and suffered from seizures. The date of this report was December 10, 2017.

On or about June 12, 2018, I was made aware J Badger had filed civil processes paperwork at TCSO in an effort to have Lucas Morton removed from the property. Sgt. Gilbert Atencio placed the paperwork on my desk as he knew I was working this case. I then advised Undersheriff Steve Miera of the civil process and he advised to place the paperwork in his box, and he would take care of it.

I don't not recall the date I received information the civil process regarding the J Badger case was dismissed by Magistrate Judge E Ortega. I was also made aware J Badger called NMSP and asked for an officer to assist in going to his property and evict Lucas Morton. NMSP Sgt. Cox told me a NMSP uniformed officer drove up the compound and was met at the roadway by Lucas Morton. Lucas Morton was by all accounts nice to the officer and the officer left the property without incident. I was then asked by NMSP Sgt. Cox if I could contact J Badger and ask him if he was willing to assist in this investigation. I was to ask J

08/28/18

US v. Jany Leveille et al 2714