[redacted]

On Fri, Oct 18, 2019 at 11:37 AM Kraehe, George (USANM) <George.Kraehe@usdoj.gov> wrote:

Hi Ryan,

[redacted]

I did talk to Sheriff Hogrefe. As you know, a witness is under no obligation to speak with

defense counsel or investigators unless compelled to do so. Apparently, Sheriff Hogrefe does not want to talk to defense counsel or your investigators about the case without being compelled to so. That's his decision, and I do not believe it is appropriate for me to influence him one way or another.

Thanks.

v/r

George

### George C. Kraehe

Assistant U.S. Attorney

Anti-Terrorism Advisory Council Coordinator

District of New Mexico

201 3rd Street NW, Suite 900

Albuquerque, NM 87102

Phone: (505) 224-1472

Cell: (505) 350-8334

**From:** Ryan Villa <ryan@rjvlawfirm.com>
**Sent:** Friday, October 18, 2019 8:50 AM
**To:** Kraehe, George (USANM) <GKraehe@usa.doj.gov>; Brawley, Kimberly (USANM) <KBrawley@usa.doj.gov>
**Subject:** Fwd: Activity in Case 1:18-cr-02945-WJ USA v. Leveille et al Order

George and Kim,

[redacted]

On a separate note, George did you speak to Sheriff Hogrefe?

Thanks.

**Ryan J. Villa**

**The Law Office of Ryan J. Villa**
2501 Rio Grande Blvd NW Suite A
Albuquerque, NM 87104
Office: 505-639-5709
Fax:    505-433-5812
Email: ryan@rjvlawfirm.com

---------- Forwarded message ----------
From: <cmecfbb@nmd.uscourts.gov>
Date: Thu, Oct 17, 2019 at 2:14 PM
Subject: Activity in Case 1:18-cr-02945-WJ USA v. Leveille et al Order
To: <cmecfto@nmd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of New Mexico - Version 6.2.3

**Notice of Electronic Filing**

The following transaction was entered on 10/17/2019 at 2:13 PM MDT and filed on 10/17/2019