IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

vs.                         No. 18-CR-2945 WJ

**JANY LEVEILLE, et. al.,**
    **Defendants.**

ORDER

 THIS MATTER having come before the Court on Defendant Siraj Wahhaj's unopposed motion, pursuant to Rule 47.9 of the Local Rules of Criminal Procedure, to exceed the page limit on defendants' motion to suppress evidence, by 14 pages and the Court being otherwise fully apprised in the premises finds that the motion is well taken and hereby ORDERS,

 Defendants are hereby authorized to exceed the page limit on defendants' motion to suppress evidence, by 14 pages.

 It is so Ordered.

                          _____
                          William P. Johnson
                          Chief United States District Judge