

# Taos County Sheriffs Office
Deputy Report for Incident 18050268

| | |
|---|---|
| **Nature:** Agency Assist | **Address:** 55 PANORAMA BLVD |
| **Location:** LTCN | VENTERO NM |

| | | |
|---|---|---|
| **Offense Codes:** CHAN | | |
| **Received By:** RHOADS K | **How Received:** T | **Agency:** TCSO |
| **Responding Officers:** Flores T, Rael J | | |
| **Responsible Officer:** Flores T | **Disposition:** 05/14/18 | |
| **When Reported:** 11:53:03 05/14/18 | **Occurred Between:** 11:53:03 05/14/18 and 11:53:03 05/14/18 | |

| | | |
|---|---|---|
| **Assigned To:** | **Detail:** | **Date Assigned:** \*\*/\*\*/\*\* |
| **Status:** | **Status Date:** \*\*/\*\*/\*\* | **Due Date:** \*\*/\*\*/\*\* |

**Complainant:**

| | | |
|---|---|---|
| **Last:** | **First:** | **Mid:** |
| **DOB:** \*\*/\*\*/\*\* | **Dr Lic:** | **Address:** |
| **Race:**    **Sex:** | **Phone:** | **City:** , |

## Offense Codes
**Reported:**                                   **Observed:** MPER Missing Person
**Additional Offense:** CHAN Child Abuse or Neglect

## Circumstances
LT20 Residence or Home

**Responding Officers:**      **Unit :**
Flores T                                  109
Rael J                                    116

| | |
|---|---|
| **Responsible Officer:** Flores T | **Agency:** TCSO |
| **Received By:** RHOADS K | **Last Radio Log:** 15:14:32 05/14/18 98 |
| **How Received:** T Telephone | **Clearance:** RPT Report |
| **When Reported:** 11:53:03 05/14/18 | **Disposition:** **Date:** 05/14/18 |
| **Judicial Status:** | **Occurred between:** 11:53:03 05/14/18 |
| **Misc Entry:** | **and:** 11:53:03 05/14/18 |

**Modus Operandi:**              **Description :**                **Method :**

## Involvements

**EXHIBIT**

C

08 28 18

US v. Jany Leveille et al 2689

Deputy Report for Incident 18050268                                      Page 2 of 37

| Date | Type | Description | Relationship |
|---|---|---|---|
| 08/10/18 | Name | WAHHAJ, SIRAJ IBN | Suspect |
| 08/10/18 | Name | MORTON, LUCAS ALLEN | Suspect |
| 08/10/18 | Name | WAHHAJ, HUJRAH | Suspect |
| 08/10/18 | Name | WAHHAJ, SUBHANNAH AMATULLA | Suspect |
| 08/10/18 | Name | LEVEILLE, JANY N | Suspect |
| 05/14/18 | Cad Call | 11:53:03 05/14/18 Agency Assist | Initiating Call |

08/28/18

US v. Jany Leveille et al 2690

Deputy Report for Incident 18050268

## Narrative

On May 14, 2018 at approximately 1153 hours, I, Deputy Teodoro Flores with the Taos County Sheriff's Office displaying my badge of office, and driving a fully marked Sheriff's patrol vehicle was advised by Taos Central Dispatch of a request for assistance from the Taos County Sheriff's Office to assist with a 3 year old child believed to have been kidnapped by his father from Atlanta Georgia. The biological father is identified as Siraj Ibn Wahhaj.

I contacted the agent requesting the assistance identified as Special Agent Dennis Suta from the FBI Atlanta Georgia Office. Agent Suta advised me the father Siraj Wahhaj was last seen with his son Abdul Ghani Wahhaj on Dec 7, 2017. Agent Suta said Siraj Wahhaj and other family members were involved in a motor vehicle crash in Alabama where ammunition and guns were discovered. When authorities asked Mr. Wahhaj where he was going Mr. Wahhaj told the authorities they were traveling to New Mexico for a camping trip. Agent Suta told me Mr. Wahhaj was picked up along with other members of the family by the brother in-law Lucas Morten.

Agent Suta said they were reported to be traveling in a white ford box truck. Agent Suta told me he believed Lucas Morten purchased a property and were now living on the property located near Amalia, New Mexico. Agent Suta told me there was possibly up to 11 Children and 5 adults with the group that left Georgia after a dispute with other family. Agent Suta verified the warrant for Siraj Wahhaj out of Clayton County Georgia was extraditable.

I proceeded to get more intelligence and see where this piece of property was located. I was accompanied by Sergeant Jason Rael of the Taos County Sheriff's Office. We drove to an undisclosed location near Panorama Road and surveilled the property said to belong to Lucas Morten. We observed Mr. Morten's property and what appeared to be a white box truck. The property also appeared to be surrounded by a dug out earthen berm surrounded by tires and a plastic tent like structure in the middle. After gathering more information and surveillance on the property I returned to the Taos County Sheriff's Office and contacted Agent Dennis Suta. This concluded my involvement.

_____

**Responsible LEO:**


_____

**Approved by:**

-
_____

**Date**

08/28/18

US v. Jany Leveille et al 2691

## Supplement

```
CAD Call info/comments
================================

Request for assistance from local authorities of a 3yo child, have reason to
believe he's in
Amalia. have an address and would like a deputy to assist. This case is out of
Atlanta Georgia.

Individual/suspect is Biological fire Siraj Wahhaj 6 21 78. Wanted out of
Clayton County
Georgia from Dec of 2017, he absconded with 3yo son - 8 6 2014. This address is
listed on his traveling companion, Lucas morton. Extraditable.

Armed and Dangerous per NCIC report. Don't air over radio as a precaution.

11:58:03 05/14/2018 - RHOADS K (PowerPhone)
Q: What sort of assistance is required?
A: Assist with kidnapped child
Q: Where should the resources be sent?
A: Amalia
12:22:27 05/14/2018 - Weathers L - From: Rael J
co 319lku 522/37
12:22:37 05/14/2018 - Weathers L - From: Rael J
verbal
15:13:14 05/14/2018 - RHOADS K - From: Rael J
98 with this agency assist. switching to south
15:13:47 05/14/2018 - RHOADS K - From: Flores T
98 form here. will give you a 21 with more info in a second. switching to south
```