**Jason Rael**

From: Cox, Wesley B. (AQ) (TFO) <wbcox1@fbi.gov>
Sent: Monday, June 11, 2018 9:39 AM
To: Steve Miera; Jason Rael
Subject: Amalia info

Gents,

FBI Atlanta SA Denis Suta is with the mother now and reviewing video. She says the child we believed to be hers is NOT her son.

We will start reviewing more video to hopefully find better images.

We have some more options we can discuss if you would like to plan a conference call or meeting, just let me know.

Thanks.

Wes
Sergeant Wesley Cox
New Mexico State Police
FBI Albuquerque Division
Joint Terrorism Task Force Coordinator
Desk: 505-889-1353
Cell: 505-220-6071

This electronic message is intended only for the personal and confidential use of the designated recipient(s) named above. It may contain confidential and/or privileged information exempt from disclosure under Federal or State law. If the recipient of this message is not a designated recipient, you are hereby notified that the dissemination, distribution or copying of this message is prohibited. If you received this electronic message in error, please notify TFO Wesley Cox (505) 889-1353, purge the communication immediately from your computer system and destroy any hard copies of this transmission.



EXHIBIT F

US v. Jany Leveille et al 772

US_v_Leveille_et_al_0000772