


(404) 399-6963

Text Message
Today 11:02 AM

Subhanah:
Assalamualaikum brother. Please add me. I pray this message finds you in the best of eman and health. I need to contact you please.

Abdur Rashid:
As Salamu Alaikum my sister in Islam.
I'm so glad to hear from you.
And you know what ever you share is in the strictness of confidence.
Tell me what is it I can






EXHIBIT G







Jany Leveille et al 21262

**(404) 399-6963**

Tell me what is it I can support you with???

Subhanah:
Walaikum Assalam. Thank you so much for responding to me and with such sincerity. I appreciate your promise to keep this confidential. That would be the only way I would be able to share.

Abdur Rashid
Okay, tell me more of your concerns..

Subhanah:
Assalamualaikum Br.

Jany Leveille et al 21263

(404) 399-6963

**Abdur Rashid**
Okay, tell me more of your concerns..

**Subhanah:**
Assalamualaikum Br. Rashid, it is extremely important that you DO NOT by any means contact anyone, especially my family members in regards to me contacting you.

**Subhanah:**
Your constant peer support, sincerity and your zeal have not been in vain. You have no idea the reward waiting

Jany Leveille et al 21264

(404) 399-6963

Subhanah:
Your constant peer support, sincerity and your zeal have not been in vain. You have no idea the reward waiting fir you if you could help me at this time.
I am desperately in need of $400 in order to save myself from starvation. Again, i wouldnt ask if i truly didnt need it.
I truly understand if you are not in the position to send the money at this time. The money is to fight starvation.

Jany Leveille et al 21265

●●●ıl Verizon 🛜   1:01 PM   ✈ ✷ 🔋

**(404) 399-6963**

time. The money is to fight starvation.

Abdur Rashid:
As Salamu Alaikum. Alhamdulillah, I almost have a sizable care package of food and other items for y'all put together.

Send a address to send it .

Subhanah:
Here is the name and address to send it to. Lucas Morton. John Adams costilla gas and grocery, 2 state rd hwy


Jany Leveille et al 21266

(404) 399-6963

Lucas Morton. John Adams costilla gas and grocery, 2 state rd hwy 106, costilla, nm.

Subhanah:
Also I'll take a picture and send it to you when it arrives so that you know we retrieved it

Subhanah:
Amin and may all your hearts desires be answered, your zeal to do even more for the community be granted, and may your name have an honorable mention among










(404) 399-6963

do even more for the community be granted, and may your name have an honorable mention among generations to come.

Abdur Rashid. Inshallah Amin

Sir this is the condensed version of her reaching out to to me and condensed response copied directly from Facebookessemger, she goes by Subhanah Wahhaj

I'm at work so I hope

Jany Leveille et al 21268