IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-CR-2945 WJ |
| | ) | |
| | ) | |
| JANY LEVEILLE et.al., | ) | |
| Defendant. | ) | |

**DEFENDANTS' NOTICE OF LODGING OF EXHIBITS FOR DEFENDANTS' MOTION TO SUPPRESS EVIDENCE**

COME NOW the defendants by and through counsel of record, and hereby respectfully submit the following notification that a disc containing defendants' exhibits D & E in support of defendants' motion to suppress evidence was mailed via first class mail to the Chambers of the Honorable William Johnson.

Respectfully Submitted,

Electronically filed 10-21-22
Erlinda O. Johnson
Attorney for Siraj Wahhaj
620 Roma Ave. N.W.
Albuquerque, N.M. 87102
(505) 792-4048

I hereby certify that a true and
Correct copy of the foregoing was provided
To counsel for the government vis CM-ECF
And a copy of the CD was
mailed to counsel for the government
on this 21st day of October 2022.

_____/s/_____
Erlinda O. Johnson
Attorney at Law