| AGENCY ID (ORI) | | CLAYTON COUNTY POLICE | CASE NUMBER |
|---|---|---|---|
| SA  GA0310100 | 00100501 | SUPPLEMENTAL REPORT | 17062941  ☐ CORRECTED REPORT |

☒ ORIGINAL REPORT   ☐ SUPPLEMENTAL REPORT       PAGE 2 OF 3

On 12/3/2017 at 1500 hours I was dispatched to a domestic disturbance call at 7021 Tara Blvd. Room 223, Jonesboro, GA 30236. Upon my arrival, I met with the complainant (Ramzi) who advised that her current husband/witness (Wahhaj) took their juvenile son (see supplemental persons report) to the park on Thursday and has never returned with him. Ramzi advised that Wahhaj is the father of the juvenile. Ramzi advised that she has attempted to contact Wahhaj and that Wahhaj texted her saying that he wanted a divorce. Ramzi advised that Wahhaj is possibly staying with another female at 160 Iris Ct., Riverdale, GA 30274, but that upon checking the location she has not been able to locate Ramzi or her juvenile son.

I advised Ramzi that she needed to continue to get into contact with Wahhaj. I advised Ramzi that she needed to initiate the process of divorce proceedings and a custody plan through the courts. I advised Ramzi that the juvenile does not meet the criteria to be placed onto GCIC as a missing person at this time. Ramzi advised that she understood and I left the scene without incident. No contact was made with Wahhaj or the juvenile as of yet.

| CASE STATUS: ☒ ACTIVE | ☐ CLEARED BY ARREST | ☐ EX. CLEARED | ☐ DEPT CLEARED | ☐ UNFOUNDED | REPORT DATE 12/3/2017 |
|---|---|---|---|---|---|
| REPORTING OFFICER  Griffin, Tony R. | NUMBER 24295 | APPROVING OFFICER  Sgt. Bird | | | NUMBER 22453 |

SUPERVISORY REFERRAL? ☐ YES ☒ NO    20151201

EXHIBIT B

US v. Jany Leveille et al 23416