| AGENCY ID (ORI) SA GA0310100 | 00100501 | CLAYTON COUNTY POLICE SUPPLEMENTAL REPORT □ ORIGINAL REPORT  [X] SUPPLEMENTAL REPORT | CASE NUMBER 17064136 □ CORRECTED REPORT PAGE 1 OF 2 |

On 12/10/2017 at approximately 1500hrs I responded to 7021 Tara Blvd Jonesboro GA 30236 (In Town Suites) in reference to a missing juvenile. Upon my arrival I made contact with Hakima Ramzi (Complainant) who advised she last seen her husband, Siraj Wahhaj (Victim #2) and son, Abdul Wahhaj (DOB 08/06/2014/ Victim #1/ Juvenile) on 10/01/2017 at approximately 0900hrs. The Complainant advised the father of the juvenile, Victim #2 took their son to the park. The Complainant could not provided the location of this park.

Victim #2 advised the Complainant he would bring the juvenile right back. Still till this day Victim #2 is not answering or returning her phone calls. The Complainant advised Victim #1 has a slow learning disability and need his medication or else he would break out in periodic seizures. The Complainant advised her and Victim #2 are on good terms and has not had a domestic violence issue over years.

The Juvenile was last seen wearing a brown and green jacket, that is all she could provide. The father was last seen wearing a black hat, shirt and pants with a cotton purple jacket, no logos. The father left the location in a bronze/ gold in color vehicle, the complainant could not provide a tag.

A BOLO was placed of Victim #1 and Victim #2 over the radio. Pictures of the two were taken on my departmental issued body camera. SGT. Bird was notified of this incident. Victim #2 did not come back on file for a OLN but a SSN was provided Victim #1 was placed in GCIC by Ofc. Villagomez.

| CASE STATUS [X] ACTIVE | □ CLEARED BY ARREST | □ EX CLEARED | □ DEPT CLEARED | □ UNFOUNDED | REPORT DATE 12/10/2017 |
| REPORTING OFFICER Ofc. S.Beach | NUMBER 25693 | APPROVING OFFICER | | | NUMBER |

**EXHIBIT C**

SUPERVISORY REFERRAL? □ YES □ NO

US v. Jany Leveille et al 23421

| AGENCY ID (ORI) | | | | CASE NUMBER | 17064975 |
|---|---|---|---|---|---|
| SA | GA0310100 | CLAYTON COUNTY POLICE INCIDENT REPORT | | | ☐ CORRECTED REPORT |

**INCIDENT TYPE** — IF BURGLARY, WAS ENTRY FORCED? ☐ YES ☐ NO
Missing Person

**INCIDENT CODE:** 00-0001  **COUNTS:** 1

**PREMISE TYPE:**
- HIGHWAY
- SERVICE STATION
- CONVENIENCE STORE
- BANK
- COMMERCIAL
- X RESIDENCE
- SCHOOL/CAMPUS
- ALL OTHER

**INCIDENT LOCATION:** 7021 Tara Blvd. # 223 Jonesboro, Ga. 30236

**WEAPON TYPE:**
- GUN
- KNIFE/CUTTING TOOL
- HANDS/FIST/ETC
- OTHER

**INCIDENT DATE:** 12/10/2017  **TIME:** 0900  **TC**  **DATE:**  **TIME:**  **STRANGER TO STRANGER:** YES ☐ NO ☐ UNK X  **ZONE:** 42

### COMPLAINANT
**NAME:** Ramzi, Hakima   **RACE:** B  **SEX:** F  **AGE:** 46  **DOB:** 08/24/1971
**STREET ADDRESS:** 7021 Tara Blvd. #223   **RESIDENCE NUMBER:** 678-754-5897   **BUSINESS NUMBER:**
**CITY:** Jonesboro   **STATE:** Ga.   **ZIP:** 30236   **LICENSE OR ID #/STATE ISSUED:**   **EMPLOYER OR OCCUPATION:**

### VICTIM
**NAME:** Juvenile   **RACE:** B  **SEX:** M  **AGE:** 3  **DOB:** 08/06/2014
**STREET ADDRESS:** 7021 Tara Blvd #223   **RESIDENCE NUMBER:** 678-754-5897   **BUSINESS NUMBER:**
**CITY:** Jonesboro   **STATE:** Ga   **ZIP:** 30236   **LICENSE OR ID #/STATE ISSUED:**   **EMPLOYER OR OCCUPATION:**

### OFFENDER #1 / WANTED / WARRANT / ARREST
(blank)

Jurisdiction codes: 1 CITY  2 COUNTY  3 STATE  4 OUT OF STATE  5 UNKNOWN

80100401

### VEHICLE
(blank)

### PROPERTY
(blank)

### ADM
**GCIC ENTRY:** ☐ WARRANT  X MISSING PERSONS  ☐ VEHICLE  ☐ ARTICLE  ☐ BOAT  ☐ GUN  ☐ SECURITIES

### CLEAR
REQUIRED DATA FIELDS FOR CLEARANCE REPORT — ☐ CLEARED BY ARREST  ☐ EXCEPTIONALLY CLEARED  ☐ DEPT CLEARED  ☐ UNFOUNDED
DATE OF CLEARANCE: 12/14/2017
☐ ADULT  ☐ JUVENILE
**REPORT DATE:** 12/14/2017

### NARRATIVE
On December 12-10-2017 at 0900 hours the complainant advised that her husband (Wahhaj, Siraj) left with the victim in their gold colored Jeep to go to the park. The complaint advised that her husband and child (victim) have not returned. The victim advised she has no further information on the vehicle. The complainant advised that her husband has a phone (404-552-8993) but the phone is no longer in service. Please see case # 17064136 for the missing person report on her husband. The complainant advised there is no active custody or court orders. The victim was placed onto GCIC. NIC # M474271260

**REPORTING OFFICER:** Capt. W.S. Stubbs   **NUMBER:** 06239   **APPROVING OFFICER:**   **NUMBER:**

**SUPERVISORY REFERRAL?** X YES  ☐ NO   20151201

US v. Jany Leveille et al 23427

Juvenile

Victim's Address:

Case# 
File# 
Name: Wahhaj, Abdul G 
DOB: 8/6/2014

Give Summary Details of Offense(s) or Complaint's(s) and Apprehension:

On December 10, 2017 the above Mother reported that the above child and his Father left their residence of 7021 Tara Blvd #223 Jonesboro, Ga. to go to the park. The Mother advised that they left the location on December 1, 2017. The Mother advised that they have not returned or made contact with her or the family. The Mother advised that the Fathers phone is now out of service when you call. The Mother advised that the above child has medical issues. The above child can not walk and suffers from seizures. The Mother advised that the child was born with HIE. The Mother further advises that the child uses 2 types of medication for the seizures. The Mother fears for the safety of the above child. The Mother is unaware of the above childs whereabouts and current medical condition. The Mother is also unaware of the whereabouts of the childs Father. The Mother has reason to believe that the Father wants to perform an exorcism on the above child because he believes the child has the devil inside of him.

Additional Details of Offense(s) or Complaint's(s) and Apprehension:

Investigating Officer: CAPT. STUBBS 
Agency: Clayton County Police Department 
P.D. Report # 17064975 
Phone# 770 477 3648

Complainant's Name: Capt. W.S. Stubbs 
Complainant's Address: 7911 N. Mcdonough St. Jonesboro, Ga. 30236

Signature: Capt W S Stubbs 
Date: 12/18/17 Phone: 404-391-1526

US v. Jany Leveille et al 782

Page 2

US_v_Leveille_et_al_0000782