## EMD / EME / EMI / EMO / EMV - Enter Missing Person

Originating Agency Identifier (ORI) GA0310100 *  ☐ Caution Indicator
Caution / Medical Conditions (CMC)
Missing Person Circumstances (MPC)   Missing Person (MNP) PT *
○ Disability  ○ Endangered  ○ Involuntary  ○ Catastrophe  ● Other
Name (NAM) WAHHAJ, SIRAJ *
Sex (SEX) M *   Race (RAC) B *
Height (HGT) 601 *   Weight (WGT) 250 *
Eye Color (EYE) BRO *   Hair Color (HAI) BLK *
Originating Agency Case Number (OCA) 17064136 *
Date of Last Contact (DLC) 20171210 *

### Enter At Least One of the Following Fields:

Date of Birth (DOB) 19780621
Social Security Number (SOC) 105800214
FBI Number (FBI)
Miscellaneous Number (MNU) -

### and/or At Least One of the Following Sets:

Operator's License Number (OLN) 057193318 with
State (OLS) GA and Year (OLY) 2018

License Plate Number (LIC) RFN3009 with State (LIS) GA and
Year (LIY) 2018 and Type (LIT) PC

Vehicle Identification Number (VIN) 1J4GK48K05W568356   Vehicle Year (VYR) 2005
Make (VMA) JEEP   Model (VMO) LBY (optional)
Style (VST) 4D   Color (VCO) GLD /   (optional)

### Optional Fields:

Place of Birth (POB) NY   Citizenship (CTZ)
Scars, Marks, Tattoos (SMT)   Ethnicity (ETN)
Fingerprint Classification (FPC)   Skintone (SKN)
Blood Type (BLT)   Circumcision (CRC)
Footprint Available (FPA)   Body X-Ray (BXR)
Corrective Vision Prescription (VRX)
Jewelry Type (JWT)
Jewelry Description (JWL)
Notify Originating Agency (NOA)   State Identification Number (SID)
Linkage Agency Identifier (LKI)   with
Linkage Agency Case Number (LKA)
DNA Available (DNA)


EXHIBIT D

https://portalxlprod-getshe.gbi.state.ga.us/portalxl/Forms/EM.aspx

12/15/2017
Leveille - AS discovery 048