

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

March 5, 2018

TO:

RE: Siraj Ibn Wahhaj

Dear

(U) The Atlanta Division of the Federal Bureau of Investigation is providing information on Siraj Ibn Wahhaj….

**Suspicious Report**

(U) On April 1, 2015, the owner of Atlanta Firearms Training contacted the Atlanta JTTF in reference to a suspicious subject taking firearms training. The suspicious subject was identified as Siraj Ibn Wahhaj. Atlanta Firearms Training provided information that Wahhaj signed up for a basic pistol class in January 2015, then immediately signed up for the defensive pistol class which was completed in March 2015, and the AR-15 class which was held in April of 2015. Atlanta Firearms Training staff advised they have been open for the past five years and no one has taken this many classes this quickly and this made them suspicious of Wahhaj.

**Missing Person Report**

(U) On December 12, 2017, the Atlanta JTTF was notified that a police report was made with Clayton County Police Department (CCPD) listing Wahhaj as a missing person. The missing person report was filed by Wahhaj's wife, Hakima Ramzi, on December 10, 2017, and she reported that Wahhaj took their three year old son, Abdul Ghani, on November 28, 2017 and has not returned.

**Vehicle Crash**

(U) On December 15, 2017, the Atlanta JTTF was notified by CCPD that on 12/13/2017, Wahhaj, while en route to New Mexico, crashed his vehicle on I-65 northbound in Chilton County, Alabama. The vehicle was occupied by a total of nine people, Wahhaj and his second wife and seven juveniles. Wahhaj was in possession of five firearms, a bullet proof vest, and a bag of ammunition. Wahhaj and his wife gave the Alabama trooper different stories of where they were going and acted suspiciously. The trooper later confirmed that the information provided by



EXHIBIT E

Wahhaj Jr. was false and the trooper obtained an arrest warrant for Wahhaj for False Statement/Reporting.

**Bizarre Behavior**

(U) In an interview conducted on December 14, 2017, Hakima Ramzi and Wahhaj's step-mom, Jamella Jihad, advised that Abdul Ghani has a medical condition which requires him to take medication. Ramzi and Jihad were worried because ever since Wahhaj's overseas trip in September, 2017, Wahhaj talked about conducting exorcism to heal Abdul Ghani. Ramzi fears that Wahhaj might not give him the necessary medication. Wahhaj also came back from his overseas trip with ideas in his head and accused Jihad and Ramzi of practicing black magic.

(U) CCPD is investigating Wahhaj for having absconded with his child whose primary care taker is Hakima Ramzi. There is an outstanding pick up order for Wahhaj out of Clayton County.

(U) On 2/1/2018, CCPD provided FBI Atlanta a letter they obtained from Wahhaj's brother, Muhammad Wahhaj. Letter was written by Jany Leveille and it calls for Muhammad to take his money from the bank, get his guns, and come join them in finding refuge from Jihad. The letter also talks about the return of Jesus.

**Alabama Property:**
(U) Wahhaj owns two acres lot in Tuskegee, Alabama. Aerial surveillance of the property revealed that the lot is in the middle of a larger 24 acre lot which is mostly wooded. Wahhaj's property has a small shed-like structure and thousands of used tires and blue barrels. Tires and barrels appear to be positioned to provide a barrier around the property.

Sincerely,

Jamie O. Molina
Supervisory Special Agent
JTTF - 112
Atlanta Division
Federal Bureau of Investigation