UNCLASSIFIED//FOR OFFICIAL USE ONLY

# FBI Albuquerque

## Siraj Ibn Wahhaj
### HVE

15 May 2018

| | |
|---|---|
| DOB | 02/1/1978 |
| POB | Brooklyn, NY |
| SSAN | 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 |
| FPN | 301105470 |

| | |
|---|---|
| Citizenship | If non-citizen, any USPER status? |
| Location | 55 Panorama Blvd, Amalia, NM |
| | 122 Panorama Blvd, Amalia, NM |
| Phone Numbers | 404-552-8993 |
| | 718-658-0612 |
| Employment | Armed Security (NFI) |
| Access to Weapons | Yes |
| Associates | Jany Leveille, current wife (POB Haiti; out of status) |
| | Hakima Ramzi, ex-wife and mother of Abdul Ghani Wahhaj (abducted child) |
| | Lucas Morton, brother-in-law |
| | Subhanna Wahhaj, sister |
| | Muhammad Wahhaj, brother |
| | Jamella Jihad, step-mom |

## (U) Background

(U) On April 1, 2015, the owner of Atlanta Firearms Training contacted the Atlanta JTTF in reference to a suspicious subject taking firearms training. The suspicious subject was identified as Wahhaj. Atlanta Firearms Training provided information that Wahhaj signed up for a basic pistol class in January 2015, then immediately signed up for the defensive pistol class which was completed in March 2015; and the AR-15 class which was held in April of 2015. Atlanta Firearms Training staff advised they have been open for the past five years and no one has taken this many classes this quickly, and this made them suspicious of Wahhaj.

## (U) Significant Developments

(U) On December 12, 2017, the Atlanta JTTF was notified that Wahhaj was a missing person. The missing person report was filed by subject's wife Hakima Ramzi, on December 10, 2017, and she reported that Wahhaj took their three year old son, Abdul Ghani, on November 28, 2017 and has not returned.

(U) On December 15, 2017, the Atlanta JTTF was notified by CCPD that on 12/13/2017, Wahhaj, while en route to New Mexico, crashed his vehicle on I-65 northbound in Chilton County, Alabama. The vehicle was occupied by a total of nine people. Wahhaj, and his second wife, Jany Leveille, and seven juveniles. Wahhaj was in possession of five firearms, a bullet proof vest, and a bag of ammunition. Wahhaj and his wife gave the Alabama trooper different stories of where they were going and acted suspiciously. The trooper later confirmed that the information provided by Wahhaj was false and the trooper obtained an arrest warrant for Wahhaj for False Statement/Reporting.

(U) In an interview conducted on December 14, 2017, Hakima Ramzi and Wahhaj's step-mom, Jamella Jihad, advised that Abdul Ghani has a medical condition which requires him to take medication. Ramzi and Jihad were worried because ever since his overseas trip sometime in September, 2017, Wahhaj talked about conducting exorcism to heal Abdul Ghani. Ramzi fears that Wahhaj might not give him the necessary medication. Wahhaj also came back from his overseas trip with ideas in his head and accused Jihad and Ramzi of practicing black magic.

(U) CCPD is investigating Wahhaj for having absconded with his child whose primary care taker is Hakima Ramzi. There is an extraditable arrest warrant for Wahhaj out of Clayton County, and a pick-up order for the kid.

(U) On 2/1/2018, CCPD provided FBI Atlanta a letter they obtained from Wahhaj's brother, Muhammad Wahhaj. Letter was written by Jany Leveille and it calls for Muhammad to take his money from the bank, get his guns, and come join them in finding refuge from Jihad (the step-mom). The letter also talks about the return of Jesus.

## (U) Investigative Strategy

(U) If Wahhaj agrees to be interviewed, we would like to address the firearms training and multiple firearms, reason for leaving Atlanta, his trip overseas in 2017 and the meeting with an Imam who taught him exorcism. Upon return from his overseas trip in 2017, Wahhaj told his wife Ramzi to stop giving Abdul Ghani medication and said that he would perform exorcism to heal Abdul Ghani.


EXHIBIT

UNCLASSIFIED//FOR OFFICIAL USE ONLY

Leveille - AS discovery  109