## VICTIMS

| Name | N/A | Unit No | Seat Pos | Occ Type | Safety Equip | Air bag | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MUBARAKAH WAHHAJ | | 1 | 6 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | 1 |

Address: 160 IRIS COURT RIVERDALE GA 30274
Taken To: SHELBY BAPTIST
Taken By: CARE
Medical Facility: EMS ground
Birth Date: 08/20/2012

## DIAGRAM

<-- N

NOT TO SCALE

## NARRATIVE

UNIT 1 WAS TRAVELLING NORTHBOUND ON I-65. THE DRIVER OF UNIT 1 STATED HE DID NOT REMEMBER WHAT CAUSED THE CRASH OR WHAT HAPPENED. UNIT 1 LEFT THE ROADWAY ON THE RIGHT SIDE. AFTER LEAVING THE ROADWAY, UNIT SWERVED IN AN ATTEMPT TO REENTER THE ROADWAY. WHEN UNIT 1 REENTERED THE ROADWAY IT OVERTURNED COMING TO AN UNCONTROLLED FINAL REST ON ITS ROOF, OFF THE ROADWAY ON THE LEFT SIDE.

## ROADWAY ENVIRONMENT

| Unit No | Involved Road/Bridge | Road Surface Type | Roadway Condition | Workzone Related? | Workzone Type | Workers Present | NotApplicable | Workzone Law Enforcement Present? | Contributing Circumstances Environment | Contrib Matl In Roadway |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 97 | 5 | NotApplicable | | 97 | 1 |

| Contrib Matl Source | Rdway Curve & Grade | Vision Obscured By | Traffic Control | Traffic Control Functioning | Opposing Lane Separation | Trafficway Lanes | Turn Lanes | One Way Street | Police Present? | Total # Occupants In Unit | Total # Injured in Unit | Total # Killed in Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | 1 | 1 | 1 | 97 | S | 4 | 1 | No | No | 9 | 2 | 0 |

Total Number of Units: 1
Light: 4
Weather: 2
Locale: 1
DOT Railroad Crossing No: N/A

**EXHIBIT H**

Leveille - AS discovery 068

## INVESTIGATION

| Name of Photographer: | JAMES W EARNHARDT | | | |
|---|---|---|---|---|
| Time Police Notified 02 00 AM | Time Police Arrived 02 20 AM | Time EMS Arrived 01 45 AM | EMS Response Run # N/A | |
| Name of Investigating Officer JAMES W EARNHARDT | | | Officer ID 1431 | Agency ORI ALDPS03D0 |
| Name of Investigating Officer | | | Officer ID | Agency ORI |

The data on this report reflects the best knowledge, opinion, and belief regarding the crash, but no warrant is made as to the factual accuracy thereof.

