FD-302 (Rev. 5-8-10)



- 1 of 3 -



OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry        12/19/2017

    HAKIMA RAMZI (RAMZI), date of birth ███/1971, was interviewed at
2421 Stardust Trail, Decatur, Georgia 30034. Also present during the
interview were ,JAMELLA JIHAD (JIHAD), Captain Scott Stubbs and Detective
Ricky Porter. Detective Porter and Captain Stubbs who work for the Clayton
County Police Department (CCPD) were present due to RAMZI reporting her
three year old son, ABDUL WAHHAJ (ABDUL), and husband, SIRAJ IBN WAHHAJ
(WAHHAJ JR.) as missing in their jurisdiction. JIHAD is RAMZI's stepmother
and is married to WAHHAJ JR's father, SIRAJ WAHHAJ (WAHHAJ SR.) After
being advised of the identity of the interviewers and the nature of the
interview, RAMZI provided the following information:

RAMZI married WAHHAJ JR. in Morocco in 2004 and they had ABDUL three years
ago. She does not drive a vehicle and does not have a job. She was living
at 7021 Tara Boulevard, Room 223, Jonesboro, GA 30236, The Inntown Suites
with WAHHAJ JR. and ABDUL until they went missing on 12/10/2017. She was
previously living at an address on Skipper Drive in Atlanta with WAHHAJ,
ABDUL and other family members. WAHHAJ moved her to the Inntown Suites
recently and told her it was temporary and they would all be moving to
Tuskegee, Alabama at a later date. She also stays at 2621 Stardust Trail,
Decatur,GA 30034 occasionally. She has not seen ABDUL since WAHHAJ took
him to the park on 11/28/2017. She tried calling WAHHAJ on his cell phone
number, 404-552-8993, and received a message that it was disconnected. She
described WAHHAJ as non violent, a good father, but paranoid with a
temper. WAHHAJ does armed security work and has two or three handguns and
drives a gold colored Jeep. Before he went missing WAHHAJ accused her of
practicing black magic. RAMZI did not know of any friends or places where
WAHHAJ would be staying or frequenting. She was shown a missing person
poster created by CCPD (see attached) and she identified the subject
listed on the poster as SIRAJ WAHHAJ as her husband. She is concerned for
the welfare of ABDUL because he was born with medical problems and needs
medication for seizures.



EXHIBIT

Investigation on   12/14/2017   at   Decatur, Georgia, United States (In Person)

File #  ████████                                      Date drafted   12/14/2017

by   Russell J. Gooch

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US v. Jany Leveille et al 2019

US_v_Leveille_et_al_0002819

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of ███████  Interview of Hakima Ramzi _____ , On  12/14/2017 , Page  2 of 3


JAMELLA JIHAD provided the following information during the interview:

JIHAD is married to WAHHAJ SR. who lives in New York and visits her when
he is in Georgia. WAHHAJ SR. is currently staying at the house and is out
shopping and will be home soon. WAHHAJ is not a violent man but is
paranoid about crime where he lives and is very security conscious. WAHHAJ
is not in the Masjid very much and is not extreme or into Islam. RAMZI is
WAHHAJ's "silver" wife, his first wife, and he has a second wife, MARYAM
"JANY" LAVELLIE who he has children with. WAHHAJ has two sisters, HUJRAH
WAHHAJ (HUJRAH) and SUBHANAH WAHHAJ (SUBHANAH).  HUJRAH has one child and
SUBHANAH has four children and is married to LUCAS "LUQMAN" MORTON. JANY
has seven children and lives at 160 Iris Court in Riverdale. WAHHAJ does
not use Facebook regularly, she showed writer WAHHAJ's Facebook page on
her computer, sirajibn.wahhaj, and there were no recent posts or activity
by him. WAHHAJ and his father WAHHAJ SR. are close but WAHHAJ is not
telling WAHHAJ SR. why he has gone missing. WAHHAJ recently traveled
overseas (3-4 weeks ago) and went to London while overseas, when he came
back he had ideas in his head and accused RAMZI and JIHAD of practicing
black magic. WAHHAJ SR. arrived at the house while JIHAD was talking and
she advised she couldn't talk anymore and would call Captain Stubbs at a
later date and give information about the new "set" WAHHAJ is into.



**Biographical Details**

JAMELLA AMATULAH JIHAD

DOB ████/1962

Phone Number 770-681-7056

Address 2621 Stardust Trail, Decatur,GA 30034



HAKIMA RAMZI

DOB 08/24/1971

US v. Jany Leveille et al 2820

US_v_Leveille_et_al_0002820