NO THREATS / ACCUSED ABOUT HER OF BLA[...]



# CLAYTON COUNTY POLICE DEPARTMENT

Commitment, Honor, Integrity, Transparency and Professionalism

Print the following information:   Case No. _____

Date: 12/14/2017   Time: 1200   Page ___ of ___

Name: Hakima Ramzi

DOB: ~~August~~, 1971   License/I.D. # _____

Address: 7021 Tara Blvd
(Street)
Jonesboro  GA  30236
(City)    (State)   (Zip)

Phone: _____   6787545897
(Home)          (Work / Cell)

I last saw my husband Siraj I. Wahhaj and my son Abdul Ghani Wahhaj at our hotel 7021 Tara Blvd, Jonesboro GA 30236. My son suffers with seizures and is on two type of medication. He born with HIE

Signature: RHR
00101201

Name of Witness (Print): CAPT. STUBB
Signature: Capt S Stu

O.C.G.A. 16-10-20. Falsifying statements and concealing facts in matters within the jurisdiction of state or political subdivisions.
A person who knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact; makes a false, fictitious, or fraudulent statement or representation; or makes or uses any false writing or document, knowing the same to contain any false, fictitious, or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of state government or of the government of any county, city, or other political subdivision of this state shall, upon conviction thereof, be punished by a fine of not more than $1,000.00 or by imprisonment for not less than one nor more than five years, or both.

Police Headquarters ★ 7911 N. McDonough Street, Jonesboro Georgia 30236 ★ Voice (770) 477-3747 ★ Fax (770) 477-3745

EXHIBIT K

US v Leveille et al 0002823

3 YEARS OLD
SEIZURES, CANNOT WALK

TUSCOLA, AL.
BIL - SEDANA + HER HUSBAND
   - CANNOT REACH THEM

MARRIED IN MOROCCO IN 2004

ACCUSED HER OF PERFORMING BLACK MAGIC

HOT TEMPERED / PARANOID
SECURITY MINDED

SIRAJ
VIC SIRAJ WAHHAJ

(ASS SIS) TUSCOLA AL
 - SUBHANAH WAHHAJ
 - LUCAS MORTON

IN TOWN SUITES IN
BUCKHEAD

SISTER #2
HUDRA / SIRAJ
WENT TO LONDON 2-3
WEEKS AGO TO MEET W/

VAN
4T3ZF13C82U440192
INSURANCE JUST ADDED
2002 SIENNA
BEIGE