

**NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN**

Charles B. Wang International
Children's Building
699 Prince Street
Alexandria, VA 22314-3175
U.S.A.

Telephone 703.224.2150

Facsimile 703.224.2122

www.missingkids.com

www.cybertipline.com

Other Offices
California
Florida
New York
Texas

| NCMEC USE ONLY |  |
|---|---|
| Case Mgr: |  |
| Log #: |  |

## RELEASE AND VERIFICATION FORM
### (LAW ENFORCEMENT)

I, Capt. W.S. Stubbs _____, an authorized representative of the law enforcement agency investigating the disappearance of Abdul Ghani Wahhaj _____ (the "Child") hereby authorize and request that information relating to the Child (or missing young adult if reported per 42 U.S.C. 5779) deemed appropriate for release be published and circulated by any method used by The National Center for Missing and Exploited Children (NCMEC), including but not limited to photographs, images, recordings and video. I understand this information will be made available in multiple formats such as print, video and on-line to the public, media, additional law enforcement agencies, hospitals, social service agencies, shelters, government agencies, medical examiners, and/or other persons or entities helping to search for missing persons. I understand NCMEC also may use this information and photographs for image enhancement and age-progression when appropriate.

I understand and agree that any and all information supplied by me shall be accurate and truthful. I agree to hold harmless any person or entity using, transmitting or distributing this information for any errors, omissions or commissions occasioned by misinformation I may supply. I further agree that a photocopy, facsimile or electronically transmitted copy of Release and Verification Form shall have the same effect as the original.

Please sign in black ink

Law Enforcement Representative Signature  *Capt. W.S. Stubbs*

Agency: Clayton County Police Department

Date: 12/20/17

**EXHIBIT**
L

Updated 01-2014

Leveille - AS discovery 078