| Request #: | 695316 | NCMEC Case #: | 1316115 | Child Last Name: | Wahhaj |

## Information and Resources Requested

| ☑ Public Records | ☑ Social Networking | ☐ FinCEN | ☑ FPLS | ☐ ASL |
| ☑ NCIC Offline | ☐ Sex-Offender Registry | ☐ Internet | ☐ NCIC | ☐ HUD |
| ☑ NCMEC Database | ☐ Attempted Abductions | ☐ Mapping | ☐ Statistics | ☐ Other |

Based on the circumstances in this case, and the pick-up order which states that "[t]here is probable cause that the child is in danger," this request is submitted for IMMEDIATE processing

Requesting the following:

Identify associates/relatives, LKAs and vehicles associated with all individuals listed in the database & report already shared with Analyst J Van Atta and phone numbers (active & inactive) for all individuals with carrier information.

Social media accounts (active & inactive) for all individuals involved

Enter all vehicles listed in the report into LEARN and request historical data

Request NCIC offline searches for all individuals going back two months

Thank you
Case Manager Rami Zahr

## NCMEC Intake Child Information

| First Name: | Abdul-Ghani | Middle Name: | Noah | Last Name: | Wahhaj |
| Sex: | Male | D.O.B.: | ████2014 | SSN: | ████6042 |
| Missing Date: | 11/29/2017 | Missing City/State: | East Point, GA | A. I. Tribe: | N/A |

### Searches are requested for the NEW information noted below about the missing child

| First Name: | Abdul-Ghani | Alias First Name: | | Sex: | Male |
| Middle Name: | Noah | Alias Middle Name: | | D.O.B.: | ████2014 |
| Last Name: | Wahhaj | Alias Last Name: | | SSN: | |
| Address Seen: | | | | Passport #: | |
| City: | | State: | | Zip Code: | |

### Searches are requested for the following Companion/Suspect/Abductor/Witness (CSAW)

| First Name: | Siraj | Alias First Name: | | Sex: | Male |
| Middle Name: | | Alias Middle Name: | | SSN: | |
| Last Name: | Wahhaj | Alias Last Name: | | D.O.B.: | ████1978 |
| Relationship: | Father | Companion Type: | Abductor | Passport #: | |
| Address Seen: | | | | | |
| City: | | State: | | Zip Code: | | E-Mail: | |

LAW ENFORCEMENT SHOULD BE ADVISED that the information contained herein is provided solely for the purpose of assisting law enforcement investigations of potential or actual missing children cases. Under no circumstances should the contents of this report be shared with anyone outside of law enforcement or used for any purpose other than assisting with law enforcement investigations. The information and photographs contained in this report are for law enforcement use only and may not be reproduced or reprinted without express written permission from NCMEC.

Wednesday, December 20, 2017


**EXHIBIT**
M

Leveille - AS discovery   081

| Request #: | 695316 | NCMEC Case #: | 1316115 | Child Last Name: | Wahhaj |

| Home Phone: | Work Phone: | Cell Phone: | |
| Driver License State: | License Number: | Height: | |
| Race: | | Weight: | |

## CAD Analyst Notes

Author: Jessica Van Atta                                Date: 12/20/2017 2:19:08 PM

The notes below provide analysis conducted by members of Case Analysis Division for law enforcement or NCMEC use only.

SEARCH: Accurint, Clear, TLO, JusticeXchange, Neustar iTACT, and social networking sites for the abductor/father, Siraj Wahhaj, DOB 05/21/1978, LKA 7021 Tara Boulevard, Room 223, Atlanta, GA, 30326, tel. (404) 552-8993:

RESULTS:

NAME: SIRAJ IBN WAHHAJ
DOB: ████1978, Born 39 years ago
SSN: █████0214 issued in NEW YORK between 1992-1994

RECENT ADDRESSES:
- 675 SKIPPER DR NW, ATLANTA, GA 30318-5919 (FULTON COUNTY) (06/04/2017 to 12/20/2017)
***This address is listed in the provided police report as associated with Lucas Allen Morton
- 1659 or 1669 BEECHER ST SW, ATLANTA, GA 30310-2427 (FULTON COUNTY) (08/2013 to 11/2017)
***Subject appears to own this property
- 2621 STARDUST TRL, DECATUR, GA 30034-1830 (DEKALB COUNTY) (11/2010 to 09/2017)
- previous addresses in GA and NY

