

Chief Joseph M. Woodall

# Media Advisory

For Immediate Press Release

---

### Missing/Endangered Juvenile: Abdul-Ghani Wahhaj
### December 22, 2017 – (Jonesboro, GA)

The Clayton County Police Department is seeking information on the whereabouts of Abdul-Ghani Wahhaj out of concern for his health. A "Pick Up Order" has been issued for the juvenile.

**WHAT:** Missing/Endangered Juvenile: Abdul-Ghani Wahhaj

**WHEN:** December 18, 2017

**WHERE:** Jonesboro, Georgia 30236

**DETAILS:**

On December 10, 2017, at approximately 3 p.m., Clayton County Police officers responded to the In-Town Suites (7021 Tara Blvd., Jonesboro, GA) in reference to a missing juvenile. Responding officers met with the mother of 3-year-old Abdul-Ghani Wahhaj who advised that she has not seen Abdul since December 1, 2017 when he left with his father, Siraj Ibn Wahhaj to go on a trip to the park.

The mother of Abdul-Ghani Wahhaj advised officers and detectives that Abdul suffers from seizures, developmental and cognitive delays and is unable to walk due to suffering a Hypoxic Ischemic Encephalopathy (HIE) at birth.

It is unknown if Abdul-Ghani Wahhaj is traveling without his medication which is required to prevent him from suffering a serious medical emergency, a Clayton County Judge has issued a "Pick Up Order" for Abdul-Ghani Wahhaj and he has been placed on the GCIC and NCIC (Georgia Crime Information Center/National Crime Information Center) Databases as a missing person.

EXHIBIT N

Leveille - AS discovery  117



Siraj Ibn Wahhaj (39 y/o)



Abdul-Ghani Wahhaj (3 y/o)

###

**FOR MORE INFORMATION, CONTACT:**

Sgt. Ashanti Marbury, P.I.O.
Clayton County Police Department
678.610.4781 PIO Line
770.477.3523 Desk
404.491.2924 Cell
7911 N McDonough St.
Jonesboro, Georgia 30236
ashanti.marbury@co.clayton.ga.us

3

IN THE JUVENILE COURT OF CLAYTON COUNTY
GEORGIA

CLERK'S OFFICE
JUVENILE COURT
CLAYTON COUNTY GEORGIA

2017 DEC 18 AM 11: 38

| | | |
|---|---|---|
| IN THE INTEREST OF | ) | CASE NO: 053118-00-01 |
| | ) | |
| ABDUL GHANI WAHHAJ | ) | AGE: 03 DOB: ██-██-14 |
| | ) | |
| A CHILD under 18 years of age | ) | MALE |

PICK UP ORDER

TO: ANY LAW ENCORCEMENT OFFICER
OF THE COUNTY OF CLAYTON
AND THE STATE OF GEORGIA

WHEREAS, a Complaint for Dependency having been filed in this court and it was reported that Siraj Wahhaj, father of child absconded with child. There is probable cause that the child is in danger.

IT IS HEREBY ORDERED that the above-referenced juvenile shall be picked-up by Law Enforcement and placed with Hakima Ramzi, mother and a hearing to be held with 72 hours of said child being picked up.

SAID CHILD being of the age and sex as set forth above and being under the jurisdiction of this Court in that said child is charged with committing the above referenced offenses in Clayton County Georgia. Said child's whereabouts are unknown at this time. The parents resided together at is at 7021 Tara Blvd., Room 223, Jonesboro, GA 30236.

SO ORDERED the 18th day of December, 2017.

Honorable Steven Teske
Chief Judge, Clayton County Juvenile Court

SCT/tb

cc: Clayton County Sheriff Office
ATTACHMENT: WARRANT/PICK UP ORDER DATA SHEET

1 |

Adbul-Ghani Wahhaj is thought to still be in the care of his father (Siraj Wahhaj) and the pair were last seen in Chilton County, Alabama where they were involved in a single-vehicle accident on December 13, 2017 at 1:30 a.m. on I-65. At the time of the accident, Abdul and Siraj were in the company of seven others who were traveling with them (5 children & 2 adults.) Information provided to the Alabama officer who made contact with the group indicated that they were traveling to New Mexico for a camping trip. After the accident, the group was picked up in a 2006 Ford Box-truck bearing Delaware tag number "CL085217" which is registered to Lucas Allen Morton of Atlanta, Georgia.

Abdul-Ghani Wahhaj is described as a 3-year-old black male who is approximately three feet tall, weighs 22 pounds and has brown hair and brown eyes. Siraj Ibn Wahhaj is described as a 39-year-old black male who is six feet one inch tall, weighs 250 pounds and has black hair and brown eyes.

Anyone who has information regarding the whereabouts of Abdul-Ghani Wahhaj is asked to contact the National Center for Missing and Exploited Children at 1-800-THE-LOST (843-5678), the Clayton County Police Department at 770-477-4026 or dial 911.

*If located, please do not approach, contact Law Enforcement.

**There are no criminal charges pending against Siraj Ibn Wahhaj. The concern is for the wellbeing of Abdul-Ghani Wahhaj's health.

CCPD Case #17064136

National Center for Missing & Exploited Children Reference #1316115

Leveille - AS discovery 120