## TAOS COUNTY SHERIFF'S OFFICE
## INVESTIGATIONS
## DETECTIVE MARVIN ARMIJO
### Supplemental Report



CASE# 18050268

DATE: 08/03/2018

OFFENSE: search warrant

VICTIMS: ABDUL GHANI WAHHAJ

SUSPECT: SIRAJ IBN WAHHAJ

PREPARED BY: Detective Marvin Armijo
599 LOVATO PLACE
TAOS, NM 87571
575-737-6480

RECEIVED

AUG 09 2018
8TH JUDICIAL D.A.



EXHIBIT
O

On January 2nd year of 2018 at approximately 1340 hours, I had received a phone call from a Detective identified as Rick Porter who is employed with the Clayton County Police Department criminal Investigations Division.

In speaking with Detective Porter he stated that he wanted to notify the Taos County Sheriff's Office of a male individual later identified as SIRAJ IBN WAHHAJ and his 3 year old son identified as ABDUL GHANI WAHHAJA were in Taos County.

Detective Porter requested assistance in locating any property owned, leased, or rented by Lucas Morton or SIRAJ IBN WAHHAJ in the Taos Count Area.

I notified Detective Porter that I would inquire that information through the Taos county Assessors Office and would get back to him. On the same above mentioned day I was able to gather information regarding LUCAS MORTON property information gathered by the Taos County Assessors Office.

I was able to retain GPS coordinates regarding the property that was purchased on file under property owner Lucas Morton. Upon gathering this information I made contact with Detective Porter and notified him of the GPS provided. (36 degrees 58'35.4"N 105 degrees 27'105"W).

Detective Porter stated that the FBI was involved. Detective Porter stated that he would E-mail a flyer of both the Father and Son. It should be noted that this lot was vacant.

Upon receiving the information on the flyers, I notified Undersheriff Steve Miera of the above information I was informed of. I placed the flyer in several locations at the Taos County Sheriff's Office. Detective Porter stated that If any information arouse that information would be provide to our office.

In early June of 2018 I was provided a package from Under Sheriff Steve Miera regarding the SIRAJ IBN WAHHAJ and his 3 year old son ABDUL GHANI WAHHAJA. Under Sheriff Miera stated that the FBI was administering Surveillance on a property located in Amalia New Mexico in an area identified as VENTERO. Under Sheriff Miera stated that the FBI had retained surveillance footage of several children on the property,

however Undersheriff Miera stated that the FBI had presented all photographs to the minor child's mother in hopes in identifying the missing child. Based on the information I gathered the mother stated that neither of the children that were presented to her via photograph/ video based off the surveillance did not match the missing boy, (ABDUL GHANI WAHHAJA).

On August 2, 2018 Detective Porter E-mailed Sergeant Jason Rael who in employed with the Taos County Sheriff's Office, information that was received in form of text message.

I was able to review the E-mail to discover several text messages (See Attached). A brief Description and most important text message indicated the need of money Approximately $400.00 dollars to help from starvation, it also indicates the money is to fight Starvation.

Detective porter also notified me and provided me Via E- Mail an arrest order for SIRAJ IBN WAHHAJ, and a pick up order for the missing child ABDUL GHANI WAHHAJA.

Once this information was gathered I provided it to the Taos County Sheriff Jerry Hogrefe as he was already preparing a search warrant for SIRAJ IBN WAHHAJ, and the minor child ABDUL GHANI WAHHAJA.

Search warrant was granted and I was instructed that a briefing would take place at 0600 on Friday August 3, 2018 at the Taos County Sheriff's Office.

On August 3, 2018 as Taos County Sheriff SRT Member, I attended a briefing regarding the execution of a search warrant referencing SIRAJ IBN WAHHAJ and minor child ABDUL GHANI WAHHAJA.

During the briefing we were informed that target SIRAJ IBN WAHHAJ and all individuals were heavily armed and a fast dynamic entry would be performed to gain control of the compound and individuals residing on the compound. The search warrant was specifically intended for two targets father identified as SIRAJ IBN WAHHAJ and son ABDUL GHANI WAHHAJA.

Upon our arrival to the compound located on Juniper Road in Costilla New Mexico, I immediately noticed a male individual

wearing a green shirt standing near a white box truck. This male individual was yelling something but I was unable to identify what he was saying.

Upon approaching the compound entrance myself K-9 deputy Ted Garcia and Kelly Romero all of the Taos County Sheriff SRT Team entered the plastic compound coming on contact with a camper trailer that was buried in the ground. Kelly Romero (SRT) was near the main entrance of the camper.

The door was open and contact was made with a male individual who was later identified as SIRAJ IBN WAHHAJ. This male individual was not complying with several commands given to him. I was able to get my hands on a window curtain located on the same side of the camper that SIRAJ IBN WAHHAJ was at.

I was able to rip down the curtain to gain visibility in the small room in the Camper. I visually identified several small children holding ammo boxes with their hands to include a female adult that was with the children in the same room.

While continuing to communicate with SIRAJ IBN WAHHAJ, I was able to notify SRT Deputy Romero to grab SIRAJ IBN WAHHAJ and pull him out of the camper and secure him. In doing so SIRAJ IBN WAHHAJ was handcuffed and I immediately noticed that SIRAJ IBN WAHHAJ had on his person several loaded rifle magazines to include hand gun magazines and a loaded revolver handgun in his right pocket.

Near the entrance of the camper where SIRAJ IBN WAHHAJ was standing not complying with commands, was a loaded AR-15 rifle in close proximity and readily available to SIRAJ IBN WAHHAJ. Once all individuals were secured a search continued for the small minor child ABDUL GHANI WAHHAJA but was unsuccessful.

Agent Torres and I both discovered a tunnel located near the camper trailer. Agent Torres SRT Deputy Ted Garcia and I entered the tunnel in a crawl position to clear the tunnel for any possible individuals.

This tunnel was described to be approximately 100 feet long, approximately 3 to 4 feet high, and approximately 4 feet wide in places. The tunnel was clear of any further suspects, but had trash and debris throughout it

CYFD was notified and arrived to our location to take the 11 children. The three adult females were transported in the rear of my patrol unit unrestrained to the CYFD office and dropped off.

On August 5, 2018, I was notified that a second search warrant was generated for the same identified property based on newly developed information gathered by Taos County Sheriff Jerry Hogrefe. Information mentioned that the small child was deceased on the property. Search warrant included documents, electronics, ammunition, firearms, medications.

Entering the tunnel once again, several items were located documents, fire arms, and ammunition from within the tunnel secured in the very back. At approximately 1115 hours the findings of human remains were located in the tunnel. Office Of Medical investigators were notified and Tamera Stevenson (OMI) arrived to process the human remains.

I assisted the FBI in gathering all evidence that was photographed by the FBI. I also assisted a second FBI agent in sketching the tunnel dimensions for diagram purposes.

All evidence was packaged and transported to the Taos County Sheriff's Office where it was secured by Sergeant Jason Rael for further processing.

If any further information arises a second supplemental report will follow this report.