Clayton County Juvenile Court

# WARRANT/PICK-UP ORDER DATA SHEET

**INSTRUCTIONS:** The assigned officer is to complete this form in its entirety and include it with the affidavit. This form is to accompany all types of juvenile warrants and pick-up orders to the Sheriff's Office.

**TYPE OF WARRANT** *(check one)*: ☐ Runaway  ☐ Violation of Court Order  ☐ Bench Warrant  ☐ Pick-Up Order

**ORIGINATING CHARGE:** _____

**WANTED PERSON'S INFORMATION**

Name: **Wahha'j** (Last)  **Siraj** (First)  **Ibn** (Middle)  ____ (AKA)  DOB: **06-21-**▓▓**-08**

Address: _____ (Street) _____ (Apt. #) _____ (City) _____ (County) _____ (State) _____ (ZIP)

Race: **B**   Sex: **M**   Height: _____   Weight: _____

Eye Color: _____   Hair Color: _____

Social Security No: _____   Driver's License (State/No): _____

**LAST KNOWN AND OTHER DESCRIPTIVE INORMATION**

Describe the conditions surrounding the wanted person's last known location and any other information pertinent to the location of the wanted person and/or safety of law enforcement.

Person completing form: **Tara Barfield**   Date: **1/9/18**

Telephone: **770 477-3260**   Email: **Tara.Barfield@claytoncountyga.gov**

Exhibit Q

US v. Jany Leveille et al 775

US_v_Leveille_et_al_0000775

## IN THE JUVENILE COURT OF CLAYTON COUNTY
## GEORGIA

| | | |
|---|---|---|
| IN THE INTEREST OF | ) | CASE NO: 053118-00-01 |
| | ) | |
| | ) | |
| A.G.W. | ) | |

**ADULT WARRANT**
**SIRAJ IBN WAHHAJ**

*[Stamp: 2018 JAN -9 PM 2:54 CLERK'S OFFICE JUVENILE COURT CLAYTON COUNTY, GEORGIA]*

Upon application for a warrant by Captain Scott Stubbs, Clayton County Police Department, the Court having considered said application, and having examined said applicant, the Court makes the following findings and conclusions;

The father, Siraj Ibn Wahhaj absconded with the above captioned child on or about December 1, 2017, and the whereabouts of the child are unknown. The mother stated that the father has not contacted her or other relatives to disclose his location nor to advise of the child's status. The mother further states that the child has severe medical issues, to–wit: Hypoxic Ischemic Encephalopathy (HIE) and cannot walk and suffers seizures, and requires constant attention. Further, the mother states that the father made it known before absconding that he wanted to perform an exorcism on said child because he believes the child is possessed by the devil.

Upon consideration of the foregoing allegations, the Court concludes that the probable cause exists for this Court to act as a court of inquiry pursuant to O.C.G.A. §15-11-7(a) for the purpose to examine or investigate the circumstances or causes of any conduct of acts of any person 17 years of more of age that may be in violation of the laws of this state. The Court is further authorized to cause such person to be apprehended and brought before it upon a Writ of Summons, a warrant duly issued, or by arrest, therefore;

**IT IS HEREBY ORDERED AND ADJUDGED** that this **WARRANT** shall issue for the arrest of **SIRAJ IBN WAHHAJ**, and that any and all law enforcement of local, county, state, or federal authority and in any state of this union shall be authorized to take said person into custody and place him in the common jail of Clayton County, Georgia and brought forth with before this Court to determine probable cause upon a hearing.

SO ORDERED the 9th day of January, 2018.

_____
Honorable Steven C. Teske
Chief Judge, Juvenile Court of Clayton County

cc: Clayton County Sheriff Department
    ATTACHMENT- Warrant/Pick-up Data Sheet

US v. Jany Leveille et al 776

US_v_Leveille_et_al_0000776

Clayton County Juvenile Court

# WARRANT/PICK-UP ORDER DATA SHEET

**INSTRUCTIONS:** The assigned officer is to complete this form in its entirety and include it with the affidavit. This form is to accompany all types of juvenile warrants and pick-up orders to the Sheriff's Office.

**TYPE OF WARRANT** *(check one):* ☐ Runaway   ☐ Violation of Court Order   ☐ Bench Warrant   ☑ Pick-Up Order

**ORIGINATING CHARGE:** _____

**WANTED PERSON'S INFORMATION**

Name: __Wahhaj__ __Abdul__ __Ghani__ _____   DOB: __08-06-14__
      (Last)    (First)    (Middle)   (AKA)

Address: _____
        (Street)  (Apt. #)  (City)  (County)  (State)  (ZIP)

Race: __B__   Sex: __M__   Height: ____   Weight: ____

Eye Color: ____   Hair Color: ____

Social Security No: ____   Driver's License (State/No): ____

**LAST KNOWN AND OTHER DESCRIPTIVE INORMATION**

Describe the conditions surrounding the wanted person's last known location and any other information pertinent to the location of the wanted person and/or safety of law enforcement.

(3yrs old child) Father absconded with child.

Person completing form: __Tara Barfield__   Date: __1/9/18__
Telephone: __770-477-3260__   Email: __Tara.Barfield@claybon county ga.gov__

US v. Jany Leveille et al 777

US_v_Leveille_et_al_0000777

IN THE JUVENILE COURT OF CLAYTON COUNTY
GEORGIA

| | | |
|---|---|---|
| IN THE INTEREST OF | ) | CASE NO: 053118-00-01 |
| | ) | |
| ABDUL GHANI WAHHAJ | ) | AGE: 03 DOB: 08-06-14 |
| | ) | |
| A CHILD under 17 years of age | ) | MALE |

PICK UP ORDER

TO: ANY LAW ENCORCEMENT OFFICER
OF THE COUNTY OF CLAYTON
AND THE STATE OF GEORGIA

WHEREAS, a Complaint for Dependency having been filed in this court alleging the father, Siraj Ibn Wahhaj absconded with the above captioned child on or about December 1, 2017, and the whereabouts of the child are unknown. The mother stated that the father has not contacted her or other relatives to disclose his location nor to advise of the child's status. The mother further states that the child has severe medical issues, to–with: Hypoxic Ischemic Encephalopathy (HIE) and cannot walk and suffers seizures, and requires constant attention. Further, the mother states that the father made it known before absconding that he wanted to perform an exorcism on said child because he believes the child is possessed by the devil.

Upon consideration of the foregoing allegations, the Court concludes that probable cause exists that said child is a dependent child as defined in O.C.G.A.§ 15-11-2 (22), and that exigent circumstances exist requiring immediate action to protect the welfare of said child, therefore

IT IS HEREBY ORDERED that the above-referenced child, ABDUL GHANI WAHHAJ shall be picked-up by Law Enforcement or any Division of Family and Children Services and placed with Hakima Ramzi, mother of said child and a hearing to be held with 72 hours of said child being picked up.

SO ORDERED the 9th day of January, 2018.

_____
Honorable Steven C. Teske
Chief Judge, Clayton County Juvenile Court

SCT/tb

cc: Clayton County Sheriff Office
    ATTACHMENT: WARRANT/PICK UP ORDER DATA SHEET

1 | Page

US v. Jany Leveille et al 778

US_v_Leveille_et_al_0000778