FD-888 (Rev. 5-6-2014)



# LAW ENFORCEMENT OPERATIONS ORDER

| | |
|---|---|
| CASE ID NUMBER XXX-AT-474126 | |
| FIELD DIVISION/SQUAD MO-CT-1 | |
| Date Prepared 04/26/2018 | Planned Operation Date 05/01/2018 |
| CASE TITLE  SIRAJ IBN WAHHAJ TIER 6 - All Others: HVE - HOMEGROWN VIOLENT EXTREMIST | |
| CASE AGENT/OFFICE Denis Suta / AT | Telephone Number 404-387-8998 |
| ALTERNATE CASE AGENT/OFFICE Russell Gooch / AT | Telephone Number 404-679-3087 |

## SITUATION/MISSION

**Type of Operation**
- ☐ Arrest
- ☐ Search
- ☐ Surveillance
- ☐ Seizure
- ☑ Other

**Activity Location**
2 acre wooded area located at 170 County Road 81, Macon County, Alabama with two entry and exits. Only one entrance appears to be utilized by subjects. The premises has a structure built out of pallets and clear plastic sheeting. The structure is surrounded by a couple hundred plastic 55 gallon drums and old automobile tires. The tires are stacked in a manner as if to be used for a barrier. It is unknown if anyone residing on the property.

**Warrant Information**
☑ Warrant Verified  Juvenile Court of Clayton County Georgia Case No: 053118-00-01

**Overall Mission Concept** (Brief statement of who, what, why, when, and where)
On 05/01/2018 agents will enter 170 County Road 81, Macon County, AL under the ruse of a pick up order for Abdul Wahhaj and a warrant for Siraj Wahhaj, in order to conduct more in depth surveillance of the inner portions of the property.

**CAUTION STATEMENT**
Approach all individuals with caution, it is unknown if the premises is used as a training site for individuals that focus on martial arts, firearms, and tactical training.

[signature] 04/30/2018

This Document has been prepared by the Federal Bureau of Investigation

EXHIBIT R

US v. Jany Leveille et al 2836

US_v_Leveille_et_al_0002836

## SITUATION/MISSION CONTINUED

| SUBJECT INFORMATION | | | |
|---|---|---|---|
| Name: Siraj Ibn Wahhaj | Race: Black | Sex: Male | DOB: 06/21/1978 |
| Aliases. | Height: | | Weight: |
| | Eyes: Brown | | Hair: Black |
| Fingerprint Code: | SSAN: 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 | | FBI#: |

Identifying Marks and Tattoos:

Address: Last known address: 1659 Beecher Street, SW, Atlanta, GA 30310

Vehicle Info.: GA License plate #PTG6054, 2004 CHEVROLET VENTURE VAN, WHITE, VIN# 1GNDX03E24D225725;

GA License Plate # PWX8288, 2001 TOYOTA SIENNA VAN, BLUE, VIN# 4T3ZF19C31U382563

Criminal History: None

**REASON FOR CAUTION STATEMENT** (subject specific)
Siraj Wahhaj may train individuals that are highly esteemed because of their proficiency in martial arts, firearms, and tactical abilities. The purpose of this training is to detect and deter law enforcement penetration and counter surveillance.

Identify other outstanding legal processes. The issuing officials, districts and dates issued, and warrant locations should be included. Chilton County Sheriffs Office Warrant Number: WR2018000056, Giving False Information to Law Enforcement Officer. Chilton County Sheriffs Office will not extradite.

Other Information Regarding Subject (Can include items such as possible locations of subject, identification of associates, and information provided by informants and other law enforcement agencies.) **Provide Photo If Available.**
Siraj Ibn Wahhaj may be in the accompany of Jany Leveille who is believed to be his wife and Lucas Morton who is believed to be his brother in law.

This Document has been prepared by the Federal Bureau of Investigation

2

US v. Jany Leveille et al 2837

US_v_Leveille_et_al_0002837

## SITUATION/MISSION CONTINUED

| SUBJECT INFORMATION | | | |
|---|---|---|---|
| Name: Abdul Ghani Wahhaj | Race: Black | Sex: Male | DOB: 08/16/2014 |
| Aliases: | Height: | | Weight: |
| | Eyes: | | Hair: |
| Fingerprint Code: | SSAN: | | FBI#: |

**Identifying Marks and Tattoos:**

**Address:**

**Vehicle Info:**

**Criminal History:**

**REASON FOR CAUTION STATEMENT** (subject specific)

Identify other outstanding legal processes. The issuing officials, districts and dates issued, and warrant locations should be included.

Other Information Regarding Subject (Can include items such as possible locations of subject, identification of associates, and information provided by informants and other law enforcement agencies.) **Provide Photo If Available.**
Subject has severe medical issues, to-with: Hypoxic Ischemic Encephalopathy (HIE) and cannot walk and suffers seizures, and requires constant attention.

This Document has been prepared by the Federal Bureau of Investigation



US v. Jany Leveille et al 2838