belt –he was at the eastern bedroom immediately inside the doorway where a loaded AR15 rifle was next to him.   Four other handguns were also located in that small bedroom.   WAHHAJ refused to give his name or the names of anyone else that was there and later would not answer simple question or any questions as to the whereabouts of AG Wahhaj.

Along the sides and back of the buried trailer there was a dugout pathway allowing limited access to go around it.   On the north side of it is a tunnel that reached approximately 100' feet deep – said tunnel is about 3' to 4' in diameter and has two "pockets" dug out on the sides with what appeared to be makeshift pallet/bedding.   On the east side of the trailer are makeshift steps that lead to above ground and another small partly covered enclosure surrounded by dirt berm, straw, and tires for the walls (toilet room) – this area has a makeshift toilet over a 5 gallon bucket and filthy conditions and trash in it.

Lucas Morton (aka Lucas Morten, Lucas Mortensen)(age 40) was also taken in custody by investigators at the front of the property near the white box van.  Believing that he is the primary occupant of the compound he was charged with harboring a fugitive, a felony.  The living conditions, health and wellbeing of the children were deemed deplorable as they had no clean water, food, electricity, dirty clothing, poor hygiene, and had not eaten or taken nutrition in what was believed to be days.  Additionally, there was a leaking propane gas tank near the small partly buried camper trailer within the interior walls of the compound which is mostly surrounded by an earthen berm and old tires; the entire compound and grounds is described and documented as "filthy and disgusting".  Two of the eleven children and presumably their mother were located in the back of a 2006 Ford box truck (moving van) which had filthy living conditions and makeshift bunk beds – it is reasonably believed this is where some of the persons were residing.

The three adult women only provide names of themselves and the children but would not give any information as to the whereabouts of AG Wahhaj except to say that "he is not my son and I (we) am not allowed to talk about him".  When each was questioned individually by affiant I learned AG Wahhaj had been there, although the affirmation was only a head nod.  Each woman was insistent they had been told by the males that they could not talk about AG Wahhaj and simply would not.

All eleven children were taken in protective custody by affiant and later turned over to CYFD case worker Tony.   The three females were taken to CAV and not initially criminally charged – it was affiant's belief that prolonging charges may benefit of CYFD to gather facts about the children and to further the investigation.  It should be noted that the women have since been re-interviewed by investigators and FBI agents and none have stated they were held at this compound against their will nor have they given any additional information as to the whereabouts of AG Wahhaj.

CYFD and CAV case workers have conducted safe room interviews with some of the children.  Although affiant was not present for those interviews I have learned that at least two of the children disclosed that AG Wahhaj was at the compound and in poor



**EXHIBIT**

S

US v. Jany Leveille et al 23637

health and died there.  AM (a child 8 years old) disclosed that he/she and in fact all the children and adults witnesses AG Wahhaj dead at this property and that "Uncle Lucas" washed his body twice and then buried him on what affiant believes may either be the tunnel described above or the above mentioned toilet room which affiant asserts from the layout of it a child may consider that area a tunnel as well or even the "tunnel" area around the buried trailer.  Affiant shall also search the entire grounds for any evidence relating to a grave site and evidence of the cause of death.  Affiant further asserts that the washing of the dead and burial is consistent with Muslim beliefs and that WAHHAJ and MORTON and the other adults and children are of Muslim belief and following.

Affiant asserts that probable cause now exist that AG Wahhaj is or was buried on the property described in this affidavit and respectfully asks a search warrant be granted allowing investigators to closely examine the property for a burial site and to exhume any such area that investigators deem a likely burial site.  Additionally, if at all possible affiant will utilize cadaver dogs to assist in the search and locating any burial site. Affiant also asks that he be allowed to gather any and all evidence on this property that may in any way assist investigators in determining the cause of death.  Affiant also asserts that an operation of this type may take an extended amount of time and asks that the court grant night time operation if necessary to continue the operation and investigation without interruption.


THEREFORE, AFFIANT PRAYS THIS HONORABLE COURT for issuance of a Search Warrant, authorizing the search of the suspected place and premises for each item named and described herein, and authorizing the seizure of each said named and described item.

Affiant; Sheriff Jerry Hogrefe

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned District Court Judge on this the _5th_ day of _august_, 20_18_.

District Court Judge