## OTHER LAW ENFORCEMENT PERSONNEL

Identify personnel who are not directly involved in the operation, but may support the overall mission (e.g., mass interviews, evidence technicians, photo specialists, intelligence analysts, Command Post personnel, traffic control, etc.)

| NAME | AGENCY | ASSIGNMENT | SIGNAL# | CELLULAR# |
|---|---|---|---|---|
| Linda Bibb | DHR | Stand by | | 334-725-2100 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## EXECUTION

### OVERALL PRIMARY PLAN SUMMARY

On 05/01/2018 agents will enter 170 County Road 81, Macon County, AL under the ruse of a pick up order for Abdul Wahhaj and a warrant for Siraj Ibn Wahhaj in order to conduct more in depth surveillance of the inner portions of the property. Three Special Agents and one Task Force Officer will participate in the operation. The goal of the operation is to determine what the property is being utilized for and what individuals are operating on the property.

TFO Miles Faggert's GSA van and SA Nick Wessman's and SA Joe K. Ennis' bomb trucks will be utilized for transportation from the Montgomery RA to the property. If contact is made with Siraj Ibn Wahhaj, he will be taken into custody and transported to the Macon County Jail located at 246 County Road 10, Tuskegee, AL 36083 for his outstanding misdemeanor warrant out of Chilton County. If contact is made with Abdul Wahaaj, Macon County Department of Human Resources (DHR) will be notified and they will take custody of Abdul Wahaaj and set up arrangements for him to be transported back to Georgia. If any other individuals are encountered on the property, they will be field interviewed under the ruse of searching for the missing child.

This Document has been prepared by the Federal Bureau of Investigation



EXHIBIT T

US v. Jany Leveille et al 2843

US_v_Leveille_et_al_0002843