Case 1:18-cr-02945-WJ   Document 476-21   Filed 10/24/22   Page 1 of 1

FD-302 (Rev. 5-8-10)

-1 of 1-

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  05/03/2018

On 05/01/2018, agents entered 170 County Road 81, Macon County, Alabama under the ruse of a pick up order for Abdul Wahhaj and a warrant for Siraj Wahhaj in order to conduct more in depth surveillance of the inner portions of the property. Siraj Wahhaj owns 2 acres of land at the listed address and also gave the address to an Alabama State Trooper as a place of residence for a vehicular accident report.

The property had a 2002 Toyota Sienna minivan bearing Georgia plate RHL6592 parked on it. There was no documentation plainly visible to agents in the minivan that could be useful for the investigation. Agents then canvassed the area in an attempt to locate the subjects. The property had trash scattered all over it. The trash consisted of hundreds of plastic water bottles, beer bottles, liquor bottles, metal siding, sheets of tin, convenient store racks used to hang merchandise, empty jugs of automobile oil, sheet rock, children's clothing, women's clothing, men's clothing, bicycles, damaged lawn mowers and leaf blowers, about a dozed twin size and full size mattresses, suitcases, strollers, approximately 200 blue Chevron labeled 5 gallon buckets that were previously used for automobile oil that were now filled with stagnant rain water, hundreds of old automobile tires stacked in a fence like manner throughout the property, various sizes of cardboard boxes in varying staged of decay, and scrap wood. In addition, there was a structure on the property measuring approximately 10 feet x 10 feet that was built out of wooden pallets and wrapped with heavy duty clear plastic. There was no door on the structure and the structure contained approximately eight twin size mattresses stacked on one side with a dresser and chest on the other.

There were no signs of recent activity on the property or leads discovered that would indicate where the subjects are now located. There were also no signs of precursors for building explosives or signs that the property was being used as a training grounds for sutra teams.

Note: Alabama Law Enforcement Agency Bomb Technicians Jason Baxley and Darren Davis were on the search. Both Jason Baxley and Darren Davis possess active clearances with the FBI.

| | | |
|---|---|---|
| Investigation on | 05/01/2018 at | Tuskegee, Alabama, United States (In Person) |
| File # | [redacted] | Date drafted  05/01/2018 |
| by | FAGGERT NATHAN MILES | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US v. Jany Leveille et al 2835

US_v_Leveille_et_al_0002835