```
              Federal Bureau of Investigation
                 Albuquerque Field Division


Case Number                  ███████████████

Date of recording            8/7/2018 (VTS_01_1)

Participants                 SA Travis Taylor (Taylor)
                             SA Samuel Hartman (Hartman)
                             F      L    J         (J     )


Transcribed by               Patricia Medina

Date transcribed             August 23, 2018
Notations                    Unintelligible = (UI)
                             Overlap = (OL)
```



**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.**

_____

| Hartman | Well, have you seen one of these before? |
|---------|-------------------------------------------|
| J       | I've seen it in the movies. |
| Hartman | Well, these are our credentials, so it tells you we're with the FBI. |
| Taylor  | Travis, I'm a Special Agent with the FBI. |
| Hartman | So, and, you are? |
| J       | F |
| Hartman | Last name? |
| J       | L |
| Hartman | L    ? |
| J       | J |
| Hartman | J     .  Alright um. |
| Taylor  | So, you been hanging out at foster parents this weekend? |
| J       | Yup |
| Taylor  | Doing anything fun there you haven't been able to do yet? |
| J       | Well, I watched a movie. |
| Taylor  | Yeah. |
| J       | We went to the park one time (UI) |
| Taylor  | (UI) |
| J       | Yeah |
| Taylor  | What kind of movies do you watch? |
| J       | (UI) Watched RV (UI) |
| Hartman | Hum, I think I've seen that. (BEEP IN BACKGROUD) It's pretty, it's kind of funny.  Where they travel across the… |
| J       | Yeah |
| Hartman | …country in an RV.  Do you know the main actors name is? |
| J       | No, I can't. |
| Hartman | That's Robin Williams.  What else? |
| J       | Ah, went to a park.  Ah, she says we'll go to swimming pool on Saturday.  And I start school on Friday. |
| Hartman | Ok |
| Travis  | Ah, that's right, school is about to kick off.  Do you miss going to school? |
| J       | Before I was home schooled. |
| Taylor  | Before, in Georgia, you were home schooled? |
| J       | Yeah (UI) |
| Taylor  | Is it kind of a scary thing to go back or would you |

| | |
|---|---|
| | look forward to it? |
| J | I look forward to it. |
| Taylor | Oh, yeah. (LAUGHS)  Seeing some other kids other than your brothers. |
| J | Yeah.  I'm also a different color than anyone. |
| Taylor | Yeah, yeah. |
| Hartman | When was the last time that you went to school?  Have you ever gone to school before? |
| J | Yeah, I forgot what age, I think I was..elementary school.  I think the last school was third grade. |
| Hartman | Third grade? |
| J | Yeah third grade. |
| Taylor | So, I'm guessing you didn't get to see the newest ah Marvel movie if you were out (UI) |
| J | Naw |
| Taylor | Did you watch any other ones before that? Captain America or anything like that? |
| J | I watched the Civil War. |
| Taylor | Ok, yeah, the newest one's pretty good.  It came out (UI) |
| J | (UI) |
| Hartman | (UI) |
| Taylor | Yeah (LAUGHS) |
| J | I wasn't able to watch the whole movie though.  I only watched some parts. |
| Hartman | Yeah, you gotta see the whole thing. |
| J | Yeah. |
| Hartman | So, Civil War, are you Team Captain America or Team Ironman? |
| J | Ah, I'm not sure.  (LAUGHS)  I know…..I know (UI) I think I was more…more Captain America. |
| Hartman | Yeah |
| J | Yeah |
| Hartman | Do you know what's cool about Captain America?  He just embodies everything American right?  (LAUGHS) |
| J | (LAUGHS) |
| Hartman | He…he is truthful, like no matter what.  He's the straight and narrow?  Right?  He is truthful.  And he always wants justice to be served the right way. |
| J | Yeah |
| Hartman | Like he doesn't, like even, like the U.S. government in one of the movies was kind of the bad guy. |
| J | Yeah |
| Hartman | Captain America's just….you can't, you can't break 'im. |
| Taylor | Yeah |

