```
           Federal Bureau of Investigation
              Albuquerque Field Division


Case Number                  █████████████

Date of recording            8/7/2018 (VTS_01_2)

Participants                 SA Travis Taylor (Taylor)
                             SA Samuel Hartman (Hartman)
                             F       L    J       (J    )


Transcribed by               Patricia Medina

Date transcribed             August 23, 2018
Notations                    Unintelligible = (UI)
                             Overlap = (OL)
```

**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.**

_____

US v. Jany Leveille et al 3480

| Taylor | (UI) stay out of it or what would you say? |
|---|---|
| J | Who, what do you mean? |
| Taylor | Subhanah and Hujrah, were they involved in the… |
| J | In the (UI) thing? |
| Taylor | Like, did they only care for the other children or was it everyone who was taking care of everybody there? |
| J | Everyone was taking care of everybody. |
| Taylor | Um, hum. |
| Taylor | Did they watch over Abdul as well?  Subhanah and… |
| J | Yeah, everybody (UI) |
| Taylor | Um, hum. |
| Hartman | Was he, last place? |
| J | In the tunnel. |
| Hartman | In the tunnel? |
| J | Yeah |
| Taylor | Alright, and um, let's talk about something else, that's easier for you.  We'll talk about something else.  You know, I imagine that you cared for him and this is probably, it probably feels good but at the same time it's probably hard to talk about it. |
| Hartman | Do you need any more water or anything?  No. |
| J | No |
| Taylor | Do you need a snack? |
| Hartman | Do you want us to give you a minute? |
| Taylor | Well, again, I really, we….both Sam and I appreciate that, that takes a lot of integrity telling the truth and very strong guise that you have there that you just……coming from someone so young, it's pretty amazing.  So… |
| Hartman | You've got a bright future.  You keep doing the right thing and you do.  We've told you, we're not lying to you.  We're not, when we say you're a good kid, we really believe it.  Like we can, when you walked in here, we can tell right away just by the way you walk, the way you smile, the way talk to people, you're a good kid. |
| Taylor | Um, hum. |
| Hartman | So, thank you.  Does it feel better to get it off your chest and…. |
| Taylor | So, we're gonna have questions for you, you know.  I hope that telling us the truth will also feel just |

|         |                                                                                                                                                                                                                                                                                              |
|---------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         | as good as it did hopefully now and maybe today you might be a little unhappy but in the next days, I'm sure you'll feel that this you know burden has been lifted and you had talked about it.  And I grew up in Texas.  I shot guns as well.  We talked about shooting with your step-dad (UI) was involved in Georgia right?  You started in Georgia? |
| J       | Yeah                                                                                                                                                                                                                                                                                         |
| Taylor  | Every Friday?                                                                                                                                                                                                                                                                                |
| J       | Yeah                                                                                                                                                                                                                                                                                         |
| Taylor  | It sounds like a good bonding time.  Your brother and step-dad got out there and go to a range.                                                                                                                                                                                              |
| J       | Yeah                                                                                                                                                                                                                                                                                         |
| Taylor  | What kind of guns do you shoot out there?  Like in Georgia?                                                                                                                                                                                                                                  |
| J       | The only drill, we did the, we did his 1911..                                                                                                                                                                                                                                                |
| Taylor  | Um, hum.                                                                                                                                                                                                                                                                                     |
| J       | And his revolver and the AR-15.  The AR-15 you have to do it, (UI) so we mostly did the pistols.                                                                                                                                                                                             |
| Taylor  | Ok and (UI) was a 45 caliber?                                                                                                                                                                                                                                                                |
| J       | We, all we had was 40 caliber, I think (UI)                                                                                                                                                                                                                                                  |
| Taylor  | It gets some more kick than the AR, doesn't it?                                                                                                                                                                                                                                              |
| J       | Yeah, yeah.                                                                                                                                                                                                                                                                                  |
| Taylor  | Um, how old were you there in Georgia when you started shooting?                                                                                                                                                                                                                             |
| J       | I think I was 13….then 14.                                                                                                                                                                                                                                                                   |
| Taylor  | Ok, (UI) a bunch too.  It's good to know how to use a weapon cause if you don't know it you can't be safe with it.  So..it's good to know how to be safe with a weapon.                                                                                                                      |
| J       | Yeah                                                                                                                                                                                                                                                                                         |
| Taylor  | I'm sure your step-dad told you how to be safe with one.                                                                                                                                                                                                                                     |
| J       | Yeah                                                                                                                                                                                                                                                                                         |
| Taylor  | When you started shooting just for fun or did he tell you why he wanted to go…..why he took you out shooting?                                                                                                                                                                                |
| J       | In Georgia (UI) if anybody tried to hurt us, use it, you know what I'm saying?                                                                                                                                                                                                               |
| Hartman | If anybody what?                                                                                                                                                                                                                                                                             |
| J       | Tried to hurt us.                                                                                                                                                                                                                                                                            |
| Hartman | Tried to hurt you?                                                                                                                                                                                                                                                                           |
| J       | Yeah                                                                                                                                                                                                                                                                                         |
| Taylor  | Did you ever carry any of the weapons?                                                                                                                                                                                                                                                       |
| J       | No, I wasn't allowed.                                                                                                                                                                                                                                                                        |
| Taylor  | Not in Georgia or just?                                                                                                                                                                                                                                                                      |

