```
                         Transcript
              Federal Bureau of Investigation
                 Albuquerque Field Division



Case number                    ███████████████

Date of recording              8/9/2018

Participants                   J     L     J        = J
                               Travis Taylor = TAYLOR




Transcribed by                 PATRICIA MEDINA

Date transcribed               8/10/2018

Notations                      Unintelligible = (UI)
                               Overlap = (OL)
                               Recording = REC
```

**The following transcript has been compared to the audio
recording from which it was made, and to the best of my ability,
the transcript is a true, complete, and accurate record of the
recording._____**

┌─────────────────────┐
│      EXHIBIT         │
│    **C_Redact**      │
└─────────────────────┘

1

US v. Jany Leveille et al 2968

TAYLOR:          Did you like it?

J        :       Need to sit there on that.

TAYLOR:          Have you been watching the Marvel movies?  Which
                 one was the last, movie you saw?  Did you see…

J        :       Friday

TAYLOR:          About see any war? Like Civ...

J        :       Civil War.

TAYLOR:          Civil War yeah.

J        :       Yeah, I liked that.

TAYLOR:          You liked that one?  A lot of super heroes?

J        :       That was one of my favorites.

TAYLOR:          A lot of super heroes in that one.

J        :       (LAUGHS)

TAYLOR:          You got a favorite in there?

J        :       Um, like all of them.

TAYLOR:          Yeah, you don't like one more than the other?
                 Cause the end of that one wasn't it Capitan
                 America fighting Ironman?  Which side were you
                 one on that little battle?

J        :       I didn't like that (LAUGHS)

TAYLOR:          No?

J        :       I was just like, fight, fight, fight.

TAYLOR:          (LAUGHS)  Yeah, you just like to see the action,
                 huh?

2

```
J        :         Yeah.

TAYLOR:            Yeah, yeah.  Well, did you like super heroes just
                   because of what they stand for, I guess?  You
                   know helping others?

J        :         Yeah (UI)

TAYLOR:            Yeah, I mean what about Batman?  Batman doesn't
                   have powers, he just.

J        :         Yeah.

TAYLOR:            He's good at what he does.

J        :         He's got all these.…all these gadgets.

TAYLOR:            He does have gadgets, he's a (UI) man.

J        :         He has (UI) powers.

TAYLOR:            That's true, that's why I think a lot of people
                   like Batman.  He's not gifted with powers, he
                   just stands for the right thing.  Does the right
                   thing no matter what.  So, I just wanted to, have
                   you been watching the news the last couple days?
                   You know what's going on?  Ok.  So, they ah, if
                   you haven't seen it already ah, I know that Abdul
                   was on the property in New Mexico.  And I know a
                   lot of people were saying he wasn't and I get
                   that.  You know you're trying to help out your
                   parents and ah…but he was found and I know how
                   and why he was out there and um, you know.  Did
                   you care for him?  Did you play with him?  Was he
                   like a brother to you?

J        :         I don't know.  I never even seen him a lot.

TAYLOR:            You didn't see him a lot?

J        :         No, not back then.  Not back in there?  Not back
                   (UI).
```

3

TAYLOR:     So, one of things that I talked about before is, I'm a federal agent.  I mean you talked to Karen and she's not a federal agent but I'm a federal agent.  And lying to a federal agent, you know has consequences.  You're not in trouble.  I don't want you to be in trouble and I…..you're a good kid, I can tell.  Here and talking, you know back was it Tuesday, did….I would be awesome if we could hang out.  You know, I think you're a good kid, I think you did the right thing.  But, I know the truth on many of these things and I'm gonna ask you and you telling the truth isn't gonna cause you know, you to be in any trouble.  But, it's important that you do tell the truth.  And I know Abdul Wahhaj was in New Mexico in Amalia and he was playing with you all and he was part of the family.  And I know what happened to him.  So that's no reason to tell me that was the last time you saw him was in Georgia.  I've talked to his parents.  I've talked **Hibana**, Housra, and Janay.

J       :     Jany.

TAYLOR:     She goes by.  I thought she told me Janay?

J       :     Yeah.

TAYLOR:     She goes by Jany?

J       :     Yeah.

TAYLOR:     Ok, well that's good to know.  So…I feel bad about calling her the wrong name.

J       :     (LAUGHS)

TAYLOR:     So, but like I said, I already know he was out there, so there's no reason to tell, you know.  I don't want you to lie to me.  It's gonna feel better not to hold that burden.  What are you thirteen, fourteen?

J       :     Thirteen.

US v. Jany Leveille et al 2971

TAYLOR:          Yeah.  No one should have to hold the burden of
                 what happened and all that in, I mean, it's not
                 yours to carry.  And so, I encourage you to tell
                 the truth here, cause I think it's gonna make you
                 feel….

J     :          Ok.

TAYLOR:          …feel better.  And you just tell me what you know
                 about Wahhaj, Abdul Wahhaj coming out here and
                 all that.

J     :          Yeah.

TAYLOR:          Ok.  So can you tell me when the last time you
                 saw him was?

J     :          New Mexico.

TAYLOR:          New Mexico, ok.  Was it a few months ago, was it…

J     :          Yeah, a few months ago.

TAYLOR:          What month do you think was the last time you saw
                 him?

J     :          I don't know what month.  It was like three
                 months.

TAYLOR:          Do you remember if it was cold, or if it was a
                 holiday around, when the last time you saw him
                 was?

J     :          No.

TAYLOR:          You said about three months ago.

J     :          Yeah.

TAYLOR:          So, is that May?  Was it before May cause when
                 did you all get there?  What in January?

J     :          I remember it was after….

TAYLOR:          Did, was it after Christmas?

US v. Jany Leveille et al 2972

J       :       I don't like keep checking the dates like that.

TAYLOR:         No, I know.  But, I mean, was it after Christmas?

J       :       Yeah.

TAYLOR:         Ok, do you know what Valentine's Day is?

J       :       No, we don't do holidays, still.

TAYLOR:         Ok.  So after Christmas.  Um, so he came out with
                you all and he ah.  Do you know what car he was
                riding in on the way out here?

J       :       Um, he was riding in (UI).

TAYLOR:         In the, with Lucas all the way from ah Georgia?
                Or was he in ah…

J       :       Georgia.

TAYLOR:         Ok, so, he…so you all were, you and ah F
                and your sisters were in your ah, now I've got
                Janay stuck in my head, Jany's car with ah Saraj,
                correct?

J       :       Yeah.  I was with my family.

TAYLOR:         Yeah, but not A    ?

J       :       Not with A   .  Yeah, he was there.

TAYLOR:         Ah, A    was in the car with you as well.

J       :       Yeah, we all.

TAYLOR:         Yeah, and then the car accident happened?

J       :       Yeah.

TAYLOR:         And then is that when everyone went…

J       :       Yeah.

6

TAYLOR:        Ok.  Do…do you know whose idea it was to come out
               to New Mexico?  I know that, ah, your uncle
               Morton came out for a bit and then came back.  I
               know there was, I know what happened in Atlanta,
               there was, you know, your mom was on the phone
               and then there was some things that were said and
               soon then after you all left.  But, and I know
               your mom….I mean would you say that….who do you
               think runs like your household?  Your mom and
               your dad, right?

J      :       First it's my dad, but now it's (UI).

TAYLOR:        Yeah, and you call him your dad right?

J      :       Yeah, I call him my dad.  (UI) dad.

TAYLOR:        Yeah, Wahli as well?

J      :       Yeah.

TAYLOR:        Ok.  Um, so, you know, like we all have our mom
               and our dad and…and sometimes someone will say
               that one runs the house over the other.  Do you
               think, how do you think that they kind of manage
               the responsibilities?

J      :       I think it's more like my mom.

TAYLOR:        Yeah.  Had that always been that way or…

J      :       No.

TAYLOR:        When do you think that changed?

J      :       When we got (UI) here.

TAYLOR:        Yeah.  Your mom seems like she ah…

J      :       She went to New Mexico for (UI).

TAYLOR:        Um, hum.  It seems like your mom ah, she has,
               what's the right word, kind of special powers.
               She's, you know she sees the future.  Is that…

7

US v. Jany Leveille et al 2974

```
J        :        No.

TAYLOR:           No.

J        :        She reads it in the, you know the Quran?

TAYLOR:           Yup.

J        :        If you open Quran the pages.....

TAYLOR:           Yup.

J        :        You get like you do.

TAYLOR:           Yeah.  And then she reads those messages and that
                  helps guide her to what the next step is for the
                  family?

J        :        Yeah.

TAYLOR:           Is that what brought you all?

J        :        Yeah.

TAYLOR:           Out to New Mexico?  Can you tell me more about
                  them?

J        :        Um, from the beginning?

TAYLOR:           Yeah, so you said she opens the Quran and guides
                  her and then…

J        :        Yeah.  So, she opens the Quran and the Quran said
                  that the Hakima was doing magic.

TAYLOR:           Um, hum.

J        :        And she even tried to kill her.

TAYLOR:           Um, hum.

J        :        And that's why we left.  Was doing magic, (UI)
                  that's why we left.

TAYLOR:           Um, hum.
```

8

J        :        And, yeah.  She, this might not make sense but…

TAYLOR:           No I studied Islam it some in ah Middle Eastern
                  studies in college so…

J        :        Yes.

