IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 18-CR-2945 WJ |
| ) | |
| JANY LEVEILLE, ) | |
| SIRAJ IBN WAHHAJ, ) | |
| LUCAS MORTON, ) | |
| HUJRAH WAHHAJ, and ) | |
| SUBHANAH WAHHAJ, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR COURT-ORDERED DEPOSITION OF WITNESS**

The United States of America respectfully requests an extension of time in which to respond to the Defendants' "Motion for Court-Ordered Deposition of Witness Due to Obstruction of Witness Communication by the United States" (doc. 465) filed on October 17, 2022. In support of this motion, the government states as follows:

1. A responsive pleading is due October 31, 2022. However, the schedules of undersigned counsel have been such that they need additional time to file the response.

2. Moreover, on October 20, 2022, the United States requested that Mr. Ryan Villa and Ms. Justine Fox-Young, counsel for Subhanah Wahhaj, provide discovery, to include emails and recordings, pertaining to the motion. On October 28, 2022, Mr. Villa provided a DropBox link to discovery, which undersigned counsel has

1

        not yet had a chance to review.

3.      The United States requests that it be given a one week extension, until Monday, November 7, 2022, to file a responsive pleading.

4.      Mr. Villa does not oppose this request.

WHEREFORE, the United States respectfully requests an extension of time until Monday, November 7, 2022, to respond to the Defendants' "Motion for Court-Ordered Deposition of Witness Due to Obstruction of Witness Communication by the United States" (doc. 465).

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/S/ Electronically filed*
KIMBERLY A. BRAWLEY and
TAVO HALL
Assistant United States Attorneys
P.O. Box 607
Albuquerque, NM   87103
(505) 346-7274

I HEREBY CERTIFY that I electronically filed
the foregoing with the Clerk of the Court using the
CM/ECF system which will send notification to
defense counsel.

*/S/ Electronically filed*
KIMBERLY A. BRAWLEY
Assistant United States Attorney