IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cr. No. 18-CR-2945 WJ |
| | ) |
| JANY LEVEILLE, | ) |
| SIRAJ IBN WAHHAJ, | ) |
| LUCAS MORTON, | ) |
| HUJRAH WAHHAJ, and | ) |
| SUBHANAH WAHHAJ, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR COURT-ORDERED DEPOSITION OF WITNESS**

THIS MATTER having come before the Court on the United States' Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Court-Ordered Deposition of Witness (Doc. 483), and the Court having reviewed the Motion, finds that the Motion is well taken.

IT IS THEREFORE ORDERED that the Motion is hereby granted, and the United States has until Monday, November 7, 2022, to file a responsive pleading.

WILLIAM P. JOHNSON
Chief United States District Judge