# CURRICULUM VITAE
## JOHN P. PHILLIPS, MD

Professor with Tenure, Neurology & Pediatrics
Pediatric Neurology Division Chief
University of New Mexico Health Science Center
Medical Director, The Mind Research Network
1101 Yale Blvd NE, Albuquerque, New Mexico  87106
(505) 272-5028 - FAX: (505) 272-6692
Email: ████████████

## EDUCATION

| | | |
|---|---|---|
| High School | 1972-76 | St. Catherine's, Racine, WI |
| Undergraduate | 1976-78 | University of Wisconsin, River Falls, WI |
| | 1979-81 | University of Minnesota, Minneapolis, MN |
| Medical School | 1982-86 | University of Wisconsin, Madison, WI |

## Professional Training

| | | |
|---|---|---|
| Pediatric Internship | 1986-87 | University of New Mexico, Albuquerque, NM (John Johnson, director) |
| Pediatric Residency | 1987-89 | University of New Mexico, Albuquerque, NM (John Johnson, director) |
| Pediatric Neurology Fellowship | 1991-94 | University of Minnesota, Minneapolis, MN (Kenneth Swaiman, director) |

## Work Experience

Staff Pediatrician                                                            1989-1991
    University of New Mexico
(Chief Pediatrician, Kirkland Outreach Clinic)
Clinical Assistant Professor of Pediatric Neurology          1994-1998
University of Indiana, Riley Children's Hospital
    Indianapolis, Indiana
Assistant Professor of Pediatrics and Neurology              1998-2000
    University of New Mexico School of Medicine
    Albuquerque, New Mexico
Director of Pediatric Rehabilitation,                              1998-2003
    Carrie Tingley Hospital
Associate Professor of Neurology & Pediatrics               2000-2013
    University of New Mexico School of Medicine
Professor with Tenure, Neurology & Pediatrics               2013 - present
    University of New Mexico School of Medicine
Medical Director, Mind Research Network                       2006-present
UNM Pediatric Neurology Division Chief                         2010-present

## Certifications

| | | |
|---|---|---|
| Medical Degree, University of Wisconsin-Madison | | 1986 |
| Medical License | New Mexico - 87-273 | 1987-present |
| | Minnesota - 35302 | 1992-1994 |

EXHIBIT 1

|  |  |
|---|---|
| Indiana - 01042555 | 1994-1999 |
| Pediatric Advanced Life Support instructor | 1990-1992, 2002-2005 |
| American Board of Pediatrics, board certified | 1990 |
| American Board of Psychiatry and Neurology, board certified | 1995 |
| American Board of Psychiatry and Neurology, recertified | 2007, 2018 |

**Memberships**

Child Neurology Society
New York Academy of Sciences
American Academy for Cerebral Palsy and Developmental Medicine
Society for Neuroscience
Invited Member, Cochrane Collaboration 2018 to present

**Publications in Juried Journals**

1. Strouse JH, **Phillips JP:** Teaching about AIDS: A Challenge to Educators. Educational Leadership. 1987; 44:76-80.
2. **Phillips JP**, Lockman LA, Shipiro E, Blazer B, Krivit W: Cerebrospinal fluid findings in 18 children with adrenoleukodystrophy: Correlation between measures of cytokines, IgG production, and disease severity. Pediatric Neurol. 1994; 10:289-294.
3. Azzarelli B, Caldemeyer KS, **Phillips JP**, DeMeyer WE: Hypoxic-Ischemic encephalopathy in areas of primary myeliation: A neuroimaging and PET study. Pediatr Neurol. 1996; 14(2):108-116.
4. **Phillips JP**, Garg BP: Progressive spasticity in an infant. Seminars in Pediatric Neurology. 1996; 3(3):202-206.
5. **Phillips JP,** Kincaid, JC, Garg BP: Acute motor axonal neuropathy in childhood: Clinical and MRI findings. Pediatr Neurol. 1997; 16:152-155.
6. **Phillips JP**, Wilson G: Fragile X Syndrome. Indian J Pediatrics. 1997; 64:573-583.
7. Patel H, Boaz JC, **Phillips JP**, Garg BP: Spontaneous spinal epidural hematoma in children. Pediatr Neurol. 1998; 19(4):302-307.
8. **Phillips JP**, Warner L, Lupski J, Garg BP: Congenital hypomyelination neuropathy: Two children with long term follow-up, genetic analysis and literature review. Pediatr Neurol. 1999; 20:226-232.
9. **Phillips JP,** Devier D, Feeney D: Rehabilitation Pharmacology. Journal of Head Trauma Rehabilitation, 2003;18(4):342-356.
10. **Phillips JP,** Sullivan KJ, Burtner PA, Caprihan A, Provost B, Bernitsky-Beddingfield A: Ankle Dorsiflexion fMRI in Children with Cerebral Palsy Undergoing Intensive Body Weight Support Treadmill Training—A Feasibility Study. Developmental Medicine and Child Neurology 2007;49:39-44.
11. Provost B, Dieruf K, Burtner PA, **Phillips JP**, Bernitsky-Beddingfield A, Sullivan KJ, Bowen CA, Toser L. Endurance and Gait in Children with Cerebral Palsy Following Intensive Body Weight Supported Treadmill Training. Pediatric Physical Therapy 2007;19:2-10.
12. Yeo RA, **Phillips JP**, Jung RE, Brown AJ, Campbell RC, Brooks WM. Magnetic Resonance Spectroscopy Detects Brain Injury and Predicts Cognitive Functioning in Children with Brain Injuries. Journal of Neurotrauma 2006;23(10):1427-1435.
13. Martin A, Burtner PA, Poole J, **Phillips JP**. ICF level changes in a preschooler after constraint-induced movement therapy. American journal of Occupational Therapy, 2008;62(3):282-288.

EXHIBIT 1

14. **Phillips JP**. Neuroimaging in cerebral palsy: a clearer vision of neuroplasticity. Neuropediatrics, 2007;38(3):112-113.

15. Stearns, G.E., Burtner, PA, Keenen, K. Qualls, C. & **Phillips, J.P**. Effects of Constraint-Induced Movement Therapy on Hand Skills and Muscle Recruitment of Children with Spastic Hemiplegic Cerebral Palsy. NeuroRehabilitation, 2009;24(2):95-108. **PMID: 19339749**.

16. Dieruf K, Burtner P, Provost B, **Phillips JP**, Bernitsky-Beddingfield, Sullivan K. A pilot study of quality of life in children with cerebral palsy after intensive body weight-supported treadmill training. Pediatric Physical Therapy 2009;21:45-52.

17. Gasparovic C, Yeo R, Mannell M, Ling J, Elgie R, **Phillips JP**, Doezema D, Mayer A. Neurometabolit Concentrations in Gray and White Matter in Mild Traumatic Brain Injury: A H-Magnetic Resonance Spectroscopy Study. Journal of Neurotrauma (2009) Apr 8. [Epub ahead of print].

18. Mayer A, Mannell M, Ling J, Elgie R, Gasparovic C, **Phillips JP**, Doezema D, Yeo R. Auditory Orienting and Inhibition of Return in Mild Traumatic Brain Injury: A FMRI study, Human Brain Map, 2009 Dec;30(12):4152-66 **PMID: 19554558.**

19. Caprihan A, Sakoglu U, Pfeuffer J, Rael J, Stephen J, Lowe J, Duval S, Gasparovic C, Ohls RK, **Phillips JP**. "Differences in blood perfusion between extremely low birth weight (ELBW) pre-tem infants and control term infants." Proceedings of the International Society of Magnetic Resonance in Medicine (ISMRM), Hawaii 2009.

20. Ruhl D, Gasparovic C, Caprihan A, Lowe J, Duvall S, Maclean P, Silva L, Ohls R, **Phillips JP**. Magnetic resonance spectroscopy predicts performance IQ in low-birthweight children. Developmental Medicine and Child Neurology, 2009; 51(Suppl 5a) 20.

21. Kim D, Caprihan A, Ruhl D, Gasparovic C, Duvall S, Silva L, Maclean P, Lowe J, Ohls R, **Phillips JP**. Does prematurity effect functional connectivity in the developing brain? A resting functional magnetic resonance imaging study. Developmental Medicine and Child Neurology 2009; 51 (Suppl 5a) 44.

22. Maclean P, Lowe J, Duvall S, Gasparovic C, Caprihan A, Silva L, Ohls R, Ruhl D, **Phillips.** Neuroanatomic deficits associated with prematurity normalize in early childhood. Developmental Medicine and Child Neurology 2009;51 (Suppl 5a) 44.

23. Mayer A, Ling J, Mannell M, Gasparovic C, **Phillips JP**, Doezema D, Reichard R, Yeo R. A prospective diffusion tenson imaging study in mild traumatic brain injury. Neurology 2010;74(8):643-650. **PMID: 20089939**

24. Lowe J, Morozova T, Dovbnya S, **Phillips J**, MacLean P (2010). Firefly children's network project of early intervention for children with disabilities in the Russian Far East. Infant Mental Health Journal, 32(3):286.

25. Damaraju E, **Phillips JP**, Lowe JR, Ohls R, Calhoun VD and Caprihan A. Resting-state functional connectivity differences in premature children, Frontiers in Neuroscience 2010; June 17(4). **PMID: 20725534**

26. **Phillips JP**, Rulh D, Montague E, Gasparovic C, Caprihan A, Ohls RK, Schrader R, Lowe JR. Anterior cingulate and frontal lobe white matter spectroscopy in early childhood of former verly low birth weight premature infants. Pediatr Res. 2011 Mar;69(3):224-9.

27. Lowe JR, Duvall S, MacLean P, Caprihan A, Ohls R, Qualls C, **Phillips JP**. Comparison of structural magnetic resonance imaging and development in toddlers born very low birth weight and full term. Journal of Child Neurology 2011; 26(5):586-593.

28. E. Allen, E. Erhardt, E. Damaraju, W. Gruner, J. Segall, R. Silva, M. Havlicek, S. Rachakonda, J. Fries,     R. Kalyanam, A. Michael, J. Turner, T. Eichele, S. Adelsheim, A. Bryan, J. R. Bustillo, V. P. Clark, S. Feldstein, F. M. Filbey, C. Ford, K. Hutchison, R. Jung, K. A. Kiehl, P. Kodituwakku, Y. Komesu, A. R. Mayer, G. D. Pearson, **J. Phillips**, J. Sadek, M. Stevens, U. Teuscher, R. J. Thoma, and V. D. Calhoun. A baseline for the multivariate comparison of resting state networks. Frontiers in Human Neuroscience,

EXHIBIT 1

2011; February 4. **PMID: 21442040**.

29.  **Phillips JP**, Montague EQ, Aragon M, Lowe JR, Schrader RM, Ohls RK, Caprihan A. Prematurity affects cortical maturation in early childhood. Pediatric Neurology, 2011;45(4):213-219 **PMID: 21907880.**

30.  Lowe JR, MacLean PC, Caprihan A, Ohls RK, Qualls C, VanMeter J, **Phillips JP**. Comparison of cerebral volume in toddlers 18 and 36 months born preterm and term, J Child Neuro, 2011 Sep 13 (epub ahead of print). **PMID: 2191754431.**

31.  Shoemaker, J.M., Holdsworth, M.T., Aine, C., Calhoun, V.D., de La Garza, R., Feldstein Ewing, S.W., Hayek, R., Mayer, A.R., Kiehl, K.A., Petree, L.E., Sanjuan, P., Scott, A., Stephen, J., **Phillips, J.P**. A practical approach to incidental findings in neuroimaging research.  Neurology,  2011 Nov 30. **PMID: 22131543.**

32.  Lowe JR, MacLean PC, Aragon C, Duncan AF, Schrader RM, Caprihan A, **Phillips JP**. Association of Maternal Interaction with Emotional Regulation in 4 and 9 Month Infants During the Still Face Paradigm. Infant Behav Dev. 2012 Apr;35(2):295-302. **PMID: 22217393.**

33.  Clark, V.P., Beatty, G., Anderson, R.E., Kodituwakku, P., **Phillips, J**., Lane, T.D.R., Kiehl, K.A, Calhoun,V.D. Reduced fMRI activity predicts relapse in patients recovering from stimulant dependence. Human Brain Mapping, 2012. [Epub ahead of print]. **PMID:23015512**.

34.  Damaraju E, Caprihan A, Lowe J, Allen E, Calhoun V, **Phillips JP.** Functional connectivity in the developing brain: A longitudinal study from 4 to 9 months. NeuroImage, 2014 Jan;84:169-80. **PMID:23994454**

35.  Duncan AF, Caprihan A, Montague EQ, Lowe J, Schrader R, **Phillips JP**. Regional cerebral blood flow in children from 3 to 5 months of age. American Journal of Neuroradiology, 2013 Oct 3. **PMID: 24091444**

36.  MacLean PC, Rynes KN, Aragon C, Caprihan A, **Phillips JP**, Lowe JR. Mother-infant mutual eye gaze supports emotional regulation in infancy during the still face paradigm. Infant Behavior and Development, 2014 Jul 15;37(4):512-522. **PMID: 25036768**

37.  **Phillips JP**, Cole C, Gluck J, Shoemaker J, Petree L, Helitzer D, Holdsworth M. Stakeholder opinions and ethical perspectives support universal disclosure of incidental findings in MRI research. Ethics and Behavior, 2015:25(4):332-350. **PMID:26877623**.

