IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cr. No. 18-CR-2945 WJ |
| | ) |
| JANY LEVEILLE, | ) |
| SIRAJ IBN WAHHAJ, | ) |
| LUCAS MORTON, | ) |
| HUJRAH WAHHAJ, and | ) |
| SUBHANAH WAHHAJ, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANTS' MOTIONS TO SUPPRESS EVIDENCE

The United States of America respectfully requests an extension of time in which to respond to the motions to supress evidence filed by the Defendants on October 20, 2022 (doc. 471) and October 28, 2022 (doc. 482). In support of this motion, the government states as follows:

1. The United States' responsive pleadings to the Defendant's motions to suppress evidence are due on November 3 and 11, 2022. However, the schedules of undersigned counsel have been such that they need additional time to file the responsive pleadings.

2. Moreover, the United States is in the process of extending plea offers to the Defendants. The parties will need time to engage in plea negotiations which, if successful, will render the suppression motions moot. The United States

1

        requests that it be given time to pursue plea negotiations with the Defendants before filing the responsive pleadings.

3.     The United States requests that it be given an additional sixty days to respond to both suppression motions.   If this requested extension is granted, the responses will be due on January 2 and 10, 2023.

4.     Although Ms. Johnson, counsel for Siraj Wahhaj, previously indicated she would not oppose a request for an extension of time, undersigned counel reached out to all counsel for Defendants Jany Leveille, Siraj Wahhaj, Hujrah Wahhaj, and Subahanah Wahhaj for their position on this motion and the specific request for 60 additional days, but they have not responded.   Defendant Lucas Morton does not oppose this request.

WHEREFORE, the United States respectfully requests an extension of time of sixty days to respond to the Defendants' motions to suppress evidence (docs. 471 and 482).

                                                          Respectfully submitted,

                                                          ALEXANDER M.M. UBALLEZ
                                                          United States Attorney

                                                          */S/ Electronically filed*
                                                          KIMBERLY A. BRAWLEY and
                                                          TAVO HALL
                                                          Assistant United States Attorneys
                                                          P.O. Box 607
                                                          Albuquerque, NM   87103
                                                          (505) 346-7274

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to defense counsel.


*/S/ Electronically filed*
KIMBERLY A. BRAWLEY
Assistant United States Attorney