IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 18-CR-2945 WJ |
| ) | |
| JANY LEVEILLE, ) | |
| SIRAJ IBN WAHHAJ, ) | |
| LUCAS MORTON, ) | |
| HUJRAH WAHHAJ, and ) | |
| SUBHANAH WAHHAJ, ) | |
| ) | |
| Defendants. ) | |

**AMENDED[1]  MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANTS' MOTIONS TO SUPPRESS EVIDENCE**

The United States of America respectfully requests an extension of time in which to respond to the motions to supress evidence filed by the Defendants on October 20, 2022 (doc. 471) and October 28, 2022 (doc. 482).   In support of this motion, the government states as follows:

1. The United States' responsive pleadings to the Defendant's motions to suppress evidence are due on November 3 and 11, 2022.   However, the schedules of undersigned counsel have been such that they need additional time to file the responsive pleadings.

2. Moreover, the United States is in the process of extending plea offers to the

---

[1] This motion is amended to update the position of opposing counsel in paragraph 4.

1

      Defendants. The parties will need time to engage in plea negotiations which, if successful, will render the suppression motions moot. The United States requests that it be given time to pursue plea negotiations with the Defendants before filing the responsive pleadings.

3. The United States requests that it be given an additional sixty days to respond to both suppression motions. If this requested extension is granted, the responses will be due on January 2 and 10, 2023.

4. Although Ms. Johnson, counsel for Siraj Wahhaj, previously indicated on October 20, 2022, that she would not oppose a request for an extension of time, undersigned counel reached out to all counsel for Defendants Jany Leveille, Siraj Wahhaj, Hujrah Wahhaj, and Subahanah Wahhaj via email at 8:14 a.m. on November 3, 2022, for their position on this motion, and specifically the request for 60 additional days. As of the filing of this amended motion, only Ryan Villa, counsel for Subhanah Wahhaj, has responded, and he has no objection to a 30 day extension but opposes a 60 day extension. Defendant Lucas Morton does not oppose this request for 60 additional days.

WHEREFORE, the United States respectfully requests an extension of time of sixty days to respond to the Defendants' motions to suppress evidence (docs. 471 and 482).

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/S/ Electronically filed*
KIMBERLY A. BRAWLEY and
TAVO HALL
Assistant United States Attorneys
P.O. Box 607
Albuquerque, NM   87103
(505) 346-7274

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to defense counsel.

*/S/ Electronically filed*
KIMBERLY A. BRAWLEY
Assistant United States Attorney