**From:** Kraehe, George (USANM)
**To:** Ryan Villa; Brawley, Kimberly (USANM)
**Subject:** RE: Activity in Case 1:18-cr-02945-WJ USA v. Leveille et al Order
**Date:** Friday, October 18, 2019 11:36:57 AM

Hi Ryan,

[redacted]

I did talk to Sheriff Hogrefe. As you know, a witness is under no obligation to speak with defense counsel or investigators unless compelled to do so. Apparently, Sheriff Hogrefe does not want to talk to defense counsel or your investigators about the case without being compelled to so. That's his decision, and I do not believe it is appropriate for me to influence him one way or another.

Thanks.

v/r

George


**George C. Kraehe**
Assistant U.S. Attorney
Anti-Terrorism Advisory Council Coordinator
District of New Mexico
201 3rd Street NW, Suite 900
Albuquerque, NM  87102
Phone: [redacted]
Cell: [redacted]


**From:** Ryan Villa <[redacted]>
**Sent:** Friday, October 18, 2019 8:50 AM
**To:** Kraehe, George (USANM) <[redacted]>; Brawley, Kimberly (USANM) <[redacted]>
**Subject:** Fwd: Activity in Case 1:18-cr-02945-WJ USA v. Leveille et al Order

George and Kim,

[redacted]

On a separate note, George did you speak to Sheriff Hogrefe?

Thanks.

**Ryan J. Villa**

**The Law Office of Ryan J. Villa**
2501 Rio Grande Blvd NW Suite A
Albuquerque, NM 87104
Office: 505-639-5709
Fax:
Email:

---------- Forwarded message ---------
From: <cmecfbb@nmd.uscourts.gov>
Date: Thu, Oct 17, 2019 at 2:14 PM
Subject: Activity in Case 1:18-cr-02945-WJ USA v. Leveille et al Order
To: <cmecfto@nmd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of New Mexico - Version 6.2.3

## Notice of Electronic Filing

The following transaction was entered on 10/17/2019 at 2:13 PM MDT and filed on 10/17/2019
**Case Name:**        USA v. Leveille et al
**Case Number:**      1:18-cr-02945-WJ
**Filer:**
**Document Number:**

**Docket Text:**

**1:18-cr-02945-WJ-1 Notice has been electronically mailed to:**



Kimberly A Brawley

Kari Converse

George C Kraehe

Angelica M Hall

Troy A Edwards, Jr

Thomas M. Clark

Shammara H Henderson

Theresa M Duncan

Carey Corlew Bhalla

Billy R. Blackburn

Ryan J Villa

Marc M Lowry

Amy Sirignano

**1:18-cr-02945-WJ-1 Notice has been delivered by fax to:**

**1:18-cr-02945-WJ-1 Notice has been delivered by USPS to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1167529506 [Date=10/17/2019] [FileNumber=10361119
-0] [bb606485ecfc9a8adbcd67ec53f62a8b659f9f70d7945f6b472bfc6513ac819f3
fc890b17723165ce15cbe94db8ac15de213c5325d7ee66930448666ad77d411]]