IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　Plaintiff, )<br>)<br>vs. )<br>)<br>JANY LEVEILLE, )<br>SIRAJ IBN WAHHAJ, )<br>LUCAS MORTON, )<br>HUJRAH WAHHAJ, and )<br>SUBHANAH WAHHAJ, )<br>)<br>　Defendants. ) | Cr. No. 18-CR-2945 WJ |

### UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT ITS RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR COURT-ORDERED DEPOSITION OF WITNESS DUE TO OBSTRUCTION OF WITNESS COMMUNICATION BY THE UNITED STATES

The United States respectfully requests leave to file a supplement to the "United States' Response in Opposition to Defendants' Motion for Court-Ordered Deposition of Witness Due to Obstruction of Witness Communication by United States" (Doc. 501) that was filed on November 3, 2022. In support of this motion, the United States submits the following:

1. Special agents with the Federal Bureau of Investigation have interviewed several people based on the statements that were contained in the "Defendants' Motion for Court-Ordered Deposition of Witness Due to Obstruction of Witness Communication by the United States" (Doc. 465). Undersigned counsel is generally aware of what the agents learned during these interviews but would like to file a supplement once they receive and review the investigatory reports.

1

2. The United States expects to receive the reports during the week of November 14, 2022, and it intends to file a supplement soon thereafter.

3. In fairness to the Defendants and opposing counsel, the United States requests that opposing counsel have two weeks after the supplement is filed to file their reply.

4. Counsel for Defendants Jany Leveille, Siraj Ibn Wahhaj, Hujrah Wahhaj, and Subhanah Wahhaj have been contacted and do not oppose this motion. Defendant Lucas Morton, representing himself, also does not oppose this motion.

WHEREFORE, the United States respectfully requests that it be given leave to file a supplement to the "United States' Response in Opposition to Defendants' Motion for Court-Ordered Deposition of Witness Due to Obstruction of Witness Communication by United States" (Doc. 501) that was filed on November 3, 2022.

Respectfully submitted,

ALEXANDER M. M. UBALLEZ
United States Attorney

*/s/ Electronically filed*
KIMBERLY A. BRAWLEY and
TAVO HALL
Assistant U.S. Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that I filed the foregoing pleading electronically through
the CM/ECF system, which caused counsel of record for Defendants to be served
by electronic means, and a copy of this pleading was mailed to Defendant Lucas Morton.

*/s/ Filed Electronically*
KIMBERLY A. BRAWLEY
Assistant U.S. Attorney