IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

      **Plaintiff,**

v.                            No. 1:18-CR-02945-WJ

**JANY LEVEILLE,**
**SIRAJ IBN WAHHAJ,**
**HUJRAH WAHHAJ,**
**SUBHANAH WAHHAJ, and**
**LUCAS MORTON**

      **Defendants.**

### Defendants' Proposed Scheduling Order

The Defendants in this matter, Siraj Ibn Wahhaj, Hujrah Wahhaj, and Subhanah Wahhaj, by and through their attorneys, Erlinda Johnson and Thomas Clark for Siraj Ibn Wahhaj, Marshall Ray and Donald Kochersberger for Hujrah Wahhaj, and Justine Fox-Young and Ryan Villa for Subhanah Wahhaj, submit this proposed scheduling order. Pursuant to the Court's instructions at the status conference held on October 12, 2022, the Defendants respectfully request that the Court enter an order reflecting the following schedule:

1. <u>January 13, 2023</u>: Government's expert notice and reports deadline

2. <u>February 3, 2023</u>: Fed. R. Crim. P. 12(b)(3) pretrial motions & Rule 12.2 pretrial notices

3. <u>February 13, 2023</u>: Defendants' expert notice and reports deadline

4. <u>February 17, 2023</u>: Response to Rule 12(b)(3) motions

5. <u>February 27, 2023</u>: CIPA Litigation Completed

6. <u>March 3, 2023</u>: Daubert Motions due, Replies on Rule 12(b)(3) Motions; Proposed jury questionnaires due

7. <u>March 6, 2023</u>: Fed. R. Crim. P. 12(b)(3) pretrial motions & Rule 12.2 pretrial notices

8. <u>March 17, 2023</u>: Response to Daubert; Fed. R. Crim. P. 404(b) notices; motions in limine; proposed jury instructions; proposed voir dire; disclosure of witness and exhibit list; Final jury questionnaire to be submitted to jury division.

9. <u>March 31, 2023</u>: Replies on Daubert; Responses to Rule 404(b); motions in limine; objections to jury instruction; voir dire; witness and exhibit list

10. <u>April 3, 2023</u>: Replies on Rule 12(b)(3) Motions; Replies re Rule 404(b) / motion in limine / jury questionnaire

11. <u>April 10, 2023</u>: Replies re Rule 404(b) / motions in limine

12. <u>April/May 2023</u>: Hearings on Motions not already heard

13. <u>To be determined by the Court:</u> Pretrial conference

14. <u>8 Weeks Before Trial</u>: Giglio disclosures and any other Brady not already disclosed

15. <u>4 Weeks Before Trial</u>:  Jencks Act disclosures.

16. <u>May 2023</u>: Jury trial for 4 weeks