IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs.  ) | Cr. No. 18-CR-2945 WJ |
| ) | |
| JANY LEVEILLE, ) | |
| SIRAJ IBN WAHHAJ, ) | |
| LUCAS MORTON, ) | |
| HUJRAH WAHHAJ, and ) | |
| SUBHANAH WAHHAJ, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT ITS RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR COURT-ORDERED DEPOSITION OF WITNESS DUE TO OBSTRUCTION OF WITNESS COMMUNICATION BY THE UNITED STATES**

THIS MATTER having come before the Court on the "United States' Unopposed Motion for Leave to Supplement Its Response In Opposition to Defendant's Motion for Court-Ordered Deposition of Witness Due to Obstruction of Witness Communication by the United States" (Doc. 509), and the Court having reviewed the Motion, finds that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the United States is granted leave to file a supplement to the "United States' Unopposed Motion for Leave to Supplement Its Response In Opposition to Defendant's Motion for Court-Ordered Deposition of Witness Due to Obstruction of Witness Communication by the United States" (Doc. 509), and the Defendants will have two weeks from the date the supplement is filed to file a reply.

_____
WILLIAM P. JOHNSON
Chief United States District Judge

2