IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                        CR 18-2945 WJ

JANY LEVEILLE, et al.,

        Defendants.

## UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY

Defendant Subhanah Wahhaj, by her undersigned counsel, joined by all Defendants, moves the Court to extend the deadline within which to file their Reply to the Government's Response to their Motion to Exclude Government Expert Witness Testimony for a period of seven (7) days, and as grounds therefore states:

1. On October 19, 2022, Defendants filed their Motion to Exclude Government Expert Witness Testimony. *See* Motion [Doc. 467].

2. On November 2, 2022, the Government filed its Response in Opposition to Defendants' Motion. *See* Response [Doc. 494].

3. The deadline for Defendants' Reply to the Government's Response is November 16, 2022.

4. Counsel for Defendant Subhanah Wahhaj, Mr. Ryan Villa and Ms. Justine Fox-Young, require additional time to prepare the Reply.

5. Accordingly, counsel requests the Court extend the deadline by seven (7) days to November 23, 2022.

6.      The undersigned counsel has contacted counsel for the United States, AUSA Kimberly Brawley, regarding this Motion.  Ms. Brawley has indicated that the United States does not oppose this Motion.

WHEREFORE, Counsel for Defendants respectfully request this Court enter an Order extending the time to file their reply to November 23, 2022.

Respectfully submitted,

/s/ *Ryan J. Villa*
Ryan J. Villa
The Law Office of Ryan J. Villa
5501 Eagle Rock Ave NW Ste. C2
Albuquerque, NM 87113
(505) 639-5709
ryan@rjvlawfirm.com


*/s/ Justine Fox-Young*
Justine Fox-Young
5501 Eagle Rock Ave NE Ste C2
Albuquerque, NM 87113
(505) 796-8268
justine@foxyounglaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2022, I filed the foregoing electronically through the CM/ECF system, which caused counsel for the United States to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

 /s/ *Ryan J. Villa*
RYAN J. VILLA