IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                        CR 18-2945 WJ

JANY LEVEILLE, et al.,

    Defendants.

## **ORDER**

    THIS MATTER IS BEFORE THE COURT on Defendant's *Unopposed Motion to Extend the Deadline to File Reply,* filed November 15, 2022 [Doc. 517]. The Court having considered the motion, and being fully advised in the premises, finds that Defendant has by his motion created a sufficient record to justify granting the motion to extend the deadline for Defendants to file their reply.

    **IT IS THEREFORE ORDERED** that the deadline for Defendants to file their reply to the Government's Response to Defendants' Motion to Exclude Government Expert Witness Testimony is hereby extended to November 23, 2022.

_____
HONORABLE WILLIAM P. JOHNSON
United States District Court Judge