IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|                                                         ) | |
| Plaintiff,                              ) | |
|                                                         ) | |
| vs.                                                ) | Cr. No. 18-CR-2945 WJ |
|                                                         ) | |
| JANY LEVEILLE,                          ) | |
| SIRAJ IBN WAHHAJ,                  ) | |
| LUCAS MORTON,                       ) | |
| HUJRAH WAHHAJ, and             ) | |
| SUBHANAH WAHHAJ,               ) | |
|                                                         ) | |
| Defendants.                        ) | |

**ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS COUNTS ONE AND TWO AS UNCONSTITUTIONALLY VAGUE**

THIS MATTER having come before the Court on the United States' Motion for Extension of Time to File Response to Defendants' Motion To Dismiss Counts One and Two as Unconstitutionally Vague (Doc. 506), and the Court having reviewed the Motion, finds that the Motion is well taken.

IT IS THEREFORE ORDERED that the Motion is hereby granted, and the United States has until Wednesday, December 7, 2022, to file a responsive pleading.

WILLIAM P. JOHNSON
Chief United States District Judge