FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    12/01/2022

On 10/18/2022, writer called Taos County Sheriff, Jerry Hogrefe. The purpose of the call was to schedule a time for an interview of the Sheriff. Sheriff Hogrefe stated he would be busy helping his son the rest of the week and an interview would have to wait until the next week. Hogrefe said he remembered former FBI Santa Fe Supervisor, Mark Buie, telling him not to speak to anyone about the above captioned case. Someone from the AUSA's office also told Sheriff Hogrefe not to speak to anyone but he could not remember who.

Sheriff Hogrefe expressed displeasure that the FBI had served him with a search warrant for the evidence his office had collected from the compound. Writer and Sheriff Hogrefe agreed to touch base at a later time to set up an interview.

Investigation on  10/18/2022  at  Santa Fe, New Mexico, United States (Phone)

File #                                                              Date drafted  12/01/2022

by Adelfa M. J. Garcia

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.