FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry     11/03/2022

    Retired Supervisory Special Agent, Mark Buie (Buie), was interviewed at via phone, ▮▮▮▮▮. After being advised of the identity of the interviewing Agents and the nature of the interview, Buie provided the following information:

    Buie does not remember ever telling Taos County Sheriff Hogrefe to not talk to defense council or the press. Buie does not remembering emailing the Sheriff's Office. Most of the communications occurred via phone.

    Taos County Sheriff's Office initially reached out to the FBI requesting their assistance.

    Sheriff Hogrefe was upset that the FBI did not provide their SWAT team to assist the Taos County Sheriff's Office.

Investigation on  10/25/2022  at  Santa Fe, New Mexico, United States (Phone)

File # ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                Date drafted  11/02/2022

by  TAYLOR TRAVIS WILLIAM

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.