FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    11/03/2022

    Retired Assistant Special Agent in Charge, Christine Paz, was interviewed via phone. After being advised of the identity of the interviewing Agents and the nature of the interview, Paz provided the following information:

    Paz never gave Taos County Sheriff Jerry Hogrefe an order not to talk to defense council nor did she hear of anyone else doing that.

Investigation on 10/27/2022 at Santa Fe, New Mexico, United States (Phone)

File #      Date drafted 11/02/2022

by TAYLOR TRAVIS WILLIAM

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.