Exhibit V

Law Enforcement & Security Specialists

Private Training Academy

Course: Private Investigator                                        Name: Siraj Wahhaj

Course Code: 509-3-.06                                              Date: November 2017

## *Law Enforcement & Security Specialists*

## *Private Training Academy*

*509-3-06 Basic Training Requirements for Private Detectives*

Signature _____                              Page 1

US v. Jany Leveille et al 1261

US_v_Leveille_et_al_0001261