FD-1057 (Rev. 5-8-10)



**OFFICIAL RECORD**
Document participants have digitally signed.
All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

| | |
|---|---|
| **Title:** Pole Camera Review | **Date:** 12/14/2017 |

**From:** ATLANTA
  **Contact:** Russell J. Gooch,

**Approved By:**

**Drafted By:** Russell J. Gooch

**Case ID #:**                              SIRAJ IBN WAHHAJ

**Synopsis:** To document pole camera review and findings for the period of N——ber 29, 2017 to December 12, 2017.



**Details:**

The review of the pole camera recordings at 160 Iris Court revealed the following:

11/29/2017 through 12/02/2017 revealed the known Gold Jeep Liberty and Silver Ford Explorer at the residence coming and going throughout this time period. Three vehicles remain parked in driveway of residence throughout this time period and are never driven or moved.

12/02/2017 Saturday

Title: ███ Pole Camera Review
Re: ████████████████, 12/14/2017

███ - Gold Jeep Liberty, Silver Ford Explorer, and Red Toyota arrive at the residence, multiple people exit the residence and get into all three vehicles and all of the vehicles leave the residence.

12/03/2017 Sunday

███ - SUV arrives (later determined to be Silver Ford Explorer), due to lack of visibility driver is not seen

███ - male subject exits residence takes out trash and then enters Silver Ford Explorer carrying two items of luggage

███ - Silver Ford Explorer leaves

███ - dark colored SUV arrives, female subject exits SUV and goes to the front door of residence and appears to knock on door, no one comes to the door and female subject gets back into the dark SUV

███ - female subject leaves in dark SUV

███ - two SUV's arrive at the residence (believed to be Gold Jeep Liberty and Silver Ford Explorer but it is dark) multiple people come and go from vehicle to the residence

███ - The two SUV's leave the residence

12/05/2017 Tuesday

███ - white moving van arrives and backs into driveway, multiple people load property from the residence into the van

███ - moving van leaves the residence, only visible markings on the van is the word ███ on the back door of the van

2