FD-302 (Rev. 5-8-10)

Exhibit X



# FEDERAL BUREAU OF INVESTIGATION

Date of entry  12/15/2017

Montgomery RA received the following information from Trooper J. W. Earnhardt of ALEA. Earnhardt was investigating a single vehicle just north of Montgomery in Chilton County, AL. Earnhardt provided the following:

On Wednesday 12/13/2017 at approximately 2:00 am I, Trooper J. W. Earnhardt (334) 850-1934, was dispatched to a single vehicle roll over injury type crash on I-65 northbound at the 204 mile marker in Chilton County, AL. The vehicle was occupied by a total of nine people, two adults and seven juveniles. The female adult and six of the juveniles were transported to Shelby Baptist Hospital in Alabaster, AL. prior to my arrival on scene. Upon arriving on scene, I spoke with the driver of the vehicle identified as Siraj Ibn Wahhaj DOB 06/21/1978 (Georgia OLN 057193318). Mr. Wahhaj's address listed on his driver's license is 1659 Beecher St. SW, Atlanta, GA. 30310. Mr. Wahhaj stated that they were travelling from Georgia to New Mexico to go camping. While conducting my crash investigation, I did not see any camping equipment in the vehicle, or any camping equipment that had be thrown from the vehicle. There were several canned food items, cooking spices and clothes, but no camping equipment. While attempting to get information about the other passengers, in the vehicle, it took Mr. Wahhaj some time to remember how many people had been in the car. He was also unable to recall his wife's birthday, and had to ask one of his sons what it was. He had to ask his children what their birthdays were as well. Mr. Wahhaj then stated that they had just moved to Tuskegee, AL. and he did not know his address, only that it was on Shady RD and that it was off US-80. I did an internet search for Shady RD and was unable to locate a Shady RD. in Tuskegee. Mr. Wahhaj stated he works for a company that does executive security called Omewali St. Jude Solutions. Mr Wahhaj also provided a website address of: omewalistjudesolutions.com. After I did an internet search for the website and company, and I was unable to find any information on the company and the website does not seem to exist. Mr. Wahhaj provided his phone number that he did not know from memory, stating that he had recently gotten a new phone. The phone number he provided is 334-400-8659. Mr. Wahhaj was in possession of two cell phones that I saw, and he stated the second one was

Investigation on  12/13/2017  at  Clanton, Alabama, United States (Email)

File #  _____  Date drafted  12/14/2017

by  Leslie H. Brown

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US v. Jany Leveille et al 24467

US_v_Leveille_et_al_0024467



Continuation of FD-302 of (ALEA) Information on SIRAJ IBN WAHHAJ Alabama Law Enforcement Agency , On 12/13/2017 , Page 2 of 3

