# Exhibit Y

ORIGINAL  8/21/18
AS Recieved By
Taos County
Sheriff's Office

Transcript
Federal Bureau of Investigation
Albuquerque Field Division

| | |
|---|---|
| Date of recording | 8/9/2018 |
| Participants | Jamil Louis Jacques = JACQUES<br>Travis Taylor = TAYLOR |
| Transcribed by | PATRICIA MEDINA |
| Date transcribed | 8/10/2018 |
| Notations | Unintelligible = (UI)<br>Overlap = (OL)<br>Recording = REC |

The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording. _____

1

RECEIVED
AUG 22 2018
8TH JUDICIAL D.A.

US v. Jany Leveille et al 23975

US_v_Leveille_et_al_0023975

| | |
|---|---|
| TAYLOR: | Yeah. No one should have to hold the burden of what happened and all that in, I mean, it's not yours to carry. And so, I encourage you to tell the truth here, cause I think it's gonna make you feel…. |
| JACQUES: | Ok. |
| TAYLOR: | …feel better. And you just tell me what you know about Wahhaj, Abdul Wahhaj coming out here and all that. |
| JACQUES: | Yeah. |
| TAYLOR: | Ok. So can you tell me when the last time you saw him was? |
| JACQUES: | New Mexico. |
| TAYLOR: | New Mexico, ok. Was it a few months ago, was it… |
| JACQUES: | Yeah, a few months ago. |
| TAYLOR: | What month do you think was the last time you saw him? |
| JACQUES: | I don't know what month. It was like three months. |
| TAYLOR: | Do you remember if it was cold, or if it was a holiday around, when the last time you saw him was? |
| JACQUES: | No. |
| TAYLOR: | You said about three months ago. |
| JACQUES: | Yeah. |
| TAYLOR: | So, is that May? Was it before May cause when did you all get there? What in January? |
| JACQUES: | I remember it was after…. |
| TAYLOR: | Did, was it after Christmas? |

5

US v. Jany Leveille et al 23979

US_v_Leveille_et_al_0023979

| | |
|---|---|
| JACQUES: | I don't like keep checking the dates like that. |
| TAYLOR: | No, I know. But, I mean, was it after Christmas? |
| JACQUES: | Yeah. |
| TAYLOR: | Ok, do you know what Valentine's Day is? |
| JACQUES: | No, we don't do holidays, still. |
| TAYLOR: | Ok. So after Christmas. Um, so he came out with you all and he ah. Do you know what car he was riding in on the way out here? |
| JACQUES: | Um, he was riding in (UI). |
| TAYLOR: | In the, with Lucas all the way from ah Georgia? Or was he in ah… |
| JACQUES: | Georgia. |
| TAYLOR: | Ok, so, he…so you all were, you and ah Farroll and your sisters were in your ah, now I've got Janay stuck in my head, Jany's car with ah Saraj, correct? |
| JACQUES: | Yeah. I was with my family. |
| TAYLOR: | Yeah, but not Abdul? |
| JACQUES: | Not with Abdul. Yeah, he was there. |
| TAYLOR: | Ah, Abdul was in the car with you as well. |
| JACQUES: | Yeah, we all. |
| TAYLOR: | Yeah, and then the car accident happened? |
| JACQUES: | Yeah. |
| TAYLOR: | And then is that when everyone went… |
| JACQUES: | Yeah. |

US v. Jany Leveille et al 23980

US_v_Leveille_et_al_0023980