# Exhibit Z



STATE OF NEW MEXICO
COUNTY OF TAOS
EIGHTH JUDICIAL DISTRICT
IN THE CHILDREN'S COURT

STATE OF NEW MEXICO ex rel.
CHILDREN, YOUTH AND FAMILIES DEPARTMENT

D-820-JQ-2018-00005

IN THE MATTER OF
FARROLL LOUIS JACQUES, JAMIL LOUIS, NAIMAHA WAHHAJ, MUBARKAH WAHHAJ, UMAR WAHHAJ and NASSEBHAH WAHHAJ, CHILDREN

and CONCERNING
JANY AKA MIRIAM LEVEILLE, SIRAJ WAHHAJ and MICHAEL LOUIS,
RESPONDENTS.

## AFFIDAVIT FOR EXPARTE CUSTODY ORDER

I, Anthony Barajas, being duly sworn, on my oath, state that I have reason to believe that the above named children have been neglected and or abused, and that it is necessary for the protection of the children that they be placed in the custody of the Children, Youth and Families Children's Protective Services Division.

I the undersigned further state the following facts on oath to establish probable cause in support of this AFFIDAVIT.

Background Information:

Jany Leveille (DOB ▓▓▓▓) is the biological mother of: Farroll Louis-Jacques (DOB ▓▓▓▓) Jamil Louis-Jacques (DOB ▓▓▓▓) Naimha Wahhaj (DOB ▓▓▓▓), Mubarkah Wahhaj (DOB ▓▓▓▓, Umar Wahhaj (DOB ▓▓▓▓, and Nassehbah Wahhaj. Siraj Ibn Wahhaj (DOB ▓▓▓▓ is the biological father to Naimha, Mubarkah, Umar and Nassehbah and step-father to Farroll and Jamil. Michael A. Louis-Jacques (DOB ▓▓▓▓ is the biological father of both

1

On August 3, 2018, Law Enforcement conducted Forensic Saferoom interviews of the six eldest children. Ms. Duran and I were in attendance and observed all the interviews.

On August 5, 2018, On-Call Investigator Rachel Rivera conducted 48-hour home visits in each foster home with the children. The purpose of the home visits was to speak to the children in a home setting and speak with the foster parents to further assess the basic needs of the children and how they are adjusting. I assisted Ms. Rivera on the final home visit. Ms. Rivera reported she spoke to Farroll, Jamil, Aisha, Asaya and Aiyana about their medical and dental care. The children reported they could not remember the last time they were seen by either a doctor or a dentist. Jamil stated he may have gone to see a doctor two years ago. Jamil then said he remembers going once when his appendix ruptured. Farroll stated he doesn't remember when he last went to the doctor. Farroll stated they didn't go for regular check-ups really. Nawailah also could not remember the last time they went to the doctor. All three kids stated that nothing with their teeth hurt, but could not remember the last time they went to the dentist.

On the final home visit, I asked both Naimha and Mubarkah if they could remember the last time they went for a check-up at the doctor or went to a dentist. Both children shrugged their shoulders indicating they did not know. I asked Naimha if she understood what a dentist was. Naimha said it was somebody who works on teeth.

All of the foster parents reported the children are asking to eat a lot and often and they are not shy in asking to eat more food. One foster parent reported on some that some of the children's skin is extremely dry and flaky, the bottom of their feet were really weathered and tough and two are constipated.

6

*[signature]*

Anthony Barajas, CPS Investigator

SUBSCRIBED AND SWORN before me this __7__ Day of __August__ 2018.

MY COMMISSION EXPIRES __May 3, 2021__

__Angel J. Cardenas__
Notary

*[Notary seal: State of New Mexico]*