IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 18-CR-2945 WJ |
| ) | |
| JANY LEVEILLE, ) | |
| SIRAJ IBN WAHHAJ, ) | |
| LUCAS MORTON, ) | |
| HUJRAH WAHHAJ, and ) | |
| SUBHANAH WAHHAJ, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS COUNT FIVE

The United States of America respectfully requests an extension of time in which to respond to the Defendants' "Motion to Dismiss Count Five" (doc. 555) filed on December 19, 2022. In support of this motion, the government states as follows:

1. A responsive pleading is due January 2, 2023. However, the schedules of undersigned counsel are such that they need additional time to file the response, particularly given that they will be out of the office during the holiday season.

2. The United States requests that it be given until Tuesday, January 18, 2023, to file a responsive pleading.

3. Mr. Villa has been contacted, and he does not oppose this request.

WHEREFORE, the United States respectfully requests an extension of time until Tuesday, January 18, 2023, to respond to the Defendants' "Motion to Dismiss Count Five" (doc.

1

555).

                                              Respectfully submitted,

                                              ALEXANDER M.M. UBALLEZ
                                              United States Attorney

                                              ***/S/ Electronically filed***
                                              KIMBERLY A. BRAWLEY and
                                              TAVO HALL
                                              Assistant United States Attorneys
                                              P.O. Box 607
                                              Albuquerque, NM   87103
                                              (505) 346-7274

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to defense counsel.

***/S/ Electronically filed***
KIMBERLY A. BRAWLEY
Assistant United States Attorney

2