IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cr. No. 18-CR-2945 WJ |
| | ) |
| JANY LEVEILLE, | ) |
| SIRAJ IBN WAHHAJ, | ) |
| LUCAS MORTON, | ) |
| HUJRAH WAHHAJ, and | ) |
| SUBHANAH WAHHAJ, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS COUNT FIVE**

THIS MATTER having come before the Court on the United States' Motion for Extension of Time to File Response to Defendants' Motion to Dismiss Count Five (Doc. 556), and the Court having reviewed the Motion and noting it is unopposed, finds that the Motion is well taken.

IT IS THEREFORE ORDERED that the Motion is hereby GRANTED, and the United States has until Tuesday, January 18, 2023, to file a responsive pleading.

_____
WILLIAM P. JOHNSON
Chief United States District Judge