IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | Criminal No. 18-2945-WJ |
| JANY LEVEILLE, ) | |
| SIRAJ WAHHAJ, ) | |
| SUBHANAH WAHHAJ, ) | |
| HUJRAH WAHHAJ, and ) | |
| LUCAS MORTON ) | |
| ) | |
| Defendants. ) | |

**ORDER**

THIS MATTER having come before the Court on the United States' partially opposed motion, pursuant to Rule 47.9 of the Local Rules of Criminal Procedure, to exceed the page limit on its response to defendants' motion to suppress evidence by 22 pages, and the Court being otherwise fully apprised in the premises, finds that the motion is well-taken and hereby ORDERS:

The United States is hereby authorized to exceed the page limit on its response to defendants' motion to suppress evidence, Doc. 471, by 22 pages.

It is so Ordered.

_____
William P. Johnson
Chief United States District Judge