12/22/2017

Have you seen this child? A███-G███ W███

# MISSING
## HELP BRING ME HOME

missingkids.org

NCMEC: ███████





A███-g███ W███

Siraj Wahhaj



Missing Since: Nov 29, 2017
Missing From: East Point, GA
DOB: ███, 2014
Age Now: 3
Sex: Male
Race: Biracial
Hair Color: Brown
Eye Color: Brown
Height: 3'0"
Weight: 22 lbs



Companion

DOB: ███, 1978
Age Now: 39
Sex: Male
Race: Black
Hair Color: Black
Eye Color: Brown

Height: 6'1"
Weight: 250 lbs

A███-G███ was last seen on November 29, 2017. He may be in the company of his father, Siraj Wahhaj. A███-G███ is biracial. He is Black and White. CAUTION: If located, do not approach and immediately contact law enforcement.

**DON'T HESITATE!**
**CALL 911 OR**
**1-800-8435678 (1-800-THE-LOST®)**

ANYONE HAVING INFORMATION SHOULD CONTACT

Clayton County Police Department (Georgia) 1-770-477-3550

Case handled by



NATIONAL CENTER FOR
**MISSING & EXPLOITED**
CHILDREN