Case # ███████

1. Timeline of investigation by Detective Rick Porter.

EXHIBIT 2     US v. Jany Leveille et al 2540

A▮▮▮ G▮▮▮ W▮▮▮
**Investigation Timeline**

**12-10-17**

- Case # 17064136 is generated for the missing family (SIRAJ WAHHAJ).
- The child is with his biological father, therefore he was not immediately listed on NCIC as missing.

**12-13-17**

- At approximately 0130 am, SIRAJ IBN WAHHAJ and family are involved in a single vehicle accident in Chilton, AL.
- A birthdate (▮▮-14) similar to that of A▮▮▮ GHANI WAHHAJ (actual DOB: ▮▮-14) is given to the authorities in Alabama in relation to the accident.
- SIRAJ IBN WAHHAJ advised the trooper working the accident that the family was going camping in New Mexico.
- The trooper noted that no camping gear had been located inside or outside of the vehicle at the time of the crash.
- LUCAS MORTON arrived on scene in a box truck to pick up the uninjured members of the family.
- Injured parties ( U▮▮▮ L▮▮▮, N▮▮▮ L▮▮▮, N▮▮▮ W▮▮▮, M▮▮▮ W▮▮▮, J▮▮▮ J▮▮▮ and JANY LEVILLE ) were transported via ambulance to Shelby Baptist Medical Center where they were treated and released.

**12-14-17**

- Cpt. STUBBS and Det. PORTER travel to the complainant's home (▮▮▮ ▮▮▮▮▮▮, Decatur, GA. 30034) where we met with FBI DENNIS SUTA and Atlanta JTTF RUSSEL GOOCH.
- The group then gathered appropriate information from JAMILLA JIHAD and HAKIMA RAMZI.
- Case # 17064975 is generated to separated SIRAJ from ABDUL G▮▮▮ WAHHAJ
- A▮▮▮ G▮▮▮ W▮▮▮ is placed onto NCIC as missing with a disclaimer that he may be with his father, SIRAJ IBN WAHHAJ. This same entry advises that if contact is made, please contact Clayton County Police.

**12-15-17**

- SIRAJ IBN WAHHAJ is placed onto NCIC as missing
- JAMILLA JIHAD reported that SIRAJ IBN WAHHAJ had been to London and performed Rakhia on her son, believing that the child had the devil in him and must remove the Jin from him.

**12-18-17**

- A Juvenile pickup order for A▮▮▮ G▮▮▮ W▮▮▮ is issued by the Clayton County Juvenile Court (CCJC Case #▮▮▮▮▮▮).
- A Juvenile Court Adult Arrest warrant is issued for SIRAJ IBN WAHHAJ under the same case number, ordering SIRAJ to appear before the Clayton County Juvenile Court in order to advise why he has absconded with the juvenile.
- SIRAJ IBN WAHHAJ's information is updated on NCIC to include the notation that he is wanted for absconding with the juvenile child

pg. 1

EXHIBIT 2    US v. Jany Leveille et al 2541

- A■■■ G■■■ W■■■'s information is updated via NCIC to reflect that he is with his father SIRAJ IBN WAHHAJ and advising that any contact with subjects should be forwarded to The Clayton County PD.

12-20-18

- The National Center for Missing and Exploited Children was contacted and case information was forwarded to seek assistance in locating the juvenile.
- ZAHR RAMI with the NCMEC assisted in completing NCMEC Case # ■■■ under request # ■■■
- All information available on the family was shared at that time.
- VIGILANT search is conducted searching for plates matching RFM0596 and RFN0596 in an attempt to locate LUCAS MORTON. No positive results found.

12-22-17

- A search for information is conducted on LUCAS MORTON through Thomson Reuters CLEAR.
- In this, Det. PORTER discovered that MOTON had a business address in Auburn, AL (■■■ ■■■ ■■. Auburn, AL. 36830)
- A search of that address revealed that the location is in fact a UPS Store.

