Case #:
Lead #:



## Case Analysis Division

### Lead Report

The National Center for Missing & Exploited Children is a national clearinghouse that gathers information about missing and sexually exploited children for law enforcement use. NCMEC neither investigates nor vouches for the accuracy of the information reported to itself. NCMEC forwards all information unedited to law enforcement agencies for investigation and disposition pursuant to its congressional mandate to operate as a clearinghouse.

LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: PLEASE DO NOT RELEASE CALLER INFORMATION (IF AVAILABLE) TO THE SUSPECT/SUBJECT/PARENT ASSOCIATED WITH THIS LEAD.

### Child

| | | |
|---|---|---|
| **Child:** A▇-G▇ N▇ W▇ | **Case #:** | **Case Manager:** Caroline Teague |
| **CaseType:** Infile Lead | **Lead #:** | **Lead Date:** 5/14/2018 11:38:05 PM |
| **How caller knew the child was missing:** Internet-Other | | **Operator:** Kourtnii L. Harvey |

### Caller Narrative

**Date:** 5/14/2018

The caller stated that he was looking on Fox5Atlanta.com and saw a posting for the child, A▇ a 3 year old who is missing with Lucas and Siraj. The caller is the neigbor to Lucas and Siraj. The caller has interacted with Lucas and has his phone number. The caller lives in Costilla Meadows, New Mexico. Lucas and Siraj live in Unit 2 on Lot 28. The caller noted that the homes in this location do not have official addresses. The caller did not want to leave his contact information. The caller has contacted the New Mexico State Police, Clayton County Police, and Fox 5 news.

### Child Information

| | | |
|---|---|---|
| **Child:** A▇-G▇ N▇ W▇ | **Date Of Birth at Intake:** ▇2014 | **Missing Date:** 11/29/2017 |
| **Missing From: City:** East Point | **State / Zip Code:** GA 30344 | **Country:** United States |

### Child Description as Reported by Caller

| | |
|---|---|
| **Alias Name (First):** A▇ | **Perceived Age:** |
| **Alias Name (Middle):** | **Date Of Birth:** |
| **Alias Name (Last):** G▇ W▇ | **Work / School:** |
| **Nick Name:** | **Last Grade Att:** |
| **SSN:** | **Cell Phone:** |
| **Sex:** Male | **Height:** |
| **Race:** | **Weight:** |
| **Email Address(es):** | |

LAW ENFORCEMENT SHOULD BE ADVISED that the information contained herein is provided solely for the purpose of assisting law-enforcement investigations of potential or actual missing children cases. Under no circumstances should the contents of this report be shared with anyone outside of law enforcement or used for any purpose other than assisting with law enforcement investigations. The information and photographs contained in this report are for law enforcement use only and may not be reproduced or reprinted without express written permission from NCMEC.



EXHIBIT 4     US v. Jany Leveille et al 21276

|                |               |
|----------------|---------------|
| Case #:        |               |
| Lead #:        |  |

## Child Was Last Seen at this Address

| | | | |
|---|---|---|---|
| **Seen Location:** | Costilla Medaows | | |
| **Address:** | | | |
| **City:** | Costilla | | |
| **State:** | NM | **Date/Time Last Seen:** | |
| **Zip Code:** | | **Had Prior Sighting:** | Yes |
| **County:** | Taos | **Will See Again:** | Yes |
| **Country:** | United States | **Child Not Seen:** | No |
| **UK, CAN or MEX:** | | | |

## Companion, Suspect, Abductor, Witness, or Other

| | | | |
|---|---|---|---|
| **CSAW Type:** | Abductor | **Relationship:** | Other |
| **CSAW Name (First):** | Siraj | **Alias Name (First):** | |
| **CSAW Name (Middle):** | Ibn | **Alias Name (Middle):** | |
| **CSAW Name (Last):** | Wahhaj | **Alias Name (Last):** | |
| **Date Of Birth:** | | **Perceived Age:** | |
| **Social Security #:** | | **Occupation:** | |
| **Driver's License State & #:** | | **In Military:** | No |
| **Sex:** | Unknown | **Height:** | |
| **Race:** | Unknown | **Weight:** | |

**Last Known Address (Reported By Caller):**

| | | | |
|---|---|---|---|
| **City:** | | **State:** | |
| **Zip Code:** | | **County:** | |
| **Country:** | United States | **UK, CAN or MEX:** | |
| **Country Code:** | | **Home Phone:** | |
| **Work Phone # (w/Ext):** | | **Cell Phone:** | |
| **Fax Number:** | | **Email Address:** | |
| **Date / Time Last Seen:** | | **Seen Location:** | Costilla Meadows |

LAW ENFORCEMENT SHOULD BE ADVISED that the information contained herein is provided solely for the purpose of assisting law-enforcement investigations of potential or actual missing children cases. Under no circumstances should the contents of this report be shared with anyone outside of law enforcement or used for any purpose other than assisting with law enforcement investigations. The information and photographs contained in this report are for law enforcement use only and may not be reproduced or reprinted without express written permission from NCMEC.



