# CONSENT TO SEARCH

I, Jason Badger, hereby give officer(s) any law enforcement officer Of the Taos County Sheriffs office and assisting agencies Permission to search my residence/buildings/vehicles/ and all of the contents therein, I realize I do not have to give this permission and I can require the officer to obtain a search warrant, I also understand I can stop the consent to search at any time I desire, I give consent to search the areas indicated above with these condition(s) (if any) for this specific investigation on Siraj Wahhaj and Lucas Morton

No threats or coercion were used against me or my family, this consent is my choice

_Jason Badger_
signature of person giving consent

5-14-18
date / time

Sgt. _[signature]_
witness by

witness by

Unit 2 Lot 28
Costilla Meadows
Subdivision

EXHIBIT 6    US v. Jany Leveille et al 2749