5/16/2018                                                         Wahhaj - Scott Stubbs

# Wahhaj

Suta, Denis (AT) (FBI) <█████████>

Wed 5/16/2018 7:24 AM
Inbox

To: Ricky Porter <█████████>;
Cc: Scott Stubbs <█████████>;

Gents,

I got an update from NM and the Wahhaj gang is almost definitely at the previously mentioned compound. Two women and one man with about eight kids have been seen at the nearby gas station and traveling in a box truck. Also, a neighbor living nearby had to ask the men to stop shooting their assault rifles because it got to be too much.

It would probably help to contact SO, Undersheriff Steve Miera, and NMSP Lieutenant Edwardo Martinez, 575-776-████ to create some urgency on the matter. I'll speak to our Santa Fe office as soon as they get in around 11am eastern time to do the same.

Thanks,

Denis Suta


**From:** Ricky Porter [mailto:█████████]
**Sent:** Tuesday, May 15, 2018 1:45 PM
**To:** Suta, Denis (AT) (FBI) <█████████>
**Subject:** Re: NCMEC Case # ██████ (Child's Last Name: W████)

I'm headed into the office to check in on it.

Sent from my iPhone

On May 15, 2018, at 12:23 PM, Suta, Denis (AT) (FBI) <█████████> wrote:

> I forgot to ask if you could get a subpoena for the phone number identified by the caller, (575) 425-████ it might be quicker than going through our AUSA.
>
> **From:** Ricky Porter [mailto:█████████]
> **Sent:** Tuesday, May 15, 2018 11:11 AM
> **To:** Suta, Denis (AT) (FBI) <█████████>
> **Subject:** Fwd: NCMEC Case # ██████ (Child's Last Name: W████)
>
> Sent from my iPhone
>
> Begin forwarded message:

EXHIBIT 7

# RE: Wahhaj

**Suta, Denis (AT) (FBI)** < ████████ >

Thu 5/17/2018 10:42 AM

Inbox

To: Scott Stubbs < ████████ >;
Cc: Ricky Porter < ████████ >;

Sir,

I'm not sure if you talked to your counterparts in NM.

Our office met with Taos SO and NM state police and they want to conduct a SWAT arrest of Wahhaj. The local reports and the circumstances around Wahhaj has them all concerned, so they want to gather additional intel before moving forward. They want to confirm that Wahhaj and the kid are there and will try to draw Wahhaj away from the compound.

Where do we stand on charging Morton with obstruction or harboring a fugitive? If we could get a warrant for Morton, and because he's supposedly one that leaves the property more than others, we could pick him up and draw Wahhaj out.

Thanks,

Denis

---

**From:** Scott Stubbs [mailto: ████████ ]
**Sent:** Wednesday, May 16, 2018 8:38 AM
**To:** Suta, Denis (AT) (FBI) < ████████ >
**Subject:** Re: Wahhaj

I will call this morning to Lt. Martinez.

**Scott Stubbs**

Captain, Criminal Investigation Division / SVU / CSI
**Clayton County Police Department**
p: 770-477-████   m: 404-391-████
f: 770-473-████
a: 7911 North McDonough Street Jonesboro, GA. 30236
w: www.claytonpolice.com   e: ████████

5/17/2018																																		RE: Wahhaj - Scott Stubbs

**From:** Suta, Denis (AT) (FBI) <​███​>
**Sent:** Wednesday, May 16, 2018 7:24 AM
**To:** Ricky Porter
**Cc:** Scott Stubbs
**Subject:** Wahhaj

Gents,

I got an update from NM and the Wahhaj gang is almost definitely at the previously mentioned compound. Two women and one man with about eight kids have been seen at the nearby gas station and traveling in a box truck. Also, a neighbor living nearby had to ask the men to stop shooting their assault rifles because it got to be too much.

It would probably help to contact SO, Undersheriff Steve Miera, and NMSP Lieutenant Edwardo Martinez, 575-776-███ to create some urgency on the matter. I'll speak to our Santa Fe office as soon as they get in around 11am eastern time to do the same.

Thanks,

Denis Suta


**From:** Ricky Porter [mailto:███]
**Sent:** Tuesday, May 15, 2018 1:45 PM
**To:** Suta, Denis (AT) (FBI) <​███​>
**Subject:** Re: NCMEC Case # ███ (Child's Last Name: W███)

I'm headed into the office to check in on it.
Sent from my iPhone

On May 15, 2018, at 12:23 PM, Suta, Denis (AT) (FBI) <​███​> wrote:

> I forgot to ask if you could get a subpoena for the phone number identified by the caller, (575) 425-███ it might be quicker than going through our AUSA.
>
> **From:** Ricky Porter [mailto:███]
> **Sent:** Tuesday, May 15, 2018 11:11 AM
> **To:** Suta, Denis (AT) (FBI) <​███​>
> **Subject:** Fwd: NCMEC Case # ███ (Child's Last Name: W███)
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Scott Stubbs <​███​>
>> **Date:** May 15, 2018 at 11:02:35 AM EDT
>> **To:** Ricky Porter <​███​>
>> **Subject:** Fw: NCMEC Case # ███ (Child's Last Name: W███)

Scott Stubbs

EXHIBIT 7

5/17/2018 RE: Wahhaj - Scott Stubbs

Captain, Criminal Investigation Division / SVU / CSI
**Clayton County Police Department**
p: 770-477-▇▇▇   m: 404-391-▇▇▇
f: 770-473-▇▇▇
a: 7911 North McDonough Street Jonesboro, GA. 30236
w: www.claytonpolice.com   e: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**From:** Timothy J. Becht <▇▇▇▇▇▇▇▇▇▇▇▇>
**Sent:** Tuesday, May 15, 2018 9:06 AM
**To:** Scott Stubbs; Ricky Porter; ▇▇▇▇▇▇▇▇▇▇▇▇
**Cc:** Timothy J. Becht
**Subject:** NCMEC Case # ▇▇▇▇▇▇ (Child's Last Name: W▇▇▇)

Dear Investigator,
The included NCMEC lead was received by a Call Center Specialist via our 24-hour Call Center. We are forwarding this information to you for further investigation if warranted. At this time, the included information has not yet been analyzed nor validated. If you would like to request technical assistance/additional searches regarding any information that appears within this lead please contact your NCMEC Case Manager directly at 1-800-THE-LOST (843-5678). Pursuant to our congressional mandate to operate as a clearinghouse it is our policy to send all lead information to law enforcement regardless of content value.

For any additional information regarding this lead, please refer to the lead number when contacting our Call Center at 1-800-THE-LOST (843-5678) or you can send a message via NLETS to our ORI # VA007019W.

***** PLEASE DO NOT RELEASE CALLER INFORMATION (IF AVAILABLE) TO ANY INDIVIDUALS ASSOCIATED WITH THIS LEAD. *****

**EXHIBIT 7**