## Jason Rael

**From:** Jason Rael
**Sent:** Sunday, July 15, 2018 4:23 PM
**To:** Steve Miera
**Subject:** Lucas Matrin in Amallia

US I got a message from Agent Cox in regards to contacting Jason Badger (Property Owner) to ask him if he would wear a button camera and meet with Lukas. I finally today made contact and Badger stated he would help, but wanted to know if he had to defend himself what protection could be offered to him. Badger stated he would not go onto the property unarmed. I left a voice mail for Agent Cox with the above stated information. Just wanted to keep you in the loop.

**Jason Rael**

| | |
|---|---|
| From: | Jason Rael |
| Sent: | Wednesday, May 23, 2018 10:34 PM |
| To: | 'Cox, Wesley B. (AQ) (TFO)' |
| Subject: | RE: Amalia |

Hello,

I got word tonight that a neighbor named John was apparently visited sometime in the last week by Lucas, John's wife works at the dollar store in San Louis Colorado he name is Melissa. According to the information from a resident of the area John would drive Lucas wife to the dollar store for provisions weekly. John lives in the vicinity of the compound and has a friendship with Lucas. I guess the property owner (Jason) had called John and told him to look at the internet. At some point Lucas was at Johns house and John confronted him about the information regarding the missing child. According to the information given Lucas became very quiet and denied any involvement. The other information I received was Lucas now is on high alert and has a large set of binoculars which are so big he has them mounted on a tri-pod. Lucas is supposedly watching out 24/7, and has cut off all communication with anyone.

The County Assessor Office only takes pictures of property and does not conduct property surveys. I would have to find an independent contractor/surveyor that would be willing to help. I spoke to Jason (property owner) and he stated he had set the closing for the end of the month at which time I believe Lucas would have to come to Taos to sign paperwork.

The above information came to me third hand, but I suspect the information to be credible. Jason told me he believed word had gotten out, and Lucas may already know we are onto him. The other information was the child A▉▉-g▉▉ W▉▉ was still on the property. The box truck has not moved in the last fifteen days. I will try and find out what Johns last name is.

-----Original Message-----
From: Cox, Wesley B. (AQ) (TFO) ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Sent: Wednesday, May 23, 2018 2:49 PM
To: Jason Rael
Subject: Amalia

Jason,

I guess you're up north out of cell phone range, your cell doesn't even ring, but anyway...

I just wanted to follow up with you. Our pilot flew over on the 21st and took some photos. The white box truck was there and he saw one person walking around the dwelling but was unable to identify the person or read the plate on the truck, he had to maintain a higher elevation so not to get burned. I attached a picture.

The plan is to have him fly over tomorrow evening, provided the weather is good, with FLIR to hopefully gather info on how many persons are occupying the place. I have requesting a license plate reader to be placed in the area to capture approximate times when they may be traveling in the evening hours. The idea of placing a camping trailer on Lt. Martinez's property is going to take a significant amount of planning/funding. I will keep you updated as those unfold.

I have a contact at the US Postal Inspector who can reach out to the Post Master who covers that area for information on who is receiving mail and at what address if you would like that to happen. Have you had any success coordinating with the county assessor for a survey team that we could implant an undercover into to go out to the area for property line measurements?



EXHIBIT 8    US v. Jany Leveille et al 770

Give me a call when you get a chance please and let me know if there's anything we can help with.

Thanks.

Wes
Sergeant Wesley Cox
New Mexico State Police
FBI Albuquerque Division
Joint Terrorism Task Force Coordinator
Desk: 505-889-████
Cell: 505-220-████

This electronic message is intended only for the personal and confidential use of the designated recipient(s) named above. It may contain confidential and/or privileged information exempt from disclosure under Federal or State law. If the recipient of this message is not a designated recipient, you are hereby notified that the dissemination, distribution or copying of this message is prohibited. If you received this electronic message in error, please notify TFO Wesley Cox (505) 889-████, purge the communication immediately from your computer system and destroy any hard copies of this transmission.

**Jason Rael**

| | |
|---|---|
| **From:** | Cox, Wesley B. (AQ) (TFO) <███████> |
| **Sent:** | Monday, June 11, 2018 9:39 AM |
| **To:** | Steve Miera; Jason Rael |
| **Subject:** | Amalia info |

Gents,

FBI Atlanta SA Denis Suta is with the mother now and reviewing video. She says the child we believed to be hers is NOT her son.

We will start reviewing more video to hopefully find better images.

We have some more options we can discuss if you would like to plan a conference call or meeting, just let me know.

Thanks.

Wes
Sergeant Wesley Cox
New Mexico State Police
FBI Albuquerque Division
Joint Terrorism Task Force Coordinator
Desk: 505-889-████
Cell: 505-220-████

This electronic message is intended only for the personal and confidential use of the designated recipient(s) named above. It may contain confidential and/or privileged information exempt from disclosure under Federal or State law. If the recipient of this message is not a designated recipient, you are hereby notified that the dissemination, distribution or copying of this message is prohibited. If you received this electronic message in error, please notify TFO Wesley Cox (505) 889-████, purge the communication immediately from your computer system and destroy any hard copies of this transmission.

1

**EXHIBIT 8**     US v. Jany Leveille et al 772