On May 14th, 2018 Taos County Sheriff's Office was given an Agency Assist from Clayton County Police Department. Deputy Flores was given contact information to call the Atlanta FBI Office and spoke to Agent Suta. Agent Suta gave Deputy Flores a brief timeline of the case file and advised Deputy Flores that a fugitive Siraj Wahhaj who is wanted for kidnapping his son A███-G██ W████ was possibly in the Taos County area of #55 Panorama Road Amalia, New Mexico.

Agent Suta informed Deputy Flores that Wahhaj and 2 sisters had a falling out due to their radical anti-government beliefs. Wahhaj sold his home in Atlanta and told his brother in-law to go to New Mexico and buy a piece of property or home to relocate the family and children to New Mexico.

While continuing to speak to Agent Suta Deputy Flores was given a caution not to approach alone due to the fact that Mr. Wahhaj was possibly armed and does possess body armor. Agent Suta told Deputy Flores that Mr. Wahhaj and his brother in-law were involved in a MVC near Montgomery Alabama where guns, ammunition and body armor was located inside of the vehicle. Statements were made that they were traveling to New Mexico.

Deputy Flores and Sergeant Rael responded to the area and stopped at the Duran Gas Station to gather more information before going to the location. An individual at the gas station stated that the the most recent siting was approximately 3-4 weeks prior in which 2 of the women and a male went into the store with about 8 children. The individual informed Deputy Flore they were traveling in a box truck. The individual also said that another individual living in the area of Panorama Road had to ask the males to stop shooting their assault rifles because it got to be too much. The individual told Deputy Flores the occupants only exit the dwelling at night due to their religious beliefs.

Deputy Flores and Sergeant Rael proceeded to the Area of Panorama Road. Sergeant Rael instead went to a discreet location where the location was visible but out sight of any person at the residence. From the location using binoculars I could visibly see a dwelling being constructed into the ground with tires. I also observed a white box truck on the property. The sighting of the truck and confirmation with another individual who has had personal contact with Wahhaj reaffirms that these individual are residing on the property.

EXHIBIT 10     US v. Jany Leveille et al 2728