SW-2018-1
RETURN AND INVENTORY

FILED IN MY OFFICE
8TH JUDICIAL DIST. COURT
TAOS COUNTY, NM ON
2010 AUG 16 AM 11:48

I received the attached Search Warrant on  8-3 , 20 18 , and executed said Search Warrant on 8-3- , 20 18 at _____ hours. I searched the person or premises described in Affidavit supporting said Search Warrant and I left a copy of said Search Warrant with _____, together with a copy of the inventory of items seized.

The following is an inventory of property taken pursuant to said Search Warrant:

Confined - Siraj Wahhaj - an adult wanted from GA
Arrested - Lucas Morton - mashlf.
11 children taken in protective custody - turned over to CYFD

*(FOR SAFE KEEPING)*

1- Bushmaster AR-15    # BFI659484       w/9 Loaded mag   w/1-Sling
1- Glock 26 .9mm       # BEU V018        w/3 Loaded mag
1- Kimber .9mm         # KPF 7874        w/3 Loaded mag
1- Smith-Wesson .38    # CVB3274642-1
1- Ruger .357          # 575-657758
1- Green Vest
1- Spring Field XD40   # US411172        w/2 Loaded mag

This inventory was made in the presence of _Kelly Romero_.

This inventory is a true and detailed account of all property taken pursuant to the execution of said Search Warrant.

Signature of Officer

Signature of Property Owner or other ~~Witness~~

Return made this _____ day of _____, 20 ___ at _____ hours

_____          _____
Judge                       Clerk

EXHIBIT 12    US v. Jany Leveille et al 2488