This document is a supplemental report to Taos County Sheriff's Office case number ▮▮▮▮▮. On August 6th, 2018, the Taos County Sheriff's Office executed a Search Warrant at property Unit 2, Lot 28, Costilla Meadows, Amalia, Taos County, New Mexico.

On this date I, Undersheriff Steve Miera, of the Taos County Sheriff's Office assisted in service of said Search Warrant in a support and security capacity. During the course of the execution of said Search Warrant I was made aware of a note book of concern, discovered by FBI agents within a tunnel system on the property. I then entered the tunnel and approximately halfway through (50 feet) I discovered a notebook that was opened and in plain view. It was located in a secondary shaft to the left (west) of the main tunnel shaft. The note book described the "Phases of a Terrorist Attack".

I then photograph each page (nine pages) and turned the photographs over to Sheriff Jerry Hogrefe for assessment. Refer to attached nine photographs. The note book was collected and is inventoried within bag 13 along with other items by the Taos County Sheriff's Office and the Federal Bureau of Investigation (FBI).

Any further information will be submitted in a supplemental report.

*This Document + 9 Attached Photo's*

*Steve Miera*

EXHIBIT 14    US v. Jany Leveille et al 2788

Supplemental

Case # ▮▮▮▮▮

On Monday August 13th at approximately 1615 hours I Deputy David Romo with the Taos County Sheriffs Office, conducted a count of the ammunition taken in conjunction with the search warrant served on Monday August 6th. I was assisted by Lavanda Leet from the Department of Homeland Security. The following is a synopsis of what was counted.

(42)- .380 caliber rounds including two loaded magazines

(75)- 12 gauge shells

(29)- 7.62x51mm Winchester full metal jacket

(30)- .308 Winchester match grade 68 Grain speer boat tail hollow point.

(80)- .223 Steel casing Tul ammo

(24)- .223 Hornady

(8) -12 gauge shells

(34)- .45 auto

(65)- .380 (2 hollow point-63 full metal jacket)

(23)- . 38 special

(50)- .40 winchester full metal jacket

(20)- .40 Federal premium

(100)- .9mm

*D. Romo T-111* (signature)

EXHIBIT 14     US v. Jany Leveille et al 2787