IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                           CR 18-2945 WJ

SUBHANAH WAHHAJ,

      Defendants.

## ORDER

THIS MATTER IS BEFORE THE COURT on Defendant's *Unopposed Motion for an Order to Produce to Counsel a Complete Docket Identifying the Docket Number and Title for All Sealed Pleadings,* filed December 23, 2022 [Doc. 559]. The Court having considered the motion, and being fully advised in the premises, finds that Defendants have by their motion created a sufficient record to justify granting the motion to produce a complete docket.

**IT IS THEREFORE ORDERED** that the Clerk of the Court shall produce a complete docket sheet with all docket numbers for all pleadings, including sealed, filed in this case to Counsel for Defendants.

                                                  _____
                                                  HONORABLE WILLIAM P. JOHNSON
                                                  United States District Court Judge

Submitted by:

/s/ *Ryan J. Villa*
RYAN J. VILLA
Counsel for Ms. Subhanah Wahhaj

Approved by:

/s/ *Kimberly Brawley*
KIMBERLY BRAWLEY
Assistant United States Attorney