# State of New Mexico

## v.

# Siraj Ibn Wahhaj

## CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| M-53-ER-201800018 | Shannon, Jeffrey A. | 08/06/2018 | TAOS  Magistrate |

## PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | WAHHAJ SIRAJ IBN |
| | ATTORNEY: CLARK THOMAS M. | | |
| P | Plaintiff | 1 | STATE OF NEW MEXICO |

## CRIMINAL CHARGE DETAIL

| PARTY | COUNT | SEQ # | STATUTE | CHARGE | CLASS | CHARGE DATE | CIT # | PLEA | DISPOSITION | DISP DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| D 1 | 1 | 3 | 31-4-2 | Fugitive from Justice | F4 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/23/2018 |

## HEARINGS FOR THIS CASE

| HEARING DATE | HEARING TIME | HEARING TYPE | HEARING JUDGE | COURT | COURT ROOM |
|---|---|---|---|---|---|
| 08/23/2018 | 2:00 PM | Status Hearing | Shannon, Jeffrey A. | TAOS | Courtroom B |
| 08/08/2018 | 11:00 AM | First Appearance | Ortega, Ernest L. | TAOS | Courtroom A |

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 08/23/2018 | CLS: DISMISSED WITHOUT PREJUDICE | | | | |
| 08/23/2018 | ORD: SETTING CONDITIONS OF RELEASE | | D | 1 | |
| 08/23/2018 | NTC: Notice of Dismissal | | | | |
| 08/22/2018 | NTC: OF HEARING Status | | | | |
| 08/22/2018 | Documentation Presented Faxed received from Clayton County Sheriff's Office Fugitive Unit | | D | 1 | |
| 08/10/2018 | DEFENSE ATTORNEY PACKET FILED The following documents have been filed: 5718- Entry of Appearance 5104- Request for Discovery 6058- Reservation of Right to Jury Trial 5669- Demand for Speedy Trial | | | | |
| 08/08/2018 | NTC: OF HEARING Status Hearing | | | | |
| 08/08/2018 | Conditional Order of Appointment | | | | |
| 08/08/2018 | ORD: SETTING CONDITIONS OF RELEASE | | | | |
| 08/08/2018 | ADVISEMENT OF RIGHTS READ | | | | |
| 08/06/2018 | PROBABLE CAUSE DETERMINATION / FOUND | | | | |
| 08/06/2018 | STATEMENT OF PROBABLE CAUSE | | | | |
| 08/06/2018 | OPN: CRIMINAL COMPLAINT FILED | | | | |

# State of New Mexico

## v.

## Lucas Allen Morton

### CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| M-53-FR-201800175 | Ortega, Ernest L. | 08/06/2018 | TAOS Magistrate |

### PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | MORTON LUCAS ALLEN |
| OF | Officer | 1 | RAEL JASON P. |
| P | Plaintiff | 1 | STATE OF NEW MEXICO |

### CRIMINAL CHARGE DETAIL

| PARTY | COUNT | SEQ # | STATUTE | CHARGE | CLASS | CHARGE DATE | CIT # | PLEA | DISPOSITION | DISP DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| D 1 | 1 | 3 | 30-22-4 & 31-18-15 | Harboring or Aiding a Felon | F4 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |

### REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 08/08/2018 | CLS: DISMISSED WITHOUT PREJUDICE | | | | |
| 08/08/2018 | NTC: Notice of Dismissal Notice of Dismissal of Felony Criminal Complaint | | | | |
| 08/07/2018 | PROBABLE CAUSE DETERMINATION / FOUND | | | | |
| 08/06/2018 | STATEMENT OF PROBABLE CAUSE | | | | |
| 08/06/2018 | OPN: CRIMINAL COMPLAINT FILED | | | | |

### JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 08/06/2018 | Ortega, Ernest L. | 1 | INITIAL ASSIGNMENT |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 08/06/2018 | Shannon, Jeffrey A. | 1 | INITIAL ASSIGNMENT |