# State of New Mexico

# v.

# Suraj Wahhaj

## CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| M-53-FR-201800180 | Shannon, Jeffrey A. | 08/06/2018 | TAOS  Magistrate |

## PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | WAHHAJ SURAJ |
| OF | Officer | 1 | HOGREFE JERRY  OFC |
| P | Plaintiff | 1 | STATE OF NEW MEXICO |

## CRIMINAL CHARGE DETAIL

| PARTY | COUNT | SEQ # | STATUTE | CHARGE | CLASS | CHARGE DATE | CIT # | PLEA | DISPOSITION | DISP DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| D 1 | 1 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 2 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 3 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 4 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 5 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 6 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 7 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 8 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 9 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 10 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 11 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 08/08/2018 | CLS: DISMISSED WITHOUT PREJUDICE | | | | |
| 08/08/2018 | NTC: Notice of Dismissal Notice of Dismissal of Felony Criminal Complaint | | | | |
| 08/06/2018 | WAR: PHYSICAL WARRANT RETURNED | | | | |

# State of New Mexico

## v.

## Lucas Allen Morton

### CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| M-53-FR-201800177 | Ortega, Ernest L. | 08/06/2018 | TAOS  Magistrate |

### PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | MORTON LUCAS ALLEN |
| OF | Officer | 1 | HOGREFE JERRY  OFC |
| P | Plaintiff | 1 | STATE OF NEW MEXICO |

### CRIMINAL CHARGE DETAIL

| PARTY | COUNT | SEQ # | STATUTE | CHARGE | CLASS | CHARGE DATE | CIT # | PLEA | DISPOSITION | DISP DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| D 1 | 1 | 3 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 2 | 3 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 3 | 3 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 4 | 3 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 5 | 3 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 6 | 3 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 7 | 3 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 8 | 3 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 9 | 3 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 10 | 3 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 11 | 3 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |

### REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 08/08/2018 | CLS: DISMISSED WITHOUT PREJUDICE | | | | |
| 08/08/2018 | NTC: Notice of Dismissal Notice of Dismissal of Felony Criminal Complaint | | P | 1 | |
| 08/07/2018 | PROBABLE CAUSE DETERMINATION / FOUND | | | | |

Page 1

| | | | | |
|---|---|---|---|---|
| 08/06/2018 | WAR: PHYSICAL WARRANT RETURNED | | | |
| 08/06/2018 | PROBABLE CAUSE DETERMINATION / FOUND | D | | 1 |
| 08/06/2018 | OPN: CRIMINAL COMPLAINT FILED | | | |
| | Criminal Compliant and Affidavit for Arrest Warrant | | | |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 08/06/2018 | Ortega, Ernest L. | 1 | INITIAL ASSIGNMENT |

| | | |
|---|---|---|
| 08/06/2018 | PROBABLE CAUSE DETERMINATION / FOUND | |
| 08/06/2018 | OPN: CRIMINAL COMPLAINT FILED | |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 08/06/2018 | Shannon, Jeffrey A. | 1 | INITIAL ASSIGNMENT |

# State of New Mexico

# v.

# Jany Leveille

## CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| M-53-FR-201800176 | Shannon, Jeffrey A. | 08/06/2018 | TAOS  Magistrate |

## PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | LEVEILLE JANY |
| P | Plaintiff | 1 | STATE OF NEW MEXICO |

## CRIMINAL CHARGE DETAIL

| PARTY | COUNT | SEQ # | STATUTE | CHARGE | CLASS | CHARGE DATE | CIT # | PLEA | DISPOSITION | DISP DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| D 1 | 1 | 4 | 30-6-1(D) | Child Abuse - 1st Offense - Third Degree Felony | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 2 | 5 | 30-6-1(D) | Child Abuse - 1st Offense - Third Degree Felony | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 3 | 5 | 30-6-1(D) | Child Abuse - 1st Offense - Third Degree Felony | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 4 | 5 | 30-6-1(D) | Child Abuse - 1st Offense - Third Degree Felony | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 5 | 5 | 30-6-1(D) | Child Abuse - 1st Offense - Third Degree Felony | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 6 | 5 | 30-6-1(D) | Child Abuse - 1st Offense - Third Degree Felony | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 7 | 5 | 30-6-1(D) | Child Abuse - 1st Offense - Third Degree Felony | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 8 | 5 | 30-6-1(D) | Child Abuse - 1st Offense - Third Degree Felony | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 9 | 5 | 30-6-1(D) | Child Abuse - 1st Offense - Third Degree Felony | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 10 | 5 | 30-6-1(D) | Child Abuse - 1st Offense - Third Degree Felony | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 11 | 5 | 30-6-1(D) | Child Abuse - 1st Offense - Third Degree Felony | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 08/08/2018 | CLS: DISMISSED WITHOUT PREJUDICE | | | | |
| 08/08/2018 | NTC: Notice of Dismissal Notice of Dismissal of Felony Criminal Compliant | | P | 1 | |
| 08/06/2018 | WAR: PHYSICAL WARRANT RETURNED | | | | |
| 08/06/2018 | OPN: CRIMINAL COMPLAINT FILED | | | | |
| 08/05/2018 | WAR: PRE-ADJUDICATION WARRANT SERVED | | | | |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 08/06/2018 | Shannon, Jeffrey A. | 1 | INITIAL ASSIGNMENT |

# State of New Mexico

# v.

# Hujrah J Wahhaj

## CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| M-53-FR-201800179 | Ortega, Ernest L. | 08/06/2018 | TAOS Magistrate |

## PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | WAHHAJ HUJRAH J |
| OF | Officer | 1 | HOLGREFE JERRY |
| P | Plaintiff | 1 | STATE OF NEW MEXICO |

## CRIMINAL CHARGE DETAIL

| PARTY | COUNT | SEQ # | STATUTE | CHARGE | CLASS | CHARGE DATE | CIT # | PLEA | DISPOSITION | DISP DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| D 1 | 1 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 2 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 3 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 4 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 5 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 6 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 7 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 8 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 9 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 10 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 11 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 08/08/2018 | CLS: DISMISSED WITHOUT PREJUDICE | | | | |
| 08/08/2018 | NTC: Notice of Dismissal Notice of Dismissal of Felony Criminal Compliant | | | | |
| 08/07/2018 | PROBABLE CAUSE DETERMINATION / FOUND | | | | |

Page 1

| | | |
|---|---|---|
| 08/06/2018 | WAR: PHYSICAL WARRANT RETURNED | |
| 08/06/2018 | OPN: CRIMINAL COMPLAINT FILED | |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 08/06/2018 | Ortega, Ernest L. | 1 | INITIAL ASSIGNMENT |

# State of New Mexico

# v.

# Subhannan A Wahhaj

## CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| M-53-FR-201800178 | Ortega, Ernest L. | 08/06/2018 | TAOS Magistrate |

## PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | WAHHAJ SUBHANNAN A |
| OF | Officer | 1 | HOLGREFE JERRY |
| P | Plaintiff | 1 | STATE OF NEW MEXICO |

## CRIMINAL CHARGE DETAIL

| PARTY | COUNT | SEQ # | STATUTE | CHARGE | CLASS | CHARGE DATE | CIT # | PLEA | DISPOSITION | DISP DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| D 1 | 1 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 2 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 3 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 4 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 5 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 6 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 7 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 8 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 9 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 10 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |
| D 1 | 11 | 4 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | No Plea | Dismissed by Prosecutor / Nolle Prosequi | 08/08/2018 |

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 08/08/2018 | CLS: DISMISSED WITHOUT PREJUDICE | | | | |
| 08/08/2018 | NTC: Notice of Dismissal Notice of Dismissal of Felony Criminal Complaint | | P | 1 | |
| 08/07/2018 | PROBABLE CAUSE DETERMINATION / FOUND | | | | |

Page 1

| | | | |
|---|---|---|---|
| 08/06/2018 | WAR: PHYSICAL WARRANT RETURNED | | |
| 08/06/2018 | OPN: CRIMINAL COMPLAINT FILED | | |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 08/06/2018 | Ortega, Ernest L. | 1 | INITIAL ASSIGNMENT |