# State of New Mexico

## v.

# Siraj Ibn Wahhaj

## CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-820-CR-201800167 | McElroy, Jeff F. | 08/08/2018 | TAOS  District |

## PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | WAHHAJ SIRAJ IBN |
|   | ATTORNEY: CLARK THOMAS M. | | |
| P | Plaintiff | 1 | STATE OF NEW MEXICO |
|   | ATTORNEY: HASSON TIMOTHY R. | | |

## CRIMINAL CHARGE DETAIL

| PARTY | COUNT | SEQ # | STATUTE | CHARGE | CLASS | CHARGE DATE | CIT # | PLEA | DISPOSITION | DISP DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| D 1 | 1 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 2 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 3 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 4 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 5 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 6 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 7 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 8 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 9 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 10 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 11 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 12 | 2 | 30-4-4(B) & 31-18-15 | Custodial Interference (Right to Custody) | F4 | 12/10/2017 | | | Dismissed - By Motion | 08/29/2018 |

## HEARINGS FOR THIS CASE

| HEARING DATE | HEARING TIME | HEARING TYPE | HEARING JUDGE | COURT | COURT ROOM |
|---|---|---|---|---|---|
| 08/29/2018 | 1:00 PM | MOTION HEARING | McElroy, Jeff F. | TAOS | Taos Courtroom A |
| 08/13/2018 | 2:00 PM | DETENTION HEARING | Backus, Sarah C. | TAOS | Taos Courtroom A |
| 08/08/2018 | 2:30 PM | ARRAIGNMENT | Backus, Sarah C. | TAOS | Taos Courtroom A |

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 09/20/2018 | REQUEST FOR COPY OF TAPES/CD/AUDIO | | P | 1 | |
| | Request for Release of Taped Record (State's Expedited Motion for Pretrial Detention/No Bond hearing) | | | | |
| 09/11/2018 | RETURNED MAIL | | D | 1 | |
| | Returned Mail (Addressed to Defense Counsel and returned to sender; Unable to forward) | | | | |
| 08/30/2018 | ORD: Denying Modification to Pretrial Detention/Release Ord | | | | |
| | Order Denying Motion For Reconsideration and Taking Under Advisement Request to Reopen | | | | |
| 08/29/2018 | TAPE & LOG RECEIPT | | | | |
| | Log Notes for Motion Hearing held on 8/29/2018 in Courtroom A | | | | |
| 08/29/2018 | CLS: ORDER OF DISMISSAL | | | | |
| | Order of Dismissal Without Prejudice | | | | |
| 08/28/2018 | NTC: HEARING | | | | |
| | AMENDED Notice Of Hearing. August 29, 2018 @ 1:00 pm. Matter to be heard: Detention Hearing | | | | |
| 08/28/2018 | NTC: HEARING | | | | |
| | Notice Of Hearing. August 29, 2018 @ 1:00 pm. Matter to be heard: Motion Hearing | | | | |
| 08/28/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Issued to: Walter Vigil, HRDA, to appear on Wednesday 8/29/18 at 10:00 am. To testify at Motion To Dismiss Hearing | | | | |
| 08/27/2018 | NTC: HEARING | | | | |
| | August 29, 2018 at 1:00 pm - State's Expedited Motion for Pretrial Detention / No Bond Hold | | | | |
| 08/24/2018 | REQUEST FOR HEARING/ SETTING | | | | |
| | State's Motion for Reconsideration | | | | |
| 08/24/2018 | MTN: to Review Pretrial Detention/Release Order | | P | 1 | |
| | State's Motion for Reconsideration and Supplemental Motion for Pretrial Detention/No Bond Pursuant to Rule 5-409(K) | | | | |
| 08/23/2018 | MTN: TO DISMISS | | | | |
| 08/16/2018 | REQUEST FOR COPY OF TAPES/CD/AUDIO | | | | |
| | State of New Mexico, Office of the Attorney General, Requests audio recordings of preventative detention hearing held before Judge Sarah Backus on August 13, 2018 | | | | |
| 08/15/2018 | SUBPOENA RETURNED | | P | 1 | |
| | Subpoena Returned (Subpoena served on Agent Travis William Taylor on August 10, 2018 via e-mail) | | | | |
| 08/15/2018 | SUBPOENA RETURNED | | P | 1 | |
| | Subpoena Returned (Subpoena served on Sheriff Jerry Hogrefe on August 10, 2018) | | | | |
| 08/14/2018 | EXHIBIT RECEIPT | | | | |
| | Exhibit Receipt for Detention Hearing held on 8/13/2018 in Courtroom A | | | | |
| 08/14/2018 | TAP: DETENTION | | | | |
| | Log Notes for Detention Hearing held on 8/13/2018 in Courtroom A | | | | |
| 08/14/2018 | ORD: Denying Pretrial Detention 5-409 | | | | |
| | Order Denying Motion to Detain Defendant Without Bail and Order Setting Conditions of Release - Appearance Bond set at $20,000 | | | | |
| 08/10/2018 | ENTRY OF APPEARANCE | | D | 1 | |
| | Entry of Appearance, Demand for Speedy Trial, Motion for Discovery, Demand for Exculpatory Information, Certificate of Compliance, Motion or Enlargement of Time to File Pre- Trial Motions & Witness List | | | | |
| 08/10/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Subpoena Issued (Subpoena Issued to: Agent Travis William Taylor, of the Federal Bureau or Investigations; Commanded to Appear on August 13, 2018 at 2:00 pm) | | | | |
| 08/10/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Subpoena Issued (Subpoena Issued to: Under Sheriff Steve Miera, of the Taos County Sheriff's Department; Commanded to Appear on August 13, 2018 at 2:00 pm) | | | | |
| 08/10/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Subpoena Issued (Subpoena Issued to: Sheriff Jerry Hogrefe, of the Taos County Sheriff's Department; Commanded to Appear on August 13, 2018 at 2:00 pm) | | | | |
| 08/10/2018 | ORD: ORDER GRANTING | | | | |
| | Order Granting State's Motion to Consolidate Cases for the Purposes of Pretrial Detention Hearing | | | | |
| 08/09/2018 | MTN: TO CONSOLIDATE | | | | |
| | State's Motion to Consolidate Cases For the Purposes of Pretrial Detention and Preliminary Examination Hearings | | | | |
| 08/09/2018 | PROBABLE CAUSE STATEMENT | | | | |
| 08/08/2018 | NTC: HEARING (MOTION) | | | | |
| | Notice of Hearing (Motion Hearing is scheduled for August 13, 2018 at 11:30 am) | | | | |
| 08/08/2018 | NTC: HEARING (ARRAIGNMENT) | | | | |

