IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                                       No. 1:18-CR-02945-WJ

JANY LEVEILLE, et al.

        Defendants.

## DECLARATION OF GARY AINSWORTH

GARY AINSWORTH, being first duly sworn upon his oath, deposes and states as follows:

1. I am over the age of 18 and competent to make this declaration.

2. I understand the statements I make in this declaration are under oath, subject to the penalty of perjury. I declare that the foregoing is true and correct.

3. I am a licensed, private investigator. I was employed by Ryan J. Villa and Billy Blackburn to conduct investigation on behalf of Subhanah Wahhaj.

4. On October 4, 2019, Mr. Villa and I went to the Taos County Sheriff's Office to interview Sheriff Hogrefe.

5. After introducing ourselves and telling Sheriff Jerry Hogrefe that we represent one of the defendants in the Amalia "compound" case, Sheriff Hogrefe informed us that he would not speak to us nor would any of his staff.

6. He said it was federal case with federal charges and he had direct orders from "them" not to speak to us.

7. We left the Office and returned to our vehicle.

8. While sitting in the vehicle, Sheriff Hogrefe provided me his business card and said if "they" gave him permission to speak to us, he would speak to us.

9. I interpreted "them" in paragraph 6 and "they" in paragraph 8 to mean either the U.S. Attorney's office or the FBI or other federal agency.

_____ 1/3/2023
GARY AINSWORTH            DATE