IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No. 18 CR 2945 WJ |
| SIRAJ IBN WAHHAJ, et al., | § § § | |
| Defendant. | § | |

### ORDER EXTENDING DEADLINE FOR FILING REPLY

THIS MATTER comes before the Court on the motion of Defendant Siraj Ibn Wahhaj for an extension of the due date for the filing of a reply to the Government's response to Defendants' joint motion for suppression of evidence [Doc. 471]. The Court, having been informed of the circumstances and being aware that the Government does not oppose the motion for extension of time, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, **ORDERED** that the Defendants' reply to the Government's response to the motion to suppress evidence [Doc. 471] will be due on Monday, January 23, 2023.

_____
WILLIAM P. JOHNSON
Chief Judge, United States District Court