IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 18-CR-2945 WJ |
| ) | |
| JANY LEVEILLE, ) | |
| SIRAJ IBN WAHHAJ, ) | |
| LUCAS MORTON, ) | |
| HUJRAH WAHHAJ, and ) | |
| SUBHANAH WAHHAJ, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANTS' VARIOUS MOTIONS**

THIS MATTER having come before the Court on the United States' Motion for Extension of Time to File Responses to Various Motions Filed By Defendants (Doc. 628), and the Court having reviewed the Motion, finds that the Motion is well taken and is hereby GRANTED.

IT IS THEREFORE ORDERED that the United States has until March 2, 2023, to respond to Defendants' Motion to Dismiss Count Five for Unconstitutional Application of Firearms Statute (Doc. 595).

IT IS FURTHER ORDERED that the United States has until March 3, 2023, to respond to Defendants' Motion for Severance of Defendant Subhanah Wahhaj (Doc. 598), Joint Motion to Dismiss Count One as Multiplicitous (Doc. 599), Defendant Subhanah Wahhaj's Motion to Dismiss Based on a Violation of Her Constitutional Right to a Speedy Trial (Doc. 603),

Amended Motion for Production of Alleged Co-Conspirator Statements and for Pre-Trial Ruling on Their Admissibility (Doc. 606), Motion for Severance of Count Three For Trial (Doc. 608), and Motion for Severance of Defendant Hujrah Wahhaj (Doc. 609).

                                                          _____
                                                          WILLIAM P. JOHNSON
                                                          Chief United States District Judge