IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No.   CR 1:18-02945-001 WJ |
| JANY LEVEILLE, | § § § | |
| Defendant. | § | |

## ORDER GRANTING MOTION TO EXTEND PRETRIAL DEADLINES

**THIS MATTER** is before the court on defendant's unopposed motion to extend the pretrial motion deadline (Fed. R. Crim. P. 12(b)(3) & Rule 12.2). There being good cause shown by the defendant and there being no objection by the government, the court finds the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** that the deadline for pretrial motions (Fed. R. Crim. P. 12(b)(3) & Rule 12.2) in this matter are extended until **March 3, 2023**. All other deadlines set out in the Scheduling Order (Doc. 529) shall remain in place.

HONORABLE WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE