# CLERK'S MINUTES
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing, United States Magistrate Judge

Lafler/Frye Hearing

| | | | |
|---|---|---|---|
| Case Number: | CR 18-2945 WJ | UNITED STATES vs. WAHHAJ | |
| Hearing Date: | 2/24/2023 | Time In and Out: | 9:40-9:53/10:08-10:09/10:29-10:32 (15 minutes total) |
| Courtroom Deputy: | N. Maestas | Courtroom: | Chama |
| Defendant: | Hujrah Wahhaj | Defendant's Counsel: | Donald Kochersberger |
| AUSA: | Kimberly A Brawley, Jackson Tavo Hall | Pretrial/Probation: | |
| Interpreter: | | Witness: | |

## Proceedings

Court addresses counsel regarding District Judge's order. Court has been provided with a copy of the email (government's exhibit 2) from the government to defense counsel. Mr. Kochersberger responds to Court's inquiry regarding the email. Court provides Defendant with exhibit and confirms she received it; Finds defense counsel shared the plea offer with Defendant; Confirms Defendant understands the offer and that it was discussed it with her attorney and that the plea was rejected. Mr. Hall addresses Court, notes plea offer was a global plea offer. Court confirms with Defendant that she understands; Finds plea offer was discussed with her attorney and voluntarily rejected plea offer; Will issue written order; Email to be filed as a sealed exhibit to the Clerk's Minutes. Court recalls case to confirm Defendant was not threatened or forced to accept plea offer; Confirms Defendant and counsel do not object to attaching exhibit 5 to each set of minutes.

## Custody Status

☒ Defendant previously detained

☐ Conditions

## Other Ruling

☐