IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No. 18 CR 2945 WJ |
| SIRAJ IBN WAHHAJ, | § § § | |
| Defendant. | § § | |

## NOTICE OF COUNSEL'S UNAVAILABILITY

SIRAJ IBN WAHHAJ, Defendant, by and through his appointed counsel, Marc H. Robert, submits this notice to the Court and all counsel of record of the undersigned counsel's unavailability during two periods of time in the month of March, 2023. Counsel will be out of the state from Wednesday, March 1, 2023 through Sunday, March 5, 2023. Counsel will also be out of the state from Saturday, March 18, 2023 through Tuesday, March 27, 2023. Counsel respectfully requests that the Court not schedule matters during these time periods.

Respectfully Submitted,

/s/ *Electronically filed on 2/24/23*
MARC H. ROBERT
P.O. Box 25271
Albuquerque, New Mexico 87102
575.571.7435
m505robert@gmail.com

*Counsel for Mr. Wahhaj*