IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Cause No. 18 CR 2945 WJ |
| § | |
| SIRAJ IBN WAHHAJ, § | |
| § | |
| Defendant. § | |

### NOTICE OF JOINDER IN AMENDED MOTION FOR PRODUCTION OF CO-CONSPIRATOR STATEMENTS AND HEARING [DOC. 606]

SIRAJ IBN WAHHAJ, Defendant, by and through his appointed counsel, Thomas Clark and Marc H. Robert, submits this notice to the Court and all counsel of record of Mr. Wahhaj's joinder in Doc. 606, Amended Motion for Production of Co-Conspirator Statements and Hearing, filed on February 3, 2023 by counsel for Subhanah Wahhaj.

Respectfully Submitted,

/s/ *Electronically filed on 2/24/23*
MARC H. ROBERT
P.O. Box 25271
Albuquerque, New Mexico 87102
575.571.7435
m505robert@gmail.com

THOMAS CLARK
432 Galisteo Street
Santa Fe, New Mexico 87501
505.820.1825
Fax: 505.986.0475
tmclark@cjplawsf.com

*Counsel for Mr. Wahhaj*