IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No. 18 CR 2945 WJ |
| **SIRAJ IBN WAHHAJ, et al.,** | § § | |
| Defendants. | § § | |

# ORDER GRANTING EXTENSION OF TIME TO FILE
# REPLY TO GOVERNMENT'S RESPONSE

THIS MATTER comes before the Court on the motion of SIRAJ IBN WAHHAJ, Defendant for an extension of the due date for the filing of a reply to the Government's response to Defendants' joint motion to dismiss Count 1 of the superseding indictment as multiplicitous. The Court, noting that the Government does not oppose the motion and being otherwise fully advised in the premises, is of the opinion that the motion is well taken and should be granted.

It is, therefore, **ORDERED** that the due date for the filing Defendants' reply to the Government's response to Defendants' joint motion to dismiss Count 1 of the superseding indictment as multiplicitous be and is hereby hereby extended to Monday, March 13, 2023.

_____
WILLIAM P. JOHNSON
Chief Judge, United States District Court