

EXHIBIT 2



All rights reserved

EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



All rights reserved

EXHIBIT 2