#265118
05-17-02
9:11AM

## QUIT CLAIM DEED

ALICE HARTIGAN, a single person, of Wheaton, Illinois, for consideration paid quit claims to ALICE HARTIGAN and JAMES J. KOHLMANN of ▮▮▮▮▮▮▮▮ Wheaton, Illinois 60187, the followng described real estate in Taos County, New Mexico, as joint tenants with right of survivorship, not as tenants in common.
LOT NUMBER 29, UNIT TWO, COSTILLA MEADOWS SUBDIVISION A PART OF A SURVEY PLAT FILED ON PAGE 85 (VOL. 5) OF THE RECORDS IN THE COUNTY COURT HOUSE, COUNTY OF TAOS, STATE OF NEW MEXICO.

WITNESS my hand and seal this 8 day of May, 2002.

_Alice Hartigan_
ALICE HARTIGAN

### ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF DUPAGE   )

The foregoing instrument was acknowledged before me this 8 day of May, 2002.

"OFFICIAL SEAL"
DANIEL T. SMYTH, JR.
Notary Public, State of Illinois
My Commission Expires 07/16/03

NOTARY PUBLIC

This instrument was prepared by: Alice Hartigan
26W.009 Armbrust Avenue
Wheaton, Illinois 60187

STATE OF NEW MEXICO )
                    ) SS
COUNTY OF TAOS      )

This instrument was filed for the record on the 17th day of May, 2002, at 9:11 o'clock AM and duly recorded in book M324 page 574.

_Jeannette O'Neil_
County Clerk & Recorder

By: _____ Deputy

TAOS COUNTY CLERK RECORDER SEAL TAOS

000574

**EXHIBIT 3**