Tierras Title, LLC
File # 20026

**WARRANTY DEED (JOINT TENANTS)**

TAOS COUNTY
VALERIE RAEL MONTOYA, CLERK
000453788
Book 1092   Page 428
1   of   2
06/17/2021 03:48:43 PM
BY DIANAD

JASON BADGER and TANYA BADGER, husband and wife, for consideration paid, grant to DAVID VAN EPPS and WENDY VAN EPPS, husband and wife,, as joint tenants with right of survivorship, whose address is ▓▓▓▓▓ Taos, New Mexico 87571, the following described real estate in Taos County, New Mexico:

Lot Number 28, Unit #2, Costilla Meadows Subdivision, as more fully shown on a portion of a survey plat filed for record at Page 163, Volume No. 5 and refiled for record in Cabinet B, page 85-A, records of Taos County, New Mexico.

SUBJECT TO:

1. Reservations as contained in the patent from the United States of America to Charles Beaubien, including but not limited to water rights, claims of title to water, any easements for ditches appurtenant thereto, and all interest in oil, gas and other minerals, and all rights incident thereto, if any, filed for record in Book A-11, pages 1-47, records of Taos County, New Mexico.

2. Protective covenants by The Manchester Trust, filed for record on October 4, 1972 in Book M-49, pages 74-75, records of Taos County, New Mexico.

3. By-Laws of the Costilla Meadows Land Owners Association, Incorporated, recorded on February 15, 2000 in Book M-233, pages 789-799, records of Taos County, New Mexico.

4. Costilla Meadows Protective Covenants, dated June 11, 2000 by The Costilla Meadows Land Owners Association, filed for record on August 8, 2000 in Book M-248, pages 744-746, records of Taos County, New Mexico.

5. Property taxes for 2021 and future years.

with warranty covenants.

WITNESS our hands and seals this 17th day of June, 2021.

_____    _____
JASON BADGER                 TANYA BADGER

**END OF PAGE-ACKNOWLEDGMENT ON FOLLOWING PAGE**

Page 1 of 2

**EXHIBIT 4**

```
TAOS COUNTY
VALERIE RAEL MONTOYA, CLERK
000453788
Book 1092    Page   429
  2    of    2
06/17/2021 03:48:43 PM
BY  DIANAD
```

## ACKNOWLEDGMENT IN AN INDIVIDUAL CAPACITY

STATE OF NEW MEXICO     )
                        ) ss.
COUNTY OF TAOS          )

This instrument was acknowledged before me on June __17__, 2021 by JASON BADGER and TANYA BADGER, husband and wife.

_____
Notary Public

My Commission Expires:

OFFICIAL SEAL
AMYANN L CORDOVA
NOTARY PUBLIC, STATE OF NEW MEXICO
MY COMMISSION EXPIRES 9-12-23



Page 2 of 2

EXHIBIT 4