Click to Print

### Owner Information

**Owner #** 16822 **District** 9OUT
VAN EPPS, DAVID &
VAN EPPS, WENDY

[redacted]
TAOS NM 87571

### Estimated Taxes for Owner

| Estimated Tax | Estimated Year used |
|---|---|
| $54.56 | 2022 |

Calculate E timated Ta

### Recap Value Information

| | | | |
|---|---|---|---|
| **Central Full Value** | 0 | **Full Value** | 7695 |
| **Land Full Value** | 7695 | **Taxable Value** | 2565 |
| **Improvements Full value** | 0 | **Exempt Value** | 0 |
| **Personal Property Full Value** | 0 | **Net Value** | 2565 |
| **Manufactured Home Full Value** | 0 | | |
| **Livestock Full Value** | 0 | | |

### Property Information

**Property Code** 1081188185015
**Book** 1092 **Page** 428 **Reception#** 453788
**Physical Address**
**Bldg** **Apt**

EXHIBIT 5

**Subdivision** COSTILLA MEADOWS
UNIT 2 LOT 28
LOT 28
9.62 ACRES
TWP 32N RGE 14E SEC 28
QUAD 1

*Update in progress some or all value codes could be missing*

**Property Value Information**

B03 Non-Residential Land 9.62 800.01 7695