[Click to Print]

## Owner Information

**Owner #** 16774   **District** 9OUT
KOHLMANN, JAMES J
MORTON, LUCAS ALLEN %

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
AMALIA NM 87512

## Estimated Taxes for Owner

Estimated Tax   Estimated Year used
$54.56         2022

[Calculate Estimated Ta]

## Recap Value Information

| | | | |
|---|---|---|---|
| **Central Full Value** | 0 | **Full Value** | 7695 |
| **Land Full Value** | 7695 | **Taxable Value** | 2565 |
| **Improvements Full value** | 0 | **Exempt Value** | 0 |
| **Personal Property Full Value** | 0 | **Net Value** | 2565 |
| **Manufactured Home Full Value** | 0 | | |
| **Livestock Full Value** | 0 | | |

## Property Information

**Property Code** 1081188162015
**Book** 324   **Page** 574   **Reception#** 265118
**Physical Address**
**Bldg**    **Apt**

EXHIBIT 6

**Subdivision** COSTILLA MEADOWS
    UNIT   2 LOT   29
LOT 29
9.62 ACRES
TWP 32N RGE 14E SEC 28
QUAD 3

*Update in progress some or all value codes could be missing*

**Property Value Information**

B03 Non-Residential Land 9.62 800.01 7695