## IMPROVEMENT LOCATION REPORT

THIS IS TO CERTIFY,

TO TITLE CO.: Fidelity National Title Insurance Company,

TO UNDERWRITER: Fidelity National Title Insurance Company,

TO LENDER:
that on __April 08__, __2016__, I made an inspection of the premises situated at Monte Vista Road, off of Ventero Road (County Road B-062) near Amalia, Taos County, NM, briefly described as (Lot 29, Unit 2 of the Costilla Meadows Subdivision):
(Address, if Applicable)

PLAT REFERENCE: Bearings, distances and/or curve data are taken from the following plat (including filing information if plat is filed).

Survey Plat entitled "Unit 2, Costilla Meadows Subdivision," by Sherman R. Cunningham, N.M.L.S. No. 3511, dated as recorded in the Taos County Clerk's Office in Volume 5, Page 163, Cabinet B, Page 85-A

Error of closure is one foot of error for every __infinity__ feet along the perimeter of the legal description provided.

Easements shown hereon are as listed in the Title Commitment No. __FT000198385__ provided by the Title Company.

### SEE EXHIBIT "A"

Improvement location is based on previous property surveys. No monuments were set. This tract is subject to all easements, restrictions and reservations of record which pertain. This report is not to be relied on for the establishment of fences, buildings or other future improvements.

Page 1 of 2


EXHIBIT 7

## IMPROVEMENT LOCATION REPORT

I FURTHER CERTIFY as to the existence of the following at the time of my last inspection:

1. Evidence of rights of way, old highways or abandoned roads, lanes, trails, or driveways, sewer, drains, water, gas or oil pipe lines on or crossing said premises (shown location, if none visible, so indicate):
**Shown on Exhibit "A"**

2. Springs, streams, rivers, ponds, or lakes located, bordering on or through said premises:
**Shown on Exhibit "A"**

3. Evidence of cemeteries or family burial grounds located on said premises (shown location):
**None Visible**

4. Overhead utility poles, anchors, pedestals, wires or lines overhanging or crossing said premises and serving other properties (show location):
**Shown on Exhibit "A"**

5. Joint driveways or walkways, joint garages, party walls or rights of support, steps or roofs in common or joint garages:
**Shown on Exhibit "A"**

6. Apparent encroachments. If the building, projections or cornices thereof, or signs affixed thereto, fences or other indications of occupancy appear to encroach upon overhang adjoining property, or the like appear to encroach upon or overhang inspected premises, specify all such (show location):
**Shown on Exhibit "A"**

7. Specific physical evidence of boundary lines on all sides:
**All Survey Monuments Found**

8. Is the property improved? (If structure appears to encroach or appears to violate set back lines, show approximate distances):
Yes: **N/A**

9. Indications of recent building construction, alterations or repair
**N/A**

10. Approximate distance of structure from at least two lot lines must be shown.
**N/A**

_[signature]_ NMPS NO. __12349__
SURVEYOR

The above information is based on boundary information taken from a previous survey and may not reflect that which may be disclosed by a boundary survey.

Page 2 of 2



ALICE HARTIGAN & JAMES J. KOHLMANN

EXHIBIT "A"

THIS REPORT IS NOT FOR USE BY A PROPERTY OWNER FOR ANY PURPOSE. THIS IS NOT A BOUNDARY SURVEY AND MAY NOT BE SUFFICIENT FOR THE REMOVAL OF THE SURVEY EXCEPTION FROM AN OWNER'S TITLE POLICY. IT MAY OR MAY NOT REVEAL ENCROACHMENTS, OVERLAPS, CONFLICTS IN BOUNDARY LINES, SHORTAGES IN AREA, OR OTHER MATTERS WHICH WOULD BE DISCLOSED BY AN ACCURATE BOUNDARY SURVEY.

LOT 29, UNIT 2 OF THE COSTILLA MEADOWS SUBDIVISION



EXHIBIT 7