Fidelity National Title
File # PT00019838S

000412010
Book 908   Page 710
1 of 4
04/28/2016 09:34:51 AM
BY DOLORES

## MEMORANDUM OF CONTRACT

This Memorandum of Contract is made and entered into this 25th day of April, 2016, by and between JAMES J. KOHLMANN, a single person, whose address is ███████████████ Wheaton, Illinois 60187-1305, hereinafter called the "Seller", and LUCAS ALLEN MORTON, a married man dealing with his sole and separate property, whose address is ███████████████, Atlanta, Georgia 30318-5919, hereinafter called the "Buyer", and is for the purpose of giving notice of the execution of a Real Estate Contract with an effective date of April 21, 2016, wherein the Seller has agreed to sell and the Buyer has agreed to purchase, pursuant to the terms and conditions of said Real Estate Contract, the following described real estate in Taos County, New Mexico:

> Lot Number 29, Unit 2, Costilla Meadows Subdivision, as shown on the subdivision plat filed in Volume 5, page 163 (re-filed in Cabinet B, page 85-A), of the records in the County Court House, County of Taos, State of New Mexico.
>
> SUBJECT TO:
>
> 1. Reservations, restrictions and easements, if any, contained in the patent from the United States of America to the Sangre de Cristo Grant, including but not limited to water rights, claims of title to water, any easements for ditches appurtenant thereto, and all interest in oil, gas and other minerals, if any, recorded in Book A-11, pages 1-47, records of Taos County, New Mexico.
>
> 2. Protective covenants dated September 26, 1972 by The Manchester Trust, recorded in Book M-49, pages 74-75, records of Taos County, New Mexico.
>
> 3. Dedication of streets and driveways for Costilla Meadows Subdivision, filed for record in Volume 5, page 163 (re-filed in Cabinet B, page 85-A), records of Taos County, New Mexico.
>
> 4. By-Laws of the Costilla Meadows Land Owners Association, dated February 15, 2000, recorded in Book M-233, pages 789-799, records of Taos County, New Mexico.

**EXHIBIT 8**

```
                    TAOS COUNTY
                    ANNA MARTINEZ, CLERK
                    000412010
                    Book   908    Page   711
                       2    of    4
                    04/28/2016 09:34:51 AM
                    BY   DOLORES
```

5. Costilla Meadows Protective Covenants, dated June 11, 2000, recorded in Book M-248, pages 744-746, records of Taos County, New Mexico.

6. Building setbacks around perimeter, as shown on that Improvement Location Report entitled, "Alice Hartigan and James J. Kohlmann", dated April 8, 2016, prepared by Lawrence S. Montoya, NMPS #12349, Job #2175-ILR.

**This Memorandum of Contract is being signed in counterpart, which shall be treated and construed as a single instrument.**

WITNESS my hand and seal this _____ day of April, 2016.

**SELLER**

_____
JAMES J. KOHLMANN

### ACKNOWLEDGMENT IN AN INDIVIDUAL CAPACITY

STATE OF ILLINOIS     )
                      ) ss.
COUNTY OF _____  )

This instrument was acknowledged before me on April _____, 2016 by JAMES J. KOHLMANN, a single person.

_____
Notary Public

My Commission Expires:

_____

Page 2 of 3

**EXHIBIT 8**

```
ANNA MARTINEZ, CLERK
000412010
Book    908      Page    712
    3    of    4
04/28/2016 09:34:51 AM
BY   DOLORES
```

This is my counterpart signature page for that Memorandum of Contract by and between by and between JAMES J. KOHLMANN, a single person, whose address is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Wheaton, Illinois 60187-1305, hereinafter called the "Seller", and LUCAS ALLEN MORTON, a married man dealing with his sole and separate property, whose address is ▮▮▮▮▮▮▮▮▮▮▮ Atlanta, Georgia 30318-5919, hereinafter called the "Buyer", which gives notice of the execution of a Real Estate Contract for the sale and purchase of Lot Number 29, Unit 2, Costilla Meadows Subdivision described on page 1 above, subject to those matters set out on pages 1 and 2 above. I agree this Memorandum of Contract will be executed in counterpart, which shall be treated and construed as a single instrument.

WITNESS my hand and seal this 25th day of April, 2016.

**BUYER**

_/s/ Lucas Allen Morton_
LUCAS ALLEN MORTON

### ACKNOWLEDGMENT IN AN INDIVIDUAL CAPACITY

STATE OF IOWA          )
                       ) ss.
COUNTY OF Des Moines   )

This instrument was acknowledged before me on April 25th, 2016 by LUCAS ALLEN MORTON, a married man dealing with his sole and separate property.

```
NOTARIAL SEAL
MARY E. WIEGARD
Commission Number 708246
My Commission Expires
February 12, 2019
IOWA
```

_/s/ Mary E Wiegard_
Notary Public    Mary E Wiegard

My Commission Expires:

07/12/2019

Page 3 of 3

**EXHIBIT 8**

TAOS COUNTY
ANNA MARTINEZ, CLERK
000412010
Book   908        Page    713
    4    of   4
04/28/2016 09:34:51 AM
BY  DOLORES

5. Costilla Meadows Protective Covenants, dated June 11, 2000, recorded in Book M-248, pages 744-746, records of Taos County, New Mexico.

6. Building setbacks around perimeter, as shown on that Improvement Location Report entitled, "Alice Hartigan and James J. Kohlmann", dated April 8, 2016, prepared by Lawrence S. Montoya, NMPS #12349, Job #2175-ILR.

**This Memorandum of Contract is being signed in counterpart, which shall be treated and construed as a single instrument.**

WITNESS my hand and seal this ___25___ day of April, 2016.

**SELLER**

_[signature]_
JAMES J. KOHLMANN

**ACKNOWLEDGMENT IN AN INDIVIDUAL CAPACITY**

STATE OF ILLINOIS         )
                          ) ss.
COUNTY OF DuPage          )

This instrument was acknowledged before me on April ___25___, 2016 by JAMES J. KOHLMANN, a single person.

_[signature]_
Notary Public

My Commission Expires:

___8/25/17___

OFFICIAL SEAL
LAURA MANNING
Notary Public - State of Illinois
My Commission Expires Aug 25, 2017

[COUNTY CLERK AND RECORDER SEAL - COUNTY OF TAOS]

Page 2 of 3

**EXHIBIT 8**