| Sheriff's # | 12325 | Taos County Sheriff's Office - Civil Process Worksheet | Docket # | M-53-CV-2018 |

**SUMMONS**

**FILED IN**
JUN 1 9 2018
TAOS CO. MAGISTRATE CT.

### Defendant(s) Information

**Defendant** MORTON, LUCAS ALLEN   DOB:
- Address: LOT NUMBER 28 UNIT #2 COSTILLA MEAD
- City, State Zip: AMALIA   NM   87512-   Phone:
- Hgt   Wgt   Hair   Eye   D.L.#
- Employer       Work Phone
- Work Address

### Person(s) To Be Served

**Person to be Served** MORTON, LUCAS ALLEN DOB:
- Address: LOT NUMBER 28 UNIT #2 COSTILLA MEADOWS
- City, State Zip: AMALIA   NM   87512-   Phone:
- Hgt   Wgt   Hair   Eyes   D.L.#
- Employer       Work Phone
- Work Address

*See direction in back*

### Plaintiff

**Plaintiff** BADGER, JASON   DOB:
- Address:
- City, State Zip: Cerro   NM   87519-   Phone:
- Hgt   Wgt   Hair   Eye   D.L.#
- Employer       Work Phone
- Work Address

**Court:** Magistrate Court   **Court Date:** 6/27/2018   **Date Received:** 6/12/2018
**Issued By:** Magistrate Court
**Children Involved:**   **Who gets Custody?**   **Serve By:**
**How to Serve:** PERSON ONLY

### Attempted Service and/or Remarks

1.
2.
3.
4.
5.
6.
7.

Include Date, Time, Location, and Name and how served if applicable

**Special Instructions:**
Date Serve: 6/18/18   Time Serve: 1547
Served By: Adam Fernandez
Return/Unserved Date: _____   Reason Unserved: _____
Person Served: Lucas Allen Morton   Deputy Serving: _____
Signature                            Signature

Tuesday, June 12, 2018       Sheriff's Paper # 12325       Page 1 of 1

**EXHIBIT 12**

STATE OF NEW MEXICO
TAOS COUNTY MAGISTRATE COURT IN TAOS

FILED IN
TAOS COUNTY
June 12, 2018
MAGISTRATE COURT

Jason Badger, Tanya Badger, Plaintiff(s)
v.
Lucas Allen Morton, Defendant(s)

No. M-53-CV-2018-00076

## SUMMONS AND NOTICE OF TRIAL
## ON PETITION FOR WRIT OF RESTITUTION OR FORCIBLE ENTRY OR UNLAWFUL DETAINER

To:
Lucas Allen Morton

Address:
Lot Number 28 Unit #2 Costilla Meadows
Amalia, NM 87512

GREETINGS:

You are ordered to appear for trial before the Honorable Ernest L. Ortega Judge, located at:
Courtroom A
**105 Albright St., Ste. M**
**Taos NM 87571**
**Courtroom A**

on **Wednesday, June 27, 2018** at the hour of **2:00 PM** to show cause and present all evidence you may have why the plaintiff's petition/complaint for a writ of restitution/execution for the property located at:

**Lot Number 28 Unit #2 Costilla Meadows**
**Amalia, NM 87512**

should not be granted and why the plaintiff should not have judgment against you for any back rents or damages you caused to the property, in accordance with the petition/complaint filed by the plaintiff in this action, a copy of which is attached.
Your failure to appear at the time and place specified above may result in the entry of judgment against you in accordance with the petition/complaint filed by the plaintiff in this action, a copy of which is attached.
You may file a written answer and assert any claims you may have prior to the trial.
If you need an interpreter, you must ask the court for one in writing.

Ernest L. Ortega, Judge

Jessica Sanchez, Clerk

**THIS IS YOUR NOTICE OF TRIAL and will be the only notice that you will receive.**

Distribution 1 copy-Return of Service  1 copy Service  1 copy-Court  [rev forms 4/4/18]
Page 1 of 6
Civil Form 4-905 (UORRA) Packet: Landlord/Tenant File Worksheet
Taos County Magistrate Court 105 Albright St., Ste. M
Taos NM 87571  Phone: 575-758-4030 (fax) 575-751-0983  website: www.nmcourts.gov
EXHIBIT 12
Case No M-53-CV-2018-00076

No. M-53-CV-2018-00076

# RETURN[1]

STATE OF NEW MEXICO )
)  ss
COUNTY OF TAOS )

*(complete if service is by a person other than the sheriff or deputy[3])*

    I, being sworn state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the ___ day of _____, _____, *(date)*, by delivering a copy of this summons, a copy of the petition/complaint and a copy of the answer form[2] in the following manner:

