MVD-11015
REV. 07/13

N-TRAFFIC

MICROFILM NUMBER, DO NOT PRINT ABOVE THIS LINE

**STATE OF NEW MEXICO UNIFORM TRAFFIC CITATION**

TAOS COUNTY SHERIFF DEPARTMENT

COUNTY CODE: 2 0
AGENCY CODE: 1 2 0
1034962 9

AUG 1 6 2018
TAOS CO. MAGISTRATE CT.

NAME (LAST): MORTON
NAME (FIRST): LUCAS

PHYSICAL ADDRESS:
MAILING ADDRESS: Unit 2 Lot 28, Costilla Meadows Subdivision Amalia, NM 87512

STATE: NM
ID PROVIDED: N
DRIVER LICENSE NUMBER: [redacted]

DATE OF BIRTH: [redacted] 78
SOCIAL SECURITY NUMBER: [redacted] 3517
SEX: M
HEIGHT: 6 5
WEIGHT: 220
EYE COLOR: BRO

LICENSE PLATE NUMBER: 
STATE: 
VEH YR: 
COLOR: 
TYPE / MAKE / MODEL: 

CMV: Y
LICENSE TYPE: N LP V D E A B C
HAZMAT PL: Y N
PASS 16+: N
DOT NUMBER: Y N

TRAFFIC: LT MD HV
WEATHER: CL FG RN SN DS
ROAD: D W I S
LIGHT: LT DS DK
ACCIDENT: Y N

☐ STATUTE 66-7-301 SPEEDING
☐ MPH IN A ___ ZONE
☐ CZ
☐ RH
☐ STATUTE 66-5-229C NO INSURANCE PROOF
☐ STATUTE 66-7-372 NO SEAT BELTS
☑ STATUTE Criminal Trespass 30-14-01 Permission withdrawn
☐ ORDINANCE

DATE: 08 03 18
TIME: 0800
IDENTIFICATION: T-16
DISTRICT: 7
MILE POST: 

LOCATION: 

OFFICER'S PRINTED NAME: Sgt. [signature] JASON P. RAEL
OFFICER'S SIGNATURE: Sgt. [signature]

ESSENTIAL FACTS: Above person was advised by property owner Jason Badger to vacate the property + failed to do so.

☐ **PENALTY ASSESSMENT:** I acknowledge my guilt of the offense charged and my options as explained to me by the officer. I agree to remit by mail the penalty assessment of $ ☐☐☐.00 **OFFICER MAY NOT ACCEPT PAYMENT**

☐ **TRAFFIC ARRAIGNMENT:** You are hereby ordered to appear in METROPOLITAN COURT / MUNICIPAL COURT on _____, 20 ___ at ___ AM/PM
My failure to appear will result in the issuance of a warrant for my arrest, my license being suspended and I will be required to pay an additional $100.00 warrant fee. I acknowledge receipt of this citation and without admitting guilt, I will appear as ordered.

☑ **COURT APPEARANCE:** I acknowledge receipt of this notice and without admitting guilt agree to appear in ● MAGISTRATE ● METRO ● MUNICIPAL or ● TRIBAL court.
Address: 105 Albright St, Taos, NM
on (or by) 9-3, 20 18 at 09:00 AM

☐ **WARNING NOTICE:** I acknowledge receipt of this notice and agree that a violation of the law has been committed. No further action is required.

Signature: X Booked

Agree to the above marked determination.

**COURT COPY**

| COURT DOCKET NUMBER | COURT DATE | SENTENCING DATE |
|---|---|---|
| | | |

I, the undersigned do hereby enter my appearance on the complaint of the offense charged on the reverse side of the order or summons. I have been informed of my right to trial, that my signature to this plea of guilty will have the same force and effect as a judgment of the court, and this record will be sent to the Licensing Authority of this state (or the state where I received my license to drive). I do hereby PLEAD GUILTY to said offense as charged and WAIVE my rights to a hearing by court.

Amount of Fine _____ Signature _____

## COURT DISPOSITION

- ☐ Guilty
- ☐ Fines
- ☐ Fines Suspended
- ☐ Not Guilty
- ☐ Dismissed no Prosecution
- ☐ Dismissed on Motion

## SENTENCE OF THE COURT

- ☐ Fine                $ _____
- ☐ Amount Suspended    $ _____
- ☐ Jail                Days _____
- ☐ Time Suspended      Days _____
- ☐ Bond Forfeit        $ _____
- ☐ Court Costs         $ _____

- ☐ Correction Fee          $ _____
- ☐ Court Automation Fee    $ _____
- ☐ Judicial Education Fee  $ _____
- ☐ Traffic Safety Fee      $ _____
- ☐ Warrant Fee             $ _____
- ☐ Facility Fee            $ _____
- ☐ Other                   $ _____

Total Jail Days _____          Total Costs $ _____

Remarks _____

| Final Posting | Date |
|---|---|
| | Date |
| Warrant Issued | Date |
| | Date |
| Judge's Signature | Defendant Absent Issued Bench Warrant |
| Jailed - See Arrest Number | _____ AM   PM |