# UNIT 2 OF COSTILLA MEADOWS

A PORTION OF A SURVEY PLAT FILED ON PAGE 85, VOLUME 5, OF THE RECORDS IN THE COUNTY COURTHOUSE, COUNTY OF TAOS, STATE OF NEW MEXICO.

FILED

STATE OF NEW MEXICO
COUNTY OF TAOS

## DEDICATION OF COSTILLA MEADOWS UNIT NO. 2 SUBDIVISION

KNOW ALL MEN BY THESE PRESENTS: THAT WE, THE UNDERSIGNED OWNERS OF THE ABOVE SUBDIVISION DO, WITH THE FREE CONSENT, AND IN ACCORDANCE WITH THE DESIRES OF THE UNDERSIGNED OWNERS, HEREBY DEDICATE TO THE PUBLIC USE FOREVER, THE STREETS AND DRIVEWAYS OF SAID SUBDIVISION AS SHOWN ON THE ABOVE MAP OR PLAT.

WITNESS OUR HANDS AND SEALS THIS ___ DAY OF _____ 1972.

THE MANCHESTER TRUST, INC.
_____ PRESIDENT
_____ SECRETARY

STATE OF NEW MEXICO } SS
COUNTY OF TAOS }

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS ___ DAY OF _____ 1972, BY _____

NOTARY PUBLIC
MY COMMISSION EXPIRES _____

Examined and Approved:
_____
Louis C. Martinez, Chairman
Taos County Planning Commission

## ACCEPTANCE OF COSTILLA MEADOWS UNIT NO. 2 SUBDIVISION

WE THE UNDERSIGNED COUNTY COMMISSIONERS OF TAOS COUNTY, NEW MEXICO, DO HEREBY APPROVE THE COSTILLA MEADOWS UNIT NO. 2 SUBDIVISION, PROVIDED, HOWEVER, THAT THE COUNTY DOES NOT HEREBY ASSUME RESPONSIBILITY FOR MAINTENANCE OF ANY OF THE ROADS LOCATED WITHIN THE SUBDIVISION.

DATED THIS ___ DAY OF _____ 1972.

STATE OF NEW MEXICO } SS
COUNTY OF TAOS }

I HEREBY CERTIFY THAT THIS INSTRUMENT WAS FILED FOR RECORD ON THE ___ DAY OF _____ 1972, AT ___ O'CLOCK ___ M. AND WAS DULY RECORDED IN BOOK ___ PAGE ___ OF THE MAPS AND PLATS RECORDS OF TAOS COUNTY, STATE OF NEW MEXICO.

BY _____

Environmental Improvement Agency
Region II
Taos County
Box 601
Taos, New Mexico 87571

APRIL 16, 1972
I, SHERMAN R. CUNNINGHAM, DO HEREBY CERTIFY THAT THE ABOVE PLAT IS A TRUE AND ACCURATE REPRESENTATION OF A SURVEY MADE BY ME IN THE FIELD AND THE SAME IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

85-a cabinet-B

DEFS' MOTION EXHIBIT (#CR-18-02945 WJ)

C