990 26863

TAOS COUNTY
ANNA MARTINEZ, CLERK
000423986
Book   961    Page   567
       1  of  2
10/26/2017 03:01:35 PM
BY  DIANAD

# WARRANTY DEED (JOINT TENANCY)

JAMES KOHLMANN, a single man, for consideration paid, grants to JASON BADGER and TANYA BADGER, husband and wife, as joint tenants with right of survivorship, whose address is P.O. Box 281, Cerro, New Mexico 87519, the following described real estate in Taos County, New Mexico:

Lot Number 28, Unit #2, Costilla Meadows Subdivision, as more fully shown on a portion of a survey plat filed for record at Page 163, Volume No. 5 and refiled for record in Cabinet B at page 85-A, records Taos County, New Mexico.

SUBJECT TO:

1. Protective Covenants for Costilla Meadows, filed for record on October 4, 1972 in Book M-99 at pages 74-75, records of Taos County, New Mexico.

2. Protective Covenants for Costilla Meadows, filed for record on August 8, 2000 in Book M-248 at pages 744-746, records of Taos County, New Mexico.

3. Dedication of streets and driveways and reservations as more fully shown on that plat of subdivision for Costilla Meadows Unit #2, filed for record in Volume 5 at page 163 and being refiled for record in Cabinet B at page 85-A, records of Taos County, New Mexico.

4. Building setback lines as shown on that Improvement Location Report for James Kohlmann, by Lawrence S. Montoya, NMPS #12349, dated October 13, 2017 and bearing project no. 2259ILR.DWG.

with warranty covenants.

Witness my hand and seal this 24 day of October, 2017.

*Emily C Carmichael* (signature)

EMILY C CARMICHAEL
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 28, 2019

*James Kohlmann* (signature)
JAMES KOHLMANN

(End of Page: Acknowledgment Follows)

Page 1 of 2

DEFS' MOTION
EXHIBIT
(#CR-18-02945 WJ

D