# Invoice

245 Paseo Del Canon East
Taos, NM  87571
Phone: 575-737-5896    Fax: 575-758-3024
E-Mail: info@ppcsolar.com    Web: www.ppcsolar.com


PAID 12/26/2017

| Date | Invoice # |
|---|---|
| 12/26/2017 | 8499 |

**Bill To**
Lucas Morton
P.O. Box 191
Panorama Blvd
Amalia, NM  87512

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  |  | MM | 12/26/2017 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2 | 011-08965 | DASOL, DS-A18-135, PV MODULE, 135W, POLY | 257.415 | 514.83 |
| 2 | 8L16T875 | Deka L-16 6 Volt Battery - Flooded - 370Ah - 2.5 Core Unit | 285.00 | 570.00 |
| 2 | CORE UNIT | UNIT CORE CHARGE | 45.00 | 90.00 |
| 1 | 020-08005 | SCHNEIDER, RNWC40, C40, PWM CONTROL, CHA | 139.92 | 139.92 |
| 2 | MUD MHUMF-... | SET OF 4 RV MOUNT BRACKETS | 11.31 | 22.62 |
| 1 | 053-00091 | LOAD CENTER, MIDNITE SOLAR, MINI DC BREA | 213.54 | 213.54 |
| 1 | 053-03032 | CIRCUIT BREAKER, 30A 150VDC, 1-POLE, DIN | 14.81 | 14.81 |
| 1 | 053-03039 | CIRCUIT BREAKER, 40A 150VDC, 1-POLE, DIN | 14.81 | 14.81 |
| 2 | GALV-6258 | 5/8 X 8FT COPPER CLAD GROUND ROD | 18.75 | 37.50 |
| 2 | BLK-G5 | 5/8 GRND ROD CLAMP | 3.105 | 6.21 |
|  |  | MAJOR EQUIPMENT SUBTOTAL |  | 1,624.24 |

PLEASE REMIT PAYMENTS TO:
Paradise Power Company, Inc.
245 Paseo Del Canon East, Taos, NM  87571

DEFS' MOTION
EXHIBIT
(#CR-18-02945 WJ)

**F**

| Total | $1,624.24 |
|---|---|
| Payments/Credits | -$1,624.24 |
| **Balance Due** | $0.00 |

# Invoice

| Date | Invoice # |
|---|---|
| 12/29/2017 | 8509 |

245 Paseo Del Canon East
Taos, NM  87571

Phone: 575-737-5896    Fax: 575-758-3024
E-Mail: info@ppcsolar.com    Web: www.ppcsolar.com

PAID 01/02/2018

**Bill To**
Lucas Morton
P.O. Box 191
Panorama Blvd
Amalia, NM  87512

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt | MM | 12/29/2017 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 11.5 | WIRE-PV10X/... | 579962 2000 VOLT BLACK | 0.417 | 4.80 |
| 10.5 | WIRE-PV10X/... | 583687 2000 VOLT RED | 0.417 | 4.38 |
| 0.04 | 097-01409 | PV CONNECTOR, MULTI-CONTACT, MC4 FEMALE, | 85.575 | 3.42 |
| 0.04 | 097-01411 | PV CONNECTOR, MULTI-CONTACT, MC4 MALE, 3 | 70.875 | 2.84 |
| 1 | WIRE-THHN8S... | THHN-8-BLK-19STR-CU-500S/R | 0.50445 | 0.50 |
| 6 | WIRE-THHN8S... | THHN-8-RED-19STR-CU-500R | 0.50445 | 3.03 |
| 30 | WIRE-BARESD... | BARE-SD-6-SOL-CU-315R | 0.7595 | 22.79 |
| 3 | A2140B-01 | 4/0(2109)BC X-FLEX RED UL1232 | 11.985 | 35.96 |
| 3 | A2140B-07 | 4/0(2109)BC X-FLEX BLACK UL1232 | 11.985 | 35.96 |
| 1.66 | A2140B-01 | 4/0(2109)BC X-FLEX RED UL1232 | 11.985 | 19.90 |
| 2 | A2140B-07 | 4/0(2109)BC X-FLEX BLACK UL1232 | 11.985 | 23.97 |
| 0.8 | 157-04551 | ILSCO, IPC-4/0-2/0, CRIMP-ON LUG/CONNECT | 33.30 | 26.64 |
| 1 | 052-09404 | PV CONNECTOR, MULTI-CONTACT, MC4, SOLARL | 19.68 | 19.68 |
| 1 | 052-09403 | PV CONNECTOR, MULTI-CONTACT, MC4, SOLARL | 19.425 | 19.43 |
| 2 | ARL-LPCG757 | 3/4 .375/.750 CORD CONN | 4.61432 | 9.23 |
| 0.5 | SHOP | In-Shop Labor | 60.00 | 30.00 |

PLEASE REMIT PAYMENTS TO:
Paradise Power Company, Inc.
245 Paseo Del Canon East, Taos, NM  87571

| | |
|---|---|
| **Total** | $262.53 |
| **Payments/Credits** | -$262.53 |
| **Balance Due** | $0.00 |