# Randall Lumber & Hardware

## Credit Application

**#7973**
**1·15·18**
**Per Stiuk**

### Personal Information

Name: Lucas Morton   SS# 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   DOB 01/18/28
Spouse: Subhanah Wahhaj   SS# ___   DOB 02/28/83
Mailing Address: 191-122 Panorama Blvd
City: Amalia   ST NM   Zip 87512
Physical Address: 55 Panorama Blvd
Rent ✓   Landlord ___   Phone 319 440 7273
Own ___   Financed by ___   Rent amount 300.00
Balance Due ___   Monthly Payment ___
Present Employer: Self employed
Position: Carpenter   Monthly Income 2000.00
Spouse's Employer ___   Years With Firm N/A
Position ___   Monthly Income ___
   Years With Firm ___

### All Lines of Credit

*Credit Cards*

Visa # 4465 4285 9049 8176   Limit 15,000.00   Expires 11/21
MC# ___   Limit ___   Expires ___
Amex # ___   Limit ___   Expires ___
Discover# ___   Limit ___   Expires ___

*Other Credit Lines*

1. ___
2. ___
3. ___

The undersigned agrees to be held liable for payment for any material sold or services rendered by Randall Lumber & Hardware, Inc. Should it be necessary to place this account with an attorney for collection, the undersigned agrees to pay collection costs and attorney fees.

We authorize Randall Lumber & Hardware, Inc. to fully investigate our credit history. I/we have read and understand the credit terms as stated in the TERMS COVER LETTER

Signature: [signed]
Printed Name: Lucas Morton
Date: 01/17/2018

www.randalltaos.com
315 Paseo del Pueblo Sur, Taos, NM 87571   ralph@taosoffice.net   (575) 758-2271

DEFS' MOTION EXHIBIT (#CR-18-02945 WJ) G

**Randall Lumber & Hardware, Inc**
315 Paseo Del Pueblo Sur
Taos NM 87571
575 758 2271
Fax: 575 758 0151

**CUSTOMER COPY**

**INVOICE**
1801-218776    PAGE  1  OF  1

| ACCOUNT | JOB |
|---|---|
| 7973 | 0 |
| SOLD ON | 1/19/2018 8:02:40 AM |
| CUST PICKUP | |
| BRANCH | 1000 |
| CUSTOMER PO# | |
| STATION | T05 |
| CASHIER | BBLAND |
| SALESPERSON | 1 |
| ORDER ENTRY | MGOMEZ |

| SOLD TO | JOB ADDRESS |
|---|---|
| MORTON/LUCAS<br>191-122 PANORAMA BLVD<br>AMALIA NM 87512 | MORTON/LUCAS<br>191-122 PANORAMA BLVD<br>AMALIA NM 87512<br>319-440-7973 |

Thank you for shopping at
Randall Lumber & Hardware.
Have a beautiful day!

#55 PANORAMA BLVD

| Quantity | UM | Item | Description | D | T | Price | Per | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | Order: 1801-C18759 | | | | | |
| 100 | EA | 2416WW | 2X4-16 STD & BTR WW | | Y | 9.3603 | EA | 936.03 |

*Payment Method(s)*  Buyer: LUCAS MORTON

Charge to Acct     1,015.59

| | | |
|---|---|---|
| SubTotal | | 936.03 |
| Sales Tax  NM 8.50% | | 79.56 |
| Deposit | | |
| **Please Pay This Amount** | | 1,015.59 |

Signature  LUCAS MORTON

# AR Posting Session Summary Report

User   RTRUJI         Entry Date 3/19/2018 4:03:48 PM                     1803-463118          Page  11

| Paid Against: | Current | 30 | 60 | 90 | 120 | FinChg | Credits |
|---|---|---|---|---|---|---|---|
| | 196.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 196.54 |

02/26/2023 15:20 5757580151 RANDALL LBR PAGE 03/04

**7973 - MORTON/LUCAS**

| Type | Reference | Entry Date | Amount |
|---|---|---|---|

# AR Posting Session Summary Report

User  RTRUJI     Entry Date 3/19/2018 4:03:48 PM         1803-463118     Page 12

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | Payment Cash |  | 03/10/18 | 200.00 |  |  |  |
|  | Fin Chg |  | 03/19/18 | 20.31 |  |  |  |
|  | Invoice 1801-218776 |  | 03/19/18 | 179.69 |  |  |  |
| Paid Against: | Current | 30 | 60 | 90 | 120 | FinChg | Credits |
|  | 0.00 | 0.00 | 179.69 | 0.00 | 0.00 | 20.31 | 200.00 |