

**D**ogasa Law Offices
125B La Posta
Taos, New Mexico  87571

Phone:  (505) 620-1438
e-mail:  redpreta@hotmail.com

January 26, 2018

Mr. James J. Kohlmann
26-W-009 Ambrust Avenue
Wheaton, Illinois  60187-1305

Re: Warranty Deed (Costilla Meadows Subdivision:  Lot 29)

Greetings Mr. Kohlmann,

My name is Christopher John Stachura, and I am an attorney, specializing in real estate matters in Taos County, New Mexico.  I have been retained by Mr. Lucas Morton, to help rectify a real estate issue that has occurred regarding his property in Costillla Meadows.  I believe that your former realtor, Mr. Michael Archuleta has already given you a synopsis of the situation, but to recap:

In April of 2016, you sold Lot 29 of Costilla Meadows, Unit #2, to Mr. Morton, under the terms of a Real Estate Contract, the Memorandum for which was duly filed in the records of Taos County, New Mexico.  As part of this transaction, you signed a Warranty Deed over to Mr. Morton, which was held in escrow by the company servicing the Real Estate Contract.

Mr. Morton paid off said Contract, at which point, the Warranty Deed held in escrow was released to him.  He received this document but failed to file it at the County, and has since lost it. We are thus coming to you now, to ask that you please sign a new Warranty Deed over to him, for the same Lot #29, which can be filed in the Taos County Clerk's Office.

I have prepared this replacement document, and enclosed it herewith.  Please sign the Warranty Deed before a Notary Public, and then send it back to me in the stamped, enclosed envelope.  The document is substantially similar to that which you signed before with two minor changes:  First, I have updated Mr. Morton's mailing address.  Second, I have added a 'catch all' exception on the document, to protect you against any warranty claims, based on documents filed after the title search which was performed when you initially sold the property.

If you have any questions or concerns regarding this process, please feel free to contact me at your convenience.  Otherwise, thank you on behalf of Mr. Morton for your attention to this matter and our apologies for any inconvenience.

Sincerely,

Christopher John Stachura, Esq.

Enc.

DEFS' MOTION
EXHIBIT
(#CR-18-02945 WJ

H

exhibitsticker.com

# <u>WARRANTY DEED</u>

JAMES KOHLMANN, a single man, for consideration paid, grants to LUCAS ALLEN MORTON, a married man dealing with his sole and separate property, whose address is P.O. Box 155, 122 Panorama Boulevard, Amalia, New Mexico  87512, the following described real estate in Taos County, New Mexico:

> Lot Number 29, Unit #2, Costilla Meadows Subdivision, as more fully shown on that plat of survey filed for record at Page 163, Volume No. 5 and refiled for record in Cabinet B at page 85-A, records Taos County, New Mexico.

SUBJECT TO:

1.  Protective Covenants for Costilla Meadows, filed for record on October 4, 1972 in Book M-49 at pages 74-75, records of Taos County, New Mexico.

2.  Protective Covenants for Costilla Meadows, filed for record on August 8, 2000 in Book M-248 at pages 744-746, records of Taos County, New Mexico.

3.  Dedication of streets and driveways and reservations as more fully shown on that plat of subdivision for Costilla Meadows Unit #2, filed for record in Volume 5 at page 163 and being refiled for record in Cabinet B at page 85-A, records of Taos County, New Mexico.

4.  Building setback lines as shown on that Improvement Location Report entitled, "Alice Hartigan and James J. Kohlmann", by Lawrence S. Montoya, NMPS #12349, dated April 8, 2016 and bearing project no. 2175-ILR.

5.  Reservations, restrictions and easements, if any, as contained in the patent from the United States of America to the Sangre de Cristo Grant, including but not limited to water rights, claims of title to water, any easements for ditches appurtenant thereto, and all interest in oil, gas and other minerals, if any, filed for record in Book A-11 at pages 1-47, records of Taos County, New Mexico.

6.  By-Laws of the Costilla Meadows Land Owners Association, dated February 15, 2000, and filed for record in Book M-233 at pages 789-799, records of Taos County, New Mexico.

7. Any other patents, rights-of-way, covenants, restrictions, easements, liens, assessments, agreements, conditions, reservations and other matters of record pertinent to the subject property.

with warranty covenants.

Witness my hand and seal this _____ day of _____, 2018.

_____
JAMES KOHLMANN

## ACKNOWLEDGMENT IN AN INDIVIDUAL CAPACITY

STATE OF _____)
                                              ) ss.
COUNTY OF _____)

This instrument was acknowledged before me on _____ _____, 2018 by JAMES KOHLMANN, a single man.

_____
Notary Public

My Commission Expires:

_____