

DEFS' MOTION
EXHIBIT
(#CR-18-02945 WJ

I

US v. Jany Leveille et al 2238



US v. Jany Leveille et al 2239





US v. Jany Leveille et al 2241

