

DEFS' MOTION EXHIBIT (#CR-18-02945 WJ) M

US v. Jany Leveille et al 16167

US_v_Leveille_et_al_0016167

