MVD-11015
REV. 07/13

N-TRAFFIC

MICROFILM NUMBER, DO NOT PRINT ABOVE THIS LINE

**STATE OF NEW MEXICO UNIFORM TRAFFIC CITATION**

TAOS COUNTY SHERIFF DEPARTMENT

COUNTY CODE: 20  AGENCY CODE: 120  1034962 9

AUG 16 2018
TAOS CO. MAGISTRATE CT.

NAME (LAST): MORTON
NAME (FIRST): LUCAS
PHYSICAL ADDRESS:
MAILING ADDRESS: UNIT 2 LOT 28, Costilla Meadows Subdivision, Amalia, NM 87512

STATE: NM   ID PROVIDED: N   DRIVER LICENSE NUMBER: 515818120
DATE OF BIRTH: 01-18-78   SOCIAL SECURITY NUMBER: 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   SEX: M   HEIGHT: 6'5"   WEIGHT: 220   EYE COLOR: BRO

LICENSE PLATE NUMBER:    STATE:    VEH YR:    COLOR:    TYPE/MAKE/MODEL:

CMV: Y/N   LICENSE TYPE: LP V D E A B C   HAZMAT PL: Y/N   PASS 16+: Y/N   DOT NUMBER:

TRAFFIC: LT MD HV
WEATHER: CL FG RN SN DS
ROAD: D W I
LIGHT: S LT DS DK
ACCIDENT: Y/N

☐ STATUTE 66-7-301 SPEEDING
  ☐ MPH IN A   ☐ ZONE
☐ CZ
☐ RH
☐ STATUTE 66-5-229C NO INSURANCE PROOF
☐ STATUTE 66-7-372 NO SEAT BELTS
✓ STATUTE Criminal Trespass 30-14-01 Permission withdrawn
☐ ORDINANCE

DATE: 08-03-18   TIME: 0800   IDENTIFICATION: T-16   DISTRICT:   MILE POST: 7

LOCATION:

OFFICER'S PRINTED NAME: Sgt. [signature] JASON P. RAEL
OFFICER'S SIGNATURE: Sgt. [signature]

ESSENTIAL FACTS: Above person was advised by property owner Jason Badger to vacate the property + failed to do so.

☐ **PENALTY ASSESSMENT:** I acknowledge my guilt of the offense charged and my options as explained to me by the officer. I agree to remit by mail the penalty assessment of $___.00  OFFICER MAY NOT ACCEPT PAYMENT

☐ **TRAFFIC ARRAIGNMENT:** You are hereby ordered to appear in METROPOLITAN COURT / MUNICIPAL COURT on _____, 20 ___ at ___ AM/PM
My failure to appear will result in the issuance of a warrant for my arrest, my license being suspended and I will be required to pay an additional $100.00 warrant fee. I acknowledge receipt of this citation and without admitting guilt, I will appear as ordered.

✓ **COURT APPEARANCE:** I acknowledge receipt of this notice and without admitting guilt agree to appear in
● MAGISTRATE  ● METRO  ● MUNICIPAL or  ● TRIBAL court.
Address: 105 Albright St, Taos, NM
on (or by): 9-3, 20 18 at 09:00 AM

☐ **WARNING NOTICE:** I acknowledge receipt of this notice and agree that a violation of the law has been committed. No further action is required.

X Booked
Signature

Agree to the above marked determin[ation]

DEFS' MOTION EXHIBIT (#CR-18-02945 WJ) L

COURT COPY

| COURT DOCKET NUMBER | COURT DATE | SENTENCING DATE |
|---|---|---|
|  |  |  |

I, the undersigned do hereby enter my appearance on the complaint of the offense charged on the reverse side of the order or summons. I have been informed of my right to trial, that my signature to this plea of guilty will have the same force and effect as a judgment of the court, and this record will be sent to the Licensing Authority of this state (or the state where I received my license to drive). I do hereby PLEAD GUILTY to said offense as charged and WAIVE my rights to a hearing by court.

