

DEFS' MOTION
EXHIBIT
(#CR-18-02945 WJ

E











