# Randall Lumber & Hardware

## Credit Application

**#7973**
**1-15-18**
**PER Ptivk**

### Personal Information

Name __Lucas Morton__ SS# __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__ DOB __01/18/98__
Spouse __Subhanah Wahhaj__ SS# _____ DOB __02/28/83__
Mailing Address __191-122 Panorama Blvd__
City __Amalia__ ST __NM__ Zip __87512__
Physical Address __55 Panorama Blvd__
Rent ✓ Landlord _____ Phone __319 440 7273__
Own ___ Financed by _____ Rent amount __300.00__
Balance Due _____ Monthly Payment _____
Present Employer __Self employed__ Monthly Income __2000.00__
Position __Carpenter__ Years With Firm __N/A__
Spouse's Employer _____ Monthly Income _____
Position _____ Years With Firm _____

### All Lines of Credit

*Credit Cards*

Visa # __4465 4285 9049 8176__ Limit __15,000.00__ Expires __11/21__
MC# _____ Limit _____ Expires _____
Amex # _____ Limit _____ Expires _____
Discover# _____ Limit _____ Expires _____

*Other Credit Lines*

1. _____
2. _____
3. _____

The undersigned agrees to be held liable for payment for any material sold or services rendered by Randall Lumber & Hardware, Inc. Should it be necessary to place this account with an attorney for collection, the undersigned agrees to pay collection costs and attorney fees.

We authorize Randall Lumber & Hardware, Inc. to fully investigate our credit history. I/we have read and understand the credit terms as stated in the TERMS COVER LETTER

Signature _____
Printed Name __Lucas Morton__
Date __01/17/2018__

www.randalltaos.com
315 Paseo del Pueblo Sur, Taos, NM 87571   Malue-@taxostoffica.net   (575) 758-2271

DEFS' MOTION
EXHIBIT
(#CR-18-02945 WJ)
G

**Randall Lumber & Hardware, Inc**
315 Paseo Del Pueblo Sur
Taos NM 87571
575 758 2271
Fax: 575 758 0151



**INVOICE**

1801-218776    PAGE  1  OF  1

| ACCOUNT | JOB |
|---|---|
| 7973 | 0 |
| SOLD ON | 1/19/2018 8:02:40 AM |
| CUST PICKUP | |
| BRANCH | 1000 |
| CUSTOMER PO# | |
| STATION | T05 |
| CASHIER | BBLAND |
| SALESPERSON | 1 |
| ORDER ENTRY | MGOMEZ |

| SOLD TO | JOB ADDRESS |
|---|---|
| MORTON/LUCAS<br>191-122 PANORAMA BLVD<br>AMALIA NM 87512 | MORTON/LUCAS<br>191-122 PANORAMA BLVD<br>AMALIA NM 87512<br>319-440-7973 |

Thank you for shopping at
Randall Lumber & Hardware.
Have a beautiful day!

#55 PANORAMA BLVD

| Quantity | UM | Item | Description | D | T | Price | Per | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | Order:  1801-C18759 | | | | | |
| 100 | EA | 2416WW | 2X4-16 STD & BTR WW | | Y | 9.3603 | EA | 936.03 |

*Payment Method(s)*  Buyer:  LUCAS MORTON

Charge to Acct           1,015.59

| | | |
|---|---|---|
| SubTotal | | 936.03 |
| Sales Tax  NM 8.50% | | 79.56 |
| Deposit | | |
| **Please Pay This Amount** | | **1,015.59** |

Signature  LUCAS MORTON

**AR Posting Session Summary Report**

User   RTRUJI        Entry Date 3/19/2018 4:03:48 PM                 1803-463118          Page  11

| Paid Against: | Current | 30 | 60 | 90 | 120 | FinChg | Credits |
|---|---|---|---|---|---|---|---|
| | 196.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 196.54 |

02/26/2023  15:20    5757580151                    RANDALL LBR                              PAGE   03/04

**7973 - MORTON/LUCAS**

| Type | Reference | Entry Date | Amount |
|---|---|---|---|

**AR Posting Session Summary Report**

User   RTRUJI        Entry Date 3/19/2018 4:03:48 PM                              1803-463118          Page  12

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | Payment Cash |  | 03/10/18 | 200.00 |  |  |  |
|  | Fin Chg |  | 03/19/18 | 20.31 |  |  |  |
|  | Invoice 1801-218776 |  | 03/19/18 | 179.69 |  |  |  |
| Paid Against: | Current | 30 | 60 | 90 | 120 | FinChg | Credits |
|  | 0.00 | 0.00 | 179.69 | 0.00 | 0.00 | 20.31 | 200.00 |