

DEFS' MOTION
EXHIBIT
(#CR-18-02945 WJ
J
exhibitsticker.com
US v. Jany Leveille et al 2238







US v. Jany Leveille et al 2242