STATE OF NEW MEXICO
IN THE MAGISTRATE COURT
COUNTY OF TAOS

FILED IN
JUN 1 2 2018
TAOS CO.
MAGISTRATE 1800076

_Jason & Tanya Badger_
Plaintiff

vs.

_Lucas Allen Morton_
Defendant.

# PETITION BY OWNER FOR RESTITUTION
(Uniform Owner-Resident Relations Act)

The plaintiff, alleges:
1. Plaintiff is lawfully entitled to possession of the premises located at :
   _Lot number 28 Unit #2 Costilla Meadows_
   _Amalia_, New Mexico _87512_.

2. Defendant entered into possession of the premises under a rental agreement and has breached the terms of the agreement, as follows:
   _Real Estate sale & Purchase Agreement_

3. Plaintiff gave written notice of
   [✓] termination
   [ ] breach of the rental agreement
   to defendant on _____, _____ (date), and defendant has failed to remedy the breach.

   A copy of the written notice is attached as Exhibited A.

*(check and complete if applicable)*

[ ] 4. Defendant is indebted to plaintiff in the sum of $_____ for unpaid rent, plus $_____ rent per day to date of restitution, plus damages as determined by the court.
[ ] 5. Plaintiff holds $_____ of defendant as a damage deposit under the rental agreement.
[ ] 6. Plaintiff requests separate trials on the issues of restitution and damages.

Plaintiff requests judgment against defendant, as follows:
1. Immediate possession of the premises;
2. Unpaid rent of $_____, plus $_____ per day to date of restitution;
3. Damages as may be determined by the court;
4. Costs of this action;
5. Reasonable attorneys fees;
6. A civil penalty as provided by law;
7. Such other relief as the court may deem reasonable.

Date:_____

Signed _Jason Badger_  JB
Name (print) _Jason Badger   Tanya Badger_
Address (print) _P.O. Box 281 or 305 Buena Vista Rd_
City, state and zip code (print) _Cerro, N.M. 87519_
Telephone number _575-779-6519_

Civil form 4-904

DEFS' MOTION EXHIBIT
(#CR-18-02945 WJ)
L

990 26863

TAOS COUNTY
ANNA MARTINEZ, CLERK
000423986
Book    961    Page   567
   1   of   2
10/26/2017 03:01:35 PM
BY  DIANAD

# WARRANTY DEED (JOINT TENANCY)

JAMES KOHLMANN, a single man, for consideration paid, grants to JASON BADGER and TANYA BADGER, husband and wife, as joint tenants with right of survivorship, whose address is P.O. Box 281, Cerro, New Mexico 87519, the following described real estate in Taos County, New Mexico:

> Lot Number 28, Unit #2, Costilla Meadows Subdivision, as more fully shown on a portion of a survey plat filed for record at Page 163, Volume No. 5 and refiled for record in Cabinet B at page 85-A, records Taos County, New Mexico.

SUBJECT TO:

1. Protective Covenants for Costilla Meadows, filed for record on October 4, 1972 in Book M-99 at pages 74-75, records of Taos County, New Mexico.

2. Protective Covenants for Costilla Meadows, filed for record on August 8, 2000 in Book M-248 at pages 744-746, records of Taos County, New Mexico.

3. Dedication of streets and driveways and reservations as more fully shown on that plat of subdivision for Costilla Meadows Unit #2, filed for record in Volume 5 at page 163 and being refiled for record in Cabinet B at page 85-A, records of Taos County, New Mexico.

4. Building setback lines as shown on that Improvement Location Report for James Kohlmann, by Lawrence S. Montoya, NMPS #12349, dated October 13, 2017 and bearing project no. 2259ILR.DWG.

with warranty covenants.

Witness my hand and seal this 24 day of October, 2017.

*Emily C Carmichael*

EMILY C CARMICHAEL
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 28, 2019

*James Kohlmann*
JAMES KOHLMANN

(End of Page: Acknowledgment Follows)

Page 1 of 2

```
TAOS COUNTY
    ANNA MARTINEZ, CLERK
    000423986
Book    961       Page   568
  2      of    2
10/26/2017 03:01:35 PM
BY    DIANAD
```

## ACKNOWLEDGMENT IN AN INDIVIDUAL CAPACITY

STATE OF  Illinois  )
                    ) ss.
COUNTY OF  DuPage  )

This instrument was acknowledged before me on  October  24, 2017 by JAMES KOHLMANN, a single man.

