


US v. Jany Leveille et al 16168
US_v_Leveille_et_al_0016168