# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**         **No. 1:18-CR-02945-WJ**

**JANY LEVEILLE, et al.,**

      **Defendants.**

## DEFENDANTS' NOTICE OF LODGING

Defendant Subhanah Wahhaj, through counsel, The Law Office of Ryan J. Villa, by Ryan J. Villa, and Justine Fox-Young, PC, by Justine Fox-Young, joined by Defendants Hujrah Wahhaj, Jany Leveille, Siraj Wahhaj, and Lucas Morton, gives notice she is lodging with the Court the following exhibits to Defendants' Proposed Findings of Fact and Conclusions of Law in Support of Standing [Doc. 689] filed on March 21, 2023.

    1. Except of Home Interview with Mr. Badger – Exhibit K

A copy of this recording was hand-delivered to opposing counsel and the Court on March 22, 2023.

                            Respectfully submitted,

                            */s/ Ryan J. Villa*
                            Ryan J. Villa
                            The Law Office of Ryan J. Villa
                            5501 Eagle Rock Ave NW Ste. C2
                            Albuquerque, NM 87113
                            (505) 639-5709
                            ryan@rjvlawfirm.com

                            */s/ Justine Fox-Young*
                            Justine Fox-Young
                            Justine Fox-Young, PC
                            5501 Eagle Rock Ave NE Ste C2

Albuquerque, NM 87113<br>
(505) 796-8268<br>
justine@foxyounglaw.com

*Attorneys for Defendant Subhanah Wahhaj*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 23, 2023 a copy of the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/*Ryan J. Villa*__
RYAN J. VILLA