IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                 CR 18-2945 WJ

SUBHANAH WAHHAJ,

    Defendant.

## ORDER

THIS MATTER IS BEFORE THE COURT on Defendant's *Unopposed Motion to Extend the Deadline to File Replies,* filed March 27, 2023 [Doc. 692]. The Court having considered the motion, and being fully advised in the premises, finds that Defendant has by her motion created a sufficient record to justify granting the motion to extend the deadline to file her replies.

**IT IS THEREFORE ORDERED** that the deadline for Ms. Wahhaj to file her reply to the Government's Response to her Motion for Severance of Defendant, Motion to Sever Count Three for Trial, Motion to Sever Counts 6 and 7 for Trial hereby extended to April 3, 2023.

                                                        HONORABLE WILLIAM P. JOHNSON
                                                        United States District Court Judge

Submitted by:

/s/ *Ryan J. Villa*
RYAN J. VILLA
Counsel for Ms. Subhanah Wahhaj

Approved by:

/s/ *Tavo Hall*
TAVO HALL
Assistant United States Attorney