IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No. 18 CR 2945 WJ |
| SIRAJ IBN WAHHAJ, et al., | § § § | |
| Defendants. | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

SIRAJ IBN WAHHAJ, Defendant, by and through his appointed counsel, Marc H. Robert and Thomas Clark, respectfully moves this Court for an extension of time to file a reply to the Government's response [Doc. 663] to Defendant's motion for severance of trial from co-defendants' trials [Doc.635], and in support thereof would respectfully show the Court as follows:

1. On February 17, 2023, Mr. Wahhaj filed a motion seeking severance of Mr. Wahhaj's trial from that of the remaining Defendants in this cause. The Government filed its response on March 3, 223 [Doc. 663].

2. Counsel's involvement in other matters and an out-of-state trip interfered with counsel's ability to timely prepare and file a reply to the

Government's response.  Counsel requests a short extension of the time for the filing of a reply to the Government's response, to Monday, April 3, 2023.

3.      The undersigned counsel has conferred with Assistant United States Attorneys Tavo Jackson Hall regarding this request.  The Government has no objection to the requested extension.

WHEREFORE, SIRAJ IBN WAHHAJ , Defendant, respectfully requests this Court enter an Order extending the due date for Defendants' reply to the Government's response to Defendant's' motion for severance [Doc. 635] to Monday, April 3, 2023, and providing for such other and further relief to which the Court may find the parties to be justly entitled.

Respectfully Submitted,

/s/  *Electronically filed on 3/28/23*
MARC H. ROBERT
P.O. Box 25271
Albuquerque, New Mexico 87102
575.571.7435
m505robert@gmail.com

THOMAS CLARK
432 Galisteo Street
Santa Fe, New Mexico 87501
505.820.1825
Fax: 505.986.0475
tmclark@cjplawsf.com

*Counsel for Mr. Wahhaj*

2