# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

## Clerk's Minutes

**Before the Honorable Chief Judge William P. Johnson**

**Case No.:** CR18-2945 WJ                    **Date:** 3/28/2023

**Parties:**  USA v. Leveille, et al.

**Courtroom Clerk/Law Clerk:** R. Garcia/Emily Franke, Jena Ritchey, William Suess

**Court Reporter:**  M. Loughran

**Interpreter:** N/A

**Type of Proceeding:**  Hearing on Standing to bring motion(s) to suppress

**Place of Court:**  Albuquerque

**Total time in Court:**  5 hours and 40 minutes

**Evidentiary Hearing:**  YES

**Attorneys Present for Plaintiff(s):**
Kimberly Brawley, Jackson Hall

**Attorneys Present for Defendant(s):**
Aric Elsenheimer, Angelica Hall, Marc Robert, Thomas Clark, Donald Kochersberger, Marshal Ray, Ryan Villa, Justine Fox-Young, and Lucas Morton appearing pro se, with stand-by counsel, Joseph Shattuck.

**Proceedings:**

9:07    Court in session; counsel enter appearances; defendants present.

Mr. Ray addresses the Court; the parties have discussed exhibits and will stipulate to all exhibit proffered:

Defendants' exhibits A – P and Government's exhibits 1 – 14, and 15, 16 (recordings); Court admits

exhibits A – P and Government exhibits 1 – 14, and 15, 16 (recordings).

Mr. Robert calls Craig Martin as a witness; witness sworn.

Direct by Mr. Robert; witness referred to Exhibits O, C, and C1; C1 offered for admittance; Court admits

exhibit C1.

9:22    Cross examination by Mr. Hall.

9:25    Redirect by Mr. Robert.

9:26    Court questions the witness.

9:28    Redirect by Mr. Ray.

9:29    Witness excused.

        Bench conference re next witness.

9:36    Court seals courtroom.

        Direct examination by Ms. Fox-Young.

9:38    Court returns to open session.

        Ms. Fox-Young continues directs examination; witness referred to Exhibit C, D, I, J, 15, L, L1 (note giving

        directions from Mr. Badger); offered; w/out objection, the Court admits Exhibit L1; L2 (Dismissal Notice);

        offered for admittance; w/out objection, the Court admits L2.

11:01   Court takes break.

11:20   Court back in session.

        Cross examination by Mr. Hall.

11:54   Redirect by Ms. Fox-Young.

11:59   Witness excused.

        Court breaks for lunch to return at 1:00.

1:05    Mr. Villa calls Christopher Stachura as a witness; witness sworn.

        Direct by Mr. Villa; witness referred to Exhibit I.

1:31    Cross examination by Ms. Brawley; witness referred to Exhibits H, I, L.

1:45    Redirect by Mr. Villa.

1:49    Witness excused.

        Mr. Ray calls Sgt. Jason Rael as a witness; witness sworn.

        Direct by Mr. Ray; witness referred to Exhibit M, N.

2:23    Cross examination by Ms. Brawley; witness referred to Exhibit 12.

2:42    Redirect by Mr. Ray.

2:51    Witness excused.

        Mr. Villa calls Jerry L. Hogrefe as a witness; witness sworn.

        Direct by Mr. Villa; witness referred to document 47-1 filed in Taos County (Affidavit for Search

        Warrant).

3:09    Cross examination by Mr. Hall.

3:13    Witness excused.

        Court takes a short break.

3:28    Ms. Fox-Young calls Defendant, Lucas Morton, as a witness; witness sworn.

        Direct by Ms. Fox-Young.

3:31    Cross examination by Ms. Brawley; witness referred to Exhibit 14, 15.

3:48    Witness excused.

        Mr. Hall calls FBI SA Travis Taylor; witness sworn.

        Direct by Mr. Hall; witness referred to Exhibits 2, 3, 8, 11, 4, 5.

4:01    Cross examination by Mr. Villa.

4:04    Redirect by Mr. Hall.

4:05    Witness excused.

        The Court and counsel discuss how to proceed re final arguments; court will allow the parties to
        supplement their findings of fact and conclusions of law, once a transcript has been prepared, and that can
        serve as the parties' final argument; Ms. Fox-Young requests 14 days to submit supplements/closing
        arguments; Court agrees and notes both parties are to submit supplements/final arguments within 14 days
        from filing of the transcript.

4:07    Court in recess.

# WITNESS/EXHIBIT LIST

|  | CR18-2945 WJ |
| --- | --- |
| Plaintiff's Attorney:  Kimberly Brawley and Jackson Hall | Defendant's Attorney:  Aric Elsenheimer, Angelica Hall, Marc Robert, Thomas Clark, Donald Kochersberger, Marshal Ray, Ryan Villa, and Justine Fox-Young, Lucas Morton appearing pro se with stand-by counsel, Joseph Shattuck |

| Defendant's Attorney (cont.) | United States District Court District of New Mexico |
| --- | --- |
|  | Trial/Hearing Date(s): 3/28/23 |

| Presiding Judge:  **William P. Johnson** | Court Reporter: M. Loughran | Courtroom Deputy: R.  Garcia |
| --- | --- | --- |

| Exh. No. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits* |
| --- | --- | --- | --- | --- | --- |
| O | C. Martin | 3/28/23 |  | X | Video of property area |
| C | " | " |  | X | Map of property lots |
| C1 | " | " |  | X | Map of property with notation |
| D | J. Badger | " |  | X | Warranty Deed |
| I | " | " |  | X | Real Estate Sale and Purchase Agreement |
| J | " | " |  | X | Photos of structures, etc. at property |
| 15 | " | " |  | X | Text message(s) |
| L | " | " |  | X | Petition by Owner for Restitution |
| L1 | " | " |  | X | Note giving directions written by Mr. Badger |
| L2 | " | " |  | X | Dismissal Notice |
|  | Mr. Stachura | " |  |  |  |
| M | Sgt. J. Real | " |  | X | Drone photo of property |
| 12 | " | " |  | X | Civil Process Worksheet |
|  | Under Sheriff R. Hogrefe | " |  |  |  |
|  | L. Morton | " |  |  |  |
| 2 | SA T. Taylor | " |  | X | Taos County Assessor Map |
| 3 | " | " |  | X | Quit Claim Deed |
| 8 | " | " |  | X | Memorandum of Contract |
| 11 | " | " |  | X | Sole and Separate Agreement |
| 4 | " | " |  | X | Warranty Deed |
| 5 | " | " |  | X | Costilla Meadows Lot description |
|  |  |  |  |  |  |
|  |  |  |  |  |  |