IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § | |
| **Plaintiff,** § § | |
| v. § § | Cause No. 18 CR 2945 WJ |
| **SIRAJ IBN WAHHAJ, et al.,** § § | |
| **Defendants.** § | |

## ORDER GRANTING EXTENSION OF TIME TO FILE REPLY

THIS MATTER comes before the Court on the motion of SIRAJ IBN WAHHAJ, Defendant for an extension of the due date for the filing of his Reply to the Government's Response [Doc. 663] to Mr. Wahhaj's motion seeking severance of his trial from that of his co-defendants [Doc. 635]. The Court, having reviewed the motion, noting that the Government does not oppose the motion and being otherwise fully advised in the premises, is of the opinion that the motion is well taken and should be granted.

It is, therefore, **ORDERED** that the due date for the filing of Mr. Wahhaj's Reply to the Government's Response to the Motion [Doc. 635] be and is hereby extended to Monday, April 3, 2023.

_____
WILLIAM P. JOHNSON
Chief Judge, United States District Court