IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) Cr. No. 18-2945 WJ |
| vs. | ) ) |
| JANY LEVEILLE, | ) ) |
| Defendant. | ) ) |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

THIS MATTER having come before the Court on the United States' Motion for Extension of Time to File Response to Defendant's Motion for Severance and Notice of Joinder in Defendants' Motion to Sever Counts 6 and 7 for Trial (Doc. 698), and the Court having reviewed the Motion, finds that the Motion is well taken and is hereby GRANTED.

IT IS THEREFORE ORDERED that the United States has until April 14, 2023, to respond to Defendant's "Motion for Severance of Defendant Leveille and Notice of Joinder in Defendants' Motion to Sever Counts 6 and 7 for Trial (Doc. 648)," (Doc. 686).

_____
WILLIAM P. JOHNSON
Chief United States District Judge