# QUALIFICATIONS OF JAMES L. BARLOW, JR.

I, James L. Barlow, Jr., hereby declare and state:

Since June 2022, I have been a Supervisory Firearms Specialist employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), in Martinsburg, WV. My primary duties are as the Chief of the Firearms Enforcement Officer (FEO) Development Branch. This branch is tasked with training newly-hired FEOs as well as coordinating, implementing, and administering the continuing education requirements of FEOs. Further, the branch is also tasked with staying abreast of new technology as it translates to the making or manufacturing of firearms and related components.

From January 2016 until June 2022, I was employed by ATF as an FEO in Martinsburg, WV. My duties as an FEO included the following:

- Providing technical information regarding firearms identification, operation, and design for the purpose of assisting the Bureau, the law enforcement community, the firearms industry, and the public in general in the implementation of the Gun Control Act of 1968 (GCA), its amendments, and the National Firearms Act (NFA).
- Conducting examinations and testing of firearms and related materials submitted as evidence by Bureau agents, as well as other Federal, State, and local law enforcement agencies.
- Preparing technical reports, official correspondence, and training materials relating to the identification and origin of firearms and their classification under Federal law.
- Conducting examinations and classifications of submitted prototype firearms or related devices.
- Evaluating all types of firearms for import classifications.
- Determining origin and classification of ammunition.
- Preparing official Bureau responses to written inquiries from the firearms industry, as well as the public in general.
- Utilizing the Firearms Technology reference library, which includes over 2,000 books, catalogs, and official correspondence relating to the firearms field.
- Assisting in maintaining the ATF Firearms Reference Collection, which includes approximately 15,000 firearms of all types.

I have testified in the following proceedings as an expert witness in the field of firearms identification, classification under the Gun Control Act/National Firearms Act, operation, and design:

- United States v. Jesse Carter, 20CR62 (S.D. Ohio), May 2022
- United States v. Alex Jax Wagoner, 4:20CR18 (W.D. Va.), October 2021

1

- United States v. Cruz Noel Quintero, 2:19CR766, (C.D. Ca.), July 2021
- United States v. Bruce Sartwell, 1:19CR10479 (D. Mass.), February 2021
- United States v. Joshua Ray, 19CR46 (N.D. In.), June 2020
- United States v. Desmond Boris Washington, 3:18CR552-HZ (D. Oregon), October 2020
- United States v. Codey Mobley, 18CR327-MHT (M.D. Al.), March 2019

I have attended the following formal training courses:

- Springfield Armory XD/XD-S Armorer Course
- Benelli M-Series Armorer Course
- CZ P10/Scorpion Armorer
- Ruger LCP, LC9S, GP100, P-series pistols and Mini-14 with gauging Armorer Course
- LWRCI Armorer Course
- IWI Tavor/X95 Armorer Course
- Colt AR-15, M16M4 Series Rifles, Carbines & Sub-machine Guns Armorer Course
- Colt .45 Model "O" Armorer Course
- FN M240 Armorer Course
- FN M240 Operator Course
- FN M249 Armorer Course
- GLOCK Armorer Course
- GLOCK Advanced Armorer Course
- Heckler & Koch HK 416/EGLM/MP5/BTG/G36/USP/HK 45 Armorer Courses
- Remington Police Armorer Course
- Remington 870 Police Armorer Course
- Remington 700 Armorer Course
- Safariland/Defense Technologies Specialty Impact Munitions and Distraction Devices Basic Instructor Course
- SIG LE Pistol Armorer Course
- Weapons Systems Training Council AR-15-M16 Comprehensive Armorer Course
- U.S. Department of State, Diplomatic Security Armorer Training Course
- U.S. Navy Small Arms Instructor Course
- U.S. Navy Gun Ammo Safety Course
- U.S. Navy .50 cal. Machinegun/M2HB Operation and Maintenance Course
- U.S. Navy 40mm MK-19 Mod 3 Operation and Maintenance Course
- U.S. Navy MK-38 Mod 0 25mm Machinegun System Operation and Maintenance Course
- U.S. Navy Enhanced Organizational Level Maintenance (Naval Special Warfare Armorer) Course

