**John Phillips, MD – Publications in the Past Ten Years:**

Damaraju E, Caprihan A, Lowe J, Allen E, Calhoun V, **Phillips JP.** Functional connectivity in the developing brain: A longitudinal study from 4 to 9 months. NeuroImage, 2014 Jan;84:169-80. **PMID:23994454**

Duncan AF, Caprihan A, Montague EQ, Lowe J, Schrader R, **Phillips JP**. Regional cerebral blood flow in children from 3 to 5 months of age. American Journal of Neuroradiology, 2013 Oct 3. **PMID: 24091444**

MacLean PC, Rynes KN, Aragon C, Caprihan A, **Phillips JP**, Lowe JR. Mother-infant mutual eye gaze supports emotional regulation in infancy during the still face paradigm. Infant Behavior and Development, 2014 Jul 15;37(4):512-522. **PMID: 25036768**

**Phillips JP**, Cole C, Gluck J, Shoemaker J, Petree L, Helitzer D, Holdsworth M. Stakeholder opinions and ethical perspectives support universal disclosure of incidental findings in MRI research. Ethics and Behavior, 2015:25(4):332-350. **PMID:26877623**.

Cole C, Petree L, **Phillips JP**, Shoemaker J, Holdsworth M, Helitzer D. "Ethical responsibility" or "a whole can of worms:" Differences in opinion on incidental finding review and disclosure in neuroimaging research from focus group discussions with participants, parents, IRB members, investigators, physicians and community members. Journal of Medical Ethics, 2015; Oct;41(10):841-7. doi: 10.1136/medethics-2014-102552. Epub 2015 Jun 10. **PMID: 26063579.**

Shoemaker JM, Cole CC, Petree LE, Helitzer DL, Holdsworth MT, Gluck JP, **Phillips JP**. Evolution of universal review and disclosure of MRI reports to research participants. Brain & Behavior, 2016; Feb 8;6(3). **PMID: 26893955.**

Ohls RK, Cannon DC, **Phillips JP**, Caprihan A, Patel S, Winter S, Steffen M, Yeo RA, Campbell R, Wiedemeier S, Baker S, Gonzalez S, Lowe J. Preschool assessment of preterm infants treated with darbepoetin and erythropoietin. Pediatrics, 2016;137(3). **PMID: 26908704.**

Lowe JR, Coulombe P, Moss NC, Rieger RE, Aragon C, MacLean PC, Caprihan A, **Phillips JP**, Handal J. Maternal touch and infant affect in the Still Face Paradigm: a cross-cultural examination. Infant Behavior and Development, 2016;44:110-120. **PMID: 27362780.**

Rancher CE, Shoemaker JM, Petree LE, Holdsworth M, **Phillips JP,** Helitzer DL. Disclosing neuroimaging incidental findings: a qualitative thematic analysis of health literacy challenges. *BMC Medical Ethics*, 2016:*17*(1), 58. **PMID: 27724936**

Lowe JR, Rieger RE, Moss NC, Yeo RA, **Phillips JP**, Winter S, Patel S, Campbell R, Baker S, Gonzales S, Ohls RK. Impact of erythropoiesis stimulating agents on behavioral measures in children born preterm. Journal of Pediatrics, 2017;184:75-80. **PMID: 28185625.**

**Phillips JP,** Yeo RA, Caprihan A, Cannon DC, Patel S, Winter S, Steffen M, Campbell R, Wiedemeier S, Baker S, Gonzalez S, Lowe J, Ohls RK. Neuroimaging in former preterm children who received erythropoiesis stimulating agents. Pediatric Research, 2017, Oct;82(4):685-690. **PMID: 28553989**

Gasparovic C, Caprihan A, Yeo R, **Phillips JP**, Lowe JR, Campbell R, Ohls RO. The long term effect of erythropoiesis stimulating agents given to preterm infants: A 1H-MRS study on neurometabolites in early childhood. Pediatric Radiology, 2018; 48(3):374-382. **PMID: 29335880.**

Zagami M, Caprihan A, Homza A, Madrugada N, Pease M, Beecher P, Lyle L, Kivitz E, Kilman P, **Phillips JP**. Low tech meets high tech: integrating functional MRI in a child's educational plan. Journal of Visual Impairment and Blindness, September-October 2018.

