

# CURRICULUM VITAE

Brian Nishida
2 Emerson Lane, Suite 200
Secaucus, New Jersey 07094
Brian.Nishida@Kroll.com

## Employment

**Kroll Cyber Risk,** Secaucus, New Jersey
**Associate Managing Director, Cyber Risk,** August 2021 – Present
- Lead incident response engagements with clients
- Manage complex client engagements with multiple components including risk assessment and forensic investigation
- Contribute to the growth of the Cyber practice, including the development and implementation of strategic and tactical plans
- Collaborate with all elements across the firm on cross practice efforts
- Partner with the sales team to drive revenue and increase market share
- Represent Kroll in speaking engagements, conventions and industry events
- Recruit, mentor and develop staff to continue to grow the world class talent

**Federal Bureau of Investigation**
**Digital Forensics Examiner, Special Agent,** 1998 to August 2021
- Investigator of cybercrimes, financial crimes, violent crimes, and narcotics
- Acting Director of the New Mexico Regional Computer Forensics Laboratory (NMRCFL)
- Certified in Windows, macOS, Linux, and mobile forensics
- Network administrator for the NMRCFL
- Computer Analysis Response Team (CART) Change Control Board (CCB) voting member
- Designer of components for a nationwide cyber-forensics network
- FBI adjunct faculty instructor for digital forensics teaching domestic and foreign government agencies

**Boeing Commercial Airplane Group**
**Senior Specialist Engineer,** 1996 - 1998
- Performed aeroelastic calculations for the Stability & Control group
- Managed wind tunnel tests at Boeing and NASA

**Sterling Software, NASA Ames Research Center**
**Aeronautical Engineer, 1998 – 1991**
- Designed and developed Computational Fluid Dynamics (CFD) software to compute airflow over a propfan configuration.
- Authored American Institute of Aeronautics and Astronautics research paper



## Education

**Master of Science, SANS Technology Institute** — 2020
Information Security Engineering, GPA 3.77/4.0

**PhD, Massachusetts Institute of Technology** — 1996
Aeronautics & Astronautics, GPA 5.0/5.0

**Master of Science, Stanford University** — 1988
Aeronautics & Astronautics, GPA 3.62/4.0

**Bachelor of Science, University of California at Davis** — 1987
Aeronautical Engineering and Mechanical Engineering, GPA 3.26/4.0

## Certifications

GSEC, GCIA, GCIH, GCDA, GCCC, GCWN, GCPM, GCFE, GCFA, GNFA, GASF, GCTI

## Awards

FBI Medal of Excellence
Federal Agent of the Year Award, U.S. Attorney's Office, District of New Mexico
Two FBI Quality Step Increases
Five SANS Lethal Forensicator Coins (FOR500, FOR508, FOR518, FOR578, FOR585)
One SANS SEC503 Coin