IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 18-2945 WJ |
| ) | |
| JANY LEVEILLE, ) | |
| SIRAJ IBN WAHHAJ, ) | |
| LUCAS MORTON, ) | |
| HUJRAH WAHHAJ, and ) | |
| SUBHANAH WAHHAJ, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

THIS MATTER having come before the Court on the United States' Unopposed Motion for Extension of Time to File CIPA Section 4 Motion and Response to Defense Motion to Compel the Government to Produce Rule 16 and Brady-Giglio Discovery and Discovery Governed by CIPA (Doc. 702), and the Court having reviewed the Motion and noting that it is unopposed, finds that the Motion is well taken and is hereby GRANTED.

IT IS THEREFORE ORDERED that the United States has until June 15, 2023, to file its CIPA Section 4 Motion. It is furthered ordered that the United States shall have until April 28, 2023, to respond to the Defendants' "Motion to Compel the Government to Produce Rule 16 and Brady-Giglio Discovery and Discovery Governed by CIPA," (Doc. 702).

_____
WILLIAM P. JOHNSON
Chief United States District Judge