IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 18 CR 2945 WJ |
| | § | |
| SIRAJ IBN WAHHAJ, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING EXTENSION OF TIME TO FILE *DAUBERT* MOTION

THIS MATTER comes before the Court on the unopposed motion of SIRAJ IBN WAHHAJ, Defendant for an extension of the due date for the filing of a *Daubert* motion in this cause. The Court, having reviewed the motion, noting that the Government does not oppose the motion and being otherwise fully advised in the premises, is of the opinion that the motion is well taken and should be granted.

It is, therefore, **ORDERED** that the due date for the filing of a *Daubert* motion Defendant Siraj Ibn Wahhaj be and is hereby extended to Friday, May 5, 2023.

_____
WILLIAM P. JOHNSON
Chief Judge, United States District Court