IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.   No. 1:18-CR-02945-WJ

JANY LEVEILLE, et al.,

    Defendants.

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION

**THIS MATTER** comes before the Court on Defendants' Motion for Extension of Time to File Motion [Doc 736]. The Court, having reviewed the Motion and noting that the United States does not oppose, finds that the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the due date for filing a *Daubert* motion for Defendant Hujrah Wahhaj is extended to Monday, May 15, 2023.

_____
HON. WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT COURT JUDGE

Submitted by:

*/s/ Donald F. Kochersberger III*
Donald F. Kochersberger III

*Attorney for Defendant Hujrah Wahhaj*