

**U.S. Department of Justice**

*United States Attorney*
*District of New Mexico*

| | |
|---|---|
| *P.O. Box 607* | *Phone: (505) 346-7274* |
| *Albuquerque, NM 87103* | *Fax: (505) 346-7296* |

May 2, 2023

<u>VIA E-MAIL and CM/ECF</u>
The Honorable William P. Johnson
United States District Court
333 Lomas Blvd. NW, Suite 770
Albuquerque, NM  87102

Re:    *United States v. Jany Leveille, et al*, 18-CR-2945 WJ

Dear Chief Judge Johnson,

    This letter is to inform the Court that the United States recently found the attached report, which may be relevant to the issue of standing that the Court is currently considering in *United States v. Jany Leveille, et al*, 18-CR-2945 WJ.  The United States was unaware that this was part of a small number of documents that had not been previously approved for disclosure and disclosed to the defense with the bulk of discovery that was produced in 2019.  The report is separately being disclosed to the defense today, and please let me know if there are any questions.

Sincerely,

*K. Brawley*

KIMBERLY A. BRAWLEY and
TAVO HALL
Assistant U.S. Attorneys

cc:    Aric Elsenheimer
       Angelica Hall
       Thomas Clark
       Marc Robert
       Donald Kochersberger
       Marshall Ray
       Ryan Villa
       Justine Fox-Young
       Joseph Shattuck
       Cindy Gilbert
       Lucas Morton