FD-1057 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** ▮▮▮▮ NMSP officer interaction with Lucas Morton at his property on June 30, 2018.

**Date:** 07/06/2018

**From:** ALBUQUERQUE
  ▮
  **Contact:** ▮▮▮▮▮▮▮▮▮▮

**Approved By:** ▮▮▮▮▮▮

**Drafted By:** COX WESLEY BRIAN

**Case ID #:** ▮▮▮▮▮▮   ▮ SIRAJ IBN WAHHAJ
  ▮▮▮▮▮▮▮▮▮▮

**Synopsis:** ▮▮▮ NMSP Officer Donis had contact with Lucas Morton at property in Amalia, NM.

▮▮▮▮▮▮

**Details:**

▮▮▮ On July 2, 2018, the writer, TFO Wesley Cox, contacted New Mexico State Police (NMSP) Lieutenant Edwardo Martinez regarding the information received by the Public Access Line on June 30, 2018. Martinez advised one of the NMSP officers spoke to Tonya Badger regarding the subjects living on her property. Martinez directed his officer to advise Badger to contact the Taos County Sheriff's Department (TCSD) because they are the lead investigating agency in the apprehension of Siraj ibn Wahhaj. Martinez said he would have the officer call to describe what his involvement was.

▮▮▮ Writer received a call from NMSP Officer Bryan Donis. On June 30, 2018 Donis was contacted by Tonya Badger who told him that she was told by a judge to contact NMSP to have the people living on

▮▮▮▮

US v. Jany Leveile, et al. 27098

Title: ▬▬▬▬ NMSP officer interaction with Lucas Morton at his property on June 30, 2018.
Re: ▬▬▬▬▬▬  07/06/2018

her land served with a trespass notice. She then would need to file a police report and proceed with the eviction process through the district court.

 Donis drove to the area and made contact with Lucas Morton. Donis parked on the road due to the driveway being blocked off with rope. Morton walked to the road to speak with Donis. Morton advised there was a court hearing on Wednesday (June 27, 2018) and the judge dismissed the case. Morton accessed the case disposition via his phone and showed it to Donis who briefly reviewed it. During their conversation Morton said he inherited the land from his creator and that he is living on the property with his wife and children. Donis saw a white enclosed box truck and a white plastic-covered area surrounded by dirt berms and tires. Morton was cordial, however, according to Donis, Morton postured and behaved as if he did not want Donis to go onto the property or see much of the property.

♦♦

US v. Jany Leveile, et al. 27099