FD-1036 (Rev. 10-16-2009)



# FEDERAL BUREAU OF INVESTIGATION
## Import Form

**Form Type:** FD-71A                                                       **Date:** 07/03/2015

**Title:** Suspicious Firearms Training

**Approved By:** MOLINA JAIME OMAR

**Drafted By:** MOLINA JAIME OMAR

**Case ID #:** ███████████            ZERO FILE - SIRAJ IBN WAHHAJ

**Synopsis:** The owner of Atlanta Firearms Training, ███████████, contacted T O R. Gooch in reference to two subjects he felt were suspicious in regards to firearms training.
Mulheron advised the two subjects are identified as Siraj Wahhaj, ███ Beecher Street, Atlanta, GA, ph# ███████████, email - ███████@hotmail.com and ███████████████████████, Atlanta, GA, email - ███████████████████████.
Mulheron stated Siraj signed up for a basic pistol class in January, then immediately signed up for the defensive pistol class which was completed in March, and has now signed up for the AR-15 class. Mulheron said Siraj's ███████████████ has recently signed up for the basic pistol class.
███████████ advised Atlanta Firearms Training has been open for the past five years and no one has taken this many classes in this short of a time period and due to this he is suspicious.



EXHIBIT 1   US v. Jany Leveille et al 16037