FD-1087 (Rev. 5-8-10)


OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION
## Collected Item Log

**Event Title:** ▮▮▮▮▮  **Date:** 08/25/2015

**Approved By:** MESYA A BENYARD

**Drafted By:** MESYA A BENYARD

**Case ID #:** ▮▮▮▮▮  ▮ SIRAJ IBN WAHHAJ

**Collected From:** ▮ N/A
Atlanta, Georgia

**Receipt Given?:** No

**Holding Office:** ATLANTA

**Details:** *No Details Provided*

| Item Type | Description |
|---|---|
| 1D | ▮ Aircraft surveillance dated 08/21/2015. |
| | Collected On: 08/21/2015 |
| | Collected By: Gregory S. Gauger |
| | ELSUR Evidence Type: Video Surveillance |
| | Media Type: Video |
| | Original Type: Original |
| | Surveillance Start: 08/21/2015 |
| | Surveillance End: 08/21/2015 |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

EXHIBIT 2    US v. Jany Leveille et al 24245

Title: █████████████████████
Re: ███████████, 08/25/2015

◆◆

2

EXHIBIT 2     US v. Jany Leveille et al 24246