## CV and BIO OF STEVEN R. WATT (Randy)

**CURRICULUM VITAE**
Steven R. Watt

Morgan, Utah  84050
801-940-6152
randy@srwsplops.com

**PERSONAL INFORMATION**
Date of Birth:
Place of Birth:                           Canada
Citizenship:    USA
Sex:            Male

**CURRENT OCCUPATION**
Occupation:      Consultant/President/Owner
Company:         SRW Special Operations Strategic and Tactical Training and Services, Incorporated (SRW, INC.)
Address:
                 Morgan, UT  84050
                 801-876-3867
Incorporated:    2008

**FORMER OCCUPATIONS**
Occupation:        Chief of Police
Company:           Ogden Police Department
Address:           2186 Lincoln Ave.
                   Ogden, UT 84401
                   801-629-8227
Hire Date:         12/31/16
Retirement Date:   01/15/21

Occupation:        Colonel, Infantry and Special Forces Branches
Employer:          Utah Army National Guard
Address:           PO Box 1776
                   Draper, UT  84020-1776
Enlistment Date:   11/30/81
Retirement Date:   09/30/15

Occupation:        Assistant Chief of Police
Employer:          Ogden City Police Department
Address:           2186 Lincoln Avenue
                   Ogden, Utah, 84401
                   801-629-8208
Hire Date:         08/27/79

Retirement Date:      10/15/11

EDUCATION
Degree:               Master of Strategic Studies
University/College:   U.S. Army War College, Resident, (USAWC)
Location:             Carlisle, PA
Graduated:            2010

Degree:               Master of Business Administration
Location:             Ogden, UT
University/College:   University of Phoenix
Year:                 1990

Degree:               Bachelor of Police Science
Location:             Ogden, UT
University/College:   Weber State College
Year:                 1980

Degree:               Associate of Law Enforcement
University College:   Lethbridge Community College
Location:             Lethbridge, AB, Canada
Year:                 1978

POLICE EDUCATION
| | | |
|---|---|---|
| 12/12/1997 | FBI National Academy | Quantico, VA |
| 04/12/1990 | Budgeting for Police Administration | Utah P.O.S.T., Salt Lake City, UT |
| 12/15/89 | Mid-Management Course | Utah P.O.S.T., Salt Lake City, UT |
| 11/01/85 | First Line Supervisor | Utah P.O.S.T., Salt Lake City, UT |
| 11/04/83 | Instructor Development | Utah P.O.S.T., Salt Lake City, UT |

POLICE TRAINING AND CERTIFICATIONS
LEADERSHIP
| | |
|---|---|
| 03/13/08 | Planning/Response to Terrorism/WMD, Department of Homeland Security |
| 02/28/06 | Intro to ICS, Emergency Management Institute (FEMA) |
| 03/31/05 | National IMS, Emergency Management Institute (FEMA) |
| 12/02/03 | Risk Management, Utah Valley State College |
| 02/21/97 | Leadership Development, Countermeasures Tactical Institute |
| 03/14/95 | Conference on Workplace Violence, International Association of Chiefs of Police |
| 09/29/93 | Critical Incident Management, International Association of Chiefs of Police |
| 03/18/93 | ICS, Train-the-Trainer, Emergency Management Institute |

S.W.A.T.
| | |
|---|---|
| 08/13/11 | Simunitions Safety Certification Course, Scenario Instructor Course, Gunsite |
| 11/12/98 | Tactical Explosive Entry, Salt Lake County Sheriff's Office |
| 09/04/98 | Response to CBRNE Terrorism, International Association of Chiefs of Police |
| 03/07/97 | Less Lethal Weapons Instructor, International Association of Chiefs of Police |

| | |
|---|---|
| 06/02/95 | Tactical Leadership Development Course, Countermeasures Tactical Institute |
| 02/11/94 | Ultra S.W.A.T., International Association of Chiefs of Police |
| 09/17/93 | Aerosol Projector Instructor, Defense Technology Training Academy |
| 06/28/93 | L.E. Chemical Munitions, AAI Manufacturing Assembly Inc. |
| 04/01/93 | S.W.A.T. Supervisors Tactics and Management, International Association of Chiefs of Police |
| 05/04/90 | Special Operations Crisis Management, Mountain States Tactical Officer's Association |
| 05/26/89 | Tactical Hostage Rescue, Utah P.O.S.T. |
| 01/28/88 | Officer Survival, Utah Peace Officers Association |
| 02/06/84 | Tactical Police Methods, U.S. Indian Police Academy |

