IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                     CR 18-2945 WJ

SUBHANAH WAHHAJ,

    Defendant.

**ORDER**

THIS MATTER IS BEFORE THE COURT on Defendant's *Joint Motion to Compel the Government to Produce Rule 16 and Brady-Giglio Discovery and Discovery Governed by CIPA,* filed March 31, 2023 [Doc. 702]. The parties have agreed to partially resolve the Motion insofar as Defendants' request for an *in camera* and *ex parte* conference with the Court. *See* Motion at 11-12, 22-23. All other issues outlined in the Motion remain in dispute and will be resolved by the Court after briefing is complete, and, if necessary, a hearing is conducted.

**IT IS THEREFORE ORDERED** that following the submission of the government's Section 4 application, in order to assist the Court in making its § 4 determination(s), counsel for Defendants shall be permitted an *in camera* and *ex parte* opportunity, at a conference with the Court, to make a presentation to the Court as to the reasons why categories of potentially classified evidence may be relevant, material, and/or helpful to the defense in this case, and to answer questions from the Court in a contemporaneous fashion.

**IT IS SO ORDERED.**

_____
HONORABLE WILLIAM P. JOHNSON
United States District Court Judge

Submitted by:

/s/ *Ryan J. Villa*
RYAN J. VILLA
Counsel for Ms. Subhanah Wahhaj

Approved by:

/s/ *Tavo Hall*
TAVO HALL
Assistant United States Attorney