UPDATED 01/01/2023

CHITRA RAGHAVAN, Ph.D.
Department of Psychology
John Jay College of Criminal Justice            Office: 10:63:10 NB
524 West 59ᵗʰ Street                             Please contact via email
New York, N.Y. 10019                             ███████████████████

**EMPLOYMENT**

**2002-Current**      **John Jay College of Criminal Justice,**
                      **City University of New York**.
                      Professor (tenured in January 2007),
                      Director, Forensic Mental Health Counseling Program (Fall 2020-
                      current)

                      Program Director, BA/MA Program (appointed Spring 2007-2016)
                      Deputy Director, Forensic Mental Health Counseling Program
                      (Fall 2015-Summer 2020)
                      Doctoral Faculty, Program in Criminal Justice
                      Doctoral Faculty, Program in Forensic Psychology

**2001-2002**         **Research Associate**
                      National Center on Addiction and Substance Abuse at Columbia
                      University.

**1998-1999**         **Post-doctoral Fellow**
                      Yale University School of Medicine, Department of Psychiatry.

**CLINICAL LICENSURE**

**2005**              License number 016466

**EDUCATION**

**Ph.D. 1998**        **University of Illinois at Urbana-Champaign**
                      Major: Clinical and Community Psychology.
                      Minor: Quantitative methods and Personality/Social Ecology.

**MA 1995**           **University of Illinois at Urbana-Champaign**

000024

UPDATED 01/01/2023

|  | Major: Clinical and Community Psychology. |
|---|---|
| **A.B. 1992** | **Smith College, Magna cum Laude**<br>Major: Psychology and French Language and Literature. |
| **1990-1991** | **Université Paris (V).**<br>Participated in the Smith Junior Year Abroad program |
| **Statistics** | Conversant with advanced statistical techniques including discriminate function analyses, structural equation modeling, factor analysis and cluster analysis. |
| **Languages** | Tamil, English, Malay, French, Basic Portuguese. |

## RECENT HONORS AND AWARDS

| **July 2013** | Baruch-Rubin Summer Faculty Fellow |
|---|---|
| **July 2014** | Baruch-Rubin Faculty Fellow |

**RESEARCH AND CLINICAL EXPERTISE**
**PEER REVIEWED BOOKS AND BOOK CHAPTERS**

Multicultural issues in assessment and treatment of coercive control tactics, partner violence, sexual assault and sex trafficking and the traumatic outcomes including PTSD, dissociative disorders, and trauma bonding.  Forensic evaluations and court-qualified expert witness for above areas in civil, criminal, family, and parole settings.

Case law: https://law.justia.com/cases/new-york/other-courts/2018/2018-ny-slip-op-28161.html

## KEYNOTE ADDRESS, TRAININGS, AND CLINICAL-RELATED PROFESSIONAL SERVICES

| **Oct 13 2022** | Using Coercive Control To Challenge Disbelieve: Telling it Like It Really Happened Key note speaker at International Coercive Control Conference, 2022. |
|---|---|
| **Oct 13 2022** | Coercive Control: Nuts and Bolts. Invited Panelist at Coercive Control, Lethality and Femicide Panel at Aligning the Law With Today's Concepts of Domestic Violence, Justice for Survivors of |

000025

RAGHAVAN 3

UPDATED 01/01/2023

|  | Intimate Partner Violence, Family Law Conference. Presentation made to over 600 lawyers in New York State. |
|---|---|
| **Sep 29 2022** | Predatory Helpfulness to Trauma Bonding: Pimp Strategies to Entrap Women. Training given to HTIC judges during New York State Unified Court System's 2022 Human Trafficking Intervention Court (HTIC) Conference. |
| **June 3 2022** | Panel member at Enlightened Family Court Representation, New York State Bar Education. Presented to over 200 lawyers in New York State. |
| **November 11 2021** | DVSJA and Coercive Control: Making Invisible Visible. Training given at Understanding the DVSJA. Organized by Family Violence Task Force, NYS Unified Court System, Office of Court Administration—Office of Policy and Planning. Training presented to 100+ New York State judges and court personnel. |
| **October 22 2021** | Coercive Control & Domestic Violence: What Is It?  How Do You Prove It? Panelist, New York State Bar Association, Committee on Families and the Law, Family Law Section |
| **October 8 2020** | Keynote Speaker on Coercive Control and Trauma-Coerced Attachment in Domestic Violence: The Science and Significance for Litigation", in the Domestic Violence Keynote Series, Office of Court Administration, New York. Training for NYS Supreme Court judges and legal personnel. |
| **January 17 2020** | Invited panelist on "*Expert Evidence*" at Innovations in Prosecution Human Trafficking in New York State, NY, NY. |
| **October 24 2019** | Keynote Speaker "*The Mind Body Connection: Attachment Perspectives on Human Trafficking*" at the Sixth See the Girl" Summit, Delores Barr Weaver Policy Center, Jacksonville, Florida. |
| **February 8 2019** | Invited Panelist on "*Expert Witness Considerations in Custody and Visitation Matters Involving Domestic Violence Survivors Domestic Violence 2019*: Skills and Key Considerations in Custody and Visitation Cases, Public Law Institute (PLI) |
| **January 22 2019** | Invited speaker on "*The Mind Body Connection: Medical and Psychological Perspective on Human Trafficking*," NYC Administration for Children Services, Office of Child Trafficking, Prevention, and Policy (OCTPP). |

000026

RAGHAVAN 4

UPDATED 01/01/2023

| | |
|---|---|
| **September 13 2018** | Key note speech on "*Science of Trauma: Integrating Mind and Body,* at Not On my Watch: Combatting Human Trafficking and Domestic Violence, Fifth Annual Conference, Brooklyn, NY. |
| **November 11 2018** | Invited Panelist at A Roadmap for the Future: Key Strategies for Child Sex Trafficking Prevention and Intervention, convened by the Manhattan District Attorney's Office and the Administration for Children's Services, NY, NY. |
| **April 26 2018** | Training on "Science of Trauma and PTSD" in Incarcerated Gender Violence Survivors Initiative, Meeting of Parole Board Committee |
| **January 11 2016** | Training on "*Understanding Coercive Control and Pathways to Sex Trafficked Survivors*" for Human Trafficking Intervention Court Judicial Training by Office of Court Administration, Albany, NY. |
| **October 9 2015** | Training on "*Increasing Identification of Survivors of Trafficking: Assessing Coercive Control and Trauma-Coerced Bonding*" for RESTORE, NY, NY. |
| **May 5 2015** | Training on *"Coercive Control and Traumatic Bonding in Sex Trafficking Contexts"* for *NYC Queens Family Justice Center and Human Trafficking Intervention Court, Queens.* |
| **February 6 2015** | Panelist on "*Collaboration and Conflict: Litigating Felony Sex Trafficking*" for Public Law Institute (PLI) |
| **October 8 2014** | Training on "*Coercive control and trauma bonding in sex trafficking contexts*" for the Manhattan District Attorney's Office, Special Victim's Unit. |
| **October 9 2014** | Training on "*Coercive control and implications for parenting and post-separation abuse*" for the Appellate Division, Third Judicial Department and the office of Court Administration, Attorney Child Contracts, Albany |
| **October 24 2013** | Training on "*Coercive control and traumatic bonding in sex trafficking contexts*" at the first Human Trafficking Intervention Court Training in New York State, New York State Unified Court System, Office of Court Administration, to judges and court personnel, Brooklyn, NY. |

000027

RAGHAVAN 5

UPDATED 01/01/2023

**2011-2012**      Consultant, Vera Institute of Justice

**2008**      Appointed to a national network of experts to serve on the Rapid
Response Project, a new collaborative project between the
Minnesota Center Against Violence and Abuse (MINCAVA) and
the Office on Violence Against Women (OVW).

