

**Associate Professor/Department of Psychology**
**Associate Director / Center of Terrorism**
**524 W 59th St, Rm. 10.63.18**
**New York, NY 10019**
**Tel:** █████████
**Email:** ████████████████

## Education

Post-Doctorate Fellowship, Yale University School of Medicine, 2005-2007.
     Major: Clinical Psychology
     Area of Emphasis: Early diagnosis of psychotic spectrum syndromes

Fellowship, New York University Psychoanalytic Institute/ NYU medical Center, 2006.

Fellowship, Training Program Completion Certificate, Anna Freud Center (London) & Yale Child Study Center (CT), 2006. Psychoanalytic Research Training (PRT) Program

APA Clinical Psychology Internship, Health & Hospitals Corporation (HHC): Bellevue & Gouverneur Hospitals, 2005.

Ph D, Clinical Psychology, New York University, 2005.
     Dissertation Chair: Dr. Pat Shrout
     Dissertation Title: Assessment of Cognitive Bias, Psychopathology and Speech Temporal Patterns Using Computerized Text-Analysis of Personal Narratives

MA, Clinical Psychology, New York University, 2002.
     Dissertation Chair: Dr. Joan Welkowitz
     Dissertation Title: Linguistic Correlates of General Mental Distress: A text-analytical study

MSc, Neurobiology (Higher Brain Functioning), Weizmann Institute of Science, 1995.
     Dissertation Chair: Dr. Ehud Ahissar
     Dissertation Title: Cholinergic Modulation of Spontaneous Activity, Auto- and Cross- correlations and Cellular Conditioning in the Auditory Cortex of Anesthetized Guinea Pigs

BSc, Ben Gurion University, 1992.
     Major: Biophysical Chemistry (Magna Sum Laude)

## Professional Experience

2007-      **Associate Professor**, Psychology
            John Jay College of Criminal Justice, New York, NY
            (Tenured September 1, 2015)

2007-2012   **Assistant Clinical Professor**, Psychiatry
            Yale University Medical School, New Haven, CT

## Licensures and Certifications

Certification to Diagnose Prodromal Schizophrenia using the Structured Interview for Prodromal Syndromes (SIPS), PRIME Clinic, Yale Medical School (2006 - Present)

EMDR License, Eye Movement Desensitization and Reprocessing International Association (EMDRIA). (April 10, 2005 - Present).

REBT psychotherapist/ AEI Associate Fellow, Albert Ellis Institue (AEI). (May 2004 - Present).



## Professional Posts

Directorial Boards:
Associate Director, City University of New York Center on Terrorism at John Jay College

Editorial Boards:
Board Member, International Journal of Applied Psychoanalytic Studies, Wiley
Associate Editor, Journal of Psycholinguistics Research, Springer Verlag

## Publications

### Peer-reviewed Journal Articles

Cohen, S. J., Holt, T., Freilich, J. D. & Chermak, S. M. (2018). Invisible Empire of Hate: Gender Differences in the Ku Klux Klan's Online Justifications for Violence. *Violence and gender, 5(4), 209-225.*

Cohen, S. J., Kruglanski, A. W., Gelfand, M., Webber, D., Gunaratna, R. & Katz, R. (2018). Al-Qaeda's Propaganda Decoded: A Psycholinguistic System for Detecting Variations in Terrorism Ideology. *Terrorism and Political Violence*, 30(1): 142–171. DOI http://dx.doi.org/10.1080/09546553.2016.1165214

Cohen, S. J. (2016). Mapping the Minds of Suicide Bombers using Linguistic Methods: The Corpus of Palestinian Suicide Bombers Farewell Letters (CoPSBFL). *Studies in Conflict & Terrorism*, 39, 7-8, 749-780.

Cohen, S. J. (2015). Breakable and Unbreakable Silences: Implicit Dehumanization and Anti-Arab Prejudice in Israeli Soldiers' Narratives Concerning Palestinian Women. *International Journal of Applied Psychoanalytic Studies*, 12, 3, 245-277.

