IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| Plaintiff, § § | |
| v. § | Cause No. 18 CR 2945 WJ |
| § | |
| SIRAJ IBN WAHHAJ, et al., § § | |
| Defendants. § | |

**NOTICE OF COUNSEL'S UNAVAILABILITY**

MARC H. ROBERT, appointed counsel for SIRAJ IBN WAHHAJ, Defendant, provides notice of his unavailability for two upcoming periods of time as noted below.

1. Counsel will be out of the state from June 3, 2023 through July 2, 2023. Counsel will be available to participate in proceedings by phone or video conference during this period, but will not be available for physical appearance during this period.

2. Counsel will also be out of the state from July 19, 2023 through July 31, 2023. Counsel will be available to participate in proceedings by phone or

video conference during some, but not all, of this time. Counsel will be unavailable for physical appearance during this period.

3. Counsel respectfully requests that hearings in this cause not be scheduled during these time periods, or in the alternative that the Court would permit counsel's appearance remotely, either by phone or video conference, at any proceedings scheduled during these time periods.

Respectfully Submitted,

/s/ *Electronically filed on 5/21/23*
MARC H. ROBERT
P.O. Box 25271
Albuquerque, New Mexico 87102
575.571.7435
m505robert@gmail.com

THOMAS CLARK
432 Galisteo Street
Santa Fe, New Mexico 87501
505.820.1825
Fax: 505.986.0475
tmclark@cjplawsf.com

*Counsel for Mr. Wahhaj*

2