IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 18-02945 WJ |
| ) | |
| JANY LEVEILLE, ) | |
| SIRAJ IBN WAHHAJ, ) | |
| HUJRAH WAHHAJ, ) | |
| SUBHANAH WAHHAJ, and ) | |
| LUCAS MORTON, ) | |
| ) | |
| Defendants. ) | |

## UNITED STATES' NOTICE OF LODGED APPENDIX

The United States gives notice that it will lodge to the Court a disc containing the following items referenced in the United States' Sealed Supplemental Notice of Co-Conspirator Statements, filed June 2, 2023 (Doc. 781):

1. Exhibit 1(a)-(d): John Doe 2 Interview
2. Exhibit 2(a)-(b): John Doe 3 Interview
3. Exhibit 16(a)-(b): Alabama Lapel Footage
4. Exhibit 17: Alabama Motor Vehicle Accident Reports
5. Exhibit 18: Shooting Videos
6. Exhibit 19: Subhanah Facebook Return
7. Exhibit 20: Siraj Writings
8. Exhibit 21: Hujrah Statement - Kid from School
9. Exhibit 22: Subhanah and Lucas Statements to Morton Family
10. Exhibit 23: Lucas Morton Statements to CCPD
11. Exhibit 24: Siraj Statements of Kidnapping
12. Exhibit 25: Von Yusuf Part of Conspiracy

13. Exhibit 26: Jany Statements to CYFD

14. Exhibit 27(a)-(d): Lucas Morton Statements at Search Warrant

15. Exhibit 28: Morton Letter to BOP

16. Exhibit 29(a)-(b): Jany, Subhanah, Hujrah, and Siraj Statements Covering Up John Doe

17. Exhibit 30: Statements to Law Enforcement at Search Warrant Execution

18. Exhibit 31: Jane Doe 2 Interview

19. Exhibit 32: Jane Doe 3 Interview

Defense counsel has received the referenced exhibits through the production of discovery. The United States will also mail a copy of the above referenced items to the appointed discovery coordinator, John Ellis.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*Electronically filed*

KIMBERLY A. BRAWLEY
TAVO HALL
Assistant United States Attorneys
Post Office Box 607
Albuquerque, New Mexico  87102
(505) 346-7274

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to opposing counsel of record. A copy is also being mailed to Defendants Siraj Wahhaj and Lucas Morton.

*Filed Electronically*
KIMBERLY A. BRAWLEY
TAVO HALL
Assistant United States Attorneys