IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                CR 18-2945 WJ

JANY LEVEILLE, et al.,

    Defendants.

## ORDER GRANTING EXTENSION OF TIME FOR RESPONSES AND REPLIES

THIS MATTER IS BEFORE THE COURT on Defendants' *Unopposed Motion to Extend the Deadline to File Responses and Replies on the Parties Daubert Motions,* filed June 1, 2023 [Doc. 779]. The Court having considered the Motion, and being fully advised in the premises, finds that Defendants have by their motion created a sufficient record to justify granting the motion to extend the deadline to file their responses and reply.

**IT IS THEREFORE ORDERED** that the deadline for Ms. Wahhaj to file her Responses to the Government's Daubert Motions [Docs. 759, 760, 761], the deadline for Replies to the United States Responses to Daubert Motions [Docs. 764, 771], and Ms. Leveille's Response to the United States Daubert Motion [Doc. 763] are hereby extended to June 16, 2023.

**IT IS FURTHER ORDERED** that the Government shall have until June 30, 2023, to file its replies. Further extensions of time will not be granted.

_____
WILLIAM P. JOHNSON
Chief United States District Judge