# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                          Case No. 1:18-cr-02945-WJ

JANY LEVEILLE,
SIRAJ IBN WAHHAJ,
HUJRAH WAHHAJ,
SUBHANAH WAHHAJ, and
LUCAS MORTON,

    Defendants.

## NOTICE OF *DAUBERT* HEARINGS

NOTICE is given that the Court will hold hearings pursuant to *Daubert v. Merrell Dow Pharmaceuticals,* 509 U.S. 579 (1993), on Defendants' Motion to Exclude Proposed Expert Witness (Doc. 742), United States Motion to Exclude Testimony of Dr. Raghavan (Doc. 759), United States' Motion to Exclude Testimony of Joost Jansen (Doc. 760), United States' Motion to Exclude Testimony of Dr. Cohen (Doc. 761), and United States Motion to Exclude Testimony of Dr. Cook (Doc. 763) beginning July 25 2023 through July 28, 2023.  The parties are directed to confer and provide the Court with a proposed schedule on the order for hearing the five motions in that four-day time, including the approximate length of time the parties estimate it will take for each motion, no later than July 18, 2023.

                                                                       WILLIAM P. JOHNSON
                                                                       CHIEF UNITED STATES DISTRICT JUDGE