IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 1:18-cr-02945-WJ

JANY LEVEILLE,
SIRAJ IBN WAHHAJ,
HUJRAH WAHHAJ,
SUBHANAH WAHHAJ, and
LUCAS MORTON,

    Defendants.

### NOTICE OF *JAMES* HEARING ON CO-CONSPIRATOR STATEMENTS

NOTICE is given that the Court will hold a hearing pursuant to *United States v. James*, 590 F.2d 575 (10th Cir. 1979) on the parties' submissions relating to co-conspirator statements (Doc. 156, 157, 606, 650, 678, 781, 782, and Defendants' supplementation due June 23, 2023) on Friday, July 7, 2023, at 9:00 am, with all day allocated for the hearing, if necessary.

                                                                  WILLIAM P. JOHNSON
                                                                  CHIEF UNITED STATES DISTRICT JUDGE