IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v().                                               Case No. 1:18-cr-02945-WJ

JANY LEVEILLE,
SIRAJ IBN WAHHAJ,
HUJRAH WAHHAJ,
SUBHANAH WAHHAJ, and
LUCAS MORTON,

    Defendants.

### ORDER SETTING DEADLINES FOR REQUESTS TO MODIFY JURY SELECTION PLAN AND FOR SPECIAL JURY QUESTIONNAIRES

THE COURT NOTIFIES the parties that that jury selection is scheduled to pull from prospective jurors in the northern part of the State pursuant to the District's Jury Selection Plan Any requests to modify the Jury Selection Plan (such as drawing on a state-wide basis) or requests for any special jury questionnaire in this case must be filed no later than Friday, June 23, 2023. Any responses to such requests must be filed no later than Friday, July 7, 2023.  Due to the amount of work involved for the Court in implementing such requests and the short length of time before the trial setting, no replies will be allowed and no extensions of these deadlines will be granted.

    IT IS SO ORDERED.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE