IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CR18-2945 WJ

JANY LEVEILLE, et al.,

    Defendants.

## NOTICE AND ORDER

**THIS MATTER** comes before the Court on New Mexico Department of Public Safety's Response to Defendant Subhanah Wahhaj's Rule 17 Subpoena. The Court entered an Order and set forth certain procedures for service of a subpoena and the production of documents to the Court for inspection by both parties. (Doc. 758). The New Mexico Department of Public Safety responded to the subpoena and submitted to the Court a flash drive with the responsive documents. The Court received the documents on June 12, 2023.

Attorneys for both parties should contact Judge Johnson's Courtroom Deputy, Richard Garcia, at (505) 348-2333 to arrange for the copying and inspection of the documents.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE