IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                 Case No. 18-CR-2945 - WJ

JANY LEVEILLE,
SIRAJ IBN WAHHAJ,
HUJRAH WAHHAJ,
SUBHANAH WAHHAJ, and
LUCAS MORTON,

        Defendants.

## NOTICE OF ENTRY OF APPEARANCE AS CO-COUNSEL

        United States Department of Justice Trial Attorney Frank Russo hereby enters his appearance as co-counsel on behalf of the United States. The United States requests that all notices, pleadings and correspondence be delivered to the attention of Frank Russo at Frank.Russo2@usdoj.gov, as well as Assistant United States Attorney Kimberly A. Brawley and Assistant United States Attorney Tavo Hall.

        Respectfully submitted,

        ALEXANDER M.M. UBALLEZ
        United States Attorney

        *Electronically filed June 14, 2023*
        FRANK RUSSO
        Trial Attorney
        Counterterrorism Section
        National Security Division
        950 Pennsylvania Ave. NW, Suite 7100
        Washington, DC   20530
        (202) 307-2848
        Frank.Russo2@usdoj.gov

I HEREBY CERTIFY that I filed the foregoing
pleading electronically through the CM/ECF system
which caused counsel of record to be served by
electronic means, as reflected on the Notice
of Electronic Filing.

        /s/
_____
FRANK RUSSO, Trial Attorney
Counterterrorism Section
National Security Division