IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cr. No. 18-CR-2945 WJ |
| | ) | |
| JANY LEVEILLE, | ) | **FILED *IN CAMERA*, *EX PARTE*** |
| SIRAJ IBN WAHHAJ, | ) | **WITH THE CLASSIFIED** |
| LUCAS MORTON, | ) | **INFORMATION SECURITY** |
| HUJRAH WAHHAJ, and | ) | **OFFICER OR DESIGNEE** |
| SUBHANAH WAHHAJ, | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S CLASSIFIED, *IN CAMERA*, *EX PARTE* MEMORANDUM OF LAW AND MOTION FOR PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/S/ Electronically filed*

KIMBERLY A. BRAWLEY
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

TAVO HALL
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

1

FRANK RUSSO, Trial Attorney
Counterterrorism Section
National Security Division
950 Pennsylvania Ave. NW, Suite 7100
Washington, DC
(202) 307-2848
Frank.Russo2@usdoj.gov

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to defense counsel. A copy is also being mailed to Lucas Morton and Siraj Wahhaj.

*/S/ Electronically filed*
TAVO HALL
Assistant United States Attorney