IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Cr. No. 18-2945 WJ |
| JANY LEVEILLE,<br>SIRAJ IBN WAHHAJ,<br>LUCAS MORTON,<br>HUJRAH WAHHAJ, and<br>SUBHANAH WAHHAJ, | ) |
| Defendants. | ) |

### ORDER GRANTING UNITED STATES' MOTION TO CONTINUE *JAMES* HEARING ON CO-CONSPIRATOR STATEMENTS

THIS MATTER having come before the Court on the United States' Motion to Continue the *James* Hearing on Co-Conspirator Statements (Doc. 797), and the Court having reviewed the Motion and noting that it is unopposed by Defendants Jany Leveille, Hujrah Wahhaj, and Subhanah Wahhaj, finds that the Motion is well taken and is hereby GRANTED.

IT IS THEREFORE ORDERED that the hearing pursuant to *United States v. James*, 590 F.2d 575 (10th Cir. 1979), on the parties' submissions relating to co-conspirator statements (Docs. 156, 157, 606, 650, 678, 781, 782), presently scheduled for Friday, July 7, 2023, will be rescheduled for July 19, 2023, at 9:00 a.m., with all day allocated for the hearing, if necessary.

_____
WILLIAM P. JOHNSON
Chief United States District Judge