IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 18-02945 WJ |
| | ) |
| **JANY LEVEILLE,** | ) |
| **SIRAJ IBN WAHHAJ,** | ) |
| **HUJRAH WAHHAJ,** | ) |
| **SUBHANAH WAHHAJ, and** | ) |
| **LUCAS MORTON,** | ) |
| | ) |
| Defendants. | ) |

## **UNITED STATES' NOTICE OF LODGING**

The United States gives notice that it will lodge to the Court a disc containing the following items referenced in the United States' Second Supplemental Notice of Co-Conspirator Statements, filed June 23, 2023:

1. Exhibit 33: Donis Audio Recording

2. Exhibit 34: Donis Dash Cam Video

Defense counsel has received the referenced exhibits through receipt of the Rule 17 subpoena materials made available by the Court on June 12, 2023.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*Electronically filed*

KIMBERLY A. BRAWLEY
TAVO HALL
Assistant United States Attorneys
Post Office Box 607
Albuquerque, New Mexico  87102
(505) 346-7274

I HEREBY CERTIFY that I electronically filed
the foregoing with the Clerk of the Court
using the CM/ECF system which will send
notification to opposing counsel of record. A
copy is also being mailed to Defendants Lucas Morton
and Siraj Wahhaj.

*Filed Electronically*
KIMBERLY A. BRAWLEY
TAVO HALL
Assistant United States Attorneys