IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIM. NO. 18-CR-2945 WJ |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| **JANY LEVEILLE, ET AL,** ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXCEED PAGE LIMIT ON UNITED STATES' REPLY TO DEFENDANTS' RESPONSE TO MOTION TO EXCLUDE THE TESTIMONY OF DEFENSE EXPERT JOOST JANSSEN**

The United States respectfully moves this Court, pursuant to Rule 47.9 of the Local Rules of Criminal Procedure, for an order authorizing counsel to exceed the 12-page limit for motion responses, by approximately three pages, and as reasons therefore submit the following:

1. The United States' reply to the Defendants' response to the United States' motion to exclude the testimony of defense expert Joost Janssen is due Wednesday, July 5, 2023.

2. The United States has tried to stay within the 12 page limit, but in order to adequately respond to the legal arguments, it must exceed the current page limit.

3. Counsel for Defendants Jany Leveille, Hujrah Wahhaj, and Subhanah Wahhaj do not oppose this request. Defendants Siraj Ibn Wahhaj and Lucas Morton have not been contacted and are presumed to oppose this motion.

For the foregoing reasons, the United States respectfully requests that the Court allow it to exceed the 12-page limit by approximately three pages.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*Electronically filed*
KIMBERLY A. BRAWLEY
TAVO HALL
Assistant United States Attorneys

P. O. Box 607
Albuquerque, NM 87103
(505) 224-1491

I HEREBY CERTIFY that the foregoing pleading was electronically filed, which caused counsel of record to be served by electronic means. A copy of this motion will also be mailed to Defendants Siraj Ibn Wahhaj and Lucas Morton.

*/s/*  _____
KIMBERLY A. BRAWLEY
Assistant U.S. Attorney