IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | Criminal No. 18-2945-WJ |
| **JANY LEVEILLE, ET AL**, ) | |
| ) | |
| Defendants. ) | |

## ORDER

THIS MATTER having come before the Court on the United States' Motion to Exceed Page Limit on United States' Reply to Defendants' Response to Motion to Exclude Testimony of Defense Expert Joost Janssen (Doc. 825), filed pursuant to Rule 47.9 of the Local Rules of Criminal Procedure and requesting permission to exceed the 12-page limit that applies to replies to motions, and the Court being otherwise fully apprised in the premises, finds that the motion is well-taken and hereby ORDERS:

The United States is hereby authorized to exceed the page limit on its reply to the Defendants' response to the motion to exclude the testimony of defense expert Joost Janssen by approximately three pages.

It is so ORDERED.

_____
WILLIAM P. JOHNSON
Chief United States District Judge