IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                    Case No. 1:18-cr-02945-WJ

JANY LEVEILLE et al.,

    Defendants.

### ORDER ON SPECIAL JURY QUESTIONNAIRE AND ENLARGED JURY PANEL AND NOTICE OF HEARING

**THIS MATTER** is before the Court on the Defendants' Unopposed Motion for Special Jury Questionnaire and Enlarged Jury Panel (Doc. 815) and the United States' Objections to Specific Questions Within Defendants' Special Jury Questionnaire (Doc. 823). The Court **ORDERS** as follows:

    1. The request for a 200-person jury panel is **GRANTED**. The panel will be drawn on a state-wide basis, rather than only from the northern part of the state as provided in the District of New Mexico's Jury Selection Plan.

    2. Attached to this Order is the Court's proposed Special Juror Questionnaire. The parties are directed to file written objections to or requests for additions to the Court's proposed Special Juror Questionnaire within five calendar days after entry of this Order. If the parties want the prospective jurors to review an attached list of witnesses, because of the advance time necessary for the Court to send the Questionnaire to the jury panel, that list must also be provided to the Court in writing within five calendar days. If no list is provided to the Court, question no. 46 will be eliminated from the Special Juror Questionnaire.

3.  The Court will hold a hearing on Tuesday, July 18, 2023 at 9:00 a.m. to consider the objections to and requests for additions to the Court's proposed Special Juror Questionnaire and any other matters the parties wish to raise regarding the Questionnaire and the jury panel.

4.  Nothing in this Order or the Court's proposed Special Juror Questionnaire constitutes a ruling on whether or not any matters included in Defendants' proposed questionnaire, but not included in the Court's proposed Questionnaire, may be inquired into during voir dire.

_____
CHIEF UNITED STATES DISTRICT JUDGE