# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

# COURT'S PROPOSED SPECIAL JURY QUESTIONNAIRE

**SPECIAL JURY QUESTIONNAIRE**     **JUROR #**_____

Thank you for participating in jury service. The following questions are used by the Court to obtain information about you in order to assist in the jury selection process. Providing complete answers will save time for you and the Court.

**Remember, there are no "right" or "wrong" answers. The only correct answers are those that are honest, thoughtful and most accurately reflect your personal attitudes, beliefs, and experiences.** It is very important that you answer the questions to the best of your ability and in the most complete manner as possible.

Please fill out the answers by yourself without consulting any other person.

**If you need additional space for your answers, or wish to make further comments, please use the page attached at the very end of this questionnaire - Please do not use the *back* of any page for your comments.** Simply identify the question number next to your continued response.

You are instructed by the Court not to discuss anything about this case with anyone, even your spouse or significant other, nor are you to research this case or anything related to it, by any means, including the internet, social media, radio, newspapers, discussions with others, or in any other manner. Your failure to abide by this directive may result in contempt of court proceedings against you, and a possible fine and/or imprisonment.

When you finish answering all the questions, you are required to sign this questionnaire.

As you fill out this questionnaire, please remember that your written answers are given under oath. Thank you very much for your cooperation!

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**SPECIAL JUROR QUESTIONNAIRE**     **JUROR #**_____

**1**. _____
   Last Name            First Name            Middle Initial

_____
   City            Zip code            County

**2**. How long have you lived at your current address? _____

**3**. Regarding your residence, indicate whether you _____own _____rent

**4**. How long have you resided in New Mexico? _____

**5**. In which state have you resided the longest period of time? _____

**6**. Are you a citizen of the United States? _____Yes _____No

   6.a. If naturalized indicate _____When _____Where

**7**. Can you read, write, speak, and understand English? _____Yes _____No

**8**. Date of birth: _____ Place of birth: _____

**9**. Age: _____

**10**. Gender: _____

**11**. Are you currently (please check all that apply): \_\_\_Employed full time \_\_\_Employed part time

\_\_\_ Homemaker \_\_\_ Retired \_\_\_ Unemployed \_\_\_ Disabled \_\_\_\_Student

**12**. Indicate current job, place of employment, and job duties. (If not currently working, indicate prior job) _____

_____

**13**. Indicate your highest level of education, any degrees or certificates, and major area of study, if any: _____

_____

**14**. Have you ever served in any branch of the armed forces of the United States (including the military reserves, National Guard, or ROTC)? ___YES ___NO

    **If YES**, please list branch of service, approximate years of service, and highest rank at discharge: _____

_____

**15**. Please check all that describe your marital status: ___Single ___ never married ___Single, prior marriage ___Married (or living with partner) ___Divorced ___Widowed

**16**. If married, or living with someone, please describe your spouse/partner's occupation, place of employment and highest level of education: _____

_____

**17**. Indicate any children by age, gender, occupation (if any) and if they live in your home full-time, part-time, or not at all: _____

_____

**18**.  Have you ever shared custody of a child with a parent not living in your home? ___YES ___NO

    **If YES,** please explain;_____

_____

_____

**ABILITY TO SERVE**

**Once jury selection is completed, this trial is expected to start on September 26, 2023 and then last up to 4 weeks. Court sessions will last from approximately 9:00 am until 5:00 pm each day, with regular breaks approximately every 90 minutes, and a 60-minute break for lunch.**

**19**. Do you wish to apply to the Court to be excused on the grounds that jury service in this case would be a serious hardship to you? ____YES ___NO

    **If YES,** please explain: _____

_____

_____

**20**. Do you have any personal, family, or professional obligations that you feel would seriously interfere with your ability to focus and concentrate as a juror in this case? ___YES ___NO

    **If YES**, please explain: _____

_____

_____

**21**. Does your employer pay you for time missed as a result of jury service? ___YES ___NO ___UNSURE*

    **\*If you are unsure, please find out before you return to court for jury selection questioning.**

**22**. Do you have any condition, disability, or need that will require any special consideration or accommodation while you are in court? ___YES ___NO

    **If YES**, please explain: _____

_____

_____

**23**. Do you have hearing difficulties not corrected by a hearing aid? ___YES ___NO

**24**. Do you have trouble seeing even with glasses? ___YES ___NO

**25**.     a. Are you taking any medication(s) regularly? ___YES ___NO

    b. Do any of these medications affect your memory or concentration? ___YES ___NO

    **If YES**, please explain: _____

_____

_____

**PUBLICITY AND MEDIA**

In this case the United States alleges Defendants Jany Leveille, Siraj Ibn Wahhaj, Hujrah Wahhaj, Subhanah Wahhaj and Lucas Morton engaged in crimes in Taos County, Amalia, New Mexico on or about October 2017 through August 2018. (Please remember that you are not to research this case or anything related to it, by any means, including the internet, social media, radio, newspapers, discussions with others, or in any other manner).

