# SPECIAL JURY QUESTIONNAIRE
# CROSS REFERENCE TABLE

| DOC. 815-1 Defendants' Requested SJQ | Court's Proposed SJQ | Included, Omitted, or Modified |
|---|---|---|
| Cover | Cover | Included without objection |
| No. 1 | No. 1 | Included but modified to Court's VDQ format |
|  | No. 2 | Added from Court's VDQ |
|  | No. 3 | Added from Court's VDQ |
|  | No. 4 | Added from Court's VDQ |
|  | No. 5 | Added from Court's VDQ |
|  | No. 6 | Added from Court's VDQ |
|  | No. 7 | Added from Court's VDQ |
|  | No. 8 | Added from Court's VDQ |
| No. 2 | No. 9 | Included without objection |
| No. 3 | No. 10 | Included without objection |
| No. 4 |  | Omitted, USA objects-injects race issue (Doc. 823 at 2) |
| No. 5 | No. 11 | Included without objection |
| No. 6 | No. 12 | Included without objection |
| No. 7 |  | Omitted, USA objects-irrelevant (Doc. 823 at 2-3) |
| No. 8 | No. 13 | Included without objection |
| No. 9 | No. 14 | Modified to include part a) and omit part b) USA objects to part b) service in combat (Doc. 823 at 3) |
| No. 10 | No. 15 | Included without objection |

1

| | | |
|---|---|---|
| No. 11 | No. 16 | Included over USA's objection to identifying spouse's employer and education level (Doc. 823 At 3) |
| No. 12 | No. 17 | Included over USA's objection—relevancy and covered by other questions. (Doc. 823 at 3) |
| Ability header Doc. 815-1 at 3 | | Included without objection |
| No. 13 | No. 19 | Included without objection |
| No. 14 | No. 20 | Included without objection |
| No. 15 | No. 21 | Included without objection |
| No. 16 | No. 22 | Included without objection |
| No. 17 | No. 23 | Included without objection |
| No. 18 | No. 24 | Included without objection |
| No. 19 | No. 25 | Included without objection |
| Publicity header Doc. 815-1 at 4 | | Modified based on USA's objection to detail and use of terms not part of charges—shorter, general description (Doc. 823 at 4-5). Defendant Leveille also objects to the detailed description (Doc. 838 at 3-4). |
| No. 20 | No. 26 | Modified to address USA's objections regarding phrasing (Doc. 823 at 4-5) |
| No. 21 | No. 27 | Included over USA's objection (Doc. 823 at 4-5) |
| No. 22 | No. 28 | Modified to address USA's objections (Doc. 823 at 4-5) |
| No. 23 | | Omitted as covered by other questions (Court's Nos. 29 and 47) (Doc. 823 at 4-5) |
| No. 24 | No. 29 | Included without objection |
| Children header Doc. 815-1 at 5 | | Omitted |
| No. 25 | No. 18 | Modified to make more general and moved to an earlier section based on USA's objections (Doc. |

2

| | | |
|---|---|---|
| | | 823 at 5-6) |
| No. 26 | | Omitted based on USA's objections that case does not involve legal termination or limitation of parental custodial rights, irrelevant, confusing (Doc. 823 at 5-6) |
| No. 27 | | Omitted based on USA's objections—same as No. 26 (Doc. 823 at 5-6) |
| No. 28 | | Omitted based on USA's objections—same as No. 26 (Doc. 823 at 6) |
| No. 29 | | Omitted based on USA's objections—same as No. 26 (Doc. 823 at 6) |
| Courts header Doc. 815-1 at 6 | | Included without objection |
| No. 30 | No. 30 | Included without objection |
| No. 31 | No. 31 | Modified using USA's requested modifications (Doc. 823 at 6-7) |
| No. 32 | No. 32 | Included without objection |
| No. 33 | No. 33 | Included without objection |
| | No. 34 | Added from Court's VDQ |
| No. 34 | No. 35 | Modified based on USA's objection-omits parts about reasons for owning guns and use of guns (Doc. 823 at 7-8) |
| No. 35 | No. 36 | Modified using USA's suggested language (Doc. 823 at 8) |
| No. 36 | | Omitted based on USA's objection (Doc. 823 at 8) |
| No. 37 | | Omitted based on USA's objection (Doc. 823 at 8) |
| Religion header Doc. 815-1 at 8 | | Modified based on USA's Objections (Doc. 823 at 8-9) |
| No. 38 | No. 37 | Modified and expanded based on USA's objection |

3

|  |  | incorporation of Court's VDQ question (Doc. 823 at 8-9) |
|---|---|---|
| No. 39 |  | Omitted based on USA's objections (Doc. 823 at 8-9) |
| No. 40 |  | Omitted based on USA's objections (Doc. 823 at 8-9) |
| No. 41 |  | Omitted based on USA's objections (Doc. 823 at 8-9) |
| No. 42 | No. 38 | Modified and generalized based on USA's objections (Doc. 823 at 9-10) |
| No. 43 | No. 39 | Modified and generalized based on USA's objections  (Doc. 823 at 9-10) |
| No. 44 |  | Omitted based on USA's objections (Doc. 823 at 10) |
| No. 45 |  | Omitted based on USA's objections (Doc. 823 at 10-11) |
| No. 46 | No. 40 | Modified and generalized based on USA's objections (Doc. 823 at 11) |
| No. 47 | No. 41 | Modified based on USA's objections-uses fair and impartial language suggested by USA (Doc. 823 at 11) |
| No. 48 |  | Omitted based on USA's objections (Doc. 823 at 11-12). Also objected to by Defendant Leveille (Doc. 838 at 2-3) |
| No. 49 |  | Omitted based on USA's objections (Doc. 823 at 11-12).  Also objected to by Defendant Leveille (Doc. 838 at 2-3) |
| No. 50 |  | Omitted based on USA's objections (Doc. 823 at 11-12).  Also objected to by Defendant Leveille (Doc. 838 at 2-3) |
| No. 51 |  | Omitted based on USA's objections (Doc. 823 at 11-12). Also objected to by Defendant Leveille (Doc. 838 at 2-3) |

4

| | | |
|---|---|---|
| No. 52 | | Omitted based on USA's objections (Doc. 823 at 11-12). Also objected to by Defendant Leveille (Doc. 838 at 2-3) |
| No. 53 | | Omitted based on USA's objections (Doc. 823 at 11-12). Also objected by Defendant Leveille (Doc. 838 at 2-3). |
| No. 54 | | Omitted based on USA's objections (Doc. 823 at 12) |
| Other Life header Doc. 815-1 at 10) | | Modified and incorporated in earlier header |
| No. 55 | No. 43 | Modified based on USA's objections-uses fair and impartial language suggested by USA (Doc. 823 at 12) |
| No. 56 | No. 42 | Included without objection |
| No. 57 | | Omitted based on USA's objections (Doc. 823 at 12) |
| No. 58 | | Omitted based on USA's objections (Doc. 823 at 12) |
| No. 59 | | Omitted based on USA's objections (Doc. 823 at 12) |
| | No. 44 | Added from Court's VDQ |
| | No. 45 | Added from Court's VDQ |
| No. 60 | No. 46 | Modified to address USA's objections and to incorporate language from Court's VDQ (Doc. 823 At 12) |
| No. 61 | No. 47 | Included, but USA objects due to lack of attached witness list—if list is not provided, question should be omitted (Doc. 823 at 13). Also objected to by Defendant Leveille on the grounds that the list invites jury research prior to voir dire. (Doc. 838 at 4). |