Yusuf Sabr

After she says the recognise what voice to listen to

Because many would speak

But she know the voice that tell her truth

So me I think all jin

The dream

Ibn dreamed they we're all too rich

Wealthy

So after maryam read kidr

She.said voice says dig

And voice means to all of us Gabriel

So ibn was digging with            for 2 days

And felt discouraged

Maryam are you sure,

She checked again

Maryam said. Yall digging the wrong way and take Lucas.he is a better digger

2 days NOTHING

3rd day diamond



Case 1:18-cr-02945-WJ   Document 850-1   Filed 07/16/23   Page 3 of 95

It could be fake

Again. Hujrah and pana.. we are girls we know diamond

👍 1

Even if it isnt, we have enough here to still make us rich

But they said

Von it's diamond

😮 1

Buckets

Like, how much money worth??

That's what got Them inseparable

👍 1

Makes sense!

Well.. trillion they would say

😮 1

Wowwwww

That's why they all have same understanding

Case 1:18-cr-02945-WJ   Document 950   Filed 07/16/23   Page 4 of 95

I didn't think she'd grant it. so why did she?

She watch something from a neighbor and also medical say those kids are in best of health.. But judge couldn't mention that in court



so it's hidden evidence?

Again... I won't answer much...imam siraj I want to hear this

So whatever.hapoened I am sorry about A_____ | G_____

Those ppl made an honest mistake

why did it happen??

that's all I wanna know!

What did what happen

convinced that there were jinns placed on them

Ok

So..

2 person did 12 different magic on ibn..and 1 did 5 different magic on hujrah

That's what I remember

That's what the man they went to see told them?? 😮

WALAHI THAT'S WHAT IBN SHARED

😱😱😱

and they gave him a hint of who

But not names

So they suspected sis H and J...

Are u always aware of what he and hujrah was told by that person who performed the.ruqyah

All*

Not always.. all

no. I just know that they came back convinced that there were jinns placed on them

Ok

So..

2 person did 12 different magic on ibn..and 1 did 5 different magic on hujrah

That's what I remember

That's what the man they went to see told them?? 😮

FATH



Case 1:18-cr-02945-WJ Document 950 Filed 07/16/23 Page 7 of 95

**FATH** They always talk good of jamila

Yea. But not in the letter.

They called her the Dajjap

Dajjal

**FATH** I really don't remember, that's why I am not saying anything about it. But they mention those two at first. Then mention just hakima and a different sister

Aa

I | I'm | You

This is the part where I don't want no one upset

It's already known based on the letter

That was sent to Muhammad

That they believe sis H and J were out to get them

But do you think it was really them?

Well the hint they gave ibn pointed something to him.. So I can't tell you much. If ibn wants he can share it

Well they would talk good of imam wife and said at first they made a mistake

So it was the item he found in his house that pointed him to who he thought it would be.

Yusuf Sabr

what is the chain of events?

I am telling TRUTH when I say only imam will advise me to share. Becauus those are his kids. And I am hoping y'all understand

why is everyone accusing your sister of practicing magic?

My sister tells me everything and I mean no secrets. She never mention to me that she is involve in black magic. In fact like I stated on a story . While this was going on, I shared a story that took place here and she advised me to stay far away from that friend because going to that man house knowing he practices magic might get Allah angry with me

I first heard it on fb. Then from Tariq

All Know is, she had friend in the community who would share stories with her

I have many people who've told me they witnessed her doing certain things while in her presence, specifically in the past 2 years.

it's been a long time rumor surrounding her.

some people claim to have seen her burying roots.

what event? and why did you quit your job because of it? did y'all see something?

Type a message...

Yusuf Sabr

She did tell me that she would find things in her home and would bury them because she believe it's stuff ppl did trying to hurt her. And by burying the thing the magic would have no effect on her and her family

Found something through a dream ibn had

and that's why y'all think somebody was doing something to them?

why do they think it was Hakima and/or Jamilla?

No no.. I am answering the question u asked.. we didn't see something. Ibn found something

in real life? what? like, magic components?

Like I said.. imam siraj only will I talk to and he can decide if he wants to share

I know what you think he found. I heard a long time ago. some black magic stuff, in the basement I believe.

why do they think it's Hakima is my question

I know a lot bro, and that's why I'm tryna get THEIR side of the story

cuz everything else makes them look bad

Yusuf Sabr

I already feel I have.said enough...and.or the respect I have.for imam, I can't just say that to anyone but.him.

Well. Did u know they were trying to add thief to the charges

yes. and a bunch of immigration charges too

They said Lucas stole the trailer

I don't care about immigration charges

Being Haitian isn't a crime

bro of course its not

Then. Told them. No.. They bought the trailer. And after.research they found out they accidentally bought a stolen trailer

And I can share why judge give bail

I didn't think she'd grant it. so why did she?

She watch something from a neighbor and also medical say those kids are in best of health.. But judge couldn't mention that in court



Safari File Edit View History Bookmarks Window Help Fri 11:07 PM

facebook.com

(4) Facebook | Messenger | (4) It does of course work both ways.. - Anas Muhammad... | Surah Al-Kahf [18] - Al-Qur'an al-Kareem - القرآن الكريم

Search | Anas | Home

Yusuf Sabr

FATH: She watch something from a neighbor and also medical say those kids are in best of health.. But judge couldn't mention that in court

so it's hidden evidence?

Again... I won't answer much...imam siraj I want to hear this

So whatever.hapoened I am sorry about A[redacted] G[redacted]

FATH: Those ppl made an honest mistake

why did it happen??

that's all I wanna know!

