IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                    No. 1:18-CR-02945-WJ

JANY LEVEILLE, et al.,

    Defendants.

## DEFENDANT HUJRAH WAHHAJ'S JOINDER IN RESPONSE BY JANY LEVEILLE RE [840] ORDER, SET HEARINGS, TERMINATE MOTIONS, TO COURT'S ORDER REGARDING SPECIAL JURY QUESTIONNAIRE [DOC 848]

Defendant Hujrah Wahhaj, through counsel Marshall J. Ray and Donald F. Kochersberger III, notifies the Court and all parties of her joinder in the *Response by Jany Leveille re [840] Order, Set Hearings, Terminate Motions, to Court's Order Regarding Special Jury Questionnaire [Doc 848]*. In support of this Joinder, Defendant STATES:

Defendant fully adopts the argument contained in the *Response by Jany Leveille re [840] Order, Set Hearings, Terminate Motions, to Court's Order Regarding Special Jury Questionnaire [Doc 848]*, and joins in the requests for relief contained therein.

WHEREFORE, for the reasons identified in the *Response by Jany Leveille re [840] Order, Set Hearings, Terminate Motions, to Court's Order Regarding Special Jury Questionnaire [Doc 848]*, Defendant Hujrah Wahhaj also respectfully requests that the Court adopt each of the provisions of the proposed special jury questionnaire addressed therein.

Respectfully Submitted:

*/s/ Donald F. Kochersberger III*
Donald F. Kochersberger III
BUSINESS LAW SOUTHWEST LLC
6801 Jefferson St. NE, Suite 210
Albuquerque, NM 87109
(505) 848-8581
Donald@BusinessLawSW.com


*/s/ Marshall J. Ray*
Marshall J. Ray
Law Offices of Marshall J. Ray, LLC
514 Marble Ave, NW
Albuquerque, NM 87111
(505) 312-2748
mray@mraylaw.com

*Attorneys for Defendant Hujrah Wahhaj*