IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

        Plaintiff,

v.                                         No. 1:18-CR-02945-WJ

JANY LEVEILLE,
SIRAJ IBN WAHHAJ,
LUCAS MORTON,
HUJRAH WAHHAJ, and
SUBHANAH WAHHAJ,

        Defendants.

## DEFENDANTS' AMENDED UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING MOTIONS IN LIMINE[1]

Jany Leveille, Defendant, by and through undersigned counsel Aric G. Elsenheimer and Angelica Hall; Hujrah Wahhaj, by and through undersigned counsel, Donald Kochersberger and Marshall J. Ray; and Subhanah Wahhaj, by and through undersigned counsel, Justine Fox-Young and Ryan J. Villa; moves the Court to extend the time for filing their motions in limine by two weeks or until July 31, 2023.

---

[1] This motion is amended to reflect that the request is an extension of time for motions in limine only. The defendants are not seeking an extension of time for jury instructions and that language was included by mistake.

1

1. Trial in this case will not begin until late September of 2023. The parties are in the process of preparing exhibit lists, witness lists, and jury instructions.

2. The current deadline to file motions in limine is Monday, July 17, 2023. Several hearings are currently set in this matter, including a *James* hearing scheduled for July 19, 2023. Based on the parties' current preparation of exhibit lists and witness lists and the upcoming *James* hearing and *Daubert* hearings, the parties request an extension of time of all motions in limine until July 31, 2023.

3. A two-week extension of time would not delay the proceedings in any way.

4. Counsel for the government, Kimberly Brawley and Jackson Tavo Hall, do not oppose this motion. Co-defendants Siraj Ibn Wahhaj and Lucas Morton, who are proceeding pro se and are incarcerated, could not be reached for their position on this motion.

WHEREFORE, Defendants, by and through undersigned counsel, respectfully requests that this Court extend the deadline to file their motions in limine until August 7, 2023.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas Blvd., NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
(505) 346-2494 Fax
aric_elsenheimer@fd.org
angelica_hall@fd.org

 /s/ *filed electronically November 10, 2022*
ARIC G. ELSENHEIMER, AFPD
ANGELICA HALL, AFPD
Attorneys for Jany Leveille

3