IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 18-2945 WJ ) |
| JANY LEVEILLE,<br>SIRAJ WAHHAJ,<br>SUBHANAH WAHHAJ,<br>HUJRAH WAHHAJ, and<br>LUCAS MORTON, | ) ) ) ) ) ) |
| Defendants. | ) |

**UNITED STATES' WITNESS LIST**

The United States of America submits this list of witnesses for trial in this matter. The United States reserves the right to supplement this list.

1. FBI Special Agent Travis Taylor
2. FBI Special Agent Adelfa M. J. Garcia
3. FBI Special Agent Craig Monroney
4. FBI Special Agent Samuel Hartman
5. FBI Special Agent Sylvia Romero
6. FBI Special Agent Christina Sandoval
7. FBI Agent Alma Ortega
8. FBI Special Agent Peter Ubbelohde
9. FBI Special Agent Sarah Rich
10. FBI Special Agent Brandon Rueger
11. FBI Special Agent Kyle Marcum
12. FBI Special Agent Matthew Sumrall

13. FBI Supervisory Special Agent Denis Suta

14. FBI Supervisory Special Agent Jaime Molina

15. FBI Special Agent Matthew Tine

16. FBI TFO Jamey Roy

17. FBI Supervisory Special Agent Tyler Krueger

18. FBI Special Agent Amber Tyree

19. FBI Special Agent Noreen Ahmed

20. FBI Special Agent Kenneth Harris

21. FBI Special Agent Brett Yellen

22. FBI TFO Domenico Scibilia

23. FBI TFO Kim Marie Strafella

24. FBI Special Agent Michael Lawrence Hopkins

25. FBI Special Agent Russell Gooch

26. FBI Special Agent Leslie Brown

27. FBI Special Agent John Turner, Jr.

28. FBI Special Agent Nicholas Markel

29. FBI Special Agent Nathan Miles Faggert

30. FBI Special Agent Joe K. Ennis

31. FBI Unmanned Aerial Systems Operator Jason Gibson

32. FBI Electronics Technician Ellis Campbell

33. FBI ELSUR Operations Technician Yolanda Lucero

34. Language Specialist Guy Trenard

35. Clayton County Police Department Captain W. Scott Stubbs

36. Clayton County Police Department Detective Rick Porter

37. East Point Police Department Sergeant R.A. Michaud

38. Alabama Trooper James Earnhardt

39. Taos County Sheriff Steve Miera

40. Taos County Undersheriff Jerry Hogrefe

41. Taos County Sheriff's Sergeant Jason Rael

42. Taos County Sheriff's Detective Marvin Armijo

43. Taos County Sergeant Gilbert Atencio

44. Taos County Sheriff's Deputy Teodoro Flores

45. Taos County Sheriff's Deputy Esequiel Romero

46. Taos County Sheriff's Deputy Jake Cordova

47. Taos County Evidence Technician Victoria Romo

48. Taos County Sheriff's Sergeant Jose T. Garcia

49. Taos County Sheriff's SRT Team Kelly Romero

50. Taos County Sheriff's Sergeant Greg Trujillo

51. Taos County Sheriff's Deputy Douglas Klinelole, Jr.

52. Taos County Sheriff's Deputy Sylvia Trujillo-Chacon

53. Taos County Sheriff's Deputy David Romo

54. Homeland Security Investigations Lavanda Leet

55. New Mexico State Police (NMSP) Sergeant Wesley Cox

56. NMSP Bryan Donis

57. Rio Grande Basin Technical Rescue Team Special Agent Paul Torrez

58. NM Office of Superintendent of Insurance (OSI) Special Agent Joseph Chavez

59. NM OSI Special Agent Paul A. Garcia

60. NM OSI Special Agent Johnny Cappelli

61. NM OSI Special Agent Mark Torres

62. Bernalillo County Sheriff's Office Deputy David Littlefield

63. Sandoval County Fire Department Canine Handler Shannon Ferrel

64. Dekalb County Detective Jonathan K. Walker

65. Dekalb County CERT Instructor Austin Harris

66. Dekalb County CERT Instructor Robert Swanson

67. Georgia Division of Family and Children's Services Investigator Cameron Jackson

68. Children, Youth, and Families Department (CYFD) Supervisor Melissa Montoya

69. CYFD, CPS Investigator Anthony Barajas

70. Clara Mendiola

71. Former FBI Special Agent and Digital Forensic Examiner Brian Nishida

72. FBI Computer Analysis Response Team (CART) Forensic Examiner Tara Wade

73. FBI CART Forensic Examiner Jane Bales

74. FBI CART Forensic Examiner Ted Durham

75. FBI Electronic Device Analysis Unit Examiner Dustin Simerly

76. ATF Special Agent Lisa Gaul

77. ATF Special Agent Zach Rominger

78. ATF Supervisory Firearms Specialist James Barlow

79. Deportation Officer Matthew Salcido

80. Deportation Officer Edward Gober

81. Deportation Officer Jason Wasson

82. USCIS Atlanta Field Office Director Kevin Riddle

83. S. Randy Watt, President/Owner of SRW Special Operations Strategic and Tactical Training and Services

84. John Phillips, M.D.

85. Gloria Smikle, N.P.

86. Peter Ryba, Pharm.D.

87. Tamara Stephenson

88. Hannah Kastenbaum, M.D.

89. Gary Mlady, M.D.

90. Hakima Ramzi

91. Jamella Jihad

92. Muhammad Abullah Wahhaj

93. Naeemah Rashid

94. Balkis Wahhaj

95. Siraj Latif Wahhaj

96. Michael Louis-Jacques

97. Moumouni Ali

98. F.J.L.

99. J.J.L.

100. N.A.

101. A.M.

102. N.W.

103. Jessica Morton

104. Nina Morton

105. Jason Badger

106. Tonya Badger

107. Anas White

108. Christopher Williams

109. Abdul Rashid

110. Von Yusef Leveille

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Electronically filed*
KIMBERLY A. BRAWLEY
TAVO HALL
Assistant U.S. Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

*/s/ Electronically filed*
GEORGE C. KRAEHE
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC   20530

Certificate of Service

I hereby certify that I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record for Defendants to be served by electronic means. A copy was also mailed to Defendants Siraj Ibn Wahhaj and Lucas Morton.

*/s/ Filed Electronically*
KIMBERLY A. BRAWLEY
Assistant U.S. Attorney