IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 18-2945 WJ |
| | ) |
| JANY LEVEILLE, | ) |
| SIRAJ WAHHAJ, | ) |
| SUBHANAH WAHHAJ, | ) |
| HUJRAH WAHHAJ, and | ) |
| LUCAS MORTON, | ) |
| | ) |
| Defendants. | ) |

# UNITED STATES' EXHIBIT LIST

The United States of America submits this list of exhibits for trial in this matter. The United States reserves the right to supplement this list.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Electronically filed*
KIMBERLY A. BRAWLEY
TAVO HALL
Assistant U.S. Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

*/s/ Electronically filed*
GEORGE C. KRAEHE
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC   20530

Certificate of Service

I hereby certify that I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record for Defendants to be served by electronic means. A copy was also mailed to Defendants Siraj Ibn Wahhaj and Lucas Morton.

                                                  */s/ Filed Electronically*
                                                  KIMBERLY A. BRAWLEY
                                                  Assistant U.S. Attorney

| United States' Exhibit List | | | *United States v. Jany Leveille, et al*, 18-CR-2945 WJ | |
|---|---|---|---|---|
| Presiding Judge: **William P. Johnson** | | Court Reporter: Mary Loughran | Courtroom Deputy: Richard Garcia | |

| Pltf No. | Def Ltr. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits | Bates No. |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | Glock 17, S/N BDLC017 | |
| 2 | | | | | | Springfield Arms, S/N U5411172 | |
| 3 | | | | | | Ruger, S/N 575557758 | |
| 4 | | | | | | Smith & Wesson, S/N CVB3274 | |
| 5 | | | | | | Kimber, S/N KRF7874 | |
| 6 | | | | | | Glock 26, S/N BEUV018 | |
| 7 | | | | | | C2 12-gauge shotgun, S/N 1166A12 | |
| 7a | | | | | | Sling attached to C2 shotgun | |
| 8 | | | | | | Bushmaster assault rifle, S/N BF1659484 | |
| 8a | | | | | | Sling attached to Bushmaster assault rifle | |
| 9 | | | | | | Marlin 30-30, S/N R2898 | |
| 9a | | | | | | 4 x 32 scope attached to Marlin 30-30 | |
| 9b | | | | | | Case containing Marlin 30-30 | |
| 10 | | | | | | Savage .308 rifle, S/N 602918 | |
| 10a | | | | | | Weaver scope attached to Savage rifle | |
| 10b | | | | | | Case containing Savage rifle | |
| 11 | | | | | | Glock 42, S/N ABDB288 | |
| 11a | | | | | | Case containing Glock 42 and lock | |
| 12 | | | | | | 18 rounds of 40 caliber live ammunition | |
| 13 | | | | | | Two empty Springfield Arms magazines | |

| Pltf No. | Def Ltr. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits | Bates No. |
|---|---|---|---|---|---|---|---|
| 14 | | | | | | Three empty Kimber magazines | |
| 15 | | | | | | Three empty Glock magazines | |
| 16 | | | | | | Two empty magazines | |
| 17 | | | | | | Additional ammunition | |
| 18 | | | | | | Eight polymer magazines | |
| 19 | | | | | | Three 30 round magazines | |
| 20 | | | | | | Three 16 round magazines | |
| 21 | | | | | | One 9mm cartridge (live ammunition) | |
| 22 | | | | | | Two cartridge cases with live ammunition (CCLA) .223 caliber | |
| 23 | | | | | | Gun magazine holder | |
| 24 | | | | | | Black tactical vest | |
| 25 | | | | | | Green tactical vest | |
| 26 | | | | | | Ten hardhats | |
| 27 | | | | | | Safety equipment to include vests, facemasks, goggles, ear protectors | |
| 28 | | | | | | Toshiba Laptop, black in color, S/N 5242877W (partial) | |
| 29 | | | | | | HP Laptop black in color with charge cord, S/N CND6326W52 | |
| 30 | | | | | | HP laptop, black in color | |
| 31 | | | | | | Acer laptop, model #KAV60, Aspire One series, S#EC08400090098AQ01523 | |
| 32 | | | | | | Go Pro camera, black in color S/N: C3161326689076 with battery | |

| Pltf No. | Def Ltr. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits | Bates No. |
|---|---|---|---|---|---|---|---|
| 33 | | | | | | Black cell phone with Wahhaj Subhanah, S/N 706CYBD0066285 | |
| 34 | | | | | | LG smartphone, black in color with black case S/N 708CYTB460993 | |
| 35 | | | | | | LG smartphone, silver in color with purple case S/N 50BCYUU390359 | |
| 36 | | | | | | LG smartphone, black in color S/N 606CYB080944 | |
| 37 | | | | | | LG smartphone, black in color S/N 706CYWC0066473 | |
| 38 | | | | | | Scandisk thumb drive, black and red in color | |
| 39 | | | | | | Orange 4G LTE Net Com Sim card | |
| 40 | | | | | | Hard Drive, 2TB, S/N WCC4M2KFXCHJ | |
| 41 | | | | | | Hard Drive, 2TB, S/N WCC4M6HJXVK6 | |
| 42 | | | | | | Red JVC camcorder model GZ-HD300RU, S/N 134P0454 with memory card and battery | |
| 43 | | | | | | Item 14: Sharp Vodafone, model GX17, IMEI #354722/00/809800/7 | |
| 44 | | | | | | Untraceable Assault Rifle DVD | |
| 45 | | | | | | Small purse | |
| 46 | | | | | | Letter to Muhammed | 794-797, 23254-23261 |
| 47 | | | | | | Jany Leveille's Book | 138-244, 1128-1260 |
| 48 | | | | | | Jany Leveille's Journal/Writings | |
| 49 | | | | | | Nine journals | |
| 50 | | | | | | Papers and one journal | |

