IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                                              No.18-cr-002945-WJ

HUJRAH WAHHAJ,

        Defendant.

## DEFENDANT'S WITNESS LIST

Defendant Hujrah Wahhaj, through counsel of record, Donald Kochersberger and Marshall Ray, notifies the Court and the United States Attorney of her intent to call the following witnesses in the above-referenced cause:

1. Detective Ricky Porter
2. Investigator R.A. Michaud
3. Chief Earl Seegar
4. Scott Stubbs
5. Clara Mendiola
6. Shakeima Ellis
7. Aamir Mahmoud
8. Ameera Rahim
9. Kenny Jenkins
10. Megan Jenkins
11. John Adams
12. Tyler Anderson
13. Leonard C. Holifield
14. Mitchell O'Neil

15. Keith Thompson

16. Michael Lawrence Hopkins

17. Anthony Ray Peters

18. Bilal Shibaaz

19. Imam Siraj Wahhaj

20. Balkis Wahhaj

21. Malaquias Rael

22. Bruce Mallot

23. Any necessary records custodian for whom the parties cannot reach a stipulation.

24. Any witnesses identified by the United States.

25. Any witness identified by any co-Defendant, and any experts noticed by any co-Defendant.

Respectfully submitted,

Donald F. Kochersberger III
6801 Jefferson St NW Suite 210
Albuquerque, NM 87109-4390
(505) 848-8581
Donald@BusinessLawSW.com

*/s/ Marshall J. Ray*
Marshall J. Ray
Law Offices of Marshall J. Ray, LLC
514 Marble Ave, NW
Albuquerque, NM 87111
(505) 312-2748
mray@mraylaw.com

*Attorneys for Defendant Hujrah Wahhaj*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2023 I filed the foregoing electronically through the CM/ECF system, which caused all parties of record and/or counsel for the parties to be served by

electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                /s/ *Marshall J. Ray*
                                                MARSHALL J. RAY