IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                                                                                                  No. 1:18-CR-02945-WJ

JANY LEVEILLE, et al.,
    Defendants.

**DEFENDANT HUJRAH WAHHAJ'S JOINDER IN
DEFENDANT'S PROPOSED JURY INSTRUCTIONS
FILED BY SUBHANAH WAHHAJ [Doc 865]
and
DEFENDANT SUBHANAH WAHHAJ'S
PROPOSED VOIR DIRE QUESTIONS [Doc 862]**

Defendant Hujrah Wahhaj, through counsel Marshall J. Ray and Donald F. Kochersberger III, notifies the Court and all parties of her joinder in *Defendant's Proposed Jury Instructions*, filed by Defendant Subhanah Wahhaj [Doc 865] and *Defendant Subhanah Wahhaj's Proposed Voir Dire Questions* [Doc 862]. In support of this Joinder, Defendant STATES:

Defendant fully adopts the requests contained in the *Defendant's Proposed Jury Instructions* [Doc 865] and joins in propounding the jury instructions contained therein. Similarly, Defendant adopts the questions contained in *Defendant Subhanah Wahhaj's Proposed Voir Dire Questions* [Doc 862].

WHEREFORE, Hujrah Wahhaj adopts as her own, the requested instructions contained in *Defendant's Proposed Jury Instructions* [Doc 865] and respectfully requests that the Court adopt each of the instructions propounded therein. In addition, Defendant respectfully requests that the Court allows Defendant Hujrah Wahhaj to utilize the questions contained in *Defendant Subhanah Wahhaj's Proposed Voir Dire Questions* [Doc 862] during jury selection, and fully adopts the limitations/exceptions contained in the preamble and conclusion thereto.

Respectfully Submitted:

*/s/ Donald F. Kochersberger III*
Donald F. Kochersberger III
BUSINESS LAW SOUTHWEST LLC
6801 Jefferson St. NE, Suite 210
Albuquerque, NM 87109
(505) 848-8581
Donald@BusinessLawSW.com


*/s/ Marshall J. Ray*
Marshall J. Ray
Law Offices of Marshall J. Ray, LLC
514 Marble Ave, NW
Albuquerque, NM 87111
(505) 312-2748
mray@mraylaw.com

*Attorneys for Defendant Hujrah Wahhaj*