IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                No.18-cr-002945-WJ

JANY LEVEILLE, et. al.

        Defendant.

## STIPULATED ORDER ALLOWING DEFENSE STAFF TO BRING CELLPHONES INSIDE THE UNITED STATES DISTRICT COURTHOUSE FOR THE DISTRICT OF NEW MEXICO

IT IS HEREBY ORDERED that the following people are authorized to pass through security with their cellphones and are further authorized to access and use their cellphones in accordance with Court rules for the duration of the proceedings in this matter, including all scheduled hearings and at trial:

    Cynthia s. Gilbert, Paralegal
    Dennis Maez, Investigator
    Craig Martin, Investigator
    Gary Ainsworth, Investigator

IT IS ALSO ORDERED that a copy of this order be provided to the U.S. Marshals Service or its designee at the courthouse entrance.

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**