IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                             No. 1:18-cr-02945-WJ

JANY LEVEILLE,
SIRAJ IBN WAHAJ,
LUCAS MORTON,
HUJRAH WAHHAJ, and
SUBHANAH WAHHAJ,

    Defendants.

## ORDER DENYING MOTION TO EXCLUDE EXPERT DR. CHITRA RAGHAVAN AS MOOT

**THIS MATTER** is before the Court on the United States' Motion to Exclude the Testimony of Dr. Chitra Raghavan. (Doc. 759. Dr. Chitra Raghavan was designated as an expert witness for trial by Defendant Subhanah Wahhaj. (Doc 759 at 1). The United States seeks to hold a hearing pursuant to *Daubert v. Merrell Dow Pharmaceuticals,* 509 U.S. 579 (1993) and to exclude the expert testimony of Dr. Raghavan. On June 30, 2023, Defendant Subhanah Wahhaj filed Notice that she is withdrawing Dr. Chitra Raghavan as an expert witness. (Doc. 824). Therefore, a *Daubert* hearing is unnecessary and the United States' Motion is denied as moot.

    **IT IS SO ORDERED.**

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE