IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                          No. 1:18-cr-02945-WJ

JANY LEVEILLE,
SIRAJ IBN WAHAJ,
LUCAS MORTON,
HUJRAH WAHHAJ, and
SUBHANAH WAHHAJ,

    Defendants.

### NOTICE AND ORDER ON SPECIAL JURY QUESTIONNAIRE

**NOTICE** is given that the letter to prospective jurors and Special Jury Questionnaire attached to this Notice and Order constitute the Court's final version and are being sent to prospective jurors by the Court's Jury Administrator.

Any objections inconsistent with the attached Special Jury Questionnaire are overruled, any requests to include additional questions that are not included are denied, and any claimed error is preserved for purposes of Fed. R. Crim. P. 51.

**IT IS SO ORDERED.**

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE