

**United States District Court**
**District of New Mexico**
**Pete V. Domenici United States Courthouse**
333 Lomas Blvd. N.W.
Albuquerque, New Mexico 87102
(505) 348-2000 – Fax (505) 348-2028
July 26, 2023

Dear Prospective Juror,

    This letter and enclosures are being sent to you because you have been randomly selected as a possible juror for a jury trial in Albuquerque scheduled to begin on September 25, 2023. Jury service is often referred to as "jury duty", but jury service is also a very important responsibility of being a United States citizen.



    This picture is a copy of the large painting in the public entry area of the United States Courthouse in Las Cruces and the painting is titled "The American Jury". The painting symbolizes present day jury service in that it represents male and female citizens of different races, ethnicities, religions, and backgrounds randomly selected to serve as jurors in federal and state court trials throughout the United States.

    Enclosed with this letter is the Court's Qualifying and Special Jury Questionnaires, both of which need to be filled out by you. Therefore, please carefully read the instructions and then answer the questions on these questionnaires to the best of your ability.

    The courts in the United States cannot function without faithful participation of those citizens randomly chosen to serve as jurors. Accordingly, I sincerely thank you for your participation in jury service.

Very truly yours,

*[signature]*

William P. Johnson, Chief United States District Judge
Encls.