# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

# COURT'S SPECIAL JURY QUESTIONNAIRE

# PRELIMINARY INSTRUCTIONS

The following questions are used by the Court to obtain information about you to assist in the jury selection process. Providing complete answers will save time for you and the Court.

Remember, there are no "right" or "wrong" answers. The only correct answers are those that are honest, thoughtful and most accurately reflect your personal attitudes, beliefs, and experiences. It is very important that you answer the questions to the best of your ability and in the most complete manner as possible.

Please fill out the answers by yourself without consulting any other person. If you need additional space for your answers, or wish to make further comments, please use the page attached at the very end of this questionnaire - Please do not use the *back* of any page for your comments. Simply identify the question number next to your continued response.

You are instructed by the Court not to discuss anything about this case with anyone, even your spouse or significant other, nor are you to research this case or anything related to it, by any means, including the internet, social media, radio, newspapers, discussions with others, or in any other manner. Your failure to abide by this directive may result in contempt of court proceedings against you.

When you finish answering all the questions, you are required to sign this questionnaire and please remember that your written answers are given under oath.

1

**SPECIAL JUROR QUESTIONNAIRE**          **JUROR #**_____

**1**. _____
         Last Name                    First Name                 Middle Initial

_____
         City                         Zip code                   County

**2**. How long have you lived at your current address? _____

**3**. Regarding your residence, indicate whether you _____own _____rent

**4**. How long have you lived in New Mexico? _____

**5**. Have you lived in other states or in foreign countries? \_\_\_\_\_Yes \_\_\_\_\_No

   **If YES,** please indicate which states or foreign countries and the time periods you lived in those locations: _____

_____

**6**. Are you a citizen of the United States? _____Yes _____No

   6.a. If naturalized indicate _____ When _____Where

**7**. Can you read, write, speak, and understand English? _____Yes _____No

**8**. Date of birth: _____   Place of birth: _____

**9**. Age: _____

**10**. Gender: _____

**11**. Race/Ethnicity: _____

**12**. Are you currently (please check all that apply): \_\_\_Employed full time \_\_\_Employed part time \_\_\_ Homemaker \_\_\_ Retired \_\_\_ Unemployed \_\_\_ Disabled \_\_\_\_Student

**13**. Indicate current job, place of employment, and job duties. (If not currently working, indicate prior job) _____

_____

**14**. Indicate your highest level of education, any degrees or certificates, and major area of study, if any: _____

_____

**15**. Have you ever served in any branch of the armed forces of the United States (including the military reserves, National Guard, or ROTC)?  ___YES  ___NO

    **If YES**, please list branch of service, approximate years of service, and highest rank at discharge: _____

_____

**16**. Please check all that describe your marital status: ___Single ___ never married ___Single, prior marriage ___Married (or living with partner) ___Divorced ___Widowed

**17**. If married, or living with someone, please describe your spouse/partner's occupation, place of employment and highest level of education: _____

_____

**18**. Indicate any children by age, gender, occupation (if any) and if they live in your home full-time, part-time, or not at all: _____

_____

_____

**19**.  Have you ever shared custody of a child with a parent not living in your home?

___YES ___NO

    **If YES,** please explain: _____

_____

_____

3

**ABILITY TO SERVE**

**Once jury selection is completed, this trial is expected to start on September 26, 2023, and then last 4 to 5 weeks. Court sessions start at approximately 9:00 am and last until 5:00 or 5:30 pm each day, with regular breaks approximately every 90 minutes, and a 60-minute break for lunch.  Generally, court is not in session weekends and holidays**.  **For those jurors who live outside of the Albuquerque, Bernalillo County area, the Court provides hotel reimbursement or can reserve a hotel room upon request. Additionally, the Court will reimburse reasonable meal expenses and round-trip mileage to and from Albuquerque.**

**20**. Do you have any personal, family, or professional obligations that would seriously interfere with your ability to focus and concentrate or would create a serious hardship for you as a juror in this case? ____YES ___NO

    **If YES,** please explain: _____

_____

_____

**21**. Do you have any condition, disability, or need that will require any special consideration or accommodation while you are in court? ___YES ___NO

    **If YES**, please explain: _____

_____

_____

**22**. Do you have hearing difficulties not corrected by a hearing aid? ___YES ___NO

**23**. Do you have trouble seeing even with glasses? ___YES ___NO

**24**. Are you taking any medication(s) that would make it difficult for you to understand the proceedings or to sit through a 4 to 5 week trial? ___YES ___NO

**If YES**, please explain: _____

_____

_____


**DESCRIPTION OF THE CASE, PUBLICITY AND MEDIA**

**In this case the United States has charged Defendants Jany Leveille, Siraj Ibn Wahhaj, Hujrah Wahhaj, Subhanah Wahhaj and Lucas Morton with violating and conspiring to violate 18 U.S.C. § 2339A (providing material support to terrorists), 18 U.S.C. § 1117 (conspiracy to murder an officer or employee of the United States), 18 U.S.C. § 922(g)(5) (possession of a firearm by a person unlawfully present in the United States), 18 U.S.C. § 371 (conspiracy to provide a firearm to a person unlawfully present in the United States), and with violating and conspiring to violate 18 U.S.C. § 1201 (kidnapping resulting in death). Not all of the Defendants are charged with every offense. It is alleged that the Defendants kidnapped Siraj Ibn Wahhaj's disabled minor son, A.G., and travelled with him from Georgia to New Mexico. It is also alleged that A.G. died sometime after he arrived in New Mexico with the Defendants. The crimes are alleged to have occurred in Georgia, Alabama, and in Amalia, Taos County, New Mexico between on or about October 2017 and August 2018. The Defendants have pled Not Guilty to the charges, and they are presumed innocent unless and until the United States proves the guilt of the Defendants based upon a proof beyond reasonable doubt standard.**

