# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes

**Before the Honorable Chief Judge William P. Johnson**

**Case No.:** CR18-2045 WJ	**Date:** 7/25/2023

**Parties:** USA v. Leveille, et al.

**Courtroom Clerk/Law Clerk:** R. Garcia/Emily Franke & Will Suess	**Court Reporter:** M. Loughran

**Interpreter:** N/A

**Type of Proceeding:** Daubert hearing on (Doc. 760) Motion to Exclude Testimony of Joost Janssen and (Doc. 742) Motion to Exclude or Limit Testimony of Stephen Randy Watt

**Place of Court:** Albuquerque

**Total time in Court:** 5 hours and 44 minutes

**Evidentiary Hearing:** YES

**Attorneys Present for Plaintiff(s):**
Kimberly Brawley, Jackson Hall & George Kraehe

**Attorneys Present for Defendant(s):**

Aric Elsenheimer, Angelica Hall, Stand-By counsel Thomas Clark for pro se defendant Siraj Wahhaj, Donald Kochersberger, Marshal Ray, Justine Fox-Young, Stand-By counsel Joseph Shattuc for pro se defendant Lucas Morton

**Proceedings:**

10:03   Court in session; counsel enter appearances; Defendants present.

Mr. Villa calls Joost Janssen as a witness; witness sworn.

Direct by Mr. Villa; witness referred to Docs. 810-1 filed 6/21/23 (Witness's CV); 810-2 (Witness's Expert Report); moves to admit; w/out objection, the court admits Docs. 810-1 and 810-2 for purposes of this hearing.

11:09   Cross examination by Mr. Hall; witness referred to Exhibit 3 (Transcript of witness's prior testimony in another case); witness referred to his Report.

11:54   Court breaks for lunch to return at 1:00 p.m.

1:05    Court back in session.

|  |  |
|---|---|
|  | Mr. Hall continues cross exam of witness Janssen; witness referred to his Report. |
| 1:54 | Redirect by Mr. Villa. |
| 2:08 | Direct by Mr. Siraj Wahhaj. |
| 2:14 | Witness excused. |
|  | Court takes a short break. |
| 2:30 | Mr. Brawley calls consultant Stephen Randy Watt as a witness; witness sworn. |
|  | Direct exam by Ms. Brawley; witness referred to Exhibits 1 (Expertise of witness), 1A (CV and Bio), and 2 (Witness's Expert Report) - moves for admission of Exhibits 1 and 1A; without objection, the Court admits Exhibits 1, 1A, and 2; witness referred to Exhibit 3 (Photos of compound and area); video 4A, 4B, 4C (videos); moved for admittance; without objection, the Court admits Exhibits 4A, 4B, 4C; exhibit 5 (Handwritten Note); moves for admittance; without objection, the Court admits Exhibit 5. |
| 4:04 | Cross examination by Mr. Villa; witness referred to Exhibit 2 (Witness's Expert Report). |
| 4:54 | Cross examination by Mr. Siraj Wahhaj; Mr. Wahhaj requests to show video exhibits re Executive Protection training; first video is Bates #20180403_193004, second video is Bates #20180403_193018, the third video is Bates #20180403_193204; moves for admittance; without objection, the Court admits video exhibits for the purpose of this hearing; Mr. Wahhaj plays video and questions the witness. |
| 5:03 | Redirect by Ms. Brawley. |
| 5:08 | Witness excused. |
|  | The Court notes it will start at 9:00 a.m. tomorrow. |
|  | The Court advises it will probably use the Rio Grande courtroom for jury selection and move back to Cimarron for trial; asks if we need a video feed into another room to accommodate other interested parties during jury selection; can be taken up tomorrow. |
|  | The Court conducts colloquy with counsel re Siraj Wahhaj's kidnapping and unindicted co-conspritor legal issues; counsel agree to addresses those issues in the final James briefing; Court agrees. |
|  | Mr. Villa advises he believes a video feed is needed unless we know how many fit in Rio Grande; believes we'll have to do waives; Court notes 110 jurors fit into the Rio Grande courtroom; need for waives; and need for video feed; Court notes Rio Grande fits up to 110 and can use Rio Grande for jury selection, then move to Cimarron for trial. |

        Mr. Villa asks about Dr. Cohen bring his phone and laptop into the courtroom tomorrow; Court has no problem with that and just phone chambers in the AM if there is any problem.

5:14      Court in recess.

# WITNESS/EXHIBIT LIST

|  |  | CR18-2945 WJ, USA v. Leveille, et al. |
|---|---|---|
| Plaintiff's Attorney: Kimberly Brawley, Jackson Hall, and George Kraehe | Defendant's Attorney: Aric Elsenheimer, Angelica Hall, Stand-By counsel Thomas Clark for pro se defendant Siraj Wahhaj, Donald Kochersberger, Marshal Ray, Justine Fox-Young, Stand-By counsel Joseph Shattuc for pro se defendant Lucas Morton | United States District Court District of New Mexico |
|  |  | Trial/Hearing Date(s): 7/25/23 |
| Presiding Judge: **William P. Johnson** | Court Reporter: M. Loughran | Courtroom Deputy: R. Garcia |

| Exh. No. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|
| Doc 810-1 | Mr. Janssen | 7/25/23 |  | X | Docket filing of witness's CV |
| Doc 810-2 | " | " |  | X | Docket filing of witness's expert report |
| 3 | " | " |  | X | Transcript of witness's prior testimony in another case |
| 1 | Mr. Watt | " |  | X | Expertise of witness |
| 1A | " | " |  | X | CV and Bio |
| 2 | " | " |  | X | Witness's Expert Report |
| 3 | " | " |  | X | Photos of compound and area |
| 4A | " | " |  | X | Video of arms training at compound |
| 4B | " | " |  | X | Video of arms training at compound |
| 4C | " | " |  | X | Video of arms training compound |
| 5 | " | " |  | X | Handwritten Note |
| Bates 20180403_193004 | " | " |  | X | Video of Executive Protection training |
| Bates 20180403_193018 | " | " |  | X | Video of Executive Protection training |

| Exh. No. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|
| Bates 2018 0403 _193 204 | " | " | | X | Video of Executive Protection training |
| | | | | | |
| | | | | | |