# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes

**Before the Honorable Chief Judge William P. Johnson**

**Case No.:** CR18-2945 WJ                **Date:** 7/26/2023

**Parties:** USA v. Leveille, et al.

**Courtroom Clerk/Law Clerk:** R. Garcia/Emily Franke & William Suess    **Court Reporter:** M. Loughran

**Interpreter:** N/A

**Type of Proceeding:** Daubert hearing on (Doc. 761) Motion to Exclude Testimony of Expert Witness Dr. Shuki Cohen

**Place of Court:** Albuquerque

**Total time in Court:** 3 hours and 24 minutes

**Evidentiary Hearing:** YES

**Attorneys Present for Plaintiff(s):**
Kimberly Brawley, Jackson Hall,
and George Kraehe

**Attorneys Present for Defendant(s):**

Aric Elsenheimer, Angelica Hall, Stand-By counsel Thomas Clark for pro se defendant Siraj Wahhaj, Donald Kochersberger, Marshal Ray, Ryan Villa, Justine Fox-Young, Stand-By counsel Joseph Shattuck for pro se defendant Lucas Morton

**Proceedings:**

9:12   Court in session; counsel enter appearances; defendants present.

       Ms. Fox-Young calls Dr. Shuki Cohen as a witness; witness sworn.

       Direct by Ms. Fox-Young; witness referred to Exhibits Court Docs. 761-1 (Witness's CV); 761-2 (Witness's Expert Report), and 811-1 (Witness's Supplemental Expert Report); moves for admittance; without objection, the Court admits Court Docs. 761-1, Doc. 761-2, and Doc. 811-1 for purposes of this hearing.

10:33  Direct examination by Siraj Wahhaj.

10:49  Court takes a short break.

11:21  Court back in session.

|       | |
|-------|-|
|       | Direct examination by Mr. Elsenheimer. |
| 11:33 | Cross examination by Mr. Kraehe; witness referred to Exhibit 6 (18 Section 2331 (Definition of Terrorism)); objection by Mr. Ray – asks to phrase the question as a hypothetical); Mr. Kraehe rephrases the question as a hypothetical; witness referred to Exhibit 7 (Peer Review Paper by Witness re radicalization); defendants have no objection to admittance; Court admits Exhibit 7 for purposes of this hearing. |
| 12:30 | Court breaks for lunch until 1:45 p.m. |
| 1:56  | Court back in session. |
|       | Redirect of witness Dr. Cohen by Ms. Fox-Young. |
| 2:02  | Witness excused. |
|       | Ms. Fox-Young advises the Court that all previously admitted defense exhibits make reference to documents filed with the Court, with the exception of the videos [submitted and played yesterday by Sirja Wahhaj], which will be provided to the Court and designated Exhibits A, B, C. |
| 2:03  | Court notes that concludes all testimony. |
|       | The Court asks how long defense ex parte CIPA hearing will take; Ms. Fox-Young advises about 1 hour. The Court discusses Indictment and wording re terrorism and relevance of Mr. Watt's testimony; Mr. Kraehe responds re Mr. Watt's testimony. |
|       | The Court discusses relevance of Dr. Cohen's testimony in light of what Mr. Watt's proposed testimony would be re terrorism; Mr. Kraehe responds; Mr. Villa replies; Mr. Kraehe responds; Mr. Villa replies; Mr. Ray replies; Mr. Kraehe responds and quotes from Court Doc. 811; Mr. Villa replies. |
| 2:34  | Court in recess on this matter. |

# WITNESS/EXHIBIT LIST

|  |  | CR18-2945 WJ, USA v. Leveille, et al. |
|---|---|---|
| Plaintiff's Attorney: Kimberly Brawley, Jackson Hall, and George Kraehe | Defendant's Attorney: Aric Elsenheimer, Angelica Hall, Stand-By counsel Thomas Clark for pro se defendant Siraj Wahhaj, Donald Kochersberger, Marshal Ray, Justine Fox-Young, Stand-By counsel Joseph Shattuc for pro se defendant Lucas Morton | United States District Court District of New Mexico |
|  |  | Trial/Hearing Date(s): 7/26/2023 |
| Presiding Judge: **William P. Johnson** | Court Reporter: M. Loughran | Courtroom Deputy: R. Garcia |

| Exh. No. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|
| Doc. 761-1 | Dr. Cohen | 7/26/23 |  | X | CV of Dr. Cohen |
| Doc. 761-2 | " | " |  | X | Expert Report of Dr. Cohen |
| Doc. 811-1 | " | " |  | X | Supplemental Expert Report of Dr. Cohen |
| 6 | " | " |  | X | 18 Section 2331 (Definition of Terrorism |
| 7 | " | " |  | X | Peer Review Paper by Witness re radicalization |
| A |  |  |  | X | Executive Training video (relabeled for submission from yesterday's hearing) |
| B |  |  |  | X | Executive Training video (relabeled for submission from yesterday's hearing) |
| C |  |  |  | X | Executive Training video (relabeled for submission from yesterday's hearing) |