IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                          No. 18-cr-02945-WJ

JANY LEVEILLE,
SIRAJ IBN WAHHAJ,
HUJRAH WAHHAJ,
SUBHANAH WAHHAJ, and
LUCAS MORTON,

        Defendants.

## ORDER

THIS MATTER IS BEFORE THE COURT on the Stipulation of Defendants Jany Leveille, Siraj Wahhaj, Hujrah Wahhaj, Subhanah Wahhaj, and Lucas Morton and the United States regarding the exclusion of certain evidence. The parties have stipulated that evidence, argument and/or statements by the parties concerning alleged child abuse of Defendants' children, other than A.G., including: any legal proceeding concerning alleged abuse and neglect of the children, whether criminal or civil in nature, and/or the termination of any Defendants' parental rights, is not admissible and should be excluded from evidence at trial. The parties agree if Defendants open the door to this evidence, the United States may seek to introduce evidence on this subject. The Court having considered the Stipulation, and being fully advised in the premises, finds that the Stipulation should be accepted, and the evidence referenced should not be admitted at trial.

**IT IS THEREFORE ORDERED** that the United States is prohibited from introducing in evidence at trial in its case-in-chief, or discussing in voir dire, and opening or closing statement, information concerning allegations of child abuse for any of Defendants' children, other than A.G. If Defendants open the door to such evidence, the United States may seek to introduce evidence

concerning the same, after it raises the issue outside the presence of the jury, so that the Court may determine if the door has been opened to such evidence.

_____
HONORABLE WILLIAM P. JOHNSON
Chief United States District Court Judge

Submitted by:

/s/ *Ryan J. Villa*
RYAN J. VILLA
Counsel for Subhanah Wahhaj

Approved by:

/s/ *Kimberly Brawley*
KIMBERLY BRAWLEY
Assistant United States Attorney