IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                          No. 1:18-cr-02945-WJ

JANY LEVEILLE, et al,

        Defendants.

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR *JAMES* CLOSING ARGUMENTS

Defendants, Jany Leveille, Siraj Wahhaj, Lucas Morton, Subhanah Wahhaj, and Hujrah Wahhaj, through their respective counsel of record, respectfully move the Court to continue the deadline for the parties' closing arguments with respect to the *James* hearing from August 7, 2023 until August 11, 2023. The United States, through Assistant United States Attorney Tavo Hall, indicates that it does not oppose this motion or the relief requested herein.

WHEREFORE, Defendants respectfully request that the Court extend the deadline for all parties for written closing arguments with respect to the *James* hearing from August 7, 2023 until August 11, 2023.

                                                                           Respectfully submitted,

                                                                           */s/ Ryan J. Villa*
                                                                           Ryan J. Villa
                                                                           5501 Eagle Rock Ave NE, Suite C2
                                                                           Albuquerque, NM 87113
                                                                           (505) 639-5709
                                                                           ryan@rjvlawfirm.com

                                                                           &

        */s/ Justine Fox-Young*
        Justine Fox-Young
        Justine Fox-Young, PC
        5501 Eagle Rock Ave NE Ste C2
        Albuquerque, NM 87113
        (505) 796-8268
        justine@foxyounglaw.com

        *Attorneys for Defendant Subhanah Wahhaj*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 6, 2023, I filed the foregoing electronically through the CM/ECF system, which caused counsel for the United States to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

        */s/ Justine Fox-Young*
        JUSTINE FOX-YOUNG