IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                           No. 1:18-cr-02945-WJ

JANY LEVEILLE, et al,

        Defendants.

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR *JAMES* CLOSING ARGUMENTS

Defendants, Siraj Wahhaj, Lucas Morton, Subhanah Wahhaj, and Hujrah Wahhaj, through their respective counsel of record, respectfully move the Court to continue the deadline for the parties' closing arguments with respect to the *James* hearing from August 11, 2023 until August 14, 2023. The United States, through Assistant United States Attorney Tavo Hall, indicates that it does not oppose this motion or the relief requested herein.

WHEREFORE, Defendants respectfully request that the Court extend the deadline for all parties for written closing arguments with respect to the *James* hearing from August 11, 2023 until August 14, 2023.

Respectfully submitted,

Donald F. Kochersberger III
6801 Jefferson St NW Suite 210
Albuquerque, NM 87109-4390
(505) 848-8581
Donald@BusinessLawSW.com

*/s/ Marshall J. Ray*
Marshall J. Ray
Law Offices of Marshall J. Ray, LLC

1

       514 Marble Ave, NW
       Albuquerque, NM 87111
       (505) 312-2748
       mray@mraylaw.com

       *Attorneys for Defendant Hujrah Wahhaj*


       */s/ Ryan J. Villa*
       Ryan J. Villa
       5501 Eagle Rock Ave NE, Suite C2
       Albuquerque, NM 87113
       (505) 639-5709
       ryan@rjvlawfirm.com

       &

       */s/ Justine Fox-Young*
       Justine Fox-Young
       Justine Fox-Young, PC
       5501 Eagle Rock Ave NE Ste C2
       Albuquerque, NM 87113
       (505) 796-8268
       justine@foxyounglaw.com

       *Attorneys for Defendant Subhanah Wahhaj*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 11, 2023, I filed the foregoing electronically through the CM/ECF system, which caused counsel for the United States to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

       */s/ Marshall J. Ray*
       MARSHALL J. RAY