IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                         No. 1:18-cr-02945-WJ

JANY LEVEILLE, et al,

       Defendants.

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSE TO UNITED STATES' OMNIBUS MOTION IN LIMINE

Defendants, Siraj Wahhaj, Lucas Morton, Subhanah Wahhaj, and Hujrah Wahhaj, through their respective counsel of record, respectfully move the Court to extend the deadline for the Defendants to respond to the United States' Omnibus Motion in Limine (Doc. 897) from August 14, 2023 until August 18, 2023. The United States, through Assistant United States Attorney Tavo Hall, indicates that it does not oppose this motion or the relief requested herein.

WHEREFORE, Defendants respectfully request that the Court extend the deadline for Defendants to respond to the Omnibus Motion in Limine from August 14, 2023 until August 18, 2023.

                                      Respectfully submitted,

                                      Donald F. Kochersberger III
                                      6801 Jefferson St NW Suite 210
                                      Albuquerque, NM 87109-4390
                                      (505) 848-8581
                                      Donald@BusinessLawSW.com

                                      */s/ Marshall J. Ray*
                                      Marshall J. Ray
                                      Law Offices of Marshall J. Ray, LLC

        514 Marble Ave, NW
        Albuquerque, NM 87111
        (505) 312-2748
        mray@mraylaw.com

*Attorneys for Defendant Hujrah Wahhaj*


*/s/ Ryan J. Villa*
Ryan J. Villa
5501 Eagle Rock Ave NE, Suite C2
Albuquerque, NM 87113
(505) 639-5709
ryan@rjvlawfirm.com

&

*/s/ Justine Fox-Young*
Justine Fox-Young
Justine Fox-Young, PC
5501 Eagle Rock Ave NE Ste C2
Albuquerque, NM 87113
(505) 796-8268
justine@foxyounglaw.com

*Attorneys for Defendant Subhanah Wahhaj*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, I filed the foregoing electronically through the CM/ECF system, which caused counsel for the United States to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

        */s/ Marshall J. Ray*
        MARSHALL J. RAY