IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.   CR 18-2945 WJ

LEVIELLE et al.,

    Defendant.

## ORDER

THIS MATTER IS BEFORE THE COURT on Defendant's *Unopposed Motion for Leave to File Surreply to United States' Omnibus Motion,* filed September 1, 2023 [Doc. 953]. The Court having considered the motion, and being fully advised in the premises, finds that Defendants have by their motion created a sufficient record to justify granting the motion for leave to file their Surreply.

**IT IS THEREFORE ORDERED** that Defendants shall have until September 8, 2023 to file their Surreply to the United States' Omnibus Motion *In Limine* to Exclude Defense Arguments and Evidence.

_____
HONORABLE WILLIAM P. JOHNSON
United States District Court Judge

Submitted by:

/s/ *Ryan J. Villa*
RYAN J. VILLA
Counsel for Ms. Subhanah Wahhaj

Approved by:

/s/ *Tavo Hall*
TAVO HALL
Assistant United States Attorney