IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 18-2945 WJ |
| ) | |
| JANY LEVEILLE, ) | |
| SIRAJ WAHHAJ, ) | |
| SUBHANAH WAHHAJ, ) | |
| HUJRAH WAHHAJ, and ) | |
| LUCAS MORTON, ) | |
| ) | |
| Defendants. ) | |

## UNITED STATES' AMENDED WITNESS LIST

The United States of America submits this list of witnesses for trial in this matter. The United States reserves the right to supplement this list.

1. FBI Special Agent Travis Taylor
2. FBI Special Agent Adelfa M. J. Garcia
3. FBI Special Agent Sylvia Romero
4. FBI Special Agent Christina Sandoval
5. FBI Special Agent Peter Ubbelohde
6. FBI Special Agent Matthew Tine
7. FBI Forensic Accountant Rebecca New
8. FBI Language Specialist Pierre Basquin
9. Clayton County Police Department Captain W. Scott Stubbs
10. Clayton County Police Department Detective Rick Porter
11. Alabama Trooper James Earnhardt
12. Taos County Sheriff Steve Miera

13. Taos County Undersheriff Jerry Hogrefe

14. Taos County Sheriff's Sergeant Jason Rael

15. Taos County Sheriff's Deputy Teodoro Flores

16. Taos County Sheriff's Deputy Esquiel Romero

17. NM Office of Superintendent of Insurance (OSI) Special Agent Supervisor Joseph Chavez

18. Former NM OSI Special Agent Paul A. Garcia

19. Former NM OSI Special Agent Mark Torres

20. Former FBI Special Agent and Digital Forensic Examiner Brian Nishida

21. FBI Computer Analysis Response Team (CART) Forensic Examiner Tara Wade

22. FBI CART Forensic Examiner Jane Bales

23. FBI CART Forensic Examiner Ted Durham

24. FBI Electronic Device Analysis Unit Examiner Dustin Simerly

25. S. Randy Watt, President/Owner of SRW Special Operations Strategic and Tactical Training and Services

26. John Phillips, M.D.

27. Gloria Smikle, N.P.

28. Hakima Ramzi

29. Jamella Jihad

30. Muhammad Abullah Wahhaj

31. Naeemah Rashid

32. F.J.L.

33. J.J.L.

34. N.A.

35. N.W.

36. Jason Badger

37. Tonya Badger

            Respectfully submitted,

            ALEXANDER M.M. UBALLEZ
            United States Attorney

            ***/s/ Electronically filed***
            KIMBERLY A. BRAWLEY
            TAVO HALL
            Assistant U.S. Attorneys
            P.O. Box 607
            Albuquerque, New Mexico 87103
            (505) 346-7274

            ***/s/ Electronically filed***
            GEORGE C. KRAEHE
            Trial Attorney
            Counterterrorism Section
            National Security Division
            U.S. Department of Justice
            950 Pennsylvania Avenue, NW
            Washington, DC   20530

### Certificate of Service

I hereby certify that I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record for Defendants to be served by electronic means. A copy was also mailed to Defendants Siraj Ibn Wahhaj and Lucas Morton.

            ***/s/ Filed Electronically***
            KIMBERLY A. BRAWLEY
            Assistant U.S. Attorney