IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-2945 WJ |
| | ) | |
| | ) | |
| **JANY LEVEILLE, ET AL**, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF ENTRY OF APPEARANCE AS CO-COUNSEL

Jessica Joyce, Trial Attorney in the Counterterrorism Section, National Security Division of the United States Department of Justice, hereby enters her appearance as co-counsel on behalf of the United States in the instant matter. Assistant United States Attorneys Kimberly Brawley and Tavo Hall, and United States Department of Justice Trial Attorney George C. Kraehe will also continue as counsel in this case.

The United States requests that all notices, pleadings, and correspondence be delivered to the attention of Jessica Joyce at jessica.joyce@usdoj.gov, as well as to the other attorneys who have already entered their appearances in this case.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Electronically filed*
JESSICA JOYCE
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC   20530

Certificate of Service

I hereby certify that I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record for Defendants to be served by electronic means. A copy was also mailed to Defendants Siraj Ibn Wahhaj and Lucas Morton.

                                                        */s/ Filed Electronically*
                                                       KIMBERLY A. BRAWLEY
                                                       Assistant U.S. Attorney