IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 18-2945 WJ |
| | ) |
| JANY LEVEILLE, | ) |
| SIRAJ WAHHAJ, | ) |
| SUBHANAH WAHHAJ, | ) |
| HUJRAH WAHHAJ, and | ) |
| LUCAS MORTON, | ) |
| | ) |
| Defendants. | ) |

## UNITED STATES' AMENDED EXHIBIT LIST

The United States of America submits this amended list of exhibits for trial in this matter.

The United States reserves the right to supplement this list.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Electronically filed*
KIMBERLY A. BRAWLEY
TAVO HALL
Assistant U.S. Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

*/s/ Electronically filed*
GEORGE C. KRAEHE
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530

| United States' Exhibit List | | | | | | | *United States v. Jany Leveille, et al*, 18-CR-2945 WJ | |
|---|---|---|---|---|---|---|---|---|
| Presiding Judge:<br>**William P. Johnson** | | | | Court Reporter:<br>Mary Loughran | | | Courtroom Deputy:<br>Richard Garcia | |

| Pltf No. | Def Ltr. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits | Bates No. |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | Video of Abdul Ghani on Eid | |
| 2 | | | | | | Video of Abdul Ghani feeding himself | |
| 3 | | | | | | Photograph of Abdul Ghani | |
| 4 | | | | | | Hakima Messages from NM004213 | |
| 4a | | | | | | Bubble message from Hakima on 11.27.17 | |
| 4b | | | | | | Bubble message from Hakima on 12.2.17 | |
| 5 | | | | | | Abdul Ghani Missing Poster | |
| 6 | | | | | | SMS Message from Cameron Jackson | |
| 7 | | | | | | December 18, 2017 Pick Up Order | 779 |
| 8 | | | | | | December 20, 2017 Petition for Divorce and Emergency Motion for Custody | 28654-28660 |
| 9 | | | | | | Jan 30, 2018 Petition for Emergency Custody and Release of Social Security Disability Records | 28644-28647 |
| 9a | | | | | | Jan 31, 2018 Order Granting Petition for Emergency Custody and Release of Social Security Disability Records | 773-774 |
| 10a | | | | | | December 9, 2017 Email from Jamilah to Four Defendants | 23183-23184 |
| 10b | | | | | | January 2, 2018 Jamilah Facebook post to Jany | 5266, 28603 |
| 10c | | | | | | December 7-9, 2017 Jamilah Facebook exchange with Subhanah | 8007-8009, 28603 |
| 11a | | | | | | Ruqyah Video 1 | |
| 11b | | | | | | Ruqyah Video 2 | |
| 11c | | | | | | Ruqyah Video 3 | |
| 12 | | | | | | Jany Leveille's Testament Book | 1157-1256 |

| Pltf No. | Def Ltr. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits | Bates No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | nonconsecutive |
| 13 | | | | | | Aerial Photos of Amalia Compound | 1776, 1781,1786 |
| 14 | | | | | | Photos of Amalia Compound | 322-614, nonconsecutive |
| 15 | | | | | | Photo of Jamil and Farroll at Amalia Compound | |
| 16a | | | | | | Firearms Training Video 20180326_190545 | |
| 16b | | | | | | Firearms Training Video 20180326_191703 | |
| 16c | | | | | | Firearms Training Video 20180330_192614 | |
| 16d | | | | | | Firearms Training Video 20180330_193630 | |
| 16e | | | | | | Firearms Training Video 20180401_191240 | |
| 16f | | | | | | Firearms Training Video 20180401_182330 | |
| 16g | | | | | | Firearms Training Video 20180330_093400 | |
| 16h | | | | | | Firearms Training Video 20180331_132305 | |
| 17 | | | | | | January 13, 2018 Photos of Abdul Ghani's Body | |
| 18 | | | | | | Photo of Farroll Digging Tunnel | 21718 |
| 19a | | | | | | Firearms Training Video 20180305_175132 | |
| 19b | | | | | | Firearms Training Video 20180307_180307 | |
| 19c | | | | | | Firearms Training Video 20180323_191632 | |
| 19d | | | | | | Firearms Training Video 20180323_191750 | |
| 19e | | | | | | Firearms Training Video 20180324_182640 | |
| 19f | | | | | | Firearms Training Video 20180324_182937 | |
| 19g | | | | | | Firearms Training Video 20180326_183922 | |

