IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>v.<br><br>JANY LEVEILLE, et. al.<br><br>                            Defendant. | Case No. **18-CR-2945 WJ** |

**DEFENDANTS' AMENDED EXHIBIT LIST**

    **COME NOW** Defendants, and hereby provide the following notice of their intent to introduce any of the following exhibits at any trial or hearing in this matter:

# DEFENDANTS EXHIBIT LIST

|  |  | CR |
|---|---|---|
| PLAINTIFF'S ATTORNEY<br><br>**George C. Kraehe**<br>**Kimberly A. Brawley**<br>**Jackson Tavo Hall** | DEFENDANT'S ATTORNEY<br><br>**Siraj Ibn Wahhaj, (Pro Se)**<br>**Donald Kochersberger (Hujrah Wahhaj)**<br>**Marshall J. Ray (Hujrah Wahhaj)**<br>**Ryan J. Villa (Subhanah Wahhaj)**<br>**Justine Fox (Subhanah Wahhaj)**<br>**Lucas Morton (Pro Se)** | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO |
|  |  | Trial Dates:<br><br>September 25, 2023 through _____ |
| PRESIDING JUDGE<br><br>CHIEF UNITED STATES DISTRICT JUDGE<br>**THE HONORABLE WILLIAM P. JOHNSON** | COURT REPORTER<br><br>**Mary K. Loughran, CRR, RPR** | COURTROOM DEPUTY<br><br>**Richard Garcia** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
|  | A1 |  |  |  | Drone Video PA00469_2018-06-07_12-45-15_L |
|  | A2 |  |  |  | Aerial Surveillance Stills Amalia Home and Land |
|  | B1 |  |  |  | FBI Aerial Photos |
|  | B2 |  |  |  | Photos taken by Christopher C. Williams |
|  | C |  |  |  | 2018_09_06 Post Bulldozing Photos |
|  | D |  |  |  | Still photographs from August 3, 2018 TCSO Lapels |
|  | E |  |  |  | Photos by FBI Alma Ortega 8-6-18 |
|  | F1 |  |  |  | Family Video GOPR0555 |
|  | F2 |  |  |  | Family Video GOPR0557 |
|  | F3 |  |  |  | Family Video GOPR0570 |
|  | F4 |  |  |  | Family Video 20180128_170111 |
|  | F5 |  |  |  | Family Video GOPR0567 |
|  | F6 |  |  |  | Family Video 20180203_120302 |
|  | G1 |  |  |  | Photograph of Home Def_Leveille 005268-005268 1659 Beecher Street |
|  | G2 |  |  |  | Photograph of Home Def_Leveille00 005269-005269 160 Iris Court |
|  | H1 |  |  |  | Siraj Ibn Wahhaj Training Materials Def Leveille 001500-001540 Siraj Ibn Wahhaj Georgia training documents |

2

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | H2 |  |  |  | Siraj Ibn Wahhaj Training Materials<br>Def Leveille 001543-001562 On-line Education-ESI (Executive Security International) |
|  | H3 |  |  |  | Siraj Ibn Wahhaj Training Materials<br>ESI Training Materials |
|  | H4 |  |  |  | Siraj Ibn Wahhaj Training Materials<br>BN 02428-02430  Siraj Ibn Wahhaj ID Cards |
|  | H5 |  |  |  | Siraj Ibn Wahhaj Training Materials<br>Def Leveille 004959-005001 Cert Field Operating Guide |
|  | H6 |  |  |  | Siraj Ibn Wahhaj Training Materials<br>Def Leveille 001541-001542 Leonard Holifield, Executive Protection Agency LLC (EPA) |
|  | I |  |  |  | Earthship School<br>BN 02601-02610 - Earthship Receipt and Application - Lucas Morton |
|  | J |  |  |  | WITHDRAWN |
|  | K |  |  |  | WITHDRAWN |
|  | L1 |  |  |  | Photographs of Physical Evidence<br>Def_Leveille 003622-3625 1B6 |
|  | L2 |  |  |  | Photographs of Physical Evidence<br>Def_Leveille 004235-4238 1B68 |
|  | L3 |  |  |  | Photographs of Physical Evidence<br>Def_Leveille 004239-4244 1B69 |
|  | L4 |  |  |  | Photographs of Physical Evidence<br>Def_Leveille 005084-5096 1B7a |
|  | L5 |  |  |  | Photographs of Physical Evidence<br>Def_Leveille 005097-5102 1B9 |
|  | L6 |  |  |  | Photographs of Physical Evidence<br>Def_Leveille 005103-5104; 5107; 5109 1B20 |
|  | L7 |  |  |  | Photographs of Physical Evidence<br>Def_Leveille 005110-5121 1B58; 1B74; 1B80 |
|  | L8 |  |  |  | Photographs of Physical Evidence<br>Def_Leveille 005122-5150 1B59; 1B81; 1B75 |
|  | L9 |  |  |  | Photographs of Physical Evidence<br>Def_Leveille 005151-5159 1B60; 1B82 |
|  | L10 |  |  |  | Photographs of Physical Evidence<br>Def_Leveille 005160-5171 1B61 |
|  | L11 |  |  |  | Photographs of Physical Evidence<br>Def_Leveille 005172-5178 1B62; 1B76 |
|  | L12 |  |  |  | Photographs of Physical Evidence<br>Def_Leveille 005159-5184 1B63; 1B77 |
|  | L13 |  |  |  | Photographs of Physical Evidence<br>Def_Leveille 005185-5191 1B64 |
|  | L14 |  |  |  | Photographs of Physical Evidence<br>Def_Leveille 005192-5195 1B65 |
|  | L15 |  |  |  | Photographs of Physical Evidence<br>Def_Leveille 005196-5201 1B66; 1B78 |
|  | L16 |  |  |  | Photographs of Physical Evidence<br>Def_Leveille 005205-5209 1B67 |
|  | L17 |  |  |  | Photographs of Physical Evidence<br>Def_Leveille 005210-5254 1B70 |
|  | L18 |  |  |  | Photographs of Physical Evidence<br>Def-_Leveille 005255-5258 1B71 |

