IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 18-2945 WJ |
| | ) | |
| vs. | ) | |
| | ) | |
| SIRAJ IBN WAHHAJ, | ) | |
| HUJRAH WAHHAJ, | ) | |
| SUBHANAH WAHHAJ, and | ) | |
| LUCAS MORTON, | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' MOTION TO DISMISS COUNTS 4 AND 5
OF THE SUPERSEDING INDICTMENT**

The United States moves the Court to dismiss Count 4 (charging a violation of 18 U.S.C.

§ 371, Conspiracy to Commit an Offense Against the United States) and Count 5 (charging a

violation of 18 U.S.C. §§ 922(g)(5) and 2, Possessing a Firearm While Unlawfully in the United

States and Aiding and Abetting) of the Superseding Indictment as to Defendants Siraj Ibn

Wahhaj, Hujrah Wahhaj, Subhanah Wahhaj, and Lucas Morton.   As grounds therefore, the

United States submits that it is in the interests of justice that these charges be dismissed.

Counsel for Defendants Subhanah Wahhaj and Hujrah Wahhaj do not oppose this

motion.   Defendants Siraj Ibn Wahhaj and Lucas Morton, representing themselves, also do not

oppose this motion.

WHEREFORE, the United States requests that this motion be granted and the Court

dismiss Counts 4 and 5 of the Superseding Indictment as to these defendants with prejudice.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Electronically filed*
KIMBERLY A. BRAWLEY
TAVO HALL
Assistant U.S. Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

*/s/ Electronically filed*
GEORGE C. KRAEHE and
JESSICA JOYCE
Trial Attorneys
Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC   20530

Certificate of Service

I hereby certify that I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record for Defendants to be served by electronic means. A copy was also mailed to Defendants Siraj Ibn Wahhaj and Lucas Morton.

*/s/ Filed Electronically*
KIMBERLY A. BRAWLEY
Assistant U.S. Attorney