IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 18-2945 WJ |
| ) | |
| vs. ) | |
| ) | |
| SIRAJ IBN WAHHAJ, ) | |
| HUJRAH WAHHAJ, ) | |
| SUBHANAH WAHHAJ, and ) | |
| LUCAS MORTON, ) | |
| ) | |
| Defendants. ) | |

**ORDER DISMISSING COUNTS 4 AND 5 OF THE SUPERSEDING INDICTMENT**

THIS MATTER having come before the Court on the written motion of the United States (Doc. 978) for an order to dismiss Count 4 (charging a violation of 18 U.S.C. § 371, Conspiracy to Commit an Offense Against the United States) and Count 5 (charging a violation of 18 U.S.C. §§ 922(g)(5) and 2, Possessing a Firearm While Unlawfully in the United States and Aiding and Abetting) of the of the Superseding Indictment as to Defendants Siraj Ibn Wahhaj, Hujrah Wahhaj, Subhanah Wahhaj, and Lucas Morton, and the Court being fully advised in the premises, FINDS that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Counts 4 and 5 of the Superseding Indictment be and hereby are dismissed with prejudice as to Defendants Siraj Ibn Wahhaj, Hujrah Wahhaj, Subhanah Wahhaj, and Lucas Morton.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE