IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　No. 18-cr-2945-WJ

SIRAJ IBN WAHHAJ,
HUJRAH WAHHAJ,
SUBHANAH WAHHAJ, and
LUCAS MORTON,

    Defendants.

## NOTICE AND ORDER REGARDING JURY SELECTION

Because of the large number of potential jurors who are being summonsed for jury selection, there is not enough seating in the Rio Grande Courtroom to accommodate members of the public and members of the media who wish to observe jury selection. Therefore, there will be live video streaming available in the Cimarron Courtroom on the 5th Floor for those who want to observe jury selection. Once the jury selection process is completed, the Rio Grande Courtroom will be open to the public and members of the media who want to observe the trial.

**IT IS SO ORDERED**.

                                            CHIEF UNITED STATES DISTRICT JUDGE