# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JANY LEVEILLE, et. al.<br><br>　　　　　　　　Defendant. | Case No. **18-CR-2945 WJ** |

## DEFENDANTS' THIRD AMENDED EXHIBIT LIST

**COME NOW** Defendants, and hereby provide the following notice of their intent to introduce any of the following exhibits at any trial or hearing in this matter:

| | | CR |
|---|---|---|
| PLAINTIFF'S ATTORNEY<br><br>**George C. Kraehe**<br>**Kimberly A. Brawley**<br>**Jackson Tavo Hall** | DEFENDANT'S ATTORNEY<br><br>**Siraj Ibn Wahhaj, (Pro Se)**<br>**Donald Kochersberger (Hujrah Wahhaj)**<br>**Marshall J. Ray (Hujrah Wahhaj)**<br>**Ryan J. Villa (Subhanah Wahhaj)**<br>**Justine Fox (Subhanah Wahhaj)**<br>**Lucas Morton (Pro Se)** | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO<br><br>Trial Dates:<br><br>September 25, 2023 through _____ |
| PRESIDING JUDGE<br><br>CHIEF UNITED STATES DISTRICT JUDGE<br>**THE HONORABLE WILLIAM P. JOHNSON** | COURT REPORTER<br><br>**Mary K. Loughran, CRR, RPR** | COURTROOM DEPUTY<br><br>**Richard Garcia** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | A1 | STIP | | X | Drone Video PA00469_2018-06-07_12-45-15_L |
| | A2 | STIP | | X | Aerial Surveillance Stills Amalia Home and Land |
| | B1 | STIP | | X | FBI Aerial Photos |
| | B2 | | | | Photos taken by Christopher C. Williams |
| | C | | | | 2018_09_06 Post Bulldozing Photos |
| | D | STIP | | X | Still photographs from August 3, 2018 TCSO Lapels |
| | E | STIP | | X | Photos by FBI Alma Ortega 8-6-18 |
| | F1 | | | | Family Video GOPR0555 **STRICKEN – COURT'S EX 2 09/22/2023 PTC** |
| | F2 | | | | Family Video GOPR0557 **STRICKEN – COURT'S EX 3 09/22/2023 PTC** |
| | F3 | | | | Family Video GOPR0570 **STRICKEN – COURT'S EX 4 09/22/2023 PTC** |
| | F4 | | | | Family Video 20180128_170111 **STRICKEN – COURT'S EX 5 09/22/2023 PTC** |
| | F5 | | | | Family Video GOPR0567 **STRICKEN – COURT'S EX 6 09/22/2023 PTC** |
| | F6 | | | | Family Video 20180203_120302 **STRICKEN – COURT'S EX 7 09/22/2023 PTC** |
| | G1 | STIP | | X | Photograph of Home Def_Leveille 005268-005268 1659 Beecher Street |
| | G2 | STIP | | X | Photograph of Home Def_Leveille00 005269-005269 160 Iris Court |
| | H1 | | | | Siraj Ibn Wahhaj Training Materials Def Leveille 001500-001540 Siraj Ibn Wahhaj Georgia training documents |
| | H2 | | | | Siraj Ibn Wahhaj Training Materials Def Leveille 001543-001562 On-line Education-ESI (Executive Security International) |
| | H3 | | | | Siraj Ibn Wahhaj Training Materials ESI Training Materials |
| | H4 | | | | Siraj Ibn Wahhaj Training Materials BN 02428-02430 Siraj Ibn Wahhaj ID Cards |
| | H5 | | | | Siraj Ibn Wahhaj Training Materials Def Leveille 004959-005001 Cert Field Operating Guide |
| | H6 | | | | Siraj Ibn Wahhaj Training Materials Def Leveille 001541-001542 Leonard Holified, Executive Protection Agency LLC (EPA) |

