

COURT'S EX
(#CR-18-02945 WJ)
1

# TAOS COUNTY SHERIFF'S OFFICE
## INVESTIGATIONS
### DETECTIVE MARVIN ARMIJO
#### Supplemental Report



CASE# 18050268

DATE: 08 /03/2018

OFFENSE: search warrant

VICTIMS: ABDUL GHANI WAHHAJ

SUSPECT: SIRAJ IBN WAHHAJ


PREPARED BY: Detective Marvin Armijo
599 LOVATO PLACE
TAOS, NM  87571
575-737-6480

RECEIVED

AUG 0 9 2018
8TH JUDICIAL D.A.

US v. Jany Leveille et al 23803

On January 2nd year of 2018 at approximately 1340 hours , I had received a phone call from a Detective identified as Rick Porter who is employed with the Clayton County Police Department criminal Investigations Division.

In speaking with Detective Porter he stated that he wanted to notify the Taos County Sheriff's Office of a male individual later identified as SIRAJ IBN WAHHAJ and his 3 year old son identified as ABDUL GHANI WAHHAJA were in Taos County.

Detective Porter requested assistance in locating any property owned, leased, or rented by Lucas Morton or SIRAJ IBN WAHHAJ in the Taos Count Area.

I notified Detective Porter that I would inquire that information through the Taos county Assessors Office and would get back to him. On the same above mentioned day I was able to gather information regarding LUCAS MORTON property information gathered by the Taos County Assessors Office.

I was able to retain GPS coordinates regarding the property that was purchased on file under property owner Lucas Morton. Upon gathering this information I made contact with Detective Porter and notified him of the GPS provided. (36 degrees 58'35.4"N 105 degrees 27'105"W).

Detective Porter stated that the FBI was involved. Detective Porter stated that he would E-mail a flyer of both the Father and Son. It should be noted that this lot was vacant.

Upon receiving the information on the flyers, I notified Undersheriff Steve Miera of the above information I was informed of. I placed the flyer in several locations at the Taos County Sheriff's Office. Detective Porter stated that If any information arouse that information would be provide to our office.

In early June of 2018 I was provided a package from Under Sheriff Steve Miera regarding the SIRAJ IBN WAHHAJ and his 3 year old son ABDUL GHANI WAHHAJA. Under Sheriff Miera stated that the FBI was administering Surveillance on a property located in Amalia New Mexico in an area identified as VENTERO. Under Sheriff Miera stated that the FBI had retained surveillance footage of several children on the property,