United States District Court
District of New Mexico
Exhibits Log: 18cr2945 US v. Leveille et al
18cr2945 US v. Leveille et al, 10/11/2023

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Gov-1 | Video of Abdul Ghani on Eid |
| Gov-2 | Video of Abdul Ghani feeding himself |
| Gov-3 | Photograph of Abdul Ghani |
| Gov-4 | Hakima Messages from NM004213 |
| Gov-4-a | Bubble message from Hakima on 11.27.17 |
| Gov-4-b | Bubble message from Hakima on 12.2.17 |
| Gov-5 | Abdul Ghani Missing Poster |
| Gov-6 | SMS Message from Cameron Jackson |
| Gov-7 | December 18, 2017 Pick Up Order |
| Gov-8 | December 20, 2017 Petition for Divorce and Emergency Motion for Custody |
| Gov-9 | Jan 30, 2018 Petition for Emergency Custody and Release of Social Security Disability Records |
| Gov-9-a | Jan 31, 2018 Order Granting Petition for Emergency Custody and Release of Social Security Disability Records |
| Gov-10-a | December 9, 2017 Email from Jamilah to Four Defendants |
| Gov-10-b | January 2, 2018 Jamilah Facebook post to Jany |
| Gov-10-c | December 7-9, 2017 Jamilah Facebook exchange with Subhanah |
| Gov-11-a | Ruqyah Video 1(clip) |
| Gov-11-b | Ruqyah Video 2 |
| Gov-11-c | Ruqyah Video 3 |
| Gov-12 | Jany Leveille`s Testament Book |
| Gov-13 | Aerial Photos of Amalia Compound |
| Gov-14 | Photos of Amalia Compound |
| Gov-15 | Photo of Jamil and Farroll at Amalia Compound |
| Gov-16-a | Firearms Training Video 20180326_190545 |
| Gov-16-b | Firearms Training Video 20180326_191703 |
| Gov-16-c | Firearms Training Video 20180330_192614 |
| Gov-16-d | Firearms Training Video 20180330_193630 |
| Gov-16-e | Firearms Training Video 20180401_191240 |
| Gov-16-f | Firearms Training Video 20180401_182330 |
| Gov-16-g | Firearms Training Video 20180330_093400 |
| Gov-16-h | Firearms Training Video 20180331_132305 |
| Gov-17 | January 13, 2018 Photos of Abdul Ghani`s Body |
| Gov-18 | Photo of Farroll Digging Tunnel |
| Gov-19-a | Firearms Training Video 20180305_175132 |
| Gov-19-b | Firearms Training Video 20180307_180307 |
| Gov-19-c | Firearms Training Video 20180323_191632 |
| Gov-19-d | Firearms Training Video 20180323_191750 |
| Gov-19-e | Firearms Training Video 20180324_182640 |
| Gov-19-f | Firearms Training Video 20180324_182937 |
| Gov-19-g | Firearms Training Video 20180326_183922 |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Gov-20 | December 6, 2017 Wahhaj Family Text Messages |
| Gov-20-a | Bubble Wahhaj Family Text Messages |
| Gov-21 | December 6, 2017-February 7, 2018 Sharifah Wahhaj Facebook Messages to Subhanah |
| Gov-22 | Subhanah Facebook Posts and Messages Obfuscating and Rejecting AG Concerns |
| Gov-23 | Letter to Muhammad |
| Gov-24 | NCMEC Poster |
| Gov-25 | Clayton County Police Media Advisory |
| Gov-26 | December 18, 2017 Cmplaint Filed in Juvenile Court, Clayton Co., GA |
| Gov-27 | January 9, 2018 Arrest Warrant for Siraj Ibn Wahhaj |
| Gov-28 | January 9, 2018 Pick Up Order for Abdul Ghani |
| Gov-34 | December 13, 2017 photos of Alabama motor vehicle accident |
| Gov-35 | Lapel Video from Alabama Crash 2017-12-13_0223 |
| Gov-36 | Lapel Video from Alabama Crash 2017-12-13_0253 |
| Gov-37 | TCSO map of Compound Site |
| Gov-38 | Lapel Disc A Video_2018-08-03_0820(2) |
| Gov-39 | Lapel Disc A Video_2018-08-03_0820(3) |
| Gov-40 | Lapel Disc A Video_2018-08-03_0820 |
| Gov-41 | Lapel Disc B Video_2018-08-03_0821 |
| Gov-42 | Lapel Disc B Video_2018-08-03_1005 |
| Gov-43 | Lapel Disc B Video_2018-08-03_1016 |
| Gov-44 | Lapel Disc E Video_2018-08-03_0821 |
| Gov-45 | Evidence Logs from August 3 and 6, 2018 Searches of Compound |
| Gov-46 | Photos of evidence, including firearms, electronic evidence, dvd and book |
