IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                CR18-2945 WJ

SIRAJ WAHHAJ, et al,

    Defendants.

## NOTE FROM THE COURT

THE HONORABLE WILLIAM P. JOHNSON,

We were told why Siraj was not charged with kidnapping. I am asking why he is not charged with Abdul's welfare, wellbeing, death, etc?

Dated at Albuquerque, New Mexico on: 6 OCT 2023

Time: 10:55 AM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

VS.                                                            CR         WJ

,

        Defendant.

## NOTE FROM THE COURT

~~THE HONORABLE WILLIAM P. JOHNSON,~~  Juror #56

You and the other Jurors will receive instructions at the end of the case and before deliberations that contain the rules of law that will govern your deliberations. In the meantime, you must remember not to discuss the case with other jurors until the case is submitted to the Jury and you cannot discuss the case with anyone else

Dated at Albuquerque, New Mexico on: 10/6/23 [signature]
                                                                            US Dist Dk

Time: _____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
        Plaintiff,

VS.

Case No. _____

_____,
        Defendant(s),

## NOTE FROM THE JURY

**HONORABLE COURT,**

JUROR 13 SHALL BE THE FORE PERSON. DELIBERATION AMONG THE 12 JURORS SHALL COMMENCE AT 0930.

Dated at Albuquerque, New Mexico on: 10/12/22

Time: 17:17

**Signature of Foreperson**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
        Plaintiff,

VS.

Case No. _18 CR-2945_

_____,
        Defendant(s),

## NOTE FROM THE JURY

**HONORABLE COURT,**

WHAT IS THE DEFINITION OF "ARMED"? COUNT 3 SAYS "ARMED WITH FIREARMS AND AMMUNITION" BUT DOES THAT MEAN IN HIS VICINITY, ON HIS PERSON, LOADED AND CHAMBERED, ETC...?

Dated at Albuquerque, New Mexico on: _10/13_

Time: _10:53_

                                                                 **Signature of Foreperson**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
  Plaintiff,

VS.                                             Case No. 18 CR 2945

_____,
         Defendant(s),

## NOTE FROM THE JURY

**HONORABLE COURT,**

ON COUNT 3, IF ANY OF THE ACTS ARE "TRUE," DOES THAT MEAN WE MUST SELECT "GUILTY" OR ARE THE ACTS IN SUPPORT OF IF A "GUILTY" DECISION IS MADE?

Dated at Albuquerque, New Mexico on: 11/13

Time: 11:26

_____
Signature of Foreperson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

VS.                                                        CR18-2945 WJ

SIRAJ WAHHAJ, et al,

        Defendants.

## NOTE FROM THE COURT

JURY,

    This is in-response to your two questions which are stapled to my response.

    You have been provided all the instructions on the law applicable to this case. You must rely on these instructions. Please re-read your instructions.

                                                                /s/
                                                              US Dist Judge

Dated at Albuquerque, New Mexico on: 10/13/23  11:45 am

Time:_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
　　　　Plaintiff,

VS.                                                                      Case No. _____

_____,
　　　　　Defendant(s),

### NOTE FROM THE JURY

**HONORABLE COURT,**

THE JURY HAS AGREED ON 60% ~~OF~~ OF THE COUNTS AND WOULD LIKE TO CONTINUE DELIBERATING ON MONDAY AT 9:30 FOR THE REMAINING 40%.

Dated at Albuquerque, New Mexico on: 11/13/23

Time: 15:40

Signature of Foreperson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,

VS.

__Hujrah Wahhaj__,
    Defendant(s),

Case No. __1:18 cr-02945 WJ__

## NOTE FROM THE JURY

**HONORABLE COURT,**

Can we find out where in the compound Hujrah's gun was when the police confiscated all of the guns?

10/16/23 3:00pm Members of the Jury,
The short answer to your question is NO. Once the Government and the Defendants rested their respective cases, all the evidence has been admitted for your consideration. Now that you are in deliberations, I cannot reopen the trial for new evidence to be presented.

Dated at Albuquerque, New Mexico on: __10/16__

US Dist Judge

Time: __2:30__

**Signature of Foreperson**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,

VS.                                               Case No. _____

_____,
    Defendant(s),

## NOTE FROM THE JURY

**HONORABLE COURT,**

WE REQUEST TO ~~CONTINUE~~ ADJOURN FOR THE DAY AND RECONVENE IN THE MORNING AT 9:30. WE HAVE ONE DEFENDANT WITH TWO COUNTS AND ONE DEFENDANT WITH ONE COUNT LEFT TO COME TO A UNANIMOUS DECISION.

Dated at Albuquerque, New Mexico on: 11/16/23

Time: 15:45

**Signature of Foreperson**