IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,

VS.                                                                          Case No. _____


_____,
    Defendant(s),

### NOTE FROM THE JURY

**HONORABLE COURT,**

IF THE JURY COMES TO CONSENSUS ON 88% OF THE CHARGES BUT CANNOT COME TO CONSENSUS ON THE REMAINING 12% (ONE DEFENDANT, TWO COUNTS), DO ALL THE CHARGES ON ALL THE DEFENDANTS BECOME INVALIDATED OR DO ONLY THE UNDETERMINED 12%?

Dated at Albuquerque, New Mexico on: 11/17/23

Time: 11:00

Signature of Foreperson