IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                      CR 18-2945 WJ

SUBHANAH WAHHAJ,

        Defendants.

## UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTIONS FOR JUDGMENT OF ACQUITTAL AND NEW TRIAL

Defendant Subhanah Wahhaj, by and through undersigned counsel Ryan J. Villa and Justine Fox-Young, joined by Hujrah Wahhaj, through her counsel, and Defendants Siraj Wahhaj and Lucas Morton, pro se, moves the Court to extend the deadline within which to file a Motion for Judgment of Acquittal pursuant to Fed. R. Crim. P. 29 and a Motion for New Trial pursuant to Fed. R. Crim. P. 33 by thirty (30) days to November 30, 2023, and as grounds therefore states:

1. On October 18, 2022, the Jury returned a verdict of guilty for Subhannah Wahhaj on Conspiracy to Commit Kidnapping, in violation of 18 U.S.C. § 1201(c), and Kidnapping, in violation of 18 U.S.C. §§ 1201(a) & 2. The jury returned guilty verdicts for the same charges with respect to Hujrah Wahhaj. The jury returned guilty verdicts for the other Defendants as well.

2. Pursuant to Fed. R. Crim. P. 29(c)(1) and 33(b)(2), Defendants have fourteen (14) days from the return of the guilty verdict to file a Motion for Judgment of Acquittal or a Motion for New Trial, making the deadline for both motions October 31, 2023.

3. Counsel requires additional time to prepare these motions. In order to prepare the motions, counsel needs to receive and review the official trial transcripts, conduct legal research, and draft the motions.

4. On October 18, 2023, Counsel submitted a request for the official trial transcripts and has begun the process of researching and drafting. However, due to the length of the trial, almost three weeks, and the press of other business, counsel needs additional time.

5. Accordingly, Counsel respectfully requests the Court extend the deadline by thirty (30) days to November 30, 2023.

6. This motion is timely because, as of the date of filing of the motion, the 14-day deadline for filing the motion for a new trial has not expired.

7. The undersigned counsel has contacted counsel for the United States, AUSA Kimberly Brawley, regarding this Motion. Ms. Brawley has indicated that the United States does not oppose this Motion.

WHEREFORE, Counsel for Ms. Wahhaj respectfully requests this Court enter an Order extending the time to file her Motion for Judgment of Acquittal and Motion for New Trial by thirty (30) days from October 31, 2023 to November 30, 2023.

Respectfully submitted,

/s/ *Ryan J. Villa*
Ryan J. Villa
The Law Office of Ryan J. Villa
5501 Eagle Rock Ave NW Ste. C2
Albuquerque, NM 87113
(505) 639-5709
ryan@rjvlawfirm.com

*/s/ Justine Fox-Young*
Justine Fox-Young
5501 Eagle Rock Ave NE Ste C2
Albuquerque, NM 87113
(505) 796-8268
justine@foxyounglaw.com

*Attorneys for Defendant Subhannah Wahhaj*

and

/s/ Donald F. Kochersberger III
Donald F. Kochersberger III
BUSINESS LAW SOUTHWEST LLC
6801 Jefferson St. NE, Suite 210
Albuquerque, NM 87109
(505) 848-8581
Donald@BusinessLawSW.com

/s/ Marshall J. Ray
Marshall J. Ray
Law Offices of Marshall J. Ray, LLC
514 Marble Ave, NW
Albuquerque, NM 87111
(505) 312-2748
mray@mraylaw.com

*Attorneys for Defendant Hujrah Wahhaj*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2023, I filed the foregoing electronically through the CM/ECF system, which caused counsel for the United States to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Ryan J. Villa
RYAN J. VILLA