IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | 18-CR-02945-WJ |
| ) | |
| ) | **FILED** |
| vs. ) | UNITED STATES DISTRICT COURT |
| ) | ALBUQUERQUE, NEW MEXICO |
| HUJRAH WAHHAJ , ) | |
| ) | OCT 25 2023 |
| Defendant, ) | |
| | MITCHELL R. ELFERS |
| | CLERK |

## NOTICE OF APPEAL

**COMES NOW,** _Hujrah Wahhaj_ respectfully submits, a Notice of appeal.

_Hujrah Wahhaj_
_00415-15_

N0.00

PRIORITY MAIL®

CERTIFIED MAIL®

9589 0710 5270 1464 6562 50

FROM:
Hujrah Wahhaj
0041S151
P.O. Box 3450
Milan, NM 87021

U.S. District Court of
New Mexico
333 Lomas Blvd NW
Suite 270
Albuquerque NM 87102

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 25 2023
MITCHELL R. ELFERS
CLERK

ZIP 87021 $017.55
02 4W
0000363673 OCT 24 2023

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.