IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                                            No. 1:18-cr-02945-WJ

JANY LEVEILLE,
SIRAJ IBN WAHAJ,
LUCAS MORTON,
HUJRAH WAHHAJ, and
SUBHANAH WAHHAJ,

    Defendants.

## ORDER TO DELETE DOC. 1254

**THIS MATTER** is before the Court *sua sponte.* Doc. 1254, the Sealed Transcript of Proceedings, entered on the docket September 12, 2024, contains information protected under the Classified Information Procedures Act ("CIPA), 18 U.S.C. App. 3.

**THEREFORE,** the Clerk is **DIRECTED** pursuant to CIPA, 18 U.S.C. App. 3, §6(d) to delete the docket entry and the document, Sealed Transcript of Proceedings, Doc. 1254, from the Court docket.  A copy of the Sealed Transcript of Proceedings, Doc. 1254, will be placed and maintained locked in the classified information safe located at the Pete V. Domenici United States District Courthouse.

                                                                              /s/

                                        _____
                                        CHIEF UNITED STATES DISTRICT JUDGE