FILED  
United States Court of Appeals  
Tenth Circuit  

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

September 13, 2024

_____

Christopher M. Wolpert  
Clerk of Court

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

SIRAJ IBN WAHHAJ,

    Defendant - Appellant.

No. 23-2168  
(D.C. No. 1:18-CR-02945-WJ-2)  
(D. N.M.)

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

HUJRAH WAHHAJ,

    Defendant - Appellant.

No. 23-2170  
(D.C. No. 1:18-CR-02945-WJ-3)  
(D. N.M.)

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

SUBHANAH WAHHAJ,

    Defendant - Appellant.

No. 23-2171  
(D.C. No. 1:18-CR-02945-WJ-4)  
(D. N.M.)

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LUCAS MORTON,

Defendant - Appellant.

No. 24-2039
(D.C. No. 1:18-CR-02945-WJ-5)
(D. N.M.)

_____

**ORDER**

_____

These matters are before the court as a follow up to the order entered on July 31, 2024 granting Appellant Hujrah Wahhaj's *Second Motion for Leave to Supplement the Joint Record*. The transcripts ordered by Hujrah Wahhaj as a result of that order have been prepared. Accordingly, **within 7 days** of the date of this order the district court is directed to prepare and transmit a supplement to the Joint Record on Appeal containing the following transcripts:

1. Transcript of Arraignment/Detention Hearing of Jany Leveille, held on September 12, 2018 (Doc. No. 42);

2. Transcript of Arraignment of Hujrah Wahhaj, held on March 21, 2019 (Doc. No. 1243);

3. Transcript of Scheduling/Status Conference, held on April 3, 2019 (Doc. No. 1244);

4. Transcript of Status Conference re: Rule 17 Subpoena as to Hujrah Wahhaj, Held on March 26, 2021 (Doc. No. 1245);

5. Transcript of Motion Hearing as to Hujrah Wahhaj, held on August 10, 2021 (Doc. Nos. 1247 & 1248); and

6. Transcript of Motion Hearing as to Hujrah Wahhaj, held on July 5, 2022 (Doc. Nos. 1249 & 1250).

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        by: Jane K. Castro
           Chief Deputy Clerk