Leveille - AS discovery   069

# LEGEND

| Location | Category | Code | Description | Location | Category | Code | Description |
|---|---|---|---|---|---|---|---|
| Report Header | Unit Type | 6 | Sport utility vehicle (SUV) | Driver | Residence Within 25 Miles | No | No |
| Report Header | Unit Type | 97 | Not applicable | Driver | Travel Direction | 1 | North |
| Location And Time | Contributing Circumstance | 14 | Ran off road | Vehicle | Attachment | 1 | None |
| Location And Time | Contributing Unit | 10 | Unit1 | Vehicle | Body | 4 | Four door with rear entry |
| Location And Time | Controlled Access Highway Location | 1 | Main road | Vehicle | Citation Offense | 99 | None |
| Location And Time | Coordinate Status | Known | Known | Vehicle | Damage Severity | 4 | Major disabled |
| Location And Time | Coordinate Type | 2 | From GPS | Vehicle | Defect | 1 | None |
| Location And Time | Crash Manner | 2 | Single vehicle crash (all types) | Vehicle | Emergency Status | 97 | Not applicable |
| Location And Time | Crash Severity | A | Incapacitating injury | Vehicle | Estimated Speed Code | | Not set |
| Location And Time | Distance Node Unit | 20 | Miles | Vehicle | Hazardous Cargo | 97 | Not applicable |
| Location And Time | Distracted Driving | 97 | Not applicable (not distracted) | Vehicle | Hazardous Cargo Release Type | 97 | Not applicable |
| Location And Time | Harmful Event | 1 | Ran off road, right | Vehicle | K12 Child Going To Or From School | 0 | Not Set |
| Location And Time | Harmful Event | 11 | Overturn / rollover | Vehicle | Make | FORD | Ford |
| Location And Time | Highway Classification | 1 | Interstate | Vehicle | Non-Motorist Action | 0 | Not Set |
| Location And Time | Highway Side | | Northbound | Vehicle | Non-Motorist Location | 0 | Not Set |
| Location And Time | Roadway Feature | 1 | No special feature | Vehicle | Oversized Load | N/A | Not Applicable |
| Location And Time | School Bus Related | 1 | No school bus involved | Vehicle | Oversized Load Permit | N/A | Not Applicable |
| Location And Time | Time Display Format | 10 | Standard | Vehicle | Owner Address Code | Same | Same |
| Driver | Alcohol Test Type | 6 | No Test Given | Vehicle | Owner Name Code | | Not Set |
| Driver | Commercial Driver License Status | 9 | Not applicable / unlicensed | Vehicle | Placard Requirement | 97 | Not applicable |
| Driver | Contributing Circumstance | 99 | Unknown | Vehicle | Placard Status | 3 | Not applicable (placard not required) |
| Driver | Driver Address Code | 0 | Not Set | Vehicle | Tag Number | | Not set |
| Driver | Driver Condition | 1 | Apparently normal | Vehicle | Tag State | 0 | Not set |
| Driver | Driver License Class Code | 0 | Not set | Vehicle | Tag Year | 0 | Not set |
| Driver | Driver License Endorsement | 97 | Not applicable | Vehicle | Tow Status | 1 | Towed due to disabling damage |
| Driver | Driver License Number | 0 | Not set | Vehicle | Towed Code | 0 | Not Set |
| Driver | Driver License Restriction | 97 | Not applicable | Vehicle | Unit Type | 6 | Sport utility vehicle (SUV) |
| Driver | Driver License State Code | 0 | Not set | Vehicle | Usage | 1 | Personal vehicle |
| Driver | Driver License Status | 0 | Currently valid | Vehicle | VIN | | Not set |
| Driver | Driver Name Code | 0 | Not Set | Vehicle | Year | | Not set |
| Driver | Drug Test Result | 97 | Not applicable | Uninjured Occupants | Age Code | 1 | 0 - 3 |
| Driver | Drug Test Type | 4 | No test given | Uninjured Occupants | Age Code | 2 | 6 - 9 |
| Driver | Gender | 1 | Male | Uninjured Occupants | Age Code | 4 | 6 - 12 |
| Driver | Harmful Event | 11 | Overturn / rollover | Injured Occupants | Age Code | 5 | 13 - 19 |
| Driver | Liability Ins. Policy Code | 97 | Unknown | Uninjured Occupants | Age Code | 8 | 25 - 64 |
| Driver | Liability Insurance NAIC Number Code | Unk | Unknown | Uninjured Occupants | Airbag | 1 | Not installed |
| Driver | Maneuver | 1 | Movement essentially straight | Injured Occupants | Airbag | 7 | Not deployed, no switch |
| Driver | Phone Number Code | 0 | Not Set | Uninjured Occupants | Birth Date Code | 0 | Not Set |
| Driver | Place of Employment | | Not Set | Uninjured Occupants | Ejection Status | 1 | Not ejected or trapped |
| Driver | Race | 2 | Black / African American | Uninjured Occupants | Gender | 1 | Male |