PHONE:
- (334) 400-8659 - number provided in police report - Wireless, Subscribed to Siraj Wahhaj, Switch location: Daleville AL 36322-2506, Carrier: METRO PCS, INC, In-Service Period: Status Unknown
- (404) 552-8993 - number listed in the case - Wireless, No subscriber name, Switch location: Atlanta GA 30312-1705, Carrier: METRO PCS, INC, In-Service Period: Status Unknown
- (678) 974-7785 - Unknown phone type, Consumer subscriber type, Subscribed to Jamella Jihad at 2621 Stardust Trl, Decatur GA 30034-1830; Carrier: AT&T CORP., In-Service Period: Inactive for between 7-9 months

EMAIL: None found

VEHICLE: No current registrations

EMPLOYER:
- FIYA SQUAD FP4 INC. (CEO, Incorporator)
- IMAM SIRAJ WAHHAJ, INC
- THE WRITE PATCH INC (CFO, CEO, Incorporator, Secretary)
- TAQWA PRODUCTIONS (Tape Duplicator)

CRIMINAL: None found

RELATIVES (First degree):

1) SIRAJ I WAHHAJ, DOB ████/1950, LKA 2621 STARDUST TRL, DECATUR, GA 30034, tel. (718) 514-4035
***This subject is a well-known Imam: https://en.wikipedia.org/wiki/Siraj_Wahhaj
2) SUBHANAH A WAHHAJ, DOB ████/1983, LKA 160 IRIS CT, RIVERDALE, GA 30274, tel. (678) 399-3574
3) SADIQA A WAHHAJ, DOB: ████1972, LKA 293 MARTENSE ST APT 1A, BROOKLYN, NY 11226, tel. (347) 683-3271
4) BALKIS A WAHHAJ, DOB ████1954, LKA 11438 169TH ST, JAMAICA, NY 11434, tel. (347) 200-9523

LAW ENFORCEMENT SHOULD BE ADVISED that the information contained herein is provided solely for the purpose of assisting law enforcement investigations of potential or actual missing children cases. Under no circumstances should the contents of this report be shared with anyone outside of law enforcement or used for any purpose other than assisting with law enforcement investigations. The information and photographs contained in this report are for law enforcement use only and may not be reproduced or reprinted without express written permission from NCMEC.

Leveille - AS discovery   082

| Request #: | 695316 | NCMEC Case #: | 1316115 | Child Last Name: | Wahhaj |

5) MARYAM N WAHHAJ, DOB: ▓▓▓/1989, LKA 11438 169TH ST, JAMAICA, NY 11434
6) MUHAMMAD A WAHHAJ, DOB: ▓▓▓/1985, LKA 507 GEORGIA AVE APT J8, FOREST PARK, GA 30297
7) SHARIFAH AYESHA WAHHAJ, DOB: ▓▓▓/1976, LKA 201 50TH AVE APT 22B, LONG ISLAND CITY, NY 11101, tel. (516) 698-6488

***See comprehensive reports for additional details, including property, associates, historical vehicles, and other information. Please note that reports include information for a different individual with a similar name and address history, who may be the subject's father, with DOB 03/11/1950. Thus, I cannot confirm that all of the documented information pertains to the correct person.

SOCIAL NETWORKING:

>Facebook:

1) "Siraj Ibn Wahhaj", no visible activity since 2016, no visible photos
- https://www.facebook.com/sirajibn.wahhaj.50

2) "Siraj Ibn Wahhaj", no visible activity since 2013, no visible photos
- https://www.facebook.com/sirajibn.wahhaj

---

### CAD Analyst Notes

**Author:** Jessica Van Atta                          **Date:** 12/20/2017 2:19:21 PM

**The notes below provide analysis conducted by members of Case Analysis Division for law enforcement or NCMEC use only.**

SEARCH: Accurint, Clear, TLO, JusticeXchange, Neustar iTACT, and social networking sites for the aunt, Hujrah Wahhaj, age 36-37, LKA 3072 Washington Road, Apartment H4, East Point, GA, 30344, tel. (404) 337-0101:

RESULTS:

NAME: HUJRAH J WAHHAJ
DOB: ▓▓▓1980, Born 37 years ago
SSN: ▓▓▓2716 issued in NEW YORK between 1984-1986