| Hartman | Like, truthful, justice all the way. |
| --- | --- |
| Taylor | His compass is.. |
| J | Like I told (UI) |
| Hartman | Yeah, yeah.  That's (UI) soldier, when he (UI) after, yeah. |
| J | Yeah |
| Hartman | That's the one where he's (UI) U.S. government.  Yeah that's a…..we're Team Captain America too. |
| Taylor | We're like to imagine ourselves as Captain America. (LAUGHS) |
| Hartman | I can't hold a helicopter down. |
| J | Yeah (LAUGHS) |
| Hartman | I can't do that.  So, yeah, we're just kind of talkin' um so, everything's good with the ah folks you're staying with? |
| J | Yeah |
| Hartman | Did you get the hot wings? |
| J | Yeah |
| Hartman | You did. |
| J | Yes |
| Hartman | From where, do you know? |
| J | From the last time I was (UI) here. |
| Hartman | Where? |
| J | I don't know it's at but… |
| Hartman | Was it a restaurant or from a store? |
| J | It was from the people who interviewed me. |
| Hartman | Oh, they got the hot wings. |
| J | Yeah, hot wings in the kitchen. |
| Taylor | Buffalo, wings. |
| Hartman | I love hot wings. |
| Taylor | I'm a barbeque kind of guy. |
| J | Barbeque? |
| Taylor | Yeah |
| J | I like both of 'em.  I like the (UI) |
| Hartman | Like switch it up. |
| J | Yeah that's it. |
| Taylor | Um, hum. |
| Hartman | Um…. |
| Taylor | So, I don't know if Karen told you but there was a camera in the last room and um we were watching it just because we wanted to take notes and you know, check the story and what not.  And I can tell you're a good kid.  And ah, you know, really smart cause you remember things from a long time ago. |
| J | (LAUGHS) |
| Taylor | I'm not that old and I don't know how to remember |

|        |                                                                                                                                                                                                                                           |
|--------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|        | anymore.                                                                                                                                                                                                                                  |
| J      | Yeah.                                                                                                                                                                                                                                     |
| Taylor | Um, so we just want to go over a few things that ah you had talked about and just ah be as truthful with us as you can because lying to a federal agent has consequences. And we just….we don't…I'll be truthful with you and I expect the same if that's alright. |
| J      | Yeah.                                                                                                                                                                                                                                     |
| Taylor | Do you think that'll work?                                                                                                                                                                                                                |
| J      | Yeah                                                                                                                                                                                                                                      |
| Taylor | Good deal. So ah, you talked about coming from Georgia and ah, Janay, your mom had talked….we got a phone call from somebody who was in Nafisa….                                                                                          |
| J      | Yeah                                                                                                                                                                                                                                      |
| Taylor | And Alim (PH)?, Is that what it was? And after that you just started packing up and headin' out?                                                                                                                                          |
| J      | Yeah                                                                                                                                                                                                                                      |
| Taylor | Do you know if you met those people before?                                                                                                                                                                                               |
| J      | Yeah, I met the…I went to their house before too.                                                                                                                                                                                         |
| Taylor | Went to where?                                                                                                                                                                                                                            |
| J      | Their house.                                                                                                                                                                                                                              |
| Taylor | Oh, are they family, friends?                                                                                                                                                                                                             |
| J      | Friend, cause we rent the house from them.                                                                                                                                                                                                |
| Taylor | Do they live in Riverdale where you used to live, right?                                                                                                                                                                                  |
| J      | Yeah, but I don't know where they live. They was not that far away from us but I'm not sure which ah city it was from.                                                                                                                    |
| Taylor | Ok. So you know their last name by chance?                                                                                                                                                                                                |
| J      | No, unless you African, so her last name (UI) or something that.                                                                                                                                                                          |
| Taylor | Ok                                                                                                                                                                                                                                        |
| J      | Yeah                                                                                                                                                                                                                                      |
| Taylor | Um, and you don't know what they told your mom and step-dad?                                                                                                                                                                              |
| J      | No                                                                                                                                                                                                                                        |
| Taylor | Do you…you call him step-dad? He's considered your dad or?                                                                                                                                                                                |
| J      | I call him Wahli (UI)                                                                                                                                                                                                                     |
| Taylor | Oh, ok.                                                                                                                                                                                                                                   |
| J      | Yeah (LAUGHS)                                                                                                                                                                                                                             |
| Taylor | Yeah, how long have you been with Ali? You said Wahli?                                                                                                                                                                                    |
| J      | Yeah                                                                                                                                                                                                                                      |
| Taylor | Wahli yeah.                                                                                                                                                                                                                               |