US v. Jany Leveille et al 3482

| J | I wasn't allowed….I was allowed to carry on the range. |
|---|---|
| Taylor | Yeah |
| J | But not on the (UI) |
| Taylor | Yeah, what does he have to be like 18 to carry a weapon or something? |
| Hartman | Probably |
| J | Yeah |
| Hartman | At least off your property….parental, right? |
| Taylor | Yeah, so then you came to New Mexico and then you obviously have a shooting range anywhere near you all, I'm assuming, right?  Cause it's a pretty remote area.   (LAUGHS) |
| J | We never left. |
| Taylor | Yeah |
| J | We mostly stayed up there. |
| Taylor | And there's a gun range that Wahli built? |
| J | Yeah, me and him built it. |
| Taylor | Yeah, is that a lot of work? |
| J | Yeah, it was a lot of work |
| Taylor | Is it like building a (UI)  Why was it a lot of work? |
| J | Naw, we just made like a tire wall, built an earth ship.  And we put a whole bunch of dirt to the bullets can't go through the thing. |
| Taylor | Right |
| J | We tested it out to see if they don't go through the (UI)  Only went like this far into it and it stopped. |
| Taylor | Construction |
| Hartman | Tires then burm? |
| J | Yeah |
| Hartman | Is that right?  So, it would go through the tires? |
| J | Right, so not the bullets because it wouldn't go through the tires. |
| Hartman | Wouldn't even go through, if they did make it though.. |
| J | The dirt would stop it. |
| Hartman | Yeah |
| J | (UI) 40 caliber (UI) |
| Taylor | Good construction work.  And then, would you do, what kind of shooting did you do on those ranges. |
| J | Ah, we did (UI) like a score something like that but talk about (UI) stuff like that and how to aim the gun, and walk and shoot. |
| Taylor | Um, hum. |

| | |
|---|---|
| J | Like we played, like they say, (UI) he taught tactical reload and speed reload. |
| Taylor | Um, hum. |
| J | And he taught me how to (UI) tactical reload, speed reload, (UI) |
| Taylor | Um, hum. |
| J | And they taught us how to use a 308, sniper rifle…. |
| Taylor | Right |
| J | …and then how to walk and like clear a house, kind of, we have to like a little barrier. |
| Taylor | Um, hum. |
| J | And he used to like (UI) He used to go like this way.  (UI) he tells us the clock system. |
| Taylor | Um, hum.  That's pretty advanced training. |
| J | Yeah |
| Taylor | You play video games right? |
| J | Yeah, (UI) |
| Taylor | I was going to ask you.. |
| J | Yeah |
| Taylor | Seam pretty similar to that kind of stuff? |
| J | Yeah |
| Taylor | Yeah |
| J | Yeah |
| Taylor | I mean that's going at a range and shoot a target, that's a hobby, that's fun.  When you start kind of learning how to clear rooms that's usually for a purpose.  Did….what was the purpose? |
| J | To clear the room? |
| Taylor | Yeah, yeah. |
| J | I think it was just to like to know if you ever have to do it, I guess. |
| Taylor | Um, hum. |
| J | Yeah, and then I'm not really sure about (UI) to know about if you have clear a room. |
| Taylor | Um, hum. |
| J | (UI) about SWAT stuff.  And like he used to tell us stories about like how, I don't know if it's the FBI or whatever, like and he'd have to like kill somebody or something like that.  And then they um, you'd have to bring back something to know that you actually killed them whatever.  He used to tell stories like that.  (UI) enough stories (UI) how stuff (UI) |
| Taylor | Um, hum. |
| J | And they have the same thing in the game too, like ah, um, confirm kill. |