TAYLOR:           I have some understanding of..

J        :        She's stole, my mom's baby from her baby…

TAYLOR:           Um, hum.

J        :        And let me tell you um, so when you're pregnant,
                  you're not supposed to let anybody know.

TAYLOR:           Um, hum.

J        :        But your husband.

TAYLOR:           Um, hum.

J        :        Or you wife, no, no, (UI)….

TAYLOR:           I got you (LAUGHS)

J        :        And um, so she told, she told um, some friends or
                  stuff like that, then Hakima found out…

TAYLOR:           Um, hum.

J        :        But she would never, she could never get
                  pregnant.  So….

TAYLOR:           So, who Hakima or?

J        :        Yeah, Hakima.

TAYLOR:           Um, hum.

J        :        So, she envied my mom.

TAYLOR:           Um, hum.

US v. Jany Leveille et al 2976

J       :       And she, she, my mom didn't know about this stuff
                yet.

TAYLOR:         Um, hum.

J       :       She spent dem….her demons….

TAYLOR:         Um, hum.

J       :       (UI) cause she does magic.

TAYLOR:         Um, hum.

J       :       She, she took my mom's baby and she took him to
                have him.

TAYLOR:         Yeah, so Hakima does magic and she took your
                mom's baby and then….

J       :       Yeah.

TAYLOR:         …that baby was Abdul?

J       :       Yeah.

TAYLOR:         Ok.

J       :       Rodge she told him to get him, to get him back.

TAYLOR:         Um, hum.

J       :       So, we were going to return her but then (UI)
                Hakima saying no but because we had to recite the
                Quran on him.

TAYLOR:         Um, hum.

J       :       So all the demons would die.

TAYLOR:         Right.

J       :       But, it was like he had he was already dead when
                he came out.

TAYLOR:         Um, hum.

10

J        :        And then, she put all these demons inside him to
                  keep him moving so…

TAYLOR:           Let me ask you before you came out to New Mexico,
                  was there any talk of Jesus in that couple
                  months?  Jesus, was he, you would see Jesus?

J        :        Um, not….not yet.  It'll happen in New Mexico.
                  He just got it little by little.

TAYLOR:           Right.  Did you mom say that when we got to New
                  Mexico we would see Jesus?

J        :        Yeah.  She said he would come to be Jesus.

TAYLOR:           She said that A      would come to be Jesus?

J        :        Yeah.  And when, you know, when he passed, (UI)

TAYLOR:           Um, hum.

J                 Because you know after Jesus was taken up..

TAYLOR:           Right.

J        :        (UI)

TAYLOR:           Um, hum.

J        :        Through the Quran.  He died to.

TAYLOR:           Yeah.

J        :        So, (UI) all the demons came alive.

TAYLOR:           Right, yeah.

J        :        And he was ok, he looked the same.  For like
                  three months.

TAYLOR:           He act the same, he talked to you, like he'd
                  always done?

J        :        No, he doesn't talk.

11

US v. Jany Leveille et al 2978

TAYLOR:         He doesn't talk.

J       :       Ugh, ugh.

TAYLOR:         Do you all play at all?  Before you came to New
                Mexico?

J       :       Yeah.

TAYLOR:         Was he playing when you came to…

J       :       And somebody did magic on him (UI).

TAYLOR:         Uh, huh.

J       :       And then he got (UI).

TAYLOR:         So, just to make sure I got the story right, so
                before….when you were in Georgia, your mom, said
                that Hakima stole our baby, she was taking the
                baby back through magic.

J       :       The Quran, yeah.

TAYLOR:         Yup, yup.

J       :       No, no, no, Hakima, my momma's pregnant, she said
                the pregnancy test….

TAYLOR:         Yup.

J       :       It was positive, then she told some people.

TAYLOR:         Um, hum.

J       :       Then the next day, Hakima found out.

TAYLOR:         Um, hum.

J       :       And after that, she took another test but it was
                faded.  And she took another one another day then
                it was totally dark.

TAYLOR:         Yeah.  And then, Hakima was pregnant.

US v. Jany Leveille et al 2979

J        :        Yeah, right after.

TAYLOR:           Yeah.  And then so, when A    was born your mom…

J        :        My mom, my mom didn't know.

TAYLOR:           Didn't know…

J        :        Got it later.  No, she didn't know that she (UI).

TAYLOR:           Oh.

J        :        It was later on that we found out.

TAYLOR:           So that when you were in Georgia, and your mom
                  was saying that you all should leave.

J        :        No, no, no, she wasn't deciding that she, that we
                  would leave.  Um, we wasn't gonna leave but God
                  told us to take back up to (UI).

TAYLOR:           Um, hum.

J        :        (UI)

TAYLOR:           Um, hum.

J        :        But then, every time she would like check to see
                  if we could bring him back, she would say no.

TAYLOR:           Yeah.

J        :        So, then we took, kept him for some more days.

TAYLOR:           Does your dad see these messages as well?  Or
                  just your mom?

J        :        No, it was only her.

TAYLOR:           So, when your mom saw those messages…..

J        :        Then my dad sees them but she the one with the
                  messages.

13

US v. Jany Leveille et al 2980

TAYLOR:         Yeah.  So, when your mom opened the Quran and saw
                this message, was it her decision then to leave
                or was it your dad's or?

J       :       No, no, it was…

TAYLOR:         Well….

J       :       God told us to do this.

TAYLOR:         But, that's what she saw and then she…

J       :       Yeah.

TAYLOR:         ….she would relayed the message to the family.
                Was there anyone else that relayed the message to
                the family?

J       :       No, just our family and then Hujrah's family.

TAYLOR:         Yeah.

J       :       And Lucas family found out later.

TAYLOR:         Yeah.  Who told Lucas' family and Hujrah?

J       :       No, um, like she would go and tell her about the
                stuff that's been happening, then she opened some
                messages and like it would say about the person's
                life and what (UI) and stuff like that.

TAYLOR:         Um, hum.

J       :       And they were like wow, that's true and then they
                would like (UI) one family.

TAYLOR:         Um, hum.

J       :       (UI) Abdulla, my um wahif..

TAYLOR:         Um, hum.

J       :       …my mom, my mother, me um lit..my sister, (UI)

TAYLOR:         Um, hum.

US v. Jany Leveille et al 2981

```
J        :        (UI)

TAYLOR:           Um, hum.

J        :        We all left.  We were first in Georgia.  The
                  Quran related that to go talk to Najeeta.

TAYLOR:           Um, hum.

J        :        Because, you know, the landlord, you know who he
                  is right?

TAYLOR:           Yes.  I've heard of him.

J        :        Yeah, and we told her, you (UI) and she was so
                  pissed off.  We left cause (UI) husband (UI).

TAYLOR:           What's her husband's name?

J        :        Alim, Abdul Alim.

TAYLOR:           Abdul Alim.  Just like ah, (UI) someone like that
                  who is actually trying (UI) that's willing to
                  help out.

J        :        Yeah. (UI)

TAYLOR:           Ok.

J        :        And then, what happened was the Quran told us to
                  (UI) the house.

TAYLOR:           Um, hum.

J        :        And we all went there first and talked to Hujrah.
                  And she was like wow and she believed it.

TAYLOR:           Um, hum.

J        :        And then, then that's when God and um my dad, it
                  was a test though..

TAYLOR:           Um, hum.

J        :        My…my dad and Lucas…
```

15

TAYLOR:          Yeah.

J        :       ….they were sent by (UI)  He saw the same car
                 passing..

TAYLOR:          Yeah.

J        :       ….back and forth.

TAYLOR:          Heard about that, yeah.

J        :       Yeah, and then they like the same car driving by
                 real slow, tinted windows.

TAYLOR:          Um, hum.

J        :       They were waiting, so my mom, my dad come back
                 cause he took my mom's car.

TAYLOR:          Oh, ok.

J        :       Yeah, so.

TAYLOR:          Well, it seems like it was a close call then.

J        :       Yeah.  Then, that's when it was like wow, she's
                 (UI).  Then we all (UI)

TAYLOR:          Um, hum.

J        :       The mercenary is trying to kill us.

TAYLOR:          But, God doesn't speak to every one of you,
                 right?  He only speaks to…

J        :       He speaks to every one of us but we.…we don't
                 understand it.

TAYLOR:          Yeah.

J        :       It's like internal.

TAYLOR:          Who translates it then for you for the family?

J        :       My mom.