38.  Cole C, Petree L, **Phillips JP**, Shoemaker J, Holdsworth M, Helitzer D. "Ethical responsibility" or "a whole can of worms:" Differences in opinion on incidental finding review and disclosure in neuroimaging research from focus group discussions with participants, parents, IRB members, investigators, physicians and community members. Journal of Medical Ethics, 2015; Oct;41(10):841-7. doi: 10.1136/medethics-2014-102552. Epub 2015 Jun 10. **PMID:26063579**

39.  Shoemaker JM, Cole CC, Petree LE, Helitzer DL, Holdsworth MT, Gluck JP,  **Phillips JP**. Evolution of universal review and disclosure of MRI reports to research participants. Brain & Behavior, 2016.

40.  Cole C, Shoemaker J, Petree LE, Holdsworth M, **Phillips JP**, Helitzer DL. The health literacy burden of returning neuroimaging incidental finding radiology reports. Journal of Health Communication, accepted for publication.

41.  Ohls RK, Cannon DC, **Phillips JP**, Caprihan A, Patel S, Winter S, Steffen M, Yeo RA, Campbell R, Wiedemeier S, Baker S, Gonzalez S, Lowe J. Preschool assessment of preterm infants treated with darbepoetin and erythropoietin. Pediatrics, 2016;137(3):20153859.

42.  Lowe JR, Coulombe P, Moss NC, Rieger RE, Aragon C, MacLean PC, Caprihan A, **Phillips JP**, Handal J. Maternal touch and infant affect in the Still Face Paradigm: a cross-cultural examination. Infant Behavior and Development, 2016;44:110-120.

43.  Rancher CE, Shoemaker JM, Petree LE, Holdsworth M, **Phillips JP,** Helitzer DL. Disclosing neuroimaging incidental findings: a qualitative thematic analysis of health literacy challenges. *BMC Medical Ethics*, 2016:*17*(1), 58. **PMID: 27724936**

EXHIBIT 1

44. Lowe JR, Rieger RE, Moss NC, Yeo RA, **Phillips JP**, Winter S, Patel S, Campbell R, Baker S, Gonzales S, Ohls RK. Impact of erythropoiesis stimulating agents on behavioral measures in children born preterm. Journal of Pediatrics, 2017;184:75-80.

45. **Phillips JP,** Yeo RA, Caprihan A, Cannon DC, Patel S, Winter S, Steffen M, Campbell R, Wiedemeier S, Baker S, Gonzalez S, Lowe J, Ohls RK. Neuroimaging in former preterm children who received erythropoiesis stimulating agents. Pediatric Research, 2017, Oct;82(4):685-690. **PMID: 28553989**

46. Gasparovic C, Caprihan A, Yeo R, **Phillips JP**, Lowe JR, Campbell R, Ohls RO. The long term effect of erythropoiesis stimulating agents given to preterm infants: A 1H-MRS study on neurometabolites in early childhood. Pediatric Radiology, 2018; 48(3):374-382.

47. Zagami M, Caprihan A, Homza A, Madrugada N, Pease M, Beecher P, Lyle L, Kivitz E, Kilman P, **Phillips JP**. Low tech meets high tech: integrating functional MRI in a child's educational plan. Journal of Visual Impairment and Blindness, accepted for publication.

48. Mayer, A.R., Wertz, C., Ryman, S.G., Storey, E.P., Park, G., **Phillips, JP**., Dodd, A.B., Oglesbee, S., Campbell, R., Yeo, R.A., Wasserott, B., Shaff, N. A., Leddy, J.J., Mannix, R., Arbogast, K.B., Meier, T.B., Grady, M.F., Master, C.L. (2018). Neurosensory deficits vary as a function of point of care in pediatric mild traumatic brain injury. Journal of Neurotrauma, 2018;35(10):1178-1184.

49. Arenas RM, Roberts JM, **Phillips JP**. High prevalence of pineal cysts in adults who stutter. Brain and Language, 2018;177-178:18-22.

## Publications in Non-Juried Journals

1. **Phillips JP**: *Cerebral Palsy*, in HealthSmart (publication of the University of New Mexico Hospital), Feburary 2004.
2. **Phillips JP**. *Dreams of Flight*. University of New Mexico Medical Muse, Spring 2006, *The Orphanage*, Spring 2012.
3. **Phillips JP**, Shoemaker JM, *The Vexing Problem of Incidental Findings in MRI Research*. Diagnostic Imaging Europe, 2012.

## Book Chapters

1. **Phillips JP**: Complication of anticonvulsant drugs and the ketogenic diet.  In *Iatrogenic Neurology*, Biller J (ed). Butterworth-Heinemann, 1988.
2. **Phillips JP**: Pediatric Traumatic Brain and Spinal Cord Injury.  In *Neurological Therapeutics, Principles and Practice,* Noseworthy J (ed). Martin Dunitz Publishing, 2003.
3. **Phillips JP**: Pediatric Traumatic Brain and Spinal Cord Injury.  Updated chapter for second edition of *Neurological Therapeutics, Principles and Practice,* Noseworthy J (ed). 2006.
4. Swaiman KF, **Phillips JP**: General Aspects of the Patient's Neurologic History. In *Swaiman's Pediatric Neurology: Principles and Practice*, 6th edition, Swaiman, Ashwal, Ferriero and Schor (eds), 2017.
5. Swaiman KF, **Phillips JP**: Neurologic Examination of the Older Child. In *Swaiman's Pediatric Neurology: Principles and Practice*, 6th edition, Swaiman, Ashwal, Ferriero and Schor (eds), 2017.
6. Swaiman KF, **Phillips JP**: Neurologic Examination after the Newborn Period until 2 Years of Age. In *Swaiman's Pediatric Neurology: Principles and Practice*, 6th edition, Swaiman, Ashwal, Ferriero and Schor (eds), 2017.
7. Swaiman KF, **Phillips JP**: Neurologic Examination of the Term and Preterm Infant. In *Swaiman's Pediatric Neurology: Principles and Practice*, 6th edition, Swaiman, Ashwal, Ferriero and Schor (eds), 2017.
8. Swaiman KF, **Phillips JP**: Muscular Tone and Gait Disturbances. In *Swaiman's Pediatric Neurology: Principles and Practice*, 6th edition, Swaiman, Ashwal, Ferriero and

EXHIBIT 1

Schor (eds), 2017.

## Abstracts & Platform Presentations (partial list)

1. **Phillips JP**, Garg BP. Acute Motor Axonal Neuropathy in Childhood - Clinical and MRI findings with Differentiating Features from Guillian-Barre Syndrome.  Poster Exhibit at the Annual Child Neurology Society Meeting, Baltimore, Maryland, October 1995

2. **Phillips JP**, Ghetti B, Garg BP. Congenital Hypomyelinating Neuropathy in Two Children with Long Term Follow-up.  Poster Exhibit at the Annual Child Neurology Society Meeting, Minneapolis, Minnesota, September 1996.

3. Armstrong M, Robins A, Rose E, **Phillips JP.** Treatment of Intractable Constipation with Milk and Molasses Enemas.  Poster Exhibit at the Annual American Academy for Cerebral Palsy and Developmental Medicine Meeting,  DC, Washington, September 1999.

4. Pedrotty MH, **Phillips JP**.  Stimulant Therapy in Six Children with Acute TBI: Clinical Response and Objective Assessment with Conners Continuous Performance Test. National Brain Injury Association Meeting, Chicago, Illinois, July 2000.

5. Malik F, **Phillips JP**, Weers D, Martinez G: Attentional Impairments of Traumatic Brain Injury in Children.  Ronald E. McNair Scholars Program Research Symposium. University of New Mexico, September 2000.

6. Whisler S, Armstrong M, Annett R, Chimarusti J, **Phillips J**, Wood M: Health Status Outcomes From an Ambulatory Neurobehavioral Respite Program. Poster Exhibit at the Annual American Academy for Cerebral Palsy and Developmental Medicine Meeting, Long Beach, California, September 2001.

7. Cordova J, **Phillips J**: Constraint Induced Movement Therapy in Children with Hemiplegic Cerebral Palsy, McNair Scholars Program Research Symposium, Puerto Rico, October, 2001.

8. **Phillips JP**, Yeo RA, Campbell RC, et al. Amphetamine and Recovery in Pediatric TBI: Preliminary Results. National Neurotrauma Society annual meeting, San Diego, California, October 2004.

9. Bergsohn C, Burtner P, **Phillips JP**, et al. A Preliminary Study of Magnetic Resonance Spectroscopy & Motor Recovery in Pediatric TBI: Does Amphetamine Treatment Affect Outcome? National Neurotrauma Society annual meeting, San Diego, California, October 2004.

10. Yeo RA, **Phillips JP**, Jung RE, et al. Magnetic resonance spectroscopy in pediatric TBI: Prediction of cognitive but not motor deficits. National Neurotrauma Society annual meeting, San Diego, California, October 2004.

11. Burtner PA, Rivera FF, Philips E, Schlosser A, Perez V, Qualls C, **Phillips JP**. Changes In Spasticity And Postural Stability: Results Of A 6-Week Strength Training Program In Individuals With Cerebral Palsy. Society for Neuroscience annual meeting, San Diego, California, October 2004.

12. Burtner,,P.A., **Phillips, J.P.**, Stearns, G. & Kennan, K.G. (2008). EMG changes in children with hemiplegia following intense constraint-induced movement therapy. Developmental Medicine and Child Neurology, 50, Suppl. 115. (Scientific Poster).

13. Mayer AR, Mannell M, Ling J, Elgie R, **Phillips JP**, Yeo R, Doezema D, Gasparovic C (2008). A fMRI Study Of Selective Attention Deficits In Semi-Acute Mild Traumatic Brain Injury, National Neurotrauma Society meeting 2008.

14. A. Caprihan, U. Sakoglu, J. Pfeuffer, J. Rael, J. Stephen, J. Lowe, S. Duvall, C. Gasparovic, R. K. Ohls, and **J. P. Phillips**. Differences in Blood Perfusion between Extremely Low Birth Weight (ELBW) Pre-term Infants and Control Term Infants, International Society of Magnetic Resonance in Medicine meeting, Hawaii, April 2009.

15. Ruhl D, Gasparovic C, Caprihan A, Lowe J, Duvall S, Maclean P, Silva L, Ohls R, **Phillips JP**. Magnetic resonance spectroscopy predicts performance IQ in low-birthweight children. Developmental Medicine and Child Neurology, 2009; 51(Suppl 5a)

EXHIBIT 1

20.

16. Kim D, Caprihan A, Ruhl D, Gasparovic C, Duvall S, Silva L, Maclean P, Lowe J, Ohls R, **Phillips JP.** Does prematurity effect functional connectivity in the developing brain? A resting functional magnetic resonance imaging study. Developmental Medicine and Child Neurology 2009; 51 (Suppl 5a) 44.

17. Maclean P, Lowe J, Duvall S, Gasparovic C, Caprihan A, Silva L, Ohls R, Ruhl D, **Phillips JP.** Neuroanatomic deficits associated with prematurity normalize in early childhood. Developmental Medicine and Child Neurology 2009;51 (Suppl 5a) 44.

18. Lowe J, Dovbnya S, Morozova T, **Phillips JP**, MacClean P. Early Intervention for Children with Disabilities in the Russian Far East. Poster presentation at the World Association for Infant Mental Health World Congress, Leipzig, Germany, June 2010.

19. Duvall, S. W., Pommy, J., Caprihan, A., **Phillips, JP**., Lowe, J., Ohls, R., & Yeo, R. (February 2012). Neuroanatomical Differences in Very Low Birth Weight (VLBW) and Full Term Preschoolers: A Voxel-Based Morphometry (VBM) Study.Annual Meeting of the International Neuropsychological Society (INS), Montreal, Canada

20. Damaraju E, **Phillips JP**, Lowe J, Allen E, Calhoun V, Caprihan A (2012). Functional Connectivity Changes In A Developing Brain of Healthy Infants. Organization for Human Brain Mapping, Beijing, China.

21. Harlaar N, Wilson C, **Phillips JP**, McConaghy S, Morgan M, Reichard RR, Aurelius MB, Andrews S, Ohls RK (2012). DNA Methylation Analysis of the Insulin-like Growth Factor 2 (IGF2) Gene in the Human Fetal and Neonatal Epigenome. Pediatric Academic Society, Boston, Massachusetts.

22. Lowe J, MacLean P, Duncan A, Aragon C, Schrader R, Caprihan A and **Phillips JP** (2012). Association of Maternal Interaction with Emotional Regulation in 4 and 9 Month Infants. Pediatric Academic Society, Boston, Massachusetts.

23. Shoemaker J, Petree L, Holdsworth M, Cole C, Helitzer D, Schrader R, **Phillips JP** (2012). Optimization of Incidental Findings Disclosure to Research Subjects. Public Responsibility in Medicine and Research, San Diego California.

24. Harlaar N, Wilson C, **Phillips JP**, McConaghy S, Morgan M, Barry M, Andrews S, Ohls R (2012). Methylation in Regions of Executive Function in the Developing Human Brain. Western Society for Pediatric Research, Carmel, California.

25. Helitzer D, Shoemaker J, Petree L, Cole C, Gluck JP, Schrader R, Holdsworth M, **Phillips JP** (2013). The Impact Of Participant Health Literacy On Interpreting MRI Research Communications. Association for Clinical and Translational Science, Washington DC.

26. Tuffli K, **Phillips JP**, Long T, Dillow J, Vender S, Petersen T (2013). Lack Of Effect On Early Anesthetic Exposure On Neurocognitive Testing And Brain Proton NMS Spectroscopy. Society for Pediatric Anesthesia, Las Vegas, Nevada.