dead and he could not turn it on. Most of the time I spent with Mr. Wahhaj, he was constantly on the phone calling and texting. Mr. Wahhaj originally tried to get someone from Mobile to come and pick them up and after I told him we could not wait that long, he stated he had a friend that was closer that was coming to pick him and his two children up. Mr. Wahhaj stated his friend was coming from the Tuskegee area. Mr. Wahhaj was driving a 2004 silver Ford Explorer with a Georgia plate of RGE8599. The vehicle's VIN number is 1FMZU65W14ZA07953, which he stated is registered to his wife, Jany Leveille, DOB 03/06/1983. The wreck totaled the vehicle. There was also another Georgia tag in the vehicle, tag number RFN3009, which comes back to a 2005 Jeep Liberty, registered to Mr., Wahhaj. Mr. Wahhaj was adamant about not leaving his vehicle. He would not allow himself nor the two male juveniles still on the wreck scene to even sit in a patrol car to get out of the cold, even though it was approximately thirty degrees outside at the time. Mr. Wahhaj wanted to be near his vehicle and constantly kept watch over it. Mr. Wahhaj was in possession of five firearms that I was aware of, two rifles and three handguns. He had a Kimber 9mm pistol in a holster on his hip, serial number KRF7874, a Glock .380 serial number ABDB288, and a Smith and Wesson 38 special, serial number CVB3274. The Glock and the Smith and Wesson were in their factory cases and were thrown from the vehicle during the crash. In plain view of the vehicle, there was a desert tan soft double rifle case and Mr. Wahhaj stated he had a couple of rifles in it. There was also a bullet proof vest, a modular load bearing style vest with magazine pouches attached to it with magazines in them, several AR style magazines in the vehicle, and a bag that contained ammunition. Mr. Wahhaj repeatedly stated that he owned the firearms legally, and was in possession of a valid Georgia concealed carry permit. He was constantly watching his vehicle and made sure he was close to it at all times. There were several Quran's on the ground that had been thrown from the vehicle during the crash, and a few other books that were written in Arabic. Mr. Wahhaj seemed to be very concerned about his weapons and stated several times that they were his property and that he owned them legally. As the wrecker was loading the vehicle, Mr. Wahhaj began to take his weapons and other gear out of the vehicle. I approached him and explained that he was not going to take his weapons out of the vehicle and he could not stand on the side of the interstate with several rifles pistols ammunition and his other gear. He became upset because he thought that the wrecker was going to take his property to the wrecker yard and he would not be able to retrieve it. After explaining multiple times that he would not lose any of his property, I told him that we were going to take him, his children and his property to the Shell station at the 205 exit to wait on his friend, and we were not going to continue to block one lane of the interstate. Mr.

FD-302a (Rev. 05-08-10)



Continuation of FD-302 of  (ALEA) Information on SIRAJ IBN WAHHAJ Alabama Law Enforcement Agency , On 12/13/2017 , Page 3 of 3

Wahhaj then took a video on his cell phone of myself and the wrecker driver stating that we did not allow him to remove his property from the vehicle and that we were going to take him and his property to the next exit. It appeared to me that Mr. Wahhaj was under the impression that we were not going to allow him to take his weapons with him. He was very adamant that he was going to take his weapons and gear with him. Shortly after arriving at the Shell station, Mr. Wahhaj's friend arrived. He was identified as Lucas Allen Morton, DOB 01/18/1978, Georgia OLN 08213830. The address listed on Mr. Morton's driver's license is 675 Skipper Dr. NW. Atlanta, GA. 30318. Mr. Morton was driving an old Budget Rental Box Truck. The truck was a 2006 Ford, Delaware tag number CL085217, VIN number 1FDWE35L96DA17330. It was registered to Mr. Morton with a listed address of, 519 Vinings Way Newark, DE. 19702. Mr. Morton would not open the back of the box truck and they loaded Mr. Wahhaj's property through a cut out in the cab which allowed access to the back. While they were loading Mr. Wahhaj's property I left in order to get to the hospital to attempt to get further information from his family before he arrived. Clanton Police Officer, M. Foshee remained on scene at the Shell station while Mr. Wahhaj and Mr. Morton transferred things from the wrecked vehicle to the box truck. Upon arriving at Shelby Baptist, I spoke with adult female passenger who was injured in the crash, identified as Jany Leveille DOB 03/06/1983. She stated that they lived at 160 Iris Ct. Riverdale, GA. 30274. She also stated that they had not moved to Tuskegee, that they had only stayed there overnight. Ms. Leveille, also stated that she and Mr. Wahhaj were not legally married. She then stated that they were travelling from Georgia to New Mexico to see Mr. Wahhaj's brother in law's land. She did not give the name of the brother in law nor did she specify were in New Mexico they were going. The stories Mr. Wahhaj and Ms. Leveille told were different and both were vague and did not provide much detail. I have some pictures taken at the scene of the wrecked vehicle and some body camera footage of Mr. Wahhaj and Ms. Leveille I can provide if it is needed as well.

US v. Jany Leveille et al 24469

US_v_Leveille_et_al_0024469