12-28-17

- LUCAS MORTON is checked on NCIC. No wants
- A search for information on SIRAJ IBN WAHHAJ is ran through CLEAR. No useful data located.
- Det. PORTER contacted the UPS store formerly identified as LUCAS MORTON's business address
- Det. PORTER spoke with CHAD HAMMON, store manager, who advised that MORTON had just contacted his office and requested that his mail be forwarded to the following address: UPS Store, ■■■ ■■■ ■■. Taos, NM. 87571
- Det. PORTER contacted LORELEI MERI with the New Mexico Missing Persons Clearing House and advised her that the missing child may be in the area of Taos, NM.
- The NCMEC Flier, Juvenile pickup order and press release were forwarded to MERI at that time.
- Det. PORTER contacted the Taos County Sheriff's office, where he was connected with Det. ARMIJO.
- Det. PORTER requested that Det. ARMIJO search the state records for any property belonging to LUCAS MORTON or SIRAJ IBN WAHHAJ

12-31-18

- 1636 hrs, JAMILLA JIHAD advised Cpt. STUBBS with the Clayton County Police Department that LUCAS MORTON was in town and provided an address. (■■ ■■■■■■ Forest Park, GA. 30297)
- Cpt. STUBBS made contact with LUCAS MORTON who advised that he did not know where SIRAJ IBN WAHHAJ or A■■■ G■■■ W■■■ were.

pg. 2

EXHIBIT 2    US v. Jany Leveille et al 2542


- MORTON was advised that withholding information in reference to this missing child will be punishable by law if he is found to be obstructing this investigation
- A letter was intercepted intending to be given to an individual named MUHAMMED from SIRAJ IBN WAHHAJ.
- This letter said in part "Allah will protect you... unitl he makes you die as a martyr...the only way is to join the righteous (us)..."Take all of your money out of the bank and bring your guns"

01-02-17

- Det. PORTER contacted Det. ARMIJO with Taos County SO, NM.
- Det. ARMIJO advised that he had located a piece of property being cared for by LUCAS MORTON.
- Det. ARMIJO advised that this property does not have a physical address and is located in the desert land, but advised that he would see about having the property located and send Det. PORTER the GPS coordinates as soon as possible.

01-12-18

- Det. PORTER and Cpt. STUBBS traveled to ▇▇▇. Riverdale, GA. 30274, the last know home address of the missing family.
- Det. PORTER and Cpt. STUBBS met with ERIC BOTTON, a representative of the property owner (LAVERA LLC), who advised that the family had abandoned the property and he would be in charge of cleaning it up.
- BOTTON completed a permission to search property form for the aforementioned address, granting the police permission to collect information pertinent to this case.
- Upon entering the home, it was found to be in disarray, with clothes and trash stacked was high throughout.
- Documents throughout the home including car insurance renewal, medical bills and immigration paperwork were collected and placed in this case file.
- A search of the surrounding houses was conducted, wherein Detectives questioned neighbors about the last time that they had seen the family. No useful information was collected at that time

01-26-18

- Det. PORTER submitted a subpoena to Facebook in an attempt to identify logon or IP information for the account belonging to SUBHANNAH WAHHAJ, a female traveling with the family.

02-06-18

- Det. ARMIJO contacted Det. PORTER with the GPS coordinates for the property associated with LUCAS MORTON (36.976500, -105.452926)
- A copy of the aerial shot obtained from Google maps is printed and placed in the case file.
- It is requested by Det. PORTER that Det. ARMIJO attempt to conduct a welfare check as soon as possible.

pg. 3

EXHIBIT 2     US v. Jany Leveille et al 2543


Investigation Timeline

**02-07-18**

- Det. PORTER submitted a subpoena to Verizon in an attempt to identify current information for the account holder of phone number 319-440▉, an account belonging to LUCAS MORTON, believed to be used by the missing family.

**02-12-18**

- NCMEC send a DNA kit to the department.
- Upon receipt, Det. PORTER and Cpt. STUBBS traveled to the complainant's address in Decatur and collected a sample of HAKIMA RAMZI's DNA for record.

**05-08-18**

- Det. PORTER traveled to Chilton County, AL in order to execute a search warrant on the vehicle formerly involved in the accident in December, 2017.
- This was an attempt to locate any additional information on the family's whereabouts.
- Chilton County Sheriff's Office Assistant Chief SHANE MAYFIELD completed the appropriate search warrant paperwork and led the search of the aforementioned vehicle.
- Miscellaneous documents were confiscated, including vehicle registration information for other vehicles.

**05-14-18**

- A tip was reported to NCMEC (Case # ▉, Lead # ▉) advising that he individual recognized MORTON as his neighbor.
- It was later discovered that MORTON owned the plot of land adjacent to the reporter (the formerly identified GPS coordinates)

**05-22-18**

- Det. PORTER attempted to get updated information from the agencies involved.
- Det. PORTER attempted to contact Det. ARMIJO with the Taos Counts Sheriff's Office. No answer, message left.
- Det. PORTER attempted to contact SA SUTA with the FBI. No answer, message left.