**Case #:**
**Lead #:** 

**Address Seen:**
**City Seen:** Costilla  **State Seen:** NM
**Zip Code Seen:**  **County Seen:** Taos
**Country Seen:** United States  **UK, CAN or MEX:**
**Country Area Code:**  **Phone #:**

**Marks Description:**
**Clothes:**
**Country of Birth:** United States  **Country of Residence:** United States
**Citizenship:** United States

### Companion, Suspect, Abductor, Witness, or Other

**CSAW Type:** Abductor's Associate  **Relationship:** Other
**CSAW Name (First):** Lucas  **Alias Name (First):**
**CSAW Name (Middle):**  **Alias Name (Middle):**
**CSAW Name (Last):** Morton  **Alias Name (Last):**
**Date Of Birth:**  **Perceived Age:**
**Social Security #:**  **Occupation:**
**Driver's License State & #:**  **In Military:** No
**Sex:** Male  **Height:**
**Race:** Unknown  **Weight:**

**Last Known Address (Reported By Caller):**
**City:**  **State:**
**Zip Code:**  **County:**
**Country:** United States  **UK, CAN or MEX:**
**Country Code:**  **Home Phone:**
**Work Phone # (w/Ext):**  **Cell Phone:** (575) 425-█
**Fax Number:**  **Email Address:**
**Date / Time Last Seen:**  **Seen Location:** Costilla Meadows
**Address Seen:**

LAW ENFORCEMENT SHOULD BE ADVISED that the information contained herein is provided solely for the purpose of assisting law-enforcement investigations of potential or actual missing children cases. Under no circumstances should the contents of this report be shared with anyone outside of law enforcement or used for any purpose other than assisting with law enforcement investigations. The information and photographs contained in this report are for law enforcement use only and may not be reproduced or reprinted without express written permission from NCMEC.


EXHIBIT 4    US v. Jany Leveille et al 21278

|  |  |  | Case #: |  |
|---|---|---|---|---|
|  |  |  | Lead #: |  |

| **City Seen:** | Costilla | **State Seen:** | NM |
|---|---|---|---|
| **Zip Code Seen:** |  | **County Seen:** | Taos |
| **Country Seen:** | United States | **UK, CAN or MEX:** |  |
| **Country Area Code:** |  | **Phone #:** |  |
| **Marks Description:** |  |  |  |
| **Clothes:** |  |  |  |
| **Country of Birth:** | United States | **Country of Residence:** | United States |
| **Citizenship:** | United States |  |  |

## Caller Information

| **Anonymous:** | Yes | **Caller Reluctant:** | No | **Sex:** | Male | **ANI:** | 575-779- |
|---|---|---|---|---|---|---|---|
| **Relationship:** | No Relation |  |  |  |  |  |  |
| **Name (F,M,L):** |  |  |  |  |  |  |  |
| **Address:** |  |  |  |  |  |  |  |
| **City:** |  |  |  | **State:** |  | **Zip Code:** |  |
| **County:** |  |  |  | **UK, CAN or MEX:** |  |  |  |
| **Country:** | United States |  |  | **Country Code:** |  |  |  |
| **Home Phone:** |  |  |  | **Fax #:** |  |  |  |
| **Work Phone # (w/Ext):** |  |  |  | **Cell Phone #:** |  |  |  |
| **Email Address:** |  |  |  | **Pager #:** |  |  |  |

**Notes:**

LAW ENFORCEMENT SHOULD BE ADVISED that the information contained herein is provided solely for the purpose of assisting law-enforcement investigations of potential or actual missing children cases. Under no circumstances should the contents of this report be shared with anyone outside of law enforcement or used for any purpose other than assisting with law enforcement investigations. The information and photographs contained in this report are for law enforcement use only and may not be reproduced or reprinted without express written permission from NCMEC.