| | | | | |
|---|---|---|---|---|
| | Notice of Hearing (Arraignment is scheduled for August 8, 2018 at 2:30 pm) | | | |
| 08/08/2018 | TAP: ARRAIGNMENT | | | |
| | Log Notes for Arraignment held on 8/8/2018 in Courtroom A | | | |
| 08/08/2018 | ORD: DETENTION/ ARRAIGNMENT | | | |
| | Arraignment Order (To be held pending no bond hearing) | | | |
| 08/08/2018 | REQUEST FOR HEARING/ SETTING | P | | 1 |
| | Request for Setting (Matter to be Heard: State's Expedited Motion for Pretrial Detention/No Bond Hold) | | | |
| 08/08/2018 | MTN: for Pretrial Detention 5-409 | | | |
| | State's Expedited Motion for Pretrial Detention/No Bond Hold | | | |
| 08/08/2018 | OPN: CRIMINAL INFORMATION / COMPLAINT | | | |
| | Criminal Complaint (The State of New Mexico charges the Defendant, Siraj Ibn Wahhaj, with 11 counts of Abuse of a Child (Does Not Result in Death or Great Bodily Harm) and Custodial Interference (Right to Custody)) | | | |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 08/08/2018 | McElroy, Jeff F. | 1 | INITIAL ASSIGNMENT |

# State of New Mexico

# v.

# Lucas Allen Morten

## CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-820-CR-201800168 | Chavez, Emilio J. | 08/08/2018 | TAOS District |

## PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | MORTEN LUCAS ALLEN |
| | ATTORNEY: KOSTICH ALEKSANDAR N. | | |
| P | Plaintiff | 1 | STATE OF NEW MEXICO |
| | ATTORNEY: HASSON TIMOTHY R. | | |

## CRIMINAL CHARGE DETAIL

| PARTY | COUNT | SEQ # | STATUTE | CHARGE | CLASS | CHARGE DATE | CIT # | PLEA | DISPOSITION | DISP DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| D 1 | 1 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 2 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 3 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 4 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 5 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 6 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 7 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 8 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 9 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 10 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 11 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 12 | 2 | 30-22-4 & 31-18-15 | Harboring or Aiding a Felon | F4 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |

## HEARINGS FOR THIS CASE

| HEARING DATE | HEARING TIME | HEARING TYPE | HEARING JUDGE | COURT | COURT ROOM |
|---|---|---|---|---|---|
| 08/29/2018 | 10:00 AM | MOTION HEARING | Chavez, Emilio J. | TAOS | Taos Courtroom A |
| 08/13/2018 | 2:00 PM | DETENTION HEARING | Backus, Sarah C. | TAOS | Taos Courtroom A |
| 08/08/2018 | 2:30 PM | ARRAIGNMENT | Backus, Sarah C. | TAOS | Taos Courtroom A |