*(check and complete only if service by sheriff or deputy)[3]*

    I certify that I served this summons in __Taos_____ county on the _18_ day of __June_____, _2018_, *(date)*, by delivering a copy of the summons, a copy of the petition/complaint and an answer form[2] in the following manner: *(person serving summons must check one of following boxes and fill in appropriate blanks)*

[X]    by delivering a copy of this summons, a copy of the petition/complaint and an answer form to the defendant __Lucas Allen Morton_____ *(used when defendant receives copy of summons or refuses to receive summons).*

[ ]    by delivering a copy of this summons, a copy of the petition/complaint and an answer form to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, located at _____ *(address) (used when defendant is not presently at the abode)*

[ ]    by posting a copy of the summons, petition/complaint and an answer form in the most public part of the premises of defendant _____, located at _____ *(address). (used if no person found at dwelling house or usual place of abode)*

*(If service is by posting, a copy of the summons, petition/complaint and an answer form must also be mailed to the person served. The person serving by posting and the person serving by mail must each sign a return. The person mailing must check and complete the certificate of mailing at the end of this summons.)*

[ ]    by delivering a copy of this summons, a copy of the petition/complaint and an answer form to _____, an agent authorized to receive service of process for defendant.

[ ]    by delivering a copy of this summons, a copy of the complaint and an answer form to _____, (parent) (guardian) (custodian) of defendant *(used when defendant is a minor or an incompetent person).*

[ ]    by delivering a copy of this summons, a copy of the petition/complaint and an answer form to _____ (name of person), _____, *(title of person authorized to receive service) (used when defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

[ ]    by service by mail.

Fees: _____

_____
Signature of person making service

_____
Title (if any)

Subscribed and sworn to before me this _____ day of _____, _____.

_____
Judge, notary or other officer authorized to administer oaths[3]

_____
Official title

Distribution  1 copy-Return of Service  1 copy Service  1 copy-Court  [rev forms 4/4/18]   Civil Form 4-905 (UORRA) Packet: Landlord/Tenant File Worksheet
Page 2 of 6
Taos County Magistrate Court 105 Albright St., Ste. M   Case No M-53-CV-2018-00076
Taos NM 87571   Phone: 575-758-4030  (fax) 575-751-0983   website: www.nmcourts.gov

EXHIBIT 12

No. M-53-CV-2018-00076

*(To be completed if service is made by posting)[1]*

    I, being sworn, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served a copy of this summons on the _____ day of _____, _____, *(date)*, by mailing first class mail, postage prepaid, a copy of this summons, a copy of the complaint, and an answer form to:

    _____ *(name of person served)*
    _____ *(address where mailed)*
    _____ *(county)*
    _____ *(city, state and zip code)*

Subscribed and sworn to before me this _____
day of _____, _____

_____
Judge, notary or other officer authorized to administer oaths[3]

_____
Official title

_____
Signature of person making service

_____
Title *(if any)*

_____
Place of mailing

_____
Date

*(To be completed if service is made by mail.)[5]*

    I, being sworn, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served a copy of this summons on the on the _____ day of _____, _____, *(date)*, by mailing first class mail, postage prepaid, a copy of this summons, a copy of the complaint, an answer form and two copies of the notice and acknowledgment and a return envelope, postage prepaid, addressed to:

    _____ *(name of person served)*
    _____ *(address where mailed)*
    _____ *(county)*
    _____ *(city, state and zip code)*

Subscribed and sworn to before me this _____
day of _____, _____

_____
Judge, notary or other officer authorized to administer oaths[3]

_____
Official title

_____
Signature of person making service

_____
Title *(if any)*

_____
Place of mailing

_____
Date

Distribution  1 copy-Return of Service  1 copy Service  1 copy-Court  [rev forms 4/4/18]

Taos County Magistrate Court 105 Albright St., Ste. M
Taos NM 87571    Phone: 575-758-4030 (fax) 575-751-0983    website: www.nmcourts.gov

Page 3 of 6

EXHIBIT 12

Civil Form 4-905 (UORRA) Packet: Landlord/Tenant File Worksheet

Case No M-53-CV-2018-00076

## Costilla Meadows

★All dirt Rds.
- North on ~~Ventero~~ Ventero Rd. heading towards San Luis
- left on Panorama (watch for sign its wooden and chamiso height on ground)
- take second left
- then first right
- then next left
- property is on Right hand side with earthship style home covered in plastic.


Jason Badger

███████████████

EXHIBIT 12