Amount of Fine _____ Signature _____

## COURT DISPOSITION

- ☐ Guilty
- ☐ Fines
- ☐ Fines Suspended
- ☐ Not Guilty
- ☐ Dismissed no Prosecution
- ☐ Dismissed on Motion

## SENTENCE OF THE COURT

- ☐ Fine $ _____
- ☐ Amount Suspended $ _____
- ☐ Jail Days _____
- ☐ Time Suspended Days _____
- ☐ Bond Forfeit $ _____
- ☐ Court Costs $ _____

- ☐ Correction Fee $ _____
- ☐ Court Automation Fee $ _____
- ☐ Judicial Education Fee $ _____
- ☐ Traffic Safety Fee $ _____
- ☐ Warrant Fee $ _____
- ☐ Facility Fee $ _____
- ☐ Other $ _____

Total Jail Days _____     Total Costs $ _____

**Remarks** _____

| | |
|---|---|
| **Final Posting** | Date |
| | Date |
| **Warrant Issued** | Date |
| | Date |
| **Judge's Signature** | **Defendant Absent** Issued Bench Warrant |
| **Jailed - See Arrest Number** | _____ AM  PM |

**IN THE MAGISTRATE COURT**    STATE OF NEW MEXICO    **COUNTY OF TAOS**

**STATE OF NEW MEXICO**
v.
_LUCAS MORTON_, Defendant    No. M- _M-53-MR-2018-00378_

## ORDER SETTING CONDITIONS OF RELEASE

FILED IN
AUG 21 2018
TAOS CO.
MAGISTRATE CT.

IT IS ORDERED that the defendant be released from custody subject to the following conditions:

- [ ] Personal recognizance:
- [ ] Unsecured appearance bond of $_____
- [ ] Third party custodian: _____ (name)
  _____ (address, city state, zip)
  _____ (telephone)
- [x] Secured bond of $ _5,000.00 CASH ONLY_
  - [x] cash at _100_ % of a bond
  - [ ] bail bond executed on Form 9-304
  - [ ] property bond executed on Form 9-304
- [x] Flight Risk
- [ ] Danger to the community

I AGREE TO APPEAR before the court on the ___ day of _____, 20___ at _____ m. at 105 ALBRIGHT STREET SUITE M, TAOS, N.M. 87571 and thereafter at such time and places required in this case by any court.

The court finds that the following conditions of release are the least restrictive conditions necessary to reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The defendant shall not violate any federal, state or local criminal law and shall:

- [x] not to possess firearms or dangerous weapons;
- [x] not to possess or consume alcohol or enter liquor establishments;
- [x] obey all tribal laws when within tribal jurisdiction
- [x] to notify the court of any change of my mailing or physical address;
- [x] not to leave the [ ] county of Taos / [ ] State of New Mexico without prior permission of the court;
- [x] to maintain contact with my attorney;
- [x] to avoid all contact with the alleged victim or anyone who may testify in this case;
- [ ] have an ignition interlock device installed on any vehicle the defendant may drive;
- [ ] drug/alcohol assessment Tri-County Comm. Services, Rio Grande ATP or HRDA. Comply w/ recommendations.
  [ ] Prior to release. [ ] Appointment for assessment to be made by _____.
- [ ] mental health screening and assessment. Comply w/ recommendations.
  [ ] Prior to release. [ ] Appointment for assessment to be made by _____.
- [ ] drug testing: [ ] random UAs upon suspicion of use    [ ] UAs ____ times per week;
- [x] to be placed on electronic monitoring through HRDA or EMTZ Tracking: [x] GPS    [ ] SCRAM    [ ] Soberlink
- [ ] to be placed on House Arrest / Community Custody; [ ] Work release authorized
- [ ] maintain employment, or, if unemployed, actively seek employment;
- [ ] maintain or commence an educational program;
- [ ] Other conditions: _GPS Before release, Verification of Address Before release, House Arrest 24/7_

**Defendant's approval of conditions:** I UNDERSTAND THE ABOVE CONDITIONS OF RELEASE AND AGREE TO THEM.
I understand that the court may have me arrested at any time, without notice, to review and reconsider these conditions. I understand that my conditions of release may be revoked and I may be charged with a separate criminal offense if I intimidate or threaten a witness, the victim, or an informant, or if I otherwise obstruct justice. I further understand that my conditions of release may be revoked if I violate a federal, state, or local criminal law. I understand, that if I fail to appear as required, my bond, if any, may be forfeited, and I may be prosecuted and sent to [jail] [the penitentiary] for the separate offense of failure to appear. I agree to comply fully with each of the conditions imposed on my release

_/s/_
DEFENDANT

IT IS SO ORDERED.

_/s/ 08.21.18_
ERNEST ORTEGA
Magistrate Court Judge

**FILED IN**

**State of New Mexico**
v
**Lucas Morton**

**M-53-MR-2018-00378**

AUG 2 2 2018

TAOS CO.
MAGISTRATE CT.