_____
Notary Public

My Commission Expires:

1/19/21

```
ROBERT B RUMMEL
Official Seal
Notary Public – State of Illinois
My Commission Expires Jan 19, 2021
```



# REAL ESTATE SALE
# AND PURCHASE AGREEMENT

THIS AGREEMENT is made this _____ day of April, 2018 between Lucas Allen Morton, a married man dealing with his sole and separate property, (hereinafter "Seller"), and Jason Badger and Tanya Badger, husband and wife, (hereinafter "Purchasers"). Seller agrees to sell and convey to Purchasers and Purchasers agree to purchase upon the terms and conditions hereinafter set out, the following property and described real estate in Taos County, New Mexico:

Type of Property: Raw land, which is sold **"AS IS", without any express or implied warranties.**

> Lot Number 29, Unit #2, Costilla Meadows Subdivision, as more fully shown on that plat of survey filed for record at Page 163, Volume No. 5 and refiled for record in Cabinet B at page 85-A, records Taos County, New Mexico.

1. The purchase price shall be a signed Warranty Deed into Seller for Lot Number 28, Unit #2, Costilla Meadows Subdivision, as more fully shown on a portion of a survey plat filed for record at Page 163, Volume No. 5 and refiled for record in Cabinet B at page 85-A, records Taos County, New Mexico.

2. Subject to such conditions as may be herein set out, upon full performance of this Agreement by Purchaser, Seller will convey title to the property by Warranty Deed, as follows:

> JASON BADGER and TANYA BADGER, husband and wife

And Purchasers shall convey title to the exchange property by Warranty Deed, as follows:

> LUCAS ALLEN MORTON, a married man dealing with his sole and separate property

Address for mailing property tax bills:

Seller: P.O. Box 155, 122 Panorama Boulevard, Amalia, New Mexico  87512

Purchasers: P.O. Box 281, Cerro, New Mexico  87519

The property is conveyed subject to property taxes for the current and subsequent years, zoning ordinances, patent reservations, easements, rights-of-way, restrictive covenants, conditions, declaration, agreements and other matters if any, of record and pertinent to the subject property.

3. It is agreed that closing costs in connection with this transaction are to be paid as follows:

   a. Seller will pay all closing costs associated with this transaction including procuring an ILR.

4. **CLOSING DATE SHALL BE ON OR BEFORE June 3, 2018 AT First New Mexico Title. EITHER PARTY MAY CLOSE BY MAIL/FED EX.** Seller agrees to give possession of the premises to Purchasers on the date of closing.

5. An owner's policy of title insurance showing evidence of good and merchantable title to the property shall be furnished and paid for as set out in Section 3 above. Purchasers shall receive the title insurance commitment, and shall have FIVE (5) working days after receipt to give Seller written notice of unmerchantibility of title or of an unsatisfactory title condition shown by said title insurance commitment. If Purchasers do not give Seller written notice of title defects within FIVE (5) working days after receipt of the title insurance commitment, Purchasers shall be deemed to have accepted the condition of title as satisfactory. In the event of any defects in said title making the same unmerchantable or unsatisfactory, should such defects not be corrected by the closing date of June 3, 2018, this Agreement shall terminate.

6. **Purchasers understand that Seller is making no express or implied warranties as to the physical condition of the property. The property is purchased "AS IS", with all defects and faults.**

7. Time is of the essence hereof. If any payment or any other condition hereof is not made, tendered or performed by either the Seller or Purchasers as herein provided, then this Agreement, at the option of the party who is not in default, may be terminated by such party.

8. This Agreement is contingent upon Purchasers' approval of the title insurance commitment as set out above.

9. This Agreement may be executed in counterpart, which shall be treated and construed as a single instrument. Facsimile signatures will be treated as original signatures for purposes of this Agreement. If any part of this Agreement is determined to be void and/or unenforceable, the remaining parts shall continue in full force and effect.

10. This Agreement shall be interpreted in accordance with the laws of the State of New Mexico.

11. The invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of the remainder of this Agreement.

12. This instrument comprises the entire understanding and agreement of the Purchasers and Seller on the subject matter herein contained and shall be binding upon and inure to the benefit of the Purchasers and Seller, their heirs, executors, administrators, personal representatives, beneficiaries, successors and assigns. The obligations of this Agreement shall survive closing.