- U.S. Navy Super Rapid Blooming Off-board Chaff (SRBOC) Operation and Maintenance
- FLETC Law Enforcement Instructor Training Program (LEITP)
- U.S. Navy Group Paced Instructor Course

I have toured the following firearms factories:

- FN Manufacturing, Inc., Columbia, SC
- Glock U.S.A., Smyrna, GA
- Remington Arms, Ilion, NY
- IWI US, Harrisburg, PA
- LWRCI, Cambridge, MD
- Honor Defense, Gainesville, GA
- Ruger, Newport, NH
- Sig Sauer, Newington, NH
- Kahr Arms/Auto Ordnance, Worcester, MA
- Smith & Wesson, Springfield, MA
- Colt, West Hartford, CT
- Deep River Plastics, Deep River, CT
- Mossberg, North Haven, CT

I have toured the following ammunition factories:

- Chemring Ordnance, Perry FL
- AMTEC Less-Lethal Systems, Perry, FL
- Remington Ammunition, Lonoke, AR
- Kent Cartridge, Kearneysville, WV

I have toured the following museums that display firearms as part of their collection:

- Fort Stewart Army Museum, Fort Stewart, GA
- Remington Arms Museum, Ilion, NY

I attended the Phoenix Defense course *Silencer Principles Training* on 6/21/2018.

I completed the Firearms Interstate Nexus Training Course in Martinsburg, WV.

I attended the Principles of Acoustics and the Measurement of Sound training course conducted by the Bruel & Kjaer representatives of North America in Martinsburg, WV on 11/03/2016.

I received training on the Olympus Vanta X-Ray Fluorescence (XRF) analyzer used for alloy or metal composition identification.

From 2012 to 2015 I held a Manufacturer, Type 07, Federal Firearms License (FFL).

From 2013 to 2015 I was employed as a Maritime Security Officer onboard the USNS SBX-1 homeported at Pearl Harbor, HI. Some of my duties included the following:

- Qualified semi-annually with the Beretta M9 pistol, Colt M4 carbine, Mossberg M500 shotgun, M240 medium machinegun, and M2HB .50 caliber machinegun.
- Performed maintenance, as required, on the above weapons.
- Controlled access to sensitive information, ammunition, weapons, and other high value assets.
- Provided Anti-Terrorism/Force Protection services for a National Asset.

From 2012 to 2013 I was employed as a Firearms Sales Associate at Gander Mountain in Valdosta, GA. Some of my duties included the following:

- Firearms and ammunition sales to customers.
- Mounted scopes, rails, mounts and other fixtures on firearms.

In 2012 I was a student in the Machine Tool Technology program at Wiregrass Georgia Technical College in Valdosta, GA. Some of my training included the following:

- Introduction to Machine Tool Technology
- Lathe Operations I
- Mill Operations I
- Surface Grinder I
- Heat Treatment of Metals

From 2009 to 2011 I was employed as Armorer for the Florida Highway Patrol at the Florida Highway Patrol Academy in Quincy, FL. Some of my duties included the following:

- Maintained inventory of Academy firearms and ammunition.
- Law Enforcement Support Office (LESO) contact for weapons furnished to Florida Highway Patrol by the Defense Logistics Agency (DLA).
- Periodic inspection of department owned firearms for safety and maintenance.
- Performed testing, adjusting and repair of firearms.
- Tested ammunition prior to purchase to determine functional reliability.
- Performed Quality Control testing of ammunition, weapons and equipment.
- Ordered and maintained inventory of ammunition for Academy and General Headquarters personnel.
- Corresponded with manufacturers regarding equipment specifications and performance.

- Assisted in developing equipment specifications for pistols, shotguns, rifles, gas guns, holsters, riot helmets, ammunition, electronic control devices and other related accessories.
- Conducted ballistic tests and prepared and/or delivered testimony regarding weapons used by the Division of Florida Highway Patrol.
- Conducted research regarding police weapons standards, weapons development and procurement.
- Prepared detailed technical reports and recommendations for management review.
- Attended conferences and training seminars regarding law enforcement weapons and applications.
- Prepared reports documenting equipment failure during use in the field.
- Ensured Division complies with ATF regulations regarding Short Barrel Rifles, shotguns, machineguns and other firearms regulated by the National Firearms Act.