Mayer, A.R., Wertz, C., Ryman, S.G., Storey, E.P., Park, G., **Phillips, JP**., Dodd, A.B., Oglesbee, S., Campbell, R., Yeo, R.A., Wasserott, B., Shaff, N. A., Leddy, J.J., Mannix, R., Arbogast, K.B., Meier, T.B., Grady, M.F., Master, C.L. (2018). Neurosensory deficits vary as a function of point of care in pediatric mild traumatic brain injury. Journal of Neurotrauma, 2018;35(10):1178-1184. **PMID: 29336197.**

Arenas RM, Roberts JM, **Phillips JP**. High prevalence of pineal cysts in adults who stutter. Brain and Language, 2018;177-178:18-22. **PMID: 29421268.**

Mayer AM, Daniel Cohen, Christopher J. Wertz, Andrew B. Dodd, Jody M Shoemaker, Charles Pluto, Nicholas A Zumberge, Grace Park, Barbara A. Bangert, Cindy Lin, Nori M. Minich, Ann M. Bacevice, Erin D. Bigler, Richard A. Campbell, Faith M. Hanlon, Timothy B. Meier, Scott J. Oglesbee, **John P Phillips**, Amy Pottenger, Nicholas A. Shaff, H. Gerry Taylor, Ronald A. Yeo, Kristy B. Arbogast, John J. Leddy, Christina L. Master, Rebekah Mannix, Roger L. Zemek, and Keith Owen Yeates. Radiologic common data elements rates in pediatric mild traumatic brain injury. Neurology, *In Press.*

Mayer, A.R., Stephenson, D.D., Wertz, C.J., Dodd, A.B., Shaff, N.A., Ling, J.M., Park, G., Oglesbee, S.J., Wasserott, B.C., Meier, T.B., Witkiewitz, K., Campbell, R.A., Yeo, R.A., **Phillips, J.P**., Quinn, D.K., & Pottenger, A. (2019). Proactive inhibition deficits with normal perfusion after pediatric mild traumatic brain injury. *Human Brain Mapping.*

Mayer, A.R., Wertz, C.J., Robertson-Benta, C.R., Pabbathi Reddy, S., Stephenson, D.D., Dodd, A.B., Oglesbee, S.J., Bedrick, E.J., Master, C.L., Grady, M., Shaff, N.A., Hanlon, F.M., Campbell, R.A, **Phillips, J.P.,** Zemek, R.L, Yeates, K.O., Meier, T.B., Mannix, R., Leddy, J.J., Arbogast, K.B., & Park,G.  Neurosensory Screening and Symptom Provocation in Pediatric Mild Traumatic Brain Injury. *Journal of Head Trauma Rehabilitation.* 2020:35(4), 270-278.

Dodd AB, Lu H, Wertz CJ, Ling JM, Shaff NA, Wasserott BC, Meier TB, Park G, Oglesbee SJ, **Phillips JP**, Campbell RA. Persistent alterations in cerebrovascular reactivity in response to hypercapnia following pediatric mild traumatic brain injury. *Journal of Cerebral Blood Flow & Metabolism.* 2020, Jan 5:0271678X19896883.

Jin SC, Lewis SA, Bakhtiari S, …… **Phillips JP**….. Kruer MJ. Mutations disrupting neuritogenesis genes represent a major independent risk factor for cerebral palsy. *Nature Genetics.* 2020:1-11.

Reyes C, Ornelas CJ, Rollins-Raval MA, Subbaswamy AV, **Phillips JP**, & Raval JS. A strategy to conserve personal protective equipment while performing therapeutic plasma exchange in a patient with COVID-19. *Journal of Clinical Apheresis*, 2020:35(4), 374.

Stephenson DD, Meier TB, Pabbathi Reddy S, Robertson-Benta CR, Hergert, DC, Dodd, AB, Shaff, NA, Ling JM, Oglesbee SJ, Campbell RA, **Phillips JP**, Sapien RE, & Mayer AR. Resting state power and regional connectivity after pediatric mild traumatic brain injury. *Journal of Magnetic Resonance Imaging.* 2020: June 27.

Vaccaro, S., Tofighi,D., Moss,N., Rieger, R., Lowe, J.R., **Phillips,J.P**., Erickson, S. The Association of Infant Temperament and Maternal Sensitivity in Preterm and Full Term Infants. *Infant Mental Health Journal. In Press.*

Kaur H, Mason JA, Bajracharya M, McGee J, Gunderson M, Hart BL, Dehority W, Link N, Moore B, **Phillips JP**, Rogers D. Transverse myelitis in a child with Covid-19. *Pediatric Neurology*, 2020: November.

Sicard, V., Hergert, D. C., Pabbathi Redd, S., Robertson-Benta, C. R., Dodd, A. B., Shaff, N. A., Stephenson, D. D., Yeates, K. O., Cromer, J. A., Campbell, R. A., **Phillips, J. P**., Sapien, R. E., & Mayer, A. R. (In Press). Severity of Ongoing Post-Concussive Symptoms as a Predictor of Cognitive Performance Following a Pediatric Mild Traumatic Brain Injury. Journal of the International Neuropsychology Society. *In Press.*

Shah P, Cannon D, Lowe J, **Phillips JP**, Christensen R, Kamath-Rayne B, Rosenberg A, Wiedmeier S, Patel S, Winter S, Baker S, and Ohls R. Effect of

Blood Transfusions on Cognitive Development in Very Low Birth Weight Infants. *Journal of Perinatology. 2021, April 28:1-7.*

**Phillips JP**. Dr. Ken Swaiman, Through a Resident's Eyes. Pediatric Neurology. 2021 Mar 1;116:61.

Hergert, D.C., Sicard, V., Stephenson, D.D., Pabbathi Reddy, S., Robertson-Benta, C.R., Dodd, A.B., Bedrick, E.J., Gioia, G.A., Meier, T.B., Shaff, N.A., Quinn, D.K., Campbell, R.A., **Phillips, J.P**., Vakhtin, A.A., Sapien, R.E., & Mayer, A.R. (2021). Test-retest reliability of retrospective report of pediatric traumatic brain injury . Journal of the International Neuropsychological Society.