FIREARMS

| | |
|---|---|
| 04/11/21 | IWI, Tavor Carbine, Level 1 course, Paulden, AZ |
| 01/24/21 | Kinetic Pistol Combat Course, Handgun Combatives Institute, Peoria, AZ |
| 10/02/20 | Gunsite Rangemaster Certification, Gunsite |
| 08/23/20 | Rob Leatham Firearms Training Seminar, 3-days |
| 07/24/20 | LASD, 16-hr CAPOST, Red Dot Pistol Transition course, Ogden, UT |
| 08/16/16 | Gunsite Firearms Instructor Recertification, Gunsite |
| 08/02/11 | Gunsite Firearms Instructor Recertification, Gunsite |
| 03/10/06 | Advanced Combat Shotgun (460), Expert Rating, Gunsite Academy |
| 04/22/05 | Advanced Defensive Pistol (499), Expert Rating, Gunsite Academy |
| 08/20/04 | Basic Defensive Pistol (250), Expert Rating, Gunsite Academy |
| 04/26/01 | Tactical Rifle Carbine, AIS/PRISIM |
| 06/07/96 | Firearms Instructor Course and Certificate, Utah P.O.S.T. |
| 02/09/86 | Firearms Instructor Course, Countermeasures Tactical Institute |
| 04/07/94 | MP-5 Certification Course, International Association of Chiefs of Police |
| 10/21/92 | Handgun/Submachine Gun Course, Idaho Nuclear Engineering Laboratory |

INVESTIGATIONS

| | |
|---|---|
| 12/12/97 | Clinical Forensic Psychology, Federal Bureau of Investigation |
| 09/16/96 | Clandestine Drug Lab First Responder, Utah P.O.S.T. |
| 06/12/91 | Supervision of Drug Investigations, U.S. DOJ, DEA |
| 06/15/91 | Narcotics Investigations, Utah P.O.S.T., Utah Narcotics Officers Association |
| 12/14/90 | Criminal Case Analysis and Charting, Utah P.O.S.T.\ |
| 10/25/90 | Narcotics Unit Supervisors Course, W.H. Harris and Associates |
| 09/21/90 | Narcotics Investigator Basic Course, U.S. DOJ, DEA |
| 04/03/87 | Criminal Intelligence Processes, Las Vegas Metro Police Department |
| 03/27/87 | White Supremacist Organizations, Utah P.O.S.T. |
| 05/23/86 | Advanced Homicide Investigations, Utah P.O.S.T. |

ARREST CONTROL AND DEFENSIVE TACTICS

| | |
|---|---|
| 10/09/06 | Instinctive Retention and Disarming Course, Modern Warrior Institute |
| 08/09/06 | Tactical Ground Fighting Instructors Course, Modern Warrior Institute |
| 02/17/05 | Taser X26 Certification, Taser International |
| 06/28/94 | Arrest Control Instructor Certification, Utah P.O.S.T. |

| Date | Course/Certificate |
|---|---|
| 11/17/89 | Arrest Control Instructor Course, Utah P.O.S.T. |
| 11/17/89 | Arrest Control Instructor Certificate, Utah P.O.S.T. |
| 01/13/86 | Use of Force Instructor Development Certificate, Utah P.O.S.T. |
| 09/21/85 | Baton Instructor Course, Koga Institute |
| 06/07/85 | Defensive Tactics Instructor Course, Koga Institute |
| 01/18/84 | Arrest Control/Patrol Tactics/Crisis Intervention Instructor, Utah P.O.S.T. |

## POLICE AWARDS

| Date | Award |
|---|---|
| 01/15/21 | Superior Service Medal, Ogden Police Department |
| 11/20/20 | Outstanding Contribution to PSN Award, DOJ, the Honorable William Barr |
| 05/21/19 | Utah Police Chief of the Year, Large Agency, UCOPA |
| 09/16/00 | John A. Kolman Award of Excellence, National Tactical Officers Association |
| 11/20/00 | Medal of Valor, Ogden Police Department, for S.W.A.T. Operations |
| 07/24/94 | Medal of Merit, Ogden Police Department, for SWAT Operation |
| 05/03/93 | Northern Utah L.E. Officer of the Year, Utah Department of Corrections |
| 11/25/91 | Medal of Valor, Ogden Police Department, for S.W.A.T. Operation |
| 11/25/91 | Distinguished Service Award, Ogden Police Department |