**2007-2008**      Organizing Co-Chair of Femicide Conference in partnership with
Urban Resource Institute: Understanding and Preventing the
Murder of Women in Intimate Relationships (Nov 7, 2008).

**2003-2006**      NYPD (New York Police Department), Psychology Trainer.
Jointly ran innovative training programs with police tactical
trainers on how to negotiate using safe non-violent procedures with
violent and mentally disturbed individuals. Conducted basic
trainings for new recruits, and advanced training for Hostage
Negotiation Unit, and Emergency Services Unit of the NYPD.

## CLASSES TAUGHT

BA: Psychological Analysis of Criminal Behavior, Global Portraits of Domestic
Violence, Gender, Community, and Violence, Multicultural Issues in Forensic
Psychology, Culture, Psychopathology, and Healing, Psychology of Gender
MA: Trauma and Dissociation, Psychology of the Victim, Family Violence and
Disputes, Advanced Research Methods, Clinical Interviewing
PhD: Cognitive and Affective Aspects of Behavior, Diversity, Psychopathology

Study Abroad**:** Created and led program to Rabat, Morocco (Gender, Islam, and
Feminism) in 2008 and Bali, Indonesia, (Culture, Healing, and Psychopathology), 2010.
Ongoing.

**INTERNATIONAL WORK**

**June 2010**      Chair of International Biennial John Jay Conference: Societies in
Transition: Balancing Security, Social Justice, and Tradition.
Marrakesh, Morocco.

**Jan-February 2009**   Visiting Professor at the Psychiatric Institute, Hospital As Clinicas,
Sao Paulo, Brazil.

000028

UPDATED 01/01/2023

**2007-2010**          External PhD Examiner Avinashilingam University, Coimbatore, India.

# STUDENTS SUPERVISED

20+ completed MA theses and 3 completed doctoral thesis, 5 ongoing MA theses, 3 ongoing doctoral student supervision, doctoral thesis committee member of 9 students, over 50 non-thesis students supervised at BA and MA levels.

# CREATIVE WORK

Forensic Consultant on *Evil* Pilot and First and Second Seasons, CBS series. (February, 2019-current).

**Raghavan, C** and Foudy, M. S., (Producers), and Foudy, M. S. (Director). (2014 release date). *Children of Zina*. HD/DV Documentary Production, New York City. Women Make Movies Fiscal Sponsorship Program. NYSCA (New York State Council for the Arts)

*Student first author; **student authors

# PEER REVIEWED BOOKS AND BOOK CHAPTERS

Doychak, K., & **Raghavan, C**. (2021). Queering forensic psychology: What intimate partner violence and sex trafficking can tell us about inclusivity. In *Queer Psychology* (pp. 291-310). Springer, Cham.

Kerns, J. G., Karcher, N., **Raghavan, C**., & Berenbaum, H. (2014). Anomalous experiences, peculiarity, and psychopathology.

**Raghavan** C. & Cohen, S.J. (Eds.) (2013). *Domestic Violence: Methodologies in Dialogue*. Northeastern Series on Gender, Crime, and Law, Northeastern University Press.

*Markus, K., Loveland, J., Ha, D. & **Raghavan, C**. Publication Trends in Intimate Partner Violence: Bridging the Division in Qualitative and Quantitative Methods. In C. Raghavan and S. Cohen (Eds.). (2013). *Domestic Violence: Methodologies in in Dialogue*. Northeastern Series on Gender, Crime, and Law, Northeastern University Press.

000029

UPDATED 01/01/2023

**Raghavan, C**. & Levine, J. (Eds.). (2012). *Self-Determination and Women's Rights in the Muslim World*. HBI Series on Gender, Culture Religion, and Law. Boston: Brandeis University Press.

Berenbaum, H., Kerns, J., & **Raghavan, C**. (2000). Anomalous experiences, peculiarities, and psychopathology. In J. Cardena, Lynn, & S. Krippner (Eds.), *The varieties of anomalous experience,* (pp.25-46). Washington, D.C.: American Psychological Association.

Berenbaum, H., **Raghavan, C.**, Le, H.N., Vernon, L., & Gomez, J. (1999). Disturbances in emotion. In D. Kahneman, E. Diener, & N. Schwarz (Eds.), *Well-being: The foundation of hedonic psychology* (pp.267-287).  New York: Russell Sage.

## REPORTS & MONOGRAPHS

**Raghavan, C.** & Pipitone, J.M. (2014). *Engaging Students with the Arts through the Teaching of Psychology in Bali: A Teaching Guide and Evaluation Codebook.* Prepared for the Baruch-Rubin Museum of Art Project Faculty Incentive Program for Integrating Arts Across the Curriculum. New York, NY: Baruch College School of Public Affairs (ahead21.org).

## PEER REVIEW ARTICLES

*Unger, L. D., Doychak, K., **Raghavan, C.** (2021). Isolation and support dynamics among women in a pimp-based commercial sex ring. *Journal of Human Trafficking.* DOI: 10.1080/23322705.2021.1918966

*Pomerantz, J., Cohen, S.J., Doychak, K., **Raghavan, C**. (2021). Linguistic Indicators of Coercive Control: in Sex Trafficking Narratives. *Violence and Gender.* DOI: 10.1089/vio.2020.0105

*Pipitone, J.M., & **Raghavan, C.** (2020): *Art as a cultural tool: deconstructing exotified notions of Balinese society during an American study abroad programme*, Pedagogy, Culture & Society.  https://doi.org/10.1080/14681366.2020.1844788

*Legg, A., & **Raghavan, C.** (2020). *Not Safe for All: A Mixed Methods Study of Violence in Men in Commercial Sex.* Psychology of Sexual Orientation and Gender Diversity. Advance Online Publication. https://doi.apa.org/doi/10.1037/sgd0000374

*Hagan, E., **Raghavan**, C., & Doychak, K. (2019). Functional Isolation: Understanding isolation in trafficking survivors. *Sexual Abuse*.

000030

UPDATED 01/01/2023

DOI: 10.1177/1079063219889059

*Mitchell, J., & **Raghavan**, C. (2019). *The impact of coercive control on use of specific sexual coercion tactics*. Violence Against Women. 1077801219884127.

**Raghavan, C.,** Beck, C. J. A., Menke, J. M., & Loveland J. E. (2019). Coercive controlling behaviors in intimate partner violence in male same-sex relationships: A mixed methods study. *Journal of Gay and Lesbian Social Services*. DOI: 10.1080/10538720.2019.1616643

*Doychak, K & **Raghavan**, C. (2018). "No voice or cote:" trauma-coerced attachment in victims of sex trafficking. *Journal of Human Trafficking*, DOI: https://doi.org/10.1080/23322705.2018.1518625

*Barbaro, L. & **Raghavan**, C. (2018). Patterns in coercive controlling behaviors among men mandated for batterer treatment: Denial, minimization, and consistency of tactics across relationships. *Partner Abuse*, 9(3), 270-290.