Raghavan, C., Cohen, S. J. & Tamborra, T. (2015). Development and Preliminary Validation of the Multidimensional Sexual Coercion Questionnaire (MSCQ). *Journal of Sexual Aggression*, 21, 3, 271-289.

Cohen, S. J. (2013). When Unconscious Wishes Become Laws: Policing Memory and Identity in Israel–Palestine. *International Journal of Applied Psychoanalytic Studies*, 10, 2, 152-173.

Cohen, S. J. (2012). Construction and Preliminary Validation of a Dictionary for Cognitive Rigidity: Linguistic Markers of Overconfidence and Overgeneralization and their Concomitant Psychological Distress. *Journal of Psycholinguistics Research*, 41, 347-370.

Cohen, S. J. (2011). Measurement of negativity bias in personal narratives using corpus-based emotion dictionaries. *Journal of Psycholinguistics Research,* 40, 2, 119-135.

Cohen, S. (2011). Prejudice and the Unexamined Life: A Neuro-Psychoanalytic Framework for the Repressed Conflict between Ethnic and National Identities among Arab-Jews in Israel. *International Journal of Applied Psychoanalytic Studies*, 8, 4, 325–340.

Cohen, S.J. (2009). Healers on the Fault Lines: Trauma as a Risky Opportunity for Growth, Mental Flexibility and the Inclination to Heal Others. *Journal of Applied Psychoanalytic Studies*, 6, 3, 211-224.

Cohen, S.J. (2009). Gender Differences in Speech Temporal Patterns Detected Using Lagged Co-occurrence Text- Analysis of Personal Narratives. *Journal of Psycholinguistics Research*, 38, 2, 111-127.

Saksa, J.R, Cohen, S.J, Srihari, V., Woods, S.W. (2009). Cognitive Behaviour Therapy for Early Psychosis: A Comprehensive Review of Individual vs. Group Treatment Studies. *International Journal of Group Psychotherapy,*59, 3, 357-383.

Woods, S. W., Saksa, J. R., Baker, C. B, Cohen, S. J., Tek, C. (2008). Effects of Levetiracetam vs. Placebolevetiracetam on Tardive Dyskinesia. tardive dyskinesia: a randomized, double-blind, placebo-controlled study. *Journal of Clinical Psychiatry*, 69, 4, 546-554.

Woods, S. W., Tully, E. M., Walsh, B. C., Hawkins, K. A., Callahan, J. L., Cohen, S. J., Mathalon, D. H., Miller, T. J., McGlashan, T. H. (2007). Aripiprazole in the Acute Treatment of Symptoms Possibly Prodromal for Schizophrenia: An Open-Label Pilot Study. *British Journal of Psychiatry*, 191, 51, s96-s101.

Cohen, S. (2004) Lagged co-occurrence analysis reveals gender differences of co-occurrence patterns in personal narratives. *University of Pennsylvania Working Papers in Linguistics*, 10, 1, 61-74.

Cohen, S. (2003). A computerized scale for monitoring levels of agreement during a conversation. *University of Pennsylvania Working Papers in Linguistics*, 8,1, 57-70.

Shulz, D., Cohen, S., Haidarliu, S., Ahissar, E. (1997) Differential effects of Acetylcholine in the Auditory Cortex of the Guinea Pig. *European Journal of Neuroscience*, 9, 396-409.

## Books and Book Chapters

Cohen S.J. (2017) Cognitive Rigidity, Overgeneralization and Fanaticism. In: Zeigler-Hill V., Shackelford T. (eds) *Encyclopedia of Personality and Individual Differences*. New York: Springer.

Cohen, S. J. (2012) Psychological Theories of Terrorism and Politically Motivated Violence. In Rieber, R. W. (Ed.) *Encyclopedia of the History of Psychological Theories*. (pp. 1058-1080). New York: Springer.