**26**. Have you previously read, seen, or heard anything about this case? ___YES ___NO

    **If YES,** please describe in detail whether you read, saw, or heard about the case from the media or conversations with others, and your sources of information. Use the comment page at end of this questionnaire if additional space is needed: _____

_____

_____

**27**. Are you familiar with Amalia, NM, or have you ever visited the area or known anyone who lived nearby? ___YES ___NO

    **If YES,** please explain: _____

_____

_____

**28**. Have you formed any opinions about this case or any of the defendants? ___YES ___NO

    **If YES,** please explain: _____

_____

_____

**29**.     **A)** Have you ever had any personal or professional involvement with any State or Federal prosecutor or agency such as a US attorney, the DOJ, office of a District Attorney, or similar lawyer or agency? ___YES ___NO

    **If YES**, please explain: _____

_____

_____

    **B)** Have you ever had any personal or professional involvement with any criminal defense attorney? ___YES ___NO

    **If YES,** please explain: _____

_____

_____

**COURTS AND COMMUNITY**

**30.** Have you or a close friend or a family member ever worked in a law enforcement related job or agency? ___YES (self) ___YES (friend or family) ___NO

    **If YES**, please explain who, when, where, and the type of job: _____

_____

_____

**31**. Do you believe that the testimony of sworn law enforcement officers should be given more or less importance and credibility than that of other witnesses as a result of their status? ___YES ___NO

    **If YES,** please explain: _____

_____

_____

**32**. Have you or a close friend or a family member ever been a victim of any violent crime? ___YES (self) ___YES (friend or family) ___NO

**If YES**, please indicate who was involved, when and where it occurred, what happened, the outcome, and what impact this experience had on you: _____

_____

_____

**33**. Have you or a close friend or a family member ever been arrested, charged with, or convicted of a crime other than a traffic offense? ___YES (self) ___YES (friend or family) ___NO

**If YES,** please indicate who was involved, when and where it occurred, what happened, and whether or not you feel the process was fair: _____

_____

_____

**34.** If you have ever been convicted of a state or federal crime punishable by imprisonment for more than one year, have your civil rights been restored by pardon? ___YES ___NO

**35.** Do you, or anyone in your family, own any guns? ___YES (self) ___YES (family member) ___NO

**If YES**, please explain: _____

_____

_____

**36.** If the government accuses someone of a crime such as kidnapping or providing material support to terrorists, do you believe the accused is probably guilty? ___YES ___NO

**If YES,** please explain _____

_____

_____

**SOCIETY, AFFILIATIONS, LIFE EXPERIENCE, AND KNOWLEDGE**

**37.** Are you a member of any fraternal, civic, labor, religious, or other organization? ___YES ___NO

    **If YES,** please explain: _____

_____

_____

**38**. Have you, or a close friend or family member, ever identified as a Muslim? ___YES (self) ___YES (friend or family, indicate relationship: _____ )   ___NO

**39**. Do you have any opinions about the Islamic religion and Muslims generally? ___YES ___NO

    **If YES,** please explain: _____

_____

_____

**40**. Have you or a family member ever had personal or religious beliefs opposing conventional medical recommendations or treatments? _____YES (self) ___YES (family member) ___NO

    **If YES**, please explain: _____

_____

_____

**41**.  Can you be fair and impartial in a case involving a child suffering from seizures? ___YES ___NO

    **If NO**, please explain: _____

_____

_____

**42**.  Have you ever had any education, training, or experience in the field of mental health or psychology?  ___YES ___NO

 **If YES**, please explain: _____

_____

_____

**43**.  Can you be fair and impartial in a case involving a mental health condition such as schizophrenia or psychosis?  ___YES ___NO

 **If NO,** please explain: _____

_____

_____

**CONCLUDING MATTERS:**

**44**.  Have you ever served as a juror? ___YES ___NO

 **If YES,** please identify the court, whether the case was a civil or criminal case, and the outcome of the case: _____

_____

_____

**45.**  Are there any dates you are unavailable to serve?  ___YES ___NO

 **If YES,** please list the date or dates you are unavailable and the reason why you are unavailable: _____

_____

_____

**46**.  Are there any additional matters touching upon your ability to serve as a juror or to be a fair and impartial juror that should be brought to the attention of the Court?  ___YES ___NO

**If YES,** please explain: _____

_____

_____

**47.** Please review the list of names and organizations on the following page. Are you familiar with any of the individuals or organizations named? ____YES ___NO ___UNSURE

**If YES, or UNSURE**, please indicate who you know, or may know, and how you are or may be familiar with them: _____

_____

_____

*With my signature below, I solemnly swear or affirm that the answers above are true, correct and complete.*

Signature: _____ Date: _____

**Please review the following names. If you are familiar with any of these individuals or organizations:**

**1. Please circle name you are, or may be, familiar with, and**

**2. If you have circled any of the names below, please check "YES" or "UNSURE" on the last question on the previous page and write the name or names there which you have checked and indicate how you know or may know the person or organization. THANK YOU!**

INSERT WITNESS LIST HERE

**ADDITIONAL COMMENTS**

(Please mark your responses to reflect the question number you are responding to. Thank you!)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____