FATH: What did what happen

why did a[redacted]-g[redacted] die?

FATH: Why I meant

what were they trying to do?

Type a message...

Details

BET

sement.

Ah

and will it put them in danger of more charges?

I need to know. Hujrah is an old friend of mine

I been worried about her since November man

I will try to explain g      But most ppl might not believe

I'm keeping an open mind

Ok

Ibn and hujrah went to London. Yall already knew that

yup

Are u always aware of what he and hujrah was told by that person who performed the.ruqyah

All*

Not always.. all

no. I just know that they came back convinced that there were jinns placed on them



Yusuf Sabr

Ok

So..

2 person did 12 different magic on ibn..and I did 5 different magic on hujrah

That's what I remember

That's what the man they went to see told them?? 😲

WALAHI THAT'S WHAT IBN SHARED

😱😱😱

and they gave him a hint of who

But not names

So they suspected sis H and J...

This is the part where I don't want no one upset

It's already known based on the letter

Yusuf Sabr

It's already known based on the letter

That was sent to Muhammad

That they believe sis H and J were out to get them

But do you think it was really them?

Well the hint they gave ibn pointed something to him.. So I can't tell you much. If ibn wants he can share it

Well they would talk good of imam wife and said at first they made a mistake

So it was the item he found in his house that pointed him to who he thought it would be.

They always talk good of jamila

Yea. But not in the letter.

They called her the Dajjap

Dajjal

I really don't remember, that's why I am not saying anything about it. But they mention those two at first. Then mention just hakima and a different sister

Yusuf Sabr

I know the letters.but like I said at first it was a mistake like I said

Ok I get it. So they weren't certain about Sis Jamilla

If I remember, the accident happen after an email ibn read. So I will share it like I remembered

Jany was driving

Which accident. On the highway?

Yes on the highway

Jany was driving

I don't know the ister

But ibn crashed after reading it

So jany was driving

Got tired

Asked ibn to get the wheel

But ibn was asleep,

So ibn said. I am sleepy. Let's pull over and rest for a few

And.they did

And.they did

For 2-3h maybe

Then ibn felt fine

As they were driving, someone sent an email

Then read it.

And maryam said, the.remember falling asleep

And waking up to a crash

She woke b4 ibn

But

G      and      were out of the car

Everyone else stuck

She woke ibn, and ibn was shocked and then managed to get everyone out

She woke ibn, and ibn was shocked and then managed to get everyone out

OUT OF THE CAR?

Like THROWN OUT?

Yes

No not thrown out

Oh ok

I had pics of jany with a bleeding thumb

And I think mubaraka had a broken nose

Whaaaat

But they was ok otherwise?

Yes

Everyone else was ok

ACS came etc...

ACS came etc...

Since then, they stop using email

Damn

Those I can share a

And you don't know who the other sister is?

I don't remember

Hmmm. This is important.

Why does everyone say Maryam claimed to be the Mahdi?

Or messiah

And I want to say why g          is a mystery to me

And please no upset

And just listen to why Ibn took G

U want to hear?

And just listen to why Ibn took G

U want to hear?

Yes

Ibn managed.to get the mother out.. And ibn was talking to G       .. HE would manner by shaking his head yes or no

Right

Good.. just making sure

He asked , are u happy here

Answer no

Mommy hurt u

Yes

Now I will jump to before they perform ruqyah on him

BET

Type a message...

Yusuf Sabr

Now I will jump to before they perform ruqyah on him

Ok

BET

They asked him in front of everyone. Same.question and more

Like is mommy doing.something  to u that you don't like

like....beating him?

Yes

Beating...nnnnnno

But he answered yes

hmm... then, what do they believe she was doing to them?

They asked a question about magic

He said yes

And they did a ruqyah

While ruqyah is on, he returned to Allah. And I can say in December

They asked a question about magic

He said yes

And they did a ruqyah

While ruqyah is on, he returned to Allah. And I can say in December

😮 1

Then right away maryam called me and explained what I just told you, and she said. "Everyone is ok. Because we know he died while ibn was reciting. .. So no one got sad

And they would wash him every 2 to 3 days

And for about 4 months, no change in his body..

Ibn and Muhammad would wash him

muhammad?

And he.wasnt always in tunnel,  he.was in hujrah room

...?

F

the child?

**Yusuf Sabr**

Faroll

the child?

Maryam's son?

Meaning the room hujrah was sleeping in.. yes. G

they kept him in Hujrahs room!?

Yes

Like I said.. no decomposing

And bath

And that was one of the things that kept them feeling a certain feeling

what feeling was that?

But they tried to reach in January.  That I know for sure, didn't know how it went

reach who?

Yusuf Sabr

Feeling that something was up

Like.something special..

ok..

And the part when the sheriff came.to ask them to evacuate

Cause fire.was.near

ooooh

They didn't evacuate

Fire was near like they were feeling the heat and they cried and.prayed for rain.

Not long after rain and posted the picture they took after

But ibn dream got them locked.there

locked there???

Meaning, at one they had different feelings

And wanted to go home

And wanted to go home

All of them

😮

Why didn't they?

Then that happened and they just would not care about nothing.else

Oooh ok

So ibn dream got.them locked.there

And the part I want imam only to know

His,wisdom will decide what to say and.how to feel

Well. ALLAH knows

And please noticed I focused on G       so you understand what took place

👍 1

And I won't say about the claim of Mahdi

why not? somebody should answer that. and you seem to know

Yusuf Sabr

Ppl will call All 5 of them locos

Well I don't because imam must tell me first

> I mean they already are. So if you can at least clarify it for me.