| Pltf No. | Def Ltr. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits | Bates No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 51 | | | | | | Three composition notebooks | |
| 52 | | | | | | Small pad with handwritten names and telephone numbers (7A) | |
| 53 | | | | | | Composition book with handwritten notes (7B) | |
| 54 | | | | | | Blue notebook with handwritten notes (7C) | |
| 55 | | | | | | Composition book with handwriting (7D) | |
| 56 | | | | | | Composition book with green cover with handwriting (7E) | |
| 57 | | | | | | Composition book with handwriting (7F) | |
| 58 | | | | | | Papers | |
| 59 | | | | | | Siraj Wahhaj Writings | 21764, 23886-23891 |
| 60 | | | | | | Phases of a Terrorist Attack | 2591-2600, 2783-2812, 4182, 23244-23253 |
| 61 | | | | | | Georgia Court Documents and Orders | 773-791, 2727-2756, 21274-21294, 23337-23345 |
| 62 | | | | | | Lapel Video from Alabama Crash | |
| 63 | | | | | | Lapel Video from Hospital in Alabama | |
| 64 | | | | | | Shooting Videos at Compound | |

| Pltf No. | Def Ltr. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits | Bates No. |
|---|---|---|---|---|---|---|---|
| 65 | | | | | | Taos County Sheriff's Office Lapel Video | |
| 66 | | | | | | New Mexico State Police Lapel and Audio Recordings of Encounter with Morton | |
| 67 | | | | | | Photographs – Alabama residence | 3036-3140 |
| 68 | | | | | | Photographs – Alabama Motor Vehicle Accident | 27142-27167 |
| 69 | | | | | | Photographs – Aerial of Compound | 1769-1797, 22144-22172 |
| 70 | | | | | | Photographs – Search Warrant Execution | 2243-2407 |
| 71 | | | | | | Photographs – TCSO and OSI | 1828-2237, 2408-2467, 2611-2677, 21734-22143, 23289-23334 |
| 72 | | | | | | Photographs – Compound Site | 315-687 |
| 73 | | | | | | Photographs – Firearms, IDs, etc. at Site | 27103-27126 |
| 74 | | | | | | Photographs – by C. Williams | 2819-2914 |
| 75 | | | | | | Photographs – by J. Badger | 2238-2242 |
| 76 | | | | | | Photographs – GoPro | 21629-21718 |
| 77 | | | | | | Photographs – Weapons | 1798-2237 |
| 78 | | | | | | Diagrams of Compound Site | 720-723, 3036-3140, |

| Pltf No. | Def Ltr. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits | Bates No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | 22834-22837, 22845 |
| 79 | | | | | | Maps of Compound Site | 2727-2756 |
| 80 | | | | | | John Doe's Medical Records | 24621-26185 |
| 81 | | | | | | New Mexico Pharmacy Records | 23527-23530 |
| 82 | | | | | | Office of Medical Investigator Records and Report | 2066, 26186-26187, 27277-27309 |
| 83 | | | | | | ATF Amended Technical Exam Report | 26439-26492 |
| 84 | | | | | | ATF Trace Summaries | 697-708 |
| 85 | | | | | | Jany Leveille's A-file | 255-275, 798-1121 |
| 86 | | | | | | Regional Computer Forensic Laboratory Report | 15982-15983 |
| 87 | | | | | | Electronic Evidence – NM004215 Results | |
| 88 | | | | | | Electronic Evidence – NM004216 Results | |
| 89 | | | | | | Electronic Evidence –NM004217 Results | |
| 90 | | | | | | Electronic Evidence – NM004218 Results | |
| 91 | | | | | | Electronic Evidence – NM004222 Results | |
| 92 | | | | | | Electronic Evidence – NM004226 Results | |
| 93 | | | | | | Cell Phone Dump – NM004213 Results | |
| 94 | | | | | | Cell Phone Dump – NM004214 Results | |

| Pltf No. | Def Ltr. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits | Bates No. |
|---|---|---|---|---|---|---|---|
| 95 | | | | | | Cell Phone Dump –NM004219 Results | |
| 96 (a)-(i) | | | | | | Text Conversations (James Hearings Exhibits 7-15) | |
| 97 | | | | | | Facebook Communications | 4183-12476, 12477-15967, 20834-21169 |
| 98 | | | | | | Text Messages from Subhanah | 1757-1768, 2757-2782, 21262-21273 |
| 99 | | | | | | Screen Captures of Conversation Between Von Yusef Leveille and Anas White | 27182-27276 |
| 100 | | | | | | AT&T Records | 16960-17917 |
| 101 | | | | | | Comcast Records | 17918-17920 |
| 102 | | | | | | Metro PCS Records | 17930-18272 |
| 103 | | | | | | Microsoft Records | 21173-21190 |
| 104 | | | | | | Skype Records | 21191-21222 |
| 105 | | | | | | Sprint Records | 18273-19669 |
| 106 | | | | | | T-Mobile Records | 17921-20204 |
| 107 | | | | | | Verizon Records | 20205-20832 |
| 108 | | | | | | WhatsApp Records | 21246-21257 |

| Pltf No. | Def Ltr. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits | Bates No. |
|---|---|---|---|---|---|---|---|
| 109 | | | | | | Yahoo Records | 16304-16340 |
| 110 | | | | | | Translations | 26493-26651, 26493a, 26493b, 16277-16291 |
| 111 | | | | | | Records regarding Sale of House | 27091-27097 |
| 112 | | | | | | Letter by Lucas Morton | 1734-1744 |