**25**. Have you previously read, seen, or heard anything about this case? ___YES ___NO

**If YES,** please describe in detail what you read, saw, or heard about the case from the media or conversations with others, and your sources of information. Use the comment page at end of this questionnaire if additional space is needed: _____

_____

_____

_____

26. Are you familiar with the community of Amalia located in the northern part of Taos County, New Mexico, near the New Mexico / Colorado state line, or have you ever visited the area or known anyone who lived nearby? ___YES ___NO

   **If YES,** please explain: _____

_____

_____

27. Have you formed any opinions about this case or any of the defendants? ___YES ___NO

   **If YES,** please explain: _____

_____

_____

28.    **A)** Have you ever had any personal or professional involvement with any State or Federal prosecutor or agency such as a United States attorney, the Department of Justice, office of a District Attorney, or similar lawyer or agency? ___YES ___NO

   **If YES**, please explain: _____

_____

_____

**B)** Have you ever had any personal or professional involvement with any criminal defense attorney? ___YES ___NO

**If YES,** please explain: _____

_____

_____


**COURTS AND COMMUNITY**

**29.** Have you or a close friend or a family member ever worked in a law enforcement related job or agency? ___YES (self) ___YES (friend or family) ___NO

**If YES**, please list the law enforcement agency or agencies, the time periods worked in each law enforcement and the type of law enforcement job duties performed:

_____

_____

_____

**30**. Do you believe that the testimony of sworn law enforcement officers should be given more or less importance or credibility than that of other witnesses as a result of their law enforcement status?

___YES ___NO

**If YES,** please explain: _____

_____

_____

**31**. Have you or a close friend or a family member ever been a victim of any violent crime? ___YES (self) ___YES (friend or family) ___NO

7

**If YES**, please indicate who was involved, when and where it occurred, what happened, the outcome, and what impact this experience had on you: _____

_____

_____

**32**. Have you or a close friend or a family member ever been arrested, charged with, or convicted of a crime other than a traffic offense? ___YES (self) ___YES (friend or family) ___NO

**If YES,** please indicate who was involved, when and where it occurred, what happened, and whether you believe the process was fair: _____

_____

_____

**33.** Have you have ever been convicted of a state or federal crime punishable by imprisonment for more than one year? ___YES ___NO

**IF YES,** have your civil rights been restored by pardon? ___YES ___NO

**34.** Do you, or anyone in your immediate family, own any guns? ___YES (self) ___YES (family member) ___NO

**35.** Are you, or anyone in your family, a member of any organization that supports or advocates for gun owners or supports less restrictions for gun ownership or gun usage? _____ Yes ____ No **IF YES**, please explain: _____

_____

**36.** Are you, or anyone in your family, a member of any organization that supports or advocates for gun control or greater restrictions on gun ownership or gun usage? _____ Yes _____ No

**IF YES,** please explain: _____

_____

**SOCIETY, AFFILIATIONS, LIFE EXPERIENCE, AND KNOWLEDGE**

**37.** Are you a member of any fraternal, civic, labor, religious, or other organization?

___YES ___NO

    **If YES,** please explain: _____

_____

_____

**38**. The Defendants in this case are Muslims.  Can you be fair and impartial in a case involving the Islamic religion or Muslims? ___YES   ___NO

    IF NO, please explain: _____

_____

_____

**39**.  Can you be fair and impartial in a case where evidence is presented that a child suffered from seizures and where evidence is presented that the same child died?

___YES ___NO

    **If NO**, please explain: _____

_____

_____

**40**.   Have you ever had any education, training, or experience in the field of mental health or psychology?  ___YES ___NO

    **If YES**, please explain: _____

_____

_____

**CONCLUDING MATTERS:**

**41**.  Have you ever served as a juror? ___YES ___NO

    **If YES,** please identify the court, whether the case was a civil or criminal case, the outcome of the case and whether you considered your prior jury service to be a positive or negative experience: _____

_____

_____

**42**.  Are there any additional matters touching upon your ability to serve as a juror or to be a fair and impartial juror that should be brought to the attention of the Court?   ___YES ___NO

    **If YES,** please explain: _____

_____

_____

_____

*With my signature below, I solemnly swear or affirm that the answers above are true, correct and complete to the best of my knowledge, information and belief.*

Signature: _____ Date: _____

**ADDITIONAL COMMENTS**

(Please mark your responses to reflect the question number you are responding to. Thank you!)

___

___

___

___

___

___

___

___

___

___

___

___

___

___

___

___

___