| Pltf No. | Def Ltr. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits | Bates No. |
|---|---|---|---|---|---|---|---|
| 20 | | | | | | December 6, 2017 Wahhaj Family Text Messages | |
| 20a | | | | | | Bubble Wahhaj Family Text Messages | |
| 21 | | | | | | December 6, 2017-February 7, 2018 Sharifah Wahhaj Facebook Messages to Subhanah | 7743-7746, 28603 |
| 22 | | | | | | Subhanah Facebook Posts and Messages Obfuscating and Rejecting Abdul Ghani Concerns | 6747, 6478, 6808, 6815, 7277, 7281, 7420, 7422, 7423, 11015, 28603 |
| 23 | | | | | | Letter to Muhammad | 794-797 |
| 24 | | | | | | NCMEC Poster | 21275 |
| 25 | | | | | | Clayton County Police Media Advisory | 21280-21281 |
| 26 | | | | | | December 18, 2017 Complaint Filed in Juvenile Court, Clayton Co., GA | 781-782 |
| 27 | | | | | | January 9, 2018 Arrest Warrant for Siraj Ibn Wahhaj | 776 |
| 28 | | | | | | January 9, 2018 Pick Up Order for Abdul Ghani | 778 |
| 29 | | | | | | Georgia Code Section 16-5-40-Kidnapping | |
| 30 | | | | | | Georgia Code Section 16-5-45-Interference with Custody | |
| 31 | | | | | | Georgia Code Section 16-5-70-Cruelty to Children | |
| 32 | | | | | | Georgia Code Secton 16-10-93-Influencing Witnesses and 16-10-94-Tampering with Evidence | |
| 33 | | | | | | New Mexico Statutes Section 30-4-4-Custodial Interference | |
| 33a | | | | | | New Mexico Statutes Section 30-6-4 Obstruction of Reporting or Investigation of Child Abuse or Neglect | |

| Pltf No. | Def Ltr. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits | Bates No. |
|---|---|---|---|---|---|---|---|
| 34 | | | | | | December 13, 2017 Photos of Alabama Motor Vehicle Accident | 27154, 27158 |
| 35 | | | | | | Lapel Video from Alabama Crash 2017-12-13_0223 | |
| 36 | | | | | | Lapel Video from Alabama Crash 2017-12-13_0253 | |
| 37 | | | | | | TCSO Map of Compound Site | 2754 |
| 38 | | | | | | Lapel Disc A Video_2018-08-03_0820(2) | |
| 39 | | | | | | Lapel Disc A Video_2018-08-03_0820(3) | |
| 40 | | | | | | Lapel Disc A Video_2018-08-03_0820 | |
| 41 | | | | | | Lapel Disc B Video_2018-08-03_0821 | |
| 42 | | | | | | Lapel Disc B Video_2018-08-03_1005 | |
| 43 | | | | | | Lapel Disc B Video_2018-08-03_1016 | |
| 44 | | | | | | Lapel Disc E Video_2018-08-03_0821 | |
| 45 | | | | | | Evidence logs from August 3 and 6, 2018 searches of compound | 2611-2784 |
| 46 | | | | | | Photos of evidence, including firearms, electronic evidence, DVD and book | 348-2130 nonconsecutive |
| 47 | | | | | | Glock 17, S/N BDLC017 | |
| 48 | | | | | | Springfield Arms, S/N U5411172 | |
| 49 | | | | | | Ruger, S/N 575557758 | |
| 50 | | | | | | Smith & Wesson, S/N CVB3274 | |
| 51 | | | | | | Kimber, S/N KRF7874 | |
| 52 | | | | | | Glock 26, S/N BEUV018 | |
| 53 | | | | | | C2 12-gauge shotgun, S/N 1166A12 | |
| 54 | | | | | | Bushmaster assault rifle, S/N BF1659484 | |

| Pltf No. | Def Ltr. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits | Bates No. |
|---|---|---|---|---|---|---|---|
| 55 | | | | | | Marlin 30-30, S/N R2898 | |
| 56 | | | | | | 4 x 32 scope attached to Marlin 30-30 | |
| 57 | | | | | | Savage .308 rifle, S/N 602918 | |
| 58 | | | | | | Glock 42, S/N ABDB288 | |
| 59 | | | | | | Ammunition of various calibers and quantities | |
| 60 | | | | | | 24 magazines of various makes and capacities | |
| 61 | | | | | | Black tactical vest | |
| 62 | | | | | | Green tactical vest | |
| 63 | | | | | | Toshiba Laptop, black in color, S/N 5242877W (partial) | |
| 64 | | | | | | HP Laptop black in color with charge cord, S/N CND6326W52 | |
| 65 | | | | | | HP laptop, black in color | |
| 66 | | | | | | Acer laptop, model #KAV60, Aspire One series, S#EC08400090098AQ01523 | |
| 67 | | | | | | Black cell phone with Wahhaj Subhanah, S/N 706CYBD0066285 | |
| 68 | | | | | | LG smartphone, black in color with black case S/N 708CYTB460993 | |
| 69 | | | | | | LG smartphone, silver in color with purple case S/N 50BCYUU390359 | |
| 70 | | | | | | LG smartphone, black in color S/N 606CYB080944 | |
| 71 | | | | | | LG smartphone, black in color S/N 706CYWC0066473 | |
| 72 | | | | | | Sandisk thumb drive, black and | |