| | | | | | |
|---|---|---|---|---|---|
| | **L19** | | | | Photographs of Physical Evidence<br>Def_Leveille 005259-5263 1B73 |
| | **L20** | | | | Photographs of Physical Evidence<br>Def_Leveille 005264-5267 1B79 |
| | **L21** | | | | Photographs of Physical Evidence<br>Def_Leveille 005081-5083 Ammo |
| | **M** | | | | eTrace Weapons Report<br>BN 00134-00137 eTrace Result Declass 29 AUG REDACTED |
| | **N** | | | | WITHDRAWN |
| | **O** | | | | Marriage Documentation Siraj & Jany<br>Def_Leveille 005270-005270 Siraj & Jany Marriage Confirmation |
| | **P** | | | | Home Depo Records<br>Def_Leveille 005275-005277 The Home Depot Records |
| | **Q** | | | | |
| | **R** | | | | |
| | **S** | | | | |
| | **T** | | | | |
| | **U** | | | | |
| | **V** | | | | |
| | **W** | | | | |
| | **X** | | | | |
| | **Y** | | | | |
| | **Z** | | | | |
| | **AA** | | | | |
| | **BB** | | | | |
| | **CC** | | | | |
| | **DD** | | | | |
| | **EE** | | | | |
| | **FF** | | | | |
| | **GG** | | | | |
| | **HH** | | | | |
| | **II** | | | | |
| | **JJ** | | | | |
| | **KK** | | | | |
| | **LL** | | | | |
| | **MM** | | | | |

|   | NN |   |   |   |   |
|---|----|---|---|---|---|
|   | OO |   |   |   |   |
|   | PP |   |   |   |   |
|   | QQ |   |   |   |   |
|   | RR |   |   |   |   |
|   | SS |   |   |   |   |
|   | TT |   |   |   |   |
|   | UU |   |   |   |   |
|   | VV |   |   |   |   |
|   | XX |   |   |   |   |
|   | YY |   |   |   |   |
|   | ZZ |   |   |   |   |
|   |    |   |   |   | Any and all Exhibits identified by the United States |
|   |    |   |   |   | Any and all Exhibits later identified by Defendants |
|   |    |   |   |   | Any and all Exhibits that may be revealed through subsequent discovery disclosures and/or during the course of the parties' ongoing investigation. |

Respectfully submitted,
THE LAW OFFICE OF RYAN J. VILLA

/s/ *Ryan J. Villa*
RYAN J. VILLA
5501 Eagle Rock Ave NE, Suite C2
Albuquerque, New Mexico 87113
Phone: (505) 639-5709
Fax: (505) 433-5812
Email: ryan@rjvlawfirm.com

*/s/ Justine Fox-Young*
Justine Fox-Young
5501 Eagle Rock Ave NE Ste C2
Albuquerque, NM 87113
(505) 796-8268
justine@foxyounglaw.com

*Counsel for Defendant Subhanah Wahhaj*

5

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 18, 2023 I filed the foregoing electronically through the CM/ECF system, which caused all parties of record and/or counsel for the parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                  */s/ Ryan J. Villa*
                                                RYAN J. VILLA