| | | | | | |
|---|---|---|---|---|---|
| | **I** | | | | Earthship School<br>BN 02601-02610 - Earthship Receipt and Application - Lucas Morton |
| | **J** | | | | WITHDRAWN |
| | **K** | | | | WITHDRAWN |
| | **L1** | | | | Photographs of Physical Evidence<br>Def_Leveille 003622-3625 1B6 |
| | **L2** | | | | Photographs of Physical Evidence<br>Def_Leveille 004235-4238 1B68 |
| | **L3** | | | | Photographs of Physical Evidence<br>Def_Leveille 004239-4244 1B69 |
| | **L4** | | | | Photographs of Physical Evidence<br>Def_Leveille 005084-5096 1B7a |
| | **L5** | | | | Photographs of Physical Evidence<br>Def_Leveille 005097-5102 1B9 |
| | **L6** | | | | Photographs of Physical Evidence<br>Def_Leveille 005103-5104; 5107; 5109 1B20 |
| | **L7** | | | | Photographs of Physical Evidence<br>Def_Leveille 005110-5121 1B58; 1B74; 1B80 |
| | **L8** | | | | Photographs of Physical Evidence<br>Def_Leveille 005122-5150 1B59; 1B81; 1B75 |
| | **L9** | | | | Photographs of Physical Evidence<br>Def_Leveille 005151-5159 1B60; 1B82 |
| | **L10** | | | | Photographs of Physical Evidence<br>Def_Leveille 005160-5171 1B61 |
| | **L11** | | | | Photographs of Physical Evidence<br>Def_Leveille 005172-5178 1B62; 1B76 |
| | **L12** | | | | Photographs of Physical Evidence<br>Def_Leveille 005159-5184 1B63; 1B77 |
| | **L13** | | | | Photographs of Physical Evidence<br>Def_Leveille 005185-5191 1B64 |
| | **L14** | | | | Photographs of Physical Evidence<br>Def_Leveille 005192-5195 1B65 |
| | **L15** | | | | Photographs of Physical Evidence<br>Def_Leveille 005196-5201 1B66; 1B78 |
| | **L16** | | | | Photographs of Physical Evidence<br>Def_Leveille 005205-5209 1B67 |
| | **L17** | | | | Photographs of Physical Evidence<br>Def_Leveille 005210-5254 1B70 |
| | **L18** | | | | Photographs of Physical Evidence<br>Def-_Leveille 005255-5258 1B71 |
| | **L19** | | | | Photographs of Physical Evidence<br>Def_Leveille 005259-5263 1B73 |
| | **L20** | | | | Photographs of Physical Evidence<br>Def_Leveille 005264-5267 1B79 |
| | **L21** | | | | Photographs of Physical Evidence<br>Def_Leveille 005081-5083 Ammo |
| | **M** | | | | WITHDRAWN |
| | **N** | | | | WITHDRAWN |
| | **O** | | | | Marriage Documentation Siraj & Jany<br>Def_Leveille 005270-005270 Siraj & Jany Marriage Confirmation<br>**STRICKEN – COURT'S EX 8 09/22/2023 PTC** |

| | | | | | |
|---|---|---|---|---|---|
| | **P** | STIP | | X | Home Depo Records<br>Def_Leveille 005275-005277 The Home Depot Records |
| | **Q** | | | | Family Video<br>GoPro 0068 |
| | **R** | | | | Axon_Body_2 Video-2018-08-03 820 (1) |
| | **S** | | | | Axon_Body_2 Video-2018-08-03 820 (2) |
| | **T** | | | | Axon_Body_2 Video-2018-08-03 820 (3) |
| | **U** | | | | Axon_Body_2 Video-2018-08-03 820 |
| | **V** | | | | Axon_Body_2 Video-2018-08-03 821 |
| | **W** | | | | Axon_Body_2 Video-2018-08-03 828 |
| | **X** | | | | Axon_Body_2 Video-2018-08-03 906 |
| | **Y** | | | | Axon_Body_2 Video-2018-08-03 0945 |
| | **Z** | | | | Axon_Body_2 Video-2018-08-03 1005 |
| | **AA** | | | | Axon_Body_2 Video-2018-08-03 0959 |
| | **BB** | | | | Axon_Body_2 Video-2018-08-03 1016 |
| | **CC** | | | | Morton Purchase Agreement Lot 29 |
| | **DD** | | | | |
| | **EE** | | | | |
| | **FF** | | | | |
| | **GG** | | | | |
| | **HH** | | | | |
| | **II** | | | | |
| | **JJ** | | | | |
| | **KK** | | | | |
| | **LL** | | | | |
| | **MM** | | | | |
| | **NN** | | | | |
| | **OO** | | | | |
| | **PP** | | | | |
| | **QQ** | | | | |
| | **RR** | | | | |
| | **SS** | | | | |
| | **TT** | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| UU |  |  |  |  |
| VV |  |  |  |  |
| XX |  |  |  |  |
| YY |  |  |  |  |
| ZZ |  |  |  |  |
|  |  |  |  | Any and all Exhibits identified by the United States |
|  |  |  |  | Any and all Exhibits later identified by Defendants |
|  |  |  |  | Any and all Exhibits that may be revealed through subsequent discovery disclosures and/or during the course of the parties' ongoing investigation. |

Respectfully submitted,
THE LAW OFFICE OF RYAN J. VILLA

/s/ *Ryan J. Villa*
RYAN J. VILLA
5501 Eagle Rock Ave NE, Suite C2
Albuquerque, New Mexico 87113
Phone: (505) 639-5709
Fax: (505) 433-5812
Email: ryan@rjvlawfirm.com

*/s/ Justine Fox-Young*
Justine Fox-Young
5501 Eagle Rock Ave NE Ste C2
Albuquerque, NM 87113
(505) 796-8268
justine@foxyounglaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2023 I filed the foregoing electronically through the CM/ECF system, which caused all parties of record and/or counsel for the parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

 /s/ *Ryan J. Villa*
RYAN J. VILLA