| Gov-47 | Glock 17, sn bdlc017 |
| Gov-48 | Springfield arms, sn u5411172 |
| Gov-49 | Ruger, sn 575557758 |
| Gov-50 | Smith and Wesson, sn cvb3274 |
| Gov-51 | Kimber, sn krf7874 |
| Gov-52 | Glock 26, sn beuv018 |
| Gov-53 | C2 12-gauge shotgun, sn 1166a12 |
| Gov-54 | Bushmaster assault rifle, sn bf1659484 |
| Gov-55 | Marlin 30-30, sn r2898 |
| Gov-56 | 4x32 scope attached to Marlin 30-30 |
| Gov-57 | Savage .308 rifle, sn 602918 |
| Gov-58 | Glock 42, sn abdb288 |
| Gov-59 | Ammunition of varoius calibers and quantities |
| Gov-60 | 24 magaznes of various makes and capacities |
| Gov-61 | Black tactical vest |
| Gov-62 | Green tactical vest |
| Gov-63 | Toshiba Laptop, black in color, SN 5242877W (partial) |
| Gov-64 | HP Laptop black in color with charge cord, SN CND6326W52 |
| Gov-65 | HP laptop, black in color |
| Gov-66 | Acer laptop, model #KAV60, Aspire One series |
| Gov-67 | Black cell phone with Wahhaj Subhanah SN 706CYBD0066285 |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-68 | LG smartphone, black in color with black case SN 708CYTB460993 |
| Gov-69 | LG smartphone, silver in color with purple case SN 50BCYUU390359 |
| Gov-70 | LG smartphone, black in color SN 606CYB080944 |
| Gov-71 | LG smartphone, black in color SN 706CYWC0066473 |
| Gov-72 | SanDisk thumb drive, black and red in color |
| Gov-73 | Item 14 Sharp Vodafone, model GX17, IMEI 35472200809007 |
| Gov-76 | Photo of Writing in Notebook from Compound - Phases of a Terrorist Attack |
| Gov-77 | Composition Notebook Containing Siraj`s Notes on Phases of a Terrorist Attack |
| Gov-77-a | Composition Notebook Containing Subhanah`s Question about FBI |
| Gov-77-b | Composition Notebook |
| Gov-79 | Lapel Disc D Video_2018-08-06_1118 |
| Gov-80 | August 6, 2018 Photos of Abdul Ghani`s body |
| Gov-81 | Summary Chart of Firearm Training Dates and Tactics |
| Gov-82 | Summary Table of Firearm Training Dates and Tactics |
| Gov-83 | ATF Trace Summaries |
| Gov-85 | Translations of Creole Messages between Jany Leveille and Von Leveille |
| Gov-86 | Photos from Siraj Ibn Wahhaj`s Phone taken of Facebook Posts |
| Gov-87-01 | Firearms and Tactical Drills Videos 20180305_174325 |
| Gov-87-02 | Firearms and Tactical Drills Videos 20180305_174455 |
| Gov-87-03 | Firearms and Tactical Drills Videos 20180305_174552 |
| Gov-87-04 | Firearms and Tactical Drills Videos 20180305_175132 |
| Gov-87-05 | Firearms and Tactical Drills Videos 20180307_171625 |
| Gov-87-06 | Firearms and Tactical Drills Videos 20180307_172005 |
| Gov-87-07 | Firearms and Tactical Drills Videos 20180307_173107 |
| Gov-87-08 | Firearms and Tactical Drills Videos 20180307_174123 |
| Gov-87-09 | Firearms and Tactical Drills Videos 20180307_180012 |
| Gov-87-10 | Firearms and Tactical Drills Videos 20180307_180307 |
| Gov-87-11 | Firearms and Tactical Drills Videos 20180320_180835 |
| Gov-87-12 | Firearms and Tactical Drills Videos 20180320_184109 |
| Gov-87-13 | Firearms and Tactical Drills Videos 20180320_184137 |
| Gov-87-14 | Firearms and Tactical Drills Videos 20180322_182100 |
| Gov-87-15 | Firearms and Tactical Drills Videos 20180322_182225 |
| Gov-87-16 | Firearms and Tactical Drills Videos 20180322_182405 |
| Gov-87-17 | Firearms and Tactical Drills Videos 20180322_182731 |
| Gov-87-18 | Firearms and Tactical Drills Videos 20180322_183120 |
| Gov-87-19 | Firearms and Tactical Drills Videos 20180322_183328 |
| Gov-87-20 | Firearms and Tactical Drills Videos 20180323_185701 |
| Gov-87-21 | Firearms and Tactical Drills Videos 20180323_191306 |
| Gov-87-22 | Firearms and Tactical Drills Videos 20180323_191632 |
| Gov-87-23 | Firearms and Tactical Drills Videos 20180323_191750 |