Leveille - AS discovery 070

## LEGEND

| Location | Category | Code | Description |
|---|---|---|---|
| Uninjured Occupants | Gender | 2 | Female |
| Uninjured Occupants | Occupant Type | 1 | Driver |
| Uninjured Occupants | Occupant Type | 2 | Passenger |
| Uninjured Occupants | Safety Equipment | 2 | Shoulder and lap belt used |
| Uninjured Occupants | Safety Equipment | 6 | Rear facing child safety seat used properly |
| Victims | Age Code | 2 | 4 - 5 |
| Victims | Age Code | 8 | 26 - 64 |
| Victims | Airbag | 1 | Not installed |
| Victims | Airbag | 4 | Not deployed, switch off |
| Victims | Birth Date Code | 0 | Not Set |
| Victims | Ejection Status | 1 | Not ejected or trapped |
| Victims | First Aid Provider | 1 | Paramedic / EMT |
| Victims | Gender | 2 | Female |
| Victims | Injury Type | 2 | Incapacitating |
| Victims | Injury Type | 3 | Non-incapacitating |
| Victims | Medical Facility Transport | 2 | EMS ground |
| Victims | Occupant Type | 2 | Passenger |
| Victims | Safety Equipment | 2 | Shoulder and lap belt used |
| Victims | Victim Taken By | | Not Set |
| Victims | Victim Taken To | | Not Set |
| Roadway Environment | Environmental Contributing Circumstance | 1 | None apparent |
| Roadway Environment | Light Condition | 4 | Dark - roadway not lighted |
| Roadway Environment | Locale | 1 | Open country |
| Roadway Environment | Opposing Lane Separation | 6 | Cable barrier |
| Roadway Environment | Road Bridge Condition | 1 | None apparent |
| Roadway Environment | Road Surface Type | 1 | Asphalt |
| Roadway Environment | Roadway Condition | 1 | Dry |
| Roadway Environment | Roadway Curvature And Grade | 1 | Straight - level |
| Roadway Environment | Roadway Material | 1 | None |
| Roadway Environment | Roadway Material Source | 97 | Not applicable |
| Roadway Environment | Traffic Control | 1 | No controls present |
| Roadway Environment | Traffic Control Status | 97 | Not applicable |
| Roadway Environment | Trafficway Lane Count | 4 | Four lanes |
| Roadway Environment | Turn Lane Presence | 1 | None |
| Roadway Environment | Vision Obscuration | 1 | Not obstructed |
| Roadway Environment | Weather Condition | 2 | Cloudy |
| Roadway Environment | Workzone Law Enforcement Presence | 97 | Not applicable |
| Roadway Environment | Workzone Relationship | 1 | Not crash related to workzone |
| Roadway Environment | Workzone Type | 97 | Not applicable |

| AGENCY ID (ORI) | | CLAYTON COUNTY POLICE | CASE NUMBER | 17064136 |
|---|---|---|---|---|
| [SA] GA0310100 | 00100501 | SUPPLEMENTAL REPORT | | ☐ CORRECTED REPORT |
| | | ☐ ORIGINAL REPORT  [X] SUPPLEMENTAL REPORT | PAGE 1 OF 1 | |

On Friday, December 15th 2017, I (Detective Porter) ran the following VIN information for CPT. STUBBS in relation to the missing adult male in this investigation:

VIN: 1J4GK48K05W588356

I received the followin response via GCIC:

CUSTOMER ID: 000057193318 DOB: 19780621
SIRAJ IBN WAHHAJ
1659 BEECHER ST SW TAX COUNTY: FULTON
ATLANTA GA 30310-2427
CURRENT PLATE NO: RFN3009 CAT: AA ISSUE DT: 20170511 VALID DT: 20180621 DECAL NO: 33647168 REGISTRATION STATUS: ACTIVE
INSUR:VALID INSURANCE COVERAGE 2016-07-21 GEICO Indemnity PRIOR PLATE NO: RFN3009 CAT: AA ISSUE DT: 20170111 VALID DT: 20170621 DECAL NO: 33464421

A check of the drivers license number linked to the registered owner of the vehicle (057193318) was conducted and revealed the following information:

NAME:WAHHAJ, SIRAJ IBN
ADDR:1659 BEECHER ST SW ATLANTA GA 30310
LIC NUM:057193318 ADAP:N
SEX:M DOB:06/21/1978 HGT:601 WGT:250 EYE:BLK

Copies of the GCIC responses have been attached to this supplemental.

| CASE STATUS [X] ACTIVE | ☐ CLEARED BY ARREST | ☐ EX CLEARED | ☐ DEPT CLEARED | ☐ UNFOUNDED | REPORT DATE 12-15-17 |
|---|---|---|---|---|---|
| REPORTING OFFICER R. PORTER | | NUMBER 22775 | APPROVING OFFICER | | NUMBER |
| | | | SUPERVISORY REFERRAL? ☐ YES ☐ NO | | 20151201 |