RECENT ADDRESSES:
- 160 IRIS CT, RIVERDALE, GA 30274-3610 (CLAYTON COUNTY) (01/01/2017-05/31/2017)
- 675 SKIPPER DR NW, ATLANTA, GA 30318-5919 (FULTON COUNTY) (04/2016 to 04/19/2017)
- 2328 CAMPBELLTON RD SW, ATLANTA, GA 30311-4648 (FULTON COUNTY) (08/12/2014 to 08/12/2014)
- 1665 BEECHER ST SW, ATLANTA, GA 30310-2427 (FULTON COUNTY) (06/19/2012 to 12/20/2017) **TLO only
- previous addresses in GA and NY

PHONE:
- (404) 337-0101 - number listed in the case - Wireless, No subscriber name, Switch location: Atlanta GA 30312-1705, Carrier: SPRINT SPECTRUM, In-Service Period: Active for between 7-9 months
- No other numbers verified as currently subscribed to the subject

EMAIL:
- hujrahw@aol.com
- hwahhaj@hotmail.com
- hwahhaj@sbcglobal.net

LAW ENFORCEMENT SHOULD BE ADVISED that the information contained herein is provided solely for the purpose of assisting law enforcement investigations of potential or actual missing children cases. Under no circumstances should the contents of this report be shared with anyone outside of law enforcement or used for any purpose other than assisting with law-enforcement investigations. The information and photographs contained in this report are for law enforcement use only and may not be reproduced or reprinted without express written permission from NCMEC.

Leveille - AS discovery   083

| Request #: | 695316 | NCMEC Case #: | 1316115 | Child Last Name: | Wahhaj |

VEHICLE:
- 1996 TOYOTA COROLLA, GA tag # RFN0596, registered 12/20/2016 to 12/20/2017 at 1665 BEECHER ST SW, ATLANTA, GA 30310

CRIMINAL: None found

***See comprehensive reports for additional details

GOOGLE:
1) Subject has a website featuring writings and videos
- http://hujrahwahhaj.com/

2) Subject has a blog in which she lists her occupation as life coach and speaker in Atlanta, GA. In a post from 2011, she writes about her dad, Imam Siraj Wahhaj
- https://www.blogger.com/profile/02080612424775519851
- http://imamsirajwahhajkids.blogspot.com/2011/06/welcome-to-our-perspective-of-imam.html

Imam Siraj Wahhaj has a Wikipedia page due to his position as Imam of the Taqwa mosque in Brooklyn, NY, leader of The Muslim Alliance in North America. He was also the former vice president of Islamic Society of North America
- https://en.wikipedia.org/wiki/Siraj_Wahhaj

SOCIAL NETWORKING

>Twitter: "Hujrah Wahhaj@hujrahw", no visible activity since 2015
- https://twitter.com/hujrahw

>Instagram: "Hujrah Wahhaj", no visible activity since 2016
- https://www.instagram.com/hujrahw/

---

## CAD Analyst Notes

**Author:** Jessica Van Atta                                    **Date:** 12/20/2017 2:21:29 PM

**The notes below provide analysis conducted by members of Case Analysis Division for law enforcement or NCMEC use only.**

SEARCH: Accurint, Clear, TLO, JusticeXchange, Neustar iTACT, and social networking sites for the associate, Jany Leveille DOB 03/06/1983:

RESULTS:

NAME: JANY LEVEILLE
DOB: ████1983, Born 34 years ago
SSN: ██████7674 issued in NEW YORK between 2008-2010

RECENT ADDRESSES
- 160 IRIS CT, RIVERDALE, GA 30274-3610 (CLAYTON COUNTY) (06/2017 to 11/2017)
- 675 SKIPPER DR NW, ATLANTA, GA 30318-5919 (FULTON COUNTY) (01/01/2017 - 05/31/2017)
- 1659 BEECHER ST SW, ATLANTA, GA 30310-2427 (FULTON COUNTY) (06/30/2012 to 12/20/2017)
- previous addresses in NY and GA

PHONE:
- (718) 771-6492 - Landline, Subscribed to Marie Leveille at 227 Sullivan Pl Apt 2B, Brooklyn, NY, 11225, Carrier

LAW ENFORCEMENT SHOULD BE ADVISED that the information contained herein is provided solely for the purpose of assisting law enforcement investigations of potential or actual missing children cases. Under no circumstances should the contents of this report be shared with anyone outside of law enforcement or used for any purpose other than assisting with law enforcement investigations. The information and photographs contained in this report are for law enforcement use only and may not be reproduced or reprinted without express written permission from NCMEC.