US v. Jany Leveille et al 3470

| | |
|---|---|
| J | Wahli, ah…my mom's married to him for I think 9 years. |
| Taylor | Yeah, pretty close with him? |
| J | Yeah |
| Taylor | Yeah |
| J | We hang out. |
| Taylor | You like 'im?  (LAUGHS) |
| J | Yeah |
| Taylor | That's always good.  Sometimes, you know, step-dad's, you never know, so. |
| J | Yeah |
| Taylor | Yeah |
| Hartman | What about your real dad?  Do you stay in contact with him? |
| J | Ah, I haven't seen him for like six years, I think.  (UI)  I'm not even sure if I see him in like six. |
| Taylor | Is there… |
| J | The last time, I was in New York.  I used to visit him in New York.  (UI) |
| Taylor | Did your mom not want you to see him or was there something….some other reason or… |
| J | She was afraid that he was going to take us from her. |
| Taylor | Oh, ok. |
| J | That's because my uncle did the same thing to his brother (UI) |
| Taylor | He….Not Lucas?  Not your Uncle Lucas? |
| J | No, my uncle from my first dad. |
| Hartman | Your dad's brother? |
| J | Yeah |
| Hartman | That uncle? |
| J | Yeah |
| Hartman | Ok |
| J | He took the kids away from their….my mom's (UI) |
| Hartman | Ok, so it by choice you don't get to see your dad or would you like to see him again? |
| J | I really don't care. (LAUGHS) |
| Hartman | I mean, did…di you like hanging out with him? |
| J | I remember…I just remember I used to go to his house. |
| Hartman | Do you know….do you remember where he did? |
| J | (UI) |
| Hartman | Ok. |
| J | But that's it. |
| Hartman | I mean, like did he have a job? |
| J | I don't know nothing about him.  I just remember… |

| | |
|---|---|
| Taylor | You were probably what eight then? |
| J | No, I was six. |
| Taylor | Last time you saw him was when you were six. |
| Hartman | Oh, I though you said six years ago. |
| J | No, that was the last time I saw him. |
| Taylor | Ah, that's pretty young. |
| J | Yeah |
| Taylor | And so, do you like your foster parents that you're with right now? |
| J | Yeah |
| Taylor | Are you staying with them or do you know….what the situation is? |
| J | Well, I don't know. |
| Taylor | Ok |
| Hartman | Do you know that you might start school this Friday, right? |
| J | Yeah, I mean, I don't like that school. |
| Taylor | Do you feel pretty comfortable with them?  You been talking a lot? |
| J | Yeah (UI) |
| Taylor | What? (OL)  Does the dad only speak Spanish, is that Victor is name? |
| J | Yeah.  But he speaks some English. |
| Taylor | Do you speak any Spanish? |
| J | No (LAUGHS) |
| Taylor | (UI) I think they start Spanish in elementary school now. |
| J | Yeah  (UI) |
| Taylor | Did your dad ever teach you, or your step-dad, Wahli ever teach you Arabic or any? |
| J | He taught me how to read it. |
| Taylor | How to read it? Yeah. |
| J | Yeah |
| Hartman | Cool |
| Taylor | So, with your foster parents, ah you feel pretty comfortable with them.  Anything….that you told them that you didn't tell Karen about? |
| J | Karen?  No. |
| Taylor | The previous interviewer? |
| J | No, we don't talk about this stuff that I….I haven't talked about this (UI)  I just told her like it's cold over there. |
| Taylor | You talking about with Karen or with your foster parents? |
| J | With the foster parents. |
| Taylor | You didn't talk about any kind of training you did? |