| Taylor | Um, hum. |
|---|---|
| J | Yeah |
| Hartman | Ah, that's…..that's ah…. |
| J | (UI) like a thing. |
| Hartman | Yeah |
| J | (UI) like a little key thing. |
| Hartman | Yeah |
| J | Up over the body. |
| Hartman | ID tags |
| J | Yeah, you don't get the kill, if you don't do it. |
| Taylor | Um, hum. |
| J | Yeah |
| Taylor | So, I want to reiterate, you're not in trouble and if you were told to do something, it's not your fault.  Um, and I'm not saying that you shooting is not (UI) but, um…  Is there anything that you are not telling us?  And…and I know you said your (UI) been shot because self defense, is there any other purpose that you're not telling us about? |
| J | Um, I don't think so. |
| Hartman | You know, so… |
| Taylor | You're weighing the decision right now, we can see it. Should I tell him the truth or hold it in?  This is what's gonna happen, be a burden on you. |
| Hartman | What was the target? |
| J | The target was…we were shooting at paper targets. |
| Hartman | No, no, no.  What were you training for? |
| J | Ugh, ugh… |
| Hartman | It wasn't just…..the type of stuff you're doing…law enforcement, military do that, ok.  Regular people don't do that.  Regular people go to the range and they shoot for sport, they hunt.  They don't do the training that you do.  Ok, remember, we….we know stuff and we're waiting for you to tell us the truth again.  It's not……I know it's hard.  You already did it once today and we're at that moment again. |
| J | So, ugh, we thought the FBI was watching us (UI) like shoot and train (UI) |
| Taylor | In case the FBI ever came onto the property? |
| J | Yeah and (UI) my (UI)    so… |
| Hartman | What else? |
| J | My uncle he thought the CSI was watching us (UI) CSI.  He thought he filed bunker otherwise he I forgot how it looks like.  (UI) CIA bunker, basically just training for… |
| Taylor | So, you talked about people coming on the property. |

|          |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |
|----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          | Do you remember training for (UI) property?                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        |
| J        | No, we said it was only legal to shoot on our property. He said he had……these Mexicans came on somebodies land and (UI) I think he said it was like twelve people and then they shot 'em. (UI) and stuff like that. And he called the cops to come to pick up the bodies (UI)                                                                                                                                                                                                                                                                                      |
| Hartman  | So, what you're talking about right there is home defense, alright. You don't need to clear rooms and do to any type of training like that, so just need to do target practice to defend your home, ok. So, what was the other training for?                                                                                                                                                                                                                                                                                                                       |
| J        | To clear over?                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |
| Harttman | Yes                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |
| J        | Yeah, (UI)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |
| Hartman  | Come on.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           |
| J        | No, he never told me and if he did I….I don't remember. I just know we did a whole lots of different training. You have to train so if anything ever comes up.                                                                                                                                                                                                                                                                                                                                                                                                     |
| Taylor   | So, it was training for defense and it was training for attack. And you're saying you never trained, and again, you're not in trouble, someone was, you know leading this training. You never trained for an attack to attack?                                                                                                                                                                                                                                                                                                                                     |
| J        | No                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
| Taylor   | It's alright, you can tell us.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |
| Hartman  | And you're not….you're 15 right? You're not making these decisions and we know that.                                                                                                                                                                                                                                                                                                                                                                                                                                                                               |
| Taylor   | You're not an adult until you're 18.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               |
| Hartman  | You're still not in trouble but there's more there, we can tell. It might be something pretty bad but you're not going to get in trouble for telling us.                                                                                                                                                                                                                                                                                                                                                                                                           |
| J        | Um, so like they told me that, so he told me that Abdul like, if he wakes up, my mom used to open up the Quran and she'd said bad stuff. She told me that she asked God, she said that Abdul was going to be Jesus when he wakes up, or whatever, so she said after he wakes up we're gonna have to go through the world, whatever, and get rid of the people that don't want to become (UI) or whatever. I guess, (UI) that's what the house cleaner was for. Cause you have to get rid of the bad people so he said. |
| Hartman  | Do you go someplace to get rid of the bad people?                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |
| J        | Huh?                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               |
| Hartman  | Do you go someplace to get rid of the bad people?                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |

US v. Jany Leveille et al 3486

| | |
|---|---|
| J | Go someplace? |
| Hartman | Yeah, like you told me you say clear to get rid of the bad people, like you're talking about your own home? |
| J | Home? |
| Taylor | Is there a location that you think that your mom was talking about? |
| J | It wasn't a place, a bad corrupt system. |
| Hartman | The bad what? |
| J | Corrupt systems. |
| Hartman | The corrupt systems? |
| J | Yeah, like ah, corrupt systems, my mom she mentions like the banks are stealing money and stuff like that.  But if they don't like do good, whatever….. |
| Hartman | Is the education system a bad system? |
| J | The who? |
| Hartman | Schools? |
| J | No, (UI) |
| Taylor | Are you sure? |
| J | Yeah, she would talk about the big companies, like police (UI) and all that stuff. |
| Taylor | I don't want 85% of the truth.  We want 100% so.  Are you sure?  There's not certain details you're leaving out here? |
| J | Nnnn, no. |
| Hartman | Who talked about school? |
| J | We never talked about schools.  I mean, we talked about the corrupt um teachers but we didn't talk anything with the kids cause the kids don't know anything. |
| Hartman | But teachers could be corrupt? |
| J | Probably |
| Hartman | And it would be ok to go into the school? |
| J | No, she didn't say go into the school, the messenges will take care of corrupt people. |
| Taylor | Do teachers fall under that category? |
| J | I don't know.  She said police…. |
| Taylor | It's alright, you can tell us. |
| J | Police and you know like CSI or something like that.  And that was it, I guess, yeah. |
| Taylor | Was there ever a plan on how to do it?  How to do that? |
| J | Well, she said that when he wakes up, he'll tell us. |
| Taylor | Did you ever see anything that your mom or your dad write in a journal or a book? |
| J | (UI) trailer (UI) I know she wrote in three books. |

|  | But I didn't see what was written.  She (UI) I'm not sure what else she wrote. |
|---|---|
| Taylor | Um, hum. |
| J | I know, I never read all three of them all the way. (UI) |
| Taylor | You only read some of her books? |
| J | Some of the first book (UI). |
| Taylor | Anything you think we should know about? |
| J | I know she said that ah, um, Abdul's mother is like a (UI) I know (UI) |
| Taylor | And did, so, you talked about when Abdul comes back, this is what happens or Abdul will tell you. |
| J | What to do, she said (UI) |
| Hartman | Do you believe that? |
| J | My mom told (UI) (LAUGHS) |
| Hartman | Seriously?  Do you believe that? |
| J | No |
| Hartman | You know, don't you? |
| J | Yeah, I never really believed it.  I was just going cause (UI) |
| Taylor | Um, hum.  Do you think that your mom or step-dad would actually hurt someone?  Carry out those… |
| J | My mom never hurt nobody but (UI) |
| Taylor | Well then why all the training if you wouldn't be planning to hurt somebody?  It's ok, if he told you something. |
| J | He said what happens, is that you gotta be ready. (UI) |
| Taylor | Did your mom and dad ever talk to anyone or watch anything that would have influenced them, this idea of corruption about the teachers, the police and the military? |
| J | Um, I don't know.  But, I know, had some thoughts about it cause inside the Quran, it says that he (UI) |
| Taylor | Um, hum.  Have you ever seen your mom or Wahli watching videos or anything on the internet to gain knowledge on this? |
| J | No, my mom (UI) she really had the phone just to talk to her brother in (UI) tell him what's going on. (UI) |
| Taylor | And you all are getting your internet access at John Adams?  That's the only place you can get internet access? |
| J | No the phones are the only thing. |
| Taylor | So, while at the residence, you could access the |