16

US v. Jany Leveille et al 2983

```
TAYLOR:        Ok.

J       :      Angel.

TAYLOR:        You call her Angel?

J       :      No, no, no.  That's the Angel Gabriel.

TAYLOR:        Who are you referring to?  When you say Gabriel?

J       :      (UI)

TAYLOR:        It's alright man.  I know Gabriel….

J       :      Some say….

TAYLOR:        ….Gabriel is a fallen angel.

J       :      Gabriel?

TAYLOR:        Yeah, he's a fall….in the Bible, he's a fallen
               angel.

J       :      Really?

TAYLOR:        Yeah.  But, so the Quran is another chapter
               further?

J       :      It's basically like, it's like the Bible.

TAYLOR:        Yeah.  You know there are three books.

J       :      But then, yeah, it's the Bible, the Quran, what's
               the….

TAYLOR:        Well, the first one is (UI) the Moses and then
               Jesus and the crossing, Christianity and then
               Mohammad and Quran to correct what God thought of
               it.

J       :      Yeah.

TAYLOR:        Yeah, Christians slayed and so….so when you say
               Gabriel, who are you referring to?
```

17

```
J        :      The one sent by God.

TAYLOR:         The what?

J        :      The one sent by God.

TAYLOR:         Ok.  And so, who, so I guess what I'm asking is
                you said that God speaks to all of you but you
                can't understand it, right?  Qur....

J        :      He really speaks to her only.

TAYLOR:         Yeah and she relays the message to the…

J        :      No, and then the Angel Gabriel, like, he's like
                in her mind.

TAYLOR:         Um, hum.

J        :      (UI)

TAYLOR:         Ok.

J        :      Then she like, oh, I understand.

TAYLOR:         Yeah, it's kind of similar, how the Mohammad….

J        :      Yeah.

TAYLOR:         ….translated uh what was coming from Alah.

J        :      Yeah, that's what Angel Gabriel (UI) to Mohammad
                (UI).

TAYLOR:         Ok.

J        :      But then, (UI).

TAYLOR:         Yeah.

J        :      Then, um, what happened, so to leave they went to
                Alabama…

TAYLOR:         Um, hum.
```

18

TAYLOR:          Stayed at your grandpa's place right?

J       :        (UI) Yeah.

TAYLOR:          Yeah.

J       :        And traveled with my uncle.

TAYLOR:          Um, hum.

J       :        Then, it was horrible there.  It was always
                 raining.

TAYLOR:          (LAUGHS)

J       :        And….

TAYLOR:          Hot and humid?

J       :        Yeah. It was….it was, no it was real cold.

TAYLOR:          Oh, that's right cause was probably late fall,
                 wintertime.

J       :        Yeah, it was really, really cold.  You have to
                 work outside, it was like a swamp.  It rained so
                 much….

TAYLOR:          Um, hum.

J       :        Like days, then the time was going by real slow.
                 A day felt like a..…three days.

TAYLOR:          Yeah.  When you're not having fun it's not going
                 fast.  (LAUGHS)

J       :        It's just how it goes.

TAYLOR:          Yeah.

J       :        Then um, yeah.  Then it was a test again.  To see
                 if we would actually go.

TAYLOR:          Um, hum.

US v. Jany Leveille et al 2986

J        :        (UI) then he took us to New Mexico.  (UI)

TAYLOR:            And, your mom was the messenger for that message
                  as well or was it someone else?

J        :        No, just my mom.

TAYLOR:            Ok.  So, I get that story.  And that makes sense.
                  Uh, do you know, so….you spoke, you told me that
                  that ugh, when you all went to New Mexico, your
                  mom said that Abdul would end up coming back as
                  Jesus, right?

J        :        Yeah.

TAYLOR:            Did I get that right?

J        :        Yeah.

TAYLOR:            So, did you…..

J        :        It was just a few times though.

TAYLOR:            Did it….did the family know before going to New
                  Mexico that Abdul would eventually pass away and
                  then come back as Jesus?

J        :        No, we definitely didn't know that.

TAYLOR:            No….

J        :        (UI) We thought A     would leave and Jesus would
                  start walking and talking.

TAYLOR:            Oh, still….

J        :        But it didn't work.

TAYLOR:            So, as far as you know….

J        :        That's not how, that's how you understand it but
                  that's not how it went.

20

US v. Jany Leveille et al 2987

TAYLOR:         Right.  How was….what was, what was the plan then
                for Abdul before going to New Mexico?  Like when
                you….

J       :       Before going to New Mexico?

TAYLOR:         You were going…..

J       :       There was no plan.

TAYLOR:         Ok.

J       :       My mom didn't want to take him.  It's that the
                Quran so (UI) to keep him for a little bit.  Then
                I said, every time she take like more day.

TAYLOR:         Um, hum.

J       :       I said oh, come on, (UI) is going to calling (UI)
                and that's when she found out it was her son.  I
                know this sounds crazy.  (LAUGHS)

TAYLOR:         No, no man.  Go ahead.

J       :       There's always some crazy stuff happening in the
                world.

TAYLOR:         The world's a crazy place so.  What was it…why do
                you think it's crazy?

J       :       No, I'm thinking that you did (UI).

TAYLOR:         I….I come today, work every day and I see some
                crazy stuff.  And this is not crazy.

J       :       Oh.

TAYLOR:         (LAUGHS)

J       :       (LAUGHS) That's good, ok.

TAYLOR:         Yeah.

US v. Jany Leveille et al 2988

J        :        So then, yeah, we go to New Mexico and when we
                  got there, you know, we would play around.  And
                  then our dad was ordered to recite Quran.

TAYLOR:           Um, hum.

J        :        Every day.

TAYLOR:           Who ordered your dad to do that?  Did God tell
                  your dad or tell your mom as a messenger?

J        :        Yeah, it goes from God, to um angel, to my mom…

TAYLOR:           Yeah.

J        :        And then, yeah and then….

TAYLOR:           Did….did your mom relay the message?

J        :        She got it everday, like she would like put his
                  hand on his forehead and like use it as a choke
                  him, and a white slav comes out and it smells,
                  crazy stuff.  Then um….

TAYLOR:           Would he pass out after that?

J        :        Yeah, he would like pass out and another one
                  comes out, and stuff like that.  Then he'd try on
                  that one and then he would die like all the
                  demons were dying.

TAYLOR:           Um, hum.

J        :        Not, some of the ones (UI).  They was made from
                  the same thing but they good.

TAYLOR:           Yeah, and do you witness, you saw this?

J        :        Yeah, I saw it.  It was crazy.

TAYLOR:           Yeah.

J        :        I feel like (UI)

TAYLOR:           I imagine then…

                              22

US v. Jany Leveille et al 2989

```
J       :       And then it would happen to our mom, to
                sometimes.

TAYLOR:         Yeah.

J       :       It was like the poppin up, doing all these scary
                things and like talking strange.

TAYLOR:         Um, hum.

J       :       And then, basically she hadn't, she was told that
                she had more (UI) inside her (UI)

TAYLOR:         Um, hum.

J       :       (UI) like this small.

TAYLOR:         Um, hum.

J       :       And like (UI).

TAYLOR:         Wow.

J       :       Cause there's so many more of them than us.

TAYLOR:         Right.

J       :       Just we found out too.  You know, she knew
                nothing about this stuff.  It just started
                happening.

TAYLOR:         Ok.

J       :       Then…then that's when the last one passed away.
                And after that (UI) and she went, oh my God.  She
                checked and she saw that um it's a test.

TAYLOR:         Um, hum.  So you saw when his heart stopped?

J       :       Yeah.

TAYLOR:         And so was while they was had his hand on his
                forehead…

J       :       Yeah.
```

23

TAYLOR:        Reading scripture…

J        :        Yeah.

TAYLOR:        ….and then, he did the whole foam, he did the
               whole ah, what happened after that?

J        :        There was like these three specific (UI) that he

TAYLOR:        Uh, huh.

J        :        Um.

TAYLOR:        Do you know what they are?

J        :        Nas and Phillip.

TAYLOR:        I don't know how to spell those.

J        :        N-A-S

TAYLOR:        Go ahead, write it down.  I don't mind.

J        :        (LAUGHS)

TAYLOR:        I studied Middle Eastern studies in history and
               some Islam but I don't speak Arabic.

J        :        Ugh, yeah.  (UI)

TAYLOR:        Ok.

J        :        You know.

TAYLOR:        Those are the two stores?

J        :        Yeah.

TAYLOR:        Ok.

J        :        Is that, is no I'm not.  Like I say (UI)

TAYLOR:        Naw, that's fine.  Yeah.  So Nawphin, Falac are
               two different ones?

24

US v. Jany Leveille et al 2991

J        :        Yeah.

TAYLOR:        Ok.

J        :        So then there's um, then one day she was, his
                  heart stopped beatin'.  And I was like, what?
                  What happened?  And then, that's when we like,
                  kept him in that place.

TAYLOR:        But you saw..

J        :        (UI)

TAYLOR:        …you saw…you saw when his heart stopped beating?
                  Right or were…

J        :        Yeah.

TAYLOR:        ….you not there for that?

J        :        They were just puttin' his hand on his forehead
                  and saying the one.

TAYLOR:        And then what happened after that?

J        :        After that, we put him inside.

TAYLOR:        No, I mean so your, while he was reciting Yahnam,
                  I know his heart stopped and ….

J        :        (UI)

TAYLOR:        ….and they start Yahnam, but did he have any
                  reactions before you know, like you had mentioned
                  before when he would have recitals, he would foam
                  at the mouth.

J        :        Yeah, foam with mouth and like, no he would like,
                  he would like, pass out though then but he would…

TAYLOR:        Uh, huh.

J        :        …then the (UI) comes up.  Start looking at you
                  evil and stuff like don't touch me.  (UI)

25

US v. Jany Leveille et al 2992

TAYLOR:          Yeah.