27. Cole C, Gluck JP, Shoemaker J, Holdsworth M, Petree L, Helitzer D, Schrader R, **Phillips JP** (2013). Providing Neuroimaging Incidental Finding Reports To All Research Participants: What's The Harm? Society for Neuroscience, San Diego, California.

28. Petree L, Helitzer D, Shoemaker J, **Phillips JP**, Cole C, Gluck JP, Schrader R, Holdsworth M (2013). The Great Divide: Disparate Perspectives Among Participants, Researchers And IRB Members Regarding Incidental Findings Disclosure. Society for Neuroscience, San Diego, California.

29. Lowe J, Dovbnya S, Morozova T, **Phillips JP**, MacLean P (2014). Early intervention for children with disabilities in the Russian Far East. Leipzig, Germany.

30. Helitzer D, Shoemaker J, Petree, Cole C, Gluck JP, Holdsworth M, **Phillips JP**. Dealing With Doubt: Epistemology As The Central Issue In Approaching Neuroimaging Incidental Findings (2014). Brain Matters, Brain Science and Social Responsibility, Vancouver, Canada.

31. Helitzer D, Shoemaker J, Petree, Cole C, Gluck JP, Holdsworth M, **Phillips JP**. "How Much More Naked Can You Get?" Listening To Research Subjects And Other

EXHIBIT 1

Stakeholders Discuss Moral Obligations, Preferences And Concerns Regarding Incidental Findings In MRI Research (2014). Brain Matters, Brain Science and Social Responsibility, Vancouver, Canada.

32. Jolley D, Annett R, Weiss S, **Phillips JP**, Rose E, Upham B, McPherson L, Avery K. Decreasing Head Computed Tomography Scans in the Pediatric Emergency Department by Implementing Rapid Neurology Follow-Up. Emergency Medicine, 2014.

33. Wilkes A, Caprihan A, Cannon D, **Phillips JP**, Lowe J, Ohls R (2015). Erythropoiesis Stimulating Agents Affect White Matter In Prematurity – Preliminary Results From A Diffusion Tensor Imaging Study. Pediatric Academic Society, San Diego, California.

34. McCall D, Lowe J, Cannon D, Peceny H, Caprihan A, **Phillips JP**, Mani S, Peceny S, Yeo R, Ohls R (2015). Erythropoiesis Stimulating Agents Improve Cortical Structure In Former Preterm Infants. Pediatric Academic Society, San Diego, California.

35. Ohls R, Van Meter J, **Phillips JP**, Lowe J, Cannon D, Peceny H, Caprihan A, Peceny S, Gasparovic C (2015). Magnetic Resonance Spectroscopy In Former Preterm Infants Treated With Erythropoiesis Stimulating Agents. Pediatric Academic Society, San Diego, California.

36. Cole C, Petree L, **Phillips JP**, Shoemaker J, Holdsworth M, Helitzer D, (2015). "Ethical Responsibility" or a "Whole Can of Worms": Differences in Opinion on Incidental Finding (IF) Review and Disclosure in NeuroImaging Research from Focus Group Discussions With participants, Parents, IRB Members, Investigators, Physicians and Community Members. Public Responsibility in Medicine and Research, Boston, Massachusetts.

37. Shoemaker J, Rancher C, Petree L, Holdsworth M, **Phillips JP**, Helitzer D, (2016). Health Literacy Challenges Of Returning Neuroimaging Research Finding Radiology Reports In Research. Public Responsibility in Medicine and Research, Anneheim, California.

38.


## National and International Instructional Courses/Invited Speaker

1. Chimarusti J, **Phillips JP.** *Sexuality In Cerebral Palsy: Neuroanatomy, Psychology, and Personal Perspectives*. Instructional Course at the Annual American Academy for Cerebral Palsy and Developmental Medicine Meeting. Washington, DC. September 1999.

2. Dodge N, **Phillips JP**, Kayes K. *Perioperative Care of the Child with Significant Cerebral Palsy.* Instructional Course at the annual American Academy for Cerebral Palsy and Developmental Medicine meeting. Toronto, Ontario, Canada. September 23, 2000.

3. **Phillips JP,** Martinez G. *Pediatric TBI: From Impact Through Rehabilitation*. Instructional course at the Russia/US Joint Conference on Pediatric Rehabilitation: Focus on Children in Institutions. Moscow, Russia, October 12, 2002.

4. Gormley M, **Phillips JP.** *Spasticity Management*. Instructional course at the Russia/US Joint Conference on Pediatric Rehabilitation: Focus on Children in Institutions, Moscow, Russia, October 13, 2002.

5. **Phillips JP.** *Neuroplasticity in Rehabilitation*, Plenary address to Russia/US Joint Conference on Pediatric Rehabilitation: Focus on Children in Institutions, Moscow, Russia, 10-14-02

6. Dodge N, **Phillips JP**, Campbell R. *Developmental Disorders in International Adoptees*. Instructional Course at the annual American Academy for Cerebral Palsy and Developmental Medicine meeting. Montreal, Canada. September 13, 2003.

7. **Phillips JP**. National Faculty, Professional Postgraduate Services: Management of Spasticity in Children with Cerebral Palsy. Lectures given in Boston, Philadelphia, and San Francisco, 2001.

8. **Phillips JP**, Koch P. *Body Weight Supported Treadmill Training for the Pediatric Patient*.

EXHIBIT 1

Invited speaker for instructional course presented at the American Physical Therapy Association national conference, Nashville, Tennessee, February 4, 2004.

9. **Phillips JP**. *Current Issues and Advances in Diagnosis and Management of Young Children with Cerebral Palsy.* Invited speaker for Contemporary Forums national conference: The Young Child with Special Needs. Las Vegas, Nevada, May 6, 2005.

10. **Phillips JP**. Normal and Abnormal Motor Development, Vladivostok Early Intervention Program, Vladivostok, Russia, 2-7-06.

11. **Phillps JP**. Scientific Basis of Early Intervention, Vladivostok Early Intervention Program, Vladivostok, Russia, 2-7-06.

12. **Phillips JP**. *Brain Development: Normal and Abnormal.* Invited speaker for Contemporary Forums national conference: The Young Child with Special Needs. Denver, Colorado, May 12, 2006.

13. **Phillips JP**. *Brain Injury in Infants and Toddlers.* Invited speaker for Contemporary Forums national conference: The Young Child with Special Needs. Denver, Colorado, May 12, 2006.

14. **Phillips JP**. *Current Issues and Advances in Diagnosis and Management of Young Children with Cerebral Palsy.* Invited speaker for Contemporary Forums national conference: The Young Child with Special Needs. Denver, Colorado, May 12, 2006.

15. Stearns, G.  Keenan, K., Stearns, G., **Phillips, J**. Caprihan, A. & Burtner, P. A. *Constraint Induced  Movement Therapy for Children with Hemiplegic Cerebral Palsy.* Instituto de Terapia Ocupacional, Mexico City, Mexico. May, 2006.

16. **Phillips JP**. *Neurologic Emergencies.*  Invited speaker for Contemporary Forums national conference: Hot Topics in Pediatric Primary Care. Jackson Hole, Wyoming, July 22-25, 2007.

17. **Phillips JP**. *CP; What it is, What it isn't, and What to do.*  Invited speaker for Contemporary Forums national conference: Hot Topics in Pediatric Primary Care. Jackson Hole, Wyoming, July 22-25, 2007.

18. **Phillips JP**. *Neurologic Examination.*  Invited speaker for Contemporary Forums national conference: Hot Topics in Pediatric Primary Care. Jackson Hole, Wyoming, July 22-25, 2007.

19. **Phillips JP**. *Current Issues and Advances in Diagnosis and Management of Young Children with Cerebral Palsy.* Invited speaker for Contemporary Forums national conference: Developmental Interventions in Neonatal Care. Las Vegas, Nevada, November 13, 2007.

20. **Phillips JP**. *Neonatal Neuroplasticity; Mechanisms and Possibilities.* Plenary lecture. Invited speaker for Contemporary Forums national conference: Developmental Interventions in Neonatal Care. Las Vegas, Nevada, November 14, 2007.

21. **Phillips JP**. Traumatic Brain Injury. Pilot Club International annual Southwest US regional meeting. Invited keynote speaker, Sheridan Hotel, Albuquerque, 4-14-07.

22. **Phillips JP**. *Diagnosis and Management of Young Children with Cerebral Palsy; An Update.* Invited speaker for Contemporary Forums national conference: Developmental Interventions in Neonatal Care. Las Vegas, Nevada, May 2, 2008.

23. **Phillips JP**. *Brain Development: Normal and Abnormal.* Invited speaker for Contemporary Forums national conference: The Young Child with Special Needs. Las Vegas, Nevada, May 2, 2008.

24. **Phillips JP**. *Neurologic Examination & Neurologic Emergencies.* Invited speaker for National Nurse Practitioner Annual Conference, Keystone, Colorado, July 10, 2008.

25. **Phillips JP**. *Neurologic Case Studies, When to Refer?* Invited speaker for National Nurse Practitioner Annual Conference, Keystone, Colorado, July 11, 2008.

26. **Phillips JP**. Traumatic Brain Injury. Pilot Club International annual Southwest US regional meeting. Invited keynote speaker, Sheridan Hotel, Albuquerque, September 28, 2008.

27. **Phillips JP**. *Neurologic Examination & Neurologic Emergencies.* Invited speaker for

EXHIBIT 1

National Nurse Practitioner Annual Conference, Cooper Mountain, Colorado, July 18, 2009.

28. **Phillips JP**. *New Horizons in Neuroimaging.* Invited speaker for National Nurse Practitioner Annual Conference, Cooper Mountain, Colorado, July 18, 2009.

29. **Phillips JP**. *The World's Greatest Neurologic Exam.*  Invited speaker for Contemporary Forums national conference: Clinical Issues in Pediatrics. Scottsdale, Arizona, October 28, 2009.

30. **Phillips JP**. *Your Child May Die Tonight! Neurologic Emergencies.*  Invited speaker for Contemporary Forums national conference: Clinical Issues in Pediatrics. Scottsdale, Arizona, October 28, 2009.

31. **Phillips JP**. *Neurodevelopmental Disabilities.*  Invited speaker for Contemporary Forums national conference: Clinical Issues in Pediatrics. Scottsdale, Arizona, October 29, 2009.

32. **Phillips JP**. *Cerebral Palsy: Pathophysiology, Intervention and the Role of Neuroimaging*. Invited speaker and Visiting Professor, Sanjay Gandhi Post Graduate Institute of Medical Sciences, Lucknow, India, March 2010.

33. **Phillips JP**. *Neuroembryology and Prematurity*. Plenary Lecture.  Invited speaker for Contemporary Forums national conference: Caring for the High Risk Newborn. San Francisco, California, November 15, 2010.

34. **Phillips JP**. *Emerging Neuromotor Disorders in the Premature Infant.*  Invited speaker for Contemporary Forums national conference: Caring for the High Risk Newborn. San Francisco, California, November 15, 2010.

35. **Phillips JP**. *Brain Development*. Nizhny Novgorod, Russia, USAID/KPMG sponsored early intervention seminar. March 15, 2011.

36. **Phillips JP**. *Developmental Disability Assessment.* Nizhny Novgorod, Russia, USAID/KPMG sponsored early intervention seminar. March 16, 2011.

37. **Phillips JP**. *Early Diagnosis and Treatment of Developmental Disabilities*. Nizhny Novgorod, Russia, USAID/KPMG sponsored early intervention seminar. March 17, 2011.

38. **Phillips JP**. *Examination of Children with Developmental Disabilities*. Nizhny Novgorod, Russia, USAID/KPMG sponsored early intervention seminar. March 18, 2011.

39. **Phillips JP**. *Brain Development, Assessment and Treatment of Children with Developmental Disabilities*. Saint Petersburg, Russia, USAID/KPMG sponsored early intervention seminar. March 21, 2011.

40. **Phillips JP**. *Brain Development, Assessment and Treatment of Children with Developmental Disabilities*. Moscow, Russia, USAID/KPMG sponsored early intervention seminar. March 14, 2011.

41. **Phillips JP**. *Brian Imaging of the High Risk Infant; When, Why and What Will it Tell Us?* Plenary Lecture.  Invited speaker for Contemporary Forums national conference: Caring for the High Risk Newborn. Las Vegas, Nevada, November 14, 2012.

42. **Phillips JP**. *Update on Cerebral Palsy: Perinatal and Neonatal Predictors in High-Risk Newborns.* Concurrent Lecture.  Invited speaker for Contemporary Forums national conference: Caring for the High Risk Newborn. Las Vegas, Nevada, November 14, 2012.

43. **Phillips JP**. *The Amazing Brain: Mechanisms of Injury and Recovery Through Development.* Plenary Lecture. Invited speaker for Contemporary Forums national conference: The Young Child with Special Needs. Las Vegas, Nevada, March 22, 2012.

44. **Phillips JP**. *Cerebral Palsy: Overview of Assessment, Treatment and Pathophysiology.* Preconference Lecture. Invited speaker for Contemporary Forums national conference: The Young Child with Special Needs. Las Vegas, Nevada, March 21, 2012.

45. **Phillips JP**. *Drug Exposed Babies: What Do We Know? What Can We Do?* Breakout Lecture. Invited speaker for Contemporary Forums national conference: The Young Child with Special Needs. Las Vegas, Nevada, March 23, 2012.

46. **Phillips JP**. Assessment and Care For Children With Developmental Disabilities, Naked Heart Russian National Conference on Disability, Moscow, Russia, October 2012.

EXHIBIT 1

47.     **Phillips JP**. *Neuroimaging and Prematurity.* Keynote speaker, The Bowman Symposium in Neonatal Research, 11/29/12, University of Manitoba, Winnipeg, Canada.