**05-29-18**

- Det. PORTER attempted to get updated information from the agencies involved.
- Det. PORTER attempted to contact Det. ARMIJO with the Taos Counts Sheriff's Office. No answer, message left.
- Det. PORTER attempted to contact Sheriff JERRY HOGREFE with the Taos Counts Sheriff's Office. No answer, message left.
- Det. PORTER attempted to contact SA SUTA with the FBI. No answer, message left.

EXHIBIT 2      US v. Jany Leveille et al 2544


**Investigation Timeline**

**06-02-18**

- Det. PORTER attempted to get updated information from the agencies involved.
- Det. PORTER attempted to contact Det. ARMIJO with the Taos Counts Sheriff's Office. No answer, message left.
- Det. PORTER attempted to contact SA SUTA with the FBI. No answer, message left (2 calls)

**07-31-18**

- Det. PORTER spoke with JAMILLA JIHAD who advised that SUBHANNA had reached out to a family friend (A███ R███) via Facebook messenger and advised that the family was in need of food.
- Det. PORTER advised JAMILLA JIHAD that he would reach out to A███ R███ and collect the messages and forward them to the appropriate agency in an attempt have the property searched out of fear for the children's safety.
- Det. PORTER advised JIHAD to forward his information to R███ so he could collect said messages.

**08-01-18**

- Det. PORTER was able to speak with A███ R███, who forwarded the messages sent to him from SUBHANNA's Facebook Messenger.
- These messages stated in part that the family was starving.

**08-02-18**

- Cpt. STUBBS reached out to Taos Sheriff's Office in an attempt to get a callback regarding this case.
- Cpt. STUBBS received a return call from Det. Sgt. RAEL, who then spoke with Det. PORTER.
- Sgt. RAEL advised that he has had the case for approximately (2) months and has taken several steps including aerial surveillance of the area in an attempt to collect enough information for a search warrant.
- Det. PORTER advised Sgt. RAEL that he had received concerning messages regarding the suspect location and the condition of the people on scene.
- DET. ARMIJO reached out to Det. PORTER and requested copies of the Arrest Order and Juvenile Pickup Order formerly sent to him in January.
- Det. PORTER forwarded the appropriate information to Det. ARMIJO

**08-03-18**

- Det. Sgt. RAEL reached out to Det. PORTER and advised that his agency had conducted a search warrant on the property wherein LUCAS MORTON and his family were residing.
- Det. PORTER forwarded photographs sent to him from Sgt. RAEL to JAMILLA JIHAD to confirm identities of the children as well as the male who refused to identify himself (ID as SIRAJ IBN WAHHAJ)
- Sgt. RAEL later advised that (2) Adult males, (3) Adult Women and (11) Children were recovered on the property.

pg. 5

EXHIBIT 2     US v. Jany Leveille et al 2545


**Investigation Timeline**

- JAMILLA JIHAD advised that based on the adults on site, there should be a total of (12) children including A███ G███ W███
- It was determined at that time that the child A███ G███ W███ had not been recovered this date.
- Taos County Sheriff JERRY HOGREFE contacted Det. PORTER and advised that the females will be released pending cruelty charges, all (11) children were taken into protective custody. MORTON was charged with harboring a fugitive, and SIRAJ IBN WAHHAJ was charged with fugitive out of state.
- Taos County Sheriff JERRY HOGREFE also advised that all adults are possibly looking at (11) counts of child cruelty (each)

08-05-18

- Taos County Sheriff JERRY HOGREFE contacted Det. PORTER and advised that in a Safe-House interview, (2) of the children advised that they observed A███ G███ W███ pass away, LUCAS MORTON wash the child (2) times, and the child be buried on the property.
- Taos County Sheriff JERRY HOGREFE also advised that the children drew out a map to where the child was buried. Because of this, the Sheriff would be taking a team out to search next date.

08-06-18

- Taos County Sheriff JERRY HOGREFE contacted Det. PORTER and advised that his agency had in fact found a child's body at the location pointed out by the children.
- The Sheriff also advised that the FBI as well as the crime scene unit were enroute to the location to recover the child's body.
- Sheriff JERRY HOGREFE requested that no information be released until his agency has prepared to release information to the press.
- Det. PORTER advised that he would hold off on notifying the family.
- Det. PORTER was contacted by TAMARA STEPHENSON with the New Mexico Office of the Medical Investigator, who requested information specific to the child (footprints, dental records).
- Det. PORTER advised TAMARA STEPHENSON that he would have to make contact with the family and advise them on the status of the case before he could get that information.

pg. 6

EXHIBIT 2    US v. Jany Leveille et al 2546