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 08/30/2018 | ORD: Denying Modification to Pretrial Detention/Release Ord | | | | |
| | Order Denying Motion For Reconsideration and Taking Under Advisement Request to Reopen | | | | |
| 08/29/2018 | TAPE & LOG RECEIPT | | | | |
| | Log Notes for Motion Hearing held on 8/29/2018 in Courtroom A | | | | |
| 08/29/2018 | ORD: OF RELEASE | | | | |
| | (Filed Under Seal)  Was advised by Judge McElroy on 8/30/18 to unseal document. | | | | |
| 08/29/2018 | CLS: ORDER OF DISMISSAL | | | | |
| | Order of Dismissal Without Prejudice | | | | |
| 08/28/2018 | RESPONSE | | | | |
| | Defendant's Response to State's Motion to Reconsider | | | | |
| 08/28/2018 | NTC: HEARING | | | | |
| | AMENDED Notice Of Hearing. August 29, 2018 @ 1:00 pm. Matter to be heard: Detention Hearing | | | | |
| 08/28/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Issued to: Walter Vigil, HRDA,  to appear on Wednesday 8/29/18 at 10:00 am. To testify at Motion To Dismiss Hearing | | | | |
| 08/27/2018 | NTC: HEARING | | | | |
| | August 29, 2018 at 1:00 pm - State's Expedited Motion for Pretrial Detention / No Bond Hold | | | | |
| 08/24/2018 | NTC: HEARING | | | | |
| | August 29, 2018 at 10:00 am - Motion to Dismiss | | | | |
| 08/24/2018 | REQUEST FOR HEARING/ SETTING | | | | |
| | State's Motion for Reconsideration | | | | |
| 08/24/2018 | MTN: to Review Pretrial Detention/Release Order | | P | 1 | |
| | State's Motion for Reconsideration and Supplemental Motion for Pretrial Detention/No Bond Pursuant to Rule 5-409(K) | | | | |
| 08/23/2018 | REQUEST FOR HEARING/ SETTING | | | | |
| | Motion to Dismiss | | | | |
| 08/23/2018 | MTN: TO DISMISS | | | | |
| 08/16/2018 | REQUEST FOR COPY OF TAPES/CD/AUDIO | | | | |
| | State of New Mexico, Office of the Attorney General, Requests audio recordings of preventative detention hearing held before Judge Sarah Backus on August 13, 2018 | | | | |
| 08/16/2018 | NTC: HEARING | | | | |
| | September 28, 2018 at 8:30 am - Preliminary Hearing | | | | |
| 08/15/2018 | SUBPOENA RETURNED | | P | 1 | |
| | Subpoena Returned (Subpoena served on Agent Travis William Taylor on August 10, 2018 via e-mail) | | | | |
| 08/15/2018 | SUBPOENA RETURNED | | P | 1 | |
| | Subpoena Returned (Subpoena served on Sheriff Jerry Hogrefe on August 10, 2018) | | | | |
| 08/14/2018 | EXHIBIT RECEIPT | | | | |
| | Exhibit Receipt for Detention Hearing held on 8/13/2018 in Courtroom A | | | | |
| 08/14/2018 | TAP: DETENTION | | | | |
| | Log Notes for Detention Hearing held on 8/13/2018 in Courtroom A | | | | |
| 08/14/2018 | ORD: Denying Pretrial Detention 5-409 | | | | |
| | Order Denying Motion to Detain Defendant Without Bail and Order Setting Conditions of Release  - Appearance Bond set at $20,000 | | | | |
| 08/10/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Subpoena Issued (Subpoena Issued to:  Agent Travis William Taylor, of the Federal Bureau or Investigations; Commanded to Appear on August 13, 2018 at 2:00 pm) | | | | |
| 08/10/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Subpoena Issued (Subpoena Issued to:  Under Sheriff Steve Miera, of the Taos County Sheriff's Department; Commanded to Appear on August 13, 2018 at 2:00 pm) | | | | |
| 08/10/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Subpoena Issued (Subpoena Issued to:  Sheriff Jerry Hogrefe, of the Taos County Sheriff's Department; Commanded to Appear on August 13, 2018 at 2:00 pm) | | | | |
| 08/10/2018 | ORD: ORDER GRANTING | | | | |
| | Order Granting State's Motion to Consolidate Cases for the Purposes of Pretrial Detention Hearing | | | | |
| 08/09/2018 | MTN: TO CONSOLIDATE | | | | |
| | State's Motion to Consolidate Cases For the Purposes of Pretrial Detention and Preliminary Examination Hearings | | | | |
| 08/09/2018 | CERTIFICATE OF COMPLIANCE | | D | 1 | |
| 08/09/2018 | ENTRY OF APPEARANCE | | D | 1 | |
| | Entry of Appearance, Request for Discovery, Demand of Exculpatory Information, and Demand for a Speedy Trial (The Law Offices of the Public Defender enters as counsel of record for the Defendant) | | | | |