## FINDINGS NECESSITATING A SECURED BOND

## AUTHORITY; RULE 6-401

### BACKGROUND

1. The Defendant Lucas Morton was charged with Criminal Trespass in a citation dated 08.03.2018 and filed in the Magistrate Court on 08.16. 2018

2. He was arraigned on 08.21. 2018 and pled not guilty to the charge with counsel present from the Public Defenders Office.

3. A cash only bond of $5.000.00 with a GPS Monitor requirement for House Arrest was set by the court.

### FINDINGS

A. The Court finds that the defendant is a flight risk.

B. The Court finds that the defendant has no connection to the community, and has no known address in New Mexico or any other state.

C. The court finds that a secured $5,000 Cash Only Bond is reasonable to insure the appearance of the defendant for future court settings.

### ARGUMENT AND AUTHORITY

**The Magistrate Court complied with rule 6-401- A, that a determination of bail, other than personal recognizance or unsecured appearance, be documented with written findings.**

_____
Ernest L. Ortega
Magistrate Judge
Taos County Magistrate Court

FILED IN OFFICE OF CLERK OF
DISTRICT COURT OF TAOS COUNTY
NEW MEXICO AT 1:28 O'CLOCK P M

AUG 22 2018

BERNABE P. STRUCK/CLERK
BY Pro
DEPUTY CLERK

STATE OF NEW MEXICO
COUNTY OF TAOS
EIGHTH JUDICIAL DISTRICT COURT
PRESIDING JUDGE: EMILIO J. CHAVEZ
No. D-820-LR-2018-00026

STATE OF NEW MEXICO,
    Plaintiff,

v.

LUCAS MORTON,
    Defendant.

FILED IN
AUG 22 2018
TAOS CO.
MAGISTRATE CT.

## ORDER DISMISSING APPEAL AND REMANDING BACK TO MAGISTRATE COURT

THIS MATTER, having come before the Court on its own motion, and the Court, having reviewed the Defendant's Emergency Motion to Review Conditions of Release, and the court being otherwise sufficiently advised:

FINDS:

1. Rule 5-401(K)(1) NMRA requires that in cases within the magistrate trial jurisdiction, the defendant file a motion in the magistrate court under Rule 6-401(H)(1) NMRA to review conditions of release, prior to filing a petition with the district court.

IT IS THEREFORE ORDERED that the appeal is dismissed and remanded back to the magistrate court for further proceedings.

IT IS FURTHER ORDERED that the hearing scheduled for August 23, 2018 in the district court is vacated.

_Emilio Chavez_    DATE: 8/22/18
EMILIO J. CHAVEZ
DISTRICT COURT JUDGE

I hereby certify that the foregoing pleading is a true
and correct copy of the same which has been filed in my
office on the ___ day of _____
Dated this ___ day of _____
BERNABE P. STRUCK
District Court Clerk

By: _____

**STATE OF NEW MEXICO**

**IN THE MAGISTRATE COURT**   **COUNTY OF TAOS**

STATE OF NEW MEXICO
v.

_Lucas Morton_, Defendant   No. M- M-53-MR-2018-00378 _Amended_

**FILED IN**

ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant be released from custody subject to the following conditions: AUG 2 3 2018

[ ] Personal recognizance:
[✓] Unsecured appearance bond of $ _5,000.00_
[ ] Third party custodian: _____ (name)
_____ (address, city, state, zip) TAOS CO. MAGISTRATE CT.
_____ (telephone)

[ ] Secured bond of $ _____:
    [ ] cash at ____ % of a bond
    [ ] bail bond executed on Form 9-304    [ ] Flight Risk
    [ ] property bond executed on Form 9-304    [ ] Danger to the community

I AGREE TO APPEAR before the court on the ___ day of _____, 20__ at _____ m. at 105 ALBRIGHT STREET SUITE M, TAOS, N.M. 87571 and thereafter at such time and places required in this case by any court.

The court finds that the following conditions of release are the least restrictive conditions necessary to reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The defendant shall not violate any federal, state or local criminal law and shall:

[✓] not to possess firearms or dangerous weapons;
[✓] not to possess or consume alcohol or enter liquor establishments;
[✓] obey all tribal laws when within tribal jurisdiction
[✓] to notify the court of any change of my mailing or physical address;
[✓] not to leave the [✓] county of Taos / [ ] State of New Mexico without prior permission of the court;
[✓] to maintain contact with my attorney;
[✓] to avoid all contact with the alleged victim or anyone who may testify in this case;
[ ] have an ignition interlock device installed on any vehicle the defendant may drive;
[ ] drug/alcohol assessment Tri-County Comm. Services, Rio Grande ATP or HRDA. Comply w/ recommendations.
    [ ] Prior to release. [ ] Appointment for assessment to be made by _____.
[ ] mental health screening and assessment. Comply w/ recommendations.
    [ ] Prior to release. [ ] Appointment for assessment to be made by _____.
[ ] drug testing: [ ] random UAs upon suspicion of use    [ ] UAs ____ times per week;
[ ] to be placed on electronic monitoring through HRDA or EMTZ Tracking: [ ] GPS [ ] SCRAM [ ] Soberlink
[ ] to be placed on House Arrest / Community Custody; [ ] Work release authorized
[ ] maintain employment, or, if unemployed, actively seek employment;
[ ] maintain or commence an educational program;
[ ] Other conditions: _____.

**Defendant's approval of conditions:** I UNDERSTAND THE ABOVE CONDITIONS OF RELEASE AND AGREE TO THEM. I understand that the court may have me arrested at any time, without notice, to review and reconsider these conditions. I understand that my conditions of release may be revoked and I may be charged with a separate criminal offense if I intimidate or threaten a witness, the victim, or an informant, or if I otherwise obstruct justice. I further understand that my conditions of release may be revoked if I violate a federal, state, or local criminal law. I understand that if I fail to appear as required, my bond, if any, may be forfeited, and I may be prosecuted and sent to [jail] [the penitentiary] for the separate offense of failure to appear. I agree to comply fully with each of the conditions imposed on my release

_/s/_
DEFENDANT

IT IS SO ORDERED.

_/s/_ 08.23.18
ERNEST ORTEGA
Magistrate Court Judge



STATE OF NEW MEXICO
COUNTY OF TAOS
IN THE MAGISTRATE COURT

FILED IN
AUG 29 2018
TAOS CO.
MAGISTRATE CT.

STATE OF NEW MEXICO,
           Plaintiff,

v.

*Lucas Morton*,
           Defendant.

No. M-53-MR-201800378

## NOTICE OF PEREMPTORY DISQUALIFICATION

The Defendant hereby notifies the Court that she/he is exercising her/his statutory right, as well as her/his right under SCRA 1986, Rule 6-106, to excuse the Honorable Judge ☐ JEFFREY SHANNON ☒ ERNEST ORTEGA from presiding over the above-captioned cause.

Respectfully Submitted:

By; _____

_____
Defendant or Attorney
A. Kostiuk

This will certify that a copy
of the foregoing was delivered/faxed
to the District Attorney's office
and/or officer on *date of filing*
for defendant

_____
Attorney

STATE OF NEW MEXICO
TAOS COUNTY MAGISTRATE COURT IN TAOS

> FILED IN
> TAOS COUNTY
> 8/30/2018
> MAGISTRATE COURT
> IN
> TAOS

**State of New Mexico**
**v.**
**Lucas Morton, Defendant**

**No. M-53-MR-2018-00378**

## NOTICE OF ASSIGNMENT

The Honorable Jeffrey A. Shannon has been assigned to preside over the above-captioned case.

_____
Lucia Herrera, Clerk

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was served on <u>August 30, 2018</u> to:
Public Defender's Office

District Attorney's Office

Lucas Morton

Lucia Herrera, Clerk

**Court Information:** [As adopted by Supreme Court Order No. 09-8300-037, effective November 16, 2009.] M-CR-9-103C-Notice of Assignment

Taos County Magistrate Court in Taos    105 Albright St., Ste. M

Taos NM 87571    phone 575-758-4030    (fax) 575-751-0983    web site: www.nmcourts.gov

IN THE MAGISTRATE COURT
COUNTY OF TAOS
STATE OF NEW MEXICO

FILED IN
AUG 31 2018
TAOS CO.
MAGISTRATE CT.

STATE OF NEW MEXICO,

    Plaintiff,

v.

              M-53-MR-2018-00378

LUCAS MORTON,
    Defendant.

### DEFENDANT'S EMERGENCY MOTION TO STRIKE DEFECTIVE CITATION

**COMES NOW** the Defendant, Lucas Morton, by and through counsel, Aleksandar Kostich, and herein respectfully moves this Court to strike the citation in this matter in this matter under NMRA Rule 6-201 (A)(1) et al.