SELLER:

Date: 4-18-18                             _____ 4.C.C
                                          LUCAS ALLEN MORTON

PURCHASERS:

Date: 4-5-18                              _____
                                          JASON BADGER

Date: 4-12-18                             _____
                                          TANYA BADGER

Contact List:

Seller:

Lucas Allen Morton (married, sole and separate)

P.O. Box 155, 122 Panorama Boulevard, Amalia, New Mexico 87512

(575) 425-5791

Purchasers

Jason Badger and Tanya Badger (husband and wife, JTWROS)

P.O. Box 281, Cerro, New Mexico 87519

(575) 779-6519

## **TERMINATION AGREEMENT**

By process of expiration as per Section 4 of that Real Estate Sale and Purchase Agreement by and between LUCAS ALLEN MORTON, a married man dealing with his sole and separate property (hereinafter "Seller"), and JASON BADGER and TANYA BADGER, husband and wife (hereinafter "Purchasers"), relating to the following described real estate in Taos County, New Mexico;

Lot Number 29, Unit #2, Costilla Meadows Subdivision, as more fully shown on that plat of survey filed for record in at Page 163, Volume No. 5 and refiled for record in Cabinet B at page 85-A, records of Taos County, New Mexico.

is hereby terminated.

Date: June 11, 2018

_____
Christopher John Stachura, Esq., as Attorney for the Transaction

Sheriff's # 12325    **Taos County Sheriff's Office - Civil Process Worksheet**    Docket # M-53-CV-2018

**SUMMONS**

**FILED IN**
JUN 1 9 2018
TAOS CO. MAGISTRATE CT.

### Defendant(s) Information

| | |
|---|---|
| Defendant | MORTON, LUCAS ALLEN DOB: |
| Address: | LOT NUMBER 28 UNIT #2 COSTILLA MEAD |
| City, State Zip | AMALIA NM 87512- Phone |
| Hgt | Wgt Hair Eye D.L.# |
| Employer | Work Phone |
| Work Address | |

### Person(s) To Be Served

| | |
|---|---|
| Person to be Served | MORTON, LUCAS ALLEN DOB: |
| Address: | LOT NUMBER 28 UNIT #2 COSTILLA MEADOWS |
| City, State Zip | AMALIA NM 87512- Phone |
| Hgt | Wgt Hair Eyes D.L.# |
| Employer | Work Phone |
| Work Address | |

See direction in back

### Plaintiff

| | |
|---|---|
| Plaintiff | BADGER, JASON DOB: |
| Address: | 305 Buena Vista Road |
| City, State Zip | Cerro NM 87519- Phone (575) 779-6519 |
| Hgt | Wgt Hair Eye D.L.# |
| Employer | Work Phone |
| Work Address | |

Court: **Magistrate Court**    Court Date: **6/27/2018**    Date Received: **6/12/2018**

Issued By: **Magistrate Court**

Children Involved:    Who gets Custody?    Serve By:

How to Serve **PERSON ONLY**

### Attempted Service and/or Remarks

1.
2.
3.
4.
5.
6.
7.

**Include Date, Time, Location, and Name and how served if applicable**

Special Instructions:
Date Serve  6/18/18  Time Serve  1547
Served By  Adam Leumander
Return/Unserved Date _____ Reason Unserved _____
Person Served  Lucas Allen Morton  Deputy Serving _____
     Signature                                  Signature

Tuesday, June 12, 2018      Sheriff's Paper # 12325      Page 1 of 1

STATE OF NEW MEXICO
TAOS COUNTY MAGISTRATE COURT IN TAOS

**FILED IN
TAOS COUNTY**
June 12, 2018
**MAGISTRATE COURT**

Jason Badger, Tanya Badger, Plaintiff(s)
v.
Lucas Allen Morton, Defendant(s)

No. M-53-CV-2018-00076

## SUMMONS AND NOTICE OF TRIAL
### ON PETITION FOR WRIT OF RESTITUTION OR FORCIBLE ENTRY OR UNLAWFUL DETAINER

To:
Lucas Allen Morton

Address:
Lot Number 28 Unit #2 Costilla Meadows
Amalia, NM 87512

GREETINGS:

You are ordered to appear for trial before the Honorable Ernest L. Ortega Judge, located at:
Courtroom A
**105 Albright St., Ste. M
Taos NM 87571
Courtroom A**

on **Wednesday, June 27, 2018** at the hour of **2:00 PM** to show cause and present all evidence you may have why the plaintiff's petition/complaint for a writ of restitution/execution for the property located at :

**Lot Number 28 Unit #2 Costilla Meadows
Amalia, NM 87512**

should not be granted and why the plaintiff should not have judgment against you for any back rents or damages you caused to the property, in accordance with the petition/complaint filed by the plaintiff in this action, a copy of which is attached.
Your failure to appear at the time and place specified above may result in the entry of judgment against you in accordance with the petition/complaint filed by the plaintiff in this action, a copy of which is attached.
You may file a written answer and assert any claims you may have prior to the trial.
If you need an interpreter, you must ask the court for one in writing.