In 2009 I was employed as a Small Arms Repair Technician on the Army Small Arms Readiness Evaluation Teams (SARET) contract. Some of my duties included the following:

- Repair of Army issued small arms and crew-served weapons as part of a traveling team of technicians.

From 2008 to 2009 I was employed as Armorer for the Kabul Embassy Security Force (KESF) in Kabul, Afghanistan. Some of my duties included the following:

- Maintained and repaired all weapons issued to the KESF.
- Assisted Training Department with M249/M240 Familiarization, Operation, and Maintenance class for new personnel arriving in-country.

In 2008 I was employed as Small Arms Repair Team Leader on a contract for the U.S. Marine Corps at Albany, GA. Some of my duties included the following:

- Repair and refurbishment of M16A2 rifles to meet goal of 55,000 rifles specified per the contract.

From 2007 to 2008 I was employed as Armorer for the Kabul Embassy Security Force (KESF) in Kabul, Afghanistan. Some of my duties included the following:

- Maintained and repaired all weapons issued to the KESF.
- Assisted Training Department with M249/M240 Familiarization, Operation, and Maintenance class for new personnel arriving in-country.

In 2006 I was employed as Senior Armorer for the U.S. Embassy Diplomatic Security (DS) mission in Baghdad, Iraq. Some of my duties included the following:

- Maintained and repaired DS weapons as required.
- Developed Power Point presentation displaying correct location of serial numbers for each type of issued firearms and other serialized equipment to facilitate accurate inventory reporting.
- Provided range support for weapons training evolutions.
- Issued weapons and ammunition to DS team members.
- Directed and supervised the Assistant Armorer.

From 2005 to 2006 was employed as Armorer for the U.S. Regional Embassy Office (REO) Diplomatic Security mission in Al-Hillah, Iraq. Some of my duties included the following:

- Developed and implemented a maintenance program for all DS weapons.
- Maintained and repaired DS weapons as required.
- Maintained ammunition allowance ordering, receiving, storing and issuing ammunition as required.
- Provided range support for weapons training evolutions.

From 2004 to 2005 was employed as a Small Arms Repairer at the Directorate of Logistics at Fort Stewart, GA. Some of my duties included the following:

- Repaired all types of Army small arms and crew-served weapons up to and including 25mm chain guns and mortars.
- Provided technical assistance to Unit Armorers and Direct Support units as needed.
- Test fired repaired weapons as needed.

From 1997 until 2005, I served as a Gunner's Mate in the United States Naval Reserve. Some of my duties included the following:

- Served as Small Arms Marksmanship Instructor and Range Safety Officer to qualify 75 Command personnel with individually issued firearms and crew-served weapons.
- Supervised ten subordinate personnel, E-6 and below, in daily operation of Weapons Department.
- Responsible for Unit's Arms, Ammunition & Explosives (AA&E) program including accountability, maintenance and operation of weapons and night vision equipment.

From 1986 until 1996, I served as a Gunner's Mate in the United States Navy. Some of my duties included the following:

- Small Arms Instructor – Through classroom instruction, lectures, demonstrations and briefings, trained over 350 personnel in the safe operation, maintenance and use of firearms.
- Served as Range Safety Officer during firearms range training evolutions.
- Ship's Armorer - Responsible for maintenance and accountability of all Ship's Firearms and Weapons Systems. Trained 3 personnel in disassembly, reassembly, maintenance and inspection of ship's Firearms and Weapons systems. Additionally trained over 40 members of ship's Security Detail in the proper disassembly, maintenance and reassembly of issued weapons.
- Gun Captain on 16" Naval Guns – Responsible for the safe operation and loading of guns. Trained crews in operation of equipment, loading procedures and safety rules.
- Mount Captain for .50 caliber machine guns and 25mm chain-gun mounts - Supervised mount crews in safe operation of assigned gun mounts. Trained 18 personnel in proper and safe operation of 25mm chain-gun mounts and .50 caliber machine gun mounts to ensure qualification of ship's gun crews.