**Phillips JP**, Pirrung CJ, Weerasinghe I, Kanishka GK, Satharasinghe Y, Lalitharatne TD, Cavanagh JF, Kodituwakku P, Wanigasinghe J. Portable Acquisition of Auditory ERPs–A Pilot Study of Premature Infants. Pediatric Neurology. 2021 Jun 12.

Sicard, V., Stephenson D. D., Hergerrt, D C., Dodd, A. B., Robertson-Benta, C. R., Pabbathi Reddy, S., Yeates, K. O., Cromer, J. A., Meier, T. B., Campbell, R. A., **Phillips, J. P**., Sapien, R. E., & Mayer, A. R. Investigating the Diagnostic Accuracy of a Paper-and-Pencil and a Computerized Cognitive Test Battery for Pediatric Mild Traumatic Brain Injury. Neuropsychology (accepted for publication).

Mayer, A.R., Ling, J.M., Dodd, A.B., Stephenson, D.D., Pabbathi Reddy, S., Robertson-Benta, C.R., Erhardt, E.B., Harms, R.L., Meier, T.M., Vakhtin, A.A., Campbell, R.A., Sapien, R.E., & **Phillips, J.P.** (2022). Multicompartmental models and diffusion abnormalities in paediatric mild traumatic brain injury. Brain.

Mayer AR, Meier TB, Dodd AB, Stephenson DD, Robertson-Benta CR, Ling JM, Reddy SP, Zotev V, Vakamudi K, Campbell RA, Sapien RE, Erhardt EB, **Phillips JP**, and Vakhtin AA. (In Press). A Prospective Study of Grey Matter Atrophy Following Pediatric Mild Traumatic Brain Injury. Neurology

Ohls RO, Lowe JR, Yeo R, Patel S, Winter S, Campbell R, Baker S, **Phillips JP** (in press). Longitudinal Assessment of Preterm Infants Treated with Erythropoiesis Stimulating Agents. Current Pediatric Reviews.

Robertson-Benta, CR, Pabbathi Reddy, S, Stephenson, DD, Sicard, V, Hergert, DC, Dodd, AB, Campbell, RA, **Phillips, JP**, Meier, TB, Quinn, DK, & Mayer, AR. (In Press). Cognition and Post-Concussive Symptom Status After Pediatric Mild Traumatic Brain Injury. Child Neuropsychology.

Hewawitharana BDR, Wijesinghe CJ, De Silva A, **Phillips, JP,** Hewawitharana GP. (In Press). Disability and Caregiver Burden: Unique Challenges in a Developing Country. Journal of Pediatric Rehabilitation Medicine.

Swaiman KF, **Phillips JP**: General Aspects of the Patient's Neurologic History. In *Swaiman's Pediatric Neurology: Principles and Practice*, 6th edition, Swaiman, Ashwal, Ferriero and Schor (eds), 2017.

Swaiman KF, **Phillips JP**: Neurologic Examination of the Older Child. In *Swaiman's Pediatric Neurology: Principles and Practice*, 6th edition, Swaiman, Ashwal, Ferriero and Schor (eds), 2017.

Swaiman KF, **Phillips JP**: Neurologic Examination after the Newborn Period until 2 Years of Age. In *Swaiman's Pediatric Neurology: Principles and Practice*, 6th edition, Swaiman, Ashwal, Ferriero and Schor (eds), 2017.

Swaiman KF, **Phillips JP**: Neurologic Examination of the Term and Preterm Infant. In *Swaiman's Pediatric Neurology: Principles and Practice*, 6th edition, Swaiman, Ashwal, Ferriero and Schor (eds), 2017.

Swaiman KF, **Phillips JP**: Muscular Tone and Gait Disturbances. In *Swaiman's Pediatric Neurology: Principles and Practice*, 6th edition, Swaiman, Ashwal, Ferriero and Schor (eds), 2017.

**Phillips JP**: General Aspects of the Patient's Neurologic History. In *Swaiman's Pediatric Neurology: Principles and Practice*, 7th edition, *in press*

**Phillips JP**: Neurologic Examination of the Older Child. In *Swaiman's Pediatric Neurology: Principles and Practice*, 7th edition, *in press*