Excellent Work Awards – 14
Internal Letters of Appreciation/Commendation - 22
External Letters of Appreciation/Commendation - 9

## MILITARY EDUCATION

| Date | Course |
|---|---|
| 06/12/10 | U.S. Army War College (USAWC), Carlisle, PA |
| 09/18/05 | Command and General Staff Officers Course (CGSC), Ft. Leavenworth, KS |
| 08/19/00 | Combined Arms Service and Support School (CAS3), Gowan Field, ID |
| 09/23/94 | Infantry Officer Advanced Course, Ft. Benning (IOAC), GA |
| 04/26/91 | Special Forces Officer Qualification Course (SFQC), Ft. Bragg, NC |
| 02/14/91 | Infantry Officer Basic Course, Ft. Benning (IOBC), GA |
| 08/26/89 | Officer Candidate School (OCS), Camp W.G. Williams, UT |
| 04/11/86 | Primary Leadership Development Course (PLDC), Camp W.G. Williams, UT |
| 09/17/84 | Special Forces Weapons Sergeant Qualification Course (SFQC), Ft. Bragg, NC |

## MILITARY TRAINING AND CERTIFICATIONS

| Date | Training/Certification |
|---|---|
| 04/30/10 | Combatives, Level II |
| 12/15/09 | Combatives, Level I |
| 05/13/06 | Combat Lifesaver Course, Camp W.G. Williams, UT |
| 05/05/06 | Instructor, Special Forces Basic Combat Course – Support, Camp W.G. Williams, UT |
| 07/15/05 | Instructor, Special Forces Advanced Urban Combat Course, Camp W.G. Williams, UT |
| 09/08/95 | Military Free Fall Parachutist Course, Yuma Proving Grounds, AZ |
| 11/07/93 | Fast Rope and Rappelling Master Course, Tulsa, OK |
| 03/20/92 | Jumpmaster Course, Ft. Benning, GA |
| 06/01/82 | Basic Airborne Course, Ft. Benning, GA |
| 05/12/82 | Chemical Operations Specialist Course, Ft. McClellan, AL |
| 03/14/82 | U.S. Army Basic Training, Ft. McClellan, AL |

MILITARY COMBAT SERVICE
12/05/01 – 12/04/02   Operation Enduring Freedom, Afghanistan
07/15/06 – 06/27/07   Operation Iraqi Freedom, Iraq
06/24/10 – 06/14/11   Operation Iraqi Freedom/Operation New Dawn, Iraq

MILITARY AWARDS
Bronze Star w/V Device, Bronze Star Medal (3), Meritorious Service Medal (3), Army Commendation Medal (7), Army Achievement Medal (4), Army Reserve Component Achievement Medal (3), National Defense Service Medal w/Bronze Star, Iraq Campaign Medal w/3 Stars, Afghanistan Campaign Medal w/2 Stars, Global War on Terrorism Expeditionary Medal, Global War on Terrorism Service Medal, Armed Forces Reserve Medal w/M and Hourglass Devices (3), NCO Professional Development Ribbon, Army Service Ribbon, Army Overseas Service Ribbon (3), Army Reserve Component Overseas Training Ribbon (4), Utah National Guard Recruiting Ribbon, Utah National Guard Commendation Ribbon, Utah National Guard Service Ribbon, Utah National Guard Basic Training Ribbon, Combat Infantryman's Badge, Joint Meritorious Unit Award, Military Free Fall Parachutist Badge, Master Parachutist Badge, Senior Parachutist Badge, Parachutist Badge, Canadian Parachutist Badge, Australian SAS Parachutist Badge, Royal Thailand Air Force HALO Badge, Royal Thailand Special Forces Parachutist Badge, Royal Thailand Marine Parachutist Badge, Outstanding Graduate – Officer Candidate School, SGM Mize Award/Academic Honor Graduate/Outstanding Leadership Award – Primary Leadership Development Course (PLDC), Honor Graduate (AIT), Honor Graduate (Basic Training)