*Kaplenko, H., Loveland, J. E**.,** & **Raghavan**, C. (2018). Relationships among shame, restrictiveness, authoritativeness, and coercive control in men mandated to batterer treatment. *Violence and Victims, 33(2), 296-309*.

*Kavanagh, A. M., Loveland, J. E., & **Raghavan**, C. (2017). Male rape in men who have sex with men: Help-seeking and social support responses. *Criminal Justice and Law Enforcement Annual: Global Perspectives, 7*(2), 75-103.

*Pipitone, J. M. & **Raghavan**, C. (2017). Socio-spatial analysis of study abroad student experiences in/of place in Morocco. *Journal of Experiential Education.* 1053825917709823.

*Loveland, J. E., & **Raghavan**, C. (2017). Coercive control, physical violence, and masculinity. *Violence and Gender, 4*(1), 1-6.

*Viñas-Racionero, R., **Raghavan, C**., Soria-Verde, M. Á., & Prat-Santaolaria, R. (2017). The association between stalking and violence in a sample of Spanish partner violence cases. *International journal of offender therapy and comparative criminology*, 61(5), 561-581.

***Raghavan, C**., Cohen, S., & Tamborra, T. (2015). Development and preliminary validation of the multidimensional sexual coercion questionnaire (MSCQ). *Journal of Sexual Aggression*, *21*(3), 271-289.

***Raghavan, C**., & Doychak, K. (2015). Trauma-coerced Bonding and Victims of Sex

000031

UPDATED 01/01/2023

Trafficking: Where do we go from here? *International Journal of Emergency Mental Health and Human Resilience*, 17(2), 583-587.

*Loveland, J.E., & **Raghavan, C**. (2014). Near-lethal violence in a sample of high-risk men in same-sex relationships. *Psychology of Sexual Orientation and Gender Diversity*, 1, 51-62.

*Johnson, M., **Raghavan, C**., Citron, K., Kavanagh, A-M., and Massey, C. (2014). Interrogation Expectations: Individual and race/ethnic group variation among an adult sample. *Journal of Ethnicity in Criminal Justice, 1-14*

*Dejanova, T. E., & **Raghavan**, C. (2013). Report from the field: evaluating an alternative to incarceration program for "highly probable trafficking victims". *Dialectical Anthropology*, 1-8.

*Jones, C.A. & **Raghavan, C**. (2012). Sexual Orientation, Social Support Networks and Dating Violence in an Ethnically Diverse Group of College Students. *Journal of Gay and Lesbian Social Services*, *24*, 1-22.

Beck, C.J.A., & **Raghavan, C**. (2010). Intimate partner violence screening in custody mediation: The importance of assessing coercive control. *Family Court Review, 48,* 555-565.

Jahn, C. & Raghavan, C. (2020). Partnergewalt neu denken. Eine Einführung in Coercive Control. Trauma & Gewalt, 14 (4), 000 – 000. DOI 10.21706/tg-14-4-00000.

Tanha, M., Beck, C.J.A., & Figueredo, A.J., & **Raghavan, C** (2010). Coercive control as motivational factor for intimate partner violence. *Journal of Interpersonal Violence, 25,* 1836-1854.

**Raghavan, C.**, Rajah, V., & Gentile, K., Collado, L., & Kavanagh, A-M. (2009). Community Violence, social support networks, ethnic group differences, and male perpetration of intimate partner violence. *Journal of Interpersonal Violence,* 24, 1615-1632.

Kingston, S., & **Raghavan, C.** (2009). The relationship of sexual abuse, early initiation of substance use, and adolescent trauma to PTSD. *Journal of Traumatic Stress, 22, 65-68.*

*Allen, C.T., Swan, S.C., **Raghavan, C**. (2009). Gender symmetry, sexism and intimate partner violence. *Journal of Interpersonal Violence, 24,* 1816-1834.

**Raghavan, C.,** & Mennerich, A.  (2007). Networks, neighborhoods, and depression: Negative interactions by social support members as mediators of neighborhood

000032

UPDATED 01/01/2023

characteristics and depressive symptoms in a sample of recovering substance abusing women. *Journal of Social Distress and the Homeless, 16,* 67-87.

**Gentile, K., **Raghavan, C.**, Rajah, V., & Gates, K. (2007). It doesn't happen here: An assessment of eating disorders in ethnically diverse urban sample of male and female college students. *International Journal of Eating Disorders, 15,* 405-425

**Raghavan, C.**, & Berenbaum, H. (2006). A study of values as cross-cultural competencies: A potential source of self-esteem? *Psicologia: Teoria e Practica, 8,* 51-68.

**Raghavan, C.**, Mennerich, A., Sexton, E., & James, S. (2006). Community violence and it's direct, indirect, and mediating effects on intimate partner violence. *Violence Against Women, 12,* 1-18.

**Raghavan, C.**, & Kingston, S. (2006). PTSD in substance abusing women: The role of early drinking and exposure to violence. *Journal of Traumatic Stress, 19, 269-278*.

**Raghavan, C.**, Swan, S., Snow. D., & Mazure, C. (2005). The mediational role of relationship efficacy and resource utilization in the link between physical and psychological abuse and relationship termination. *Violence Against Women, 11, 65-88.*

James, S. E., Johnson, J., **Raghavan, C.**, & Woolis, D. (2004). "I couldn't go anywhere": social networks, violence and drug abuse. *Violence Against Women, 10, 991-1014.*

Berenbaum, H., **Raghavan, C.**, Le, H.N., Vernon, L., & Gomez, J. (2003). A taxonomy of emotional disturbances. *Clinical Psychology: Science and Practice, 10,* 206-226.

Snow, D. L., Swan, S. C., **Raghavan, C.**, Connell, C., & Klein, I. (2003). The effects of work stressors, coping, and social support on psychological symptoms among female secretarial employees. *Work and Stress, 17,* 241-263.

James, S. E., Johnson, J., **Raghavan, C.**, Lemos, T., Smith, M., &  Woolis, D. (2003). The violent matrix: a study of structural, interpersonal and intra-personal violence among a sample of poor women. *American Journal of Community Psychology,* 129-141.

Le, H.N., Berenbaum, H., & **Raghavan, C.** (2002). Culture and alexythymia: Mean levels, correlates, and the role of parental socialization of emotions. *Emotion, 2,* 341-360.

000033

UPDATED 01/01/2023

**Raghavan, C.** ,Le H.N., & Berenbaum, H. (2002).  Predicting depression and hostility using the diathesis-stress model of sociotropy and autonomy in a contextualized stress setting. *Cognitive Therapy and Research, 26*, 231-244.

Mazure, C., **Raghavan, C.**, Maciewiejewski, P., Jacobs, S.C., & Bruce, M.L. (2001). Cognitive personality characteristics as unipolar predictors of major depression. *Cognitive Therapy and Research, 25*, 215-225.