Raghavan, C. & Cohen, S. J. (2013) *Domestic Violence: Methodologies in Dialogue*. Edited with Commentaries by C. Raghavan and Shuki J. Cohen. Northeastern Series on Gender, Crime, and Law, Northeastern University Press.

Lancet, D., Ben-Arie, N., Cohen, S., Gat, U., Gross-Isseroff, R., Horn-Saban, S., Khen, M., Lehrach, H., Natochin, M., North, M., Seidemann, E. & Walker, N. (1993). Olfactory receptors: transduction, diversity, human psychophysics and genome analysis. in D. Chadwick, J. Marsh & J. Goode (Eds.) *The Molecular Basis of Smell and Taste Transduction* (pp. 131- 141). New York: John Wiley & Sons.

## Peer-reviewed Published Conference Proceedings

Myerson, M., Cohen, S., Park, J., Galatowitsch, P., Urbina, A., & Sharp, V. (2011). Prevalence of LDL Dyslipidemia, Assessment of Goal Attainment, and Variables Associated with Goal Attainment in HIV+ Patients in a Dedicated HIV Clinic. *Journal of Clinical Lipidology*. 3, 5, 213-214.

Cohen, S.J., D'Andrea, J.T., Miller, T.J., McGlashan, T.H., Woods, S.W. (2006). Empirical evaluation of the Criteria of Prodromal Syndromes (COPS) for Diagnosing Attenuated Positive Symptom State (APSS). *Schizophrenia Research*, 86(Suppl), s78-79.

Cohen, S. (2004) Lagged co-occurrence analysis reveals gender differences of co-occurrence patterns in personal narratives. *University of Pennsylvania Working Papers in Linguistics*, 10, 1, 61-74.

Cohen, S., Shulz, D., Haidarliu, S., Ahissar, E. (1995) Effects of Acetylcholine on correlated activity of Auditory Cortical Neurons in the Anaesthetized Guinea Pig. *American Society of Neuroscience Abstracts*, 21, 296.16

Cohen, S., Haidarliu, S., Ahissar, E., Shulz, D. (1994). Cholinergic Modulation of functional connectivity of local cortical circuits in the auditory cortex. 17th European Neuroscience Association Abstracts, 12, 13.08

Haidarliu, S., Shulz, D., Cohen, S., Gamzu, E., Serulnik, S., Ahissar, E. (1993). Monitoring modulations of local cortical processing by pharmacological agents in intact animals. Israeli Society of Neuroscience Abstracts, 2, 69.

Dr. Shuki Cohen, John Jay College of Criminal Justice, CUNY/ Department of Psychology
Tel: ███████; Email: ███████

*Presentations:*

**Peer-reviewed Conference Presentations**

Cohen, S. J. & Weenink, A. W. (Forthcoming, November 2019) (Panel Organizer). Foreign Fighters: Extending the analysis of police data on a large sample of foreign fighters from the Netherlands. American Society of Criminology Annual Conference, San Francisco, CA.

Cohen, S. J. & Weenink, A. W. (Forthcoming, November 2019) (Presenter). ISIS Foreign Fighters: Individual Pathways and Social Trends. American Society of Criminology Annual Conference, San Francisco, CA.

Cohen, S.J. (Forthcoming, May 2019). Empirical Assessment of Antisemitic Tropes in North American Alt-Right Online Forums. International Psychohistorical Association Conference, New York University, NY

Cohen, S. J. (April 2019). Unconscious Fantasies of Sameness and Difference in Politically-Motivated Prejudice. American Psychological Association Division of Psychoanalysis 39th Annual Spring Meeting, Philadelphia, PA.

Cohen, S. J. & Weenink, A. W. (November 2018) (Panel Organizer). Foreign Fighters: Individual Pathways and Social Trends. American Society of Criminology Annual Conference, Atlanta, GA.