> And do you believe what they believe?

> IS she receiving word from Allah brother?

That's why I keep it to me...and yes they all said maryam is guided, ..my opinion is maybe ibn performed too many  ruqyah on maryam .. But ill be a.liar if I tell people Idon't believe.something happened.there and we need.to find out and I feel she has a gift and not hesitant to say it.

We all agreed on that 😊 •••

> Is she receiving revelation bro???

Because u asked. I will answer the question in.a.way for u to understand why all 6 of us might be in dark

And plz understand and try put yourself in my shoes

Ibn had a dream,

Type a message...

Ibn had a dream,

Ok

Then took it to Maryam

And what they discovered ...because of her explanation.. got me to quit

Why did I quit.

What was the message of the dream???

Because she has told me many times to quit and I refused

I quit right after

Well that is the part again where I need imam. It involves him.. trust that

Aslo I want to add

The judge granted.bail because she said she couldn't believe her eyes she none of the lawyers turn against each other

Hmm? Meaning..?

She.was hoping for a.feud. like pointing finger .. like ibn turn on Lucas. Janv on hui etc

Case 1:18-cr-02945-WJ   Document 850-1   Filed 07/16/23   Page 28 of 95

The judge granted.bail because she said she couldn't believe her eyes she none of the lawyers turn against each other

Hmm? Meaning..?

She.was hoping for a.feud. like pointing finger .. like ibn turn on Lucas. Jany on huj etc

That added to the fact she granted bail

And also if y'all didn't know.. pana.is 7 months

She said,the best pregnancy she every had

Me i am a logical person. I just feel the ruqyah on IBN, hujrah and maryam played a big factor

That's why I plead their they aren't guilty

Just probably tried something they shouldn't have. But part of me feel, we are part of something that is big

My last about this

They knew they were going to get arrested. They knew this would be world wide. They knew that's how they will be known. They knew ppl would reject.  They knew they would be in it by themselves. So they were ready but I am sure they weren't ready for how its happening

And I'll share what else make me feel that way

They explained to me how to do ruqyah..ibn and maryam

And I can say I have 2 wives

Yusuf Sabr

They explained to me how to do ruqyah..ibn and maryam

And I can say I have 2 wives

And they were ok with me practicing it on both of them . I'LL NEVER DO IT AGAIN

I did it on a wife,  let's say Monday

Tuesday I come home. That's before I quit my job

And found her hiding in our closet. Crying. Shaking her head.. blocking her ears.

And.soooo  scared

But they always told me, talk nice to jinns

And since then. I said I would do it.again

And I believe.they are innocent .. just probably made a bad choice. But only Allah knows. And you can detect my confusion also reading this last part

I was always the one with dought

The other 5 have 0

I've done it before

with no negative effects

because it's supposed to be GUIDED by a true qualified SHAYKH

Altho I feelstrong belief because of ibn dream. But they always said I am not there. It's ok

Type a message...

Yusuf Sabr

Altho I feelstrong belief because of ibn dream. But they always said I am not there. It's ok.

Well I heard that 2

Well everything I told , is just part of it all. Like maybe 30%

but makes sense

But if i Don't get to tell imam, either he will find out another way or never find out

And do u know why I don't,want to tell just anyone... Because I took n oath

U know what

Give me 60 seconds to make dua And see how I feel

👍

Ok

How many people will know this

other than me, only Imam Siraj insha'Allah

U got me walking up and down

Type a message...



Yusuf Sabr

U got me walking up and down

Ok

Maryam has this thing

She.says. ..just seek refuge in Allah ..mentuon what u want the Qur'an to tell u then open a random page

Example ..

Seek refuge. O Allah tell me about what ibn dream means

yea

The opened surat 18

Story of kidr

But She won't understand right away

right

After she says the recognise what voice to listen to

Because many would speak

But she know the voice that tell her truth

Type a message...

Yusuf Sabr

After she says the recognise what voice to listen to

Because many would speak

But she know the voice that tell her truth

So me I think all jin

The dream

Ibn dreamed they we're all too rich

Wealthy

So after maryam read kidr

She.said voice says dig

And voice means to all of us Gabriel

So ibn was digging with f___ for 2 days

And felt discouraged

Maryam are you sure,

She checked again

Maryam said. Yall digging the wrong way and take Lucas.he is a better digger

2 days NOTHING

3rd day diamond

2 days NOTHING

3rd day diamond

DIAMOND???

Hujrah and pana confirmed 😮 1

Like I said. Call me crazy

Call me loco

Nah I believe you

That's just crazy!!!

Buckets

Wait. LOTS OF DIAMONDS???

So I went on Google and searched and told them

It could be fake

Again. Hujrah and pana.. we are girls we know diamond



Safari File Edit View History Bookmarks Window Help

Fri 11:10 PM

facebook.com

(4) Facebook | Messenger | (4) It does of course work both ways.. - Anas Muhammad... | Surah Al-Kahf [18] - Al-Qur'an al-Kareem - القرآن الكريم

Search

Anas | Home

Yusuf Sabr

Details

It could be fake

Again. Hujrah and pana.. we are girls we know diamond 👍 1

Even if it isnt, we have enough here to still make us rich

But they said

Von it's diamond 😮 1

BET

Buckets

Like, how much money worth??

That's what got Them inseparable 👍 1

Makes sense!