| Pltf No. | Def Ltr. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits | Bates No. |
|---|---|---|---|---|---|---|---|
| | | | | | | red in color | |
| 73 | | | | | | Item 14: Sharp Vodafone, model GX17, IMEI #354722/00/809800/7 | |
| 74 | | | | | | DVD Showing How to Make Assault Rifle Untraceable | |
| 75 | | | | | | Photo of Writing in Notebook from Compound - Sniper Position Detention Procedures | 21775 |
| 76 | | | | | | Photo of Writing in Notebook from Compound - Phases of a Terrorist Attack | 21768-21776 |
| 77 | | | | | | Composition Notebook Containing Siraj's Notes on Phases of a Terrorist Attack | |
| 77a | | | | | | Composition Notebook Containing Subhanah's Question about FBI | |
| 78 | | | | | | Photo of Writing in Notebook from Compound - Sweat in Training or Bleed in War | 21764 |
| 79 | | | | | | Lapel Disc D Video_2018-08-06_1118 | |
| 80 | | | | | | August 6, 2018 Photos of Abdul Ghani's body | 494, 498, 533, 535 |
| 81 | | | | | | Summary Chart of Firearm Training Dates and Tactics | 28661 |
| 82 | | | | | | Summary Table of Firearm Training Dates and Tactics | |
| 83 | | | | | | ATF Trace Summaries | 697-708 |
| 84 | | | | | | Photos of Messages Between Von Yusef Leveille and Anas White | 27182-27276 |
| 85 | | | | | | Translations of Creole Messages between Jany Leveille and Von Leveille | 26498-26583 nonconsecutive |
| 86 | | | | | | Photos from Siraj Ibn Wahhaj's Phone taken of Facebook Posts | |
| 87 | | | | | | Firearms and Tactical Drills Videos (1-90) | |

| Pltf No. | Def Ltr. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits | Bates No. |
|---|---|---|---|---|---|---|---|
| 88a | | | | | | Video from Siraj's phone showing scroll of Safe Haven | |
| 88b | | | | | | Video from Siraj's phone showing scroll of Sniper Position Detection Procedure | |
| 89 | | | | | | Messages Extracted from Phone NM004213 | |
| 90 | | | | | | Messages Extracted from Phone NM004214 | |
| 91 | | | | | | Messages Extracted from Phone NM004219 | |
| 92 | | | | | | Summary Bubble Messages to and from Defendants between November 2017 and January 2018 | |
| 93 | | | | | | Summary Bubble Messages to and from Defendants between February 2018 and April 2018 | |
| 94 | | | | | | Summary Bubble Messages to and from Defendants between June 2018 and August 2018 | |
| 95a | | | | | | American Express Records | 28606, 3658-3721 |
| 95b | | | | | | Chase Bank Records | 3723, 16850, 28630, 3722-3797, 16341-16872 |
| 95c | | | | | | Hillcrest Bank Records | 3798-3863 |
| 95d | | | | | | Wells Fargo Records | 3978-3979, 3904-4173 |
| 96 | | | | | | Siraj Ibn Wahhaj Home Sale Record | 27093-27097 |
| 97 | | | | | | Financial Analysis .xlsx file | 28675a |
| 98 | | | | | | Summary Chart of Construction | 28705 |

| Pltf No. | Def Ltr. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits | Bates No. |
|---|---|---|---|---|---|---|---|
| | | | | | | Expenditures | |
| 99 | | | | | | Summary Chart of Defendants' Finances over time | 28706 |
| 100 | | | | | | Abdul Ghani's Medical Records | 24621-26185 |
| 101 | | | | | | Certificate of NM Pharmacy Database Checks for Abdul Ghani | 23527-23530 |
| 102 | | | | | | Abdul Ghani Death Certificate – August 6, 2018 | 28602 |