| Gov-87-24 | Firearms and Tactical Drills Videos 20180323_192643 |
| Gov-87-25 | Firearms and Tactical Drills Videos 20180323_192835 |
| Gov-87-26 | Firearms and Tactical Drills Videos 20180323_193800 |
| Gov-87-27 | Firearms and Tactical Drills Videos 20180324_182640 |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Gov-87-28 | Firearms and Tactical Drills Videos 20180324_182937 |
| Gov-87-29 | Firearms and Tactical Drills Videos 20180324_184139 |
| Gov-87-30 | Firearms and Tactical Drills Videos 20180324_184424 |
| Gov-87-31 | Firearms and Tactical Drills Videos 20180324_184745 |
| Gov-87-32 | Firearms and Tactical Drills Videos 20180324_190319 |
| Gov-87-33 | Firearms and Tactical Drills Videos 20180324_190543 |
| Gov-87-34 | Firearms and Tactical Drills Videos 20180324_191103 |
| Gov-87-35 | Firearms and Tactical Drills Videos 20180324_191141 |
| Gov-87-36 | Firearms and Tactical Drills Videos 20180324_191559 |
| Gov-87-37 | Firearms and Tactical Drills Videos 20180324_191756 |
| Gov-87-38 | Firearms and Tactical Drills Videos 20180325_191608 |
| Gov-87-39 | Firearms and Tactical Drills Videos 20180325_191750 |
| Gov-87-40 | Firearms and Tactical Drills Videos 20180325_192144 |
| Gov-87-41 | Firearms and Tactical Drills Videos 20180326_183922 |
| Gov-87-42 | Firearms and Tactical Drills Videos 20180326_184611 |
| Gov-87-43 | Firearms and Tactical Drills Videos 20180326_184728 |
| Gov-87-44 | Firearms and Tactical Drills Videos 20180326_184859 |
| Gov-87-45 | Firearms and Tactical Drills Videos 20180326_185152 |
| Gov-87-46 | Firearms and Tactical Drills Videos 20180326_185441 |
| Gov-87-47 | Firearms and Tactical Drills Videos 20180326_185731 |
| Gov-87-48 | Firearms and Tactical Drills Videos 20180326_190545 |
| Gov-87-49 | Firearms and Tactical Drills Videos 20180326_191703 |
| Gov-87-50 | Firearms and Tactical Drills Videos 20180330_093237 |
| Gov-87-51 | Firearms and Tactical Drills Videos 20180330_093400 |
| Gov-87-52 | Firearms and Tactical Drills Videos 20180330_190357 |
| Gov-87-53 | Firearms and Tactical Drills Videos 20180330_190608 |
| Gov-87-54 | Firearms and Tactical Drills Videos 20180330_191248 |
| Gov-87-55 | Firearms and Tactical Drills Videos 20180330_191511 |
| Gov-87-56 | Firearms and Tactical Drills Videos 20180330_192614 |
| Gov-87-57 | Firearms and Tactical Drills Videos 20180330_193400 |
| Gov-87-58 | Firearms and Tactical Drills Videos 20180330_193630 |
| Gov-87-59 | Firearms and Tactical Drills Videos 20180331_132305 |
| Gov-87-60 | Firearms and Tactical Drills Videos 20180331_185620 |
| Gov-87-61 | Firearms and Tactical Drills Videos 20180331_185750 |
| Gov-87-62 | Firearms and Tactical Drills Videos 20180331_185827 |
| Gov-87-63 | Firearms and Tactical Drills Videos 20180331_192201 |
| Gov-87-64 | Firearms and Tactical Drills Videos 20180331_192612 |
| Gov-87-65 | Firearms and Tactical Drills Videos 20180331_193015 |
| Gov-87-66 | Firearms and Tactical Drills Videos 20180401_182330 |
| Gov-87-67 | Firearms and Tactical Drills Videos 20180401_182601 |
| Gov-87-68 | Firearms and Tactical Drills Videos 20180401_182716 |
| Gov-87-69 | Firearms and Tactical Drills Videos 20180401_185315 |
| Gov-87-70 | Firearms and Tactical Drills Videos 20180401_190410 |
| Gov-87-71 | Firearms and Tactical Drills Videos 20180401_191240 |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-87-72 | Firearms and Tactical Drills Videos 20180401_191944 |
| Gov-87-73 | Firearms and Tactical Drills Videos 20180401_192158 |
| Gov-87-74 | Firearms and Tactical Drills Videos 20180401_192613 |
| Gov-87-75 | Firearms and Tactical Drills Videos 20180402_190038 |