Leveille - AS discovery   084

| Request #: | 695316 | NCMEC Case #: | 1316115 | Child Last Name: | Wahhaj |

VERIZON NY, Service Period: Inactive for 2 months

EMAIL:
- sweetjany6@yahoo.com
- jleveille@ameritech.net
- jleveille@angelfire.com

VEHICLE:
- 2004 FORD EXPLORER, GA tag #RGE8599, Registered: 03/30/2017 to 03/06/2018 at 1659 BEECHER ST SW, ATLANTA, GA 30310

CRIMINAL: None found

\*\*\*See comprehensive reports for additional details

SOCIAL NETWORKING:

>Pipl.com: Lists full name as "Jany Maryam Leveille", and possible Facebook profile with username, "Ja Muslimah"
- https://www.facebook.com/jaja.muslimah

## CAD Analyst Notes

Author: Jessica Van Atta                                                  Date:   12/20/2017 4:41:20 PM

The notes below provide analysis conducted by members of Case Analysis Division for law enforcement or NCMEC use only.

SEARCH: LEARN LPR for the vehicles of interest:

-1996 TOYOTA COROLLA, GA tag #RFN0596 - last detection on 10/20/2017 at 706 Techwood Dr NW, Atlanta, GA 30313. Prior detection on 09/28/2017 at 230 14th St NW, Atlanta, GA 30318

- 2004 FORD EXPLORER, GA tag #RGE8599 - last detection on 11/02/2017 at 9029 Tara Blvd, Jonesboro, GA, 30236. Prior detection on 10/26/2017 at 7416-7448 GA 85, Riverdale, GA, 30274.

- 2005 JEEP LIBERTY, GA tag #RFN3009 - no recent detections. Last detection on 05/30/2017 at 706 Techwood Dr NW, Atlanta, GA 30313

These vehicles will all be added to the hot-list for future detection notifications.

A NCIC offline will be submitted for the subjects in this report. Results pending.

_____            END REPORT_____   _____

LAW ENFORCEMENT SHOULD BE ADVISED that the information contained herein is provided solely for the purpose of assisting law-enforcement investigations of potential or actual missing children cases. Under no circumstances should the contents of this report be shared with anyone outside of law enforcement or used for any purpose other than assisting with law-enforcement investigations. The information and photographs contained in this report are for law enforcement use only and may not be reproduced or reprinted without express written permission from NCMEC.

Leveille - AS discovery   085

1/5/2018                                 NamUs - National Missing Persons Data System Case Report - 41624

# Case Report - NamUs MP # 41624

## Case Information

| | | | | |
|---|---|---|---|---|
| Status | Missing | | Age last seen | 3 to 3 years old |
| First name | Abdul | | Age now | 3 years old |
| Middle name | Ghani | | Race | Black/African American |
| Last name | Wahhaj | | Ethnicity | Other |
| Nickname/Alias | | | Sex | Male |
| NCMEC number | 1316115 | | Height (inches) | 36.0 to 40.0 |
| Date last seen | November 29, 2017 00:00 | | Weight (pounds) | 20.0 to 25.0 |
| Date entered | 01/05/2018 | | | |

## Circumstances

| | |
|---|---|
| City | Jonesboro |
| State | Georgia |
| Zip code | 30236 |
| County | Clayton |
| Circumstances | On December 1, 2017 the mother reported that the above child left with his father Siraj Wajjaj to go to the park. The two never returned to the location. |

## Physical

| | |
|---|---|
| Hair color | Black |
| Head hair | |
| Body hair | |
| Facial hair | |
| Left eye color | Brown |
| Right eye color | Brown |
| Eye description | |

No known distinctive body features

² Distinctive features as described below

| | |
|---|---|
| Amputations | |
| ✓ Deformities | Child needs assistance walking and may have braces for his legs |
| Scars and marks | |
| Tattoos | |
| Piercings | |
| Artificial body parts and aids | |
| Finger and toe nails | |
| Other distinctive physical characteristics | |

## Medical

Foreign objects