| | |
|---|---|
| J | No, she didn't, I mean, she didn't ask. |
| Taylor | When you say she, you mean your foster mom? |
| J | Ummmm. |
| Taylor | You mean your foster mom? |
| J | Yeah, they never ask.  (UI) |
| Taylor | You never told them about anything that your step-dad trained you how do or anything like that or wanted you to do? |
| J | No.  I just, we just talk about stuff that happened.  We joke around.  I like to watch movies. |
| Taylor | Ok, um some of the questions when I ask you.  I know pretty well the answer, but I want to see if you will be truthful with me.  Are you sure there was nothing else that you told your foster parents about? |
| Hartman | Now, you've seen FBI movies, right?  So you… |
| J | I've seen FBI movies (LAUGHS) |
| Hartman | You know….you know what we're……how good we are right? |
| J | Yes, (UI) if this is a (UI) something like that? |
| Hartman | A 100.  We're a 100.  So, we….we can tell ok when you're talking to us, you do things that you don't even know that you're doing.  And we can tell if you're lying. |
| J | Yeah, I let..I let…I let.. |
| Hartman | Ok, so, we don't, you know, we don't want you to lie because that…. |
| Taylor | Has consequences, when you lie to a Special Agent. |
| Hartman | You're a good kid.  Like we can tell.  I can tell, you're a fun kid.  So, we need you to just be truthful.  You're not in trouble, alright.  You're not in trouble.  Are you in handcuffs? |
| J | No   (LAUGHS) |
| Hartman | Has anybody said, you're arrested? |
| J | No |
| Hartman | You're not in trouble.  So, I'm on Captain America's team. |
| Taylor | And you clearly like Captain America. |
| Hartman | You're on Captain America's team too right? |
| J | Yeah |
| Hartman | So, let's just keep it straight, alright. |
| J | Alright |
| Hartman | Alright |
| Taylor | So, the question was, is there anything that you told your foster parents that….any certain kind of trainings that you did in today's society or |

|         |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |
|---------|---------|
|         | anything ah that your step-dad taught you that you felt, you know that maybe you wouldn't be what Captain America would approve of? |
| J       | No |
| Taylor  | Cause, we're gonna talk to your foster parents and they're gonna tell us what they already told other people so.. |
| J       | Right |
| Hartman | Are they gonna lie to us? |
| Jacques | No (LAUGHS) |
| Hartman | Alright |
| J       | Yeah, I never told nothing. |
| Taylor  | You sure? |
| Hartman | Cause I don't think they're gonna lie to us either because they have now reason to.  They want what's best for you.  They want what's best for everybody, ok?  We want what's best for you. |
| Taylor  | Is there a reason you risk, you would be afraid to tell us the truth?  There's no reason? |
| J       | No |
| Taylor  | There's no reason? |
| J       | (LAUGHS) |
| Taylor  | Are you sure?  Cause… |
| Hartman | It's….it's not funny.  Alright, it's not funny alright.  You're not in trouble.  Whatever you tell us…..it's gonna stay right here, alright?  We're just talking to you, law enforcement to you, ok.  Serious business.  And so we want to be serious.  We don't want you to be in trouble, ok?  So, let's talk about it.  Can you tell us? |
| J       | Yeah. |
| Hartman | Yeah? |
| J       | (UI)  and (UI) I didn't say nothing. (UI) |
| Hartman | Like, we didn't say anything. |
| J       | Like, you said asking about training and stuff life that. |
| Taylor  | We've been told that it has come up.  And then you recalled twelve month's worth of memories that you gave….when Karen asked you about what happened in the last….ah with that conversation over the weekend.  What conversations you had over the weekend, you didn't particulary said you don't remember.  Which is pretty astonishing considering that you could name probably could name the weapon that I had on my hip.  You named every weapon that was at that residence that you living at.  You named |