| | |
|---|---|
| | internet? |
| J | Yeah |
| Taylor | Were the phones or electronic devices hidden or were they always just laying around? |
| J | I used to get on mom's and watch t.v. |
| Taylor | Um, hum. |
| J | (UI) too. |
| Taylor | What about your mom or dad, did they hide their devises or… |
| J | No.  My dad's phone was always in the closet. |
| Taylor | Um, hum. |
| J | Or inside his pocket. |
| Taylor | Um, hum. |
| J | And my mom's same thing was on the shelf or on her lap whatever. |
| Taylor | Were there passwords for those phones or could you get on them? |
| J | My dad had a password but he the same password since Georgia. |
| Taylor | So, I'm assuming you know what it is? |
| J | Yeah, I know it.  So, I could get on it and watch videos. |
| Taylor | Can you tell us what it is? |
| J | The password? |
| Taylor | Yeah |
| J | 1266 |
| Taylor | Ok, is there a particular rhyme or reason for that? |
| J | The number? |
| Taylor | Yeah |
| J | I think that was the number he used to use for his credit card. |
| Taylor | Got you, like a pin? |
| J | Yeah |
| Taylor | And you're sure you hadn't seen him actually talk to anyone that you know guided him in this thought? |
| J | He tried to talk my uncle.. |
| Taylor | Um, hum. |
| J | ..ugh so (UI) |
| Taylor | Right, understand.  Did anyone teach or guide your parents in this way, this thought? |
| J | No, (UI) My dad saw an angel too.  That's why he just (UI) |
| Taylor | Um, hum. |
| J | They tried to talk to Nafisa about it.  They'd tell her a whole bunch of stuff and what they'd do like her a magic.  And she got mad and they (UI).  So |

|  | |
|---|---|
|  | uncle went to the house then they said that my mom said that they sent like mercenaries or whatever to try to kill us.  My dad, uncle said they kept on seeing 3 cars drive by, drive up and down the block.  But both of the cars wasn't home so they figured anybody wasn't home. |
| Taylor | So, let me just clarify that, your mom and dad tried to talk to Nafisa about… |
| J | Yes |
| Taylor | ….this stuff? |
| J | Yeah |
| Taylor | And then soon after cars started coming by… |
| J | Yeah, no, no, no.  That's when we packed up.. |
| Taylor | Um, hum. |
| J | …..that's when we got the phone call… |
| Taylor | Um, hum. |
| J | ..that she got mad, angry, (UI) I don't know what she said. So, then we went to our auntie's house for two days. |
| Taylor | Right |
| J | …and so my uncle and my step-dad went back there.. |
| Taylor | To the house that you all stayed at…yeah. |
| J | And then kept on seeing, and then my mom said that she opened up the book, Quran, cause she said that mercenaries they tried to kill us. |
| Taylor | Um, hum. |
| J | They went back to the house and um 3 cars kept on driving by, drive up and down the road. |
| Taylor | Um, hum. |
| J | Those 3 cars would just keep on driving by, it's a quiet road.  Just keep on driving by, that's when we left Alabama (UI) |
| Taylor | Can you give me specifics on what ah your parents told Nafisa?  Like, we talked in general but.. |
| J | I don't know what they said cause they went to the house (UI) and that's when I was supposed to stay home to watch the kids. |
| Taylor | Um, hum. |
| J | I don't know what they said. |
| Taylor | What do you think they told them? |
| J | I don't know, she was like (UI) so.. |
| Taylor | Is there a description you think we would understand? |
| J | (UI) |
| Taylor | Um, hum. |
| J | She used to like to write down and tell (UI) I never |