J        :       But, you know.

TAYLOR:          Is that what happened?

J        :       Yeah.

TAYLOR:          That time?

J        :       Yeah.  No, no, no, it didn't happen that time, he
                 just passed…

TAYLOR:          He just…

J        :       Cause all of them were gone.

TAYLOR:          He just passed out?

J        :       Yeah, it's God that mentioned that it was no more
                 inside of him.

TAYLOR:          Ok.

J        :       So, we find out that everybody that got sick like
                 that he can't talk like that is because they're
                 dead because demons were keeping them alive.

TAYLOR:          Um, hum.

J        :       And um, yeah, and then he climbed under the bed,
                 he wrapped him up and everybody started crying
                 and..

TAYLOR:          Um, hum.

J        :       But then my mom said that's so strange, he never
                 (UI)

TAYLOR:          Um, hum.

J        :       You know, he said, like after he passed away, he
                 started changing and stinking right away.

TAYLOR:          Um, hum.

US v. Jany Leveille et al 2993

J       :       It took him like four months.

TAYLOR:         Wow.  So what was….he..

J       :       He (UI)

TAYLOR:         ….was wrapped up and put him in the bed and then
                what else?

J       :       That's it.  Ah, and like later on it started
                getting' hot and later on little he would start
                stinking a little bit…

TAYLOR:         Um, hum.  Do you all move him around?

J       :       Yeah, they used to wash him every day.  My
                brother and my dad.

TAYLOR:         Um, hum.  Wash?

J       :       No, yeah every other day.

TAYLOR:         Like wash, ok.

J       :       That's when his face started changing, like, it's
                been four months.  (UI)

TAYLOR:         Yeah, you said, your brother F      …

J       :       Yeah.

TAYLOR:         ….and then Wa   ?

J       :       Yeah.

TAYLOR:         Used to wash him?  And then event…..where did he
                get moved to?  Not until when…

J       :       Um, then he started building the tunnel.

TAYLOR:         Yeah.

J       :       The story…

27

TAYLOR:        Yeah.

J       :      And then, that's when he went oh, it's cooler
               down here.  But they put him inside there.

TAYLOR:        Um, hum.

J       :      On the right.

TAYLOR:        Yeah.

J       :      He'd be up on…

TAYLOR:        Yeah.  I know it's…

J       :      It was crazy.  But then, like, we were like, go
               shopping every week…

TAYLOR:        Um, hum.

J       :      Cause there was a lot of us in there.  We all
               lived in that one trailer.

TAYLOR:        Yeah.

J              No, put the Ponnas family, they lived inside the
               truck.

TAYLOR:        Yeah.  The white truck, right?

J       :      Yeah.

TAYLOR:        Yeah.

J       :      But then my mom said we couldn't go up there.  We
               found out that you all was watchin' us.  (LAUGHS)

TAYLOR:        I don't know. I don't know about that but um, do
               you feel like ah…..

J       :      Yeah.  We got guns off of her, not to go up
               there.

TAYLOR:        Ok.

28

US v. Jany Leveille et al 2995

J       :       Because you all was watchin'.

TAYLOR:         Did ah, you all ever go hungry?  Did you have
                enough food?

J       :       Yeah, we always had food.

TAYLOR:         Yeah, you never got…..

J       :       As a matter of fact, we was about, we were
                cookin' when you all came in.

TAYLOR:         (LAUGHS)

J       :       It was like, "put your hands up".  I was like….

TAYLOR:         Cookin' breakfast.  That wasn't us.  That was….

J       :       I was cookin', yeah the officers.

TAYLOR:         Yeah, that was….I'm…..was the FBI, the sheriff's
                yeah.  Um, what were you all cookin' that
                morning?

J       :       We was getting ready for….after Friday we have a
                Aduma…

TAYLOR:         Um, hum.

J       :       Like a lecture.

TAYLOR:         Um, hum.

J       :       About who needs to improve the place that then.

TAYLOR:         Yeah.

J       :       But then after the lecture, we would eat.  So we
                started cookin' early in the morning cause we was
                missing turkey burgers.

TAYLOR:         I hear you (UI) did the cookin' right?

J       :       Yeah.

US v. Jany Leveille et al 2996

TAYLOR:          That's pretty impressive, if you all…

J        :       It was me, Subhanah…

TAYLOR:          Ugh, huh.

J        :       And my mom.  Basically, God changed everything
                 about us.  Subhanah, like she never cooked
                 anything…

TAYLOR:          Um, hum.

J        :       She wasn't a good cook.

TAYLOR:          Um, hum.

J        :       Then her house was already ready.

TAYLOR:          Um, hum.

J        :       But then, God told her no, she has to do all the
                 work now cause all those years that she hasn't
                 been doing anything, now she has to pay up for
                 it.

TAYLOR:          Yeah.

J        :       So, then she started doing the cleaning and
                 cooking.  But then on Fridays, it's be me, my
                 mom, Subhanah.  Me and my brothers would cook.

TAYLOR:          Pretty impressive, I didn't learn to cook until
                 much later in life.

J        :       (LAUGHS)

TAYLOR:          (LAUGHS)  Um.

J        :       That's basically it.

TAYLOR:          So, there, I got….a fascinating story and ah, I
                 think I got it all except this one thing that I
                 kind of got crossed up.  So, earlier you said in
                 Georgia, your mom, Hakima stole her baby because…

30

US v. Jany Leveille et al 2997

J        :        So, what happened was…

TAYLOR:           ….was magic…

J        :        Yeah, so what happened was she, God never gave
                  her the ability to get pregnant.  And she was mad
                  about that.

TAYLOR:           Right.

J        :        And she knew that.

TAYLOR:           I got that part.

J        :        So then, he (UI) sent a sign.  So, what happened
                  was, she, my mom, she was pregnant…

TAYLOR:           Um, hum.

J        :        Didn't I say that?  She took a pregnancy test and
                  it was positive.

TAYLOR:           Yup.

J        :        All, then she went to tell my dad and he's like
                  oh wow congratulations.  That's how Hakima heard.

TAYLOR:           The next day, she did the pregnancy test, nothing
                  was there.  Then, Hakima, just like in the what I
                  said with Jesus..

TAYLOR:           Um, hum.

J        :        See his mom had a lot of contractions and a lot
                  of pain.

TAYLOR:           Um, hum.

J        :        So, that's why Hakima had all that pain.

TAYLOR:           Yeah.

J        :        And stuff like that.  It says, she had
                  contractions and she was in pain for days..

31

```
TAYLOR:        Um, hum.

J       :      Before she even had the baby.

TAYLOR:        Um, hum.

J       :      And it was a late birth.  You know, she was in a
               lot of pain.  After that the baby, came out, (UI)
               she knows that he died.  She's the one that put
               the disease, she's the one who put the disease in
               him at birth.

TAYLOR:        Right.

J       :      So then after that.  The next day, you know, no,
               no, no, that was way after, a couple months, you
               know?

TAYLOR:        Um, hum.

J       :      After she got pregnant and they stole my mom's
               baby.  Then she, Hakima, she went and told my
               mom, why would God do this to me?  Why punish the
               baby, why not punish me?

TAYLOR:        Right.

J       :      She knows that she's practicing magic and all
               that stuff.

TAYLOR:        Um, hum.

J       :      My…..my mom didn't know that.  She was like,
               don't say that, after he just died.

TAYLOR:        Yeah.

J       :      Then she was evil.  She like hated my mom.

TAYLOR:        Hakima?

J       :      Yeah, she was doing a lot of magic and trying to
               kill us from the inside.

TAYLOR:        Um, hum.
```

32

J          :          A give us a lot of diseases and stuff like that.

TAYLOR:               And then, your mom received a message from God.

J          :          Yeah.  That's when it all started happening after
                      that.  My mom, one, it all started when my….my
                      little baby sister….

TAYLOR:               Yeah.

J          :          ….was crying, no stop.  (Ahhhhhhh!!!!)  And she
                      was (UI) and stuff like that.

TAYLOR:               Yeah.

J          :          And after that, (UI) was playing, (UI) said
                      Hakima, that, my momma, like what's happening,
                      why is she crying so much?  After that, Hakima
                      and she was like, ahhh, she started laughing and
                      she's like…

TAYLOR:               Um, hum.

J          :          …..yeah right.  Hakima was a good person and she
                      was all nice.

TAYLOR:               Um, hum.

J          :          Cause that's how she appeared say that.

TAYLOR:               Right.

J          :          Then, (UI) oh A     is so sweet, but then she
                      knocked people over to try to look sweet, stuff
                      like that.  But….

TAYLOR:               Right.

J          :          ..there real back side.

TAYLOR:               Yup.

J          :          Yeah, so, nobody probably knows how old she is.
                      Because she always says she's 42.

US v. Jany Leveille et al 3000

TAYLOR:        Hum.

J     :        I don't know how old she is.

TAYLOR:        Hum.

J     :        But every time you ask her for her age, says I'm
               forty two.

TAYLOR:        Never ages, huh?

J     :        Never ages.  (LAUGHS) So, is her face.

TAYLOR:        Yeah.

J     :        Yeah and then….