48.     Damaraju E, **Phillips JP**, Lowe JR, Van Meter J, Caprihan A. Functional Connectivity in Early Childhood. International Society on Early Intervention Regional Conference. Saint Petersburg, Russia, 7/3/2013.

49.     Maclean P, Caprihan A, **Phillips JP**. Imaging, Intervention and Outcome in Children at Risk. Breakout symposium including: 1) MRI for beginners: overview of new techniques, and 2) Brain structure and physiology in the first years of life. International Society on Early Intervention Regional Conference. Saint Petersburg, Russia, 7/3/2013.

50.     **Phillips JP**. Neuroimaging and Prematurity. Invited speaker for plenary session of Contemporary Forums national conference: The Young Child with Special Needs. New Orleans, LA, 11/7/2013.

51.     **Phillips JP**. The Drug Exposed Newborn. Breakout Lecture. Invited speaker for Contemporary Forums national conference: The Young Child with Special Needs. 11/8/2013.

52.     **Phillips JP**. Traumatic Brain Injury. Invited speaker for Annual Meeting of the Sri Lankan Neurology Association. Colombo, Sri Lanka. 11/25/2013.

53.     **Phillips JP.** Brain Development. An Interdisciplinary Approach to the Diagnosis, Care and Treatment of the High Risk Infant. Annual California Children's Services Early Intervention Conference. 7/18/14. Oakland, California.

54.     **Phillips JP.** The Drug Exposed Infant. An Interdisciplinary Approach to the Diagnosis, Care and Treatment of the High Risk Infant. Annual California Children's Services Early Intervention Conference. 7/18/14. Oakland, California.

55.     **Phillips JP.** Incidental Findings in Research and Clinical Practice. An Interdisciplinary Approach to the Diagnosis, Care and Treatment of the High Risk Infant. Annual California Children's Services Early Intervention Conference. 7/18/14. Oakland, California.

56.     Shahani DN, **Phillips JP**. Overview of Childhood Disability - New Science, New Opportunities, New Futures. 2 Day Breakout Workshop. Third International Conference *Every Child Deserves a Family*, Naked Heart Foundation. Moscow, Russia. October 20/21, 2014.

57.     **Phillips JP.** Pediatric Neurorehabilitation (lectures and case reviews) visiting professorship, Karapitiya Teaching Hospital, Galle, Sri Lanka. March 10, 2015 – April 3, 2015.

58.     **Phillips JP**. Pushing Boundaries; The Science and Art of Caring For Our Most Vulnerable Children. Plenary Presentation, Forth International Conference *Every Child Deserves a Family*, Naked Heart Foundation. Moscow, Russia. October 13, 2015.

59.     Harmon J, Shahani DN, **Phillips JP.** Modern Medical Approaches to the Neurologic Evaluation and Rehabilitative Treatment of Children with Special Needs. 3 day seminar at the Tula Rehabilitation Center. Tula, Russia. October 8 - 10, 2015.

60.     Harmon J, Shahani DN, **Phillips JP.** Modern Medical Approaches to the Neurologic Evaluation and Rehabilitative Treatment of Children with Special Needs. 2 day break-out seminar for medical professionals at the Forth International Conference *Every Child Deserves a Family*, Naked Heart Foundation. Moscow, Russia. October 12 - 13, 2015.

61.     **Phillips JP.** Normal Neuroembryology. The Vulnerable Infant: Assessment & Rehabilitation From Birth to Two Years. Southern Sri Lanka Child Neurology Collaborative. Galle, Sri Lanka. March 28-29, 2016.

62.     Wolfe K, **Phillips JP.** Abnormal Neuroembryology. The Vulnerable Infant: Assessment & Rehabilitation From Birth to Two Years. Southern Sri Lanka Child Neurology Collaborative. Galle, Sri Lanka. March 28-29, 2016.

63.     **Phillips JP.** Neonatal Encephalopathy. The Vulnerable Infant: Assessment & Rehabilitation From Birth to Two Years. Southern Sri Lanka Child Neurology Collaborative. Galle, Sri Lanka. March 28-29, 2016.

EXHIBIT 1

64.    Wolfe K, **Phillips JP.** Cerebral Palsy. The Vulnerable Infant: Assessment & Rehabilitation From Birth to Two Years. Southern Sri Lanka Child Neurology Collaborative. Galle, Sri Lanka. March 28-29, 2016.
65.    **Phillips JP.** Hypotonia. The Vulnerable Infant: Assessment & Rehabilitation From Birth to Two Years. Southern Sri Lanka Child Neurology Collaborative. Galle, Sri Lanka. March 28-29, 2016.
66.    Wolfe K, **Phillips JP.** Neurology of Early Intervention. The Vulnerable Infant: Assessment & Rehabilitation From Birth to Two Years. Southern Sri Lanka Child Neurology Collaborative. Galle, Sri Lanka. March 28-29, 2016.
67.    Tula Training Seminar, Family Centered Evidence Based Care For Children With Cerebral Palsy. Sponsored by Naked Heart Foundation. Tula, Russia. 3-21-17 through 3-24-17.
68.    Tula Training Seminar, Evidence Based Care For Children With Cerebral Palsy. Sponsored by Naked Heart Foundation. Tula, Russia. 3-25-18 through 4-3-18.
69.    Rehabilitation Research Symposium moderator, conducted with support of R21 (building research capacity in Sri Lanka), Colombo, Sri Lanka, 8-13-18.

**Video Projects**
1. Febrile Seizures. *Riley Today*, state-wide video education series. Riley Children's Hospital, University of Indiana, Indianapolis, Indiana 1994.
2. Pediatric Head and Neck Injury. *Pediatric Trauma*, web-based educational series, University of New Mexico Health Science Center Department of Emergency Medicine, 2007.

**Editing**
Carrie Tingley Rehab Review: Science and News In Pediatric Rehabilitation, editor of state-wide educational publication.
*Pediatric Spasticity Management*, spring 1999
*Cerebral Palsy,* summer 1999
*Fun, Fitness and Sports*, winter 1999
*Technology in Rehabilitation*, summer 2000
*Spina Bifida*, summer 2001

**Research/Educational Sabbatical**
Senior Fulbright Scholar University of Peradeniya, Sri Lanka: April 1 – October 1, 2018

**Lectures**
**1992 - 1995**
1. Kluver-Bucy Syndrome. Ramsey Hospital Grand Rounds, January 1992
2. Attention deficit disorder, facts and fantasy.  University of Minnesota Pediatric Neurology Grand Rounds, August 1992
3. Cerebral Palsy. University of Minnesota Physical Therapy Clinical Lecture Series, January 1993, February 1994.
4. Swallowing. University of Minnesota Pediatric Neurology Grand Rounds.  February 1993.
5. Adrenoleukodystrophy.  Visiting Professor. Loyola University. October 1993
6. Antineuronal antibodies.  University of Minnesota Pediatric Neurology Grand Rounds. April 1994
7. Fragile X-syndrome.  Visiting Professor, Ball Memorial Hospital.  February 1995
8. Clinical manifestations of cerebellar disease.  IUPUI Medical Neurobiology Course for 2nd year medical students.  April 1995.

EXHIBIT 1

9.  Headache in children.  Riley Today Video Education Series
10. Fragile X-syndrome and psychopharmacology for the general pediatrician.  University of New Mexico Pediatric Grand Rounds. June 1995.

**1995 - 1996**

11. Fragile X- syndrome and pervasive developmental disorders.  EdMed Indiana teachers conference, October 1995.
12. Pediatric neurologic examination.  Pediatric Resident Lecture Series.  University of Indiana Riley Children's Hospital. March 1996.
13. School failure.  Neurology Resident Lecture Series, University of Indiana.  March 1996.
14. Diseases of the lower motor neuron.  Pediatric Resident Lecture Series, University of Indiana Riley Children's Hospital.  March 1996.
15. Clinical manifestations of cerebellar disease.  IUPUI Medical Neurobiology Course for 2nd year Medical Students.  March 1996.
16. Attention deficit disorder: Does it exist? University of NM Pediatric Grand Rounds. May 1999

**1996 - 1997**

17. Pediatric headaches: Common neurologic problems in children.  Graduate Course in Pediatrics. University of Indiana Riley Children's Hospital. October 1996.
18. Hypoxic ischemic encephalopathy.  Graduate course in neonatology. University of Indiana Riley Children's Hospital. November 1996.
19. Neonatal hypoxic ischemic encephalopathy. Neurology Resident Lecture Series, University. December 1996.
20. Cerebral palsy: pathophysiology, diagnosis and management.  Visiting Lecturer, Union Hospital Grand Rounds. May 1997
21. Ketogenic Diet: fat is good for you.  University of Indiana Pediatric Grand Rounds. May 1997
22. Neurologic examination through development. Riley Child Development Course. April 1997
23. Fragile X syndrome in young children: Issues in medical and educational intervention.  Riley Child Development Video Conference. May 1997.

**1997 - 1998**

24. Dealing with doctors.  Invited panelist, National Lissencephaly Network Meeting.  Indianapolis, Indiana.  August 1997.
25. Neurologic problems in mucopolysacchridoses.  National MPS Conference, Scientific Session for Parents. Indianapolis, Indiana.  September 1997.
26. Spasticity: objective assessment.  University of California, San Diego Department of Neurosciences Grand Rounds. San Diego, California.  October 1997.
27. Spasticity: what to do?  University of Indiana Pediatric Grand Rounds. Indianapolis, Indiana.  November 1997.
28. Recovering minds and educational challenges.  An overview of neurology in the classroom.  Pediatric Rehab Conference, Carrie Tingley Hospital. Albuquerque, New Mexico.  August 1998.
29. Cerebral Palsy - drugs, food and sex.  Rehobeth Medical Center.  Gallup, New Mexico. September 1998.
30. Cerebral Palsy through the years.  Quarterly Medical Staff Meeting.  Regional Health Center, Portales, New Mexico. October 1998.
31. Spasticity. University of NM, Physical Therapy senior class. Albuquerque, New Mexico.  November 1998.

**1998 - 1999**

32. Recovering Minds and Educational Challenges, an Overview of Neurology in the Classroom.  Pediatric Rehabilitation Conference, Carrie Tingley Hospital, University of New Mexico.  August 6, 1998.

EXHIBIT 1

33. Food, Drugs and Sex: Cerebral Palsy Through Development.  Pediatric Grand Rounds, Gallup Indian Health Services.  September 23, 1998.
34. Spasticity: Origins and Treatment.  Physical therapy senior class, UNMHSC.  October 8, 1998.
35. Cerebral Palsy: An Overview for the General Practitioner.  La Casa Clinics In-service, Portales, NM.  October 19,1998.
36. Acquired and Congenital Brain Injury.  Occupational therapy senior class, UNMHSC. November 1998.
37. Overview of Rehab Services in New Mexico.  Las Cruses, NM..  Continuum of Care Lecture series.  January 26, 1999.
38. Cerebral Palsy.  Las Cruses, NM.  Continuum of Care Lecture series.  January 26, 1999.
39. Traumatic Brain Injury.  Orthopedic Conference.  January 1999.
40. Pathophysiology of Traumatic Brain Injury.  Pediatric Grand Rounds, UNMHSC.  January 19, 1999.
41. Traumatic Brain Injury, presenter and moderator.  Three hour lecture seminar for UNMHSC occupational therapy class.  March 1, 1999.
42. Problem Based Learning Facilitator.  Carrie Tingley Hospital.  February 1999.
43. Congenital and Acquired Brain Injury, Albuquerque Academy High School Neuroanatomy Class.  March 22, 1999 and March 24, 1999.
44. Spasticity and Botox in Pediatrics.  Saint Joseph=s pediatric grand rounds.  June 12, 1999.
45. Early Identification and Intervention for Developmental Disabilities.  Roswell monthly medical staff meeting.  Roswell, NM.  May 5, 1999.
46. How much Brain Does a Mind Need?  State Physical Therapy Conference.  April 30, 1999.
47. Oregon Model of Therapy.  State Physical Therapy Conference.  April 30, 1999.
48. Pathophysiology of Traumatic Brain Injury.  State Physical Therapy Conference.  April 30, 1999.
49. Botox in Cerebral Palsy, Pediatric Section Meeting, St. Joseph Northeast Heights Hospital, Albuquerque, New Mexico, June 3, 1999.
50. Botox in the Treatment of Pediatric Spasticity.  UNM Department of Neurology Grand Rounds.  June 4, 1999.

**1999 - 2000**
51. Spasticity and Seizures in Patients with Developmental Delay.  Grand Rounds lecture to Roswell Medical Center.  Continuum of Care Project.  July 14, 1999.
52. Pediatric Neuro Trauma and Neuro Tube Birth Defects.  CNRN Review Course.  July 27, 1999.
53. Pervasive Developmental Disorder.  Annual Carrie Tingley Hospital Education/Rehabilitation Conference.  Nursing/Pharmacy Auditorium.  August 2, 1999.
54. The Brain is Not Dead!  Plasticity and Remolding After Injury.  Annual Carrie Tingley Hospital Education/Rehabilitation Conference.  Nursing/Pharmacy Auditorium.  August 3, 1999.
55. The Amazing Brain: Developmental Changes and Remolding after Injury.  Brain Injury Association of New Mexico, 14th Annual Conference.  September 25, 1999.
56. Developmental Disabilities.  Child Psychiatry Seminar, UNM Department of Psychiatry. October 12, 1999.
57. Traumatic Brain Injury in Childhood.  Annual Conference, Association of School Nursing. October 22, 1999.
58. Neurodevelopment From Birth Through Adolescence.  Lecture to Psychology Residents and Fellows, UNM Department of Psychology.  December 7, 1999.
59. Developmental Disabilities.  Neuroscience Course Block to One and Two Year Physical Therapists and Occupational Therapists.  December 10, 1999.
60. Brain Injury and Plasticity.  Lecture to Psychology Residents and Fellows, UNM Department of Psychology.  December 14, 1999.