| | | | |
|---|---|---|---|
| 08/09/2018 | PROBABLE CAUSE STATEMENT | | |
| 08/09/2018 | AMENDED NOTICE | | |
| | Amended Notice of Hearing (State's Expedited Motion for Pretrial Detention/No Bond is scheduled for August 13, 2018 at 3:00 pm) | | |
| 08/08/2018 | TAP: ARRAIGNMENT | | |
| | Log Notes for Arraignment held on 8/8/2018 in Courtroom A | | |
| 08/08/2018 | AMENDED NOTICE | | |
| | Amended Notice of Hearing (Arraignment is scheduled for August 8, 2018 at 2:30 pm) | | |
| 08/08/2018 | ORD: DETENTION/ ARRAIGNMENT | | |
| | Arraignment Order (To be held without bond pending hearing) | | |
| 08/08/2018 | NTC: HEARING | | |
| | August 13, 2018 at 12:45 pm - State's Expedited Motion for Pretrial Detention / No Bond Hold | | |
| 08/08/2018 | NTC: HEARING | | |
| | August 8, 2018 at 1:00 pm - Arraignment on Criminal Complaint | | |
| 08/08/2018 | OPN: CRIMINAL INFORMATION / COMPLAINT | P | 1 |
| | Counts 1-11; Abuse of a Child (Does Not Result in Death or Great Bodily Harm) Count 12: Harboring a Felon | | |
| 08/08/2018 | REQUEST FOR HEARING/ SETTING | P | 1 |
| | Request for Setting (Matter to be Heard:  State's Expedited Motion for Pretrial Detention/No Bond Hold) | | |
| 08/08/2018 | MTN: for Pretrial Detention 5-409 | | |
| | State's Expedited Motion for Pretrial Detention/No Bond Hold | | |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 08/08/2018 | Chavez, Emilio J. | 1 | INITIAL ASSIGNMENT |

# State of New Mexico

# v.

# Jany N Leveille

## CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-820-CR-201800170 | McElroy, Jeff F. | 08/08/2018 | TAOS District |

## PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | LEVEILLE JANY N |
| | ATTORNEY: GOLIGHTLEY KELLY ALEXIS | | |
| P | Plaintiff | 1 | STATE OF NEW MEXICO |
| | ATTORNEY: HASSON TIMOTHY R. | | |

## CRIMINAL CHARGE DETAIL

| PARTY | COUNT | SEQ # | STATUTE | CHARGE | CLASS | CHARGE DATE | CIT # | PLEA | DISPOSITION | DISP DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| D 1 | 1 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 2 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 3 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 4 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 5 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 6 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 7 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 8 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 9 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 10 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 11 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |

## HEARINGS FOR THIS CASE

| HEARING DATE | HEARING TIME | HEARING TYPE | HEARING JUDGE | COURT | COURT ROOM |
|---|---|---|---|---|---|
| 08/29/2018 | 1:00 PM | MOTION HEARING | McElroy, Jeff F. | TAOS | Taos Courtroom A |
| 08/13/2018 | 2:00 PM | DETENTION HEARING | Backus, Sarah C. | TAOS | Taos Courtroom A |
| 08/08/2018 | 2:30 PM | ARRAIGNMENT | Backus, Sarah C. | TAOS | Taos Courtroom A |