**AS GROUNDS THEREFORE,** defense counsel states the following:

1. On August 16, 2018, Taos County Sheriff Deputy Jason Rael filed a Uniform Traffic Citation into the Magistrate Court alleging that the Defendant committed criminal Trespassing contrary to NMSA 30-14-01, a misdemeanor offense punishable by a potential maximum sentence of 364 days in the county jail.
2. This citation does not state probable cause as to the elements of the offense in contravention of the Rules.
3. Further, it does not comply with the requirements of MNRA Rule 6-201 (A)(1) as it does not contain a sworn statement containing facts supporting the charge.
4. Moreover, the charging document is improper on its face as it is filed as a uniform traffic citation and not a criminal complaint that meets the very basic requirements of the Rule.

**WHEREFORE,** the Defense respectfully requests that this Court strike the Citation and issue a Release on Recognizance.

1

This will certify that a copy of the foregoing was delivered to the Office of The District Attorney on August 31, 2018.

_____
Counsel for Defendant

Respectfully Submitted,
BENNETT BAUR
CHIEF PUBLIC DEFENDER

By: _____
Aleksandar Kostich
Managing Attorney
Law Offices of the New Mexico Public Defender
105 Sipapu Street
Taos, NM 87571
575-613-1364, ext. 11207

**Assigned Judge**: Shannon; Time Required: 15 min.

2



IN THE MAGISTRATE COURT
STATE OF NEW MEXICO
COUNTY OF TAOS

AUG 31 2018

TAOS CO.
MAGISTRATE CT.

STATE OF NEW MEXICO,
          Plaintiff,

v.                                      M-53-MR-2018-00378

LUCAS MORTON,
          Defendant.

## REQUEST FOR SETTING

1.    Assigned Judge: Judge Jeffrey Shannon

2.    Type of Case: Criminal

3.    Jury: __ Non-Jury: X .

4.    Dates of hearings presently set: None

5.    Specific matter(s) to be heard upon this request:

**DEFENDANT'S EMERGENCY MOTION TO STRIKE DEFECTIVE CITATION**

6.    Estimated total time required: 15 MIN

7.    Names, addresses, and telephone numbers of all parties entitled to notice:

| | |
|---|---|
| Assistant District Attorney | **Aleksandar Kostich** |
| 105 Albright St. Suite O | Assistant Public Defender |
| Taos, NM 87571 | 5066 NDCBU |
| Phone: 758-8683 | Taos, NM 87571 |
| | Phone: 613-1364 |

Respectfully Submitted,

BENNETT J. BAUR
CHIEF PUBLIC DEFENDER
By: _____

This will certify that a copy of the foregoing was delivered to District Attorney's office on Date of Filing .

_____
Counsel for Defendant

Aleksandar Kostich
105 Sipapu St.
Taos, NM 87571
Phone: (575) 613-1364

STATE OF NEW MEXICO
TAOS COUNTY MAGISTRATE COURT IN TAOS

FILED IN
OCT 31 2018
TAOS CO.

STATE OF NEW MEXICO
v.
Lucas Morton, Defendant

No. M-53-MR-2018-00378

## ORDER DISMISSING CRIMINAL COMPLAINT

This matter has come before the Court

[Y]  upon the motion of the defendant that the above-styled cause be dismissed for failure of the [state] [city] to prosecute and the Court finds that the defendant was not responsible for the failure to complete the disposition of the criminal proceeding.

The complaint charges Defendant with:
 Criminal Trespass

It is hereby ordered that all the charges in the complaint filed in the above-styled cause be dismissed

[X]  with prejudice. The complaint may not be refiled.

[ ]  without prejudice. The complaint may be refiled. If the complaint is refiled, Defendant shall promptly respond to any further communications from the court concerning this matter.

_____
Jeffrey A. Shannon, Judge

**APPROVED:**

_____
Defendant or counsel  A. Kostich

_____
Prosecutor

*(This form must be signed by the prosecutor if the case is dismissed upon oral motion of the prosecution.)*

### CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was served on  10-31-18  to:

Jason P. Rael, Ofc                    Taos County Sheriffs Office
                                       599 Lovato Place
                                       Taos, NM 87571

Aleksandar N. Kostich                 Law Offices of the Public Defender
                                       5066 NDCBU
                                       105 Sipapu Street
                                       Taos NM 87571

Lucas Morton                          Unit 2 Lot 28 Costilla Meadows
                                       Amalia, NM 87512

Jeffery Shannon, Clerk

Distribution:  1 copy- Court,  1 copy - Defendant,  1 copy – Plaintiff  (As amended effective December 31, 2013) Criminal Form 9-414

Court Information: Taos County Magistrate Court in Taos  105 Albright St., Ste. M
Taos NM 87571  phone 575-758-4030  (fax) 575-751-0983  web site: www.nmcourts.gov