Ernest L. Ortega, Judge

Jessica Sanchez, Clerk

**THIS IS YOUR NOTICE OF TRIAL and will be the only notice that you will receive.**

Distribution  1 copy-Return of Service  1 copy Service  1 copy-Court  [rev forms 4/4/18]
Page 1 of 6
Taos County Magistrate Court 105 Albright St., Ste. M
Taos NM 87571    Phone: 575-758-4030  (fax) 575-751-0983    website: www.nmcourts.gov

Civil Form 4-905 (UORRA) Packet: Landlord/Tenant File Worksheet

Case No M-53-CV-2018-00076

No. M-53-CV-2018-00076

**RETURN**[1]

STATE OF NEW MEXICO    )
                       ) ss
COUNTY OF TAOS)

*(complete if service is by a person other than the sheriff or deputy*[3]*)*
    I, being sworn state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the ___ day of _____, _____, *(date)*, by delivering a copy of this summons, a copy of the petition/complaint and a copy of the answer form[2] in the following manner:
*(check and complete only if service by sheriff or deputy)*[3]
    I certify that I served this summons in __Taos__ county on the _18_ day of __June__, _2018_, *(date)*, by delivering a copy of the summons, a copy of the petition/complaint and an answer form[2] in the following manner:
*(person serving summons must check one of following boxes and fill in appropriate blanks)*
[X]    by delivering a copy of this summons, a copy of the petition/complaint and an answer form to the defendant __Lucas Allen Morton__ *(used when defendant receives copy of summons or refuses to receive summons)*.
[ ]    by delivering a copy of this summons, a copy of the petition/complaint and an answer form to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, located at _____
*(address) (used when defendant is not presently at the abode)*
[ ]    by posting a copy of the summons, petition/complaint and an answer form in the most public part of the premises of defendant _____, located at _____ *(address). (used if no person found at dwelling house or usual place of abode)*
*(If service is by posting, a copy of the summons, petition/complaint and an answer form must also be mailed to the person served. The person serving by posting and the person serving by mail must each sign a return. The person mailing must check and complete the certificate of mailing at the end of this summons.)*
[ ]    by delivering a copy of this summons, a copy of the petition/complaint and an answer form to _____, an agent authorized to receive service of process for defendant.
[ ]    by delivering a copy of this summons, a copy of the complaint and an answer form to _____, (parent) (guardian) (custodian) of defendant *(used when defendant is a minor or an incompetent person)*.
[ ]    by delivering a copy of this summons, a copy of the petition/complaint and an answer form to _____ (name of person), _____, *(title of person authorized to receive service) (used when defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision)*.
[ ]    by service by mail.

Fees: _____

                                                          Signature of person making service
                                                          7/23
                                                                Title (if any)

Subscribed and sworn to before me this _____ day of _____, _____

_____
Judge, notary or other officer authorized to administer oaths[3]

_____
Official title

**Distribution** 1 copy-Return of Service  1 copy Service  1 copy-Court   [rev forms 4/4/18]
Page 2 of 6
Taos County Magistrate Court 105 Albright St., Ste. M
Taos NM 87571   Phone: 575-758-4030 (fax) 575-751-0983   website: www.nmcourts.gov

Civil Form 4-905 (UORRA) Packet: Landlord/Tenant File Worksheet

Case No M-53-CV-2018-00076

No. M-53-CV-2018-00076

*(To be completed if service is made by posting)[1]*

    I, being sworn, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served a copy of this summons on the _____ day of _____, _____, *(date)*, by mailing first class mail, postage prepaid, a copy of this summons, a copy of the complaint, and an answer form to:

    _____ *(name of person served)*
    _____ *(address where mailed)*
    _____ *(county)*
    _____ *(city, state and zip code)*

Subscribed and sworn to before me this _____
day of _____, _____

_____
Judge, notary or other officer authorized to administer oaths[3]

_____
Official title

_____
Signature of person making service

_____
Title *(if any)*

_____
Place of mailing

_____
Date


*(To be completed if service is made by mail.)[5]*

    I, being sworn, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served a copy of this summons on the on the _____ day of _____, _____, *(date)*, by mailing first class mail, postage prepaid, a copy of this summons, a copy of the complaint, an answer form and two copies of the notice and acknowledgment and a return envelope, postage prepaid, addressed to:

    _____ *(name of person served)*
    _____ *(address where mailed)*
    _____ *(county)*
    _____ *(city, state and zip code)*

Subscribed and sworn to before me this _____
day of _____, _____

_____
Judge, notary or other officer authorized to administer oaths[3]

_____
Official title

_____
Signature of person making service

_____
Title *(if any)*

_____
Place of mailing

_____
Date

Distribution  1 copy-Return of Service  1 copy Service  1 copy-Court   [rev forms 4/4/18]
Page 3 of 6
Taos County Magistrate Court 105 Albright St., Ste. M
Taos NM 87571   Phone: 575-758-4030 (fax) 575-751-0983   website: www.nmcourts.gov

Civil Form 4-905 (UORRA) Packet: Landlord/Tenant File Worksheet
Case No M-53-CV-2018-00076

## Costilla Meadows

*All dirt Rds.