ADDITIONAL PERSONAL CERTIFICATIONS
06/12/14   Concealed Firearm Instructor Certification, Utah Department of Public Safety
07/21/11   Concealed Firearm Instructor Certification, Utah Department of Public Safety
02/25/08   Concealed Firearm Instructor Certification, Utah Department of Public Safety
06/26/87   Rescue Diver, Professional Association of Diving Instructors (PADI)
06/21/87   Night Diver, Professional Association of Diving Instructors (PADI)
06/15/87   Search and Recovery Diver, Professional Association of Diving Instructors (PADI)
10/04/82   International Open Water Diver, Professional Association of Diving Instructors (PADI)
12/21/81   Black Belt, Wun Hop Kuen Do, Kajukenbo Association

BOARDS OF DIRECTORS, ADVISORY POSITIONS
4/2/22 – Present         Member, Executive Board, Crossroads of the West Council, BSA
3/20/18 – 11/01/20       Member, Executive Board, Trapper Trails Council, BSA
6/20/17 – 12/31/20       Member, Advisory Board, Utah Chapter AUSA
1/20/17 – 01/15/21       Member, Board of Directors, Cottages of Hope
1/20/17 – 01/15/21       Member, Board of Directors, Juvenile Justice Center
8/21/13 – 12/31/21       Chairman of the Board of Directors, Hand In Hand Outdoors, LLC
1997 – 2010              NTOA Tactical Command Section Chair
2003 – 2009              Salvation Army Advisory Board
2003 – 2009              National Center for Shaken Baby Syndrome
1999 – 2003              Swanson Family Foundation

      1999 – 2001        Co-Chair, Tactical Response Sub-Committee, Utah Olympics Committee

PROFESSIONAL AFFILIATIONS AND MEMBERSHIPS (CURRENT AND PAST)
POLICE
FBI National Academy Associates; Technical Support Working Group (TSWG), Office of Combating Terrorism, Office of Secretary of Defense (OSD); International Association of Chiefs of Police (IACP); National Tactical Officers Association (NTOA); International Law Enforcement Educators and Trainers Association (ILEETA); Illinois Tactical Officers Association (ITOA); California Tactical Officers Association (CATO); Texas Tactical Police Officers Association (TTPOA); Mountain States Tactical Officer Association (MSTOA); Utah SWAT Association

MILITARY
Special Forces Association (SFA); American Legion; Veterans of Foreign Wars (VFW); Special Operations Warrior Foundation

ADJUNCT FACULTY POSITIONS (CURRENT AND PAST)

| | |
|---|---|
| International Academy of Public Safety: | Commissioner |
| United States Army War College: | Eisenhower Program member |
| International Association of Chiefs of Police: | SWAT, Firearms, Leadership, Terrorism, Workplace Violence |
| National Tactical Officers Association: | SWAT, Firearms, Leadership, Terrorism |
| Weber State University: | Criminal Justice/Law Enforcement |
| Utah P.O.S.T.: | SWAT, Firearms, Arrest Control, Patrol Tactics |

COPYRIGHTS AND TRADEMARKS
Corporate Campaign Model, SRW, Inc.
One Warrior's Creed Logo
One Warrior's Creed
Ogden/Metro SWAT Logo
Ogden/Metro SWAT Standing Operating Procedures (SOP)

PUBLISHED WORKS
"Identifying and Combatting Organizational Leadership Toxicity," The Journal of California Law Enforcement, Volume 49, No. 2, 2015, co-authored.
"On Leadership", Quarterly Column, Tactical Edge Magazine, NTOA, 32 issues, (2006-present)
"Can the U.S. Defeat Al Qaeda?", USAWC Strategy Research Project, 2010
NTOA SWAT Standards, Committee Chairman and contributor, 2009

BIO

Steven R. Watt (Randy) is the President of SRW, Inc., (www.srwinc.us, www.warriorcreed.us), a training and consulting business he started in 2008.  SRW, Inc. provides Leadership, Business Development, Safety/Security, and Special Operations training and services to select client organizations.  Current clients are Kord, LLC (Australia), ShotDot, LLC (Australia), Akirix, LLC, SIMX Ammunition, Accushape Armor, Inc., and Ogden City Corporation.  Past clients of SRW, Inc. include the Swanson Tactical Training Center, Presidio Group, Northern Wasatch Association of Realtors, OSS Suppressors, Accushape Armor LLC, Morgan and Weber School Districts, Zions Bank, numerous U.S. military and law enforcement agencies, and other local and national organizations. Randy holds a Master of Strategic Studies Degree from the U.S. Army War College, a MBA from the University of Phoenix, a Bachelor of Police Science Degree from Weber State University, and is a graduate of Session 191 of the F.B.I. National Academy.