## ENCYCLOPEDIA ARTICLES, BOOK REVIEWS, AND NON-PEER REVIEW ARTICLES

*Loveland, J. E., & **Raghavan, C.** (2017). Intimate partner violence in same-sex couples. In  K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender*. Thousand Oaks, CA: SAGE Publications Ltd. doi: 10.4135/9781483384269.n329

*Pipitone, J. M. & **Raghavan, C.** (2017). Amok. In  A.  Wenzel  (Ed.), *The Sage Encyclopedia of Abnormal and Clinical Psychology* (Vol. 7, p. 161). Thousand Oaks, CA: SAGE Publications Ltd. doi: 10.4135/9781483365817.n64

*Sriken, J., & **Raghavan**, C. (2012). Domestic Violence.  In D. Jones-Brown & B.D. Frazier (Eds.), African Americans and the Criminal Justice System: An Encyclopedia. Greenwood Press.

**Raghavan, C.** (2010). Review of the book *Listening to Battered Women. A Survivor-Centered Approach to Advocacy, Mental Health, and Justice* by L. A. Goodman and D. Epstein. Journal of Trauma and Dissociation, 11, 124-126.

*Tuller, A., & **Raghavan**, C. (2010). Dating Violence. In B. Fisher & S. Lab (Eds.), *Encyclopedia of victimology and crime prevention.* Thousand Oaks, CA: Sage.

*Reardon, L., & **Raghavan**, C. (2009). Cyberstalking. In Wilson, J.  (Ed.), *Praeger Handbook of Victomology*. (pp. 67-69). Santa Barbara, CA: Praeger.

*Ranjan, S., & **Raghavan,** C. (2010). *The Economic Recession and Intimate Partner Violence.* The Journal of Employee Assistance, 40.

## MANUSCRIPTS

Juraschek, E., & **Raghavan, C.**  (2022) How sexual coercion manifests in abusive relationships. Submitted to Violence Against Women.

000034

RAGHAVAN 12

UPDATED 01/01/2023

Doychak and **Raghavan, C**. (2022). Trauma-Coerced Attachment: Developing DSM-5's "Other Specified Dissociative Disorder". Submitted to Journal: European Journal of Trauma & Dissociation

Basra, I.K., Kenney, T., Forrest-Bank, S., Zottarelli, L.K., & **Raghavan, C**. (2022). Predatory helpfulness: An empirical framework to identify fraudulent tactics used by pimps to recruit and commercially sexually exploit young girls and women. Submitted to Journal of Human Trafficking.

## SELECTED INVITED TALKS

**Raghavan, C** (2019, September)**.** Invited Panelist on "*Survivors and Mental Health"*, at Not On My Watch: Dare to Care, Sixth Annual Conference, NY, NY.

**Raghavan, C.** (2016, May). *Understanding Trauma-Coerced Attachment: Collaborating with Mental Health Professionals When Representing Victims of Intimate Partner Violence*, The Twentieth Annual Fordham Forum on Domestic Violence, NY. NY.

**Raghavan, C.** (2015, February)**.** *Coercive control, gender, and sexual orientation: Furthering our understanding of intimate partner violence across differing context.* Psychology Department Colloquuim Series, University of Vermont, Burlington, VT.

**Raghavan, C.** (2014, March). *Surviving Revictimization: Challenging Social and Institutional Responses to Gender Violence.* Panelist at the 18th Annual Fordham Forum on Domestic Violence, NY, NY.

**Raghavan, C.** (2012, March). *Trauma in the Courtroom*. Talk presented at *the Role of Mental Health Professionals in the Court,* The 16th Annual Fordham Forum on Domestic Violence, NY, NY.

**Raghavan, C.** (2011, March). *The conceptualization of non-violent sexual coercion tactics in young dating couples*. Paper presented at the Vera Institute of Justice, New York, New York.

**Raghavan, C**. (2010, April). *Violence and coercive control in male same sex relationships*. Paper presented at Dickinson College, Carlisle, PA.

**Raghavan, C**. (2008, December,). *Cognitive behavior therapy, gender and violence: A comparison of Indian and US contexts*. Paper presented at the Avinashilingam Women's University.

**Raghavan, C.** (2007, October). *The changing definition of date rape*. Invited panelist on grey rape sponsored by Cosmopolitan and John Jay College of Criminal Justice.

000035

UPDATED 01/01/2023

**Raghavan, C**.  (2007, October). *The role of community violence and peer affiliation in understanding partner violence*. Invited speaker at the Colloquium Series at the University of Arizona, Tucson.

**Raghavan, C**.  (2007,October). *Structural risk factors for perpetration of intimate partner violence*. Invited speaker at the Research to Practice Series, New York City Alliance Against Sexual Assault.

**Raghavan, C.**, Gentile, K., Collado, L., & Rajah, V. (2007, May) *How relationships between young men impact on violence.* Invited Speaker at Moving Our Systems Forward. The Role of Human Service Providers in Ending Violence Against Women, sponsored by John Jay College, Safe Horizon, New York State Office for the Prevention of Domestic Violence, A Call to Men. New York, NY.

**Raghavan, C.** (2005).  *Responding to engaging men*. Invited Panelist at Ending Violence Against Women: A Call to Men: Safe Horizon and John Jay College of Criminal Justice, New York City, New York.

**Raghavan, C.** (2003).  *Domestic violence prevention & treatment*. Invited speaker at the Rotary Club International, Kuala Lumpur, Malaysia.

**Raghavan, C.** (2002). *Family violence research, prevention & treatment.*  Invited talk given at the Graduate Lecture Series, John Jay College of Criminal Justice – The City University of New York.


**POSTERS AND PRESENTATIONS (LAST TEN YEARS)**

Legg, A., Raghavan, C., & Morales, S. (2019, November). Not safe for all: Violence against men in commercial sex. Paper presented at the annual meeting of the American Society of Criminology Conference, San Francisco, CA.

Doychak, K., & **Raghavan, C.** (2018, November). No voice or vote: Coercive control and trauma-coerced attachment in sex-trafficking victims. In J. Pomerantz (Chair), *Coercive Control: Different Contexts, Different Measures, Different Issues.*  Symposium conducted at the 74th Annual Meeting of the American Society of Criminology, Atlanta, GA.

Juraschek, E., & **Raghavan, C.** (2018, November). How sexual coercion manifests in abusive relationships. In E. Juraschek (Chair), *What is Still Unseen in Violent Relationships: Sexual Coercion, Impression Management, and Cultural Definitions.* Symposium conducted at the 74th Annual Meeting of the American Society of Criminology, Atlanta, GA.

000036

UPDATED 01/01/2023

Legg, A., **Raghavan, C.**, & Doychak, K. (2018, November). *Client perpetrated violence against male sex workers*. Poster session presented at the 74th Annual Meeting of the American Society of Criminology, Atlanta, GA.

Pomerantz, J., **Raghavan, C**., Doychak, K., & Mitchell, E. (2018, November). Power imbalances within a sex trafficking dynamic: A linguistic analysis of compliance. In J. Pomerantz (Chair), *Coercive Control: Different Contexts, Different Measures, Different Issues.* Symposium conducted at the 74th Annual Meeting of the American Society of Criminology, Atlanta, GA..

**Raghavan, C**., & Doychak, K. (2018, November). Broadening our understanding of coercive control as a marker of abusive power imbalances. In J. Pomerantz (Chair), *Coercive  Control: Different Contexts, Different Measures, Different Issues.* Symposium conducted at the 74th Annual Meeting of the American Society of Criminology, Atlanta, GA.