Cohen, S. J. (November 2018) (Presenter). Just how Suicidal are Palestinian Suicide Bombers? Re-Introducing Social Context and Religious Beliefs into binary Clinical Categories. American Society of Criminology Annual Conference, Atlanta, GA.

Cohen, S. J. (June 2018) (Presenter).  Empirically-Supported Themes for Counter-Messaging Violent Jihadi Ideologies: Converging Psycho-Linguistic Indicators. 29th International Congress of Applied Psychology, Montréal, Canada.

Cohen, S. J., Glavis, M. J., Garrido, V. (June 2018) (Presenter). Cluster Analysis of Criminal Jihadist Behavior through the Spanish Sentencing Records. CICA International Conference on the Future of Security and Defence in Europe, Madrid, Spain.

Cohen, S. J. (November, 2017). "It's Not Racism if it's a Fact": Dissemination Ideological Hate in a Female-Only Online Forum. The American Society of Criminology Annual Meeting. Philadelphia, PA.

Cohen, S. J. (November, 2015). Detecting Ideological Fault Lines using a Generalized Method for Characterizing Terrorism Ideology: The Case of Al-Qaeda & ISIS. The American Society of Criminology Annual Meeting. Washington, DC.

Cohen, S. J. (July, 2015) (Panelist). Empirical Psychoanalytic Examination of Unconscious Anti-Arab Prejudice and Dehumanization, and their Role in the Israeli-Palestinian conflict. Panel #2025: Israel, the West, and the Palestinians: Large Group Dynamics, Dehumanization and Guilt. 49th International Psychoanalytic Association Congress, Boston, MA.

Cohen, S. J. (September, 2014) (Panelist). The Flexible Range of Suicidality in Palestinian Terrorism: The Role of Religio-Political Ideology in Asymmetric Warfare. World Summit on Counter-Terrorism. Herzliya, Israel.

Cohen, S. J. (August, 2014). The Arab Spring: Understanding the motives and sentiments behind large scale mobilizations and revolts. American Psychological Association Annual Convention, Washington, D.C.

Cohen, S. J. (November, 2013). Emergent best practices in open-source terrorism databases: The case of the GTD. American Society of Criminology Annual Conference, Atlanta, GA.

Cohen, S. J. (October, 2013). The socio-linguistics of Arabic Variants in a Corpus of Palestinian Suicide Bombers Last Wills: Implication for Empirical Terrorism Research. Association Internationale pour l'Étude  du Moyen Arabe et des Variétés Mixtes de l'Arabe (AIMA) IV Conference, Emory University, Atlanta, GA.

Cohen, S. J. (August, 2013). Systematic Assessment of Neutralization Processes in Terrorist Ideology and Motivation. American Sociological Association Annual Conference, New York, NY.

Dr. Shuki Cohen, John Jay College of Criminal Justice, CUNY/ Department of Psychology
Tel: ▆▆▆▆▆▆▆; Email: ▆▆▆▆▆▆▆▆▆▆

Cohen, S. J. & Kruglanski, A. W. (July 2013). Measuring Variations in Al-Qaeda Ideology using Systematic Linguistic Assessment of its Rhetorical Components. International Society of Political Psychology Conference, Herzliya, Israel.

Cohen, S. J. (July 2013). Motivations for Martyrdom in Personal Farewell Letters of Palestinian Suicide Bombers. International Society of Political Psychology Conference, Herzliya, Israel.

Cohen, S., Priyomka, K. and Perino, M. T. (2012, March). Anxiety Induction and Mobilization for Terrorism: Rhetorical Sequential Structure of the Unabomber Manifesto. Eastern Psychological Society conference, Pittsburgh, PA.

Cohen, S. (2011, November). What's on a Terrorist Mind? A Novel Methodology for Studying Suicide Terrorism. American Society of Criminology Annual Conference, Washington DC.