Well.. trillion they would say 😮 1

Wowwwww

sement.

That's why they all have same understanding

Type a message...

That's why they all have same understanding

Got it.

Because she showed them to a MAJOR find.

Have you seen pictures??

That's why tell ppl. I don't know what it is. But they are innocent

I have some pics

You mind sharing?

Now u understand why I say I want imam on this.

Where

Yes definitely!

That's HUGE!

Just send them here. 🙇

How

Yusuf Sabr

**How**

See the button with pictures next to the blue plus sign?

Hit blue arrow by where you type message and hit the little picture



Maryam
Just now







Yusuf Sabr

Did what ?

Sometimes I wish ibn hasn't perform all those ruqyah on jany

But qadr of Allah

They found them a,while back

So they picked up every last one of them

But they were in the tunnel . I believe with A        G        ..

Truth is when I asked she really would reply and I would ask how r the goodies

She would reply in the tunnel.

I really hope this finds imam siraj

My wives are upset that I told u and not imam. But I am hoping it gets imam

I'll try

To pass it to him

Well we will see.

But I explained to my wife why I shared with you . And u must know.

Type a message...

‹ **Home (4)**

**Yusuf Sabr** ›
Messenger

and I have to ask the most important question... why didn't A▮▮▮-G▮▮▮ come back, like he was supposed to?

That I can answer from my understanding

Whenever we thought something

And would discuss the way we think it will happen

It would actually happen differently then what we would discuss 😮 1

Like example

They would get caught or raid

Ibn would die 😮 1

And g▮▮▮ wake and revive him 😮 1

Then we are kike.. No. That's silly

Then we got Allah knows the unseen

Aa

Ibn would die

😮 1

And g [   ] wake and revive him

😮 1

Then we are kike.. No. That's silly

Then we got Allah knows the unseen

And does that he wants

so, do you all think it has something to do with Pana's baby?

Ibn would die

😮 1

And g⬜⬜wake and revive him

😮 1

Then we are kike.. No. That's silly

Then we got Allah knows the unseen

**FATH** And does that he wants

so, do you all think it has something to do with Pana's baby?

Krakrakra....well call me crazy.. They never ever said that

**FATH** But me, I think it

😮 1

like, her baby is the spirit of G⬜⬜

**FATH** That's just my opinion which I discuss between my wife and I.. it never came from them.

Home (4)

Yusuf Sabr ›
Messenger

Krakrakra....well call me crazy..
They never ever said that

FATH   But me, I think it

😮 1

like, her baby is the spirit of G⬜

FATH   That's just my opinion which I
discuss between my wife and I.. it
never came from them.

what are they thinking then? have
they given up? or do they still
believe?

FATH   Up until the day of raid.. everyone
had same faith.  I don't know how
they feel now

but they knew the raid was coming,
right? so why would they lose hope if
it's all part of Allah's plan

FATH   But they knew the raid was going
to happen on the 3rd

😊+

Aa   😊

what are they thinking then? have they given up? or do they still believe?

 Up until the day of raid.. everyone had same faith. I don't know how they feel now

but they knew the raid was coming, right? so why would they lose hope if it's all part of Allah's plan

But they knew the raid was going to happen on the 3rd

 I am telling you they knew it was coming on the.third

😮 1

and how did they know that it was coming on the 3rd??

 If I am not mistaken. 3rd was a friday

yes it was

‹ Home (4)

Yusuf Sabr ›
Messenger

but they knew the raid was coming, right? so why would they lose hope if it's all part of Allah's plan

But they knew the raid was going to happen on the 3rd

I am telling you they knew it was coming on the.third

😮 1

and how did they know that it was coming on the 3rd??

If I am not mistaken. 3rd was a friday

yes it was

And my sister told me on the 4th, g____ would be discovered on the 6th. His birthday

and he was !

Aa

and how did they know that it was coming on the 3rd??

**FATH** If I am not mistaken. 3rd was a friday

yes it was

**FATH** And my sister told me on the 4th, g‐‐‐ would be discovered on the 6th. His birthday

😮 1

and he was !

**FATH** ALLAH created and did many stuff on a friday

😊+

true. and on monday too

which was Ghani's birthday!

so, since it doesn't seem to have happened how they thought it would yet, do you still think he's gonna bring back instructions on what they need to do?

FATH

yet, do you still think he's gonna bring back instructions on what they need to do?

I am not sure what they played with. I don't know the magnitude of the ruqyah ibn did on jany. But things are just too clear for me to refuse what they shared with me

subhan'Allah.....

Bro. My faith hasn't changed.  I can't lie about that. Just that I feel something will go down

something, bad?

to who?

I keep advising on Facebook for ppl to read surat 71

Nuah

‹ Home (3)    Yusuf Sabr ›
Messenger

Bro. My faith hasn't changed. I can't lie about that. Just that I feel something will go down

😮 1

something, bad?

to who?

I keep advising on Facebook for ppl to read surat 71

👍 1

Nuah

The story talk about separating ppl by faith

After they know

right. that the true believers will be tested and will be "on their own"

Yes

So to me. I'll just wait and see

😊+

Aa

**FATH** So to me. I'll just wait and see

do you think the 5 are in danger at all though?

or do you think something else is going to happen?

something BIG?

Did u know that many people in GA believed in ibn and jany when they told them what happened

 😮 1

To me. Something big is coming

 😮 1

**FATH** I just don't know what

when they told them what happened with what?

TO YOU?

you think you're in danger?