| Gov-87-76 | Firearms and Tactical Drills Videos 20180402_190202 |
| Gov-87-77 | Firearms and Tactical Drills Videos 20180402_191412 |
| Gov-87-78 | Firearms and Tactical Drills Videos 20180402_192400 |
| Gov-87-79 | Firearms and Tactical Drills Videos 20180402_192837 |
| Gov-87-80 | Firearms and Tactical Drills Videos 20180402_193238 |
| Gov-87-81 | Firearms and Tactical Drills Videos 20180402_193509 |
| Gov-87-82 | Firearms and Tactical Drills Videos 20180403_191333 |
| Gov-87-83 | Firearms and Tactical Drills Videos 20180403_191802 |
| Gov-87-84 | Firearms and Tactical Drills Videos 20180403_192313 |
| Gov-87-85 | Firearms and Tactical Drills Videos 20180403_192431 |
| Gov-87-86 | Firearms and Tactical Drills Videos 20180403_192723 |
| Gov-87-87 | Firearms and Tactical Drills Videos 20180403_192815 |
| Gov-87-88 | Firearms and Tactical Drills Videos 20180403_193004 |
| Gov-87-89 | Firearms and Tactical Drills Videos 20180403_193018 |
| Gov-87-90 | Firearms and Tactical Drills Videos 20180403_193204 |
| Gov-88-a | Video from Siraj`s phone showing scroll of Safe Haven |
| Gov-88-b | Video from Siraj`s phone showing scroll of Sniper Position Detecton Procedure |
| Gov-89 | Messages Extracted from Phone NM004213 |
| Gov-90 | Messages Extracted from Phone NM004214 |
| Gov-91 | Messages Extracted from Phone NM004219 |
| Gov-91-a | Message re FBI |
| Gov-92 | Summary Bubble Messages to and from Defendants between November 2017 and January 2018 |
| Gov-93 | Summary Bubble Messages to and from Defendants between February 2018 and April 2018 |
| Gov-94 | Summary Bubble Messages to and from Defendants between June 2018 and August 2018 |
| Gov-95-a | American Express Records |
| Gov-95-b | Chase Bank Records |
| Gov-95-c | Hillcrest Bank Records |
| Gov-95-d | Wells Fargo Records |
| Gov-96 | Siraj Ibn Wahhaj Home Sale Record |
| Gov-97 | Financial Analysis |
| Gov-98 | Summary Chart of Construction Expenditures |
| Gov-99 | Summary Chart of Defendants` Finances over time |
| Gov-100 | Abdul-Ghani`s Medical Records |
| Gov-101 | Certificate of NM Pharmacy Database Checks for Abdul Ghani |
| Gov-102 | Abdul Ghani Death Certificate - August 6, 2018 |
| Gov-103 | Letter from Lucas Morton to CCPD mailed on 11.13.2018 |
| Gov-103-a | Typed out letter from Lucas Morton to CCPD mailed on 11.13.2018 |
| Def-A-1 | Drone Video PA00469_2018-06-07_12-45-15_L |
| Def-A-2 | Aerial Surveillance Stills Amalia Home and Land |
| Def-B-1 | FBI Aerial Photos |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Def-CC | Memorandum of Contract |
| Def-D | Still photographs from August 3 2018 TCSO Lapels |
| Def-DD | Additional Pages Leveille Book |
| Def-E | Photos by FBI Alma Ortega 8-6-18 |
| Def-EE | Facebook Business Record Messages |
| Def-FF | Facebook Business Record Messages |
| Def-G-1 | Photograph of Home 1659 Beecher Street Def_Leveille 005268-005268 |
| Def-G-2 | Photograph of Home 160 Iris Court Def_Leveille 005269-005269 |
| Def-GG | Cellebrite Extraction Report Device 4214 |
| Def-H-1 | Siraj Ibn Wahhaj Georgia Training Materials Def Leveille 001500-001540 |
| Def-H-3 | Siraj Ibn Wahhaj ESI Training Materials Def_Leveille005711-006233 |
| Def-HH | Cellebrite Extraction Report Device 4219 |
| Def-I | Earthship School Lucas Morton Receipt and Application BN 02601-02610 |
| Def-II | Cellebrite Extraction Report Device 4213 |
| Def-JJ | PayPal Records |
| Def-KK | PayPal Activity Log |
| Def-LL | Randall Lumber Records |
| Def-P | Home Depot Records Def_Leveille 005275-005277 |
| Def-R | AXON_Body_2_Video_2018-08-03_0820(1) |

AUSA - N Bramley

FOR
HUSRAH WAHHAJ -

FOR
SUBHANAH WAHHAJ -

SIRAJ WAHHAJ -

LUCAS MORTON - Joseph E Shattuck as Standby counsel