US v. Jany Leveille et al 3474

| | |
|---|---|
| | what happened with events when your uncle picked you up.  I know you're a smart kid.  So, I know you know what conversations you had this weekend and again we don't want you to be in trouble.  We want you to be helping us, you know, helping America and so if there's anything that you discussed with your foster parents that you think we would want to know, this is the time to tell us. |
| Hartman | You know, you know what we're talking about.  You know exactly what we're talking about.  You know. It's ok, man because, you just let it out.  You know exactly what we're talking about.  Keeping it in isn't gonna do anybody any good.  It's ok man. We're not here to bust you up.  You're not in trouble.  You're not in trouble at all.  It's ok. I….I can see it's there.  It's right there.  You won't say it. |
| J | In the car you asked me about Abul, you know (UI) |
| Hartman | Whose Abul? |
| J | My step dad's son. |
| Hartman | Ok, what's going on with Abdul? |
| J | I don't know.  I heard that he was missing. |
| Hartman | Ok.  So that's all that she talked to you about? |
| J | Yeah, said something else but I truly don't remember.  I just know that she asked me about Abul. |
| Hartman | Is this your foster mom or CYFD? |
| J | No, it was my foster mom, she asked me while we were driving, She ah she asked me, while driving yeah. She asked me when was the last time you seen him?  I said, Florida.  (UI) We used to visit his mom sometimes.  She calls him Vic (UI) That's all I remember. |
| Taylor | (UI) and you saw him last in Georgia?  You know, we're the FBI, we, we can…. |
| Hartman | Tell when someone's lying, remember? |
| J | Yeah, I know. |
| Hartman | Ok, you're lying. |
| Taylor | There's no reason to keep a secret about it. |
| J | The last time I seen him was, the last time was in New Mexico. |
| Hartman | That's good. |
| Taylor | I appreciate the honesty. |
| Hartman | Does it feel better telling the truth? |
| J | A little bit. |
| Hartman | Yeah, it always feels better, alright.  Especially since you're not in trouble, alright?  Did we cuff |

| | |
|---|---|
| | you because you told us the truth? |
| J | No |
| Hartman | Cause you're not in trouble, ok.  So you saw him in New Mexico, right?  Where at?  Where you were staying?  Up where you were just at…before this weekend? |
| J | Yeah |
| Hartman | Ok |
| Taylor | Do you know how it was the last time you saw him?  I know it's here in New Mexico but approximate weeks, months? |
| J | Months |
| Taylor | Would you say a month, two months? |
| J | I think it was maybe February.  (UI) yeah. |
| Taylor | Did you hang out with him?  Did you care for him? |
| J | I used to hold him and feed him and care for him. |
| Taylor | Care for him like a brother? |
| J | Yeah |
| Taylor | Yeah.  Can you tell us what happened?  It's got to feel good to let the truth out.  It's a burden to hold lies in.  And you shouldn't have to carry that burden. |
| Hartman | It's not yours to carry man.  That's not yours. |
| J | No, ah, (UI) people go to this ah evil and they get inside, ah the Quran, and they have like the, like the, they call it jinns popping up, I think they have different spirits popping up or something like that. |
| Taylor | Um, hum. |
| J | So, my dad what he decided was that (UI) Abdul and then when the (UI) inside….. |
| Taylor | We're right here man, you can let it out. |
| J | His heart stopped. |
| Hartman | Yeah, man it's really hard, it's really hard.  And you're super brave, alright.  Remember, what you are like, alright.  Truth, justice, sometimes the right thing is the hard thing.  And you're doing the right thing right now and it's hard.  So, take your time. |
| J | (Crying) |
| Hartman | Take a deep breath man.  It's ok. |
| J | Ok, then, it was like a temporary thing, whatever and then after the first day, he said like wake up. So, ok they wrapped him up inside a sheet and put him on the bed. |
| Taylor | Um, hum. |
| J | And then, they sat on the bed and then they was |