|  |  |
|---|---|
|  | did, I never got to read it but… |
| Taylor | And so when you….when people say that they left Atlanta because there's people they trusted.. |
| J | Say that again. |
| Taylor | When..when your parents said they left Atlanta because there was people that they trusted.. |
| J | They couldn't trust. |
| Taylor | They trusted and were betrayed. |
| J | Yeah, that's what (UI) |
| Taylor | Do you think that you told us everything that we would want to know?  You've given us the whole truth on everything we've asked you about cause it's very important? |
| J | Yeah |
| Taylor | I think there's still one topic, we want to discuss and that is what you told your foster parents.  Remember when you started off with that and it didn't seem like you wanted to tell us the truth and then we talked about some other things.  You found out that you weren't going to be in trouble for telling the truth. |
| J | (UI) I remember she asked me, I remember we would listen to the radio… |
| Taylor | Um, hum. |
| J | …and there was something about 3 women going to jail and my brother thought, (UI) my parents, our parents (UI) and she asked me about Abdul.  And then I said the last time I saw him was in Georgia. |
| Taylor | Um, hum.  Nothing about schools were mentioned? |
| J | About schools? |
| Taylor | About schools yup?  Training for something to do at a school, nothing like that was ever mentioned? |
| J | (UI) |
| Taylor | Did you talk to your foster parents about what your mom and dad believed and what corrupt institutions were? |
| J | I told…I told them about the beliefs and will not eat pork and I told them the girls have to were the scarfs and something like that. |
| Taylor | (UI) Islamic? |
| J | Yeah |
| Taylor | What about teachers and police (UI) |
| J | (UI) |
| Taylor | You've been honest with us so far. |
| J | Yeah |
| Taylor | This is another moment… |

| | |
|---|---|
| J | That I'm not being honest? |
| Taylor | I can only tell you what we know.  And it doesn't feel like you're telling us the full truth here. |
| J | (UI) listen to the radio, we'd turn it off and she'd ask me about A      and I told him the last was in Georgia. She said, do you know where he's at? (UI) tell nobody |
| Taylor | Um, hum. |
| J | (UI) yeah. |
| Taylor | You read a lot about the Quran, and so lots of Quranic versus (UI) (OL) |
| J | I only read a little Arabic, um I really don't understand the Arabic. |
| Taylor | So you read Arabic but you don't know what you're actually reading? |
| J | Yeah |
| Taylor | The text? |
| J | Every time we read the English one (UI) prayers.. |
| Taylor | Did your mom and dad ever……were there specific versus of the Quran your mom and dad would teach you routinely? |
| J | No, it just(UI) |
| Taylor | Um, hum. |
| J | …you have to start off from the beginning, if you start off from the end (UI) |
| Taylor | Do you think that there is anyone that they were trying to use to incite violence that they're certain text every religion that can be used to cause someone to commit a violent act?  Was there any… |
| J | Not that I know of. |
| Taylor | Yeah |
| J | She used to open the book, like (UI) |
| Taylor | Um, hum. |
| J | (UI) and she used to read the (UI).  Like she used to ask me questions.  And then… |
| Taylor | Um, hum. |
| J | I know she said um, we were gonna stay inside the tunnel and she said, we were gonna stay there for as long as she said for 4 months (UI) that's when the police came and (UI) |
| Taylor | Um, hum. |
| J | So.. |
| Taylor | Was there a plan to leave New Mexico? |
| J | I know the kids didn't believe it. |
| Taylor | Say that again. |

| J | I said, I know really all the kids didn't really believe it.  All the little kids. |
|---|---|
| Taylor | They didn't believe it? |
| J | (UI) It's like he's never gonna wake up.  And he's lying, whatever.. |
| Taylor | Um, hum. |
| J | And then um (UI) she said he went down and Huhjah and my mom…. |
| Taylor | Um, hum.  So, you talked about your dad training…. |
| End of Recording – 08/07/2018 ||

US v. Jany Leveille et al 3493