TAYLOR:        Sounds just like that or something like that?

J     :        Yeah.

TAYLOR:        Wow.

J     :        She looks much older than that though.

TAYLOR:        Oh.

J     :        What happened was, she put spells on us, so we
               can see her (UI).  Like she…

TAYLOR:        Oh,

J     :        ….thought she cooked some food for magic and all
               that, so my dad but he didn't see her yet.  Later
               on she came out.

TAYLOR:        Yeah.

J     :        And she was like oh, they got married and stuff
               like that.

TAYLOR:        Yeah.

J     :        That's when that, yeah.  So, nobody ever saw her
               real form.

34

US v. Jany Leveille et al 3001

TAYLOR:          Um, hum.

J       :        Until the magic wore off.  And then, it was on
                 Facebook.  My dad's sister Serifa, he updated
                 that she'd aged tremendously.

TAYLOR:          Wow.

J       :        (UI)

TAYLOR:          I got….got that part.  And then at what point
                 did, was it decided that ah A      needs to come
                 from Georgia?

J       :        It started in Riverdale…

TAYLOR:          Um, hum.

J       :        …..a couple days aft……before…

TAYLOR:          Um, hum.

J       :        The missionary attack.  (UI)

TAYLOR:          Ok.

J       :        And then, af, you know, I tell you about the cars
                 going back and forth.

TAYLOR:          Yes, yup.

J       :        Um…

TAYLOR:          But Abdul was already with you at that point,
                 right?

J       :        Yeah, he was with us at (UI) house.

TAYLOR:          Ok, but before, where was A      in Georgia before
                 he came with you all?  Was……did Hakima live in
                 Riverdale?

J       :        Yeah, she lived in town suites, stayed at hotel.

TAYLOR:          Ok.

35

```
J        :        And she would like, she was mad because we had
                  rent a house.

TAYLOR:           Yeah.

J        :        She's pissed off.

TAYLOR:           And then, at some point….

J        :        And that's when she started doing all, no, it
                  started when before we even met her.

TAYLOR:           Yeah.

J        :        She sent us some cookies.
TAYLOR:           Um.

J        :        And then….

TAYLOR:           I mean, whose going to deny cookies right, but
                  you never know what's in them, right?

J        :        Yeah.

TAYLOR:           (LAUGHS)

J        :        Oh, my.

TAYLOR:           Yeah.

J        :        She cooked real good or something like that, but
                  then she cooked something with magic in it.

TAYLOR:           Um, hum.

J        :        And the more you eat magic the stuff that you're
                  not supposed to do, and stuff life that, the more
                  demons come inside you.

TAYLOR:           Yeah.

J        :        But we had so much, a lot of black people have a
                  lot of demons.
```

36

TAYLOR:          Um, hum.

J        :       But the white people have less because, you know.
                 There is something special about the black
                 people.

TAYLOR:          Um, hum.

J        :       But then, you know.  That's why when they wrapped
                 people's, they got no money, they always set up
                 in jail.  They say like the whole system is made
                 for them to fail.

TAYLOR:          Um.

J        :       A lot of black people don't go far.

TAYLOR:          That makes sense.

J        :       I'm not a genie.

TAYLOR:          And so, when you were in Riverdale and this is
                 (UI) did your mom get a message from God?  That
                 she needed to take Abdul?

J        :       Yeah.  She didn't want to though.

TAYLOR:          Yeah.  Because it's….

J        :       Because she thought it was her baby.

TAYLOR:          Right.

J        :       And then later on she said, God this is a good
                 child.  After that, it was confirmed too.

TAYLOR:          Um, hum.

J        :       Because my mom asked, am I really your mom and he
                 used to shake his head yes.

TAYLOR:          Wow.

J        :       And he rubbed on her.  (LAUGHS)

37

TAYLOR:         Oh, wow.  So, ah….

J      :        After all my…..

TAYLOR:         …so then what happened once your mom got the
                message?

J      :        Um, she was…she and my dad was already (UI)
                Yeah.

TAYLOR:         But….

J      :        That was in Georgia too.

TAYLOR:         Yeah, I hea…..I knew about that.  Is ah, did your
                dad have to go get….

J      :        Yeah.

TAYLOR:         ….A    ?

J      :        He went to ah get him.  And it was stated that
                no, we at the time, my momma told my dad that he
                was real magic.  She's like, no he's not, she
                didn't believe him.  She didn't believe us.
                Then, she's like, by the time we saw him, she was
                like wow.  She does remind me.

TAYLOR:         Yeah.

J      :        Then, she went and told us, (UI) magic and start
                doing all this evil stuff that she'd been doing.

TAYLOR:         Yeah.

J      :        Killing people from the inside.

TAYLOR:         Um, hum.

J      :        And….

TAYLOR:         Did, was that message to get Abdul, that all,
                that message also talk about him going to become
                Jesus?

US v. Jany Leveille et al 3005

J        :        No.

TAYLOR:          No. When was….

J        :        We didn't know that until we got him to New
                  Mexico.

TAYLOR:          So when you got him to New Mexico that's when the
                  sign came.

J        :        Yeah.

TAYLOR:          That he would be Jesus.  After the demons were
                  expelled…

J        :        After the demons were (UI) he would die and say
                  yes (UI) that's but that was way after we found
                  out.  We didn't realize he was going to pass
                  away.  But we just kept on, we thought after all
                  the demons was gone, you know, we were going to
                  be all happy.

TAYLOR:          Yeah, yeah.

J        :        And he could talk to us and run around and stuff
                  like that.  Cause you know, he'd throw up in the
                  car.  He was HIE…..

TAYLOR:          Um, hum.

J        :        So, then after he passed away, whatever, so like,
                  how, why?

TAYLOR:          Um, hum.

J        :        Then after that, God told her that she would have
                  to, she would have to, after some time after he
                  passed away, um….

TAYLOR:          Do you think that was always part of the plan?
                  That he was supposed to die?

J        :        No, we didn't know about it then.

TAYLOR:          Ok.

US v. Jany Leveille et al 3006

J        :        God didn't tell us, cause if he did we probably
                  wouldn't have decided on him.

TAYLOR:           Um, hum.

J        :        Yeah, then um, then he passed away.  After that
                  everybody was sad because he didn't come back.

TAYLOR:           Um, hum.

J        :        Then after that, Lucas said he's off of my
                  following.

TAYLOR:           Um, hum.

J        :        You know, is how (UI).

TAYLOR:           This is in New Mexico?

J        :        Yeah.

TAYLOR:           Um, hum.

J        :        So we follow him, of wished they had, they he
                  turned on this is not the right mountain area,
                  you know, oh my God.  Then that's when we started
                  finding out about all these messages after and
                  stuff like that, happening or whatever.  More
                  than ever in history…

TAYLOR:           Yeah.

J        :        (UI)

TAYLOR:           Do you have a specific one?

J        :        Specific one?

TAYLOR:           Like any specific national disaster that (UI)

J        :        Yeah.  Blood river, the river turned red.

TAYLOR:           Yeah.

40

J       :       There's a lot of earthquakes, tornadoes,
                mudslides…

TAYLOR:         Yeah.

J       :       And wild fires.

TAYLOR:         Yup.

J       :       And a lot of them are mystery.  They don't know
                how it happened.  And there was like this video
                at the drive-in, ohhh they caused that fly in the
                air.  I'm like ahhhhh!

TAYLOR:         Yeah.

J       :       Did you see that one?

TAYLOR:         No.  Was that an earthquake, that sent him up?

J       :       No, it wasn't an earthquake, it just started
                floating.

TAYLOR:         Oh.

J       :       He was standing, like this is how you picked him
                up.

TAYLOR:         (LAUGHS)

J       :       Cause you can't, you can't see them.

TAYLOR:         Right.

J       :       But they're like a strong.

TAYLOR:         Yeah.

J       :       They're like vampires.  They've very strong.

TAYLOR:         Yeah.

J       :       But, they look just like us, but we can't seem
                'em.

41

TAYLOR:         Yeah.  So then ah….

J       :       Only people who do magic can see them.  That's
                how you know they're doing magic and not good.
                One time she told us that she could see Hakima.

TAYLOR:         So, then, live a different topic cause I think I
                understand that pretty well now.  So, you, I
                think you might have touched on it a little bit
                there.  There was a lot institutions that are in
                this world that are corrupt.  And was part of
                training that you were doing with Lucas and your
                dad and F    l.  Ah, you did a lot of weapons
                training, correct?

J       :       Yeah.

TAYLOR:         What can, can you tell me about that?

J       :       Um, the weapons name?

TAYLOR:         No, just the kind of training you were doing.

J       :       The kind of training?

TAYLOR:         Yeah.

J       :       (UI)

TAYLOR:         So you, like tactical type training.

J       :       Yeah.

TAYLOR:         Tactical reload.

J       :       Yeah, tactical reload, (UI)..

TAYLOR:         Yeah.

J       :       Yeah at (UI).

TAYLOR:         Ok.

J       :       And we had stick up your hands, put your hands
                up.