EXHIBIT 1

61. Kin Com Research.  Rehabilitation Grand Rounds, Carrie Tingley Hospital.  January 12, 2000.
62. Sequellae of Pediatric Brain Injury: Neuroplasticity to Clinical Outcome.  Presentation at St. Joseph's Rehabilitation Hospital to Physical Therapists, Occupational Therapists, Speech Therapists, Rehab Medicine Physicians and Psychologists.  January 19, 2000.
63. Use of Botulinum Toxin (BOTOX) in the Treatment of Spasticity.  Nursing and Rehab Workshop Outline, CTH Winter Seminar.  January 21, 2000.
64. Traumatic Brain Injury, From Impact to Reintegration, Occupational Therapists Course.  February 28, 2000.
65. Spasticity, Origins and Treatment, Occupational Therapists Course.  February 28, 2000.
66. Neurophysiology and Treatment of Spasticity.  New Mexico State Physical Therapy Association Annual Meeting.  April 14, 2000.
67. Course moderator, Multidisciplinary Approach and Treatment of Spasticity, four hour course for New Mexico State Physical Therapy Association Annual Meeting.  April 14, 2000.

**2000-2001**
68. Seizures in Developmental Disability. Presentation at the Family Practice Resident Seminar, Roswell, NM.  July 12, 2000.
69. Pediatric Neurology, Phase II Medical Students, Department of Pediatrics, UNMSOM, September 13, 2000.
70. Health and Your Body, Escula del Sol Montesorri School, Albuquerque, New Mexico, October 12, 2000.
71. Spasticity: pathophysiology and treatment.  Physical Therapy Course.  UNM School of Physical Therapy, Senior students.  October 26, 2000.
72. Developmental Disabilities.  Occupational and Physical Therapy Course. UNM Senior Physical & Occupational Therapy Students, December 1, 2000.
73. Cerebral Palsy: Pathophysiology & Treatment.  Zuni Public Health Service Hospital, Physician Staff, Zuni, NM, December 6, 2000.
74. Spasticity Assessment and Treatment.  University of Arizona SOM, Dept of Neurology Grand Rounds, Phoenix, AZ, December 8, 2000.
75. The Science of Rehabilitation.  31st Annual Carrie Tingley Hospital Winter Pediatric Musculoskeletal Seminar, Albuquerque, NM, January 19, 2001.
76. The Team Approach to Spasticity Management.  Workshop at the 31st Annual Carrie Tingley Hospital Winter Pediatric Musculoskeletal Seminar, Albuquerque, NM, January 19, 2001.
77. Pediatric Neurology, Phase II Medical Students, Department of Pediatrics, UNMSOM, January 22, 2001.
78. Fits and Starts, Epilepsy in General Practice.  Physician Assistant Program Course. UNM PA Students, January 26, 2001.
79. Understanding Cerebral Palsy, Origins & Management.  Physician Assistant Program Course. UNM PA Students, January 26, 2001.
80. National Faculty, Professional Postgraduate Services: Management of Spasticity in Children with Cerebral Palsy.  February, 2001.
81. TBI: Pathophysiology & Management.  Physician Assistant Program Course. UNM PA Students, February 2, 2001.
82. Concepts and Conundrums in Traumatic Brain Injury.  Occupational Therapy Course. UNM Senior Occupational Therapy Students, February 26, 2001.
83. Traumatic Brain Injury: Pathophysicology.  Occupational Therapy Course. UNM Senior Occupational Therapy Students, February 26, 2001.
84. Traumatic Brain Injury.  Presented at the From Head to Toe 5: A Conference on School Health.  Albuquerque, New Mexico, March 8, 2001.
85. Pediatric Neurology, Phase II Medical Students, Department of Pediatrics, UNMSOM, March 16, 2001.
86. Management of Spasticity in Children with Cerebral Palsy, San Francisco, California,

EXHIBIT 1

Professional Postgraduate Services, June 2001.
87. Management of Spasticity in Children with Cerebral Palsy, Boston, Massachusetts, Professional Postgraduate Services, June 2001.

**2001-2002**
88. Pediatric Neurology, Phase II Medical Students, Department of Pediatrics, UNMSOM, July 30, 2001.
89. Environment and Early Brain Deveopment, Department of Neurology Grand Rounds, UNMHSC, August 31, 2001.
90. Feral Children and Russian Orphans: Brain and the Environment, Department of Pediatrics Grand Rounds, UNMHSC, September 13, 2001.
91. Research Ethics, Undergraduate Ethics Course #402, University of New Mexico, September 25, 2001.
92. Pediatric Neurology, Phase II Medical Students, Department of Pediatrics, UNMSCH, September 28, 2001.
93. Management of Spasticity in Children with Cerebral Palsy, Philadelphia, Pennsylvania, Professional Postgraduate Services, November 2001.
94. Neuroembriology and the Origins of Cerebral Palsy, New Mexico Developmental Disabilities Nursing Association, Albuquerque, NM, 11-9-01.
95. Treatment of Cerebral Palsy—Care Across the Lifespan, New Mexico Developmental Disabilities Nursing Association, Albuquerque, NM, 11-9-01.
96. Neurologic Assessment. Carrie Tingley Hospital/University Hospital staff, Albuquerque, NM, 11-28-01.
97. Neurologic Assessment. Carrie Tingley Hospital/University Hospital staff, Albuquerque, NM, 11-30-01.
98. Pediatric Headaches. Pediatric Resident Lecture Series, Department of Pediatrics, UNMHSC, 12-4-01.
99. Developmental Disabilities. Neurology course 641 to combined physical therapy and occupational therapy senior classes, UNMHSC, 12-7-01.
100. Amphetamine and Recovery in Pediatric TBI. Clinical Research Center NIH Site Visit Research Symposium, 12-12-01, UNMHSC.
101.  Pediatric  Neurology, Phase II Medical Students, Department of Pediatrics, UNMSCH, 12-17-01.
102. Spasticity: Pathophysiology, Assessment and Management, Neurology Update, Santa Fe, New Mexico, 2-15-02.
103. Epilepsy—Concepts and Conundrums. Physician Assistant Class, UNMHSC, 2-18-02.
104. Pediatric  Neurology, Phase II Medical Students, Department of Pediatrics, UNMSCH, 2-22-02.
105. Pathophysiology of Traumatic Brain Injury. PT/OT senior class, UNMHSC, 3-4-02.
106. Spasticity: Pathophysiology, Assessment and Treatment. PT/OT senior class, UNMHSC, 3-4-02.
107. Pediatric  Neurology, Phase II Medical Students, Department of Pediatrics, UNMSCH, 5-13-02.
108. Brain Development and Environmental Experience, Children's Hospital Central California, 6-7-02.

**2002-2003**
109. Pediatric TBI and Amphetamine Research, St Joe's Rehabilitation Hospital, 7-18-02.
110. Pediatric  Neurology, Phase II Medical Students, Department of Neurology, UNMSCH, 7-25-02.
111. Pediatric Traumatic Brain Injury, Department of Neurology Grand Rounds, UNMHSC, 9-20-

EXHIBIT 1

02.

112. Pediatric  Neurology, Phase II Medical Students, Department of Pediatrics, UNMSCH, 9-30-02.

113. Neuroplasticity in Rehabilitation, Plenary address to Russia/US Joint Conference on Pediatric Rehabilitation: Focus on Children in Institutions, Moscow, Russia, 10-14-02.

114. Research Ethics. Facilitated discussion to undergraduate course, *Research Ethics*, UNMHSC, 11-19-02.

115. Pediatric  Neurology, Phase II Medical Students, Department of Pediatrics, UNMSCH, 12-9-02.

116. Russia's Orphans, talk to third grade children, Bandelier Elementary School, Albuquerque, NM, 12-9-02.

117. Russia's Orphans, talk to first grade children, Bandelier Elementary School, Albuquerque, NM, 12-16-02.

118. Pediatric Spasticity Management, Carrie Tingley Hospital Rehabilitation Rounds, 12-11-02.

119. Botulinum Toxin and Baclofen Pump in Spasticity Management, New Mexico Cerebral Palsy Parents Association, 1-9-03.

120. Pediatric  Neurology, Phase II Medical Students, Department of Pediatrics, UNMHSC, 1-17-03.

121. Treadmill Training in Cerebral Palsy, Carrie Tingley Winter Orthopedic Conference, UNMHSC, 1-24-03.

122. Pediatric Neurology: What's Important?, Lecture to Physician's Assistant Program, UNMHSC, 2-12-03.

123. Behavioral and Cognitive Consequences of Traumatic Brain Injury, Clinical Neuroscience Update, Santa Fe, New Mexico, 2-21-03.

124. Pediatric Case Vignettes, Neurology Residents, UNM 3-7-03.

125. From Birdsong to Mozart, a Paradigm Change in Neurorehabilitation, Carrie Tingley Rehabilitation Conference, Albuquerque, New Mexico, 3-7-03.

126. Traumatic Brain Injury, Pathophysiology & Clinical Manifestations, UNMHSC Physical and Occupational Therapy class, Albuquerque, NM, 3-10-03.

127. Diagnostic and Therapeutic Issues in Neurorehabilitation, UNMHSC Physical Therapy class, Albuquerque, NM, 4-21-03.

128. Spasticity: A Team Approach To Assessment And Treatment, UNMHSC Physical Therapy class, Albuquerque, NM, 4-21-03.

129. Traumatic Brain Injury in Adults with Developmental Disabilities. Alliance Services, Clovis, NM, 5-2-03.

130. Neurorehabilitation Research. Explorabilities Therapy Center, Albuquerque, NM, 5-14-03.

131. Pediatric Neurology Overview, Phase II Medical Student Lecture, Department of Pediatrics, UNMHSC, 6-13-03.

**2003-2004**

132. Developmental Disorders in International Adoptees: Causes, Consequences and Possibilities. American Academy of Cerebral Palsy and Developmental Medicine annual meeting, Montreal, Canada, 9-13-03.

133. World's Best Neurologic Examination, Pediatric Housestaff Lecture Series, Department of Pediatrics UNMHSC, 9-19-03.

134. Emerging Hope in Rehabilitation, Southwest Conference on Disability, Weston Hotel, Albuquerque, NM, 10-4-03.

135. Pediatric Advanced Life Support, UNMHSC, Albuquerque, NM, 10-17-03.

136. A Paradigm Shift in Rehabilitation, Albuquerque Public School Research Department Meeting, Albuquerque, NM, 10-23-03.

137. Pediatric Neurorehabilitation, A Shifting Paradigm. Albuquerque Public School Therapists, Valley High School, Albuquerque, NM, 10-27-03.

138. Topics in Neurology, Cerebrospinal Fluid & Lumbar Puncture. Phase II Medical Student

EXHIBIT 1

Neurology Rotation small group tutorial, Dept of Neurology, UNMHSC, 10-30-03.
139. ABC's of fMRI. Dept of Neurology Grand Rounds, UNMHSC, 10-31-03.
140. Pediatric Neurology—Profession and Training. Phase I medical student pediatrics interest group, UNMHSC, 10-31-03.
141. Brain and the Environment: Feral Children and Today's Orphans. Pediatric Housestaff Lecture Series, Department of Pediatrics UNMHSC, 11-17-03.
142. Developmental Disabilities and Epilepsy. ENMRSH (support agency for adults with developmental disabilities), Clovis Community College, Clovis, New Mexico, 11-20-03.
143. Seizures in Children with Special Needs. Mark Twain Elementary School, Albuquerque, New Mexico, 11-25-03.
144. Pediatric Neurology. UNMHSC phase II medical students on neurology rotation, 12-18-03.
145. New Vistas in Rehabilitation. New Mexico Cerebral Palsy Parents Association, Carrie Tingley Hospital, 1-8-04.
146. Localization and Approach to Neurologic Disease. Physician Assistant class, UNMHSC, 2-16-04.
147. Neurologic Examination. UNMHSC phase I medical students small group tutorial, 2-19-04.
148. Diagnostic Delights. Physician Assistant class, UNMHSC, 2-23-04.
149. Spasticity: Pathophysiology and Management. UNMHSC Physical Therapy 2nd year class, 3-4-04.
150. Traumatic Brain Injury: From Impact Through Rehabilitation. UNMHSC Physical Therapy and Occupational Therapy 2nd year class, 3-8-04.
151. Traumatic Brain Injury in Adults with Developmental Disability. ENMRSH (support agency for adults with developmental disabilities), Clovis, New Mexico, 3-12-04.
152. Pediatric Neurology. UNMHSC phase II medical students on pediatric rotation, 3-19-04.
153. Assessment and Treatment of Spasticity. Taos Community Lecture to therapists, teachers and parents, Taos, New Mexico, 3-26-04.
154. New Developments in Pediatric Rehabilitation. Taos Community Lecture to therapists, teachers and parents, Taos, New Mexico, 3-26-04.
155. Neurodevelopmental Disabilities and the Environment. Medically Fragile Caseworker Annual Conference, Center for Development and Disabilitiy, University of New Mexico, 3-31-04.
156. Pediatric Neurology and Brain Plasticity. Albuquerque High School senior classes in psychology & anatomy, 4-2-04.
157. Gait and Treadmill Training in Cerebral Palsy. Department of Neurology Grand Rounds, UNMHSC, 4-16-04.
158. Neurodegenerative Disorders. Neurology resident lecture series, UNMHSC, 4-16-04.
159. Research within the Department of Neurology. Presentation to the UNMHSC Research Advisory Committee, 1-19-04, UNMHSC.
160. Traumatic Brain Injury in Adults with Developmental Disability, part II. ENMRSH (support agency for adults with developmental disabilities), Clovis, New Mexico, 6-4-04.
161. Spasticity Through the Lifespan; Pathophysiology and Treatment. TEASC 10 year anniversery symposium, UNMHSC, 6-11-04.
162. Cerebral Palsy; Is There A Role For Funtional Neuroimaging? MIND Imaging Center seminar series, MIND Imaging Center, Albuquerque, NM, 6-14-04.