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 09/11/2018 | RETURNED MAIL | | D | 1 | |
| | Returned Mail (Addressed to Defense Counsel and returned to sender; Unable to forward) | | | | |
| 09/10/2018 | RETURNED MAIL | | | | |
| | Returned mail. (Notice Of Judge Assignment) | | | | |
| 08/30/2018 | ORD: Denying Modification to Pretrial Detention/Release Ord | | | | |
| | Order Denying Motion For Reconsideration and Taking Under Advisement Request to Reopen | | | | |
| 08/29/2018 | TAPE & LOG RECEIPT | | | | |
| | Log Notes for Motion Hearing held on 8/29/2018 in Courtroom A | | | | |
| 08/29/2018 | CLS: ORDER OF DISMISSAL | | | | |
| | Order of Dismissal Without Prejudice | | | | |
| 08/29/2018 | JDG: NOTICE OF JUDGE ASSIGNMENT | | | | |
| | Case is assigned to Judge Jeff F. McElroy | | | | |
| 08/28/2018 | JDG: JUDGE RECUSAL | | | | |
| | Notice of Recusal (Judge Sarah C. Backus) | | | | |
| 08/28/2018 | NTC: HEARING | | | | |
| | AMENDED Notice Of Hearing. August 29, 2018 @ 1:00 pm. Matter to be heard: Detention Hearing | | | | |
| 08/28/2018 | NTC: HEARING | | | | |
| | Notice Of Hearing. August 29, 2018 @ 1:00 pm. Matter to be heard: Motion Hearing | | | | |
| 08/28/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Issued to: Walter Vigil, HRDA, to appear on Wednesday 8/29/18 at 10:00 am. To testify at Motion To Dismiss Hearing | | | | |
| 08/27/2018 | NTC: HEARING | | | | |
| | August 29, 2018 at 1:00 pm - State's Expedited Motion for Pretrial Detention / No Bond Hold | | | | |
| 08/24/2018 | REQUEST FOR HEARING/ SETTING | | | | |
| | State's Motion for Reconsideration | | | | |
| 08/24/2018 | MTN: to Review Pretrial Detention/Release Order | | P | 1 | |
| | State's Motion for Reconsideration and Supplemental Motion for Pretrial Detention/No Bond Pursuant to Rule 5-409(K) | | | | |
| 08/23/2018 | MTN: TO DISMISS | | | | |
| 08/16/2018 | REQUEST FOR COPY OF TAPES/CD/AUDIO | | | | |
| | State of New Mexico, Office of the Attorney General, Requests audio recordings of preventative detention hearing held before Judge Sarah Backus on August 13, 2018 | | | | |
| 08/15/2018 | SUBPOENA RETURNED | | P | 1 | |
| | Subpoena Returned (Subpoena served on Agent Travis William Taylor on August 10, 2018 via e-mail) | | | | |
| 08/15/2018 | SUBPOENA RETURNED | | P | 1 | |
| | Subpoena Returned (Subpoena served on Sheriff Jerry Hogrefe on August 10, 2018) | | | | |
| 08/14/2018 | EXHIBIT RECEIPT | | | | |
| | Exhibit Receipt for Detention Hearing held on 8/13/2018 in Courtroom A | | | | |
| 08/14/2018 | TAP: DETENTION | | | | |
| | Log Notes for Detention Hearing held on 8/13/2018 in Courtroom A | | | | |
| 08/14/2018 | ORD: Denying Pretrial Detention 5-409 | | | | |
| | Order Denying Motion to Detain Defendant Without Bail and Order Setting Conditions of Release - Appearance Bond set at $20,000 | | | | |
| 08/13/2018 | ENTRY OF APPEARANCE | | D | 1 | |
| | Entry of Appearance, Request for Discovery, and Demand for Speedy Trial | | | | |
| 08/10/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Subpoena Issued (Subpoena Issued to: Agent Travis William Taylor, of the Federal Bureau or Investigations; Commanded to Appear on August 13, 2018 at 2:00 pm) | | | | |
| 08/10/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Subpoena Issued (Subpoena Issued to: Under Sheriff Steve Miera, of the Taos County Sheriff's Department; Commanded to Appear on August 13, 2018 at 2:00 pm) | | | | |
| 08/10/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Subpoena Issued (Subpoena Issued to: Sheriff Jerry Hogrefe, of the Taos County Sheriff's Department; Commanded to Appear on August 13, 2018 at 2:00 pm) | | | | |
| 08/10/2018 | ORD: ORDER GRANTING | | | | |
| | Order Granting State's Motion to Consolidate Cases for the Purposes of Pretrial Detention Hearing | | | | |
| 08/09/2018 | MTN: TO CONSOLIDATE | | | | |
| | State's Motion to Consolidate Cases For the Purposes of Pretrial Detention and Preliminary Examination Hearings | | | | |
| 08/09/2018 | PROBABLE CAUSE STATEMENT | | | | |
| 08/09/2018 | AMENDED NOTICE | | | | |
| | Amended Notice of Hearing (This amendment is to change the date/time of the hearing from Friday, August 10, 2018 at 9:00 am to the date/time noted below) August 13, 2018 at 10:00 am - State's Expedited Motion for Pretrial Detention/No Bond Hold | | | | |

| Date | Event | | |
|---|---|---|---|
| 08/08/2018 | TAP: ARRAIGNMENT | | |
| | Log Notes for Arraignment held on 8/8/2018 in Courtroom A | | |
| 08/08/2018 | NTC: HEARING | | |
| | August 10, 2018 at 9:00 am - State's Expedited Motion for Pretrial Detention / No Bond Hold | | |
| 08/08/2018 | NTC: HEARING | | |
| | August 8, 2018 at 2:30 pm - Arraignment | | |
| 08/08/2018 | ORD: DETENTION/ ARRAIGNMENT | | |
| | Hold Without Bond Pending Hearing | | |
| 08/08/2018 | OPN: CRIMINAL INFORMATION / COMPLAINT | P | 1 |
| | Count 1-11: Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | | |
| 08/08/2018 | REQUEST FOR HEARING/ SETTING | P | 1 |
| | Request for Setting (Matter to be Heard: State's Expedited Motion for Pretrial Detention/No Bond Hold) | | |
| 08/08/2018 | MTN: for Pretrial Detention 5-409 | | |
| | State's Expedited Motion for Pretrial Detention/No Bond Hold | | |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 08/08/2018 | Backus, Sarah C. | 1 | INITIAL ASSIGNMENT |
| 08/28/2018 | McElroy, Jeff F. | 2 | Judge Recused |

# State of New Mexico

## v.

# Hujrah J Wahhaj

## CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-820-CR-201800169 | Chavez, Emilio J. | 08/08/2018 | TAOS District |

## PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | WAHHAJ HUJRAH J |
| | ATTORNEY: MILLER MARIE LEGRAND | | |
| P | Plaintiff | 1 | STATE OF NEW MEXICO |
| | ATTORNEY: HASSON TIMOTHY R. | | |

## CRIMINAL CHARGE DETAIL

| PARTY | COUNT | SEQ # | STATUTE | CHARGE | CLASS | CHARGE DATE | CIT # | PLEA | DISPOSITION | DISP DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| D 1 | 1 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 2 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 3 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 4 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 5 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 6 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 7 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 8 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 9 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 10 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 11 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |

## HEARINGS FOR THIS CASE

| HEARING DATE | HEARING TIME | HEARING TYPE | HEARING JUDGE | COURT | COURT ROOM |
|---|---|---|---|---|---|
| 08/29/2018 | 10:00 AM | MOTION HEARING | Chavez, Emilio J. | TAOS | Taos Courtroom A |
| 08/13/2018 | 2:00 PM | DETENTION HEARING | Backus, Sarah C. | TAOS | Taos Courtroom A |
| 08/08/2018 | 2:30 PM | ARRAIGNMENT | Backus, Sarah C. | TAOS | Taos Courtroom A |

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 08/30/2018 | ORD: Denying Modification to Pretrial Detention/Release Ord | | | | |
| | Order Denying Motion For Reconsideration and Taking Under Advisement Request to Reopen | | | | |
| 08/29/2018 | TAPE & LOG RECEIPT | | | | |
| | Log Notes for Motion Hearing held on 8/29/2018 in Courtroom A | | | | |
| 08/29/2018 | ORD: OF RELEASE | | | | |
| | (Filed Under Seal)  Was advised by Judge McElroy on 8/30/18 to unseal document. | | | | |
| 08/29/2018 | CLS: ORDER OF DISMISSAL | | | | |
| | Order of Dismissal Without Prejudice | | | | |
| 08/28/2018 | NTC: HEARING | | | | |
| | AMENDED Notice Of Hearing. August 29, 2018 @ 1:00 pm. Matter to be heard: Detention Hearing | | | | |
| 08/28/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Issued to: Walter Vigil, HRDA,  to appear on Wednesday 8/29/18 at 10:00 am. To testify at Motion To Dismiss Hearing | | | | |
| 08/27/2018 | NTC: HEARING | | | | |
| | August 29, 2018 at 1:00 pm - State's Expedited Motion for Pretrial Detention / No Bond Hold | | | | |
| 08/24/2018 | NTC: HEARING | | | | |
| | August 29, 2018 at 10:00 am - Motion to Dismiss | | | | |
| 08/24/2018 | REQUEST FOR HEARING/ SETTING | | | | |
| | State's Motion for Reconsideration | | | | |
| 08/24/2018 | MTN: to Review Pretrial Detention/Release Order | | P | 1 | |
| | State's Motion for Reconsideration and Supplemental Motion for Pretrial Detention/No Bond Pursuant to Rule 5-409(K) | | | | |
| 08/23/2018 | MTN: TO DISMISS | | | | |
| | Motion to Dismiss and To Immediately Release Defendant From Custody | | | | |
| 08/16/2018 | REQUEST FOR COPY OF TAPES/CD/AUDIO | | | | |
| | State of New Mexico, Office of the Attorney General, Requests audio recordings of preventative detention hearing held before Judge Sarah Backus on August 13, 2018 | | | | |
| 08/16/2018 | NTC: HEARING | | | | |
| | September 28, 2018 at 11:00 am - Preliminary Hearing | | | | |
| 08/15/2018 | SUBPOENA RETURNED | | P | 1 | |
| | Subpoena Returned (Subpoena served on Agent Travis William Taylor on August 10, 2018 via e-mail) | | | | |
| 08/15/2018 | SUBPOENA RETURNED | | P | 1 | |
| | Subpoena Returned (Subpoena served on Sheriff Jerry Hogrefe on August 10, 2018) | | | | |
| 08/14/2018 | EXHIBIT RECEIPT | | | | |
| | Exhibit Receipt for Detention Hearing held on 8/13/2018 in Courtroom A | | | | |
| 08/14/2018 | TAP: DETENTION | | | | |
| | Log Notes for Detention Hearing held on 8/13/2018 in Courtroom A | | | | |
| 08/14/2018 | ORD: Denying Pretrial Detention 5-409 | | | | |
| | Order Denying Motion to Detain Defendant Without Bail and Order Setting Conditions of Release  - Appearance Bond set at $20,000 | | | | |
| 08/13/2018 | ENTRY OF APPEARANCE | | D | 1 | |
| | Entry Of Appearance, Discovery Demand, and Assertion of Defendant's Right to a Speedy Trial (Marie Legrand Miller enters her appearance on behalf of the Defendant) | | | | |
| 08/10/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Subpoena Issued (Subpoena Issued to:  Agent Travis William Taylor, of the Federal Bureau or Investigations; Commanded to Appear on August 13, 2018 at 2:00 pm) | | | | |
| 08/10/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Subpoena Issued (Subpoena Issued to:  Under Sheriff Steve Miera, of the Taos County Sheriff's Department; Commanded to Appear on August 13, 2018 at 2:00 pm) | | | | |
| 08/10/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Subpoena Issued (Subpoena Issued to:  Sheriff Jerry Hogrefe, of the Taos County Sheriff's Department; Commanded to Appear on August 13, 2018 at 2:00 pm) | | | | |
| 08/10/2018 | ORD: ORDER GRANTING | | | | |
| | Order Granting State's Motion to Consolidate Cases for the Purposes of Pretrial Detention Hearing | | | | |
| 08/09/2018 | MTN: TO CONSOLIDATE | | | | |
| | State's Motion to Consolidate Cases For the Purposes of Pretrial Detention and Preliminary Examination Hearings | | | | |
| 08/09/2018 | PROBABLE CAUSE STATEMENT | | | | |
| 08/09/2018 | AMENDED NOTICE | | | | |
| | Amended Notice of Hearing (State's Expedited Motion for Pretrial Detention/No Bond Hold is scheduled for August 13, 2018 at 3:00 pm) | | | | |
| 08/08/2018 | TAP: ARRAIGNMENT | | | | |
| | Log Notes for Arraignment held on 8/8/2018 in Courtroom A | | | | |
| 08/08/2018 | AMENDED NOTICE | | | | |
| | Amended Notice of Hearing (Arraignment is scheduled for August 8, 2018 at 2:30 pm) | | | | |