- North on ~~Ventero~~ Ventero Rd. heading towards San luis
- left on Panorama (watch for sign its wooden and chamisa height on ground)
- take second Left
- then first right
- then next Left
- Property is on Right hand side with earthship style home covered in plastic.


Jason Badger
575-779-6519

STATE OF NEW MEXICO
TAOS COUNTY MAGISTRATE COURT IN TAOS


FILED IN
JUN 27 2018
TAOS CO.
MAGISTRATE CT.

Jason Badger, Tanya Badger, Plaintiff(s)
v.
Lucas Allen Morton, Defendant(s)

No. M-53-CV-2018-00076

## ORDER DISMISSING ACTION

This matter having come before the court on June 27th, for lack of jurisdiction.
[ ] the motion should be denied.
[X] the above cause of action should be dismissed with prejudice.
[ ]

IT IS ORDERED that:
[ ] the motion to dismiss the action is denied.
[X] this action is dismissed with/without prejudice.
[ ]

_____
Ernest L. Ortega, Judge

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was served on June 27, 2018 to:

Jason Badger            PO Box 281
                        305 Buena Vista Rd
                        Cerro, NM 87519

Tanya Badger            PO Box 281
                        305 Buena Vista Rd
                        Cerro, NM 87519

Lucas Allen Morton      Lot Number 28 Unit #2 Costilla Meadows
                        Amalia, NM 87512

Rose Martinez, Clerk
Distribution   1 copy - Court   1 copy - Defendant   1 copy – Plaintiff   [Approved, January 19, 2005; effective March 21, 2005.]   Civil Form 4-306B

**Court Information:**
Taos County Magistrate Court   105 Albright St., Ste. M
Taos NM 87571   phone 575-758-4030   (fax) 575-751-0983   web site: www.nmcourts.com

TAOS COUNTY MAGISTRATE COURT

105 ALBRIGHT ST., STE. M

TAOS NM  87571
Desideria Martinez

FILED IN

ALBUQUERQUE
NM 870
27 JUN'18

JUL 09 2018

TAOS CO.
MAGISTRATE CT



02 1P $ 000.47⁰
0001983341   JUN 27 2018
MAILED FROM ZIP CODE 87571

LUCAS ALLEN MORTON
LOT NUMBER 28 UNIT # 2 COSTILLA MEADOWS
AMALIA, NM 87512

```
NIXIE        871    DE  1       0007/07/18
                RETURN TO SENDER
                NO MAIL RECEPTACLE
                UNABLE TO FORWARD

NMR       BC: 87571616999      *0568-02396-27-43
87572-5169
  87512
```

STATE OF NEW MEXICO
TAOS COUNTY MAGISTRATE COURT IN TAOS

FILED IN
JUN 27 2018
TAOS CO.
MAGISTRATE CT.

Jason Badger, Tanya Badger, Plaintiff(s)
v.
Lucas Allen Morton, Defendant(s)

No. M-53-CV-2018-00076

## ORDER DISMISSING ACTION

This matter having come before the court on June 27th, for lack of jurisdiction.
[ ]  the motion should be denied.
[X]  the above cause of action should be dismissed with prejudice.
[ ]

IT IS ORDERED that:
[ ]  the motion to dismiss the action is denied.
[X]  this action is dismissed with/without prejudice.
[ ]

Ernest L. Ortega, Judge

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was served on June 27, 2018 to:

Jason Badger           PO Box 281
                       305 Buena Vista Rd
                       Cerro, NM  87519

Tanya Badger           PO Box 281
                       305 Buena Vista Rd
                       Cerro, NM  87519

Lucas Allen Morton     Lot Number 28 Unit #2 Costilla Meadows
                       Amalia, NM  87512

Rose Martinez, Clerk

Distribution    1 copy - Court    1 copy - Defendant    1 copy – Plaintiff    [Approved, January 19, 2005; effective March 21, 2005.]    Civil Form 4-306B

**Court Information:**
Taos County Magistrate Court    105 Albright St., Ste. M
Taos NM  87571    phone 575-758-4030   (fax) 575-751-0983    web site: www.nmcourts.com