Randy retired as Chief of Police of the Ogden, Utah, Police Department on January 15th, 2021, after serving for 4 years as Chief.  Randy had initially retired from the Ogden Police Department in October of 2011, while serving as an Assistant Chief of Police, after having completed thirty-two years of service in a multitude of assignments and at all levels of supervision and leadership. In January of 2017, Randy was asked by City Officials to return as Chief.  Chief Watt is a recipient of various medals and commendations, including the department's Medal of Valor (twice awarded).  A long-time member of the Ogden/Metro S.W.A.T. Team, Chief Watt has extensive experience in tactical operations, ranging from high-risk warrant service to hostage rescues.

Chief Watt is a nationally recognized expert in the field of law enforcement special operations and counter-terrorism.  He has been involved with projects supporting the Department of Homeland Security (DHS) and the National Institute of Justice (NIJ).  He is an expert witness on Law Enforcement use of force and counter-terrorism.  He is a regular contributor and speaker on Active Shooter Response for a variety of clients.  He is a lead instructor for the National Tactical Officers Association (N.T.O.A.) in a variety of S.W.A.T. Leadership and Terrorism courses, and is a regular presenter at the N.T.O.A. Conference, as well as at various state S.W.A.T. Association conferences and training events.  He is the past author of the "On Leadership" column for the N.T.O.A's Tactical Edge magazine.  Prior to the 2002 Winter Olympics in Salt Lake City, Utah, then-Lieutenant Watt, was co-chair of the Tactical Response Sub-Committee and spent three years studying terrorism, writing the tactical response plan for protection of the Olympic Games, and conducting security assessments for Olympic venues.  Chief Watt has taught hostage rescue tactics and techniques to foreign military and police units and is a consultant to myriad local, state and federal tactical units.  He is a Commissioner for the International Academy of Public Safety and is an instructor at Gunsite Academy in Paulden, AZ.

Chief Watt has extensive military experience and retired in September, 2015, as a Colonel in the Utah Army National Guard.  His last assignment was to the Joint Forces HQ, UTNG.  From

June, 2011, to December, 2013, he was the Commander of the 19th Special Forces Group (Airborne), commanding 2200 Special Forces soldiers located across 9 states.  A Special Forces and Infantry branched officer with thirty-four years of active duty and reserve Special Forces experience, he is a graduate of numerous Special Operations courses and schools.  Randy is a Master Parachutist and Military Free-Fall Parachutist.  Leadership schools include the Infantry Officer's Basic and Advanced Courses, Special Forces Qualification Course (Enlisted and Officer) Combined Arms Service and Support School, Command and General Staff Officer's Course, and the resident U.S. Army War College.  COL Watt commanded at all levels of Special Forces units, ODA, Company, Battalion and Group.

Colonel Watt's combat service includes year-long tours of Afghanistan, 2001-2002, Iraq, 2006-2007, and Iraq again in 2010 through 2011.  All assignments were leadership and key staff positions of special operations units.  As a result of his service, he received the Bronze Star Medal with "V" device, three Bronze Star Medals for meritorious service, the Combat Infantryman's Badge, the G.W.O.T. Expeditionary and Service Medals, the Afghanistan Campaign Medal with two stars, the Iraq Campaign Medal with three stars, and the Joint Meritorious Unit Award.  He was featured in the March, 2003, ABC television special Profiles From the Front Lines, and the August, 2003, issue of Men's Health magazine.  He is the author of "One Warrior's Creed," written during the closing days of his 06-07 Iraq tour.

Colonel Watt is an expert in Terrorism for the U.S. Department of Justice, Office of Military Tribunals, providing expert testimony for court purposes as well as for investigation of terrorist tactics, techniques and procedures (TTPs).  He has testified at trials and hearings in Guantanamo Bay, Cuba, on behalf of the United States Government.

**Use of Force Expert Experience:**

Steven R. (Randy) Watt, hereinafter referred to as "I,"

I have been retained by Snow, Christensen & Martineau, specifically, Ms. Heather White, in Jensen v. Bountiful City, et al.