Reissman, B., Doychak, K., Crossman, A., & **Raghavan, C.** (2018, November). "I'm the greatest:" Pride, impression management, and denial of coercive control and physical abuse by perpetrators of intimate partner violence. In E. Juraschek (Chair), *What is Still Unseen in Violent Relationships: Sexual Coercion, Impression Management, and Cultural Definitions*. Symposium  conducted at the 74[t h] Annual Meeting of the American Society of Criminology, Atlanta, GA..

Unger, L. D., Doychak, K., Juraschek, E. F., Pomerantz, J., & **Raghavan, C**. (2018, November). Characteristics of isolation and social support among victims of sex trafficking. In L. D. Unger (Chair), *Victimization of Women and Persons of Color*. Session conducted at the 74th Annual Meeting of the American Society of Criminology, Atlanta, GA.

Sriken, J. & **Raghavan, C**. (2018). Prevalence and correlates of intimate partner violence among at-risk men who have sex with men. Poster to be presented at the 74th Annual Meeting of the American Society of Criminology, Atlanta, GA.

Doychak, K. & **Raghavan, C**. (2018, March). Intermittent reward and punishment: Emotional exploitation in a sex-trafficking context. In K. Doychak (Chair), *Coercive Control: Tactics and Responses in a Sex-Trafficking Context.* Symposium conducted at the meeting of the Eastern Psychological Association, Philadelphia, PA.

Mitchell, J.E., Juraschek, E., & **Raghavan, C.** (2018, march). *The Impact of Coercive Control on Use of Specific Sexual Coercion Tactics.* Poster presented at the Eastern Psychological Association Conference. Philadelphia, PA.

Pomerantz, J., Cohen, S., & **Raghavan, C**. (2018, March). Elaboration as Compliance

000037

UPDATED 01/01/2023

Tactic: A Linguistic Analysis within Sex Trafficking. In K. Doychak (Chair), *Coercive Control: Tactics and Responses in a Sex-Trafficking Context*. Symposium conducted at the meeting of the Eastern Psychological Association, Philadelphia, PA.

Unger, L. D., Doychak, K., Pomerantz, J., & **Raghavan, C.** (2018, March). Coercive control by proxy in victims of sex trafficking. In K. Doychak (Chair), *Coercive Control: Tactics and Responses in a Sex-Trafficking Context*. Symposium conducted at the Annual Meeting of the Eastern Psychological Association, Philadelphia, PA.

*Mahan, E., Doychak, K., & **Raghavan, C**. (2017, March). *Shrinking Social Space: Understanding Isolation in Trafficking Survivors*. Poster presented at the annual meeting of Eastern Psychological Association, Boston, MA.

*Pomerantz, J., Cohen, S.J., & **Raghavan, C**. (2017, March). *Compliance in the Absence of Proximal Intimidation within Abusive Interpersonal Dynamics.* Poster presented at the annual meeting of Eastern Psychological Association, Boston, MA.

*Pipitone, J.M. & **Raghavan, C**. (2015, September). *Physical Environments of Study Abroad: Student Experiences of Self and Place in Morocco and Indonesia.* **Individual paper** presented on the "Influence of Place and Space on Young People's Mobilities in Urban and Rural Contexts" **Panel Session** at the Royal Geographic Society (RGS) with the Institute of British Geographers (IBG), Exeter, United Kingdom.

*Pipitone, J.M. & **Raghavan, C**. (2015, September). *Integrating the Physical and Psychological: Adolescent Experiences of a Therapeutic Wilderness.* **Individual paper** presented on the "Children and Nature in the Anthropocene: Impacts of children, families, and young people connecting with nature " **Panel Session** at the Royal Geographic Society (RGS) with the Institute of British Geographers (IBG), Exeter, United Kingdom.

*Pipitone, J.M. & **Raghavan, C**. (2015, March). *International Learning Environments: Student Experiences and Experiential Pedagogies in Morocco and Bali.* **Individual paper** presented at the annual meeting of the Eastern Psychological Association, Philadelphia, PA.

**\*Raghavan, C.,** Loveland, J. E., & Tuller, A. (2014, November). Use of sexual coercion as a control tactic by abusive men. Presentation at the American Society of Criminology's Annual Meeting, San Francisco, CA.

000038

UPDATED 01/01/2023

*Crossman, A., **Raghavan, C.**, & Loveland, J. E. (2014, March). Shame, self-deception, and the batterer. Poster presentation at the Eastern Psychological Association Meeting, Boston, MA.

*Kaplenko, H., Loveland, J. E**.**, & **Raghavan, C**. (2014, November). Relationships among shame, restrictiveness, authoritativeness, and coercive control in a sample of men mandated to batterer treatment. Poster Presentation at the American Society of Criminology's Annual Meeting, San Francisco, CA.

*Loveland, J. E., & **Raghavan, C.** (2014, March). The disjuncture between sexual labels and sexual behavior. Poster presentation at the Eastern Psychological Association Meeting, Boston, MA.

*Pipitone, J.M. & **Raghavan, C**. (2014, April). *Assessing Student Engagement with the Arts through the Teaching of Psychology in Bali.* **Individual paper** presented at The Arts & Higher Education: Building Creative Partnerships and Assessing Program Impacts Conference, Baruch College, New York, NY.

*Loveland, J.E., & **Raghavan, C**. (2013, March). *Near Lethal Violence Among Men in Same Sex Relationships.* Poster presentation at the Eastern Psychological Association Meeting, New York, New York.

*Loveland, J.E**.**, & **Raghavan, C**. (2013, March). *Near Lethal Violence Among Women in Same Sex Relationships.* Poster presentation at the American Psychology-Law Society Conference, Portland, Oregon.

*Barbaro, L. M. & **Raghavan, C**. (2012, November). *Resistance to violence*: *Differences between heterosexual, gay and lesbian victims if intimate partner violence*. Paper presented at 68th Annual Meeting of the American Society of Criminology, Chicago, IL.

*Barbaro, L. M. & **Raghavan, C.** (2012, October). *Types of resistance: The effect on fight resolution among LGBT intimate partners*. Paper presented at 12th Annual Diversity Challenge, Boston, MA.

*Loveland, J. E., & **Raghavan, C**. (2012, November). *Staying with the Perpetrator: Differences between Heterosexual and Same Sex Victims*. Paper presentation at the American Society of Criminology's Annual Meeting, Chicago, Illinois.

*Loveland, J. E**.**, & **Raghavan, C**. (2012, August). *The complex relationship between women's sexual identity and sexual preference*. Poster presentation at the American Psychological Association Conference, Orlando, Florida.

000039

UPDATED 01/01/2023

**\*Raghavan, C**, Beck, C, Anderson, E.R., & Brewster, K.O. (2011, November). *How are violence tactics gendered? Examination of partner violence behaviors in male same sex relationships*. Paper presented at the annual meeting of the American Society of Criminology, Washington, D.C.

\*Viñas-Racionero, R., **Raghavan, C**., Soria-Verde M. A., & Prat-Santaolària, R. (2011, August). *Severity of Intimate Partner Violence Behaviors in Spain: What is the role of stalking?*. Paper presented at the 119th American Psychological Association (APA) Annual Convention, Washington, D.C.