Cohen, S. (Presenter & Chair) (2011, June). Recent Developments in Sexual Coercion Research: Implications for Measurement and Mitigation Strategies. The Society for Community Research and Action (SCRA) 13th Biennial Conference Chicago, IL

Cohen, S. J. (2010, July). From Fuzzy Ideology to Operational Clarity: A quantum leap of faith within the Hamas military bulletins for suicide bombers in Palestine. Paper presented at the Oxford Round Table on Terrorism, Oxford UK.

Cohen, S. J. (2010, June). Palestinian Female Suicide Bombers: What their wills can teach us about social justice. John Jay International Conference: Societies in Transition, Marrakesh, Morocco.

Corman, L. and Cohen, S. J. (2010, August). Attachment anxiety and avoidance and their relation to internalizing and externalizing symptomatology. (Poster Presentation). American Psychological Association Annual Convention, San Diego.

Cohen, S. (2009, May).  Self- and Other- Implicit Associations with Internalizing/Externalizing Emotions Linked to Interpersonal Symptoms. Association of Psychological Science (APS) Annual Convention, Architecture of the Mind Theme Poster Session, San Francisco, CA.

Cohen, S. (2009, January) (Poster). Automatic Attribution of Depression and Aggression to the Self and Generic Others: A novel variant of the Implicit Association Test Designed to Explore Transference and Attachment. American Psychoanalytic Association (APsaA) Annual Meeting, Waldorf-Astoria Hotel, NYC, NY.

Cohen, S. (2008, July). Absolutistic Thinking and its Relationship to Anger and Aggression: A Language-Based Approach. XVIII World Meeting of the International Society for Research on Aggression (ISRA), Budapest, Hungary.

Cohen, S. (2006, October). Empirical evaluation of the Criteria of Prodromal Syndromes (COPS) for Diagnosing Attenuated Positive Symptom States. Paper presented at the International Early Psychosis Association Annual Conference, Birmingham, UK.

Cohen, S. (2006, October). Identifying and Treating Adolescents and Young Adults at High Risk for Psychosis. Paper presented at the Connecticut Psychological Association Annual Conference, Windsor, CT.

Cohen, S. (2006, April). Identification and treatment of adolescents and young adults at risk for serious mental illness. Paper presented at the National Association of Social Workers Annual Conference, Waterbury, CT.

Cohen, S. (2004, May). Using Corpus Linguistics to Construct Meaning-Sensitive Dictionaries of Emotional Language.  Paper presented at the American Association of Applied Corpus Linguistics, Montclaire, NJ.

Cohen, S. (2003, February). Lagged Co-Occurrence Analysis Reveals Gender Differences of Co-Occurrence Patterns in Personal Narratives. Paper presented at the 27th Penn Linguistic Colloquium, University of Pennsylvania, Philadelphia, PA.

Dr. Shuki Cohen, John Jay College of Criminal Justice, CUNY/ Department of Psychology
Tel: ▮▮▮▮▮▮▮; Email: ▮▮▮▮▮▮▮▮▮▮▮▮▮

Cohen, S. & Jones, E.E. (1999). Assessing patient-therapist interactions and their change: a time-series approach. Proceedings of the Society of Psychotherapy Research Conference Braga, Portugal.

Cohen, S., Shulz, D., Haidarliu, S., Ahissar, E. (1995) Auto- and cross-correlations in the auditory cortex and the effect of Acetylcholine. Proceedings of the International Conference on Cortical Dynamics, Jerusalem, Israel

## Invited Presentations

Cohen, S. (March, 2019) Countering Violent Extremism: Media & Messaging Strategies. U.S. Dept. of State International Visitor Leadership Program Multi-Regional Project, NYC, NY

Cohen, S. J. (September 2018): Conscious and Unconscious Prejudice in the Israeli-Palestinian Conflict: Empirical Insights. Interdisciplinary Seminar Series on Violence and Peacemaking, John Jay College of Criminal Justice, NYC, NY

Cohen, S. (March, 2018) Media, Messaging and Meaning-Making in Violent Radicalization: Empirical Insights. CVE: Media & Messaging, New York Foreign Press Center, NYC, NY.