**FATH** No.. at the beginning before they even left for that trip.

    Aa   

Page 51 of 95

To me. Something big is coming

😮 1

I just don't know what

when they told them what happened with what?

TO YOU?

you think you're in danger?

No.. at the beginning before they even left for that trip.

Muhammad believed.. along with many others who will not step toward and say they used to believe

And a sister in Texas..

so muhammad is just not being honest?

or he's too scared to admit he believes ?



T-Mobile Wi-Fi 🛜 2:48 PM 22% 🔋⚡

‹ **Home (4)** Yusuf Sabr ›
Messenger 📞 🎥

do you know the sister in Texas? that's where im from.

Did u read the letter.. He isn't scared to admit. Just had a change of opinion after seeking advice from ppl

Of course

FATH Jany best friend

ohhh somebody changed his mind about joining?

FATH Yes. Someone changed Muhammad mind

I thought her best friend was in Georgia...? or am I mistaken?

Nah

The friend who got her in Islam

FATH A Moroccan

😊+

➕ 📷 🖼 🎤 Aa 😊 👍

Nah

The friend who got her in Islam

A Moroccan

At first the friend would express to jany how Moroccan practice heavy magic

😮 1

yes this is true

did she teach any?

And the friend said.. jany I wouldn't be.surprised if the wife got ibn through magic

😮 1

wowwww!!!!

So I want people to understand.. jany didn't create this

😊+

who did??

Case 1:18-cr-02945-WJ   Document 60-1   Filed 07/16/23   Page 54 of 95

< Home (4)

Yusuf Sabr ›
Messenger

who did??

It was an entire story all together



And signs

pointing to Ghani's mother...?

why does Maryam thing Hakima stole Ghani from her womb? how would she have done that? through magic?

think*

Well people don't believe jany didnt come up with it..jany has a big mouth and always wants to do what is right

👍 1

There is a sister there in GA who explained a story to jany

2:54 PM

She said. Jany I was pregnant for 9 months. Visited doctor and everything

😮 1

Aa

Case 1:18-cr-02945-WJ  Document 660  Filed 07/16/23  Page 55 of 95

she have done that? through magic?

think*

Well people don't believe jany didnt come up with it..jany has a big mouth and always wants to do what is right

👍 1

There is a sister there in GA who explained a story to jany

2:54 PM

She said. Jany I was pregnant for 9 months. Visited doctor and everything

😮 1

Seen

When it was time to give birth,

No baby

😮 1

HOWWWW??!?!





Aa 🙂 👍

Case 1:18-cr-02945-WJ   Document 650   Filed 07/16/23   Page 56 of 95

‹ Home (3)

Yusuf Sabr ›
Messenger

HOWWWW??!?!

Well. I don't know. But that is a story i heard

And maryam

She never has miscarriage

She was once pregnant

subhan'Allah!

And 3 months into pregnancy she lost

so tell me this. was Ghani SUPPOSED to die then? so that he could be reborn?

was that a part of the process?

I don't know

But let me ask u a,question

Cause I just hear ppl say it

Like jin kept him going ⌄

Aa

Case 1:18-cr-02945-WJ   Document 150   Filed 07/16/23   Page 57 of 95

because if he was to be resurrected as Isa, then he'd have to die first..

FATH   I have a question

whats up

FATH   Is it true that at birth g       died ?

not exactly. no.

FATH   Like at first he wasn't breathing

he had complications and wasn't breathing at first because of a complication at birth

but he wasn't technically "dead"

FATH   Ok

he COULD have died. and the lack of oxygen is the reason why he can't walk or talk

So ibn   Like jin kept him going ⌄

Case 1:18-cr-02945-WJ Document 200D Filed 07/16/23 Page 58 of 95

**Yusuf Sabr** ›
Messenger

‹ Home (3)

FATH: Ok

he COULD have died. and the lack of oxygen is the reason why he can't walk or talk

FATH: So ibn wasn't lying to me

FATH: What I got from them is

no he wasn't lying. he was very close to death, and he was in fact so close to death that that's the reason he was sick for the rest of his life

FATH: This is what I got

FATH: A deal with the devil.. Like g▮▮▮▮ was a jin

😮

FATH: Like jin kept him going

wait. so like, it was "never a▮▮▮▮-g▮▮▮▮"???

Aa



FATH

Ok

he COULD have died. and the lack of oxygen is the reason why he can't walk or talk

So ibn wasn't lying to me

FATH

What I got from them is

no he wasn't lying. he was very close to death, and he was in fact so close to death that that's the reason he was sick for the rest of his life

This is what I got

FATH

A deal with the devil.. Like g⬜ was a jin

😮

FATH

Like jin kept him going

wait. so like, it was "never a ⬜- g⬜⬜??

FATH
The jin helped him by Allah s permission of course

😮 1

so if that was true, then he technically had to "die" to exorcise the jinn, correct?

were they surprised when he died? or did they expect it?

FATH
So while ruqyah, the jinns died.. So g___ died

so it was supposed to happen then? and that's why they were at peace?

FATH
Yes.. They were at peace because they recited Qur'an and he died

😮 😮 😮 😱

FATH
So they knew.something

FATH
• • •

Aa

< **Home (3)**     Yusuf Sabr ›    Messenger    📞 📹

FATH: Yes.. They were at peace because they recited Qur'an and he died

😮 😮 😮 😱

FATH: So they knew.something

FATH: All 5

FATH: Ibn did ruqyah on everyone

even the kids?