|         |                                                                                                                                                                                                                                 |
|---------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         | asking him to wake up. And then, so, and they….                                                                                                                                                                                 |
| Hartman | It's alright man.                                                                                                                                                                                                               |
| J       | It's like to wake up and he never woke up. They kept on saying it and he didn't wake up. Then they put him inside the tunnel so he could stay cold.                                                                             |
| Taylor  | Um, hum. What you just did was very brave. And we appreciate that kind of honesty.                                                                                                                                              |
| Hartman | Was that when he passed away? It's tough. It's your brother, right?                                                                                                                                                             |
| J       | We had to wash him though.                                                                                                                                                                                                      |
| Hartman | Has he been in the tunnel the whole time?                                                                                                                                                                                       |
| J       | No, um, (UI) they put him inside the storage a little bit under the bed in the trailer and we used to wash him.                                                                                                                 |
| Taylor  | Did you do any prayers for him?                                                                                                                                                                                                 |
| J       | We have to wash him and stuff. And put oil and stuff (UI)                                                                                                                                                                       |
| Taylor  | You're a good kid for taking care of him and praying over him. Do you understand that? You did a good thing. You didn't want to talk about it because you were afraid of what happened? Well, it's alright man. You're not in trouble. |
| Hartman | You're not.                                                                                                                                                                                                                     |
| Taylor  | Now his mom, she'll get closure because she'll know what happened, and that he was cared after by you.                                                                                                                          |
| Hartman | Well, what's happened since then?                                                                                                                                                                                               |
| J       | Um, he just stayed in the trailer, (UI) four months.                                                                                                                                                                            |
| Hartman | He was in the trailer the last four months?                                                                                                                                                                                     |
| Taylor  | You just gonna summarize just to make sure I understand, your dad was doing the ritual and um, during that ritual, his heart stopped. I don't know how the rituals work. Did…was he reciting Quranic versus or did you have you kneel? |
| J       | Quranic versus (UI)                                                                                                                                                                                                             |
| Taylor  | Did you watch this or you just heard about it?                                                                                                                                                                                  |
| J       | Sometimes I would see him doing it.                                                                                                                                                                                             |
| Taylor  | Yeah, was ah Abdul getting food and water during this time?                                                                                                                                                                     |
| J       | They would always take breaks.                                                                                                                                                                                                  |
| Taylor  | Um, hum.                                                                                                                                                                                                                        |
| J       | (UI) sleep (UI)                                                                                                                                                                                                                 |
| Taylor  | Yeah                                                                                                                                                                                                                            |
| J       | Yeah                                                                                                                                                                                                                            |
| Hartman | What was the ritual for?                                                                                                                                                                                                        |
| J       | To take out the demons inside of him.                                                                                                                                                                                           |
| Hartman | The demons inside of him?                                                                                                                                                                                                       |

| | |
|---|---|
| J | Yeah |
| Hartman | Was the ritual ever preformed on anyone else? |
| J | Yes |
| Hartman | You? |
| J | No, it was um Lucas' daughter.  His oldest daughter and his son. |
| Taylor | What were their names again? |
| J | A_____ and A____ (PH). |
| Taylor | And they're obviously ok.  They're… |
| J | They're good.  They only had (UI) |
| Taylor | During the ritual was there any kind of physical, someone touches the forehead of the person.  Is there any other kind of um… |
| J | Yeah (UI) on his forehead. |
| Taylor | Um, hum. |
| J | It happened to my mom too. |
| Taylor | In New Mexico or when she was growing up? |
| J | In New Mexico. |
| Hartman | Oh, (OL) |
| Taylor | Go ahead. |
| Hartman | When you say like bad demons does that mean like something, they're doing something bad or just bad within them that come out? |
| J | I don't really understand it but… |
| Hartman | Ok. |
| J | (UI) |
| Hartman | Um, hum. |
| Taylor | You said the same thing happened to your mom in New Mexico.  Did your mom kind of, would you say your mom kind of runs the group of people that were living with you or does your step-dad run or is it someone else? |
| J | She runs it, I guess. |
| Taylor | Does your step dad not easily take orders but….my wife gives me orders (LAUGHS) |
| J | (LAUGHS) |
| Taylor | But does your step-dad listen to what your mom says? |
| J | Yeah |
| Taylor | Was….did your mom direct your step-dad to perform this ritual or was it… |
| J | He was already doing it in Georgia. |
| Taylor | He was already doing it in Georgia? |
| J | Yeah |
| Taylor | Yeah, to other people there I'm guessing? |
| J | To him, to A____. |
| Taylor | Oh, ok.  But that wasn't your mom telling him to do |

US v. Jany Leveille et al 3478

|        |                                                                              |
|--------|------------------------------------------------------------------------------|
|        | it?                                                                          |
| J      | When we got here that he could keep on doing it.                             |
| Taylor | And what did Subhanah and Hujrah think about it?                             |
| J      | Nothing because they had the (UI) from when Hujrah had it done too.          |
| Taylor | Um, hum.  Yeah.  Were they involved in um the family activities that are or were they |
|        | End of Recording – 08/11/2018                                                |