                                42

```
TAYLOR:        Self-defense.

J       :      Yeah.

TAYLOR:        Hand to hand combat?

J       :      Yeah.  And then we were like if they came with a
               little wooden knife.

TAYLOR:        Yeah.

J       :      It wasn't a real knife though, it was like a
               piece of stick, it was like a stick.

TAYLOR:        Yeah.

J       :      They were like, like pull up a knife on you…

TAYLOR:        Um, hum.

J       :      And you've got to block it.  And like…

TAYLOR:        Um, hum.

J       :      And they would then take it.

TAYLOR:        Yeah.

J       :      I (UI) stuff like that.

TAYLOR:        Was that all the same studies.

J       :      Yeah, you then..

TAYLOR:        Pretty….

J       :      …..like big guns, like you know those red rubber
               guns?

TAYLOR:        Yup.

J       :      It was like rubber guns.  They look just like
               guns but they're not tough at all.

TAYLOR:        Yeah.
```

43

J        :        They would like practice pulling out guns too.

TAYLOR:           Yeah.

J        :        Cause he had like these fake decoy guns, two of
                  them, he had two small (UI)  Yeah and he would
                  like practice un-jaming, like cover me.

TAYLOR:           Um, hum.

J        :        And then we would like, I never did this (UI)
                  they was way up there.  I wasn't doing that.  I
                  was like doing composition W, knee…

TAYLOR:           I imagine this was pretty fun, then at thirteen,
                  I grew up shooting, but never I didn't do the
                  tactical stuff that young.  I bet that was pretty
                  fun, huh?

J        :        Yeah, it was fun.  I liked that, it was like in
                  the video game.

TAYLOR:           Yeah.

J        :        (LAUGHS)

TAYLOR:           Crawl duty.

J        :        They have like (UI)

TAYLOR:           Yeah, yeah.

J        :        That's my favorite game ever.

TAYLOR:           So, that's pretty advanced training, ah.  Did you
                  know why you were doing advanced training?

J        :        He say all our lives can change people.  He was
                  going to change.

TAYLOR:           Yeah, your dad was into…

J        :        Yeah, he was like….

TAYLOR:           ….self defense and….

44

US v. Jany Leveille et al 3011

J       :       And he say he always wants to have your own land
                and train people there.

TAYLOR:         Was it also mentioned to defend in case the
                police came?

J     S:        No, no it wasn't at all.  We didn't anybody else
                come in.

TAYLOR:         Remember I know, I talked to a bunch of the
                adults.  I talked to many of the kids and when
                I'd heard that this is self-defense training from

J       :       It was self-defense training.

TAYLOR:         …..the FBI coming and the CIA and the….

J       :       It said it was to mostly train us, I was like oh
                wow.

TAYLOR:         Yeah.

J       :       First it was like visiting my brother and my dad,
                then Lucas came to and he said, oh I want to do
                it too.  And then he started training.  I would
                have been, I would be doing this for fun.  I did.

TAYLOR:         Yeah.  Then you're not in trouble, if you were.
                And you're thirteen and you're going to do what
                your parents tell you to do.  You are not in
                trouble for that.  So, I want you to be honest if
                that occurred.  It's not, you're going to tell me
                the truth and you're going to walk out of here
                and you're gonna go home and nothing's going to
                happen.

J       :       Ok.

TAYLOR:         So, alright you can tell me, tell me the truth.
                I promise.  Nothing going to happen to you.  You
                have my word.

J       :       Ok.

45

US v. Jany Leveille et al 3012

TAYLOR:         So, you were doing all this tactical training and
                it wasn't in self-defense for the residence?  And
                everyone, everyone, you know wants to tag your
                residence so.

J       :       (UI)

TAYLOR:         Yeah, yeah it was.

J       :       God said that?  The government is corrupt.

TAYLOR:         Yeah, we've heard that before.  I know, I
                wouldn't say that.

J       :       He said corrupt and my dad is a militant.  My
                mom, as Mary….

TAYLOR:         Yeah, God does.

J       :       Yeah.  And then her son Jesus.

TAYLOR:         And that says, what kid is that?

J       :       A    .

TAYLOR:         Ok.

J       :       And then, they were all prophets.

TAYLOR:         Um, hum.

J       :       Sent to (UI) We didn't have (UI)

TAYLOR:         And when will, what was the sign going to be?

J       :       The sign?

TAYLOR:         Yeah.

J       :       What do you mean?

TAYLOR:         Was there a sign that would tell you, it's time
                to fix the world?

J       :       Yeah, when Jesus comes back.

46

TAYLOR:        And that would be as A    coming back as him.
               What, so the government is corrupt, was…

J      :       He told me he's coming back soon cause it said it
               in the bible.  The bible says that he's coming
               back.

TAYLOR:        Yeah.

J      :       And the guy had the exact date.

TAYLOR:        Um, hum.

J      :       That he's coming back.  And that was through the
               prophets.

TAYLOR:        And what's the date?

J      :       I don't know what….I….I don't remember which date
               but it was like….

TAYLOR:        This year?

J      :       Yeah, this year.

TAYLOR:        Within a month or..

J      :       Late this year.

TAYLOR:        Ah, later in this year?

J      :       I think it was December.

TAYLOR:        (UI)

J      :       For Christmas.

TAYLOR:        Ok.  So what ah, he talked about the government
               being corrupt and…

J      :       Yeah.

TAYLOR:        ….I think it was yesterday but two politicians
               were arrested for corruption.

47

US v. Jany Leveille et al 3014

```
J        :      Who?

TAYLOR:         Two politicians were.

J        :      Whose politicians?

TAYLOR:         They are like representatives of a state.

J        :      Oh.

TAYLOR:         Congressmen.

J        :      Yeah, that cause it's very corrupt.

TAYLOR:         But, ah….

J        :      We have to end the system.

TAYLOR:         Yeah, the FBI arrested them because that's one of
                things that we cover is corruption.  We want, we
                try to get rid of corrupt politicians, stuff like
                that.  Um, so you talked about the government
                being corrupt.  Was it certain people in the
                government?  Was it like military?

J        :      Yeah, they say some people don't know but a lot
                of them do.

TAYLOR:         Yeah.

J        :      They know about the corrupt system, stuff like
                that.

TAYLOR:         Yeah.

J        :      Some people.  There are some of them do.

TAYLOR:         Were any of them education system?  Like, was the
                education system part of that?  Like financial,
                the banking system, that the government….

J        :      Yeah, banking system, they said, the Jews, they
                hate the Muslims, and the black people.

TAYLOR:         Yeah.
```

48

US v. Jany Leveille et al 3015

```
J        :        So, they make them, they have those (UI) banks
                  and stuff like that where they can have any money
                  transferring (UI) and steal the money.

TAYLOR:           Um, hum.

J        :        And yeah, everything, banks.

TAYLOR:           What else?

J        :        The um, the government..

TAYLOR:           Yeah.

J        :        Is that FBI too?  (LAUGHS)

TAYLOR:           Well we are part of the government.  That's one
                  our crimes that we go after is corruption.

J        :        Yeah, yeah, I know you go over crimes.  Some of
                  them, but not all of them, some of them.

TAYLOR:           Yeah, yeah.

J        :        Just some of them.  That's envious and they like
                  corruption.  There's a lot of corruption
                  and...I'm not saying you.  I'm saying some
                  people…

TAYLOR:           Um, hum.

J        :        Some people do (UI) oh they want money.

TAYLOR:           Yeah.

J        :        They like (UI) to destroy.

TAYLOR:           What's the education, do you remember if it was
                  part of that?

J        :        Education?  The schools, yeah.

TAYLOR:           What about schools does ah….

J        :        Schools?
```

49

US v. Jany Leveille et al 3016

TAYLOR:          Yeah.

J        :       They say that the good schools, a lot of people
                 die in schools.  They get into a big fight and
                 stuff like that.

TAYLOR:          Yeah. Was any part of the plan, once Jesus came
                 in December was to go to a school and get rid of
                 those corrupt institutions?

J        :       Oh, no.

TAYLOR:          No, I mean, kids are innocent right.  We all know
                 that kids are innocent.

J        :       Yeah.

TAYLOR:          But obviously there's teachers and the staff.

J        :       My dad, they God said that he was Moses.

TAYLOR:          Yeah.

J        :       And that's why he's so crazy.  (UI)  And that he
                 (UI) they are going to get rid of the corrupt
                 associations.

TAYLOR:          Which one?  All the ones that you mentioned?

J        :       No, like, like schools?

TAYLOR:          Yeah.

J        :       No, not schools.

TAYLOR:          Which ones?

J        :       They usually, you know my mom can give you stuff
                 like that.  (UI)  You know.

TAYLOR:          Um, hum.

J        :       Rough stuff.

US v. Jany Leveille et al 3017

TAYLOR:         When you say get rid of, like what do you think
                that means?

J       :       Like rid of people?

TAYLOR:         Yeah.

J       :       Like we're gonna God will give a message to them.

TAYLOR:         Um, hum.

J       :       And they still don't believe it and then when
                (UI) dies they have go.

TAYLOR:         What do you mean by go?

J       :       Die.

TAYLOR:         Ok.  And W   , your dad and who else was suppose
                to conduct this, bring the message to the people?

J       :       Um, all of us.  Though only two people are the
                rough ones, my dad and my brother.

TAYLOR:         F      ?