**2004-2005**
163. Physiology, Assessment and Treatment of Spasticity in Children with Cerebral Palsy. Carrie Tingley Hospital Rehabilitation Staff Presentation. UNMHSC, 7-1-04.
164. Who's Doing What? Research in the Department of Neurology. Neurology Grand Rounds, UNMHSC, 7-16-04.
165. Functional Neuroimaging in Cerebral Palsy. COBRE Research Lecture Series, UMNHSC, 7-16-04.
166. fMRI, MR Spectroscopy and Intensive Partial Weight Supported Treadmill Training in

EXHIBIT 1

Children with Cerebral Palsy. COBRE preaward project presentation, UNMHSC, 7-23-04.

167. Developmental Disabilities. Neurology Resident Lecture Series, UNMHSC, 8-27-04.

168. Pediatric Neurology. UNMHSC phase II medical students on pediatric rotation, 9-13-04.

169. What is Cerebral Palsy? ENMRSH (support agency for adults with developmental disabilities), Clovis, New Mexico, 9-24-04.

170. Functional Neuroimaging in Pediatric Neurorehabilitation, guest lecturer to UNM undergraduate class: Neuroimaging, Dr Vincent Clark, course director, UNM, 11-4-04.

171. Russian Orphans and Feral Children: environment and the developing brain. New Mexico Developmental Disabilities Nurses Association, annual conference, Albuquerque, New Mexico, 11-12-04.

172. Functional Neuroimaging and Neurorehabilitation: looking in. New Mexico Developmental Disabilities Nurses Association, annual conference, Albuquerque, New Mexico, 11-12-04.

173. Traumatic Brain Injury: From Impact to Reintegration, UNM Family Practice Resident lecture series, Roswell, NM, 11-17-04.

174. Epilepsy; From Pathophysiology to Treatment. ENMRSH (support agency for adults with developmental disabilities), Clovis, New Mexico, 1-7-05.

175. TBI and Shaken Baby Syndrome (does it really exist?). New Mexico School for the Visually Handicapped, Albuquerque, New Mexico, 1-10-05.

176. Pediatric Neurology. UNMHSC phase II medical students on neurology rotation, 1-27-05.

177. Complimentary and Alternative Treatment for Cerebral Palsy; what's the evidence? UNM Dept of Neurology Grand Rounds, UNMHSC, 2-11-05.

178. The Kazan Project. UNM International Task Force Lecture Series. UNM, 2-17-05.

179. Traumatic Brain Injury: Pathophysiology & Rehabilitation. UNMHSC Physical Therapy and Occupational Therapy 2nd year class, 2-21-05.

180. Spasticity: Pathophysiology and Management. UNMHSC Physical Therapy and Occupational Therapy 2nd year class, 2-21-05.

181. Approach to Neurologic Problems in Clincal Practice. Physician Assistant class, UNMHSC, 2-21-05.

182. Neurodevelopmental Disabilities. Phase I medical student class, UNMHSC, 3-16-05.

183. Alternative Treatment in Medicine and Evidence Based Practice. Special Education Graduate Colloquium, UNM Dept of Education, 3-29-05.

184. Traumatic Brain Injury. Neurology Resident Lecture Series, UNMHSC, 5-10-05.

185. Feral Children and Developmental Neurology, TEASC Program, UNMHSC, 5-12-05.

186. Caring for Children with Special Needs: From Science to Society, Kazan State Medical University, Kazan, Tartarstan, Russia, 6-9-05.

187. Rehabilitation Service Delivery in the US, Kazan State Medical University, Kazan, Tartarstan, Russia, 6-9-05.

188. Evidence Based Treatment for Children with Cerebral Palsy, Kazan State Medical University, Kazan, Tartarstan, Russia, 6-9-05.

189. Caring for Children with Special Needs: From Science to Society, Ministry of Social Welfare, Kazan, Tartarstan, Russia, 6-10-05.

190. Rehabilitation Service Delivery in the US, Ministry of Social Welfare, Kazan, Tartarstan, Russia, 6-9-05.

191. Caring for Children with Special Needs: From Science to Society, Republican Children's Hospital, Kazan, Tartarstan, Russia, 6-13-05.

192. Caring for Children with Special Needs: From Science to Society, Derbyshkinsky Orphanage, Kazan, Tartarstan, Russia, 6-14-05.

193. Cerebral Palsy: From Shakespeare to Spectroscopy. Aprel Rehabilitation Center, Kazan, Tartarstan, Russia, 6-15-05.

194. Caring for Children with Special Needs: From Science to Society, Institute for Education Specialists, Kazan, Tartarstan, Russia, 6-16-05.

195. Models of Deinstitutionalization: Global Perspectives, 6-16-05, Institute for Education Specialists Kazan, Tartarstan, Russia, 6-14-05.

EXHIBIT 1

**2005-2006**

196. Pediatric Neurology, Headaches, Seizures & Tics. UNMHSC phase II medical students on neurology rotation, 8-11-05.

197. Drugs, Exercise and Neuroimaging: The Future of Pediatric Rehabilitation. Department of Pediatrics Grand Rounds, UNMHSC, 9-1-05.

198. Developmental Rehabilitation; How to Rebuild a Broken Brain. Psychology Internship Neuroscience Seminar, UNMHSC, 9-27-05.

199. CSF. Topics in Neurology, lecture to phase II medical students on neurology rotation, UNMHSC, 9-28-05.

200. Pediatric Neurology; Congenital Malformation, Cerebral Palsy and Traumatic Brain Injury. UNMHSC phase II medical students on pediatric rotation, 10-5-05.

201. Functional Neuroimaging in Rehabilitation: Practical Aspects. Psychology 450/650, University of New Mexico, 10-10-05.

202. Brain Reorganization in Congenital Hemiplegia. UNM Department of Neurology Grand Rounds, 10-21-05.

203. Neurology is Exciting! Albuquerque High School Senior Honors Class, 10-28-05.

204. Traumatic Brain Injury in Children. Physical Therapy Doctoral Program, University of Utah, 11-21-05.

205. Cerebral Palsy. UNM Department of Family Practice Grand Rounds series, 11-30-05.

206. Neonatal Neurology Examination and Brachial Plexopathies. UNM Neurology Resident Lecture Series, 12-2-05.

207. Recent Advances in Neurorehabilitation for Children with Cerebral Palsy. Cerebral Palsy Parents Association of New Mexico. 1-12-06.

208. Cerebral Palsy: From Shakespeare to Spectroscopy, It Takes a Village. Lovelace Sandia Health System Child Health Lecture Series, 1-13-06.

209. Traumatic Brain Injury: Pathophysiology & Rehabilitation. UNMHSC Physical Therapy and Occupational Therapy 2nd year class, 2-20-06.

210. Spasticity: Pathophysiology and Management. UNMHSC Physical Therapy and Occupational Therapy 2nd year class, 2-20-06.

211. Pediatric Neurology for the General Practitioner, UNMHSC Physician Assistant Class, 2-27-06.

212. Pediatric Neurorehabilitation Update, ExplorAbilities Therapy Center, Albuquerque, New Mexico, 3-9-06.

213. Neurodevelopmental Disabilities. Phase I medical student class, UNMHSC, 3-14-06.

214. Pediatric Neurology; Seizures, Headaches and Tics. Phase II medical students, UNMHSC 3-17-06.

215. Effect of Constraint Induced  Movement Therapy on Functional Skills  of Children with Hemiplegic Cerebral Palsy. Burtner, P. A.  Martin. A., Keenan, K., Stearns, G., Caprihan, A. & Phillips, J. "Grand Rounds, Department of Pediatrics, University of New Mexico School of Medicine. March 2006.

215. Pediatric Neurorehabilitation, Spasticity and Constraint Induced Therapy for Cerebral Palsy. Albuquerque Public School System lecture series to district physical and occupational therapists, Albuquerque Public School Administrative Building, 4-10-06.

**2006-2007**

216. Traumatic Brain Injury: Pathophysiology & Rehabilitation. UNMHSC PT/OT 2nd year class, 10-5-06.

217. Pediatric Neurology; Congenital Malformation, Cerebral Palsy and Traumatic Brain Injury. UNMHSC phase II medical students on pediatric rotation, 10-9-05.

218. Constraint Induced Movement Therapy, national web-lecture for American Academy of Cerebral Palsy and Developmental Medicine, Burtner PA and Phillips JP, 10-10-06.

219. Pediatric Neurology is Terrific! Lecture to Albuquerque High School advanced placement

EXHIBIT 1

senior class, 10-27-06.

220. Pediatric NeuroImaging. Psych 650/450 (graduate/senior undergraduate course), UNM 11-9-06.

221. Seizures, Headaches and Tics, Pediatric Neurology lecture series to phase II medical students, UNMHSC 11-10-06.

222. Seizures, Headaches and Tics, Pediatric Neurology lecture series to phase II medical students, UNMHSC 1-12-07.

223. Functional Neuroimaging in Rehabilitation. UNMHSC Occupational Therapy 2nd year class, 2-9-07.

224. Pediatric TBI. Pathophysiology & Rehabilitation. UNMHSC Physical Therapy 2nd year class, 2-20-07.

225. Developmental Disabilities. UNM Phase I medical class, 3-13-07.

226. Brain Development. UNM Department of Pediatrics Grand Rounds, 3-20-07.

227. Traumatic Brain Injury. Pilot Club International annual Southwest US regional meeting featured speaker, Sheridan Hotel, Albuquerque, 4-14-07.

228. Spasticity: Pathophysiology, Asssessment and Treatment, a Team Approach. Southwest NeuroImmunology Conference, Albuquerque, 4-28-06.

229. Cerebral Palsy: Neurobiology, Neurorehabilitation, Nonsense. National Developmental Disabilities Nurses Association annual conference, Albuquerque, 5-7-07.

230. Neurorehabilitation and Neuroimaging in Cerebral Palsy. Human Brain Development Symposium. MIND Institute, Albuquerque, 5-9-07.

231. Pediatric Neurology; Congenital Malformations, Cerebral Palsy and Traumatic Brain Injury. UNMHSC phase II medical students on pediatric rotation, 5-18-07.


**2007-2008**

232. Diffusion Tensor Imaging; More Than a Pretty Picture. Department of Neurology Grand Rounds, UNM, 7-6-07.

233. Pediatric Neurology; Seizures, Headaches and Tics. Phase II medical students, 9-7-07.

234. Neonatal Neurology Examination and Brachial Plexopathies. UNM Neurology Resident Lecture Series, 10-5-07

235. Traumatic Brain Injury: Pathophysiology & Rehabilitation. UNMHSC Occupational Therapy 2nd year class, 10-8-07.

236. Neuroscience is Fun! Presentation to Albuquerque High School Advanced Placement Class, Albuquerque, 11-19-07.

237. Cerebral Palsy: Diagnosis, Management & the Future. Kazan Children's Hospital Department of Neurology & Neurosurgery, Kazan, Russia. 12-4-07.

238. Neurodevelopment and Neuroimaging Research. Kazan Children's Hospital Department of Neurology & Neurosurgery, Kazan, Russia. 12-5-07.

239. Why Early Intervention? Kazan Ministry of Social Welfare, Kazan, Russia. 12-6-07.

240. US History of Disability Legislation and Social Change. Kazan Ministry of Social Welfare, Kazan, Russia. 12-6-07.

241. Normal Brain Development. Kazan Early Intervention Program, Aprel Center, Kazan, Russia. 12-7-07.

242. Abnormal Brain Development. Kazan Early Intervention Program, Aprel Center, Kazan, Russia. 12-7-07.

243. Brain Injury, Causes and Consequences. Kazan Early Intervention Program, Aprel Center, Kazan, Russia. 12-8-07.

244. Motor Development. Kazan Early Intervention Program, Aprel Center, Kazan, Russia. 12-8-07.

245. CP: What it is, What it isn't, What to do. Kazan Early Intervention Program, Aprel Center, Kazan, Russia. 12-10-07.

246. CP Evaluation, The Team Process. Kazan Early Intervention Program, Aprel Center,

EXHIBIT 1

Kazan, Russia. 12-11-07.

247. Neuroimaging and the Future. Montezuma Gradeschool 4th grade advanced placement class. Mind Research Network, Albuquerque, New Mexico. 1-24-08.

248. Seeing Vision. New Mexico early childhood vision therapists, Mind Research Network, Albuquerque, New Mexico. 1-24-08.

249. Cerebral Palsy. UNM Masters in Public Health lecture series. 1-29-08.

250. Pediatric Neurology; A Case Based Approach. UNM Physician Assistant Program, 2-18-08.

251. Traumatic Brain Injury and New Research Directions. UNM Physical Therapy Masters Program, 2-25-08.

252. Neuroimaging in Rehabilitation. UNM Occupational Therapy PhD Program, 4-15-08.

253. Frankenstein; panel discussion on neuro-engineering. UNM, Albuquerque, New Mexico, 4-28-08.

254. Pediatric Neurology; Seizures, Headaches and Tics. Phase II medical students. 5-23-08.

**2008-2009**

255. Research Ethics. Department of Neurology Grand Rounds series, University of New Mexico, 7-25-08.

256. This is your brain and this is how it got there: developmental neuroanatomy. New Mexico School for the Blind and Visually Impaired therapist symposium, New Mexico Garden Center lecture hall, 8-14-08.