**Page 2**

| Date | Event | | |
|---|---|---|---|
| 08/08/2018 | ORD: DETENTION/ ARRAIGNMENT | | |
| | Arraignment Order (To be held without bond pending hearing) | | |
| 08/08/2018 | NTC: HEARING | | |
| | August 13, 2018 at 12:45 pm - State's Expedited Motion for Pretrial Detention / No Bond Hold | | |
| 08/08/2018 | NTC: HEARING | | |
| | August 8, 2018 at 1:00 pm - Arraignment on Criminal Complaint | | |
| 08/08/2018 | OPN: CRIMINAL INFORMATION / COMPLAINT | P | 1 |
| | Count 1-11: Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | | |
| 08/08/2018 | REQUEST FOR HEARING/ SETTING | P | 1 |
| | Request for Setting (Matter to be Heard: State's Expedited Motion for Pretrial Detention/No Bond Hold) | | |
| 08/08/2018 | MTN: for Pretrial Detention 5-409 | | |
| | State's Expedited Motion for Pretrial Detention/No Bond Hold | | |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 08/08/2018 | Chavez, Emilio J. | 1 | INITIAL ASSIGNMENT |

# State of New Mexico

## v.

## Subhannah A Wahhaj

### CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-820-CR-201800171 | Chavez, Emilio J. | 08/08/2018 | TAOS District |

### PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | WAHHAJ SUBHANNAH A |
| | ATTORNEY: MITSUNAGA MEGAN KATHLEEN | | |
| P | Plaintiff | 1 | STATE OF NEW MEXICO |
| | ATTORNEY: HASSON TIMOTHY R. | | |

### CRIMINAL CHARGE DETAIL

| PARTY | COUNT | SEQ # | STATUTE | CHARGE | CLASS | CHARGE DATE | CIT # | PLEA | DISPOSITION | DISP DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| D 1 | 1 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 2 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 3 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 4 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 5 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 6 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 7 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 8 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 9 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 10 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |
| D 1 | 11 | 2 | 30-6-1(D) & (E) | Abuse of a Child (Does Not Result in Death or Great Bodily Harm) | F3 | 08/03/2018 | | | Dismissed - By Motion | 08/29/2018 |

### HEARINGS FOR THIS CASE

| HEARING DATE | HEARING TIME | HEARING TYPE | HEARING JUDGE | COURT | COURT ROOM |
|---|---|---|---|---|---|
| 08/29/2018 | 10:00 AM | MOTION HEARING | Chavez, Emilio J. | TAOS | Taos Courtroom A |
| 08/13/2018 | 2:00 PM | DETENTION HEARING | Backus, Sarah C. | TAOS | Taos Courtroom A |
| 08/08/2018 | 2:30 PM | ARRAIGNMENT | Backus, Sarah C. | TAOS | Taos Courtroom A |

### REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 08/30/2018 | ORD: Denying Modification to Pretrial Detention/Release Ord | | | | |
| | Order Denying Motion For Reconsideration and Taking Under Advisement Request to Reopen | | | | |
| 08/29/2018 | TAPE & LOG RECEIPT | | | | |
| | Log Notes for Motion Hearing held on 8/29/2018 in Courtroom A | | | | |
| 08/29/2018 | ORD: OF RELEASE | | | | |
| | (Filed Under Seal)  Was advised by Judge McElroy on 8/30/18 to unseal document. | | | | |
| 08/29/2018 | CLS: ORDER OF DISMISSAL | | | | |
| | Order of Dismissal Without Prejudice | | | | |
| 08/28/2018 | NTC: HEARING | | | | |
| | Amended Notice Of Hearing. August 29, 2018 @ 1:00 pm. Matter to be heard: Detention Hearing | | | | |
| 08/28/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Issued to: Walter Vigil, HRDA,  to appear on Wednesday 8/29/18 at 10:00 am. To testify at Motion To Dismiss Hearing | | | | |
| 08/27/2018 | NTC: HEARING | | | | |
| | August 29, 2018 at 1:00 pm - State's Expedited Motion for Pretrial Detention / No Bond Hold | | | | |
| 08/24/2018 | NTC: HEARING | | | | |
| | August 29, 2018 at 10:00 am - Motion to Dismiss | | | | |
| 08/24/2018 | REQUEST FOR HEARING/ SETTING | | | | |
| | State's Motion for Reconsideration | | | | |
| 08/24/2018 | MTN: to Review Pretrial Detention/Release Order | | P | 1 | |
| | State's Motion for Reconsideration and Supplemental Motion for Pretrial Detention/No Bond Pursuant to Rule 5-409(K) | | | | |
| 08/23/2018 | REQUEST FOR HEARING/ SETTING | | | | |
| | Motion to Dismiss | | | | |
| 08/23/2018 | MTN: TO DISMISS | | | | |
| 08/16/2018 | REQUEST FOR COPY OF TAPES/CD/AUDIO | | | | |
| | State of New Mexico, Office of the Attorney General, Requests audio recordings of preventative detention hearing held before Judge Sarah Backus on August 13, 2018 | | | | |
| 08/16/2018 | NTC: HEARING | | | | |
| | September 28, 2018 at 2:00 pm - Preliminary Hearing | | | | |
| 08/15/2018 | SUBPOENA RETURNED | | P | 1 | |
| | Subpoena Returned (Subpoena served on Agent Travis William Taylor on August 10, 2018 via e-mail) | | | | |
| 08/15/2018 | SUBPOENA RETURNED | | P | 1 | |
| | Subpoena Returned (Subpoena served on Sheriff Jerry Hogrefe on August 10, 2018) | | | | |
| 08/14/2018 | EXHIBIT RECEIPT | | | | |
| | Exhibit Receipt for Detention Hearing held on 8/13/2018 in Courtroom A | | | | |
| 08/14/2018 | TAP: DETENTION | | | | |
| | Log Notes for Detention Hearing held on 8/13/2018 in Courtroom A | | | | |
| 08/14/2018 | ORD: Denying Pretrial Detention 5-409 | | | | |
| | Order Denying Motion to Detain Defendant Without Bail and Order Setting Conditions of Release  - Appearance Bond set at $20,000 | | | | |
| 08/14/2018 | ENTRY OF APPEARANCE | | D | 1 | |
| | Entry of Appearance, Request for Discovery, Demand for Exculpatory Information, and Demand for a Speedy Trial (Megan K. Mitsunaga enters her appearance on behalf of the Defendant, Subhannah Wahhaj) | | | | |
| 08/10/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Subpoena Issued (Subpoena Issued to:  Agent Travis William Taylor, of the Federal Bureau or Investigations; Commanded to Appear on August 13, 2018 at 2:00 pm) | | | | |
| 08/10/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Subpoena Issued (Subpoena Issued to:  Under Sheriff Steve Miera, of the Taos County Sheriff's Department; Commanded to Appear on August 13, 2018 at 2:00 pm) | | | | |
| 08/10/2018 | SUBPOENA ISSUED | | P | 1 | |
| | Subpoena Issued (Subpoena Issued to:  Sheriff Jerry Hogrefe, of the Taos County Sheriff's Department; Commanded to Appear on August 13, 2018 at 2:00 pm) | | | | |
| 08/10/2018 | ORD: ORDER GRANTING | | | | |
| | Order Granting State's Motion to Consolidate Cases for the Purposes of Pretrial Detention Hearing | | | | |
| 08/09/2018 | MTN: TO CONSOLIDATE | | | | |
| | State's Motion to Consolidate Cases For the Purposes of Pretrial Detention and Preliminary Examination Hearings | | | | |
| 08/09/2018 | PROBABLE CAUSE STATEMENT | | | | |
| 08/09/2018 | AMENDED NOTICE | | | | |
| | Amended Notice of Hearing (August 13, 2018 at 3:00 pm - State's Expedited Motion for Pretrial Detention / No Bond Hold) | | | | |
| 08/08/2018 | TAP: ARRAIGNMENT | | | | |
| | Log Notes for Arraignment held on 8/8/2018 in Courtroom A | | | | |

| | | | |
|---|---|---|---|
| 08/08/2018 | NTC: HEARING | | |
| | Amended Notice of Hearing (August 8, 2018 at 2:30 pm - Arraignment) | | |
| 08/08/2018 | ORD: DETENTION/ ARRAIGNMENT | | |
| | Hold Without Bond Pending Hearing | | |
| 08/08/2018 | NTC: HEARING | | |
| | August 13, 2018 at 12:45 - State's Expedited Motion for Pretrial Detention / No Bond Hold | | |
| 08/08/2018 | NTC: HEARING | | |
| | August 8, 2018 at 1:00 pm - Arraignment on Criminal Complaint | | |
| 08/08/2018 | OPN: CRIMINAL INFORMATION / COMPLAINT | | |
| | Criminal Complaint (The State of New Mexico charges the Defendant Subhannah Wahhaj with 11 counts of Abuse of a Child (Does not Result in Death or Great Bodily Harm) | | |
| 08/08/2018 | REQUEST FOR HEARING/ SETTING | P | 1 |
| | Request for Setting (Matter to be Heard: State's Expedited Motion for Pretrial Detention/No Bond Hold) | | |
| 08/08/2018 | MTN: for Pretrial Detention 5-409 | | |
| | State's Expedited Motion for Pretrial Detention/No Bond Hold | | |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 08/08/2018 | Chavez, Emilio J. | 1 | INITIAL ASSIGNMENT |