I was retained by the Salt Lake County District Attorney's Office as an expert to review an OIS in which Delorean Pikyavit was shot and killed by Sgt. Joshua Allred, Salt Lake PD SWAT, during a SWAT standoff. I was originally retained on 1/14/21 and I reviewed numerous documents, videos, and photos, and I visited the scene of the shooting. I rendered a verbal opinion only, at the request of the DA's Office, that the shooting was justified, reasonable, and in accordance with law and Salt Lake PD policies. I have since been re-retained for the purpose of writing an opinion. My opinion was presented to a Grand Jury on 5/6/22, no indictment of Sgt. Allred.

I am currently retained by the U.S. Attorney's Office, Albuquerque, N.M., in the murder and terrorism case of the United States vs. Jany Leveille, Siraj Ibn Wahhaj, Hujrah Wahhaj, Subhanah Wahhaj, and Lucas Morton, as the government's expert on terrorism. I have provided an opinion on this case.

I am currently retained by Robert M. Stein, Associate Attorney for the firm of Rennert, Vogel, Mandler, and Rodriguez, P.A., of Miami, Florida, as the plaintiff's expert on Active Shooter Response and School Security in preparation for litigation due to the death and injury of numerous students in a school shooting event. I have provided an opinion in this case.

I am currently retained by the Washington State Office of the Attorney General, serving as the defendant's expert in the use of force, in the case of Patrick Nelson & Colette Rapp v. Department of Corrections, et. al. The case is currently in motions.

I was retained by the U.S. Attorney's Office, Albuquerque, N.M., in the Capital Homicide case of the United States v. Kirby Cleveland as the government's expert on "use of force" and "officer survival tactics.". I provided an opinion and have been prepared for testimony in this case. Kirby Cleveland pled guilty to Criminal Homicide and related charges in 2021.

I was retained by the U.S. Attorney's Office, Albuquerque, N.M., in the Homicide case of the United States vs. Brandon Charley, as an expert in the use of firearms for the U.S. Attorney's Office. I have provided an opinion on this case and have testified in court. My expertise was stipulated to by the defense. Brandon Charley pled guilty in 2021.

I was retained by the Garcia Group, PLLC, of Detroit, MI, serving as the defendant's expert in the case of The Estate of Aiyana Stanley-Jones v. Officer Joseph Weekley, et al., of the Detroit Police Department. I was deposed by Plaintiff in this case, case was scheduled for trial in the City of Detroit, but was placed on hold when the Plaintiff's Attorney withdrew from the case. The case has since been settled.

I was retained by the Salt Lake Legal Defenders Office as a Use of Force, Firearms, advisor for defense counsel in the case preparation for the murder trial of Joseph Eugene Robinson. I provided pre-trial expert advice for Attorney Charity Shreeve on how certain firearms function.

I was retained by the City of Vancouver, Washington, in the case of Franks v. City of Vancouver, WA, serving as the defendant's Use of Force expert, and reviewed documents. The case was dismissed by the court on September 13th, 2016, as plaintiffs appeared to have abandoned the suit.

I was retained by the City of Vancouver, Washington, in the case of Andison v. City of Vancouver, WA. I reviewed documents, and prepared and submitted a report to defense counsel. I was scheduled for deposition in Vancouver, but the case was ordered settled by the insurance provider for the City of Vancouver.

I was retained and served as the defendant's SWAT and tactical expert in the case of *Brough v. Safariland, et al., St. Clair County Circuit Court Case No. 07-L-0358.* Attorney Keith Phoenix of Sandberg, Phoenix and Von Gontard, P.C., St. Louis, MO, was the lead attorney. I provided document review, analysis, and assessment, and was deposed by the plaintiff. The case was ultimately settled in August of 2011.

In 1988, I testified as a Use of Force expert in a civil case in the Salt Lake City District Court. I no longer have the details of that case. In that case, a private security guard had used a set of nunchakus to defend himself against an assault by a drunken trespasser, resulting in injury to the trespasser and giving rise to the suit.

I have testified in numerous cases during my police career, spanning everything from misdemeanor crimes to homicides. I have also provided an opinion to the prosecuting and/or reviewing attorneys in use of force cases and internal affairs investigations.

I am considered an expert in terrorism and have provided responses to the U.S. Military Commissions and U.S. Department of Justice in terrorism cases. I have given depositions in and testified in the case of U.S. v. Khadr, Guantanamo Bay Detention Center and Court, Guantanamo Bay, Cuba.