**\*Raghavan, C**., Cohen, S., & Tamborra, T. (2011, June). *A New Model of Sexual Coercion: Theory and Measure Development*. Paper presented at the meeting of the Society of Community Research and Action, APA Division 45, Chicago, IL. (Portions of this talk were presented at the 6th National Congress of Legal and Forensic Psychology, Palma de Mallorca, Spain and at Vera Institute of Justice, New York, New York).

**\*Raghavan, C**., Cohen, S., & Tamborra, T. (2011, April). *A New Model of Sexual Coercion: Theory and Measure Development.* Paper presented at the 6th National Congress of Legal and Forensic Psychology, Palma de Mallorca, Spain.

\*Viñas-Racionero, R., Soria-Verde M. A., **Raghavan, C.,** & Prat-Santaolària, R. (2011, April). *El incremento del riesgo de las dinámicas de acoso con finalidad romática o vengadora: Pefiles de agresión domestica [The increasing risk of romantic and revenge stalking dynamics: A domestic aggression profile].* Paper presented in the VI Congreso de Psicología Jurídica y Forense, Palma de Mallorca, Spain.

\*Soria-Verde M. A., Viñas-Racionero, R., **Raghavan, C**., & Prat-Santaolària, R. (2011, July). *Investigación Prelimiar de los perfiles de las tentativas de homicidio domestico [Preliminary investigation of profiles of domestic homicide attempts*]. Paper presented in the Congreso internacional sobre: manipulación psicológica, grupos sectarios, socioadicciones y sus daños, Barcelona, Spain.

\*Viñas-Racionero, R., Soria-Verde M. A., Prat-Santaolària, R., & **Raghavan, C**. (2011, March). *Domestic stalking violence in Spain: Could certain types of stalking behaviors be related with aggressions?* Paper presented at the IV International Congress on Psychology and Law, Miami, FL.

**\*Raghavan, C**, Tamborra, T, & Cohen, S. (2010, November). *Development of a new gender sensitive sexual coercion scale*. Paper presented at the annual meeting of the American Society of Criminology, San Francisco, CA.

\*Decker, M., Tuller, A., **Raghavan, C**. (2010, November). *Resistance to sexual assault: A comparison of male, female & transgender survivors*. Poster presented at the annual meeting of the American Society of Criminology, San Francisco, CA.

000040

UPDATED 01/01/2023

*Duro, A.S., Sriken, J. & **Raghavan, C**. (2010, November). *Client Violence during Male Sex Work:  Hidden and Unknown Violence among Men Who Have Sex with Men*. Poster presented at the 62nd Annual Meeting of the American Society of Criminology, San Francisco, CA.

*Decker, M. & **Raghavan, C**. (2010, November). *Media's creation of the ineffective bystander*. Paper presented at the 2010 Annual Meeting of the American Society of Criminology, San Francisco, CA.

*Sriken, J. & **Raghavan, C.** (2010, November). *"Wanna get dirrty": The internalization of sexual and racial objectification*.  Paper presented at the 2010 Annual Meeting of the American Society of Criminology, San Francisco, CA.

*Simons, K. & **Raghavan, C**. (2010, November). *Make her say aah: The evolution of television media and its impact on society's objectification of Black women.* Paper  presented at the 2010 Annual Meeting of the American Society of Criminology, San Francisco, CA.

**Raghavan, C**., and Beck, C. (2010, March). *What About Coercive Control in Same Sex Relationships*? Paper presented at the annual meeting of American Psychological-Law Society conference in Vancouver, Canada.

**Raghavan, C**., and Beck, C.  (2010, June). *Coercive Control in Abusive Relationships.* Paper presented at the Ninth Biennial International Conference, John Jay College of Criminal Justice, Marrakesh, Morocco

**Raghavan, C**., and Ranjan, S. (2009, November). *Development of a Community Response to Partner Violence Scale*. Poster presented at the annual meeting of the American Society of Criminology, Philadelphia, PA.

*Sriken, J., **Tuller, A.,** & Raghavan, C. (2009, November*). Risk of intimate partner homicide among marginalized men who have sex with men.* Poster presented at the annual meeting of the American Society of Criminology, Philadelphia, PA.

***Tuller, A.,** & Raghavan, C. (2009, November). *Coercive control in same sex relationships*. Paper presented at the annual meeting of the American Society of Criminology, Philadelphia, PA.

**Raghavan, C**. (2008, March). Chair: *Is cyberstalking stalking?  Legal, theoretical, and measurement issues*. Panel presented at the American Psychological-Law Society conference in Jacksonville, F.L.

000041

UPDATED 01/01/2023

*Jones, C., Reardon, L., & **Raghavan, C**. (2008, March). *The Development of the Cyber Stalking Scale (CSTS)*. Paper presented at the American Psychological-Law Society conference in Jacksonville, F.L.

*Tuller, A., Jones, C., & **Raghavan, C**. (2008, March). *Is cyberstalking part of intimate partner violence?* Paper presented at the American Psychological-Law Society conference in Jacksonville, F.L.

*Davis, S. M., & **Raghavan, C**. (2008, March). *Stalking and jealousy: Does the relationship hold across gender and culture?* Paper presented at the American Psychological-Law Society conference in Jacksonville, F.L.

*Ha, D., Williams, J. F., **Raghavan, C**., Tuller, A., & Schraft, C. (2008, March). *Does the CTS really measure the worst conflict? Evidence from college students suggests not*. Poster presented at the American Psychological-Law Society conference in in Jacksonville, F.L.

*Jones, C., Tuller, A., & **Raghavan, C**. (2008, March). *Intimate partner violence and social support peer networks in gay, lesbian, and straight students*. Poster presented at the American Psychological-Law Society conference in Jacksonville, F.L.

*Tuller, A., & **Raghavan, C.** (2008, November). *Shame, Anger, and Violence Among Men Who Have Sex with Men.* Paper presented at the annual meeting of the American Society of Criminology, St. Louis, MO.

**Raghavan, C**. (2007, November). Chair: *Conceptualizing intimate partner violence in a gender and culture-sensitive framework*. Panel presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*DeSimone, L. J., Davis, S. M., & **Raghavan, C**. (2007, November). *Why did we fight and what made it so bad: Narratives of intimate partner conflict*. Paper presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Davis, S. M., DeSimone, L. J., & **Raghavan, C**. (2007, November). *The role of jealousy in intimate partner violence: Gender and ethnic group differences*. Paper presented at the meeting of the American Society of Criminology, Atlanta, G.A.

**Raghavan, C**., Kavanagh, A. M., Rajah, V., Gentile, K., & Collado, L. (2007, November). *Community violence, violence in the social support networks, and male perpetration of intimate partner violence*. Paper presented at the meeting of the American Society of Criminology, Atlanta, G.A.