Cohen, S. (February, 2018) Enhancing Crisis Management Through Insights from Studies of Violent Radicalization in Iraq & Syria. U.S. Dept. of State International Visitor Leadership Program Project for Iraq; "Enhancing Crisis Management", NYC, NY

Cohen, S. (December, 2017) Explicit and Implicit Ideologies of the Right-Wing Extremists in the United States: A Psycholinguistic Inquiry. International Conference on New Trends in the Global Terrorist Threat and Challenges to Legislators and Practitioners. The Counter-Terrorism Committee Executive Directorate (CTED), College for Criminal Law Science, Beijing Normal University (CCLS), Zhuhai, Guodong Province, China.

Cohen, S. (November, 2017) Violent Radicalization and Political Violence: Towards Empirically-Supported Interventions and Policies. U.S. Department of State, International Visitor Leadership Program (IVLP), Multi-Regional Project: "Best Practices on Interventions", New York City, NY

Cohen, S. (November, 2017) Violent Radicalization and Political Violence: Towards Empirically-Supported Interventions and Policies. U.S. Department of State, International Visitor Leadership Program (IVLP), National Security Policymaking in the U.S. tour, New York City, NY

Cohen, S. (October, 2017) Exploitations of Social & Personal Distress in Radicalization of Young Adults into Violent Extremism. U.S. Department of State, International Visitor Leadership Program (IVLP) , New York City, NY

Cohen, S. (August, 2017) Encouraging Moderate Voices: Countering Violent Extremism Online. U.S. Department of State, International Visitor Leadership Program (IVLP) , New York City, NY

Cohen, S. (May, 2017) : Burnout in Ideologically-Motivated Pursuits: Unexpected Insights from Unexpected Sources. Facebook Corporation Headquarters, Palo Alto, CA.

Cohen, S. (November, 2016) (Grand Rounds) : Clinical and Sub-Clinical Psychopathology in Perpetrators of Political Violence and Terrorism. State University of New York at Stonybrook Department of Psychiatry, Stonybrook, NY

Cohen, S. (November, 2016) (Presenter): Information Processing & Knowledge Representation in the Chronically-Stressed (Student) Brain: Implications for Teaching Style and Practice. Teaching and Learning Center, John Jay College of Criminal Justice, New York City, NY

Cohen, S. (October, 2016) (Keynote) When Intuition is not Enough: Improving Workplace Dynamics using Current Models of Information Processing in the Chronically-Stressed Caregiver Brain. Kaiser Permanente Learning Conference, University of Maryland.

Cohen, S. (April, 2016) (Case Conference). Borderline Personality Pathology: The Short & Practical Version. Montefiore Hospital, CICERO program, New York City, NY.

Dr. Shuki Cohen, John Jay College of Criminal Justice, CUNY/ Department of Psychology
Tel: ███████████; Email: ██████████████████

Cohen, S. (April, 2016) (Moderator + Panelist). Religious Humanitarianism as Political Activism. In: Holy Unholy: The Role of Religion in Conflict. John Jay College of Criminal Justice, New York City, NY

Cohen, S. (March, 2016). (Panelist) The Socio-Political factors behind the Detention of Palestinians (and their supporters) in Israeli & Palestinian Prisons. John Jay College of Criminal Justice, New York City, NY

Cohen, S. (December, 2015). Borderline Personality Pathology and HIV care: Individual and Organizational Impact (& Some solutions, too…). Montefiore Hospital, CICERO program, New York City, NY

Cohen, S. (November, 2015) (Keynote). Sustainability & Burnout in Long-Term Health Care: Why Taking Care of Ourselves means Taking Care of Others. Kaiser Permanente Learning Conference, University of Maryland.