FATH: Everyone

FATH: Only g▮▮▮ died

so they don't think it was because he was sick? it was because the REAL A▮▮▮-G▮▮▮ was never alive, and it was a JINN in his body?

FATH: U know the Islamic belief behind seizure is being controlled by jinn right

Aa

So they knew.something

All 5

FATH Ibn did ruqyah on everyone

even the kids?

Everyone

FATH Only g     died

so they don't think it was because he was sick? it was because the REAL A████ G█████ was never alive, and it was a JINN in his body?

FATH U know the Islamic belief behind seizure is being controlled by jinn right

Not really. Enlighten me.

Haven't heard that

Some Muslim actually say that

FATH

FATH

< **Home (3)**

Yusuf Sabr ›
Messenger

Some Muslim actually say that

**FATH** Well. Plz research it..

I will look into it

So in order for ruqya to work on AG, he had to die.

So u can actually try to make a connection about their sincere mistake

**FATH**

I see it now

No ..g___ died because the jin in him.. the jinn that helped g___ stay alive. Died... that is their belief

**FATH**

Ooooooh!!!

They thought they'd just get rid of the jinn!

They didn't think AG would die.

Once he died, they realized he was never alive?

‹ **Home (3)**            Yusuf Sabr ›            📞  📹
                          Messenger

Oooooh!!!

They thought they'd just get rid of the jinn!

They didn't think AG would die.

Once he died, they realized he was never alive?

And g⬜⬜ wasn't on meds. He was on spells. That was 1 clue to ibn

Meaning. Meds and spells together

So to me, the jinn on G⬜ was suppose to die.. not G⬜

😮 1

Subhan'Allah

So they felt the desperation of having a child pushed the mom to practice magic

But she really didn't mean to

😮 1

FATH  • • •

➕  📷  🖼  🎤   Aa                    😊       👍

But she really didn't mean to

😮 1

That's what they came to believe later on

😮 1

where did they get the belief from? who was the teacher?

I need to study more on these topics!

so they decided Hakima was so desperate to have a son that when her son died at birth she called a jinn to revive his body?

That is what London said

OOHHH!!!! so that's who told them that!

got it

Jany want teaching.us about magic

She thought us Qur'an

Yusuf Sabr ›
Messenger



FATH

Jany want teaching.us about magic

She thought us Qur'an

Actually jany made ibn stop ruqyah

why??

Because it hurts

 😢 1

Thats why I get upset when ppl comment and keep saying the practice magic

FATH

She.was.really our Qur'an teacher

why was she the teacher though, and not Ibn?

Because they all agreed that her explanation would make more sense and when she.says something would happen. It actually happened

😮 1

Exa  And between dhur and asr ⌄

    Aa 🙂 

FATH

She.was.really our Qur'an teacher

why was she the teacher though, and not Ibn?

Because they all agreed that her explanation would make more sense and when she.says something would happen. It actually happened

Example

I am not sure

But surat Furqan

I think

ALLAH says approach the slave before fajr

After Isha

And between dhur and asr

FATH

••• And between dhur and asr ⌄

Aa

Case 1:18-cr-02945-WJ Document 680-1 Filed 07/16/23 Page 68 of 95

ALLAH says approach the slave before fajr

After Isha

And between dhur and asr

So we actually practice that

So they build something between dhur and asr called parent.time



Exclusif for only parents

No child time.

Try to put babies asleep before parent time

Or.. every morning...and every night enforced adkhar on us



Fortress of muslim chapter 27



Or.. while praying







**Yusuf Sabr** ›
Messenger

Home (3)

Tashahud.. we should also recite the last 10 ayats of surat 18

Before giving salam

So that's why I want to explode when ppl tie her to black magic

😢 1

She made ibn stop ruqyah.

Cause

ALLAH don't want pain in no one

😢 1

Ruqyah hurt

She thought us to have sex differently

FATH

she taught you to have sex differently?

how?

Yes

FATH

• • •

Case 1:18-cr-02945-WJ  Document 17500 Filed 07/16/23  Page 70 of 95

⟨ Home (4)    Yusuf Sabr ⟩    📞  📹
                Messenger

But she really didn't mean to

😮 1

FATH

That's what they came to believe later on

😮 1

where did they get the belief from? who was the teacher?

I need to study more on these topics!

so they decided Hakima was so desperate to have a son that when her son died at birth she called a jinn to revive his body?

FATH

That is what London said

OOHHH!!!! so that's who told them that!

got it

FATH

Jany want teaching.us about magic

FATH

She thought us Qur'an

😊+

⊕  📷  🖼  🎤  Aa  😊  👍

Case 1:18-cr-02945-WJ    Document 65    Filed 07/16/23    Page 71 of 95

Yusuf Sabr
Messenger

Jany want <u>teaching.us</u> about magic

She thought us Qur'an

FATH  Actually jany made ibn stop ruqyah

why??

Because it hurts
😢 1

Thats why I get upset when ppl comment and keep saying the practice magic

FATH  She.was.really our Qur'an teacher

why was she the teacher though, and not Ibn?

Because they all agreed that her explanation would make more sense and when she.says something would happen. It actually happened
😮 1

Exan  And between dhur and asr ⌄

Aa

Case 1:18-cr-02945-WJ  Document 160-1  Filed 07/16/23  Page 72 of 95

 Home (5)

Yusuf Sabr >
Messenger

FATH  She.was.really our Qur'an teacher

> why was she the teacher though, and not Ibn?