J       :       Yeah.

TAYLOR:         Yeah.  Was ah, was ah, was it said that there was
                no talk of going to a school or anything like
                that?

J       :       No.

TAYLOR:         Ah, from what I heard, your dad, you dad said
                that you know, kids are innocent.  And everybody
                that I know of they are because they're so young,
                how can they be, you know, using them for the
                (UI) corrupt.

J       :       (UI) they'll read books about slavery and stuff
                like that because they're all lies.

TAYLOR:         Yeah.

51

```
J       :       Knowing him for our good people.

TAYLOR:         Um, hum.

J       :       And they, God is going to kill all the Indians
                and stuff like that.

TAYLOR:         Yeah.

J       :       Cause they're horrible people.

TAYLOR:         Um, hum.

J       :       They practice a lot of magic and they worship
                statues.

TAYLOR:         The Indians?

J       :       Yeah.  The Indians, Hinduism.

TAYLOR:         Yeah, ok.  In Islam, you can't believe in idols,
                right?

J       :       Yeah.

TAYLOR:         Um, I understand all that.  Um, was there, did
                you and F       ever talk about someone that you
                knew.  I think asked you a similar question
                yesterday, but, I think now we're on the same
                page.  Like I'm here to help and I'm also….

J       :       Actually, when you talk on the phone...

TAYLOR:         Yeah.

J       :       ..I didn't really understand what you were
                talking about stuff.

TAYLOR:         Ok.  So I heard that there was someone that
                either you or F       knew that ah, whose dad
                wanted their kid to do a school shooting.  Or go
                to a school and shoot people.

J       :       I don't know nothing about that.
```

US v. Jany Leveille et al 3019

TAYLOR:         You don't have any friends in Georgia or New
                Mexico whose dad….

J       :       No.

TAYLOR:         …wants to do anything like….again, you're not in
                trouble.

J       :       All my friends mister are good.

TAYLOR:         Your friend wouldn't be in trouble either, you
                know.

J       :       No (UI) I don't know nothing about that.

TAYLOR:         Yeah.

J       :       I don't know nothing about a school shooting.

TAYLOR:         I imagine what you've already said, that, you
                know, that kids are innocent and regardless if
                someone went into shoot teachers or staff because
                they're corrupt a kid would probably be hurt and
                kids are innocent.  They don't deserve that,
                right?

J       :       Yeah.

TAYLOR:         If you knew something like that?

J               Yeah, I would tell.

TAYLOR:         Ok.

J       :       I don't want any kids to die.

TAYLOR:         You don't know anything about a 357 magnum?

J       :       I know my dad has one.

TAYLOR:         He has a 357?

J       :       I'm not sure what type of gun it is but I know
                it's a magnum.

53

TAYLOR:        You..

J      :       Like a revolver magnum?

TAYLOR:        A revolver, yeah?

J      :       Yeah, but….

TAYLOR:        You don't think that ah F        was ever told
               to….again and F       's not in trouble.  I've
               already told him this.

J      :       No.

TAYLOR:        Whatever he tells me he can be completely true.
               He would not get in trouble.

J      :       No, not all.

TAYLOR:        He was never instructed or he was going to go to
               school.  And what, you're going what, this Friday
               right to school?

J      :       Yeah.

TAYLOR:        That's probably pretty exciting, huh?

J      :       Yeah.

TAYLOR:        There was never any talk about when you were
               going to school and doing anything like that?
               Again, you or F        would not be in trouble for
               this.

J      :       No.

TAYLOR:        No, ok.  I just, I've heard that conversations
               happened and I don't think that person has any
               reason to lie.

J      :       My brother's not crazy.  (LAUGHS)

US v. Jany Leveille et al 3021

TAYLOR:         I know he's not crazy.  I know he's not crazy.
                I'm not saying doing that is crazy either.  I
                just want to know if that is something that was
                actually said.

J       :       No.

TAYLOR:         Saying and doing are two different things.

J       :       I've never heard of that before.

TAYLOR:         You've never heard of it?  Can you promise?

J       :       Pray to God.

TAYLOR:         (LAUGHS)  Um, what else?  Did ah, so your dad, I
                heard your dad watched a video that's called
                Black Magic.  Is that what I understand Hakima
                was doing?  Or whether something educational in
                the video?

J       :       That's not why he always was into (UI)

TAYLOR:         Oh, yeah.

J       :       Like demons like that he want to…(UI)Is it
                Moroccan people?

TAYLOR:         Yeah.

J       :       Is it Moroccan people?  They've berber?

TAYLOR:         Um, hum.

J       :       They was (UI)  A lot of the berber's….

TAYLOR:         Yeah.

J       :       They do a lot of magic and they kill people like
                that.

TAYLOR:         Yeah.

J       :       Some evil, some evil are died to unknown things
                and stuff like that.

US v. Jany Leveille et al 3022

TAYLOR:        Oh, yeah, unknown causes.

J       :       Yeah, unknown causes.  (UI)

TAYLOR:        Yeah.

J       :       Especially HIV and cancer and stuff like that.

TAYLOR:        Pretty bad diseases.  Did your dad ever watch any
               videos that, you know instructed him to or told
               him how to be more proficient in self-defense?
               Like he's obviously a scholar and that he studies
               it right?

J       :       He's a, he's um, I don't know how to say it.
               He's um, what's that called again?  Like security
               people.

TAYLOR:        (UI)

J       :       No security.

TAYLOR:        For what, like bodyguards?

J       :       Yeah, like bodyguards, yeah.  He paid for stuff
               like that.  He went to school for that.

TAYLOR:        Right, right.

J       :       He has time and stuff like that.  I forgot what
               company he worked for.

TAYLOR:        Yeah.

J       :       He worked for one of them.

TAYLOR:        Yup.  I know (UI) talked about that. Did ah, he
               ever watch anything on like YouTube that taught
               him how to do a better advanced stuff or anything
               like that?

J       :       No.

TAYLOR:        No, no videos.

                              56

J        :        That was his teacher, Mitch.

TAYLOR:        Mitch?  Mitch in Georgia?

J        :        Yeah.  Do you know who Mitch is?

TAYLOR:        Why don't you spell the name for me, so I know
                we're talking about the same person.

J        :        Oh, I don't know how to spell it.

TAYLOR:        You don't know how to spell the guy's name?

J        :        No.  I….I rarely seen him.  (UI)

TAYLOR:        His name is Mitch?

J        :        Yeah, Mitch.  He lives in Georgia.

TAYLOR:        What's his last name?

J        :        I have no idea.

TAYLOR:        Ok.

J        :        He just called him Mitch.

TAYLOR:        Ok.  He taught him how to do this stuff?

J        :        Yeah, I know he taught him how to shoot.  I don't
                know if he taught him all of that advanced stuff.
                I think they went to school for it though.

TAYLOR:        Um, hum.  Did your dad ever talk to anybody while
                you all were in New Mexico?  (UI)

J        :        Uh?

TAYLOR:        Did your dad ever talk to anybody on the phone or
                on the computer to anybody outside of….

J        :        No, he wasn't allowed to.  God said don't turn
                your phones on.

TAYLOR:        Yeah.  Anyone else.  Did anyone have the phone?

US v. Jany Leveille et al 3024

J        :        Lucas and Subhanah.  Cause they wasn't looking
                  for them.

TAYLOR:           Yeah.  And your mom wasn't on her phone or
                  anything by the computer?

J        :        She had a phone.

TAYLOR:           Right.

J        :        And she had a phone, it was (UI)

TAYLOR:           Ok.  Um, did ah, was there any books.  Your mom
                  wrote three books right?

J        :        Yeah.  (UI)

TAYLOR:           Yeah, so what are they about?

J        :        They're crazy.  They're about our whole
                  adventure.

TAYLOR:           Um, hum.

J        :        That we had.

TAYLOR:           So, everything you've ever told me is documented
                  in the books?

J        :        Not everything.  Most of it because she saw light
                  in the books.  I'm like, what's…what's today,
                  it's August, right?

TAYLOR:           It's August 9th.

J        :        She'd start writing the book at like May.

TAYLOR:           Start writing them in May.

J        :        She stopped.  She finished the books at May.
                  Everything else that happened is not documented.

TAYLOR:           Did she start before Christmas?

US v. Jany Leveille et al 3025

J        :        Um, no.  She started, I….I don't remember when
                  she started.  It took like a month to do all
                  three.  They're, they're not very long though.

TAYLOR:           Did she only write them in New Mexico?\

J        :        Yeah.

TAYLOR:           Ah, ok.  Did your dad have any books?

J        :        My dad?

TAYLOR:           Um, hum.

J        :        Did he write any books?

TAYLOR:           Yeah.

J        :        No.

TAYLOR:           Did he have his own journal or anything like
                  that?

J        :        No.

TAYLOR:           Cause one of the things that I saw was a journal
                  and was identified as most likely your dad's
                  handwriting and it wasn't in your mom's hand.  On
                  the top it said, Pages of a Terrorist Attack.
                  And then all the way down he talks about a dry
                  run, it talked about planning and stuff like
                  that.  You never saw anything like that?

J        :        No, ever.