257. What is cerebral palsy and how does it affect vision? New Mexico School for the Blind and Visually Impaired therapist symposium, New Mexico Garden Center lecture hall, 8-14-08.

258. Cerebral Palsy; What it is, what it isn't and what to do. Update and Advances in Neurology 2008, Continuing medical education University of New Mexico conference, 9-5-08.

259. Pediatric Neurology; Seizures, Headaches and Tics. Phase II medical students. 10-3-08.

260. Pediatric Neurology; Congenital Malformations, Cerebral Palsy and Traumatic Brain Injury. UNMHSC phase II medical students on pediatric rotation, 10-6-08.

261. Pediatric Neurology; A Case Based Approach. UNM Physician Assistant Program, 2-9-09.

262. Vision and Cerebral Palsy: Hope for the Future; Association for Education and Rehabilitation for the Blind and Visually Impaired regional annual conference, Albuquerque, New Mexico, 2-13-09.

263. Traumatic Brain Injury and New Research Directions. UNM Physical Therapy & Occupational Therapy Doctorial Program, 3-4-09.

264. Current Neuroimaging Research. National Alliance on Mental Illness (NAMI) city meeting, Albuquerque, New Mexico 3-10-09.

265. Pediatric Neuroimaging Research. Mind Research Network, 4-1-09.

266. Cerebral Palsy: What it is, what it isn't, what to do. New Mexico Medically Fragile case manager annual meeting. 4-15-09.

267. The Cost of Prematurity. Department of Neurology Grand Rounds, UNM, 5-15-09.

268. Pediatric Neurology; Seizures, Headaches and Tics. Phase II medical students. 7-10-09.

269. New Horizons in Neuroimaging, National Nurse Practitioner Annual Conference, Cooper Mountain, Colorado, July 18, 2009.

270. Neurologic Examination and Emergencies, National Nurse Practitioner Annual Conference, Cooper Mountain, Colorado, July 18, 2009.

271. Pedaitric Neurology; Congenital Malformations, Cerebral Palsy, Traumatic Brain Injury. Phase II medical students, July 29, 2009.

**2009-2010**

272. History of neuroimaging. OASIS Fall Semester Continuing Education, Albuquerque, November 20, 2009.

273. History of neuroimaging part II. OASIS Fall Semester Continuing Education, Albuquerque, December 7, 2009.

EXHIBIT 1

274. Pediatric Neurology; Congenital Malformations, Cerebral Palsy and Traumatic Brain Injury. UNMHSC phase II medical students on pediatric rotation, 1-13-10.

275. Cerebral Palsy, What it is, what it isn't, what to do. Invisions, New Mexico Telehealth education program, 2-12-10.

267. Neuroimaging developmental research and prematurity. Neuroscience Grand Rounds, UNM, 4-15-10.

268. Cerebral palsy Overview. New Mexico public school nurses, telemedicine presentation through the Center for Development and Disability, 4-29-10.

269. Neuroimaging and occupational therapy. Occupational therapy masters class students, UNM, 4-27-10.

**2010-2011**

270. Cerebral Palsy: pathophysiology, assessment and treatment. Neurology residents and medical students, UNM, 9-3-10.

271. Developmental Disabilities. State Medically Fragile Program nurses annual meeting, Center for Development and Disability, UNM, 10-1-10.

272. Brain Injury in Young Children and Impact on Vision. New Mexico School for the Blind and visually handicapped, annual state meeting, 10-18-10.

273. Traumatic Brain Injury: From impact to recovery. Physical therapy class, UNM 11-11-10.

274. Early Cortical Development. UNM Neurology Grand Rounds. UNM, 12-10-10.

275. Developmental Disabilities. UNM 1st year medical school class, 2-15-11.

276. Traumatic Brain Injury and Occupational Therapy Rehabilitation, UNM Occupational therapy masters class, UNM 2-21-11.

277. Neuroimaging and Rehabilitation Research, UNM Occupational therapy masters class, UNM 4-26-11.

**2011-2012**

278. Neuroembryology, UNM Early Intervention and Newborn Follow up Team lecture series, UNM 7-29-11.

279. The Hypotonic Infant. UNM Neurology Resident Lecture Series, 8-17-11.

280. Traumatic Brain Injury and New Research Directions. UNM Physical Therapy Doctorial Program, 11-10-11.

281. The Man Who Knew Too Much – Incidental Findings and Research Ethics. UNM Neuroscience Grand Rounds. 12-9-11.

282. Challenges in Clinical and Research Ethics. UNM Department of Pediatrics Grand Rounds. 2-9-12.

283. *The Amazing Brain: Mechanisms of Injury and Recovery Through Development.* Plenary Lecture. Invited speaker for Contemporary Forums national conference: The Young Child with Special Needs. Las Vegas, Nevada, March 22, 2012.

284. *Cerebral Palsy: Overview of Assessment, Treatment and Pathophysiology.* Preconference Lecture. Invited speaker for Contemporary Forums national conference: The Young Child with Special Needs. Las Vegas, Nevada, March 21, 2012.

285. *Drug Exposed Babies: What Do We Know? What Can We Do?* Breakout Lecture. Invited speaker for Contemporary Forums national conference: The Young Child with Special Needs. Las Vegas, Nevada, March 23, 2012.

286. Traumatic Brain Injury and Neurorehabilitation. UNM Occupational Therapy Doctoral Program, March 26, 2012.

287. The Man Who Knew Too Much: The Vexing Problem of Incidental Findings in Research and Clinical Medicine. UNM Neuroscience Symposium, March 31, 2012.

288. Ethical Issues in Research. Mind Research Network, April 12, 2012.

289. Cerebral Palsy: Pathology and Treatment. Continuum of Care State Nursing Symposium, May 11, 2012.

EXHIBIT 1

290. Ethical Issues in Disability Care. Continuum of Care State Nursing Symposium, May 11, 2012.

**2012-2013**

291. Summer Neuroscience Program Introductory Lecture: Neuroembryology and NeuroImaging. 6-11-12, Mind Research Network.

292. Physician Assistant School Panel Discussion – Life in Medicine. 7-12-12, UNM.

293. Brain Development From Conception to Kindergarten. UNM Psychiatry resident lecture series. 9-21-12.

294. Traumatic Brain Injury for the Physical Therapist. UNM Physical Therapy Doctorial Program, 10-25-12.

295. *Brian Imaging of the High Risk Infant; When, Why and What Will it Tell Us?* Plenary Lecture.  Invited speaker for Contemporary Forums national conference: Caring for the High Risk Newborn. Las Vegas, Nevada, November 14, 2012.

296. *Update on Cerebral Palsy: Perinatal and Neonatal Predictors in High-Risk Newborns.* Concurrent Lecture.  Invited speaker for Contemporary Forums national conference: Caring for the High Risk Newborn. Las Vegas, Nevada, November 14, 2012.

297. Assessment and Care For Children With Developmental Disabilities, Naked Heart Russian National Conference on Disability, Moscow, Russia, October 2012.

298. Neuroimaging after prematurity. Bowman Keynote Address, University of Manitoba, Winnipeg, Canada, 11-29-12.

299. Drug Babies. UNM Department of Neurology Grand Rounds, 2-1-13.

300. Traumatic Brain Injury and Rehabilitation. UNM Occupational Therapy Doctoral Program, 4-15-13.

301. Multidisciplinary Collaboration for Diagnostic Assessment. Graduate class, UNM. 4-23-13.

302. Ask A Neurologist: Rehabilitation Issues and Case Presentation. Carrie Tingley Hospital In-service, 4-24-13.

**2013-2014**

303. Neuroimaging Overview. Oasis Institute Lecture Series, 7-29-13.

304. Traumatic Brain Injury Overview. UNM Neurology Resident Lecture series, 8-14-13.

305. Rehabilitation and Pediatric Traumatic Brain Injury. UNM Physical Therapy Doctoral Program. 10-24-2013.

306. Neuroimaging and Prematurity. Invited speaker for plenary session of Contemporary Forums national conference: The Young Child with Special Needs. New Orleans, LA, 11/7/2013

307. The Drug Exposed Newborn. Breakout Lecture. Invited speaker for Contemporary Forums national conference: The Young Child with Special Needs. 11/8/2013

308. Traumatic Brain Injury. Invited speaker for Annual Meeting of the Sri Lankan Neurology Association. Colombo, Sri Lanka. 11/25/2013

309. Science of Early Intervention for Children with Cerebral Palsy. New Mexico Cerebral Palsy Parents Association monthly meeting, Carrie Tingley Hospital, 1/9/2014.

310. Cerebral Palsy; Medical Management and Early Intervention. Carrie Tingley Hospital Winter Symposium, 1/24/2014.

311. CP Overview and History, Adult Special Needs Clinical Team, 2/27/2014.

312. Overview of Neuroimaging. Clinical and Translational Science Center Master's Program in Clinical Research Lecture Series. UNM, 3/17/2014.

313. Traumatic Brain Injury and Rehabilitation Approaches. Occupational Therapy Program, UNM, 4/7/2014.

**2014-2015**

EXHIBIT 1

314. Brain Development. An Interdisciplinary Approach to the Diagnosis, Care and Treatment of the High Risk Infant. Annual California Children's Services Early Intervention Conference. 7/18/14. Oakland, California.

315. The Drug Exposed Infant. An Interdisciplinary Approach to the Diagnosis, Care and Treatment of the High Risk Infant. Annual California Children's Services Early Intervention Conference. 7/18/14. Oakland, California.

316. Incidental Findings in Research and Clinical Practice. An Interdisciplinary Approach to the Diagnosis, Care and Treatment of the High Risk Infant. Annual California Children's Services Early Intervention Conference. 7/18/14. Oakland, California.

317. Spasticity Assessment, Pathophysiology, Treatment. Physical Therapy Doctoral Class,10-7-14, UNM.

318. Multidisciplinary Assessment of Child with Developmental Disabilities. Co-presented with Dr Campbell (neuropsychology), UNM Masters Class in Neurodiagnostics, 10-13-14, UNM.

319. Brain Development and Drug Exposure. The Amazing Newborn regional neonatal conference, University of New Mexico, 11-7-2014.

320. Cerebral Palsy; Treatment Options. ECHO telemedicine education project, 1-20-15, University of New Mexico.

321. Developmental Disabilities. UNM 1st year medical school class, 2-5-15.

322. Morality, Incidental Findings and the Von Economo Neuron. UNM Neuroscience Grand Rounds, 2-6-15.

323.  Spasticity; pathophysiology, assessment and treatment. Neurology clinic nursing staff. 4/29/15.

**2015-2016**

324. Ethics of incidental finding disclosure. Clinical and Translational Science Center Master's Program in Clinical Research Lecture Series. UNM, 6/3/2015.

325. Pushing Boundaries; The Science and Art of Caring For Our Most Vulnerable Children. Plenary Presentation, Forth International Conference *Every Child Deserves a Family*, Naked Heart Foundation. Moscow, Russia. October 13, 2015.

325. Brain Development. Tula Rehabilitation Center, Tula, Russia. October 8, 2015.

326. Motor System Development, Assessment and Treatment. Tula Rehabilitation Center, Tula, Russia. October 9, 2015.

327. Brain Development. 4th Naked Heart Forum, Moscow, Russia. October 12, 2015.

328. Motor System Development, Assessment and Treatment. Tula Rehabilitation Center, Tula, Russia. October 13, 2015.

329. MRI for Dummies. New Mexico School for the Blind and Visually Impaired. Albuquerque, New Mexico. October 26, 2015.

330. **Phillips JP.** Normal Neuroembryology. The Vulnerable Infant: Assessment & Rehabilitation From Birth to Two Years. Southern Sri Lanka Child Neurology Collaborative. Galle, Sri Lanka. March 28-29, 2016.

331. Wolfe K, **Phillips JP.** Abnormal Neuroembryology. The Vulnerable Infant: Assessment & Rehabilitation From Birth to Two Years. Southern Sri Lanka Child Neurology Collaborative. Galle, Sri Lanka. March 28-29, 2016.

332. **Phillips JP.** Neonatal Encephalopathy. The Vulnerable Infant: Assessment & Rehabilitation From Birth to Two Years. Southern Sri Lanka Child Neurology Collaborative. Galle, Sri Lanka. March 28-29, 2016.

333. Wolfe K, **Phillips JP.** Cerebral Palsy. The Vulnerable Infant: Assessment & Rehabilitation From Birth to Two Years. Southern Sri Lanka Child Neurology Collaborative. Galle, Sri Lanka. March 28-29, 2016.

334. **Phillips JP.** Hypotonia. The Vulnerable Infant: Assessment & Rehabilitation From Birth to

EXHIBIT 1

Two Years. Southern Sri Lanka Child Neurology Collaborative. Galle, Sri Lanka. March 28-29, 2016.

335. Wolfe K**, Phillips JP.** Neurology of Early Intervention. The Vulnerable Infant: Assessment & Rehabilitation From Birth to Two Years. Southern Sri Lanka Child Neurology Collaborative. Galle, Sri Lanka. March 28-29, 2016.