Johnson, M., **Raghavan, C.**, Citron, K., & Kavanagh, A. M. (2007, November). *Examining 'Expectations of police compliance with Miranda protections': Ethnic*

000042

UPDATED 01/01/2023

group differences. Paper presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Kassen, M., & **Raghavan, C.** (2007, November). *Exposure to urban violence and contributory factors to posttraumatic stress in a diverse college sample*. Paper presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Davis, S. M., Jones, C., & **Raghavan, C**. (2007, November). *Peer validation of partner violence*. Poster presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*DeSimone, L. J., Attoh, A., & **Raghavan, C**. (2007, November). *Abusive childhood experiences: differentiating anger in adulthood*. Poster presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Hey, A. L., Kassen, M., & **Raghavan, C**. (2007, November). *Methodological or real differences among intimate partner femicide research: a qualitative meta-analysis*. Poster presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Jenkins, J., Sergenian, S., & **Raghavan, C**. (2007, November). *Dating violence and school performance among college students*. Poster presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Jones, C., Reardon, L. M., & **Raghavan, C**. (2007, November). *Does social support mediate or moderate the relationship between community violence and intimate partner violence?* Poster presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Kavanagh, A. M. J., & **Raghavan, C**. (2007, November). *Personality traits of males who perpetrate sexual coercion and/or physical abuse in dating relationships*. Poster presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Reardon, L. M., Davis, S. M., & **Raghavan, C**. (2007, November). *Relationship monitoring or stalking?* Poster presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Tuller, A., Schraft, C. V., & **Raghavan, C**. (2007, November). *The role of shame, isolation and hostility within intimate partner violence.* Poster presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Williams, J. F., Ha, D., Davis, S. M., & **Raghavan, C**. (2007, November). *Emotions felt after a worst conflict among intimate partners: Initial validation of the ATWC*

000043

UPDATED 01/01/2023

*scale*. Poster presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Davis, S. M., DeSimone, L., & **Raghavan, C**. (2007, May). *Jealousy and intimate partner violence in a culturally diverse college population*. Poster presented at the Association for Psychological Science Convention, Washington, DC.

*DeSimone, L., Kamath, G., & **Raghavan, C**. (2007, May). *Intimate partner violence in a diverse college population: A preliminary test of intersectionality*. Poster presented at the Association for Psychological Science Convention, Washington, DC.

**Raghavan, C**. (2007). Chair, *Victimization; Psychology & Law*. 3rd Annual Forensic Psychology Graduate Research Conference, John Jay College of Criminal Justice, NY, NY.

*DeSimone. L, & **Raghavan, C**. (2007, May). *A test of intersectionality: Intimate partner violence in a culturally diverse lesbian, gay, and heterosexual college population*. Poster presented at the John Jay Graduate Forensic Psychology Research Conference, New York, NY.

*Reardon, L., Jones, C., & **Raghavan, C**. (2007, May). *Community violence and intimate partner violence in an ethnically diverse population: The role of social support*. Poster presented at the John Jay Graduate Forensic Psychology Research Conference, New York, NY.

*Tuller, A., Schraft, C., & **Raghavan, C**. (2007, May). *Emotional consequences of intimate partner conflict: An exploratory investigation of gender differences*. Poster presented at the John Jay Graduate Forensic Psychology Research Conference, New York, NY.

*Williams, J., Ha, D., Davis, S. M., & **Raghavan, C**. (2007, May). *Exploring the factor structure and determining the reliability of the After the Worst Conflict Scale*. Poster presented at the John Jay Graduate Forensic Psychology Research Conference, New York, NY.

*Davis, S. M., DeSimone, L., & **Raghavan, C**. (2007, March). *Ethnic and gender group differences in intimate partner jealousy in a diverse college population*. Paper presented at the Mid-Hudson Undergraduate Psychology Research Conference, New Paltz, NY.

**Raghavan, C**. (2006, Nov). Session Chair: *Gender, sex, and violence*. Panel presented at the meeting of the American Society of Criminology, Los Angeles, CA.

000044

UPDATED 01/01/2023

**Raghavan, C**. (2006, Nov). *A Feminist-community model of intimate partner violence*. In C. Raghavan (Chair), Gender, sex, and violence. Paper presented at the meeting of the American Society of Criminology, Los Angeles, CA.

**Raghavan, C**.,  Collado, L., &  Desimone, L. (2006, November). *Gender differences in dating scripts and IPV*. Poster presented at the meeting of the American Society of Criminology, Los Angeles, CA.

*Collado, L. & **Raghavan, C**. (2006, November). *The effects of acculturation on intimate partner violence among Hispanics and Non-Hispanic immigrants*. Poster presented at the meeting  of the American Society of Criminology, Los Angeles, CA.

*McHenry, S. P., Gates, K., & **Raghavan, C** (2006, November). *Sexual coercion and sexual confusion*. Paper presented at the meeting of the American Society of Criminology, Los Angeles, CA.

*Jenkins, J, & **Raghavan, C**. (2006, November). *The association of social development/Age on juvenile fear of crime levels In New York City Public Schools*. Paper presented at the meeting of the American Society of Criminology, Los Angeles, CA.

*Yazykova, K., **Raghavan, C**., & O'Connor, M. (2006, November).  *Categories of stalking tactics and their associations with intimate partner violence*. Paper presented at the meeting of the American Society of Criminology, Los Angeles, CA.

*Yazykova, K., **Raghavan, C**., O'Connor, M., & Dernison, A. (2006, November). *Associations between stalking tactics, intimate partner violence, and underlying motivations*. Poster presented at the meeting of the American Society of Criminology, Los Angeles, CA.

*Gates, K., **Raghavan, C**., & Kavanagh, A-M. (2006, August). *Predictive factors for men who sexually coerce intimate partners*. Poster presented at the annual meeting of the American Psychology Association, New Orleans, LA.

**Raghavan, C**. ,& Cruz, G. (2006, May). *A test of two models of intimate partner violence*. Poster presented at the annual American Psychological Society Conference, New York, NY.

*Gates, K.,  McHenry, S., **Raghavan, C**., &  Kavanagh, A-M. (2006, May). *Sexual abuse in intimate relationships: Effect on female victims*. Poster presented at the annual meeting of the American Psychology Society, New York, NY.

000045

UPDATED 01/01/2023

\*Carter, A., R**aghavan, C**., & Kavanagh, A-M. (2006, May). *Is alcohol use a cause or a consequence of dating violence in an urban college sample?* Poster presented at the annual American Psychological Society Conference, New York, NY.

\*Kavanagh, A-M., **Raghavan, C**., & Gates, K. (2006, March). *Personality traits of men and women who perpetrate sexual coercion*. Poster presented at the annual American Psychological Society Conference, New York, NY.

\*Kavanagh, A-M., **Raghavan, C**., & Gates, K. (2006, March). *The relationship between gender and sexual coercion*. Poster presented at the American Psychological-Law Society conference in Florida, March, 2006.

\*Kavanagh, A-M., & **Raghavan, C**., (2006, March). *The influence of social support on intimate partner violence*. Poster presented at the American Psychological-Law Society conference in Florida, March, 2006.

Falkenbach, D., **Raghavan, C**., & Krishnan, S. (2006, March). *Consideration of psychopathic traits in perpetrators of domestic violence*. Poster presented at the annual meeting of the American Psychology-Law Society Conference, St. Petersburg, FL.

\*Ranjan, S., **Raghavan, C**., & O'Connor, M. (2005). *Stalking and intimate partner violence victimization in an urban sample of immigrant commuter college students*. Paper presented at the 14th World Congress of Criminology, Philadephia, PA.

**Raghavan, C**. (2005). Session Chair: *Dating violence in an ethnically diverse sample of college students: Correlates and consequences*. Panel conducted at the American Psychology-Law Society Conference, La Jolla, California.