Cohen, S. (2013, May) (Plenary). Management of Personality Pathology in Chronic HIV Care: Maintaining both Provider and Patient Mental Health. 23rd Annual HIV/AIDS Clinical Conference, University of Rochester Medical Center.

Cohen, S. (January, 2012). When Unconscious Wishes Become Laws: Policing Memory and Identity in Israel–Palestine. American Psychoanalytic Association Annual Meeting, Waldorf-Astoria Hotel, New York City. Cohen, S. (2011, November). What's On A Terrorist Mind? The Psychological Study of Terrorism and Ideological Violence. John Jay College of Criminal Justice, NYC

Cohen, S. (2011, July). Ecology of the Mind, "Conviction and Convincing in Violent and Terrorist Communication," Springer Publications, Schoodic Education and Research Center, ME, US.

Cohen, S., (2011, May). Mosques, Veils, and Madrassas: Muslims and Institutions of Justice in Pluralistic Societies, "The Jewish Hasidic Movement as a Template for Religio-Political Extremism," John Jay College of Criminal Justice, New York, NY.

Cohen, S. (2011, May). (Plenary). Management of Personality Pathology in Chronic HIV Care: Maintaining both Provider and Patient Mental Health. 23rd Annual HIV/AIDS Clinical Conference, University of Rochester Medical Center.

Cohen, S. (2011, January). Prejudice and the Unexamined Life: A Neuro-Psychoanalytic Framework for the Repressed Conflict between Ethnic and National Identities among Arab-Jews in Israel American Psychoanalytic Association Annual Meeting, Waldorf-Astoria Hotel, New York City.

Cohen, S. (2009, February). Memory, Revenge and Identity in last wills of Palestinian suicide bombers. New School for Social Research 2nd interdisciplinary memory conference, New School, New York, NY

Cohen, S. (2008, June). Navigating the Twilight Zone: Mental Health Skills Training for HIV providers – Where Self-Care and Patient Care Meet. New York Metropolitan Area HIV/AIDS Care Grand Rounds, NY Academy of Medicine, New York, NY.

Cohen, S. (2008, May). Psychosocial Factors in Clinical Psychology: Too ubiquitous, too humbling, or too difficult to consider? John Jay College Mini-Conference on Thinking and Researching Psychosocially, New York, NY.

Cohen, S. (2008, March). (Plenary). Navigating the Twilight Zone: Mental Health Skills Training for HIV providers – Where Self-Care and Patient Care Meet. Association of Nurses in AIDS care, Syracuse, NY.

Cohen, S. (2007, December). Mental Health Concerns in Chronic HIV Care. (Invited) talk presented at the HIV Scholars Core Curriculum of the New York State Department of Health, New York, NY.

Cohen, S. (2007, November). Mental Health Complications in Chronic HIV care. Paper presented at the New York Medical College, White Plains, NY.

Cohen, S. (2007, October). Navigating the Twilight Zone: Mental Health Skills Training for HIV providers – where self-care and patient care meet. Paper presented at the Clinical Education Institute of the New York State Department of Health, Albany, NY.

Dr. Shuki Cohen, John Jay College of Criminal Justice, CUNY/ Department of Psychology
Tel: ███████████ ; Email: ████████████████