Because they all agreed that her explanation would make more sense and when she.says something would happen. It actually happened

😮 1

Example

I am not sure

But surat Furqan

I think

ALLAH  says approach the slave before fajr

After Isha

And between dhur and asr

FATH  • • •  And between dhur and asr ⌄

Aa

Case 1:18-cr-02945-WJ Document 360-1 Filed 07/16/23 Page 73 of 95

ALLAH' says approach the slave before fajr

After Isha

And between dhur and asr

So we actually practice that

So they build something between dhur and asr called parent.time

😮 1

Exclusif for only parents

No child time.

Try to put babies asleep before parent time

Or.. every morning...and every night enforced adkhar on us

👍 1

Fortress of muslim chapter 27

👍 1

Or.. while praying

FATH •••

Aa

Tashahud.. we should also recite the last 10 ayats of surat 18

Before giving salam

So that's why I want to explode when ppl tie her to black magic

😢 1

She made ibn stop ruqyah.

Cause

ALLAH don't want pain in no one

😢 1

Ruqyah hurt

She thought us to have sex differently

FATH

she taught you to have sex differently?

how?

Yes

FATH

FATH

•••

Aa

Case 1:18-cr-02945-WJ Document 360-1 Filed 07/16/23 Page 75 of 95

**Yusuf Sabr** >
Messenger

Home (4)

she taught you to have sex differently?

how?

FATH

Yes

Like.. the old times...ill explain

yes please

No looking at woman body..like tits and anything below

😮 1

Always under a sheet

Man can carress breast

No licking it

No touching private part

Man can hold his penis and rub woman

And during sex... No pain for no one

FATH

And pana and Lucas lov...

Aa

woman

And during sex... No pain for no one

WOW

what was her reasoning for teaching this type of sex?

So man must go as slowly as possible

And always eye contact

And always smile

👍 1

Sex is for men pleasure .. And sex was pure. But throughout time men changed it

And also jinns are there watching

So we changed to that

And pana and Lucas loved it more

FATH

• • •

And pana and Lucas lov... ⌄

Aa

‹ **Home (4)**

**Yusuf Sabr** ›
Messenger

😮 1

Then they moved to tunnel

Lucas has a bed in his truck

FATH  Privacy

👍 1

was this before or after the jinn in G▮▮▮died?

FATH  Did i mention g▮▮▮ died in December

yes.

FATH  Well after

do you know what day in december? and did he die in New Mexico?

FATH  NM

my birthday is in december

FATH  Around 24th or 25th

😊+

FATH

+  📷  🖼  🎤  Aa  😊  👍

Yusuf Sabr ›
Messenger

FATH NM

my birthday is in december

FATH Around 24th or 25th

😮 1

😱

is that a significant date?

I don't know bro. Don't want to add something I wasn't told.

👍 1

FATH But he was.wirh hujrah

😢 1

why did they keep him with Hujrah I wonder..

FATH And then they decided to bury him. They did it Jesus style

😮 1

really????

FATH

Aa

Case 1:18-cr-02945-WJ Document 150 Filed 07/16/23

**Yusuf Sabr** ›
Messenger

‹ Home (4)

FATH: And then they decided to bury him. They did it Jesus style 😮 1

really????

FATH: At first no tunnel

So it stayed inside

Yes.. They buried him. Wrapped in white blanket.. inside a.coffin..in a cave. Secured by a rock 😮 1

masha'Allah

sooo how would he have gotten out, when he came back...?

is that a dumb question?

FATH: Well that is where u not understanding or someone.pushin u to keep asking. Things never went like we.exprcted

Wash to keep him clean ⌄ 😮 1

Aa

Well that is where u not understanding or someone.pushin u to keep asking. Things never went like we.exprcted

😮 1

They thought he would get up in April 27

Didn't happen

FATH And then may

OOOOH

So things changed because they expected.it would work their way

FATH Never worked their way

oh so they didn't bury him until after those dates passed?

FATH Yes

what did they do with his body between december and April, besides w Wash to keep him clean ⌄

Aa

< Home (4)              Yusuf Sabr  >
                         Messenger

FATH  Never worked their way

oh so they didn't bury him until after those dates passed?

FATH  Yes

what did they do with his body between december and April, besides wash him?

pray over him?

more ruqya?

And.they figured who tunnel had 2 directions

The first was for g▮

It was as small as a cave

Just wash

👍 1

Wash to keep him clean

FATH  ● ● ●

Wash to keep him clean ⌄

Aa

< Home (3)          Yusuf Sabr >
                     Messenger

FATH  Yes

> what did they do with his body between december and April, besides wash him?

> pray over him?

> more ruqya?

And.they figured who tunnel had 2 directions

The first was for g

It was as small as a cave

Just wash

👍 1

Wash to keep him clean

And bought him expensive new clothes

😮 1

> OH! they kept him in clothes, or were they waiting for his return?

Aa

< **Home (4)**

Yusuf Sabr >
Messenger

Well that is where u not understanding or someone.pushin u to keep asking. Things never went like we.exprcted

 1

They thought he would get up in April 27

Didn't happen

FATH  And then may

OOOOH

So things changed because they expected.it would work their way

FATH  Never worked their way

oh so they didn't bury him until after those dates passed?

FATH  Yes

what did they do with his body between december and April, besides w  Wash to keep him clean ⌄

Aa

< Home (4)

**Yusuf Sabr** >
Messenger

FATH  Waiting for return
👍 1

the other kids knew what was going on. were they ok?

did you speak to your nephews?

I'd be scared man

On the 3rd. During raid. The police were next to g▇▇▇ body.