TAYLOR:           What do you think that means?  Like what is a
                  terrorist attack?  Do you know?

J        :        A terrorist attack?

TAYLOR:           Um, hum.

J        :        A terrorist attack, I don't know.

TAYLOR:           Can you name one that happened?

US v. Jany Leveille et al 3026

J       :       I know one though.  The only one that I even
                heard of.

TAYLOR:         What's that?

J       :       9/11.

TAYLOR:         Yeah, what.  What have you heard about 9/11?

J       :       I heard that the plane crashed into some big
                buildings in New York.

TAYLOR:         Um, hum.

J       :       And…..

TAYLOR:         Do you know who did it?

J       :       They say Osama Bin Laden was the top of it but
                nobody we know, if that's true.

TAYLOR:         Was he a bad person for doing that?

J       :       No.

TAYLOR:         Or just victim.

J       :       He was a victim.

TAYLOR:         For doing that?

J       :       No, for crashing?

TAYLOR:         Yeah.

J       :       I don't know if he did it?

TAYLOR:         Let's just say he did.

J       :       If he did, no, he's not a victim (UI)

TAYLOR:         Was he, didn't he want, it's ok.  There was a lot
                of people who.

60

```
J        :        He was a scholar.  He was a good guy, everybody
                  knew him.

TAYLOR:           Osama did.  (UI) So your parents they ah, believe
                  that Osama was wrongly accused of doing this?

J        :        Yeah.

TAYLOR:           If they, I mean I thought he was?

J        :        Yeah and then all the, all the Muslim's thought
                  that cause it said like ten minutes after the
                  crash…

TAYLOR:           Um, hum.

J        :        It (UI) all the rocks that fell on the plane.
                  How would he um, he was behind it?  How would
                  they find him so quickly?

TAYLOR:           Um, hum.

J        :        Like, it was right after the crash, they went oh,
                  Osama Bin Laden was behind it.  Nobody even saw
                  him, nobody or anything.

TAYLOR:           Yeah.  Did ah anyone read since he's a scholar
                  did anyone in the family read any of those?

J        :        No.

TAYLOR:           They just talked about him a little bit.

J        :        No, they don't talk about him.

TAYLOR:           Well, how do you know.

J        :        He wasn't that known.

TAYLOR:           I thought.

J        :        To us.

TAYLOR:           I thought you said that they believed what
                  happened was….
```

61

US v. Jany Leveille et al 3028

```
J        :       (UI)

TAYLOR:          Yeah.

J        :       Yeah.

TAYLOR:          And then he was a good guy, and a scholar..

J        :       Yeah.

TAYLOR:          But they never watched nay teachings from him or
                 anything like that?

J        :       Um, I don't know.

TAYLOR:          Yeah, did they ever talk about his teachings at
                 home?  Ok.

J        :       Not that I know.  I never heard him talk.  I only
                 heard that one time like what the night of the
                 crash, is the only time I heard of it.

TAYLOR:          Did ah, Subhanah or Bushrah think the same thing?

J        :       Yeah.

TAYLOR:          What about?

J                Subhanah was like hadid, hadid (UI)

TAYLOR:          Right.

J        :       Is, is, but after the crash, couple minutes
                 later, they reported in the news.

TAYLOR:          Um, hum.

J        :       And they, every, the plane is still buried.

TAYLOR:          Yeah.  (UI)

J        :       No I don't know.  I never heard Lucas talk about
                 him or Hajrah.
```

62

TAYLOR:         Ok.

J       :       Or my mom.  It was in my dad's (UI).

TAYLOR:         Um, do you know what the Khalifid is?

J       :       The what?

TAYLOR:         The Khalifid?

J       :       No.

TAYLOR:         In Islam there is a Khalifid, like an abomination
                back in the day and that wasn't part of the
                teachings?

J       :       I don't know about that. (LAUGHS)

TAYLOR:         Um, do you know what's going on in Iraq interior
                right now?

J       :       Iraq interior?

TAYLOR:         Yeah.

J       :       No.

TAYLOR:         Do you know what ISIS is?

J       :       ISIS?

TAYLOR:         Yeah.

J       :       No.

TAYLOR:         Ok.  When we talked about the Islamic state or…..

J       :       It did, I know, (UI) they show ISIS (UI)  But I
                forgot what ISIS is.

TAYLOR:         It just means the Islamic state in Iraq and
                Syria.

J       :       Oh.  No but I heard in Palistine.

US v. Jany Leveille et al 3030

TAYLOR:          Yeah.

J        :       The Jews are killing them a lot.

TAYLOR:          That's (UI) family.  Just current events.

J        :       Yeah, it's current events, they're praying for
                 Jesus to come back.  They said watch, when he
                 comes back…

TAYLOR:          Yeah.

J        :       There's not going to be no more that.

TAYLOR:          So, did you ever hear anything about like, hisrah
                 or traveling?

J        :       Hisrah?

TAYLOR:          Going overseas?

J        :       I don't know.

TAYLOR:          The Hajj or you go to Mecca.

J        :       Yeah Hajj, yeah my dad went there before.

TAYLOR:          Yes, ok.  He told me about that.  What about
                 going to like traveling over to somewhere else in
                 the Middle East.  Did he ever talk about that?
                 Or was it always the plan always to stay in New
                 Mexico?

J        :       Yeah.

TAYLOR:          Ok.  We were going to have to stay in New Mexico
                 until Jesus comes back.

TAYLOR:          Yeah.

J        :       And then, they go to the world

TAYLOR:          Ok.

J        :       Teach them the right way to do things.

US v. Jany Leveille et al 3031

TAYLOR:         And you still think that's what's going to
                happen? Ok.   That's fine.   Um…

J       :       I think it's going to be like on Christmas or
                something.

TAYLOR:         That was his birthday.

J       :       Yeah.

TAYLOR:         I understand.   And you know, and you've been
                honest with me.   I appreciate it.   Is there
                anything else you think I should know about?

J       :       Um, I'm thinking.

TAYLOR:         No one's going to get in trouble.

J       :       I don't know.   There isn't anything else but…

TAYLOR:         During the training you were doing with guns did
                anyone ever call it a dry run?

J       :       No.

TAYLOR:         Does that word, make like that phrase…

J       :       My dad was saying the FBI

TAYLOR:         Um, hum.

J       :       …or whatever, something like that was doing a dry
                run on us because like they used to stand like
                this like, (UI) tornadoes or something like that.

TAYLOR:         But…

J       :       And it wasn't, it wasn't…

TAYLOR:         Blew down, blew down a shed right?

J       :       Yeah, it blew down a shed.   Did my brother told
                you?

US v. Jany Leveille et al 3032

TAYLOR:        I heard it from a few people, yeah.

J      :       It was like, BOOM!!!!  Fell apart.

TAYLOR:        Um, hum.

J      :       Blew up.  And that was the only spot where I had
               went in it and right after it wasn't raining
               anymore.

TAYLOR:        Um, hum.

J      :       And then we saw a suspicious truck running back
               and forth.

TAYLOR:        Well, just for your own, you know, that was a
               freak wind storm on the mesa but…I wants you to
               be concerned…

J      :       Mesa?

TAYLOR:        So, where you are….

J      :       What's a mesa?

TAYLOR:        A mesa like that flat area.

J      :       Oh.

TAYLOR:        It's called a mesa.  It means table in Spanish.

J      :       (LAUGHS)

TAYLOR:        (LAUGHS)  It's flat, you know, cause it's like a
               table, that's why they call it a mesa.  I don't
               want you to be worried.  We weren't trying to
               hurt anybody so.

J      :       Ok.

TAYLOR:        Um, what do you think about me?  So you talk
               about the FBI?

J      :       I think you're cool. (LAUGHS)

US v. Jany Leveille et al 3033

TAYLOR:     Ok.  I just don't want you to think that I, you know, I ah, I'm not here trying to do anything weird, ok.

J       :   Some of the music here….

TAYLOR:     Well, if you hear anything else, or your remember anything, you think that I'd want to know, anything important enough.  My goal is to keep you from getting hurt, no matter what.

J       :   Ok.

TAYLOR:     That includes you, that includes Muslim people, that includes Christians, Jews, it includes everybody.  I'm not, I try to, I don't differentiate between people.  My goal is to have equal regardless ok.

J       :   Ok.

TAYLOR:     So, if you think of anything that would help me get do that job, I'd appreciate it.  You let me know.

J       :   Ok.

TAYLOR:     And you can just tell Clara and she'll give me a call and..

J       :   Ok.

TAYLOR:     Have you ever seen one of these before?

J       :   No, ever.  (UI)  No, I've never seen one before.

TAYLOR:     You can pick it up if you want.

J       :   Is it real gold?

TAYLOR:     No, I think it's like brass or something.

J       :   Oh.

US v. Jany Leveille et al 3034

```
TAYLOR:         The government can't afford to give us all gold
                badges.  (LAUGHS)

J       :       (LAUGHS)

TAYLOR:         Maybe one day, you'll want to join the FBI and
                you can get one of these.  But, ah, alright, I'll
                let you go and ah, I appreciate you talking to me
                man.

TAYLOR:         Interview is concluded
```

(END OF TRANSCRIPT)

US v. Jany Leveille et al 3035