336. Neuroimaging & Rehabilitation. Occupational Therapy Program, UNM, 4/20/2016.

337. Traumatic Brain Injury and Rehabilitation. Occupational Therapy Program, UNM, 4/25/2016.

338. From Babies To Bikers: The Epo Story. Neurology Grand Rounds, UNM 4/15/2016.


**2016-2017**

339. Cerebral Palsy: Overview. Physician education seminar, Tula Rehabilitation Institute Physician Team, Seminar at UNM for physician team from Tula, Russia. 9-7-2016.

340. Tone Management: Pathophysiology, Assessment and Treatment. Physician education seminar, Tula Rehabilitation Institute Physician Team, Seminar at UNM for physician team from Tula, Russia. 9-7-2016.

341. MRI In The Newborn ICU. 25th annual Amazing Newborns conference, University of New Mexico, 11-4-2016.

342. Neuroimaging in Rehabilitation. Occupational Therapy Program, University of New Mexico, 1-25-2017.

343. Neurorehabilitation for Children with Cerebral Palsy. Live Webinar, Naked Heart Foundation, Moscow, Russia, 3-19-17.

344. Evidence Based Care for Children with Cerebral Palsy. Tula, Russia. 3-20-17.

345. Tula Training Seminar, Family Centered Evidence Based Care For Children With Cerebral Palsy. Tula, Russia. 3-21-17 through 3-24-17.

346. Sports Concussion Neurophysiology, Pediatric Neurology Division Seminar, University of New Mexico, 3-29-17.

347. Pediatric TBI. Occupational Therapy Program. University of New Mexico, 4-24-17.

**2017-2018**

348. Dealing With Doubt: Epistemology As The Central Issue Regarding Incidental Findings – Background And A Way Forward. Research University for the UNM Institutional Review Board, 6-9-17, University of New Mexico.

349. Evidence Based Approach to Caring for Children with Cerebral Palsy. Naked Heart Foundation Webinar, 3-25-18. Moscow, Russia.

350. Caring for Children with Cerebral Palsy: An Evidence Based Approach. Naked Heart Foundation Conference, 3-26-18. Tula, Russia.

351. SMART Goals in Rehabilitation. Sirimavo Children's Hospital, resident and allied health presentation, University of Peradeniya, Sri Lanka, 4-17-18.

352. From Tribe to Pride. American Corner Kandy Public Library, high school student discussion regarding transcultural issues. Kandy, Sri Lanka, 4-27-18.

353. Normal Child Development. University of Peradeniya School of Allied Health (physical therapy class), Sri Lanka, 5-18-18.

354. Cerebral Palsy and Developmental Abnormalities. University of Peradeniya School of Allied Health (physical therapy class), Sri Lanka, 5-18-18.

355. Alcohol and The Amazing Brain. Keynote presentation for the annual University of Peradeniya Faculty Club meeting, Sri Lanka, 5-18-18.

356. Neurologic Examination, University of Peradeniya School of Allied Health (nursing class), Sri Lanka, 5-24-18.

357. Common Disorders in Neurology, University of Peradeniya School of Allied Health (nursing class), Sri Lanka, 5-24-18.

EXHIBIT 1

**2018-2019**

358. Scientific Basis of Early Intervention, Karapitiya Hospital rehabilitation team, Galle, Sri Lanka, 6-20-18.

359. Neurology of Learning, Stamford College (high school) students and faculty, Kandy, Sri Lanka, 7-10-18.

360. Normal Child Development: When to Worry, What to Do, Why to Do It. Fulbright Commission, Colombo, Sri Lanka, 7-11-18.

361. Developmental Delay: Neurologic Examination & Workup. Pediatric residents, Karapitiya Hospital, Galle, Sri Lanka, 7-31-18.

362. Developmental Regression: Neurologic Examination & Workup.  Pediatric residents, Karapitiya Hospital, Galle, Sri Lanka, 9-5-18.

363. Cerebral Palsy Assessment and Treatment. Karapitiya Hospital Pediatric Grand Rounds, faculty and housestaff of Karapitiya Department of Pediatrics, Galle, Sri Lanka, 9-6-18.

364. Cerebral Palsy Neurology and Early Screening. New Mexico State Legislative Health and Human Services Committee, Santa Fe State Capital, New Mexico, October 11, 2018.

**Awards**

University of New Mexico International Excellence Award 2005-2006
Albuquerque Magazine "Best Doctors" every year since 2004
"Best Doctors in America" elected 2007
Who's Who in America elected 2008
New Mexico American Red Cross Real Hero Award 2011
Neurology Medical Student Teaching Award 2011

**Editorial Boards**

Pediatric Neurology—2010 - present

**Ad Hoc Journal Review**

Child Neurology – 1998
Stroke – 2002, 2003
Neuropediatrics – 2007
Pediatric Neurology – 2007 to present
Headache—2009
Journal of Pediatric Neurology – 2011
Cochrane Reviews – 2011, 2016
Pediatrics – 2012
Early Human Development – 2012
Anesthesiology – 2014
PLOS One – 2015
Developmental Cognitive Neuroscience – 2017
Journal of Clinical Endocrinology and Metabolism – 2017
Scientific Research Publishing - 2018

**Grant Review**

Canadian Institute of Health Research grant reviewer – 2007
US Department of Education, Traumatic Brain Injury Model Systems Grant Review Panel - 2007

EXHIBIT 1

**Student Mentoring (partial list)**

1996, 1997—Robert  Cynar, medical student adviser, Indiana University.
1996—Joanne Bacon, medical student research paper adviser, Indiana University.
2000—Mentor for Ronald E. McNair Scholars Program, Fauzia Malik, UNM.
2001—Mentor for Ronald E. McNair Scholars Program, Jerriene Cordova, UNM.
2001/2002—Dissertation Committee Member, Elizabeth Phillips, masters program occupational
        therapy, UNMHSC.
2001/2002—Dissertation Committee Member, Andrew Schlosser, masters program
occupational therapy, UNMHSC.
2001/2003—Dissertation Committee Member, David Weers, PhD program experimental
        neuropsychology, UNM.
2002/2003—Thesis Committee Member, Anna Martin, masters program physical therapy,
        UNMHSC.
2001/2003—Thesis Committee Member, Amee Turner, masters program occupational therapy,
        UNMHSC.
2003—Dissertation Committee Member, Debra Stibick , PhD program clinical psychology,
        UNM.
2003/2004—Dissertaton Committee Member, Filpe Rivera, masters program occupational
        therapy, UNMHSC.
2004/2006—Dissertation Committee Member, Paul Lesnik, PhD clinical psychology, UNM.
2004/2005—Medical student research mentor, Jason Mudd, UNM
2005—2009—Medical student research mentor, Nika Aljinovic, UNM
2005/2006—Dissertation Committee Member, Ginny Stearns, masters program occupational
        therapy, UNMHSC
2005/2006—Dissertation Committee Member, Kristina Gurule, masters program occupational
        therapy, UNMHSC
2007—2010—Medical student research mentor, Cuoghi Edens, UNM
2008—Dissertation Committee Member, Sarah McMillan, masters program occupational
        therapy, UNMHSC
2009—Antonio Vazquez, MD faculty advisor for pediatric neurology fellowship program, UNM
2011—Dissertation Committee Member, Zhen Yang, UNM Department of Psychology PhD
        program.
2012 - 2014 – Tenure Committee, Dr Sarah Feldstein-Ewing, UNM Honors College
2011-2013—Dave Shahani MD, faculty advisor during pediatric training
2012-2014—Joseph Harmon MD, faculty advisor during pediatric training
2013-2015—Kathy Wolfe MD, faculty advisor during pediatric training
2015 – Dave Shanani MD, faculty advisor resident research project: MR Spectroscopy in
        Neonatal Opiate Exposure

**Administrative Responsibilities**

| | |
|---|---|
| Director, UNM Division of Child Neurology | 2010 to present |
| Medical Director, Mind Research Network | 2006 to present |
| Member, Clinical and Translational Science Center   Advisory Board, UNMHSC | 2007 to 2012 |
| Member, Signature Research Program in Child Health   Steering Committee | 2007 to 2010 |
| Senior Leadership Committee, Dept of Neurology | 2013 to present |
| Pediatric Neurology Residency Program Director | 2014 to 2016 |
| Member, Human Research Review Committee, UNMHSC | 2007 to 2012 |
| Member, Research Advisory Committee, UNMHSC | 2003 to 2006 |

EXHIBIT 1

| | |
|---|---|
| Director Pediatric Rehabilitation Carrie Tingley Hospital | 1998 to 2003 |
| Conference Co-Chairman, Russia/US Joint Pediatric Rehabilitation 2002 Conference: Focus on Children in Institutions, Moscow, Russia | 2002 |
| Research & Awards Committee Member, American Academy of Cerebral Palsy and Developmental Medicine | 2002 to 2010 |
| Medical Director Cerebral Palsy Clinic, CTH | 1998 to 2003 |
| Firefly Children's Network Board Member | 2001 to 2008 |
| Member, Dean's Task Force on Developmental Disabilities | 2001 to 2002 |
| Search Director, Carrie Tingley Hospital Pediatrician/ Geneticist Search Committee | 2002 |
| Member, Rural Health Interdisciplinary Program Steering Committee, UNMHSC | 2001, 2002, 2003 |
| Member, Pediatric Physiatry Search Committee, UNMHSC | 1999 to 2002 |
| Member, Children's Strategic Business Unit Committee, UNMHSC | 1999 to 2002 |
| Member, Ambulatory Care & Operations Committee, Carrie Tingley Hospital | 1998 to 2000 |
| Board Member/Medical Advisor, Spina Bifida Association of NM | 2000 to 2002 |
| Medical Consultant, NM State Cerebral Palsy Association | 2000 to present |
| Editor, Carrie Tingley Rehab Review | 1999 to 2001 |
| Monthly Neurobehavioral Rounds Lecture Series Coordinator & Facilitator | 1999 to 2000 |
| Chair, Carrie Tingley Rehabilitation Steering Committee | 1999 to 2000 |
| Member, Pediatric Neurology Search Committee | 1998 & 1999 |
| Medical Director, Spasticity Clinic Riley Children's Hospital, Indianapolis, Indiana | 1997 to 1998 |
| Medical Consultant, Indiana Tourette Syndrome Association | 1996 to 1998 |

**Oral Board Examiner**

| | |
|---|---|
| American Board of Neurology and Psychiatry | 1997, 2003, 2004 |

**Research Support**

**Ongoing**

Title: Building Research Capacity in Child Neurology: A US/Sri Lanka Research Collaborative
Grant Source: National Institute of Child Health and Development (R21)
Direct Funds: $250,000
Role on project: Principal investigator
Percent effort: 7%

Title: The Impact of Diffuse Mild Brain Injury on Clinical Outcomes in Children
Grant Source: National Institute Health (1R01HD086704-01)
Direct Funds: $2,474,277

EXHIBIT 1

Role on project: Co-investigator (PI: Andrew Mayer)
Percent effort: 2%


**Completed**
Title: Imaging and Development in Early Childhood
Grant source: Delle Foundation
Direct funds: $$690,000
Period of funding: 2009-2014
Role on project: Co-principal investigator

Title: Brain imaging and developmental follow-up of infants treated with erythropoietin
Grant source: National Institute of Child Health and Development (1R01HD059856-01A2)
Period of funding: 2010-2015
Role on project: Co-investigator (PI Robin Ohls)
Percent effort: 5%

Title: Optimization of incidental findings disclosure to research subjects.
Grant source: National Institute of Neurologic Disorders and Stroke (1R21NS077050-01A1)
Period of funding: 2012 - 2014
Role on project: Principal Investigator
Percent effort: 10%

Title: Brain Imaging and Erythropoietin After Prematurity in Children (5M01RR000997-35)
Grant Source: National Center for Research Resources (NCRR)
Pilot Project Mind Research Network, Department of Energy
Direct Funds: $87,000
Period of Funding: 2008-2009
Role on project: Principal investigator

Title: High Frequency Activity in Infants with Epilepsy (1R21HD057387-01)
Grant Source: National Institute of Neurological Disorders and Stroke (NINDS)
Direct Funds: $275,000
Period of Funding: 2008-2009
Role on project: Co-investigator (PI Julia Stephen)
Percent Effort: 2.5%


Title: Cortical Current Imaging in Human Infants with BabySquid (1R21NS057614-01)
Grant Source: National Institute of Neurological Disorders and Stroke (NINDS)
Direct Funds: $275,000
Period of Funding: 2007-2008
Role on project: Co-investigator (PI Yoshio Okada)
Percent Effort: 5%

Title: Neural Function in Cocaine Dependence and Relapse (R01 DA012852)
Grant Source: NIH National Institute of Drug Abuse (NIDA)
Period of Funding: 2005-2006
Role on project: Co-investigator (PI Vince Clark)
Percent Effort: 10%

EXHIBIT 1

Title: The Effect of Constraint Induced Movement Therapy on Function and Cortical Reorganization in Children with Hemiplegic Cerebral Palsy
Grant Source: UNM Department of Pediatrics
Direct Funds: $15,000
Period of Funding: 2005-2006
Role on Project: Co-principal investigator

Title: Body Weight Supported Gait Training for Children with Cerebral Palsy in Public School
Grant Source: New Mexico Department of Education: CFDA #84.027A—grant award NMSDE fund 673/24108
Direct Funds: $27,000
Period of Funding: 2003-2004
Role on project: Principal investigator

Title: Amphetamine and Recovery in Pediatric TBI (5 R21 HD041237-02)
Grant Source: National Institute of Child Health and Human Development (NICHD)
Direct Funds: $275,000
Period of Funding: 2001-2005
Role on project : Principal investigator
Percent Effort: 20% salary support

EXHIBIT 1