**Raghavan, C**., Kavanagh, A-M., Gentile, K., Rajah, V., & Collado, L. (2005). *Description of dating violence and associated community risk factors in an urban college sample*. Paper presented at the American Psychology-Law Society Conference, La Jolla, California.

Gentile, K., **Raghavan, C**., Kavanagh, A-M., & Rajah, V. (2005). *It doesn't happen here: An assessment of eating disorders in ethnically diverse urban sample of male and female college students*. Paper presented at the American Psychology-Law Society Conference, La Jolla, California.

Rajah, V., **Raghavan, C**., & Gentile, K. (2005). *Gender differences in accounts for dating violence among a low income minority college sample*. Paper presented at the American Psychology-Law Society Biennial Conference, La Jolla, California.

\*Carter, A., **Raghavan, C**., Rajah, V., Gentile, K., & Kavanagh, A-M. (2005). *Alcohol use and dating violence in an urban college sample. A dual model of traumatic*

000046

UPDATED 01/01/2023

*response*. Paper presented at the American Psychology-Law Society Biennial Conference, La Jolla, California.

*Kavanagh, A-M., & Raghavan, C. (March, 2005). Male peer support and dating violence.  Poster presented at the American Psychological-Law Society conference in Arizona, March, 2005.

O'Connor, M., Galietta, M., & **Raghavan, C**. (2005). *Level of exposure to stalking in an urban college sample: implications for policy and services.* Paper presented at the American Psychology-Law Society Conference, La Jolla, California.

**Raghavan, C**. (March, 2004). Chair: *Issues in Domestic Violence*. Panel conducted at the American Psychology-Law Society Conference, Scottsdale, Arizona.

**Raghavan, C**., Mennerich, A., & James, S. (March, 2004). *Domestic violence in a neighborhood context: Links between neighborhood disorder, drug use, criminal activity, and community violence*. In Raghavan, C. (Chair), Issues in domestic violence. Panel conducted at the American Psychology-Law Society Conference, Scottsdale, Arizona.

**Raghavan, C**. (Feb, 2004).  Chair: *Collective and individual space: views from the abstract, transnational and local perspectives.* Panel conducted at the Third International Conference on Crime and Criminal Justice in the Caribbean, Kingston, Jamaica.

**Raghavan, C**. , Mennerich, A., & James, S. (Feb, 2004). *The influence of public life on private: A study of crime, drugs and domestic violence*. In C. Raghavan (Chair), Collective and individual space: Views from the abstract, transnational and local perspectives. Panel conducted at the Third International Conference on Crime and Criminal Justice in the Caribbean, Kingston, Jamaica.


**FUNDED RESEARCH PROJECTS AT JOHN JAY**

PSC-CUNY Research Grant, John Jay College of Criminal Justice (2018-2019)

PSC-CUNY Research Grant, John Jay College of Criminal Justice (2013-2014)

Research Assistant Fund, John Jay College of Criminal Justice (2009-2010)
Title: *An Investigation of Physical and Sexual Violence among Drug using Men who have Sex with Men*
PI: **C. Raghavan**
Amount: $1,000

Research Assistant Fund, John Jay College of Criminal Justice (2008-2009)

000047

UPDATED 01/01/2023

Title: *An Investigation of Severe and Near Lethal Violence among Gay Men*
PI: **C. Raghavan**
Amount: $1,000

PSC-CUNY Research Grant, City University of New York (2006-2007)
Title: *Gender symmetry, intimate partner violence, and post-traumatic stress disorder*.
PI: **C. Raghavan**
Amount: $5,940

Faculty Fellowship Publication Program, City University of New York (2006).
Title: *The differential risk hypothesis: a theory predicting minor and severe forms of intimate partner violence.*
PI: **C. Raghavan**
Amount: $3,800

PSC-CUNY Research Grant, City University of New York (2005-2006)
Title: *Why are rates of violence so much higher in this urban college sample?* An in-depth exploration of contributing community factors.
PI: **C. Raghavan**
Amount: $3,800

PSC-CUNY Research Grant, City University of New York (2004-2005)
Title: *Dating violence and academic performance in first year students at John Jay College Of Criminal Justice.*
PI: **C. Raghavan**
Amount: $4,900

Research Assistance Fund, Jay College of Criminal Justice (2004-2005)
Title: *An examination of drinking and violence using the calendar method.*
PI: **C. Raghavan**
Amount: $1000

Forensic Psychology Research Grant, John Jay College of Criminal Justice (2004-05)
Title: *An examination of dating violence in first year students at John Jay College Of Criminal Justice.*
PI: **C. Raghavan**
Co-PI: Katie Gentile and Valli Rajah
Amount: $6,660

PSC-CUNY Research Grant, City University of New York (2003-2004)
Title: *Exposure to community violence as a mediator of individual and neighborhood risk factors for domestic violence.*
PI: **C. Raghavan**
Amount: $4,920

000048

UPDATED 01/01/2023

## DOCTORAL DISSERTATION

Title: An investigation of cross-cultural differences and similarities between Asian Americans and European Americans based on a new multidimensional model of esteem.

**University of Illinois at Urbana Champaign, Department of Psychology**

Chair: Howard Berenbaum, Ph.D

## OTHER PROFESSIONAL SERVICES

University Service

Elected to University-Wide Personnel and Budget Committee (P & B) (2010-2011, 2011-2012).

Governance Committee of the MA in International Crime and Justice (2009-current)

Sexual Harassment Awareness Committee (2010-current).

President's Advisory Committee on International Programs (2008-current).

Appointed Director of BA/MA Program (2007-current).

Member of Committee on Graduate Studies (2007-current).

Elected to Department Personnel and Budget Committee (P & B) (2004, 2005, 2006, 2007-2008).

Organizing committee of the proposed M.A. in International Crime and Justice (2006-2009).

Appointed to Affirmative Action Committee (2006-2010).

Member of the Gender Studies Committee (2002-2010)

Ad Hoc Reviewer

Feminist Criminology (September, 2008, April 2010, May 2011, July 2013).

International Journal of Forensic Mental Health (June 2010, December, 2010).

Violence Against Women (March 2004, January 2008, November 2010, March 2011).

International Journal of Offender Therapy and Comparative Criminology (November 2010, March 2011).

Women Studies Quarterly (July, 2010).

Journal of Consulting and Clinical Psychology (August 2008, November, 2009).

Book Review for Journal of Trauma and Dissociation (March, 2009).

Book Review for Oxford University Press (August, 2007).

Violence and Victims (January, 2008).

Journal of Abnormal Psychology (1997).

Journal of Traumatic Stress, (Jan 1998, Apr 1998).

Cognitive Behavior and Therapy (June 2000).

Journal of Substance Abuse Treatment (July 2002)

000049

UPDATED 01/01/2023

## PROFESSIONAL AFFILIATIONS

New York Psychological Association
American Society of Criminology
American Psychological Association

## PAST HONORS AND AWARDS

| | |
|---|---|
| 1992-1993 | University of Illinois Fellowship |
| 1990 | Phi Beta Kappa |
| 1991 | Smith College, Magna cum laude |
| 1988-1992 | Smith College International Student Grant |
| 1988-1992 | Smith College Dean's List |
| 1988-1992 | Smith College First Group Scholar |

000050