*Teaching and Mentoring*

**John Jay College of Criminal Justice – CUNY:**

| Teaching (Course): | Semesters in which course was taught |
|---|---|
| Psychology of Terrorism (Graduate) | Fall 2008 (2 sections), Fall 2009 (2 sections), Spring 2010 (2 sections), Fall 2010, Spring 2011, Fall 2011, Spring 2012, Fall 2012, Spring 2013, Fall 2013, Spring 2014 (2 sections), Fall 2014, Spring 2015, Fall 2015, Spring 2016, Fall 2016, Spring 2017, Fall 2017 |
| Terrorism and Apocalyptic Violence (Graduate) | Fall 2016 (Online), Spring 2017 (Online), Fall 2017 (Online) |
| Seminar in Terrorism Studies (Graduate) | Fall 2016, Spring 2017, Fall 2017 |
| Cognitive Psychology (Undergraduate) | Fall 2009 (2 sections), Spring 2010, Fall 2010 |
| Psychology of Personality (Undergraduate) | Winter 2007, Fall 2007, Fall 2008, Spring 2011, Fall 2011, Spring 2012, Spring 2014, Fall 2014, Spring 2015, Fall 2015, Spring 2016, Spring 2017, Fall 2017 |
| Advanced Theories of Personality (Graduate) | Fall 2007, Spring 2009 (2 sections), Spring 2010, Fall 2010, Fall 2011, Spring 2015 (2 sections), Spring 2016 |
| Advanced Concepts in Psychotherapy (Graduate) | Spring 2008 (2 sections), Spring 2011, Spring 2012, Fall 2013, Spring 2014, Fall 2014, Fall 2015 |
| **Mentorship (Role)** | **Students** (in chronological order) |
| Master's thesis advisor | Jessica Nemet, Natasha Wood, Lindsay Corman, Christina Massey, Michael Perino, Karyna Pryiomka, Cathy Cahill, Jason George, Andrew Capizzi, Noha Osman, Michael Weiss, Shari Reiter |
| Master's Independent Study Advisor | Mariem Hafez, Amanda West, Veronica Caban, Elishewah Weisz, Jay Adhvaryu, Lisa Corrente, Shari Reiter |
| Undergraduate Independent Study Advisor | Anthony Fortuna, Yanice Santos, Lisa Jaradat, Sean Probber, Nico Henry, Annie Mei |
| PhD committee member | Aleksey Dumer, Marie-Anne Issa |

**Yale University Medical School:**
Group Psychotherapy (graduate/professionals)
Diagnosis of Prodromal Schizophrenia (graduate/professionals)

**NY State Clinical Education Initiative (CEI) / AIDS Education & Training National Center (AETC):**
Management of Personality Pathology in Chronic Health Care

**New York University (NYU):**
Cognitive Psychology (undergraduate)
Cognition and Perception (undergraduate)
Personality Theories (undergraduate)

*Professional Service and Memberships*

**Ad-hoc Reviewer**
American Psychological Association Division 52 (international psychology)
Brain Sciences
Psychological Methods
Political Psychology
International Journal of Applied Psychoanalytic Studies
Behavioral Sciences & the Law

Dr. Shuki Cohen, John Jay College of Criminal Justice, CUNY/ Department of Psychology
Tel: ███████; Email: ███████████

**Professional Memberships**
Association for Psychological Science. (2009 - Present).
American Association for the Advancement of Science. (2008 - Present).
Psychoanalysts for Peace in the Middle-East. (2008 - Present).
Board member, Eastern Group Psychotherapy Society (2005-2008)

*Departmental, College and University Service*

**Psychology Department, John Jay College of Criminal Justice**
Member, Developmental Forensic Counseling Search Committee (2016-2017)
member, Diversity Committee (2010 - Present).
member, College Council (2008 - 2010).
member, Faculty Senate (2008 - 2010).
member, Clinical and Forensic Psychology Search Committee (2008 - 2009).
member, Cognitive Psychology/ Psychology & Law Search Committee (2007 - 2008).

**John Jay College of Criminal Justice**
Faculty Advisor, Students for Justice in Palestine (2012-Present)
member, College Committee on Honors, Prizes, and Awards (2011 - Present).
member, John Jay Biennial Conference Committee (2009 - 2010).
member, Center of Terrorism Colloquium Committee (2008 - Present).

*Languages:*

English (reading writing speaking); Hebrew (reading writing speaking); Arabic (reading writing speaking);
French (reading, intermediate speaking); German (intermediate reading); Latin (reading); Aramaic (reading)

Dr. Shuki Cohen, John Jay College of Criminal Justice, CUNY/ Department of Psychology
Tel: ████████; Email: ██████████████