They didn't see him
😮 1

FATH  Went in the cave

I remember seeing that on the news

FATH  But they found him on his birthday as predicted
😮 1

how does she get the information she predicts I wonder?

Pana once ⌄  that's amazing

Aa

**Yusuf Sabr** >
Messenger

< Home (3)

FATH  Yes

what did they do with his body between december and April, besides wash him?

pray over him?

more ruqya?

And.they figured who tunnel had 2 directions

The first was for g

It was as small as a cave

Just wash

👍 1

Wash to keep him clean

And bought him expensive new clothes

😮 1

OH! they kept him in clothes, or were they waiting for his return?

Aa

**Yusuf Sabr** ›
Messenger

‹ Home (4)

are you worried for the children who were put in foster care bro? they were taken away from the family, and from muslims...

were they happy being with the family?

FATH No I am not

😮 1

really???

FATH They were too happy

you must know something.

lol

alhamdulillah.

All except muhammad

FATH He.wanted nikah

hmmmm

Pana.becaause she has... ⌄    really?

Aa

Case 1:18-cr-02945-WJ Document 650 Filed 07/16/23 Page 87 of 95

**FATH** One days ibn was needed

did he ever try to leave?

So he.was inside tunnel

Muhammad

No

Pana once

😮 1

Pana.becaause she has a.punishment/ training

😮 1

Her punishment /training is

She.was never the type to pay attention to her family

😮 1

Won't cook

😮 1

Won't. Clean

😮 1

**FATH** •••

Aa

< Home (4)          Yusuf Sabr  >
                      Messenger

FATH  Never worked their way

oh so they didn't bury him until after
those dates passed?

FATH  Yes

what did they do with his body
between december and April, besides
wash him?

pray over him?

more ruqya?

And.they figured who tunnel had 2
directions

The first was for g

It was as small as a cave

Just wash

👍 1

Wash to keep him clean

FATH  •••

Wash to keep him clean ⌄

Aa

Case 1:18-cr-02945-WJ    Document 350-2 Filed 07/16/23

⟨ Home (4)

Yusuf Sabr ⟩
Messenger

are you worried for the children who were put in foster care bro? they were taken away from the family, and from muslims...

were they happy being with the family?

FATH **No I am not**

really???

FATH **They were too happy**

you must know something.

lol

alhamdulillah.

FATH **All except muhammad**

FATH **He.wanted nikah**

hmmmm

Pana.becaause she has... ⌄    really?

Aa

Case 1:18-cr-02945-WJ   Document 550   Filed 07/16/23   Page 90 of 95

Yusuf Sabr ›
Messenger

**Home (4)**

FATH   Waiting for return
👍 1

the other kids knew what was going on. were they ok?

did you speak to your nephews?

I'd be scared man

On the 3rd. During raid. The police were next to g⬛body.

They didn't see him
😮 1

FATH   Went in the cave

I remember seeing that on the news

FATH   But they found him on his birthday as predicted
😮 1

how does she get the information she predicts I wonder?

Pana once ⌄   that's amazing

Aa

Case 1:18-cr-02945-WJ Document 60 Filed 07/16/23 Page 91 of 95

< Home (4)

**Yusuf Sabr** ›
Messenger

really?

how old is he??

Yes he.wanted.nikah

FATH 15

wow. kinda young. lol

he wanted to leave?

to get married?

Well u know y

FATH One days ibn was needed

did he ever try to leave?

So he.was inside tunnel

Muhammad

No

Pana once

Pana becaause she has

Aa

.il T-Mobile LTE  3:58 PM

< Home (3)

Yusuf Sabr ›
Messenger

Pana.becaause she has a.punishment/ training

Her punishment /training is

She.was never the type to pay attention to her family

Won't cook

Won't. Clean

So pana opened Qur'an and she read that Allah has a task for her until the end. And it was to cook and clean everyday

Maryam confirmed

FATH

9 months of cleaning and cooking everyday

so she HAD to do it then huh?

Aa

attention to her family

😮 1

Won't cook

😮 1

Won't. Clean

😮 1

So pana opened Qur'an and she read that Allah has a task for her until the end. And it was to cook and clean everyday

😮 1

Maryam confirmed

😮 1

FATH

9 months of cleaning and cooking everyday

so she HAD to do it then huh?

She ended up loving it at the end. Like end of june

It was her task

😊+

FATH

FATH ● ● ●

Aa

Case 1:18-cr-02945-WJ Document 60-3 Filed 07/16/23 Page 94 of 95

‹ Home (5)

Yusuf Sabr ›
Messenger

FATH **I pray**

insha'Allah

well brother.. feel free to hit me up if you want or need to talk

your business is safe with me.a

FATH **Will do**

and insha'Allah everything goes well for the family...

FATH **Al hamdulillah.  I am glad to hear that**

if you ever wanna share just message me insha'Allah

FATH 👍

salaam 'alaikum

FATH **Wa alaikum salaam wa rahmatullah.**

Aa

After she says the recognise what voice to listen to

Because many would speak

But she know the voice that tell her truth

So me I think all jin

The dream

Ibn dreamed they we're all too rich

Wealthy

So after maryam read kidr

She.said voice says dig

😮 1

And voice means to all of us Gabriel

So ibn was digging with ⬜ for 2 days

And felt discouraged

Maryam are you sure,

She checked again

Maryam said. Yall digging the wrong way and take Lucas.he is a better digger

😮 1

2 days NOTHING

3rd day diamond